From : Fuller, Jade (DCPS) [Jade.Fuller@k12.dc.gov] Sent : 5/25/2021 3:23:58 PM To : Berkowitz, MScott (DCPS) [MScott.Berkowitz@k12.dc.gov]; DCPS LMER (DCPS) [dcps.lmer@k12.dc.gov] CC : Gaskins, Sharon (DCPS) [Sharon.Gaskins@k12.dc.gov]; Stover, Shawn (DCPS) [shawn.stover@k12.dc.gov] Subject : RE: Staff history concern Hi Principal Berkowitz, If you need to address it you should limit your statements to affirming that all DCPS employees are required to clear a background check prior to being offered employment; do not engage in any specific discussion about this staff member. Thank you, Jade L. Fuller Director, Labor Management & Employee Relations Office of the General Counsel District of Columbia Public Schools T 202-442-5373 E jade.fuller@k12.dc.gov W http://dcps.dc.gov Pronouns: she/her/hers *Take a moment today to do something that makes your heart smile ☺* From: Berkowitz, MScott (DCPS) Sent: Tuesday, May 25, 2021 11:20 AM To: DCPS LMER (DCPS) Cc: Gaskins, Sharon (DCPS) ; Stover, Shawn (DCPS) ; Fuller, Jade (DCPS) Subject: Re: Staff history concern Thank you for the quick work on this. If this becomes as issue for the community (this news is travelling among our staff), do you have any advice or talking points should I need to address it? Or is the language you have in this email sufficient? MScott Berkowitz Principal Peabody Elementary School and Watkins Elementary School Peabody: 202-698-3277 Watkins: 202-698-3355 District of Columbia Public Schools @PeabodyWatkins on Instagram and Twitter signature_1919633254 From: "DCPS LMER (DCPS)" Date: Tuesday, May 25, 2021 at 10:39 AM To: "Berkowitz, MScott (DCPS)" Cc: "Gaskins, Sharon (DCPS)" , "Stover, Shawn (DCPS)" , "Fuller, Jade (DCPS)" Subject: RE: Staff history concern Greetings Principal Berkowski, Following up on the below. After review of Ms. Jurkowskic's clearance, it is shown that she has completed the clearance process which took into consideration her criminal background. Upon completion of the review, Ms. Jurkowski was cleared to work for DCPS. Feel free to reach out if we can be of further support. Best, LMER Team From: DCPS LMER (DCPS) Sent: Friday, May 21, 2021 12:04 PM To: Berkowitz, MScott (DCPS) Cc: Gaskins, Sharon (DCPS) ; Stover, Shawn (DCPS) Subject: RE: Staff history concern Greetings Principal Berkowitz, The below has been forwarded to LMER's management team. We will be in contact with next steps. Best, Lynette D. LMER, Coordinator From: Berkowitz, MScott (DCPS) Sent: Thursday, May 20, 2021 6:36 PM To: DCPS LMER (DCPS) Cc: Gaskins, Sharon (DCPS) ; Stover, Shawn (DCPS) Subject: Re: Staff history concern 202-264-0969 of you need it. MScott Berkowitz Principal Peabody and Watkins Elementary Schools From: Berkowitz, MScott (DCPS) Sent: Thursday, May 20, 2021 6:33:52 PM To: DCPS LMER (DCPS) Cc: Gaskins, Sharon (DCPS) ; Stover, Shawn (DCPS) Subject: Staff history concern Hello team, One Watkins staff member shared this with me this afternoon and I have some concerns. The subject of both articles is also a Watkins staff member. Please let me know if I should do. https://pressofatlanticcity.com/education/a-c-school-librarian-convicted-in-tutoring-scam-must-forfeit-job/article_f0d64184-6f76-11e5-952d-8b556788153c.html https://nj1015.com/nj-woman-and-cops-left-dogs-in-freezing-cold-until-one-died/ Thank you. I am off tomorrow but will be available by phone if this is an urgent matter. AP Boisvert was sent this information first. MScott Berkowitz Principal Peabody and Watkins Elementary Schools

P O O O P T 2 3 4 5 6 7 8 9 0 3

Message

| | |
|---|---|
| **From:** | Bartolomeo, Elizabeth (DCPS) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D066FF1BBC774F62A351AE7D92163A58-ELIZABETH.B] |
| **Sent:** | 12/17/2021 10:46:12 PM |
| **To:** | Berkowitz, MScott (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8eda85080f0e40d3a25476ef228242a4-MsCott Berk]; Hoffman, Paige (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=5d489845ce2a49858019720c319176ab-Hoffman, Pa]; Harper, Robyn (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a0b988eb9d144f919bde21b690756d06-Robyn.Harpe]; Stover, Shawn (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=5170a04b846d4a93ad531583e872d03c-Shawn Stove]; Equity, Response (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8be12906883748f08da4d371fadc5e0a-equity.resp]; Equity Response (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=80e4f64ce411476d86540e82a320b132-Equity Resp] |
| **CC:** | Fuller, Jade (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f01ab00a69a844cca6edf2d13060679a-Jade Fuller]; Lamb, Michael (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c68c651641cc46e9ad561b8ffa54934e-Michael Lam]; McClain, Justin (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f8868e41efb04e16baa088f954e55267-Mcclain, Ju]; Jackson, Nigel (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=419fa6832f1c4b29b0d11a81dd214af3-Nigel.Jacks]; CARE, DCPS (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=05622905aca84d8e9ab529d29991ec0c-DCPS CARE]; Cole, Karen (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ed6c24b4398a4566a60074aed1165d13-Karen Cole]; Williams, Alison (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=5c157c73a8b94e74b4973fafb7d80f05-Alison Will]; Bryant-Mallory, Deitra (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f19c44aa1edb4765815c9f92bff01789-Bryant-Mall]; Jennings, Jessica (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=38733194351e44829d737d33704f6439-Jessica Jen]; Heller, Alisha (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c5c2af77186f45deae6a57446162c015-Alisha Hell]; Howard-Stroud, Adia (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e0be51882acd42aea4a8a6ce6062606e-Margaret Ho] |
| **Subject:** | Re: For review - Watkins hate-bias response messages |
| **Attachments:** | Staff-2021.12.17_WatkinsES_Hate_Bias_notice_v2.docx; Community-2021.12.17_WatkinsES_Hate_Bias_notice_v2.docx; Classroom-2021.12.17_WatkinsES_Hate_Bias_notice_v2.docx |

Re-attaching!

09SPPLOPT93880

Will set the community notice for 6:15 pm.


**From:** Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>
**Date:** Friday, December 17, 2021 at 5:43 PM
**To:** Hoffman, Paige (DCPS) <Paige.Hoffman@k12.dc.gov>, Bartolomeo, Elizabeth (DCPS) <Elizabeth.Bartolomeo@k12.dc.gov>, Harper, Robyn (DCPS) <Robyn.Harper@k12.dc.gov>, Stover, Shawn (DCPS) <shawn.stover@k12.dc.gov>, Equity, Response (DCPS) <equityresponse@k12.dc.gov>, Equity Response (DCPS) <Equity.response@k12.dc.gov>
**Cc:** Fuller, Jade (DCPS) <Jade.Fuller@k12.dc.gov>, Lamb, Michael (DCPS) <Michael.Lamb@k12.dc.gov>,

McClain, Justin (DCPS) <Justin.Mcclain@k12.dc.gov>, Jackson, Nigel (DCPS) <Nigel.Jackson3@k12.dc.gov>, CARE, DCPS (DCPS) <dcps.care@k12.dc.gov>, Cole, Karen (DCPS) <Karen.Cole@k12.dc.gov>, Williams, Alison (DCPS) <Alison.Williams@k12.dc.gov>, Bryant-Mallory, Deitra (DCPS) <deitra.bryant-mallory@k12.dc.gov>, Jennings, Jessica (DCPS) <Jessica.Jennings@k12.dc.gov>, Heller, Alisha (DCPS) <Alisha.Heller@k12.dc.gov>, Howard-Stroud, Adia (DCPS) <Adia.Howard-Stroud@k12.dc.gov>
**Subject:** Re: For review - Watkins hate-bias response messages

Yes.  Staff was emailed it. I tried to hand deliver but she was gone.

**MScott Berkowitz**
**Principal**
**Peabody Elementary School and Watkins Elementary School**
**Peabody: 202-698-3277**
**Watkins: 202-698-3355**
**District of Columbia Public Schools**
**@PeabodyWatkins on Instagram and Twitter**



### Capitol Hill Cluster School
*Where Every Child Achieves*

**From:** Hoffman, Paige (DCPS) <Paige.Hoffman@k12.dc.gov>
**Date:** Friday, December 17, 2021 at 5:41 PM
**To:** Bartolomeo, Elizabeth (DCPS) <Elizabeth.Bartolomeo@k12.dc.gov>, Harper, Robyn (DCPS) <Robyn.Harper@k12.dc.gov>, Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>, Stover, Shawn (DCPS) <shawn.stover@k12.dc.gov>, Equity, Response (DCPS) <equityresponse@k12.dc.gov>, Equity Response (DCPS) <Equity.response@k12.dc.gov>
**Cc:** Fuller, Jade (DCPS) <Jade.Fuller@k12.dc.gov>, Lamb, Michael (DCPS) <Michael.Lamb@k12.dc.gov>, McClain, Justin (DCPS) <Justin.Mcclain@k12.dc.gov>, Jackson, Nigel (DCPS) <Nigel.Jackson3@k12.dc.gov>, CARE, DCPS (DCPS) <dcps.care@k12.dc.gov>, Cole, Karen (DCPS) <Karen.Cole@k12.dc.gov>, Williams, Alison (DCPS) <Alison.Williams@k12.dc.gov>, Bryant-Mallory, Deitra (DCPS) <deitra.bryant-mallory@k12.dc.gov>, Jennings, Jessica (DCPS) <Jessica.Jennings@k12.dc.gov>, Heller, Alisha (DCPS) <Alisha.Heller@k12.dc.gov>, Howard-Stroud, Adia (DCPS) <Adia.Howard-Stroud@k12.dc.gov>
**Subject:** Re: For review - Watkins hate-bias response messages

Just to confirm, Mscott has received notice that the NOI has been issued?

**From:** Bartolomeo, Elizabeth (DCPS) <Elizabeth.Bartolomeo@k12.dc.gov>
**Sent:** Friday, December 17, 2021 5:39 PM
**To:** Harper, Robyn (DCPS) <Robyn.Harper@k12.dc.gov>; Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>; Stover, Shawn (DCPS) <shawn.stover@k12.dc.gov>; Equity, Response (DCPS) <equityresponse@k12.dc.gov>; Equity Response (DCPS) <Equity.response@k12.dc.gov>
**Cc:** Hoffman, Paige (DCPS) <Paige.Hoffman@k12.dc.gov>; Fuller, Jade (DCPS) <Jade.Fuller@k12.dc.gov>; Lamb, Michael (DCPS) <Michael.Lamb@k12.dc.gov>; McClain, Justin (DCPS) <Justin.Mcclain@k12.dc.gov>; Jackson, Nigel (DCPS) <Nigel.Jackson3@k12.dc.gov>; CARE, DCPS (DCPS) <dcps.care@k12.dc.gov>; Cole, Karen (DCPS) <Karen.Cole@k12.dc.gov>; Williams, Alison (DCPS) <Alison.Williams@k12.dc.gov>; Bryant-Mallory, Deitra (DCPS) <deitra.bryant-mallory@k12.dc.gov>; Jennings, Jessica (DCPS) <Jessica.Jennings@k12.dc.gov>; Heller, Alisha (DCPS)

https://mail.google.com/mail/u/0/#search/unemployment+decision+dc/KImxLwGzgtVFjcnkvsfhQPpvzXHZVrpg?projector=1&messagePartId=0.1

2/19/25, 11:47 AM

7B7R3F73-A4B8-4F2C-A86E-F14D78569 1C0.jpg

DISTRICT OF COLUMBIA DEPARTMENT OF EMPLOYMENT SERVICES
OFFICE OF UNEMPLOYMENT COMPENSATION
BENEFITS UNIT
4058 MINNESOTA AVENUE, N.E.
WASHINGTON, D.C. 20019

## DETERMINATION BY CLAIMS EXAMINER

**CLAIMANT:**

KIMBERLYNN JURKOWSKI
3540 CRAIN HIGHWAY SUIT 257
BOWIE, MD-20716-1303

**EMPLOYER:**

DC PUBLIC SCHOOLS
1200 1ST STREET NE
WASHINGTON, DC-20002

**SOCIAL SECURITY NUMBER: 5669**            **ISSUE:** Discharged for Gross Misconduct

### LAW

The District of Columbia Unemployment Compensation Act provides that an individual shall be disqualified from receiving benefits if it is found that he/she was discharged from his/her most recent employer for misconduct occurring in the course of the work. D.C. Code, Title 51-110(b)(1). D.C. Municipal Regulation, Chapter 7-312.3(e) provides gross misconduct means an act which deliberately or willfully violates the employer's rules; deliberately or willfully threatens or violates the employer's interest; shows a repeated disregard for the employee's obligation to the employer; or disregards standards of behavior which an employer has the right to expect of its employee.

### FACTS

The claimant indicated that she was discharged by the employer. The claimant indicated that she was accused of enacting Holocaust incident. The claimant indicated that this incident never happened. The claimant indicated that she was never warned by her employer before her termination. The employer did not provide any separation information to prove job related misconduct by the claimant.

### REASONING

The employer has the responsibility to provide evidence of misconduct. In this case, the employer did not provide any separation information to show that the claimant engaged in misconduct. Therefore, the employer has not met the burden of proof and the claimant is qualified to receive unemployment insurance benefits.

### DECISION

The claimant is hereby qualified to receive unemployment insurance benefits effective 3/13/2022

I certify that a copy of this document was mailed to the above named claimant and employer addresses on 4/4/2022.

63873
Claims Examiner

D9SPPLOPT93880820

"Pursuant to DC Code §51-111(k)(2), all correspondence, notice, determinations, or decisions issued by the Director may be signed by an electronic signature that complies with the requirements §28-4917 and Mayor's Order 2009-118, issued June 25, 2009. The unique number in the signature line is the claims examiner's electronic signature. It is the attestation of and to all statements in the determination."

### SEE THE ENCLOSED D.C. CODE & NOTICE OF APPEAL RIGHTS

Hello Mr. ███

Ahead of our meeting, I wanted to let you know that there have been several racialized incidents at Lafayette Elementary school that have gone unaddressed. It has caused a chilling effect on the students and staff of color of Lafayette Elementary. In a fourth grade classroom, students said the N word and another referred to himself as a Nazi. In a 5th grade classroom during a civil war exercise the teacher asked the Black students to be slaves. The students were traumatized and cried. The parents were not notified and it has not been sufficiently addressed. A third incident I would like to relay Lafayette parent called another adult the N word twice, while yelling at her in front of the school during dismissal.

I believe this a hostile environment for students of color, and staff as well. And Ms. Broquard has not sufficiently addressed any of these issues in a systemic or institutionalized way that is transparent and conveys a commitment to keeping all members of the Lafayette community safe.

I look forward to meeting with you.

Best,

Dr. ███

███, PhD
*Pronouns: She | Her | Hers*
███
███
███

UX 16b-2

# ATTACHMENT 4

000509SPPL00

**UX 16b-1**



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**

**Via Electronic Mail (**kimberlynn.jurkowski@k12.dc.gov; kjurkowski777@gmail.com**)**

December 17, 2021

Kimberlynn Jurkowski
317 New Road
Northfield, NJ 08225

Re:     Notice of Pending Investigation
        Library Media Specialist, Watkins ES
        Jurkowski, Kimberlynn (x5669; EMPLID: 00082524)

Dear Ms. Kimberlynn Jurkowski:

Kindly be advised that the District of Columbia Public Schools (DCPS) is beginning an investigation into allegations that you employee misconduct on or about December 17, 2021. If appropriate, DCPS will issue follow-up correspondence in the coming days placing you on administrative detail or administrative leave. You will be permitted to continue working during the pendency of the investigation unless you have received or receive additional correspondence placing you on administrative leave or detail.

Be advised that this matter is being investigated and that the results of the investigation will help to determine what, if any, future actions will be taken. In order to facilitate the investigation, you are to make yourself available to the Division of Security and/or other appropriate DCPS offices, as well as the Metropolitan Police Department, should they need to contact you. You have the right to have a union or other representative accompany you to any investigatory meeting. You are to be accessible and responsive to any and all requests and calls to you. Failure to adhere to the specifications detailed in this letter may result in disciplinary action up to and including termination.

If you have any questions or concerns, please contact LMER at (202) 442-5373.

Sincerely,

Jade L. Fuller
Deputy Chief, Labor Management & Employee Relations

cc:     Mscott Berkowitz, Principal, Watkins ES
        Shawn Stover, Instructional Superintendent
        Scott Barash, General Counsel
        Matthew Thompson, Specialist, LMER
        Jacque Pogue-Lyons, President, Washington Teachers Union
        Terrence Ngwa, Executive Director, Washington Teachers Union

PPLOPT938


DISTRICT OF COLUMBIA
PUBLIC SCHOOLS

<u>Via Electronic Mail</u> (kimberlynn.jurkowski@k12.dc.gov; kjurkowski777@gmail.com)

December 17, 2021

Kimberlynn Jurkowski
317 New Road
Northfield, NJ 08225

Re:    Administrative Leave
       Library Media Specialist, Watkins ES
       Jurkowski, Kimberlynn (x5669; EMPLID: 00082524)

Dear Ms. Jurkowski:

Kindly be advised that you are being placed on paid administrative leave effective immediately. This action is warranted pending an investigation into employee misconduct on or about December 17, 2021. Following your receipt of this letter, you are not to report to Watkins ES or be on District of Columbia Public Schools (DCPS) property, unless cleared in advance by Labor Management & Employee Relations (LMER).

Kindly further be advised that this matter is being investigated and that the results of the investigation will help to determine what, if any, future actions will be taken. In order to facilitate the investigation, you are to make yourself available to the Division of Security and/or other appropriate DCPS offices, as well as the Metropolitan Police Department, should they need to contact you. You have the right to have a union or other representative accompany you to any investigatory meeting. You are to be accessible and responsive to any and all requests and calls to you. Failure to adhere to the specifications detailed in this letter may result in disciplinary action up to and including termination.

If you have any questions or concerns, please contact LMER at (202) 442-5373.

Sincerely,

Jade L. Fuller
Deputy Chief, Labor Management & Employee Relations

cc:    Mscott Berkowitz, Principal, Watkins ES
       Shawn Stover, Instructional Superintendent
       Scott Barash, General Counsel
       Matthew Thompson, Specialist, LMER
       Tisa McGhee, Payroll
       Jacque Pogue-Lyons, President, Washington Teachers Union
       Terrence Ngwa, Executive Director, Washington Teachers Union        PPLOPT93
       Kim Jackson, Chief, Elementary Schools
       LMER, Investigations Division
       Office of School Security

Christopher Harden
September 9, 2016
Page 2



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS

Via Electronic Mail (Kimberlynn.Jurkowski@k12.dc.gov; kjurkowski777@gmail.com)

January 28, 2022

Kimberlynn Jurkowski
317 New Road
Northfield, NJ 08225

Re:     Notice of Initiation of Disciplinary Action
        Jurkowski, Kimberlynn (x5669; EmplID: 00082524)

Dear Ms. Jurkowski:

This letter serves to notify you that the District of Columbia Public Schools (DCPS) has concluded Investigation No. 22-0068, into an allegation of misconduct in office made against you, and has determined the allegation to be substantiated. Enclosed, please find a copy of the investigative report.

In accordance with Title 5-E, Chapter 14 of the District of Columbia Municipal Regulations (DCMR), as well as relevant provisions of the Collective Bargaining Agreement between the Washington Teachers' Union (WTU) and DCPS (WTU Agreement), this letter serves as official notice that DCPS is initiating disciplinary action against you based on the findings of the aforementioned investigation.

In the coming days, DCPS will issue you separate correspondence providing the details of your disciplinary action and how to challenge the discipline should you choose to do so. Until then, you are to remain on paid administrative leave per the instructions in your Notice of Administrative Leave dated December 17, 2021.

If you have any questions, you may reach out to Labor Management & Employee Relations (LMER) at 202-442-5373.

Sincerely,

Aimee D. Peoples

Aimee D. Peoples
Deputy Chief, Labor Management &
    Employee Relations

cc:     MScott Berkowitz, Principal                          P 0 0 0 1 - 2 3 6 5
        Shawn Stover, Instructional Superintendent
        Jacqueline Pogue Lyons, President, WTU
        Regina Bell, Vice President, WTU
        Louis Blount, WTU



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS

Via Electronic Mail (Kimberlynn.Jurkowski@k12.dc.gov; kjurkowski777@gmail.com)

February 14, 2022

Kimberlynn Jurkowski
317 New Road
Northfield, NJ 08225

Re:     Notice of Termination
        Library/Media Specialist
        Watkins ES
        Jurkowski, Kimberlynn (x5669; EmplID: 00082524)

Dear Ms. Jurkowski:

This letter serves to notify you that the District of Columbia Public Schools (DCPS) has concluded Investigation No. 22-0068, into an allegation of misconduct in office made against you, and has determined the allegation to be substantiated.

In accordance with Title 5-E, Chapter 14 of the District of Columbia Municipal Regulations (DCMR), as well as relevant provisions of the Collective Bargaining Agreement between the Washington Teachers' Union (WTU) and the District of Columbia Public Schools (WTU Agreement), this letter serves as official notice that you will be terminated from your position as a Library/Media Specialist, effective March 8, 2022. The WTU Agreement requires that you receive notification of this action ten (10) school days prior to the effective date of your termination. Your notification period begins on February 15, 2022. You will remain on paid administrative leave through March 7, 2022.

The grounds and reasons for your termination are as follows:

        Grounds:    Violations of 5-E DCMR Section 1401.2 (b) Grave Misconduct; and 5-E DCMR Section 1401.2 (v) Other Conduct During and Outside of Duty Hours That Would Affect Adversely the Employee's or the Agency's Ability to Perform Effectively

        Reasons:    You had students conduct a reenactment of the Holocaust during class. Students describe playing different roles in the reenactment, including: pretending to shoot other students who were portraying Jewish people; digging ditches; placing students in gas chambers; and building trains to transport Jewish people to the gas chambers. One student in particular was made to portray Adolf Hitler. You then instructed the students not to tell their parents about the reenactment.

Based on an investigation conducted by DCPS, we have concluded that an adverse action is warranted and that termination is the appropriate action. At no time during your period of administrative leave or

PPLOPT9388

Ms. Kimberlynn Jurkowski
February 14, 2022
Page 2

thereafter are you to be in or on the grounds of Watkins ES or on DCPS property, unless cleared in advance by Labor Management & Employee Relations.

As required by the WTU Agreement, within five (5) days of your receipt of this notice, you have the right to review any documents supportive of the charges, to reply in writing or in person to all charges and to furnish any statements in support of your reply. Your request must be directed to Labor Management & Employee Relations, 1200 First Street, N.E., 10th Floor, Washington, D.C. 20002. Your adverse action will be effective as stated above unless upon consideration of any additional relevant facts, DCPS determines that a modification of the action is warranted. If DCPS makes such a determination, you and the WTU will be notified in writing. If you do not receive such communication, this letter will serve as your final notice of termination.

Any documents provided to you regarding the details of the investigation and/or disciplinary action are being provided in accordance with the relevant provisions of the WTU DCPS Collective Bargaining Agreement (CBA). As these documents contain sensitive information, please do not share them outside of those persons necessary to assist in any rebuttal, defense, or grievance actions you may undertake. Please also be advised that any harassment, retaliation or coercion against any individuals for their participation in an investigation is strictly prohibited and may lead to disciplinary action.[1]

You may elect to file a grievance concerning this action in accordance with Article VI, Grievance and Arbitration, of the WTU Agreement. In addition, if you are a permanent employee of the District of Columbia Public Schools, you may elect to file an appeal with the Office of Employee Appeals (OEA). You may not, however, do both.

You are to immediately return all keys, security badge(s), pass card(s), uniforms, cell phone(s), and any and all government property issued to you as a DCPS employee. Please call the Office of School Security at (202) 576-6950 to make arrangements to deliver your items. DCPS will take all appropriate action until all DCPS property is returned. This includes all DCPS paper-based or computer-based documents contained on computer disks, hard drives, storage drives and on any other type of electronic media containing such documents in your possession.

If you file a grievance, it must be in writing, clearly state your reasons for grieving this action and be filed with your union within fourteen (14) school days of the effective date of this termination.

If you file an appeal with OEA, you must do so within thirty (30) calendar days of the effective date of your termination. A copy of the OEA Rules and the appeal form are enclosed. This information also is available at http://oea.dc.gov/oea/site/default.asp. The OEA is located at 1100 4th Street, SW, Suite 620E, Washington, DC 20024.

Your health benefit coverage will end thirty one (31) days after your termination. If you are interested in continuing your health insurance and/or life insurance coverage beyond the 31-day extension, please

---

[1] See DCMR § 2–1402.61, Coercion or retaliation; 5-E 1401, Grounds for Adverse Action; Employees Rights and Responsibilities Policy

Ms. Kimberlynn Jurkowski
February 14, 2022
Page 3

read the enclosed document which provides additional information regarding Temporary Continuation of Coverage (TCC) insurance.   Please contact DCPS Employee Services (202-442-4090) if you have any questions regarding TCC insurance, or other benefits.

Sincerely,

Aimee D. Peoples

Aimee D. Peoples
Deputy Chief, Labor Management &
   Employee Relations

Enclosures

cc:    MScott Berkowitz, Principal
       Shawn Stover, Instructional Superintendent
       Jacqueline Pogue-Lyons, President, WTU
       Regina Bell, Vice President, WTU
       Kim Jackson, Chief, Elementary Schools
       Scott Barash, Esq., Chief, General Counsel
       Jana Woods-Jefferson, Deputy Chief, Employee Services
       Anita Berry, Director, HR Processing
       DCPS Offboarding
       Tisa McGhee, Finance Division
       LMER Investigations
       Office of School Security
       Official Personnel Folder

PPLOPT9388

Message

| | |
|---|---|
| **From:** | Bloom, Susan (DCPS) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP |
| | (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=E145BBB0F5DE4A95AC8DA358A871CE37-SUSAN BLOOM] |
| **Sent:** | 7/1/2020 5:24:16 PM |
| **To:** | Katie Cushman [ponymama01@yahoo.com] |
| **Subject:** | Fwd: Welcome to the Cluster School! |

Get Outlook for iOS

**From:** MScott Berkowitz <peabodywatkinsprincipal@gmail.com>
**Sent:** Friday, June 26, 2020 8:01 AM
**To:** Bloom, Susan (DCPS)
**Subject:** Re: Welcome to the Cluster School!

CAUTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

Hi Sue!

Thank you so much for your kind and welcoming words. I couldn't be more excited to meet you and engage with the entire community. I will be in touch soon!

On Thu, Jun 25, 2020 at 1:17 PM Bloom, Susan (DCPS) <Susan.Bloom@k12.dc.gov> wrote:
Dear Mr. Berkowitz,

Thank you so much for your email and for your introduction letter. As a longtime member of the Cluster School community (as a parent and then as the Peabody librarian), I really appreciate you reaching out to us so soon after the announcement of your selection and for your warm introduction letter. We are all very excited to meet you, to get to know you, and to begin the collaborative work of preparing for the coming school year. As I know you will hear very soon, we have a "Reopening Committee" at Peabody and we look forward to discussing how best to resume our important educational work in these unique pandemic and social justice times.

Best of luck as you get settled into this new position and again, let me say, "Welcome to the Cluster School!" It's an amazing and unique school community!

Sincerely,
Sue Bloom

Library Media Specialist
Peabody Primary School
Capitol Hill Cluster School
425 C Street NE
Washington DC 20002
school: 202-698-3277
cell: 202-270-9623

0005085PPLOPT6310700P77

@PeabodyLibrary1

Peabody's Specials Website: https://sites.google.com/site/peabodyspecialsteam/

**From:** MScott Berkowitz <peabodywatkinsprincipal@gmail.com>
**Sent:** Wednesday, June 24, 2020 7:49 PM
**To:** Hollis, Joi <Joi.Hollis@k12.dc.gov>; Tate, Lauren M. (DCPS) <lauren.tate@k12.dc.gov>; Young, Betty (DCPS) <betty.young@k12.dc.gov>; Taylor, Stacy (DCPS) <Stacy.Taylor2@k12.dc.gov>; Mingo, Lisa (DCPS) <Lisa.Mingo@k12.dc.gov>; Burrus, Anna (DCPS) <Anna.Burrus@k12.dc.gov>; Williams, Zelda (DCPS) <Zelda.Williams@k12.dc.gov>; Egan, Kerry (DCPS) <kerry.egan@k12.dc.gov>; Judy, Beth (DCPS) <beth.judy@k12.dc.gov>; McPherson, Ebon (DCPS) <Ebon.McPherson@k12.dc.gov>; Dickson, Jijuan (DCPS) <Jijuan.Dickson@k12.dc.gov>; Slattery, Anne-Marie (DCPS) <annie.slattery@k12.dc.gov>; Johnson, LaBrea (DCPS) <labrea.johnson@k12.dc.gov>; Houghton, Rachel E. (DCPS) <rachel.houghton@k12.dc.gov>; Carraway, Karlene (DCPS) <Karlene.Carraway@k12.dc.gov>; Friedman, Sara (DCPS) <Sara.Friedman@k12.dc.gov>; Smith, Angela J. (DCPS) <angelaj.smith@k12.dc.gov>; BLOT, EDLINE (DCPS) <EDLINE.BLOT@k12.dc.gov>; Blagburn, Kimberlie F. (DCPS) <kimberlie.blagburn@k12.dc.gov>; Griffin, Kimberly (DCPS) <Kimberly.Griffin@k12.dc.gov>; Tippett, Angela (DCPS) <angela.tippett@k12.dc.gov>; Hinrichs, Caitlin (DCPS) <Caitlin.Hinrichs@k12.dc.gov>; Williams, Claudette (DCPS) <claudette.williams@k12.dc.gov>; D'Antonio, Stephanie (DCPS) <stephanie.dantonio@k12.dc.gov>; Nelson, Valerie (DCPS) <Valerie.Nelson@k12.dc.gov>; King, Chelsa (DCPS) <Chelsa.King@k12.dc.gov>; Cushman, Katie (DCPS) <Katie.Cushman@k12.dc.gov>; Bloom, Susan (DCPS) <Susan.Bloom@k12.dc.gov>; Coleman, Priscilla (DCPS) <Priscilla.Coleman@k12.dc.gov>; Turner, Virginia (DCPS) <virginia.turner@k12.dc.gov>; rhelgerson@gmail.com <rhelgerson@gmail.com>; Lobban, Alexandra (DCPS) <Alexandra.Lobban@k12.dc.gov>; Hopkins, Allison (DCPS) <Allison.Hopkins@k12.dc.gov>; glenn.gibbjr@gmail.com <glenn.gibbjr@gmail.com>; Williams, Jennifer (DCPS) <jennifer.williams@k12.dc.gov>; Warren, Zena (DCPS) <Zena.Warren@k12.dc.gov>; Faulkner, Camilla (DCPS) <Camilla.Faulkner@k12.dc.gov>; Michele Buchanan-Tyler <Michele.Buchanan-Tyler@k12.dc.gov>; Hooker, Ronnie B. (DCPS) <Ronnie.Hooker@k12.dc.gov>; Preston, Sherman (DCPS) <Sherman.Preston2@k12.dc.gov>; hill, delton (DCPS) <delton.hill@k12.dc.gov>; rita.hines@yahoo.com <rita.hines@yahoo.com>; deebLKink@aol.com <deebLKink@aol.com>; Bell, Elena (DCPS) <elena.bell@k12.dc.gov>; Boisvert, Mark (DCPS) <mark.boisvert@k12.dc.gov>; Angry, Katrel (DCPS) <katrel.angry@k12.dc.gov>; Davis, Sunmer (DCPS) <sunmer.davis@k12.dc.gov>; ODonnell, Elizabeth (DCPS) <elizabeth.odonnell@k12.dc.gov>; Wecker, Kelly (DCPS) <Kelly.Wecker@k12.dc.gov>; Stewart, Jill (DCPS) <jill.stewart@k12.dc.gov>; Nigro, Elizabeth (DCPS) <Elizabeth.Nigro@k12.dc.gov>; Sheppard, Tatiana (DCPS) <Tatiana.Sheppard@k12.dc.gov>; Daddario, Christen (DCPS) <Christen.Daddario@k12.dc.gov>; Hill-Dyal, Alice (DCPS) <alice.hill-dyal@k12.dc.gov>; Coleman, Stephanie (DCPS) <stephanie.coleman@k12.dc.gov>; Moxley, Katherine (DCPS) <Katherine.Moxley@k12.dc.gov>; Nover, Rachel (DCPS) <Rachel.Nover@k12.dc.gov>; Parler, Brittany (DCPS) <brittany.parler@k12.dc.gov>; ONeil, Todd (DCPS) <todd.oneil@k12.dc.gov>; Dickinson, Coreil R. (DCPS) <coreil.dickinson@k12.dc.gov>; Elmusa, Layth (DCPS) <Layth.Elmusa@k12.dc.gov>; Sullivan, Monique (DCPS) <Monique.Sullivan@k12.dc.gov>; Phoenix, Alyse (DCPS) <Alyse.Phoenix@k12.dc.gov>; Butler, Duane (DCPS) <Duane.Butler@k12.dc.gov>; Dunning, Lauren (DCPS) <Lauren.Dunning@k12.dc.gov>; Bell, Jaquana (DCPS) <Jaquana.Bell@k12.dc.gov>; Lamont, Rosalind (DCPS) <rosalind.lamont@k12.dc.gov>; Davila-Irving, Sharonda (DCPS) <sharonda.davila-irving@k12.dc.gov>; Harrell, Dionne (DCPS) <dionne.harrell@k12.dc.gov>; Lopez, Jose (DCPS) <Jose.Lopez4@k12.dc.gov>; Nagbe, Hillel (DCPS) <Hillel.Nagbe@k12.dc.gov>; Perkins, Zalika (DCPS) <zalika.perkins@k12.dc.gov>; Washington, Nikko (DCPS) <Nikko.Washington@k12.dc.gov>; Gross, Jason (DCPS) <jason.gross@k12.dc.gov>; Thomas, Pearilya (DCPS) <Pearilya.Thomas@k12.dc.gov>; Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>; Roy, Shelia A. (DCPS) <shelia.roy@k12.dc.gov>; beulah.brock@k12.gov <beulah.brock@k12.gov>; Carraway, Terrie (DCPS) <Terrie.Carraway@k12.dc.gov>; Kayne, Kathryn (DCPS) <kathryn.kayne@k12.dc.gov>; Rowe, Henri (DCPS) <Henri.Rowe@k12.dc.gov>; Pullings, Khristina (DCPS) <Khristina.Pullings@k12.dc.gov>; Wall, Lakeisha (DCPS) <Lakeisha.Wall@k12.dc.gov>; Thomas, Veturah (DCPS) <Veturah.Thomas@k12.dc.gov>; Gianella, Nathalia (DCPS) <nathalia.gianella@k12.dc.gov>; Hay, Joan (DCPS) <Joan.Hay@k12.dc.gov>; DelMedico, Stephanie (DCPS) <Stephanie.DelMedico@k12.dc.gov>; Thompson, Kelvin (DCPS) <Kelvin.Thompson@k12.dc.gov>; Harris, Jamekia (DCPS) <jamekia.harris@k12.dc.gov>; Cockerham, Rachel (DCPS) <Rachel.Cockerham@k12.dc.gov>; Henderson, Troy (DCPS) <Troy.Henderson@k12.dc.gov>; donnell.starkey@k12.dc.gov <donnell.starkey@k12.dc.gov>;

benjamin.thomas@k12.dc.gov <benjamin.thomas@k12.dc.gov>; **Benson, Charles (DCPS)**
<Charles.Benson@k12.dc.gov>; **Williams, Torain (DCPS)** <Torain.Williams@k12.dc.gov>; **Cafeteria Manager, Watkins
(DCPS)** <cafe.watkins@k12.dc.gov>
**Subject:** Intro letter from Principal Berkowitz

CAUTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you
recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to
phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

Hello fantastic staffs!

I'm excited to begin my journey with you and wrote the attached note to introduce myself.  Please note this
email address is temporary and my DCPS email will hopefully be up and running soon.  I will be in touch!

I hope you're all safe and well.

Best,

MScott

000509SPPLOPT63107QDP77

Other tools    Pictures Software Data charts

v

☐                                                                                    .Ø1._ L-

FADISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of the General Counsel
Labor Management & Employee Relations
Investigations Division
3535 V Street N. E. — Washington D. C. — (202) 576-6962 — Fax (202) 576-6593

Statement

| Location | Date | Time | File Number |
|---|---|---|---|
| Watkins Elementary School | December 17, 12021 | 10:30-12:30 | |
| Last Name, First, Middle Berkowitz, MScott | | Social Security Number Date of Birth pall four dighs only) 4129/1981 | |

Organization or Address

Watkins ES

STATEMENT

The following is a summary of my interviews with students in Ms. Moxley's 31d grade homeroom class.
After Ms. Moxley shared what the students reported from the class, I interviewed the following students in
the presence of Mr. Jerenzo Redmond and Ms. La-Tarsha lames.


          reported he felt butterflies in his stomach.
   - He reported that he was sad because he was Jewish and that his family was killed in the Holocaust.
   - When asked why they did the lesson, lie replied: I don't know. He said it was not connected to other
      lessons done in the library.
   - He was assigned the role of Hitler. I-Ie did not knowingly volunteer for that role. He was given it
      after he volunteered to participate in an activity before knowing what the activity would be.
   - He reported that people in the class were told to dig ditches, go in "gas showers," be soldiers shooting
          WS d fall into ditches.
              retended to commit suicide fulfilling the role of Hitler.

P0001-23

09

- He pretended to hold a gun to make suagwther students were "digging the ditches."
- He felt uncomfortable when== and–fell into a ditch after being shot. Someone else pretended to shoot them.
- He reported feeling uncomfortable and being violent.
- He was told not to tell his parents about the lesson.


     Felt a little bg&&W because people were shooting. "She told us to shoot the people on the train."
     W-, were shooting me and my friends. He didn't want to be part of them.
       e people that had to go to the gas tanks were dead. He had to lay down.
     Why were you learning this? "1 don't know."


[] - What was the scariest part? "Me dying."
   - She told us not to tell our parents about this. The killing part — you don't have to tell them. That
     made me feel a little scared.
   - When he didn't want to participate, he sat down on the carpet. The teacher said, "come on, get up."
   - "I'm scared to go to the library. I don't want to do that again."


     Feels bad for Jcwish people in history.
   - His role was to build the ditches. Had fun but feel bad because they tricked and killed the Jews.
         td it feel to be a shooter? "It didn't feel good. I don't like guns."
           laims he did not hear the teacher tell the class not to tell their parents.


   - He feels bad that they had to go through this.
   - Says he was told that Hitler had a bad Christmas and decided to take it out on peoplc. That's how the
     class began.


   - He feels butterflies. He's nervous and sad. He didn't like the class.
   - They made us act to build pits, gas chambers, and shoot people.
         He says it's inappropriate to pretend to shoot people and act dead.
   -      oes recall the teacher instructing the class not to tell their parents. He was scared when she
     sat that.


                    INITIALS OF PERSON MAKING
                    STATEMENT

                    711

STATEMENT (continued)

EXHIBIT NUMBER              INITIAL OF PERSON MAKING PAGE _OF
                           STATEMENT

                           MB
FILE #:


☐                              AFFIDAVIT

I, MScott Berkowitz HAVE FULLY READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH
BEGINS ON PAGE _1_ and end on Page _3_ l 8tlly understand the contents of the entire
statement
made by me. The statement is true. I have initialed all corrections and have initialed the
bottom of each sheet
containing the statement. I have trade statement freely without hope or benefit or reward,
without threat of
punishment, and without coercion, unlawful influence, or unlawful inducement.


                                        (Signature or Person Making Statement)


   Mark Boisverl
                                        (Signature of Person Taking Statement)
(Witness)
INITIAL OF PERSON MAKING STATEMENT l Page 3 of Patties 3




P0001-23

Fwd Fw: Written Warning 10.20.21

kimberlynnjurkowski <kjurkcwski777@gmailcom>

Fri 2021-10-22 &32 AM

To:Stoyer. Shawn (DCPS) <3hawnzwvw@kl2.dc.gov>;Washbum, Kevin (DCPS)
<Kevin.WashburnVkl2dcgov>;Michele
Buchanan-Tyler <boctoomt@icloud.com>;Hopkins, Allison (DCPS) <Alliwn.Hopkins6k12dcgar>
CcRogl Sole <rs01-is@wtulocal&net>;Elmusa, Layth (DCPS)
<Layth.Elmusa@kl2.de.gov>;Berkovrit& MScott(DCPS)
<MSmtLBerkow'rb*kl2.dcyovr,Bonvert, Mark (DCPS)
<mark.boiymt@kl2dcgov>;tani5ha.monbwmery@kl2.dc9ov
<tarti3hamontagomery@k124c.gov>;kimbertynnjuriumv3id <I urkuwsld7T7@gmail.com>


 1 attach rnemb (459 KB)

Kimberiynn Jurkowski Written Warning 10.2021.pdf,


CAUTION: This snail originated fromoutsideof the DCGovernment Do not click on links or open atmchmnis unless you
recognize the sender and know that the conterrts mfe.Ifyou believe that this trail is suspicious, please forward to
phlshing@dc.gov for addltk nol analysis by OCIPO Security Operations Center (SOC).


---------- Forwarded message ---------

From: JtwkowsK IGmbraHrn (DCPS) <KimberlyMJurkows1dAkl2-dc9Qy>

Date: Fri, Oct 22, 2021 at 6:08 AM

Subject: Fw: Written blaming 10.20.21

To: Idmberiynnjurkowsld <@urkows@mail.com>


Glut Instructional Superintendent Stover and library Director Washbum, I am inviting you to this

meeting because I am sure this is a matter that should include stateholders and othersupporters(Ms.

Tyler and Ms Hopkins from Watkins). I am working with WTU and Watkins' WTU Building

VV9SPPLOQ664RKDTTSTTATX

Representative Mr. Elmusa to Team the facts as the facts are shared by all persons involved based on a

verbal warning received during a Scholastic Book Fair and Library Club planning meeting on Teams (1-

-20-21 ) with Mr. Boisvertand Ms. Montgomery (V%btkdnsAdminstrators). Mr. Boisvert emailed the

letter of waring minutes after the planning meeting ended on Teams (10-20-21). I have included the

email below, I hope you will make time to join this meeting and find a date and time can be set for all

of us to discuss this matter. Thank you, have a nice day.


Kimberiynn Jurkowskk, LMS, Watkins

Caool HI Cluster School

Watkins EfementarySchool

42012th St. SE
-- -------------- ---
Washington, DC 20003
--------------------------
Offlce: 202 B88-3355

Cea: 608 481-8878




From: Bolsvert, Mark (DCPS) <mark.bolsvertRk]Zdc.gvy>

Sant: Wednesday, October 20, 20213.06PM

Tb:Jurkowskl, KlmbeHynn (DCPS)<Klmberlynn.JurkowskiOkIldc.gay>

Cc: Elmusa, Layth (DCPS) <L nrth.Elmusa@kl2.dQgoy>,Berkowl%MSoott (DCPS)

[]<MSwtt BerkowitzOk12 do jrrna; Montgomery, Tanisha (DCPS) <tanisha.man merv@k12 do srov>
Subject: Written Warning 10.20.21

Hello Ms. Jurkowskl,

Thank for taking the time to meet with me thls aftemoon. Per your request, I have Included Mr. Elmusa, as the
school WfU representathre, on thls emall. If you would Iike to schedule a meeting with

union representation,
we can arrange for that to happen. I wlII provide 3 options of dates/tImes for us to meet
In a follow-up emal1.

Sincerely,
Mark Bolsvert


Mirk Bolseert I AWSCOM Pdadpol
Watkins Elementary School
42012d' Street SE
Washington, D.C. 20003
School: (202)698.3355
Cell: (202) 699-1812


VV9SPPLOQ664RKDTTSTTATX



## Fw: Battle of the Books...

**Jurkowski, Kimberlynn (DCPS)** <Kimberlynn.Jurkowski@k12.dc.gov>    Wed, Jan 19, 2022 at 4:12 PM
To: kimberlynn jurkowski <kjurkowski777@gmail.com>

Applebaum BOBDT meeting note from Kytja Weir 12/12/21

**From:** Kytja Weir <kytja.weir@gmail.com>
**Sent:** Sunday, December 12, 2021 9:33 PM
**To:** Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
**Cc:** bappelbaum@gmail.com <bappelbaum@gmail.com>
**Subject:** Battle of the Books...

> **CAUTION:** This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

Evening, Ms. Jurkowski,

I wanted to let you know that Tomas was very excited to join you all for Battle of the Books on Friday but got a serious case of nerves when he went on Friday morning. He hovered outside of the door the whole time too nervous to go in with all the 4th and 5th graders there.

But we've talked about it and he's still interested in participating, if it's not too late to come in midstream. Could he join you all this coming Friday?

Thank you,
Kytja
Mom of Tomas Appelbaum, grade 3.

--
Kytja Weir
cell: 646-256-0877
kytja.weir@gmail.com

---

**Jurkowski, Kimberlynn (DCPS)** <Kimberlynn.Jurkowski@k12.dc.gov>    Wed, Jan 19, 2022 at 4:14 PM
To: kimberlynn jurkowski <kjurkowski777@gmail.com>

Applebaum BOBDT

**From:** Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
**Sent:** Wednesday, January 19, 2022 4:12 PM
**To:** kimberlynn jurkowski <kjurkowski777@gmail.com>
**Subject:** Fw: Battle of the Books...

[Quoted text hidden]

VV9SPPL00064RKOTTSTYAT

 Gmail

## Fw: Concerns: Collaboration, Change of Schedule, Change of lesson, Student traveling for E15..

**Jurkowski, Kimberlynn (DCPS)** <Kimberlynn.Jurkowski@k12.dc.gov>  V9SPPLOQ064RKDTTSTTAT  Fri, Oct 29, 2021 at 4:17 AM
To: kimberlynn jurkowski <kjurkowski777@gmail.com>

**From:** Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>
**Sent:** Wednesday, May 19, 2021 2:53 PM
**To:** Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>; Boisvert, Mark (DCPS) <mark.boisvert@k12.dc.gov>; Hollis, Joi <Joi.Hollis@k12.dc.gov>
**Cc:** Lamont, Rosalind (DCPS) <rosalind.lamont@k12.dc.gov>; Butler, Duane (DCPS) <Duane.Butler@k12.dc.gov>; Bell, Jaquana (DCPS) <Jaquana.Bell@k12.dc.gov>; Hightower, Rashida (DCPS) <Rashida.Hightower@k12.dc.gov>; Sullivan, Monique (DCPS) <Monique.Sullivan@k12.dc.gov>; Phoenix, Alyse (DCPS) <Alyse.Phoenix@k12.dc.gov>; Elmusa, Layth (DCPS) <Layth.Elmusa@k12.dc.gov>; Dickinson, Coreil R. (DCPS) <coreil.dickinson@k12.dc.gov>; Nover, Rachel (DCPS) <Rachel.Nover@k12.dc.gov>; Moxley, Katherine (DCPS) <Katherine.Moxley@k12.dc.gov>; ONeil, Todd (DCPS) <todd.oneil@k12.dc.gov>; Parler, Brittany (DCPS) <brittany.parler@k12.dc.gov>; Hill-Dyal, Alice (DCPS) <alice.hill-dyal@k12.dc.gov>; Coleman, Stephanie (DCPS) <stephanie.coleman@k12.dc.gov>; Griffin, Kimberly (DCPS) <Kimberly.Griffin@k12.dc.gov>; Sheppard, Tatiana (DCPS) <Tatiana.Sheppard@k12.dc.gov>; Davis, Sunmer (DCPS) <sunmer.davis@k12.dc.gov>; Stewart, Jill (DCPS) <jill.stewart@k12.dc.gov>; Dunning, Lauren (DCPS) <Lauren.Dunning@k12.dc.gov>; ODonnell, Elizabeth (DCPS) <elizabeth.odonnell@k12.dc.gov>; Talisman, Lita (DCPS) <Lita.Talisman@k12.dc.gov>; Michele Buchanan-Tyler <Michele.Buchanan-Tyler@k12.dc.gov>; Hopkins, Allison (DCPS) <Allison.Hopkins@k12.dc.gov>; Thomas, Veturah (DCPS) <Veturah.Thomas@k12.dc.gov>; Pullings, Khristina (DCPS) <Khristina.Pullings@k12.dc.gov>; Rowe, Henri (DCPS) <Henri.Rowe@k12.dc.gov>; Perkins, Zalika (DCPS) <zalika.perkins@k12.dc.gov>; Nagbe, Hillel (DCPS) <Hillel.Nagbe@k12.dc.gov>; Lopez, Jose (DCPS) <Jose.Lopez4@k12.dc.gov>; Gross, Jason (DCPS) <jason.gross@k12.dc.gov>; Denton, Neil (DCPS) <Neil.Denton@k12.dc.gov>
**Subject:** Re: Concerns: Collaboration, Change of Schedule, Change of lesson, Student traveling for E15..

Hello Ms. Jurkowski and everyone else,

Ms. Jurkowski and I talked for some time this afternoon about the issues she raised in this email and the SCAC team also just discussed them briefly. I will try to clarify as best I can in writing. Please realize that I don't have specific examples of situations and that context always matters, Yet I'll try to be as clear and concise as possible.

**Schedules**
- Only school leaders can make changes to the academic schedule. If staff has suggestions for changes (like an outdoor lesson, walking field trip, or extended math block), they need to be discussed with school leaders.
- Teachers may use other spaces in the building for learning or fun (think outdoor classroom, library, computer lab) but again, only with approval from school leaders. Ms. Jurkowski referenced travel – she means traveling inside the building.
  - If for some reason, a class wanted to go to Ms. Watkins' classroom and that class is OUTSIDE Ms. Watkins' two cohorts (or bubbles) it would take a lot of coordinating of people and time to make that happen. Ms. Watkins would not be able to join the class in that space and even occupying it would require a conversation with him and school leaders grounding in the learning or culture building of the experience.

**Collaboration vs Direction**
- Teachers can and should collaborate! Ideally communication is open, decisions are mutually agreed upon, and partners and teams are moving forward in harmony and service of students. If that's not the case, the communication or relationship likely needs some work. School leaders are happy to support with those relationships. Please let us know.
- Only me, AP Boisvert, AP Hollis and DSL Montgomery are to give directives to staff. Others may carry our messages (for example, Ms. Carraway communicating a class coverage adjustment) but when the directives come from us, they should be followed. Staff-to-staff communication should not be directive. If you feel like you are on the receiving end of a directive that doesn't sound right to you (i.e. you don't think it's coming from leadership), I hope you take one or more of the following steps:
  - Take a breath and ask yourself if this directive good for kids and your lesson.
  - Ask the messenger about it for clarity, including why we're doing ____, assuming positive intent the whole time.
  - Check the school handbook or Friday Look Forward or another resource where directives are shared.
  - Check with a school leader.
- All ET-15s have equal authority in our organization! You all make different and valuable contributions to our students! No matter your role, HR teacher, Special Education Teacher, Specials Teacher, other ET-15, the nature of your communication should be collaborative, supportive, in the spirit of serving students.

Given all that, the direct answer to Ms. Jurkowksi's question, *would I be allowed to go into another E15's classroom, tell the E15 what lesson they will do, tell the E15 that the lesson they have planned will be done some other time?* Is **"no."**

The concerns raised in Ms. Jurkowski's email are significant and frankly, surprising to me. I want to support anyone who has had an encounter

like this. Please be in touch so I can understand what's happening.

Best,

**MScott Berkowitz**
**Principal**
**Peabody Elementary School and Watkins Elementary School**
**Peabody: 202-698-3277**
**Watkins: 202-698-3355**
**District of Columbia Public Schools**
**@PeabodyWatkins on Instagram and Twitter**



## Capitol Hill Cluster School
*Where Every Child Achieves*

**From:** "Jurkowski, Kimberlynn (DCPS)" <Kimberlynn.Jurkowski@k12.dc.gov>
**Date:** Wednesday, May 19, 2021 at 6:50 AM
**To:** "Berkowitz, MScott (DCPS)" <MScott.Berkowitz@k12.dc.gov>, Mark Boisvert <mark.boisvert@k12.dc.gov>, "Hollis, Joi" <Joi.Hollis@k12.dc.gov>
**Cc:** "Lamont, Rosalind (DCPS)" <rosalind.lamont@k12.dc.gov>, "Butler, Duane (DCPS)" <Duane.Butler@k12.dc.gov>, "Bell, Jaquana (DCPS)" <Jaquana.Bell@k12.dc.gov>, "Hightower, Rashida (DCPS)" <Rashida.Hightower@k12.dc.gov>, "Sullivan, Monique (DCPS)" <Monique.Sullivan@k12.dc.gov>, "Phoenix, Alyse (DCPS)" <Alyse.Phoenix@k12.dc.gov>, "Elmusa, Layth (DCPS)" <Layth.Elmusa@k12.dc.gov>, "Dickinson, Coreil R. (DCPS)" <coreil.dickinson@k12.dc.gov>, "Nover, Rachel (DCPS)" <Rachel.Nover@k12.dc.gov>, "Moxley, Katherine (DCPS)" <Katherine.Moxley@k12.dc.gov>, "ONeil, Todd (DCPS)" <todd.oneil@k12.dc.gov>, "Parler, Brittany (DCPS)" <brittany.parler@k12.dc.gov>, "Hill-Dyal, Alice (DCPS)" <alice.hill-dyal@k12.dc.gov>, "Coleman, Stephanie (DCPS)" <stephanie.coleman@k12.dc.gov>, "Griffin, Kimberly (DCPS)" <Kimberly.Griffin@k12.dc.gov>, "Sheppard, Tatiana (DCPS)" <Tatiana.Sheppard@k12.dc.gov>, "Davis, Sunmer (DCPS)" <sunmer.davis@k12.dc.gov>, "Stewart, Jill (DCPS)" <jill.stewart@k12.dc.gov>, "Dunning, Lauren (DCPS)" <Lauren.Dunning@k12.dc.gov>, "ODonnell, Elizabeth (DCPS)" <elizabeth.odonnell@k12.dc.gov>, "Talisman, Lita (DCPS)" <Lita.Talisman@k12.dc.gov>, Michele Buchanan-Tyler <Michele.Buchanan-Tyler@k12.dc.gov>, "Hopkins, Allison (DCPS)" <Allison.Hopkins@k12.dc.gov>, "Thomas, Veturah (DCPS)" <Veturah.Thomas@k12.dc.gov>, "Pullings, Khristina (DCPS)" <Khristina.Pullings@k12.dc.gov>, "Rowe, Henri (DCPS)" <Henri.Rowe@k12.dc.gov>, "Perkins, Zalika (DCPS)" <zalika.perkins@k12.dc.gov>, "Nagbe, Hillel (DCPS)" <Hillel.Nagbe@k12.dc.gov>, "Lopez, Jose (DCPS)" <Jose.Lopez4@k12.dc.gov>, "Gross, Jason (DCPS)" <jason.gross@k12.dc.gov>, "Denton, Neil (DCPS)" <Neil.Denton@k12.dc.gov>, "Jurkowski, Kimberlynn (DCPS)" <Kimberlynn.Jurkowski@k12.dc.gov>
**Subject:** Concerns: Collaboration, Change of Schedule, Change of lesson, Student traveling for E15..

GM, All, there are a few concerns for the E15 collaboration, change of schedule, change of lesson plans, and student travel restriction(Covid). During E15 to E15 collaboration it is acceptable to change E15 schedules, lessons, and students may travel, even during Covid, right? During E15 to Administration collaboration it is acceptable to change schedules, lesson plans, and students may travel even during Covid, right? Based on DCPS policy, is an E15 allowed to change the schedule and lesson of another E15 without written notice from Administration? In other words, would I be allowed to go into another E15's classroom, tell the E15 what lesson they will do, tell the E15 that the lesson they have planned will be done some other time? Have a nice day, All.

Kimberlynn Jurkowski, LMS, Watkins ES, Capitol Hill Cluster

**kimberlynn jurkowski** <kjurkowski777@gmail.com>
To: Rejil Solis <rsolis@wtulocal6.net>

Fri, Oct 29, 2021 at 4:28 AM

---------- Forwarded message ----------
From: **Jurkowski, Kimberlynn (DCPS)** <Kimberlynn.Jurkowski@k12.dc.gov>
Date: Fri, Oct 29, 2021 at 4:17 AM
Subject: Fw: Concerns: Collaboration, Change of Schedule, Change of lesson, Student traveling for E15..
To: kimberlynn jurkowski <kjurkowski777@gmail.com>

This is where I asked about E15 to E15 schedule changes and Berkowitz responded, but later said he would not have answered this question in a meeting with Stewart, Bloom, and Me. He stated any one talking about this incident in the building would be Impacted.

**Jurkowski, Kimberlynn (DCPS)** <Kimberlynn.Jurkowski@k12.dc.gov>
To: kimberlynn jurkowski <kjurkowski777@gmail.com>

Sat, Dec 18, 2021 at 8:03 AM

**From:** Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
**Sent:** Friday, October 29, 2021 4:17 AM
**To:** kimberlynn jurkowski <kjurkowski777@gmail.com>
**Subject:** Fw: Concerns: Collaboration, Change of Schedule, Change of lesson, Student traveling for E15..

**Jurkowski, Kimberlynn (DCPS)** <Kimberlynn.Jurkowski@k12.dc.gov>
To: kimberlynn jurkowski <kjurkowski777@gmail.com>

Sat, Dec 18, 2021 at 8:04 AM

**From:** Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
**Sent:** Saturday, December 18, 2021 8:03 AM

**Jurkowski, Kimberlynn (DCPS)** <Kimberlynn.Jurkowski@k12.dc.gov>
To: kimberlynn jurkowski <kjurkowski777@gmail.com>

Sat, Dec 18, 2021 at 8:05 AM

**From:** Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
**Sent:** Saturday, December 18, 2021 8:03 AM

**Jurkowski, Kimberlynn (DCPS)** <Kimberlynn.Jurkowski@k12.dc.gov>
To: kimberlynn jurkowski <kjurkowski777@gmail.com>

Sat, Dec 18, 2021 at 8:06 AM

**Jurkowski, Kimberlynn (DCPS)** <Kimberlynn.Jurkowski@k12.dc.gov>
To: kimberlynn jurkowski <kjurkowski777@gmail.com>

Sat, Dec 18, 2021 at 8:06 AM

**From:** Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
**Sent:** Wednesday, May 19, 2021 6:50 AM
**To:** Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>; Boisvert, Mark (DCPS) <mark.boisvert@k12.dc.gov>; Hollis, Joi <Joi.Hollis@k12.dc.gov>
**Cc:** Lamont, Rosalind (DCPS) <rosalind.lamont@k12.dc.gov>; Butler, Duane (DCPS) <Duane.Butler@k12.dc.gov>; Bell, Jaquana (DCPS) <Jaquana.Bell@k12.dc.gov>; Hightower, Rashida (DCPS) <Rashida.Hightower@k12.dc.gov>; Sullivan, Monique (DCPS) <Monique.Sullivan@k12.dc.gov>; Phoenix, Alyse (DCPS) <Alyse.Phoenix@k12.dc.gov>; Elmusa, Layth (DCPS) <Layth.Elmusa@k12.dc.gov>; Dickinson, Coreil R. (DCPS) <coreil.dickinson@k12.dc.gov>; Nover, Rachel (DCPS) <Rachel.Nover@k12.dc.gov>; Moxley, Katherine (DCPS) <Katherine.Moxley@k12.dc.gov>; ONeil, Todd (DCPS) <todd.oneil@k12.dc.gov>; Parler, Brittany (DCPS) <brittany.parler@k12.dc.gov>; Hill-Dyal, Alice (DCPS) <alice.hill-dyal@k12.dc.gov>; Coleman, Stephanie (DCPS) <stephanie.coleman@k12.dc.gov>; Griffin, Kimberly (DCPS) <Kimberly.Griffin@k12.dc.gov>; Sheppard, Tatiana (DCPS) <Tatiana.Sheppard@k12.dc.gov>; Davis, Sunmer (DCPS) <sunmer.davis@k12.dc.gov>; Stewart, Jill (DCPS) <jill.stewart@k12.dc.gov>; Dunning, Lauren (DCPS) <Lauren.Dunning@k12.dc.gov>; ODonnell, Elizabeth (DCPS) <elizabeth.odonnell@k12.dc.gov>; Talisman, Lita (DCPS) <Lita.Talisman@k12.dc.gov>; Michele Buchanan-Tyler <Michele.Buchanan-Tyler@k12.dc.gov>; Hopkins, Allison (DCPS) <Allison.Hopkins@k12.dc.gov>; Thomas, Veturah (DCPS) <Veturah.Thomas@k12.dc.gov>; Pullings, Khristina (DCPS) <Khristina.Pullings@k12.dc.gov>; Rowe, Henri (DCPS) <Henri.Rowe@k12.dc.gov>; Perkins, Zalika (DCPS) <zalika.perkins@k12.dc.gov>; Nagbe, Hillel (DCPS) <Hillel.Nagbe@k12.dc.gov>; Lopez, Jose (DCPS) <Jose.Lopez24@k12.dc.gov>; Gross, Jason (DCPS) <jason.gross@k12.dc.gov>; Denton, Neil (DCPS) <Neil.Denton@k12.dc.gov>; Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
**Subject:** Concerns: Collaboration, Change of Schedule, Change of lesson, Student traveling for E15..

VSSPPL00664RKDTTSTTAT

**Jurkowski, Kimberlynn (DCPS)** <Kimberlynn.Jurkowski@k12.dc.gov>
To: Charles Moore <cmoore@wtulocal6.net>
Cc: kimberlynn jurkowski <kjurkowski777@gmail.com>

Sat, Feb 26, 2022 at 8:19 AM

---

**From:** Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
**Sent:** Saturday, December 18, 2021 8:06 AM
**To:** kimberlynn jurkowski <kjurkowski777@gmail.com>
**Subject:** Fw: Concerns: Collaboration, Change of Schedule, Change of lesson, Student traveling for E15..

```
From    : Berkowitz, MScott (DCPS) [MScott.Berkowitz@k12.dc.gov]
Sent    : 12/19/2021 11:00:33 PM
To      : Bartolomeo, Elizabeth (DCPS) [Elizabeth.Bartolomeo@k12.dc.gov]; Harper, Robyn
(DCPS) [Robyn.Harper@k12.dc.gov]; Stover, Shawn (DCPS) [shawn.stover@k12.dc.gov]; Equity,
Response (DCPS) [equityresponse@k12.dc.gov]; Equity Response (DCPS)
[Equity.response@k12.dc.gov]
CC      : Hoffman, Paige (DCPS) [Paige.Hoffman@k12.dc.gov]; Fuller, Jade (DCPS)
[Jade.Fuller@k12.dc.gov]; Lamb, Michael (DCPS) [Michael.Lamb@k12.dc.gov]; McClain, Justin
(DCPS) [Justin.Mcclain@k12.dc.gov]; Jackson, Nigel (DCPS) [Nigel.Jackson3@k12.dc.gov];
CARE, DCPS (DCPS) [dcps.care@k12.dc.gov]; Cole, Karen (DCPS) [Karen.Cole@k12.dc.gov];
Williams, Alison (DCPS) [Alison.Williams@k12.dc.gov]; Bryant-Mallory, Deitra (DCPS)
[deitra.bryant-mallory@k12.dc.gov]; Jennings, Jessica (DCPS)
[Jessica.Jennings@k12.dc.gov]; Heller, Alisha (DCPS) [Alisha.Heller@k12.dc.gov]; Howard-
Stroud, Adia (DCPS) [Adia.Howard-Stroud@k12.dc.gov]
Subject : Re: For review - Watkins hate-bias response messages
```

Hello all,

I drafted another note that I want to send out tonight to my staff.  Then, chunk it to
send to community and the caregivers of the impacted class.  I need

https://dck12-
my.sharepoint.com/:w:/g/personal/elizabeth_bartolomeo_k12_dc_gov/EUIl270iH7lAtPiu60et0IYBm
qVk8R7aiK-A7qud2D2-kg?e=pnpNBV


MScott Berkowitz
Principal
Peabody Elementary School and Watkins Elementary School
Peabody: 202-698-3277
Watkins: 202-698-3355
District of Columbia Public Schools
@PeabodyWatkins on Instagram and Twitter
signature_1807467403


From: Bartolomeo, Elizabeth (DCPS) <Elizabeth.Bartolomeo@k12.dc.gov>
Date: Friday, December 17, 2021 at 4:35 PM
To: Harper, Robyn (DCPS) <Robyn.Harper@k12.dc.gov>, Berkowitz, MScott (DCPS)
<MScott.Berkowitz@k12.dc.gov>, Stover, Shawn (DCPS) <shawn.stover@k12.dc.gov>, Equity,
Response (DCPS) <equityresponse@k12.dc.gov>, Equity Response (DCPS)
<Equity.response@k12.dc.gov>
Cc: Hoffman, Paige (DCPS) <Paige.Hoffman@k12.dc.gov>, Fuller, Jade (DCPS)
<Jade.Fuller@k12.dc.gov>, Lamb, Michael (DCPS) <Michael.Lamb@k12.dc.gov>, McClain, Justin
(DCPS) <Justin.Mcclain@k12.dc.gov>, Jackson, Nigel (DCPS) <Nigel.Jackson3@k12.dc.gov>,
CARE, DCPS (DCPS) <dcps.care@k12.dc.gov>, Cole, Karen (DCPS) <Karen.Cole@k12.dc.gov>,
Williams, Alison (DCPS) <Alison.Williams@k12.dc.gov>, Bryant-Mallory, Deitra (DCPS)
<deitra.bryant-mallory@k12.dc.gov>, Jennings, Jessica (DCPS)
<Jessica.Jennings@k12.dc.gov>, Heller, Alisha (DCPS) <Alisha.Heller@k12.dc.gov>, Howard-
Stroud, Adia (DCPS) <Adia.Howard-Stroud@k12.dc.gov>
Subject: For review - Watkins hate-bias response messages
Good afternoon. Please find attached a draft of communications in response to this
incident.

FOR REVIEW -- https://dck12-
my.sharepoint.com/:w:/g/personal/elizabeth_bartolomeo_k12_dc_gov/EUIl270iH7lAtPiu60et0IYBm

P0001-2

qVk8R7aiK-A7qud2D2-kg?e=8kvgDr

Page 1 = classroom note
Page 2 = school community message
Page 3 = staff note (thanks Shawn and Mscott and Robyn!)

Thanks,
Liz


From: Robyn.Harper@k12.dc.gov
When: 2:15 PM - 2:45 PM December 17, 2021
Subject: Central Equity Response Meeting (Watkins ES)
Location: Microsoft Teams Meeting



-----Original Appointment-----
From: Harper, Robyn (DCPS) <Robyn.Harper@k12.dc.gov>
Sent: Friday, December 17, 2021 1:45 PM
To: Harper, Robyn (DCPS); Equity Response (DCPS); Berkowitz, MScott (DCPS); Stover, Shawn (DCPS); Equity, Response (DCPS)
Subject: Central Equity Response Meeting (Watkins ES)
When: Friday, December 17, 2021 2:15 PM-2:45 PM (UTC-05:00) Eastern Time (US & Canada).
Where: Microsoft Teams Meeting

Thank you for submitting the IRT for the alleged incident of hate/bias below. As you know, by doing so, you have officially completed the first step in our District protocol for responding to incidents of hate and bias.

-- [DEC-17-21 12:54 PM  Mscott (DCPS) Berkowitz] --------------
Ms. Moxley's HR class attended their regular library class today.  The lesson was for students to act out the atrocities of the Holocaust.  One student was given the role of Hitler.  Others were told to be people that shot Jews.  Some students were given roles to dig ditches.  Other jobs were to put classmates in gas chambers.  Many students were directed to pretend to die.  At the end of the lesson, the student playing Hitler was told to act out his suicide.  Before the class ended the librarian told students not to tell their parents.

The librarian's name is Kimberlynn Jurkowski.  All students in the homeroom were involved.

As a next step, we would like meet and identify specific support/next steps from members of our Central Equity Response Team (outlined in Phase 3 of the protocol). Please reply to this email with your availability to have a 30 minute meeting today or early next week to determine short-term and long-term supports for impacted parties. The primary purpose of this meeting is identifying immediate and long-term strategies to restore community and repair harm.

Central Equity Response Team, please note that due to the nature of this incident we are aiming to schedule this response meeting as soon as possible. We prioritize the school leaders availability and hope that it will be possible for you to have a representative from your team join the meeting. Please let me know if this will not be possible and we will determine how to ensure your team is kept informed on the situation and required next steps.

Microsoft Teams meeting
Join on your computer or mobile app
Click here to join the meeting
Or call in (audio only)
+1 202-539-1291,,949108608#   United States, Washington DC
Phone Conference ID: 949 108 608#
Find a local number | Reset PIN
Learn More | Meeting options

P0001-2

**EEO-ADA, DCPS (DCPS)**

| | |
|---|---|
| **From:** | Berkowitz, MScott (DCPS) |
| **Sent:** | Thursday, October 6, 2022 2:21 PM |
| **To:** | EEO-ADA, DCPS (DCPS) |
| **Subject:** | Re: Kymberlynn Jurkowski - EEOC Complaint Inquiry |

I notice that the signature on the page indicates that this was submitted in September of this year. She was terminated after an investigation *months* before making these allegations and these allegations are unrelated to the cause for her termination. That seems like it should. Does it?

In response to the allegations:
- I never did her evaluation nor weighed in on it. AP Boisvert completed her impact.
- I did change all of the specials teachers' schedules for the SY21-22 school year after collaboration with the entire specials team. Her schedule was the same as the music, art, and Spanish teacher's schedules.
- I'm not sure what programs were "taken away" or any initiatives that were proposed and were not allowed. She led a few initiatives that were very successful (battle of the books, debate club) that I supported. She and I also worked closely on the virtual class that I hosted with her support during the first year.
- My recollection is that Ms. Jurkowski backed out of co-hosting the book fair with the Peabody librarian after a meeting with the two of them and AP Boisvert. AP Boisvert was working with the two librarians to share responsibilities since Peabody was closed and Watkins was hosting Peabody students and staff when we came back from the pandemic closure.

Best,

**MScott Berkowitz**
**Principal**
**Peabody Elementary School and Watkins Elementary School**
**Peabody: 202-698-3277**
**Watkins: 202-698-3355**
**District of Columbia Public Schools**
@PeabodyWatkins **on Instagram and Twitter**



Capitol Hill Cluster School
*Where Every Child Achieves*

**From:** EEO-ADA, DCPS (DCPS) <DCPS.EEO-ADA@k12.dc.gov>
**Date:** Thursday, October 6, 2022 at 1:15 PM
**To:** Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>
**Subject:** Kymberlynn Jurkowski - EEOC Complaint Inquiry

PPLOPT03880

Good afternoon Principal Berkowitz,

We are responding to the EEOC complaint filed by Ms. Jurkowski.  We would benefit from your input regarding her allegations. Could you please review the attached complaint and respond to the allegations directly related to your interactions with Ms. Jurkowski? I have attached the complaint for reference.

*"Mr. Berkowitz changed my performance evaluation, changed my schedule, took programs away from the library, did not support my reading initiatives, did not allow me to advertise my programs and took me off the bookfair program in comparison to Susan Bloom, Librarian/Media Specialist who given all those opportunities."*

As this is a time sensitive matter, a response as soon as possible would be greatly appreciated.

Warm Regards,

Melody

**Melody Miller**
EEO Specialist
<u>Pronouns: she/her</u>

Office of the General Counsel
District of Columbia Public Schools

Tuesday, August 27, 2024 at 13:15:46 Eastern Daylight Time

Subject:       Book Fair inquiry
Date:          Wednesday, January 19, 2022 at 9:58:47 AM Eastern Standard Time
From:          Boisvert, Mark (DCPS)
To:            Berkowitz, MScott (DCPS), Davis, Lynette (DCPS)
Attachments:   image001.png, image002.png, image003.png, Jurkowski email 5.25.21.pdf,
Jurkowski email2 5.25.21.pdf, Boisvert email 6.2.21.pdf

Hello Ms. Davis,

Please see the a1ached emails that document the following informa;on:
    Ms. Jurkowski's request to not par;cipate in the book fair
    My email outlining the expecta;ons of the co-chairs (Bloom and Jurkowski)
       Ms. Jurkowski did not a1end any of the book fair dates/;mes in-person

Thank you,
Mark Boisvert

F r o m : "Berkowitz, MSco1 (DCPS)" <MSco1.Berkowitz@k12.dc.gov>
D a t e : Wednesday, January 19, 2022 at 8:00 AM
To: "Davis, Lyne1e (DCPS)" <lyne1e.davis@k12.dc.gov>, "Boisvert, Mark (DCPS)"
<mark.boisvert@k12.dc.gov>
S u b j e c t : Re: J. Bell Complaint Follow Up

Hi Ms. Davis,

Mr. Boisvert worked closely with Ms. Jurkowski and Ms. Bloom on the bookfair. We either have
an email or verbal confirma;on that she decided not to
con;nue as chair. Ms. Bloom (Peabody librarian) could verify this too, but I'd rather not
involve her if possible.

Mr. Boisvert, can you look to see if you have any emails from her that state she would back
away from chairing the fair?

M S c o 1 B e r k o w i t z
Principal
Pe a b o d y E l e m e n t a r y S c h o o l a n d Wat k i n s E l e m e n t a r y S c h o o l
Pe a b o d y : 2 0 2 - 6 9 8 - 3 2 7 7
Watkins: 202-698-3355
District of Columbia Public Schools
@ P e a b o d y Wat k i n s o n I n s t a g r a m a n d Tw i 1 e r

P O O O 1 - 2 3 4 5 8

F r o m : Davis, Lyne1e (DCPS) <lyne1e.davis@k12.dc.gov>
D a t e : Tuesday, January 18, 2022 at 5:25 PM
To: Berkowitz, MSco1 (DCPS) <MSco1.Berkowitz@k12.dc.gov>
S u b j e c t : RE: J. Bell Complaint Follow Up

Greetings Principal Berkowitz,

Thank you for your response.
The employment status of individuals interviewed for this investigation has been noted.

Can you share more about Ms. Jurkowski's involvement in the book fair by answering the following:

   1. Describe the expectations of a book fair chairperson.
   2. What duties did Ms. Jurkowski fulfill as co-chair of the book fair? If there were duties unfulfilled, was the responsibility shifted to the other chairperson?

Thank you for your cooperation.

Best,
Lynette Davis
Specialist, Labor Management and Employee Relations
Sexual Harassment, CSO, WTU


F r o m : Berkowitz, MSco1 (DCPS) <MSco1.Berkowitz@k12.dc.gov>


1 of 4


--- OCR From Images ---
 A
II Am


   Capitol Hill Cluster School

,k Where Every Child Achieves
MMM

S e n t : Wednesday, January 12, 2022 7:06 PM
To: Davis, Lyne1e (DCPS) <lyne1e.davis@k12.dc.gov>
S u b j e c t : Re: J. Bell Complaint Follow Up

Got it. I can speak to those.

   1. Ms. Bell's sugges;on was dismissed because the decision had already been made and communicated to the community about 5th grade gradua;on. That
   decision was made during a mee;ng with the custodial foreman, 5th grade team lead, 5th grade sped teacher, a 5th grade teammate closely involved,
   office staff, director of strategy and logis;cs, and AP Boisvert. Everyone in that group is a person of color except for AP Boisvert and all of us agreed on
   our decision before finalizing it and communica;ng it to all of staff and families. If I recall correctly, a mee;ng a few days later with Ms. Bell was called by
   her to confront me with her disagreement of the decision that was collec;vely made with that group. Given the end of the year calendar, we didn't have
   any wiggle room from our original plan given the weather and the unexpected Juneteenth Holiday. I wanted to honor the holiday by not expec;ng our
   staff, especially our staff or color to work on the DC Government Holiday, which resulted in moving the gradua;on. Ms. Bell thought the right thing to do
   was to hold the gradua;on on the city-wide holiday. When Ms. Bell brought it up, the holiday, observed on June 18, had already passed. I think her
   purpose of mee;ng was to share her disagreement of the team's decision.
   2. I can't recall the instance with Mr. Butler. I don't remember using sarcasm or a malfunc;oning device of his. I'm not sure why superstar was interpreted
   as sarcas;c vs complimentary. I'd be happy to talk with him and apologize.
   3. If the du;es that Ms. Jurkowski is referring to the book fair I can share more. I'm not, I'm at a loss. I'm almost certain we never took responsibility from
   her. If it is the book fair, Ms. Jurkowski and another staff member went into the book fair as co-chairs. If I recall, she decided not to fulfill those du;es
   through the dura;on of the fair. I can circle back with AP Boisvert to confirm that as he supported the book fair closely if you'd like to hear more about
   this.

None of these folks are currently serving at Watkins. Does that fact influence your inves;ga;on at all?

Best,

P 0001 - 23456

M S co 1 B e r ko w i t z
Principal
P e a b o d y E l e m e n ta r y S c h o o l a n d Wat k i n s E l e m e n ta r y S c h o o l
P e a b o d y : 2 0 2 - 6 9 8 - 3 2 7 7
Watkins: 202-698-3355
District of Columbia Public Schools
@ P e a b o d y Wa t k i n s o n I n s ta g r a m a n d Twi 1 e r


F r o m : Davis, Lyne1e (DCPS) <lyne1e.davis@k12.dc.gov>
D a t e : Wednesday, January 12, 2022 at 5:34 PM
To: Berkowitz, MSco1 (DCPS) <MSco1.Berkowitz@k12.dc.gov>
S u b j e c t : RE: J. Bell Complaint Follow Up

Hello Principal Berkowitz,
Please see my feedback below in blue and provide a response by COB Friday, January 14th.

Best,
Lynette Davis
Specialist, Labor Management and Employee Relations
Sexual Harassment, CSO, WTU


F r o m : Davis, Lyne1e (DCPS)
S e n t : Wednesday, January 12, 2022 9:26 AM
To: Berkowitz, MSco1 (DCPS) <msco1.berkowitz@k12.dc.gov>
S u b j e c t : RE: J. Bell Complaint Follow Up

Greetings Principal Berkowitz,

Confirming receipt of your email.
I will follow up with feedback to the below shortly.

Best,
Lynette Davis
Specialist, Labor Management and Employee Relations
Sexual Harassment, CSO, WTU

2 of 4

— OCR From Images —
Z
II Capitol Hill Cluster School
AAA Where Every Child Achieves
MMM


F r o m : Berkowitz, MSco1 (DCPS) <MSco1.Berkowitz@k12.dc.gov>
S e n t : Monday, January 10, 2022 9:06 PM
To: Davis, Lyne1e (DCPS) <lyne1e.davis@k12.dc.gov>
S u b j e c t : Re: J. Bell Complaint Follow Up

Hello Ms. Davis,

Thank you for sharing these concerns. But I'm afraid I don't understand what you're asking me
to respond to. If this is about 5th grade gradua;on, that took
place in June 2021. When was this compliant filed?

For each item you noted, I have these ques;ons:

   1. What was the sugges;on? Who made it? What was my response?
       a. It is alleged that when Ms. Bell suggested an alterna;ve date for the 5th grade parade
the tone in which you responded was dismissive.
   2. What was the incidence of sarcasm?
       a. Mr. Duane Butler recalled an incident when his laptop was malfunc;oning. While with
another Watkins staff member, it is alleged that you approached him
          saying "Hey Superstar" in a sarcas;c tone.
   3. I'm not sure what this references.
       a. Ms. Jurkowski states that job du;es have been taken away from her and re-assigned to
Caucasian staff members.
   4. Was this blank on purpose?
       a. Please disregard.
You also men;on staff "members" – plural in your email. Is there more than one? You only
reference Ms. Bell.


M S c o 1 B e r k o w i t z
Principal
P e a b o d y E l e m e n ta r y S c h o o l a n d Wat k i n s E l e m e n ta r y S c h o o l

Peabody:202-698-3277
Watkins: 202-698-3355
District of Columbia Public Schools
@PeabodyWatkinsonInstagramandTwi1er

From : Davis, Lyne1e (DCPS) <lyne1e.davis@k12.dc.gov>
Date : Monday, January 10, 2022 at 4:57 PM
To: Berkowitz, MSco1 (DCPS) <MSco1.Berkowitz@k12.dc.gov>
Subject : J. Bell Complaint Follow Up

Greetings Principal Berkowitz,

I hope this message finds you well. In reviewing the complaint filed by Jaquana Bell an allegation of differential treatment by you towards staff members of color and their Caucasian counterparts came to surface, and we must look into these allegations since they were brought to our attention. Staff members of color specifically mentioned a difference in your body language, demeanor, and a tone reflecting disregard when communicating to them. There is also mention of more instances of pushback when expressing themselves on various matters. The incidents mentioned are below:

1. Dismissively responding to a suggestion regarding the 5th grade graduation.
2. Speaking sarcastically to a staff member.
3. Job duties being removed and re-assigned to Caucasian staff members.
4.

Please provide a response to the most recent allegation by COB Wednesday, January 13th.

Thank you.

Best,
Lynette Davis
Specialist, Labor Management and Employee Relations
Sexual Harassment, CSO, WTU

Office of the General Counsel
District of Columbia Public Schools
1200 First Street, NE
Washington, DC 20002
T 202.442.5373

3 of 4

— OCR From Images —
A
II Am

Capitol Hill Cluster School

,k A, Where Every Child Achieves
MMM

F  202.535.2817
E  lynette.davis@k12.dc.gov
W http://dcps.dc.gov/

4 of 4

P 0001- 23458

DCPS Response Filed: December 23, 2022

Complainant: Kimberlynn Jurkowski

EEOC Charge Number: 570-2022-02003

## POSITION STATEMENT

The District of Columbia Public Schools ("DCPS" or "the Agency") submits the following Position Statement in response to Complainant's September 7, 2022, Charge of Discrimination ("Charge"). DCPS firmly denies any wrongdoing or violation of Complainant's rights under any federal or State law.

1."In August 2014, I was hired by DC Public School in the position of Librarian/Media Specialist."

**Response**: DCPS confirms that Ms. Jurkowski was hired in August of 2014 as a Library Media Specialist.

2. "In May 2021, I began experiencing disparate treatment by Mscott Berkowitz, Principal."

**Response**: DCPS denies that Ms. Jurkowski has experienced any form of discrimination or disparate treatment by the agency, or her leadership.

3. "Mr. Berkowitz changed my performance evaluation, changed my schedule, took programs away from the library, did not support my reading initiatives, did not allow me to advertise my programs and took me off the bookfair program in comparison to Susan Bloom, Librarian/Media Specialist who given all those opportunities."

**Response**: Ms. Jurkowski's IMPACT1 Evaluation was completed by Assistant Principal (AP) Boisvert, without input from Principal Berkowitz. Ms. Jurkowski received a score of Highly Effective (the highest possible score), see Exhibit 1. There is no evidence to support any changes were made to Ms. Jurkowski's score by Principal Berkowitz. One of the responsibilities of the Principal is to ensure operational efficiency within the school to meet the student's educational needs. For the 2021-2022 school year, after meeting with the entire specials team,

Principal Berkowitz made the decision to change all of the specials teacher's ~~so~~hedules, including Ms. Jurkowski's schedule.

Ms. Jurkowski does not specify what programs or initiatives were removed. However, Ms. Jurkowski lead initiatives such as Battle of the Books, and debate club. Neither initiative was removed. According to Principal Berkowitz, both initiatives were very successful.

1 IMPACT is the DCPS Evaluation and Feedback System for School-Based Personnel

DCPS denies that Ms. Jurkowski was removed from the book fair program. It is the understanding of Principal Berkowitz that, after meeting with the Peabody Elementary School librarian and AP Boisvert, Ms. Jurkowski decided not to co-host the book fair. The expectation was that the two Librarians would share responsibilities since the Peabody ES building was closed, and Watkins ES was hosting Peabody students and staff.

4. "I complained multiple times to the Union, and nothing was done."
   **Response**: DCPS is unable to confirm the communication took place between Ms. Jurkowski and her Union representatives, or any actions taken by the Union as a result of their communication.
   th
5. "On December 17 , 2021, I was placed on paid administrative leave after I was accused of
   having students reenacting the Holocaust while in the library with me."
   **Response**: DCPS confirms that Ms. Jurkowski was placed on Administrative Leave effective December 17, 2021 due to allegations of employee misconduct. The Agency confirms that the allegations involved Ms. Jurkowski facilitating a reenactment of the Holocaust by students under her supervision.
   th
6. "The investigation concluded in February 2022, and I was terminated on March 8 , 2022, for
   violated [sic] school policy."
   **Response**: DCPS confirms that Ms. Jurkowski was issued a Notice of

Termination on February 14, 2021, communicating March 8, 2022 as the effective date of her termination for "Violations of 5-E DCMR Section 1401.2 (b) Grave Misconduct; and 5-E DCMR Section 1401.2 (v) Other Conduct During and Outside of Duty Hours that would affect adversely the Employee's or the Agency's ability to perform effectively." See Exhibit 2.

7. "I believe I was discriminated against on the basis of my race (African American), National Origin (Nigerian) and retaliated against for engaging in protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended."

   **Response**: DCPS vehemently denies that Ms. Jurkowski was discriminated against on any basis including race (African American), National Origin (Nigerian) and retaliated against for engaging in protected activity as outlined within Title VII of the Civil Rights Act of 1964, as amended.

DCPS remains dedicated to fostering a safe and inclusive place of work and education for its staff and school community. Please let me know if I can provide any additional information that may be helpful to this investigation.

Respectfully submitted,

Ahsaki Anokye
Director, Labor Management and Employee Relations

Exhibit List

1. K. Jurkowski IMPACT Evaluation (2020-2021)
2. Notice of Termination (February 2021)

**To:** Berkowitz, MScott (DCPS) <mscott.berkowitz@k12.dc.gov>
**Cc:** Gaskins, Sharon (DCPS) <Sharon.Gaskins@k12.dc.gov>; Stover, Shawn (DCPS) <shawn.stover@k12.dc.gov>
**Subject:** RE: Staff history concern

Greetings Principal Berkowitz,

The below has been forwarded to LMER's management team. We will be in contact with next steps.

Best,
Lynette D.
LMER, Coordinator

**From:** Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>
**Sent:** Thursday, May 20, 2021 6:36 PM
**To:** DCPS LMER (DCPS) <dcps.lmer@k12.dc.gov>
**Cc:** Gaskins, Sharon (DCPS) <Sharon.Gaskins@k12.dc.gov>; Stover, Shawn (DCPS) <shawn.stover@k12.dc.gov>
**Subject:** Re: Staff history concern

202-264-0969 of you need it.

MScott Berkowitz
Principal
Peabody and Watkins Elementary Schools

---

**From:** Berkowitz, MScott (DCPS)
**Sent:** Thursday, May 20, 2021 6:33:52 PM
**To:** DCPS LMER (DCPS) <dcps.lmer@k12.dc.gov>
**Cc:** Gaskins, Sharon (DCPS) <Sharon.Gaskins@k12.dc.gov>; Stover, Shawn (DCPS) <shawn.stover@k12.dc.gov>
**Subject:** Staff history concern

Hello team,

One Watkins staff member shared this with me this afternoon and I have some concerns. The subject of both articles is also a Watkins staff member. Please let me know if there is anything I should do.

https://pressofatlanticcity.com/education/a-c-school-librarian-convicted-in-tutoring-scam-must-forfeit-job/article_f0d64184-6f76-11e5-952d-8b556788153c.html

https://nj1015.com/nj-woman-and-cops-left-dogs-in-freezing-cold-until-one-died/

Thank you. I am off tomorrow but will be available by phone if this is an urgent matter. AP Boisvert was sent this information first.

MScott Berkowitz
Principal
Peabody and Watkins Elementary Schools                    9SPPLOPT93880

Message

| | |
|---|---|
| **From**: | Berkowitz, MScott (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8eda85080f0e40d3a25476ef228242a4-MsCott Berk] |
| **Sent**: | 5/25/2021 3:25:54 PM |
| **To**: | Fuller, Jade (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f01ab00a69a844cca6edf2d13060679a-Jade Fuller]; DCPS LMER (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=cd567a2bec4c497f801a8a23c12e6c04-DCPS LMER] |
| **CC**: | Gaskins, Sharon (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ab304e2833bc4fefaa0b795fc2219147-Sharon.Gask]; Stover, Shawn (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=5170a04b846d4a93ad531583e872d03c-Shawn Stove] |
| **Subject**: | Re: Staff history concern |

Thanks, Jade. I don't plan on bringing it up, but if I need to respond, I want the correct language. What you just shared works for me. Thank you!

**MScott Berkowitz**
**Principal**
**Peabody Elementary School and Watkins Elementary School**
**Peabody: 202-698-3277**
**Watkins: 202-698-3355**
**District of Columbia Public Schools**
**@PeabodyWatkins on Instagram and Twitter**

 Capitol Hill Cluster School
*Where Every Child Achieves*

**From:** "Fuller, Jade (DCPS)" <Jade.Fuller@k12.dc.gov>
**Date:** Tuesday, May 25, 2021 at 11:23 AM
**To:** "Berkowitz, MScott (DCPS)" <MScott.Berkowitz@k12.dc.gov>, "DCPS LMER (DCPS)" <dcps.lmer@k12.dc.gov>
**Cc:** "Gaskins, Sharon (DCPS)" <Sharon.Gaskins@k12.dc.gov>, "Stover, Shawn (DCPS)" <shawn.stover@k12.dc.gov>
**Subject:** RE: Staff history concern

Hi Principal Berkowitz,

If you need to address it you should limit your statements to affirming that all DCPS employees are required to clear a background check prior to being offered employment; do not engage in any specific discussion about this staff member.

Thank you,
Jade L. Fuller
Director, Labor Management & Employee Relations

SPPLOPT93880

**Office of the General Counsel**
District of Columbia Public Schools

T 202-442-5373
E jade.fuller@k12.dc.gov
W http://dcps.dc.gov
Pronouns: she/her/hers

*Take a moment today to do something that makes your heart smile ☺*

**From:** Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>
**Sent:** Tuesday, May 25, 2021 11:20 AM
**To:** DCPS LMER (DCPS) <dcps.lmer@k12.dc.gov>
**Cc:** Gaskins, Sharon (DCPS) <Sharon.Gaskins@k12.dc.gov>; Stover, Shawn (DCPS) <shawn.stover@k12.dc.gov>; Fuller, Jade (DCPS) <Jade.Fuller@k12.dc.gov>
**Subject:** Re: Staff history concern

Thank you for the quick work on this.

If this becomes as issue for the community (this news is travelling among our staff), do you have any advice or talking points should I need to address it? Or is the language you have in this email sufficient?

**MScott Berkowitz**
**Principal**
**Peabody Elementary School and Watkins Elementary School**
**Peabody: 202-698-3277**
**Watkins: 202-698-3355**
**District of Columbia Public Schools**
**@PeabodyWatkins on Instagram and Twitter**



Capitol Hill Cluster School
*Where Every Child Achieves*

---

**From:** "DCPS LMER (DCPS)" <dcps.lmer@k12.dc.gov>
**Date:** Tuesday, May 25, 2021 at 10:39 AM
**To:** "Berkowitz, MScott (DCPS)" <MScott.Berkowitz@k12.dc.gov>
**Cc:** "Gaskins, Sharon (DCPS)" <Sharon.Gaskins@k12.dc.gov>, "Stover, Shawn (DCPS)" <shawn.stover@k12.dc.gov>, "Fuller, Jade (DCPS)" <Jade.Fuller@k12.dc.gov>
**Subject:** RE: Staff history concern

Greetings Principal Berkowski,

Following up on the below. After review of Ms. Jurkowskic's clearance, it is shown that she has completed the clearance process which took into consideration her criminal background. Upon completion of the review, Ms. Jurkowski was cleared to work for DCPS.

Feel free to reach out if we can be of further support.

Best,
LMER Team

**From:** DCPS LMER (DCPS)
**Sent:** Friday, May 21, 2021 12:04 PM

**From:** Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>
**Date:** Friday, December 17, 2021 at 5:53 PM
**To:** Bartolomeo, Elizabeth (DCPS) <Elizabeth.Bartolomeo@k12.dc.gov>, Hoffman, Paige (DCPS)
<Paige.Hoffman@k12.dc.gov>, Harper, Robyn (DCPS) <Robyn.Harper@k12.dc.gov>, Stover, Shawn (DCPS)
<shawn.stover@k12.dc.gov>, Equity, Response (DCPS) <equityresponse@k12.dc.gov>, Equity Response (DCPS)
<Equity.response@k12.dc.gov>
**Cc:** Fuller, Jade (DCPS) <Jade.Fuller@k12.dc.gov>, Lamb, Michael (DCPS) <Michael.Lamb@k12.dc.gov>,
McClain, Justin (DCPS) <Justin.Mcclain@k12.dc.gov>, Jackson, Nigel (DCPS) <Nigel.Jackson3@k12.dc.gov>,
CARE, DCPS (DCPS) <dcps.care@k12.dc.gov>, Cole, Karen (DCPS) <Karen.Cole@k12.dc.gov>, Williams, Alison
(DCPS) <Alison.Williams@k12.dc.gov>, Bryant-Mallory, Deitra (DCPS) <deitra.bryant-mallory@k12.dc.gov>,
Jennings, Jessica (DCPS) <Jessica.Jennings@k12.dc.gov>, Heller, Alisha (DCPS) <Alisha.Heller@k12.dc.gov>,
Howard-Stroud, Adia (DCPS) <Adia.Howard-Stroud@k12.dc.gov>
**Subject:** Re: For review - Watkins hate-bias response messages

My messages are out.  Thanks so much team.

**MScott Berkowitz**
**Principal**
**Peabody Elementary School and Watkins Elementary School**
**Peabody: 202-698-3277**
**Watkins: 202-698-3355**
**District of Columbia Public Schools**
**@PeabodyWatkins on Instagram and Twitter**



Capitol Hill Cluster School
*Where Every Child Achieves*

**From:** Bartolomeo, Elizabeth (DCPS) <Elizabeth.Bartolomeo@k12.dc.gov>
**Date:** Friday, December 17, 2021 at 5:46 PM
**To:** Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>, Hoffman, Paige (DCPS)
<Paige.Hoffman@k12.dc.gov>, Harper, Robyn (DCPS) <Robyn.Harper@k12.dc.gov>, Stover, Shawn (DCPS)
<shawn.stover@k12.dc.gov>, Equity, Response (DCPS) <equityresponse@k12.dc.gov>, Equity Response (DCPS)
<Equity.response@k12.dc.gov>
**Cc:** Fuller, Jade (DCPS) <Jade.Fuller@k12.dc.gov>, Lamb, Michael (DCPS) <Michael.Lamb@k12.dc.gov>,
McClain, Justin (DCPS) <Justin.Mcclain@k12.dc.gov>, Jackson, Nigel (DCPS) <Nigel.Jackson3@k12.dc.gov>,
CARE, DCPS (DCPS) <dcps.care@k12.dc.gov>, Cole, Karen (DCPS) <Karen.Cole@k12.dc.gov>, Williams, Alison
(DCPS) <Alison.Williams@k12.dc.gov>, Bryant-Mallory, Deitra (DCPS) <deitra.bryant-mallory@k12.dc.gov>,
Jennings, Jessica (DCPS) <Jessica.Jennings@k12.dc.gov>, Heller, Alisha (DCPS) <Alisha.Heller@k12.dc.gov>,
Howard-Stroud, Adia (DCPS) <Adia.Howard-Stroud@k12.dc.gov>
**Subject:** Re: For review - Watkins hate-bias response messages

Re-attaching!

Will set the community notice for 6:15 pm.

- Please share the discussions you've had with what groups.

- Please share the resources we think could be made available to parents at this time, and what might be available further in the future.

## Kindred connection (MScott/Kindred)

- How our equity audit and dialogue groups align with our healing process and will strengthen our skill and will to create even more inclusive and safe spaces for our community members.

## Mental Health Supports over Break (MScott via Nigel)

- Mental Health Professionals from DCPS's Central Services have been, and will be, available to our school community when we return

- Students that would like to receive on-going individual counseling have that available to them. That support may be general counseling, play therapy or art therapy.

- Watkins ES's school mental health team is equipped to provide evidenced based treatments and a range of mental health supports targeting anxiety, trauma and other challenges.

- For support during break or any other time out of school, caregivers and students can access a mental health professional using the Department of Behavioral Health's AccessHelp line.

## LMER Background checks (LMER)

- What details can you provide the community on the background check policy and practices? Any confirmation that the person successfully completed the check? Why weren't the previous issues caught? Why were they allowed?

- I know this one is tough, but please try to be as transparent as possible.

## Library Re-Entry planning (MScott and PTA)

- Our Mental Health team will give the library a facelift, with community engagement, and plan a welcome back event for students in January.

## JCRJ, ADL, DCPS Joint statement. (Comms)

- I think we just draw some attention to this statement to show that these groups support us and that the Chancellor is working with them.

- Can comms make connections here?

**MScott Berkowitz**
**Principal**
**Peabody Elementary School and Watkins Elementary School**
**Peabody: 202-698-3277**
**Watkins: 202-698-3355**
**District of Columbia Public Schools**
**@PeabodyWatkins on Instagram and Twitter**



Capitol Hill Cluster School
*Where Every Child Achieves*

P0001-234587

Stover, Shawn (DCPS) <shawn.stover@k12.dc.gov>; Equity, Response (DCPS) <equityresponse@k12.dc.gov>; Equity
Response (DCPS) <Equity.response@k12.dc.gov>
**Cc:** Hoffman, Paige (DCPS) <Paige.Hoffman@k12.dc.gov>; Fuller, Jade (DCPS) <Jade.Fuller@k12.dc.gov>; Lamb, Michael
(DCPS) <Michael.Lamb@k12.dc.gov>; McClain, Justin (DCPS) <Justin.Mcclain@k12.dc.gov>; Jackson, Nigel (DCPS)
<Nigel.Jackson3@k12.dc.gov>; CARE, DCPS (DCPS) <dcps.care@k12.dc.gov>; Cole, Karen (DCPS)
<Karen.Cole@k12.dc.gov>; Williams, Alison (DCPS) <Alison.Williams@k12.dc.gov>; Bryant-Mallory, Deitra (DCPS)
<deitra.bryant-mallory@k12.dc.gov>; Jennings, Jessica (DCPS) <Jessica.Jennings@k12.dc.gov>; Heller, Alisha (DCPS)
<Alisha.Heller@k12.dc.gov>; Howard-Stroud, Adia (DCPS) <Adia.Howard-Stroud@k12.dc.gov>
**Subject:** Re: For review - Watkins hate-bias response messages

Mscott – thanks for connecting by phone and to all for reviewing.

Please see attached the final communications to use.

You will send the classroom and staff notices ASAP and comms will send the community notice at 6 pm.

Thanks,
Liz

**From:** Bartolomeo, Elizabeth (DCPS) <Elizabeth.Bartolomeo@k12.dc.gov>
**Date:** Friday, December 17, 2021 at 4:35 PM
**To:** Harper, Robyn (DCPS) <Robyn.Harper@k12.dc.gov>, Berkowitz, MScott (DCPS)
<MScott.Berkowitz@k12.dc.gov>, Stover, Shawn (DCPS) <shawn.stover@k12.dc.gov>, Equity, Response
(DCPS) <equityresponse@k12.dc.gov>, Equity Response (DCPS) <Equity.response@k12.dc.gov>
**Cc:** Hoffman, Paige (DCPS) <Paige.Hoffman@k12.dc.gov>, Fuller, Jade (DCPS) <Jade.Fuller@k12.dc.gov>, Lamb,
Michael (DCPS) <Michael.Lamb@k12.dc.gov>, McClain, Justin (DCPS) <Justin.Mcclain@k12.dc.gov>, Jackson,
Nigel (DCPS) <Nigel.Jackson3@k12.dc.gov>, CARE, DCPS (DCPS) <dcps.care@k12.dc.gov>, Cole, Karen (DCPS)
<Karen.Cole@k12.dc.gov>, Williams, Alison (DCPS) <Alison.Williams@k12.dc.gov>, Bryant-Mallory, Deitra
(DCPS) <deitra.bryant-mallory@k12.dc.gov>, Jennings, Jessica (DCPS) <Jessica.Jennings@k12.dc.gov>, Heller,
Alisha (DCPS) <Alisha.Heller@k12.dc.gov>, Howard-Stroud, Adia (DCPS) <Adia.Howard-Stroud@k12.dc.gov>
**Subject:** For review - Watkins hate-bias response messages

Good afternoon. Please find attached a draft of communications in response to this incident.

FOR REVIEW -- https://dck12-
my.sharepoint.com/:w:/g/personal/elizabeth_bartolomeo_k12_dc_gov/EUIl270iH7lAtPiu60et0IYBmqVk8R7aiK-
A7qud2D2-kg?e=8kvgDr

Page 1 = classroom note
Page 2 = school community message
Page 3 = staff note (thanks Shawn and Mscott and Robyn!)

Thanks,
Liz

**From:** Robyn.Harper@k12.dc.gov
**When:** 2:15 PM - 2:45 PM December 17, 2021
**Subject:** Central Equity Response Meeting (Watkins ES)
**Location:** Microsoft Teams Meeting

**From:** Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>
**Date:** Friday, December 17, 2021 at 5:43 PM
**To:** Hoffman, Paige (DCPS) <Paige.Hoffman@k12.dc.gov>, Bartolomeo, Elizabeth (DCPS)
<Elizabeth.Bartolomeo@k12.dc.gov>, Harper, Robyn (DCPS) <Robyn.Harper@k12.dc.gov>, Stover, Shawn
(DCPS) <shawn.stover@k12.dc.gov>, Equity, Response (DCPS) <equityresponse@k12.dc.gov>, Equity Response
(DCPS) <Equity.response@k12.dc.gov>
**Cc:** Fuller, Jade (DCPS) <Jade.Fuller@k12.dc.gov>, Lamb, Michael (DCPS) <Michael.Lamb@k12.dc.gov>,
McClain, Justin (DCPS) <Justin.Mcclain@k12.dc.gov>, Jackson, Nigel (DCPS) <Nigel.Jackson3@k12.dc.gov>,
CARE, DCPS (DCPS) <dcps.care@k12.dc.gov>, Cole, Karen (DCPS) <Karen.Cole@k12.dc.gov>, Williams, Alison
(DCPS) <Alison.Williams@k12.dc.gov>, Bryant-Mallory, Deitra (DCPS) <deitra.bryant-mallory@k12.dc.gov>,
Jennings, Jessica (DCPS) <Jessica.Jennings@k12.dc.gov>, Heller, Alisha (DCPS) <Alisha.Heller@k12.dc.gov>,
Howard-Stroud, Adia (DCPS) <Adia.Howard-Stroud@k12.dc.gov>
**Subject:** Re: For review - Watkins hate-bias response messages

Yes. Staff was emailed it. I tried to hand deliver but she was gone.

**MScott Berkowitz**
**Principal**
**Peabody Elementary School and Watkins Elementary School**
**Peabody: 202-698-3277**
**Watkins: 202-698-3355**
**District of Columbia Public Schools**
@PeabodyWatkins **on Instagram and Twitter**

 Capitol Hill Cluster School
*Where Every Child Achieves*

**From:** Hoffman, Paige (DCPS) <Paige.Hoffman@k12.dc.gov>
**Date:** Friday, December 17, 2021 at 5:41 PM
**To:** Bartolomeo, Elizabeth (DCPS) <Elizabeth.Bartolomeo@k12.dc.gov>, Harper, Robyn (DCPS)
<Robyn.Harper@k12.dc.gov>, Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>, Stover, Shawn
(DCPS) <shawn.stover@k12.dc.gov>, Equity, Response (DCPS) <equityresponse@k12.dc.gov>, Equity Response
(DCPS) <Equity.response@k12.dc.gov>
**Cc:** Fuller, Jade (DCPS) <Jade.Fuller@k12.dc.gov>, Lamb, Michael (DCPS) <Michael.Lamb@k12.dc.gov>,
McClain, Justin (DCPS) <Justin.Mcclain@k12.dc.gov>, Jackson, Nigel (DCPS) <Nigel.Jackson3@k12.dc.gov>,
CARE, DCPS (DCPS) <dcps.care@k12.dc.gov>, Cole, Karen (DCPS) <Karen.Cole@k12.dc.gov>, Williams, Alison
(DCPS) <Alison.Williams@k12.dc.gov>, Bryant-Mallory, Deitra (DCPS) <deitra.bryant-mallory@k12.dc.gov>,
Jennings, Jessica (DCPS) <Jessica.Jennings@k12.dc.gov>, Heller, Alisha (DCPS) <Alisha.Heller@k12.dc.gov>,
Howard-Stroud, Adia (DCPS) <Adia.Howard-Stroud@k12.dc.gov>
**Subject:** Re: For review - Watkins hate-bias response messages

Just to confirm, Mscott has received notice that the NOI has been issued?

**From:** Bartolomeo, Elizabeth (DCPS) <Elizabeth.Bartolomeo@k12.dc.gov>
**Sent:** Friday, December 17, 2021 5:39 PM
**To:** Harper, Robyn (DCPS) <Robyn.Harper@k12.dc.gov>; Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>;

-----Original Appointment-----
**From:** Harper, Robyn (DCPS) <Robyn.Harper@k12.dc.gov>
**Sent:** Friday, December 17, 2021 1:45 PM
**To:** Harper, Robyn (DCPS); Equity Response (DCPS); Berkowitz, MScott (DCPS); Stover, Shawn (DCPS); Equity, Response (DCPS)
**Subject:** Central Equity Response Meeting (Watkins ES)
**When:** Friday, December 17, 2021 2:15 PM-2:45 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Microsoft Teams Meeting

Thank you for submitting the IRT for the alleged incident of hate/bias below. As you know, by doing so, you have officially completed the first step in our District protocol for responding to incidents of hate and bias.

-- [DEC-17-21 12:54 PM  Mscott (DCPS) Berkowitz] --------------
Ms. Moxley's HR class attended their regular library class today.  The lesson was for students to act out the atrocities of the Holocaust.  One student was given the role of Hitler.  Others were told to be people that shot Jews.  Some students were given roles to dig ditches.  Other jobs were to put classmates in gas chambers.  Many students were directed to pretend to die.  At the end of the lesson, the student playing Hitler was told to act out his suicide.  Before the class ended the librarian told students not to tell their parents.

The librarian's name is Kimberlynn Jurkowski.  All students in the homeroom were involved.

As a next step, we would like meet and identify specific support/next steps from members of our Central Equity Response Team (outlined in Phase 3 of the protocol). **Please reply to this email with your availability to have a 30 minute meeting today or early next week to determine short-term and long-term supports for impacted parties.** The primary purpose of this meeting is identifying immediate and long-term strategies to restore community and repair harm.

**Central Equity Response Team, please note that due to the nature of this incident we are aiming to schedule this response meeting as soon as possible. We prioritize the school leaders availability and hope that it will be possible for you to have a representative from your team join the meeting. Please let me know if this will not be possible and we will determine how to ensure your team is kept informed on the situation and required next steps.**

# Microsoft Teams meeting

**Join on your computer or mobile app**
Click here to join the meeting

**Or call in (audio only)**
+1 202-539-1291,,949108608#   United States, Washington DC

Phone Conference ID: 949 108 608#
Find a local number | Reset PIN

Learn More | Meeting options

Mess

From: ) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
RECIPIENTS/CN=8EDA85080F0E40D3A25476EF228242A4-MSCOTT BERK]

Sent:

To: CPS) [/o=ExchangeLabs/ou=Exchange Administrative Group
Recipients/cn=d066ff1bbc774f62a351ae7d92163a58-Elizabeth.B]; DeAnda, Courtney
(DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=0e03aefff31c4da3a346fad9f4b56a76-Courtney De]; Harper, Robyn (DCPS)
[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=a0b988eb9d144f919bde21b690756d06-Robyn.Harpe]

CC: Rene, Elizabeth (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=0cee7be390444e74bfdf36ab2748dcb5-Elizabeth R]

Subject: Re: For review - Watkins hate-bias response messages

**From:** Bartolomeo, Elizabeth (DCPS) <Elizabeth.Bartolomeo@k12.dc.gov>
**Date:** Wednesday, December 22, 2021 at 10:09 AM
**To:** Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>, DeAnda, Courtney (DCPS)
<Courtney.DeAnda@k12.dc.gov>, Harper, Robyn (DCPS) <Robyn.Harper@k12.dc.gov>
**Cc:** Rene, Elizabeth (DCPS) <elizabeth.rene@k12.dc.gov>
**Subject:** Re: For review - Watkins hate-bias response messages

Thanks, Courtney!

**From:** Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>
**Date:** Wednesday, December 22, 2021 at 10:06 AM
**To:** DeAnda, Courtney (DCPS) <Courtney.DeAnda@k12.dc.gov>, Bartolomeo, Elizabeth (DCPS)
<Elizabeth.Bartolomeo@k12.dc.gov>, Harper, Robyn (DCPS) <Robyn.Harper@k12.dc.gov>
**Cc:** Rene, Elizabeth (DCPS) <elizabeth.rene@k12.dc.gov>
**Subject:** Re: For review - Watkins hate-bias response messages

I think it's a good idea.

MScott Berkowitz
Principal
Peabody and Watkins Elementary Schools

**From:** DeAnda, Courtney (DCPS) <Courtney.DeAnda@k12.dc.gov>
**Sent:** Wednesday, December 22, 2021 9:32:40 AM
**To:** Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>; Bartolomeo, Elizabeth (DCPS)
<Elizabeth.Bartolomeo@k12.dc.gov>; Harper, Robyn (DCPS) <Robyn.Harper@k12.dc.gov>
**Cc:** Rene, Elizabeth (DCPS) <elizabeth.rene@k12.dc.gov>
**Subject:** RE: For review - Watkins hate-bias response messages

Thank you so much.
That last link – draw attention to this statement – it's on twitter. Verifying that this is ok to retweet from our equity
account? We want to support in however we can!

**Courtney DeAnda** (pronunciation)
she/her/ella

P 0 0 0 1 - 2 3 4 5 6 7

Coordinator, Equity Strategy and Programming



**EQUITY**
STRATEGY & PROGRAMMING

**Office of School Improvement and Student Supports**
District of Columbia Public Schools
**E-Mail:** dcps.equity@k12.dc.gov
**Twitter:** @DCPSEquity
**Canvas:** bit.ly/DCPSEquity
**Website:** dcps.dc.gov/equity

**From:** Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>
**Sent:** Wednesday, December 22, 2021 6:42 AM
**To:** Bartolomeo, Elizabeth (DCPS) <Elizabeth.Bartolomeo@k12.dc.gov>; Hoffman, Paige (DCPS)
<Paige.Hoffman@k12.dc.gov>; Harper, Robyn (DCPS) <Robyn.Harper@k12.dc.gov>; Stover, Shawn (DCPS)
<shawn.stover@k12.dc.gov>; Equity, Response (DCPS) <equityresponse@k12.dc.gov>; Equity Response (DCPS)
<Equity.response@k12.dc.gov>
**Cc:** Fuller, Jade (DCPS) <Jade.Fuller@k12.dc.gov>; Lamb, Michael (DCPS) <Michael.Lamb@k12.dc.gov>; McClain, Justin
(DCPS) <Justin.Mcclain@k12.dc.gov>; Jackson, Nigel (DCPS) <Nigel.Jackson3@k12.dc.gov>; CARE, DCPS (DCPS)
<dcps.care@k12.dc.gov>; Cole, Karen (DCPS) <Karen.Cole@k12.dc.gov>; Williams, Alison (DCPS)
<Alison.Williams@k12.dc.gov>; Bryant-Mallory, Deitra (DCPS) <deitra.bryant-mallory@k12.dc.gov>; Jennings, Jessica
(DCPS) <Jessica.Jennings@k12.dc.gov>; Heller, Alisha (DCPS) <Alisha.Heller@k12.dc.gov>; Howard-Stroud, Adia (DCPS)
<Adia.Howard-Stroud@k12.dc.gov>
**Subject:** Re: For review - Watkins hate-bias response messages

Hello team,

I think last night was a success and great step forward. We've taken many this week. Thank you all for your leadership
and support. I've received a number of appreciative notes about our response and you all are as much deserving of that
kindness as I am. Thank you.

Below I have an outline of the last message I intend to send about this in 2021. Ideally it can go tonight. I've made some
assignments (thanks in advance) to those who I think should craft the messages. Please use the doc we've been working
in to do so.

I imagine the background check info will be the stickiest topic. I really hope we can be as transparent and upfront
around the questions as that is biggest concern for the community and, as you know, is now a city-wide issue. **When it
comes to community trust in our school system and our students' safety this is the biggest factor and the most
obvious failure.** We we can get this right by being acknowledging some hard truths, being transparent and over
communicating on this front, even if it it's unfavorable short term.

Here's the link to the doc: https://dck12-
my.sharepoint.com/:w:/g/personal/elizabeth_bartolomeo_k12_dc_gov/EUIl27OiH7lAtPiu60et0lYBmqVk8R7aiK-
A7qud2D2-kg?e=27xv68


Summary to date (MScott)

Talking about the Holocaust resources (Robyn)

- Please share the discussions you've had with what groups.

- Please share the resources we think could be made available to parents at this time, and what might be available further in the future.

## Kindred connection (MScott/Kindred)

- How our equity audit and dialogue groups align with our healing process and will strengthen our skill and will to create even more inclusive and safe spaces for our community members.

## Mental Health Supports over Break (MScott via Nigel)

- Mental Health Professionals from DCPS's Central Services have been, and will be, available to our school community when we return

- Students that would like to receive on-going individual counseling have that available to them. That support may be general counseling, play therapy or art therapy.

- Watkins ES's school mental health team is equipped to provide evidenced based treatments and a range of mental health supports targeting anxiety, trauma and other challenges.

- For support during break or any other time out of school, caregivers and students can access a mental health professional using the Department of Behavioral Health's AccessHelp line.

## LMER Background checks (LMER)

- What details can you provide the community on the background check policy and practices? Any confirmation that the person successfully completed the check? Why weren't the previous issues caught? Why were they allowed?

- I know this one is tough, but please try to be as transparent as possible.

## Library Re-Entry planning (MScott and PTA)

- Our Mental Health team will give the library a facelift, with community engagement, and plan a welcome back event for students in January.

## JCRJ, ADL, DCPS Joint statement. (Comms)

- I think we just draw some attention to this statement to show that these groups support us and that the Chancellor is working with them.

- Can comms make connections here?

**MScott Berkowitz**
**Principal**
**Peabody Elementary School and Watkins Elementary School**
**Peabody: 202-698-3277**
**Watkins: 202-698-3355**
**District of Columbia Public Schools**
@PeabodyWatkins **on Instagram and Twitter**



Capitol Hill Cluster School
*Where Every Child Achieves*

P 0 0 0 1 - 2 3 4 5 6 7

**From:** Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>
**Date:** Friday, December 17, 2021 at 5:53 PM
**To:** Bartolomeo, Elizabeth (DCPS) <Elizabeth.Bartolomeo@k12.dc.gov>, Hoffman, Paige (DCPS)
<Paige.Hoffman@k12.dc.gov>, Harper, Robyn (DCPS) <Robyn.Harper@k12.dc.gov>, Stover, Shawn (DCPS)
<shawn.stover@k12.dc.gov>, Equity, Response (DCPS) <equityresponse@k12.dc.gov>, Equity Response (DCPS)
<Equity.response@k12.dc.gov>
**Cc:** Fuller, Jade (DCPS) <Jade.Fuller@k12.dc.gov>, Lamb, Michael (DCPS) <Michael.Lamb@k12.dc.gov>,
McClain, Justin (DCPS) <Justin.Mcclain@k12.dc.gov>, Jackson, Nigel (DCPS) <Nigel.Jackson3@k12.dc.gov>,
CARE, DCPS (DCPS) <dcps.care@k12.dc.gov>, Cole, Karen (DCPS) <Karen.Cole@k12.dc.gov>, Williams, Alison
(DCPS) <Alison.Williams@k12.dc.gov>, Bryant-Mallory, Deitra (DCPS) <deitra.bryant-mallory@k12.dc.gov>,
Jennings, Jessica (DCPS) <Jessica.Jennings@k12.dc.gov>, Heller, Alisha (DCPS) <Alisha.Heller@k12.dc.gov>,
Howard-Stroud, Adia (DCPS) <Adia.Howard-Stroud@k12.dc.gov>
**Subject:** Re: For review - Watkins hate-bias response messages

My messages are out. Thanks so much team.

**MScott Berkowitz**
**Principal**
**Peabody Elementary School and Watkins Elementary School**
**Peabody: 202-698-3277**
**Watkins: 202-698-3355**
**District of Columbia Public Schools**
**@PeabodyWatkins on Instagram and Twitter**

 Capitol Hill Cluster School
*Where Every Child Achieves*

**From:** Bartolomeo, Elizabeth (DCPS) <Elizabeth.Bartolomeo@k12.dc.gov>
**Date:** Friday, December 17, 2021 at 5:46 PM
**To:** Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>, Hoffman, Paige (DCPS)
<Paige.Hoffman@k12.dc.gov>, Harper, Robyn (DCPS) <Robyn.Harper@k12.dc.gov>, Stover, Shawn (DCPS)
<shawn.stover@k12.dc.gov>, Equity, Response (DCPS) <equityresponse@k12.dc.gov>, Equity Response (DCPS)
<Equity.response@k12.dc.gov>
**Cc:** Fuller, Jade (DCPS) <Jade.Fuller@k12.dc.gov>, Lamb, Michael (DCPS) <Michael.Lamb@k12.dc.gov>,
McClain, Justin (DCPS) <Justin.Mcclain@k12.dc.gov>, Jackson, Nigel (DCPS) <Nigel.Jackson3@k12.dc.gov>,
CARE, DCPS (DCPS) <dcps.care@k12.dc.gov>, Cole, Karen (DCPS) <Karen.Cole@k12.dc.gov>, Williams, Alison
(DCPS) <Alison.Williams@k12.dc.gov>, Bryant-Mallory, Deitra (DCPS) <deitra.bryant-mallory@k12.dc.gov>,
Jennings, Jessica (DCPS) <Jessica.Jennings@k12.dc.gov>, Heller, Alisha (DCPS) <Alisha.Heller@k12.dc.gov>,
Howard-Stroud, Adia (DCPS) <Adia.Howard-Stroud@k12.dc.gov>
**Subject:** Re: For review - Watkins hate-bias response messages

Re-attaching!

Will set the community notice for 6:15 pm.

Jennifer Parker 12/21/2021 1:02 PM quick question - is this a good meeting for kiddos or just care...

Jenni... 1:02 PM (I have a very interested kiddo)

Messa... tin (DCPS)" <Justin.Mcclain@k12.dc.gov> 12/21/2021 11:04 PM

Nealin... eep it caregivers, as we cannot be held accountable for what

others ing this conversation. Its your best judgement.

Jennif... :06 PM Thank you, Justin. Amelia is going to stay for

Princi... l then head out

Interpr... 12/21/2021 11:17 PM Can someone promote both the

interpr... ...nters so they can be viewed

Josie M...ller 12/21/2021 11:18 PM How long do we expect the investigation to take?

Norah Seidler 12/21/2021 11:18 PM An announcement to all students was mentioned in an email yesterday. Could you give us an idea of what's been shared with other (particularly younger) students?

Alex Bloom (Guest) 12/21/2021 11:18 PM what day did the incident occur ? how long did it take to report it?

Jackson Cranor 12/21/2021 11:20 PM Background checks aside - what does DCPS do when it learns about criminal issues between background checks?

Eva Petrillo-Groh 12/21/2021 11:20 PM Can you describe the investigation process and the timeline?

"Odom, Patricia (DCPS)" <patricia.odom@k12.dc.gov> 12/21/2021 11:20 PM How are teachers being impacted by the staff member absence? (i.e, are the homeroom teachers responsible for coverage?)

Edwin Smith 12/21/2021 11:20 PM To build on that, what additional screening does Watkins undertake, understanding the DCPS handles the background check processes

Jackson Crowell 12/21/2021 11:21 PM Unknown User

what day did the incident occur ? how long did it take to report it?

I believe the incident occurred Friday and was reported Friday.

20038608@students.k12.dc.us <20038608atstudents.k12.dc.us@teams.microsoft.com> 12/21/2021 11:21 PM Something clearly went awry with the supposed background check process. This process must be re-examined, DCPS. You can do better. A basic google search would have disqualified her from ever entering a school in a professional capacity, given the nature of her crimes.

Hannah Mareino 12/21/2021 11:21 PM anyone who requires ASL can right-click and use the "pin" function to keep Faith pinned

Edwin Smith 12/21/2021 11:22 PM And social media

Interpreter-Allyson (she/her) 12/21/2021 11:23 PM ASL Interpreters will switch every 15 minutes so make sure to pin both Allyson and Faith

"Berkowitz, MScott (DCPS)" <MScott.Berkowitz@k12.dc.gov> 12/21/2021 11:23 PM Odom, Patricia (DCPS) we will either find coverage, a sub, or pay teachers admin premium for missed planning

Jhoi Wright 12/21/2021 11:23 PM Do you employee the staff member while the background check is being conducted?

Hannah Mareino 12/21/2021 11:23 PM If Watkins uses a google search, why didn't DCPS Central Office do something based on the information about her background earlier?

Edwin Smith 12/21/2021 11:24 PM But again, to another parent's point, a google search likely would've uncovered some of this, no

Peter Metz 12/21/2021 11:24 PM Many of us don't know what happened still other than the first email.  Can you elaborate on what occurred so we have context?

James Pregmon 12/21/2021 11:25 PM What's the best route for parents to advocate for DCPS to change its stance on background checks and what DCPS considers disqualifying? We understand that other neighboring counties (PG County, Loudoun County, Montgomery County) have a more stringent policy that would have disqualified someone with a criminal record, convicted of crimes against vulnerable populations.

McNoel Zigah (Guest) 12/21/2021 11:26 PM for some of us to be in the loop can someone give a little background about what is this investigation about?

Jhoi Wright 12/21/2021 11:26 PM Why doesn't this egregious mishap, trigger a re-examination of all current employees
Santana Jones 12/21/2021 11:26 PM I used Google and saw the other cases on the staff member well before the news picked up the story.
Jackson Cranor 12/21/2021 11:27 PM Jackson Cranor
Background checks aside - what does DCPS do when it learns about criminal issues between background checks?
The response to this is unacceptable. DCPS KNEW about the animal cruelty charges against her during the last school year and sent her, a convicted liar, back into our building. That is the issue I think DCPS needs to be addressing with us as parents.
Eva Petrillo-Groh 12/21/2021 11:27 PM Principal Berkowitz, you mentioned investigating a program geared toward teaching the kids to speak out to report an incident- even when the trusted adult tells them not to. This is valuable. When will this be available to students and will it be taught to the Peabody students as well?
Karen Pence 12/21/2021 11:30 PM First, thanks to all of you — I know this is a wretched and difficult situation and I appreciate the transparency and professionalism. I guess my question is existential and unanswerable — how could something this awful happen in our loving community?
"Berkowitz, MScott (DCPS)" <MScott.Berkowitz@k12.dc.gov> 12/21/2021 11:31 PM Eva Petrillo-Groh we can certainly check if it's ece appropriate. I learned about it today!
Elliot Wayne 12/21/2021 11:31 PM Question: one of the violations here is that she allegedly asked the kids to keep the "lesson" a secret. We of course teach our kids that no grown-up should ever ask them to keep a secret. I'd like assurances that is also an element of the DCPS investigation. \ Alex Wayne
"McClain, Justin (DCPS)" <Justin.Mcclain@k12.dc.gov> 12/21/2021 11:32 PM Comprehensive Alternative Resolutions of Equity (CARE) care.dcps@k12.dc.gov
Eva Petrillo-Groh 12/21/2021 11:32 PM Berkowitz, MScott (DCPS)
Eva Petrillo-Groh we can certainly check if it's ece appropriate. I learned about it today!
Thank you. This could help save lives.
James Pregmon 12/21/2021 11:32 PM Reposting: What's the best route for parents to advocate for DCPS to change its stance on background checks and what DCPS considers disqualifying? We understand that other neighboring counties (PG County, Loudoun County, Montgomery County) have a more stringent policy that would have disqualified someone with a criminal record, convicted of crimes against vulnerable populations.
"Berkowitz, MScott (DCPS)" <MScott.Berkowitz@k12.dc.gov> 12/21/2021 11:32 PM Elliot Wayne we are aware and have included it in the report
Karen Pence 12/21/2021 11:33 PM Thank you!
Hannah Mareino 12/21/2021 11:34 PM We need to talk more about the failed background check process. We are worried for other children in other DCPS schools that may have dangerous staff members!
McNoel Zigah (Guest) 12/21/2021 11:35 PM what is the investigation about, please some of us aren't in the loop
James Pregmon 12/21/2021 11:35 PM Thank you. Our school is now an international news story. It would be great if good change could come from this incident (Arielle, Mom to James)
Julia Speed 12/21/2021 11:35 PM The Cluster PTA is prepared to advocate for transparency and changes to background checks moving forward.
Olivia Halleck 12/21/2021 11:36 PM Assuming the fraud issue from NJ even appeared on a background check (which it very well may not due to the fact that the case went to diversion) would that be a matter that would prevent hiring?
Edwin Smith 12/21/2021 11:36 PM While we wait for bureaucratic change, can we ask that Watkins and Peabody commit to more proactive and comprehensive screenings
20038608@students.k12.dc.us <20038608atstudents.k12.dc.us@teams.microsoft.com> 12/21/2021 11:37 PM This individual had a disturbing criminal background. What went wrong with her particular background check? How did her significant and disturbing criminal record slip through the cracks? Not a single red flag appears to have been raised.

We need answers. Again, DCPS, we need to do better by our kids.
Sharmeela Jefferson 12/21/2021 11:37 PM Yes I agree with Peter
Josephine Stivers 12/21/2021 11:38 PM Is there anything in the press that you have seen that you know is NOT accurate or that you have no evidence for?
Jennifer Parker 12/21/2021 11:38 PM I agree with Peter as well
Elinor Cissna 12/21/2021 11:38 PM It's 100% a topic of conversation on the Watkins playground as well as S-H.
Riah- Zsa Cherie's Mom 12/21/2021 11:38 PM Totally agreed with the last question
Delilah Roseboro 12/21/2021 11:39 PM Are the students been included in the investigation?
McNoel Zigah (Guest) 12/21/2021 11:39 PM what class was it please?
"Friedman, Sara (DCPS)" <Sara.Friedman@k12.dc.gov> 12/21/2021 11:39 PM Are we able to confirm that this individual completed a panel interview with Watkins administrators and the elected members of Peabody/Watkins personnel committee? If so do we know the recommendation made by the committee? What happens when a committee recommends against hiring but an administrator hires anyway? Is there any additional process or it's just principal discretion?
Micah Palmer 12/21/2021 11:40 PM Sorry my wifi is going in and out but was language used or were they forced to reenact as I've seen in some reports?
Chris Blanchard CRS (Guest) 12/21/2021 11:40 PM the friday message went to Blackboard, which notoriously does not reach all families
Abraham Gibbons 12/21/2021 11:41 PM I would like to echo Kathy's point that it will be important to address the antisemitic comments about "ruining Christmas". In addition to the inappropriateness of how the Holocaust was introduced, there were so many things that were inappropriate and wrong about this incident - including introducing/portraying suicide and gun violence. I hope that all of this will be addressed.
- Holly (mom to Abraham, grade 3, Mr. O'Neil's class)
Jhoi Wright 12/21/2021 11:41 PM The conversation on the playground is that the teacher is a criminal.
Jessica Salzman 12/21/2021 11:42 PM I have had parents reach out to me for resources on the Holocaust--if there is anything that can be provided in the short term, I think that would be helpful--people need things now. I know that's a big ask.
Jessica Salzman 12/21/2021 11:43 PM Thanks Robyn, this sounds good and hopefully it will be helpful.
Edwin Smith 12/21/2021 11:43 PM Reposting: While we wait for bureaucratic change, can we ask that Watkins and Peabody commit to more proactive and comprehensive screenings
Chris Blanchard CRS (Guest) 12/21/2021 11:45 PM the Holocaust Museum is an important local resource on the issue of pedagogy and age appropriateness
Lisa McCabe (Guest) 12/21/2021 11:46 PM I do hope included in the investigation is why the individual deviated from the approved lesson plan, which was a research project, except for this one third grade classes.
Santana Jones 12/21/2021 11:47 PM agreed!
Shane Sokolov 12/21/2021 11:47 PM 100%
James Pregmon 12/21/2021 11:47 PM Agree 100 percent! If the Administration's hands are tied, if they are aware of things like this in their community but unable to make a personnel change---can they work to ensure an aide or someone else is with the staff member when there are children there?
Caleb Lee 12/21/2021 11:48 PM This looks like a case of Negligent Hiring. Employers must use care in selecting and retaining employees, and can face civil liabilities if the lack of such care causes injury to a third party (i.e. our students and community).
Shane Sokolov 12/21/2021 11:48 PM Will DCPS pursue hate crime charges?
Micah Palmer 12/21/2021 11:50 PM Yes Nealin, that's my question.
"Friedman, Sara (DCPS)" <Sara.Friedman@k12.dc.gov> 12/21/2021 11:51 PM I think that by the comment "the Jews ruined Christmas" would suggest the latter
Jessica Salzman 12/21/2021 11:51 PM I really do not think this was a lesson for educational purposes. It really feels intentional when she asked them not to tell adults about it. I don't think we will ever know why, but I do not think we should frame as it as education gone awry. This seems like it was hate speech from the beginning.

Shane Sokolov 12/21/2021 11:51 PM moreover, the Holocaust is not an appropriate topic for 9 year olds regardless.

Dr. Ramona Burton (Guest) 12/21/2021 11:52 PM Background checks for employees are done by HR, not a Principal. So the issue is what criminal offenses would preclude employment. And the animal cruelty charge (seen via Google) was in 2019 while she was employed at Watkins ES.  IS Stover said that employees are required to inform their supervisor when they are arrested. If the investigation reveals that she did inform her supervisor and she was not fired as a result of it, then would that mean that Animal Cruelty is not on the list of offenses that preclude employment in DCPS?

James Pregmon 12/21/2021 11:53 PM Reposting: I presume that a Principal's hands are tied, if you discover something on Google (Please correct if I am wrong). If the Administration's hands are tied, but they become aware of things like this in their community but unable to make a personnel change---can they work to ensure an aide or someone else is with the staff member when there are children there? Are there other options?

Julia Speed 12/21/2021 11:54 PM Montgomery and Prince George's Counties include a clause regarding charges/crimes against "vulnerable populations". That -- in theory -- would have caught the animal cruelty charges from 2019.

Jessica Salzman 12/21/2021 11:55 PM Ramona, it is not on the list. It would have been discretionary. Depending on if the fraud resulted in losing her license or just her job, it may or may not have been discretionary based on DC Law.

Shane Sokolov 12/21/2021 11:55 PM then the process is broken. I take no comfort in the fact that she passed the DCPS background check

Hannah Mareino 12/21/2021 11:56 PM I would like to think that the Washington Teachers Union has no interest in protecting people convicted of defrauding schools, or of graphically documented animal abuse.

Dr. Ramona Burton (Guest) 12/21/2021 11:56 PM @ Lona - It's not just Prince George's & Montgomery Counties, its the law in the state of Maryland.  She would be ineligible for employment in ANY Maryland school district.

Chris Blanchard CRS (Guest) 12/21/2021 11:56 PM can we have your commitment to provide a clear LMER explanation on these issues? what would be flagged, what is deiscretionary, etc?

Olivia Halleck 12/21/2021 11:58 PM The real question is, do these reported past misdeed indicate future behavior such as what happened Friday.  It's highly unlikely.

James Pregmon 12/21/2021 11:59 PM Thanks. I appreciate the answer but you are right, that's not comforting--and makes me fear we will be back here again. And that we are powerless to stop it.

| Message | |
|---|---|
| **From:** | Edwin Black [eblack@featuregroup.com] |
| **Sent:** | 1/4/2022 1:28:36 PM |
| **To:** | Gutierrez, Enrique (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group<br>(FYDIBOHF23SPDLT)/cn=Recipients/cn=3c2df4828b3d4f49972f6dc4e3ae70d8-Enrique Gut] |
| **Subject:** | Re: Media > The Edwin Black Show > Watkins > 3pm ET Jan06 |

---

CAUTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

Dear Enrique
I hope the snow is not disrupting you too much. TY for prior courtesy.

There has been a significant shift in the focus for our show, and this episode will be followed by my bylined article syndicating to my 35 outlets. Hence, the topic will be explored in greater detail.

I will need to ask you some questions via phone Thursday morning (on a tight deadline basis) ... and I am here to confer with you at any time before that. I do seek more basic facts and the absence of clear basic facts (in spite of the professionalism and courtesy by you) will be a show focus. None of the impacted communities-- and this actually includes the accused, are helped by lack of specificity of what actually occurred.

yours, edwin

On 12/22/2021 3:10 PM, Gutierrez, Enrique (DCPS) wrote:

> As you know, this impacted all of our diverse community at Watkins.

> **From:** Edwin Black <eblack@featuregroup.com>
> **Sent:** Wednesday, December 22, 2021 3:09 PM
> **To:** Gutierrez, Enrique (DCPS) <Enrique.Gutierrez@k12.dc.gov>
> **Subject:** Re: Media > The Edwin Black Show > Watkins > 3pm ET Jan06

> You don't often get email from eblack@featuregroup.com. Learn why this is important

> CAUTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

> Mr. Gutierrez..
> TY for your reply and caution.
> this may not be :new" so you can reply pls--was this impacting Jewish kids only or other kids as well eg non-J kids. then let us stay in touch in case I want a guest from DC Schools. TY for fast reply. any reply is background.
> yours, edwin

> On 12/22/2021 3:05 PM, Gutierrez, Enrique (DCPS) wrote:

>> Thank you Mr. Black for reaching out.

>> As you are aware this incident at WatkinsES is under investigation and at the moment we have nothing new to share.

ᴜ00509SPPL00664RKDTTSTTA

I will include DCPS original statement and background information we provided to other outlets, and the letter (attached) that DCPS sent out to WatkinsES families after we were notified of the incident for context.

**Statement:**
"DC Public Schools is committed to creating a welcoming environment for all students. Last week, we received a report of a classroom of students receiving a lesson that included portraying different perspectives of the Holocaust. Students should never be tasked with acting out any atrocity, especially genocide and war. Additionally, there were allegations of a staff member using hate speech during the lesson, which is unacceptable and not tolerated at any of our schools. This was not an approved lesson plan, and we sincerely apologize to our students and families who were subjected to this incident. We have launched an investigation, and students are being supported by our DCPS Comprehensive Alternative Resolution & Equity Team."

**Background:**
The staff member involved int his incident has been placed on leave pending an investigation.


**From:** Edwin Black <eblack@featuregroup.com>
**Sent:** Wednesday, December 22, 2021 1:57 PM
**To:** Gutierrez, Enrique (DCPS) <Enrique.Gutierrez@k12.dc.gov>
**Subject:** Media > The Edwin Black Show > Watkins > 3pm ET Jan06

You don't often get email from eblack@featuregroup.com. Learn why this is important

CAUTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

https://theedwinblackshow.com/sites/default/files/2021-12/EB%20Show%20S3%20E01%20Watkins%20Holocaust%20Outrage%2003.pdf

Hello-- we have preempted our Jan06 show for the Watkins matter. Can you pls immediately brief me off the record on factuality... and also give us a guest for Jan06 3pm ET. I am mobilizing contact with you now.

I am at 301 924-5104--and btw, in Monty county next door. See below links as well.

https://theedwinblackshow.com/
https://theedwinblackshow.com/flyers
https://www.youtube.com/c/TheEdwinBlackShow
https://edwinblack.com/

https://theedwinblackshow.com/
https://theedwinblackshow.com/flyers
https://www.youtube.com/c/TheEdwinBlackShow
https://edwinblack.com/


--
https://theedwinblackshow.com/
https://theedwinblackshow.com/flyers
https://www.youtube.com/c/TheEdwinBlackShow
https://edwinblack.com/


--
https://theedwinblackshow.com/
https://theedwinblackshow.com/flyers
https://www.youtube.com/c/TheEdwinBlackShow
https://edwinblack.com/

Message



**From:**                                IGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
                                ENTS/CN=ED6C24B4398A4566A60074AED1165D13-KAREN COLE]

**Sent:**
**To:**                                xchangeLabs/ou=Exchange Administrative Group
                [FYDIBOHF23SPDLT]/cn=Recipients/cn=8eda85080f0e40d3a25476ef228242a4-MsCott Berk]

**Subject:**    RE: For review - Watkins hate-bias response messages

Hi Principal Berkowitz,

Just sending you a note of gratitude – I can't imagine the week you've had but hopefully your community is even stronger as a result, thanks to your leadership. I appreciate your words about transparency – may they guide the way forward beyond this issue! Please don't hesitate to reach out to Kevin Washburn as you consider next steps for your library program – I know he's eager to help where he can.

Have a wonderful holiday,

**ACE**
★★★
**ACADEMIC&CREATIVE**
**EMPOWERMENT**

Dr. Karen A. Cole
Deputy Chief, Academic and Creative Empowerment
Office of Teaching and Learning
Social Emotional Academic Development
DC Public Schools
karen.cole@k12.dc.gov
(202)321-3881

**From:** Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>
**Sent:** Wednesday, December 22, 2021 6:42 AM
**To:** Bartolomeo, Elizabeth (DCPS) <Elizabeth.Bartolomeo@k12.dc.gov>; Hoffman, Paige (DCPS)
<Paige.Hoffman@k12.dc.gov>; Harper, Robyn (DCPS) <Robyn.Harper@k12.dc.gov>; Stover, Shawn (DCPS)
<shawn.stover@k12.dc.gov>; Equity, Response (DCPS) <equityresponse@k12.dc.gov>; Equity Response (DCPS)
<Equity.response@k12.dc.gov>
**Cc:** Fuller, Jade (DCPS) <Jade.Fuller@k12.dc.gov>; Lamb, Michael (DCPS) <Michael.Lamb@k12.dc.gov>; McClain, Justin
(DCPS) <Justin.Mcclain@k12.dc.gov>; Jackson, Nigel (DCPS) <Nigel.Jackson3@k12.dc.gov>; CARE, DCPS (DCPS)
<dcps.care@k12.dc.gov>; Cole, Karen (DCPS) <Karen.Cole@k12.dc.gov>; Williams, Alison (DCPS)
<Alison.Williams@k12.dc.gov>; Bryant-Mallory, Deitra (DCPS) <deitra.bryant-mallory@k12.dc.gov>; Jennings, Jessica
(DCPS) <Jessica.Jennings@k12.dc.gov>; Heller, Alisha (DCPS) <Alisha.Heller@k12.dc.gov>; Howard-Stroud, Adia (DCPS)
<Adia.Howard-Stroud@k12.dc.gov>
**Subject:** Re: For review - Watkins hate-bias response messages

Hello team,

I think last night was a success and great step forward. We've taken many this week. Thank you all for your leadership and support. I've received a number of appreciative notes about our response and you all are as much deserving of that kindness as I am. Thank you.

Below I have an outline of the last message I intend to send about this in 2021. Ideally it can go tonight. I've made some assignments (thanks in advance) to those who I think should craft the messages. Please use the doc we've been working in to do so.

ᵣ L 0 P T 2 3 4 5 6 7 8 9 0 3 3 4 5 9 0

I imagine the background check info will be the stickiest topic. I really hope we can be as transparent and upfront around the questions as that is biggest concern for the community and, as you know, is now a city-wide issue. **When it comes to community trust in our school system and our students' safety this is the biggest factor and the most obvious failure.** We we can get this right by being acknowledging some hard truths, being transparent and over communicating on this front, even if it's unfavorable short term.

Here's the link to the doc: https://dck12-
my.sharepoint.com/:w:/g/personal/elizabeth_bartolomeo_k12_dc_gov/EUIl27OiH7lAtPiu60et0lYBmqVk8R7aiK-
A7qud2D2-kg?e=27xv68

Summary to date (MScott)

Talking about the Holocaust resources (Robyn)
- Please share the discussions you've had with what groups.
- Please share the resources we think could be made available to parents at this time, and what might be available further in the future.

Kindred connection (MScott/Kindred)
- How our equity audit and dialogue groups align with our healing process and will strengthen our skill and will to create even more inclusive and safe spaces for our community members.

Mental Health Supports over Break (MScott via Nigel)
- Mental Health Professionals from DCPS's Central Services have been, and will be, available to our school community when we return
- Students that would like to receive on-going individual counseling have that available to them. That support may be general counseling, play therapy or art therapy.
- Watkins ES's school mental health team is equipped to provide evidenced based treatments and a range of mental health supports targeting anxiety, trauma and other challenges.
- For support during break or any other time out of school, caregivers and students can access a mental health professional using the Department of Behavioral Health's AccessHelp line.

LMER Background checks (LMER)
- What details can you provide the community on the background check policy and practices? Any confirmation that the person successfully completed the check? Why weren't the previous issues caught? Why were they allowed?
- I know this one is tough, but please try to be as transparent as possible.

Library Re-Entry planning (MScott and PTA)
- Our Mental Health team will give the library a facelift, with community engagement, and plan a welcome back event for students in January.

JCRJ, ADL, DCPS Joint statement. (Comms)
- I think we just draw some attention to this statement to show that these groups support us and that the Chancellor is working with them.
- Can comms make connections here?

**MScott Berkowitz**

**Principal**
**Peabody Elementary School and Watkins Elementary School**
**Peabody: 202-698-3277**
**Watkins: 202-698-3355**
**District of Columbia Public Schools**
@PeabodyWatkins **on Instagram and Twitter**



Capitol Hill Cluster School
*Where Every Child Achieves*

---

**From:** Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>
**Date:** Friday, December 17, 2021 at 5:53 PM
**To:** Bartolomeo, Elizabeth (DCPS) <Elizabeth.Bartolomeo@k12.dc.gov>, Hoffman, Paige (DCPS) <Paige.Hoffman@k12.dc.gov>, Harper, Robyn (DCPS) <Robyn.Harper@k12.dc.gov>, Stover, Shawn (DCPS) <shawn.stover@k12.dc.gov>, Equity, Response (DCPS) <equityresponse@k12.dc.gov>, Equity Response (DCPS) <Equity.response@k12.dc.gov>
**Cc:** Fuller, Jade (DCPS) <Jade.Fuller@k12.dc.gov>, Lamb, Michael (DCPS) <Michael.Lamb@k12.dc.gov>, McClain, Justin (DCPS) <Justin.Mcclain@k12.dc.gov>, Jackson, Nigel (DCPS) <Nigel.Jackson3@k12.dc.gov>, CARE, DCPS (DCPS) <dcps.care@k12.dc.gov>, Cole, Karen (DCPS) <Karen.Cole@k12.dc.gov>, Williams, Alison (DCPS) <Alison.Williams@k12.dc.gov>, Bryant-Mallory, Deitra (DCPS) <deitra.bryant-mallory@k12.dc.gov>, Jennings, Jessica (DCPS) <Jessica.Jennings@k12.dc.gov>, Heller, Alisha (DCPS) <Alisha.Heller@k12.dc.gov>, Howard-Stroud, Adia (DCPS) <Adia.Howard-Stroud@k12.dc.gov>
**Subject:** Re: For review - Watkins hate-bias response messages

My messages are out. Thanks so much team.

**MScott Berkowitz**
**Principal**
**Peabody Elementary School and Watkins Elementary School**
**Peabody: 202-698-3277**
**Watkins: 202-698-3355**
**District of Columbia Public Schools**
@PeabodyWatkins **on Instagram and Twitter**



Capitol Hill Cluster School
*Where Every Child Achieves*

---

**From:** Bartolomeo, Elizabeth (DCPS) <Elizabeth.Bartolomeo@k12.dc.gov>
**Date:** Friday, December 17, 2021 at 5:46 PM
**To:** Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>, Hoffman, Paige (DCPS) <Paige.Hoffman@k12.dc.gov>, Harper, Robyn (DCPS) <Robyn.Harper@k12.dc.gov>, Stover, Shawn (DCPS) <shawn.stover@k12.dc.gov>, Equity, Response (DCPS) <equityresponse@k12.dc.gov>, Equity Response (DCPS) <Equity.response@k12.dc.gov>
**Cc:** Fuller, Jade (DCPS) <Jade.Fuller@k12.dc.gov>, Lamb, Michael (DCPS) <Michael.Lamb@k12.dc.gov>,

P L 0 P T 2 3 4 5 6 7 8 9 0 3 3 4 5 9 0

McClain, Justin (DCPS) <Justin.Mcclain@k12.dc.gov>, Jackson, Nigel (DCPS) <Nigel.Jackson3@k12.dc.gov>, CARE, DCPS (DCPS) <dcps.care@k12.dc.gov>, Cole, Karen (DCPS) <Karen.Cole@k12.dc.gov>, Williams, Alison (DCPS) <Alison.Williams@k12.dc.gov>, Bryant-Mallory, Deitra (DCPS) <deitra.bryant-mallory@k12.dc.gov>, Jennings, Jessica (DCPS) <Jessica.Jennings@k12.dc.gov>, Heller, Alisha (DCPS) <Alisha.Heller@k12.dc.gov>, Howard-Stroud, Adia (DCPS) <Adia.Howard-Stroud@k12.dc.gov>
**Subject:** Re: For review - Watkins hate-bias response messages

Re-attaching!

Will set the community notice for 6:15 pm.

---

**From:** Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>
**Date:** Friday, December 17, 2021 at 5:43 PM
**To:** Hoffman, Paige (DCPS) <Paige.Hoffman@k12.dc.gov>, Bartolomeo, Elizabeth (DCPS) <Elizabeth.Bartolomeo@k12.dc.gov>, Harper, Robyn (DCPS) <Robyn.Harper@k12.dc.gov>, Stover, Shawn (DCPS) <shawn.stover@k12.dc.gov>, Equity, Response (DCPS) <equityresponse@k12.dc.gov>, Equity Response (DCPS) <Equity.response@k12.dc.gov>
**Cc:** Fuller, Jade (DCPS) <Jade.Fuller@k12.dc.gov>, Lamb, Michael (DCPS) <Michael.Lamb@k12.dc.gov>, McClain, Justin (DCPS) <Justin.Mcclain@k12.dc.gov>, Jackson, Nigel (DCPS) <Nigel.Jackson3@k12.dc.gov>, CARE, DCPS (DCPS) <dcps.care@k12.dc.gov>, Cole, Karen (DCPS) <Karen.Cole@k12.dc.gov>, Williams, Alison (DCPS) <Alison.Williams@k12.dc.gov>, Bryant-Mallory, Deitra (DCPS) <deitra.bryant-mallory@k12.dc.gov>, Jennings, Jessica (DCPS) <Jessica.Jennings@k12.dc.gov>, Heller, Alisha (DCPS) <Alisha.Heller@k12.dc.gov>, Howard-Stroud, Adia (DCPS) <Adia.Howard-Stroud@k12.dc.gov>
**Subject:** Re: For review - Watkins hate-bias response messages

Yes. Staff was emailed it. I tried to hand deliver but she was gone.

**MScott Berkowitz**
**Principal**
**Peabody Elementary School and Watkins Elementary School**
**Peabody: 202-698-3277**
**Watkins: 202-698-3355**
**District of Columbia Public Schools**
@PeabodyWatkins **on Instagram and Twitter**



Capitol Hill Cluster School
*Where Every Child Achieves*

**From:** Hoffman, Paige (DCPS) <Paige.Hoffman@k12.dc.gov>
**Date:** Friday, December 17, 2021 at 5:41 PM
**To:** Bartolomeo, Elizabeth (DCPS) <Elizabeth.Bartolomeo@k12.dc.gov>, Harper, Robyn (DCPS) <Robyn.Harper@k12.dc.gov>, Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>, Stover, Shawn (DCPS) <shawn.stover@k12.dc.gov>, Equity, Response (DCPS) <equityresponse@k12.dc.gov>, Equity Response (DCPS) <Equity.response@k12.dc.gov>
**Cc:** Fuller, Jade (DCPS) <Jade.Fuller@k12.dc.gov>, Lamb, Michael (DCPS) <Michael.Lamb@k12.dc.gov>, McClain, Justin (DCPS) <Justin.Mcclain@k12.dc.gov>, Jackson, Nigel (DCPS) <Nigel.Jackson3@k12.dc.gov>,

CARE, DCPS (DCPS) <dcps.care@k12.dc.gov>, Cole, Karen (DCPS) <Karen.Cole@k12.dc.gov>, Williams, Alison (DCPS) <Alison.Williams@k12.dc.gov>, Bryant-Mallory, Deitra (DCPS) <deitra.bryant-mallory@k12.dc.gov>, Jennings, Jessica (DCPS) <Jessica.Jennings@k12.dc.gov>, Heller, Alisha (DCPS) <Alisha.Heller@k12.dc.gov>, Howard-Stroud, Adia (DCPS) <Adia.Howard-Stroud@k12.dc.gov>
**Subject:** Re: For review - Watkins hate-bias response messages

Just to confirm, Mscott has received notice that the NOI has been issued?

---

**From:** Bartolomeo, Elizabeth (DCPS) <Elizabeth.Bartolomeo@k12.dc.gov>
**Sent:** Friday, December 17, 2021 5:39 PM
**To:** Harper, Robyn (DCPS) <Robyn.Harper@k12.dc.gov>; Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>; Stover, Shawn (DCPS) <shawn.stover@k12.dc.gov>; Equity, Response (DCPS) <equityresponse@k12.dc.gov>; Equity Response (DCPS) <Equity.response@k12.dc.gov>
**Cc:** Hoffman, Paige (DCPS) <Paige.Hoffman@k12.dc.gov>; Fuller, Jade (DCPS) <Jade.Fuller@k12.dc.gov>; Lamb, Michael (DCPS) <Michael.Lamb@k12.dc.gov>; McClain, Justin (DCPS) <Justin.Mcclain@k12.dc.gov>; Jackson, Nigel (DCPS) <Nigel.Jackson3@k12.dc.gov>; CARE, DCPS (DCPS) <dcps.care@k12.dc.gov>; Cole, Karen (DCPS) <Karen.Cole@k12.dc.gov>; Williams, Alison (DCPS) <Alison.Williams@k12.dc.gov>; Bryant-Mallory, Deitra (DCPS) <deitra.bryant-mallory@k12.dc.gov>; Jennings, Jessica (DCPS) <Jessica.Jennings@k12.dc.gov>; Heller, Alisha (DCPS) <Alisha.Heller@k12.dc.gov>; Howard-Stroud, Adia (DCPS) <Adia.Howard-Stroud@k12.dc.gov>
**Subject:** Re: For review - Watkins hate-bias response messages

Mscott – thanks for connecting by phone and to all for reviewing.

Please see attached the final communications to use.

You will send the classroom and staff notices ASAP and comms will send the community notice at 6 pm.

Thanks,
Liz

---

**From:** Bartolomeo, Elizabeth (DCPS) <Elizabeth.Bartolomeo@k12.dc.gov>
**Date:** Friday, December 17, 2021 at 4:35 PM
**To:** Harper, Robyn (DCPS) <Robyn.Harper@k12.dc.gov>, Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>, Stover, Shawn (DCPS) <shawn.stover@k12.dc.gov>, Equity, Response (DCPS) <equityresponse@k12.dc.gov>, Equity Response (DCPS) <Equity.response@k12.dc.gov>
**Cc:** Hoffman, Paige (DCPS) <Paige.Hoffman@k12.dc.gov>, Fuller, Jade (DCPS) <Jade.Fuller@k12.dc.gov>, Lamb, Michael (DCPS) <Michael.Lamb@k12.dc.gov>, McClain, Justin (DCPS) <Justin.Mcclain@k12.dc.gov>, Jackson, Nigel (DCPS) <Nigel.Jackson3@k12.dc.gov>, CARE, DCPS (DCPS) <dcps.care@k12.dc.gov>, Cole, Karen (DCPS) <Karen.Cole@k12.dc.gov>, Williams, Alison (DCPS) <Alison.Williams@k12.dc.gov>, Bryant-Mallory, Deitra (DCPS) <deitra.bryant-mallory@k12.dc.gov>, Jennings, Jessica (DCPS) <Jessica.Jennings@k12.dc.gov>, Heller, Alisha (DCPS) <Alisha.Heller@k12.dc.gov>, Howard-Stroud, Adia (DCPS) <Adia.Howard-Stroud@k12.dc.gov>
**Subject:** For review - Watkins hate-bias response messages

Good afternoon. Please find attached a draft of communications in response to this incident.

FOR REVIEW -- https://dck12-
my.sharepoint.com/:w:/g/personal/elizabeth_bartolomeo_k12_dc_gov/EUll270iH7IAtPiu60et0IYBmqVk8R7aiK-
A7qud2D2-kg?e=8kvgDr

P L 0 P T 2 3 4 5 6 7 8 9 0 3 3 4 5 9 0

Page 1 = classroom note
Page 2 = school community message
Page 3 = staff note (thanks Shawn and Mscott and Robyn!)

Thanks,
Liz

**From:** Robyn.Harper@k12.dc.gov
**When:** 2:15 PM - 2:45 PM December 17, 2021
**Subject:** Central Equity Response Meeting (Watkins ES)
**Location:** Microsoft Teams Meeting

-----Original Appointment-----
**From:** Harper, Robyn (DCPS) <Robyn.Harper@k12.dc.gov>
**Sent:** Friday, December 17, 2021 1:45 PM
**To:** Harper, Robyn (DCPS); Equity Response (DCPS); Berkowitz, MScott (DCPS); Stover, Shawn (DCPS); Equity, Response (DCPS)
**Subject:** Central Equity Response Meeting (Watkins ES)
**When:** Friday, December 17, 2021 2:15 PM-2:45 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Microsoft Teams Meeting

Thank you for submitting the IRT for the alleged incident of hate/bias below. As you know, by doing so, you have officially completed the first step in our District protocol for responding to incidents of hate and bias.

> — [DEC-17-21 12:54 PM  Mscott (DCPS) Berkowitz] ——————
> Ms. Moxley's HR class attended their regular library class today.  The lesson was for students to act out the atrocities of the Holocaust.  One student was given the role of Hitler.  Others were told to be people that shot Jews.  Some students were given roles to dig ditches.  Other jobs were to put classmates in gas chambers.  Many students were directed to pretend to die.  At the end of the lesson, the student playing Hitler was told to act out his suicide.  Before the class ended the librarian told students not to tell their parents.
>
> The librarian's name is Kimberlynn Jurkowski.  All students in the homeroom were involved.

As a next step, we would like meet and identify specific support/next steps from members of our Central Equity Response Team (outlined in Phase 3 of the protocol). **Please reply to this email with your availability to have a 30 minute meeting today or early next week to determine short-term and long-term supports for impacted parties.** The primary purpose of this meeting is identifying immediate and long-term strategies to restore community and repair harm.

**Central Equity Response Team, please note that due to the nature of this incident we are aiming to schedule this response meeting as soon as possible. We prioritize the school leaders availability and hope that it will be possible for you to have a representative from your team join the meeting. Please let me know if this will not be possible and we will determine how to ensure your team is kept informed on the situation and required next steps.**

# Microsoft Teams meeting

**Join on your computer or mobile app**

**Click here to join the meeting**

**Or call in (audio only)**
+1 202-539-1291,,949108608#   United States, Washington DC
Phone Conference ID: 949 108 608#
Find a local number | Reset PIN

Learn More | Meeting options

PLOPT234587890334590

1-23-cv-03788-ACR-00002044

```
From    : Jurkowski, Kimberlynn (DCPS) [Kimberlynn.Jurkowski@k12.dc.gov]
Sent    : 3/3/2021 12:52:56 AM
To      : allyson.kitchel@gmail.com
CC      : Jurkowski, Kimberlynn (DCPS) [Kimberlynn.Jurkowski@k12.dc.gov]
Subject : Re: Fw: BOB/Debate Letter
Importance  : High
```

Ms. Kitchel and Jackson, I would like to add that BOB/Debate is an improvement over the
regular 2018 and 2019 BOB for a few good reasons.  1). The Debate skills are valuable and
help to improve academic growth. 2) Stuart Hobson and The Washington Urban Debate League
are both a major connection for debate training, local tournaments, and national
tournaments. 3) Even if a team does not make it to nationals, each individual debater is
given support and promotions based on their performance in speaking, collaborating, and
debating.  4) This is the first time that elementary has been allowed to be trained and
supported for a debate team. Note only high school and middle school students were allowed
and supported for local and national debate teams in DCPS. 5) Watkins is one of 3
elementary schools that received an invite to participate in the program. 6) Watkins'
students who participate will be in great shape for future debate teams(middle school,
high school, and other debate teams). Thank you, Ms. Kitchel and Jackson.  Have a nice
day.




From: Allyson Kitchel <allyson.kitchel@gmail.com>
Sent: Monday, March 1, 2021 2:53 PM
To: Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
Subject: Re: Fw: BOB/Debate Letter

CAUTION: This email originated from outside of the DC Government. Do not click on links or
open attachments unless you recognize the sender and know that the content is safe. If you
believe that this email is suspicious, please forward to phishing@dc.gov for additional
analysis by OCTO Security Operations Center (SOC).

Thanks. Jackson was a lot less excited when he learned BOB was going to be different than
last year. I told him to give it a shot, and if he doesn't like it it, he doesn't have to
stick with it. If he wants to participate I'll be delighted to help. But need to decline
if he isn't.


On Mon, Mar 1, 2021 at 1:21 PM Jurkowski, Kimberlynn (DCPS)
<Kimberlynn.Jurkowski@k12.dc.gov> wrote:

Hello, Ms. Ketchel, thank you for the email.  Yes, the original time was 10am-11am, but
Principal Berkowitz may have staff meetings at 10am on Wednesday, so we changed it.  Let
me know when you are available to talk about BOB/Debate, we could use your help with the
claim, support, and evidence part.  Have a nice day, Ms. Ketchel.

000509SPPLOPT63107QDP77D


From: Allyson Kitchel <allyson.kitchel@gmail.com>
Sent: Monday, March 1, 2021 11:10 AM
To: Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
```

Subject: Re: Fw: BOB/Debate Letter

CAUTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

Confirming the Wednesday meetings are at 9 am. Jackson recalls he was told it was at 10 am.

Thanks,
Allyson

On Fri, Feb 26, 2021 at 2:06 PM Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov> wrote:

Hello, Ms. Kitchel, it was a pleasure to speak with you today.  I have included the letter, access links for meeting and Library Course BOB/Debate page with this email.  Let me know if you have questions.  Have a nice weekend.

From: Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
Sent: Friday, February 26, 2021 2:01 PM
To: Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
Cc: Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
Subject: Fw: BOB/Debate Letter

BOB/Debate meeting access link:

https://teams.microsoft.com/l/meetup-
join/19%3ad864478637c3423696809c0aaa42ac2c%40thread.tacv2/1613710029276?
context=%7b%22Tid%22%3a%222aa046ee-b34e-4a33-92b7-
999df2bc0a32%22%2c%22Oid%22%3a%223ecfbbcc-073f-4c61-8782-9a348e0884f1%22%7d

Join conversation
teams.microsoft.com

BOB/Debate resource Library course page access link:

https://dcps.instructure.com/courses/208914

From: Jurkowski, Kimberlynn (DCPS)
Sent: Friday, February 19, 2021 6:22 PM
To: Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>;
kjurkowski777@gmail.com <kjurkowski777@gmail.com>
Subject: BOB/Debate Letter


Hello, Watkins Parents and Students, (February 19, 2021)
Watkins Battle of the Books/Debate Team is joining forces with Stuart Hobson to learn
debate skills, as they battle other elementary schools. Your scholar has requested to
participate as a member of this team. Watkins' BOB/Debate Team will be trained in
BOB/debate skills this season using one book "New Kid" by Jerry Craft with the goal of
learning BOB/debate skills and to practice and compete with other elementary schools. The
PTA will purchase and deliver the books to Watkins and students will receive an email to
pick up the book. The details of the program are as follows:
An Opportunity for Watkins: (Urban Debate):
Debate has a long and exciting history in the Washington area, the center of our nation's
democracy. Sadly, opportunities for debate were only consistently found in elite, private
institutions. The Washington Urban Debate League is the only organization providing free,
high quality debate opportunities for public school students at the middle and high school
level, and elementary. We especially encourage the participation of students of color and
those from financially disadvantaged backgrounds to participate and want our league to
reflect the rich diversity of the metro area. Urban Debate is a member of the National
Association of Urban Debate Leagues (NAUDL), and an official partner of D.C. Public
Schools, Prince George's County Public Schools, and numerous charter school networks, and
tailor our program to fit each school's unique culture and schedule. See WUDL link:
Link to information about WUDL: https://www.urbandebatewashingtondc.org/our-schools
Training Day(s):
Ms. Jurkowski will train and practice BOB/debate skills with students on Wednesday(s),
9am-10am (log-in See Teams Calendar/every Wednesday to log-in. Students will train each
Wednesday using BOB/debate concepts, games, strategy, and ideas to apply their BOB/debate
skills using "New Kid" by Jerry Craft. Students are expected to attend training sessions
and practice with their team each Wednesday (Feb, March, April, and May) to prepare for
the May 22, 2021 Debate Tournament. The WUDL Debate Tournament will be May 22, 2021
(Details TBA). Questions, concerns, email Ms. Jurkowski at
kimberlynn.jurkowski@k12.dc.gov
See Teams Calendar: practice every Wednesday at 9am-10am with Ms. Jurkowski:
Wednesday in February 24 Teams calendar for practice Introduction to BOB/debate at 9am-
10am
Wednesday(s) in March 3, 10, 17, 24, 31 Teams Calendar for practice with New Kid
BOB/debate frame at 9am-10am
Goal: students will be able to understand the basics of BOB/debate frame and practice
applying skills with partners.
Wednesday(s) in April 7, 14, 21, 27 Teams Calendar for practice with New Kid chapters to
apply BOB/debate frame 9am-10am
Goal: students will be able to practice BOB/debate games, with partners, discuss Debate
Tournament 5/22/21.
Wednesday(s) in May 5, 12, 9am-10am to practice BOB/debate games with partners and discuss
Debate Tournament.
May 19 practice and apply BOB/debate skills with partners, discuss Debate Tournament,

000509SPPLOPT63107Q0P7700

expectations
May 22, 2021 (Debate Tournament Saturday 5/22/21 details TBA), Letter to Parents and
Students
Goal: students will compete with partners in mock games BOB/Debate games for Debate
Tournament 5/22/21.
Kimberlynn Jurkowski, LMS, Watkins ES, Capitol Hill Cluster.
Kimberlynn.jurkowski@k12.dc.gov

Message

| From: | Stewart, Jill (DCPS) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP |
| | (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=93ED9BA6D7534CF8A978B40DCA3BC2A6-JILL STEWAR] |
| Sent: | 5/20/2021 6:41:23 PM |
| To: | Dunning, Lauren (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=281d350de94b4fd3996d2732cddbfb9c-Lauren Dunn] |
| Subject: | Fw: Email Follow Up |

She kept not CCing you lol. Here are the other emails.

Jill Stewart, B.A. Elementary Ed, M. Special Ed
Grade 1
Capitol Hill Cluster School
Watkins Elementary School
420 12th St. SE
Washington, DC 20003
Office:  202-698-3418

---

**From:** Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
**Sent:** Thursday, May 20, 2021 2:11 PM
**To:** Stewart, Jill (DCPS) <jill.stewart@k12.dc.gov>
**Cc:** Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
**Subject:** Re: Email Follow Up

May you email a copy of the author visit invite and plan to me.  Thank you, Ms. Stewart.

---

**From:** Stewart, Jill (DCPS) <jill.stewart@k12.dc.gov>
**Sent:** Thursday, May 20, 2021 1:20 PM
**To:** Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
**Subject:** Re: Email Follow Up

Good Afternoon!

I know that using the library wasn't the original plan for my class yesterday and was kind of last minute. I mainly just wanted to check in with you after your email to be sure that it didn't contribute to anything you mentioned (ex. using a space outside of our classroom). It doesn't sound like it did though- thanks for your reply!

Best,

Jill Stewart, B.A. Elementary Ed, M. Special Ed
Grade 1
Capitol Hill Cluster School
Watkins Elementary School
420 12th St. SE
Washington, DC 20003
Office:  202-698-3418

ᴜ0509SPPLOPT631070

---

**From:** Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
**Sent:** Thursday, May 20, 2021 12:50 PM

**To:** Stewart, Jill (DCPS) <jill.stewart@k12.dc.gov>
**Subject:** Re: Email Follow Up

Thank you for the email, Ms. Stewart,  may you explain and describe the confusion from Tuesday?  Thank you.

---

**From:** Stewart, Jill (DCPS) <jill.stewart@k12.dc.gov>
**Sent:** Thursday, May 20, 2021 11:15 AM
**To:** Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
**Cc:** Dunning, Lauren (DCPS) <Lauren.Dunning@k12.dc.gov>
**Subject:** Email Follow Up

Good Morning Ms. Jurkowski,

I read your email and Mr. Berkowitz follow up yesterday and wanted to check in. I know we work closely together this year since you are the relief member for my homeroom class, and also know there was a little confusion about the author visit on Tuesday. If I ever contributed in any of the situations you described I would love to talk to you about it.

Best,

Jill Stewart, B.A. Elementary Ed, M. Special Ed
Grade 1
Capitol Hill Cluster School
Watkins Elementary School
420 12th St. SE
Washington, DC 20003
Office:  202-698-3418

Message

---

| | |
|---|---|
| **From:** | Stewart, Jill (DCPS) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=93ED9BA6D7534CF8A978B40DCA3BC2A6-JILL STEWAR] |
| **Sent:** | 5/20/2021 6:41:23 PM |
| **To:** | Dunning, Lauren (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=281d350de94b4fd3996d2732cddbfb9c-Lauren Dunn] |
| **Subject:** | Fw: Email Follow Up |

She kept not CCing you lol. Here are the other emails.

Jill Stewart, B.A. Elementary Ed, M. Special Ed
Grade 1
Capitol Hill Cluster School
Watkins Elementary School
420 12th St. SE
Washington, DC 20003
Office: 202-698-3418

---

**From:** Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
**Sent:** Thursday, May 20, 2021 2:11 PM
**To:** Stewart, Jill (DCPS) <jill.stewart@k12.dc.gov>
**Cc:** Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
**Subject:** Re: Email Follow Up

May you email a copy of the author visit invite and plan to me. Thank you, Ms. Stewart.

---

**From:** Stewart, Jill (DCPS) <jill.stewart@k12.dc.gov>
**Sent:** Thursday, May 20, 2021 1:20 PM
**To:** Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
**Subject:** Re: Email Follow Up

Good Afternoon!

I know that using the library wasn't the original plan for my class yesterday and was kind of last minute. I mainly just wanted to check in with you after your email to be sure that it didn't contribute to anything you mentioned (ex. using a space outside of our classroom). It doesn't sound like it did though- thanks for your reply!

Best,

Jill Stewart, B.A. Elementary Ed, M. Special Ed
Grade 1
Capitol Hill Cluster School
Watkins Elementary School
420 12th St. SE
Washington, DC 20003
Office: 202-698-3418

ᴗ0509SPPLOPT031070

---

**From:** Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
**Sent:** Thursday, May 20, 2021 12:50 PM

**To:** Stewart, Jill (DCPS) <jill.stewart@k12.dc.gov>
**Subject:** Re: Email Follow Up

Thank you for the email, Ms. Stewart,  may you explain and describe the confusion from Tuesday?  Thank you.

---

**From:** Stewart, Jill (DCPS) <jill.stewart@k12.dc.gov>
**Sent:** Thursday, May 20, 2021 11:15 AM
**To:** Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
**Cc:** Dunning, Lauren (DCPS) <Lauren.Dunning@k12.dc.gov>
**Subject:** Email Follow Up

Good Morning Ms. Jurkowski,

I read your email and Mr. Berkowitz follow up yesterday and wanted to check in. I know we work closely together this year since you are the relief member for my homeroom class, and also know there was a little confusion about the author visit on Tuesday. If I ever contributed in any of the situations you described I would love to talk to you about it.

Best,

Jill Stewart, B.A. Elementary Ed, M. Special Ed
Grade 1
Capitol Hill Cluster School
Watkins Elementary School
420 12th St. SE
Washington, DC 20003
Office:  202-698-3418

**Subject:** Re: Evacuation Duty
**Date:** Wednesday, November 3, 2021 at 2:59:44 PM Eastern Daylight Time
**From:** Kayne, Kathryn (DCPS)
**To:** Jurkowski, Kimberlynn (DCPS)
**CC:** Montgomery, Tanisha (DCPS), Boisvert, Mark (DCPS), Washburn, Kevin (DCPS)

Hi Ms. Jurkowski,
Unfortunately you did not respond to my initial call out which is why I became very concerned when I heard what sounded like someone in the room (while I proceeded to search the space without a response.) When I saw you at the shelving cart, while I was calling out a second/third time, your response was more of one indicating irritation while I proceeded to communicate that this was not a drill but an actual emergency. I understand how frustrating evacuations can be but your safety and the safety of our students is paramount. My follow-up email was to ensure that you knew my role in this situation.
I am glad all is well,
Kat

**From:** "Jurkowski, Kimberlynn (DCPS)" <Kimberlynn.Jurkowski@k12.dc.gov>
**Date:** Wednesday, November 3, 2021 at 2:33 PM
**To:** "Kayne, Kathryn (DCPS)" <kathryn.kayne@k12.dc.gov>
**Cc:** "Montgomery, Tanisha (DCPS)" <tanisha.montgomery@k12.dc.gov>, "Boisvert, Mark (DCPS)" <mark.boisvert@k12.dc.gov>, "Washburn, Kevin (DCPS)" <Kevin.Washburn@k12.dc.gov>, "Jurkowski, Kimberlynn (DCPS)" <Kimberlynn.Jurkowski@k12.dc.gov>
**Subject:** Re: Evacuation Duty

Ms. Kayne, thank you for the evacuation check in, and I responded to your check in as I moved to exit the Library, as well.

Kimberlynn Jurkowski, LMS, Watkins

Capitol Hill Cluster School

Watkins Elementary School

420 12th St. SE

Washington, DC 20003

Office: 202-698-3355

0509SPPLOPT63107

**From:** Kayne, Kathryn (DCPS) <kathryn.kayne@k12.dc.gov>
**Sent:** Wednesday, November 3, 2021 1:55 PM
**To:** Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
**Cc:** Montgomery, Tanisha (DCPS) <tanisha.montgomery@k12.dc.gov>; Boisvert, Mark (DCPS)
<mark.boisvert@k12.dc.gov>
**Subject:** Evacuation Duty

Hi Ms. Jurkowski,
I entered the library during our evacuation as part of my duty to sweep the second floor. It is my duty to
ensure that you are aware of the urgency and to support the safety of our students. In the future when I call
out "Is anyone in here?" I would appreciate a response and even a confirmation that the space is clear so
that I can move on to support exiting students on the rest of the floor.
Thank you,
Kat

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

+ + + + +

_____
                              :
IN THE MATTER OF:             :
                              :
KIMBERLYNN JURKOWSKI,         :
                              :
          Plaintiff           :
                              :
     v.                       : Case No.
                              : 1:23-cv-03788-ACR
DISTRICT OF COLUMBIA,         :
                              :
          Defendant           :
                              :
_____   :

          Thursday,
          December 11, 2025

          Washington, D.C.


DEPOSITION OF:


               JADE FULLER

called for examination by Counsel for the Defendant,
pursuant to Notice of Subpoena, in the Office of
the Attorney General of the District of Columbia,
located at 400 Sixth Street, NW, Washington, D.C.,
when were present on behalf of the respective
parties:

```
 1   APPEARANCES:

 2   On Behalf of Plaintiff:

 3   KIMBERLYNN JURKOWSKI, pro se
     3540 Crain Highway, Bowie, MD, 20716
 4   609-481-8878
     kjurkowski777@gmail.com
 5

 6   On Behalf of Defendant:

 7   ANDREA NEGOVAN, ESQ.
     ANDREW M. VANDINI, ESQ.
 8   Civil Litigation Division, Section III
     Office of the Attorney General for the District of
 9   Columbia
     400 6th Street, NW
10   Washington, D.C. 20001
     Cell: (202) 957-2849
11   Direct: (202) 727-1038
     andrea.negovan@dc.gov
12   andrew.vandini@dc.gov

13

     Also Present:
14
     LYNETTE DAVIS, DCPS
15

16

17

18

19

20

21

22
```

3

1                                 **CONTENTS**

2     **WITNESS**            **DIRECT  CROSS  REDIRECT  RECROSS**

3     Jade Fuller            5       75      81       85

4

      **EXHIBIT NO.**                                    **PAGE**
5
      1    Email thread between LMER Office
6                                                             20
           and Principal Berkowitz
      2    12/17/2021 Email correspondence with    33
7          instruction from Principal Berkowitz
           to Jade Fuller
8     3    PeopleSoft document related to          40
           Plaintiff
9     4    Email thread between Stacy Carey
                                                             52
           and Principal MScott Berkowitz
10    5    Douglas Factors disciplinary action     66
           recommendation memo
11    6    Notice of Termination of Plaintiff,     68
           issued February 14, 2022
12    7    Notice of Initiation of Disciplinary    73
           Action, dated January 28, 2022
13    8    Notice of Pending Investigation,
                                                             76
           dated December 17, 2021, issued to
14         Plaintiff
      9    Notice of Administrative Leave, issued  77
15         to Plaintiff on December 17, 2021
      10   PDF of hyperlinked article forwarded    84
16         by email to Jade Fuller by Principal
           MScott Berkowitz
17

18

19

20

21

22

4

1                    P-R-O-C-E-E-D-I-N-G-S

2                                        (11:04 a.m.)

3            THE COURT REPORTER:  Here begins the

4    deposition of Jade Fuller, taken in the matter of

5    Kimberlynn Jurkowski vs. the District of Columbia,

6    case number 1:23-cv-03788-ACR.

7            We're convened in the Office of the

8    Attorney General of the District of Columbia,

9    located at 400 Sixth Street Northwest, Washington,

10   D.C.

11           My name is Mike Morris, I'm the court

12   reporter from Neal R. Gross & Company.  Today's date

13   is December 11, 2025, and the time is 11:04 a.m.

14           Would all present please introduce

15   yourselves and whom you represent for the record?

16           MS. JURKOWSKI:  Kimberlynn Jurkowski, pro

17   se Plaintiff.

18           MS. NEGOVAN:  Andrea, or Andi, Negovan,

19   for the District.

20           MR. VANDINI:  Andrew Vandini, on behalf

21   of the District.

22           THE COURT REPORTER:  All right, I will now

1  swear the witness.  Please raise your right hand,

2  ma'am.

3  WHEREUPON,

4      JADE FULLER

5  was called for examination by Plaintiff and, having

6  been first duly sworn, was examined and testified

7  as follows:

8          MS. JURKOWSKI:  Okay.  Good morning, Ms.

9  Fuller.

10          THE WITNESS:  Good morning.

11      DIRECT EXAMINATION

12          BY MS. JURKOWSKI:

13      Q    Are you under the influence of any

14  medication, drugs, alcohol, illegal substances, or

15  prescription drugs, that might impair your judgment

16  or ability to testify truthfully?

17      A    No.

18      Q    Have you taken any medication today that

19  could affect your memory or perception?

20      A    No.

21      Q    Do you have any physical or mental

22  conditions that may affect your testimony?

Neal R. Gross and Co., inc.
Washington DC
(202) 234-4433                                    www.nealgross.com

6

1        A    No.

2        Q    How long have you been employed with DCPS?

3        A    Since January 2018.

4        Q    Where were you employed before DCPS?

5        A    The New York City Department of Education.

6        Q    What year?

7        A    What year was I employed there?

8        Q    Yes, ma'am.  The range.  Like, from point

9    to point.

10        A    From 2011 to 2018.

11        Q    I'm sorry, I do apologize.  You said New

12    York --

13        A    New York City Department of Education.

14        Q    Okay.  Now?

15        A    From 2011 to 2018.

16        Q    Thank you for that.  And what was your

17    reason for leaving?

18        A    To take the job with DCPS.

19        Q    What documents did you review to prepare

20    for this deposition?

21        A    The incident report, the transcript from

22    the arbitration, and my grievance response, denying

1  your grievance.

2      Q    You were the ALJ?

3      A    No, I was the member of LDR, who denied

4  your grievance.

5      Q    Oh, you mean that level for the

6  arbitration.

7      A    No.

8      Q    No.

9      A    For the grievance you filed pursuant to

10  the WTU CBA.

11      Q    WTU --

12      A    The Washington Teacher's Union CBA.

13      Q    Yes, and what else.

14          (Simultaneous speaking.)

15      A    Collective bargaining agreement.

16      Q    Collective bargaining agreement.  Thank

17  you for that, Ms. Fuller.  Okay.  Who helped you

18  prepare for the deposition?

19      A    Counsel.

20      Q    Did you consult with any other legal teams

21  outside of DCPS?

22      A    No.

8

1      Q   When did you last speak with Mr. Berkowitz?

2   Speak, text, write, email.

3      A   I don't even recall.

4      Q   Okay.

5      A   I don't want to guess, because it's a

6   deposition.  So, I don't recall.

7      Q   Okay.  Ms. Fuller, when were you informed

8   about the Plaintiff's legal actions against DCPS?

9      A   Which one?

10      Q   Any legal action regarding the Plaintiff

11   against DCPS.

12      A   Whenever they were filed.

13      Q   How about the one that we're here for

14   today?

15      A   I don't recall exactly when I was notified

16   of that.

17      Q   When did DCPS put a hold for litigation

18   -- a litigation hold -- for this case?

19      A   I don't recall.

20      Q   Did you place the information regarding

21   the legal hold and privilege?

22      A   What do you mean, place it?

1    Q   Like, where would the legal hold

2    information be, is what I'm asking you.  That would

3    be in somebody's file.  I mean, I don't know how

4    the files are kept, or the records are kept.

5    There's something called a legal hold, that when

6    there is litigation, or possibility of litigation,

7    that that information is somewhere.  And it has

8    dates on it.

9    A   So, what is your exact question?

10   Q   My question is, did you place the legal

11   hold information in privilege for this case?

12   A   So, anything related to the litigation and

13   the hold that you're talking about, would have been

14   handled by our counsel.

15   Q   So, you wouldn't have had anything to do

16   with that.  I'm just trying to be clear.

17   A   Yeah, I don't know if you're clear on what

18   the hold is and how that works.  But I would be

19   guided by our counsel about any action that I had

20   to take with regard to the litigation.

21   Q   Okay.  So, did you participate in

22   responding to the request for productions for this

1    case, the litigation and discovery, for the

2    request for production and interrogatories?  Did

3    you participate in responding to those?

4         A    I do recall there were some

5    interrogatories related to you, because there's

6    been multiple litigations.  I'm not sure if was

7    exactly this one --

8         Q    Yes, and I'm speaking about the one --

9         A    Ma'am, I didn't finish.

10        Q    Oh, I'm sorry.

11        A    I'm not certain if it was this specific

12   case or another case, but I have engaged in

13   responding to the interrogatories.

14        Q    Okay, thank you for that.  How were you

15   informed about the legal actions that the Plaintiff

16   has brought to the Federal Court for the District

17   of Columbia, Jurkowski versus --

18        A    It would have been an email from our

19   counsel.

20        Q    Email from counsel.  Okay.  What counsel?

21    Office of Attorney General?  Is that --

22        A    Yes.

1      Q    -- what you're saying here?  I'm sorry.

2      A    Yes.

3      Q    OAG.  Okay.  In the interrogatories for

4   this particular case, the question came up why you

5   were assigned, or something.  I had some kind of

6   question about it, for answering the questions.

7           And you did note, I believe, or what was

8   your response, if you remember that, to me asking

9   that?  Because this is my confusion.  I'm under the

10  impression that they would be answering

11  interrogatories, and I just don't know the whole

12  system.

13          But somehow, somebody appointed you, Ms.

14  Fuller, according to one of your responses to answer

15  to interrogatories.  Is that correct?

16          MR. VANDINI:  Object to form.

17          THE WITNESS:  Yeah.

18          MS. JURKOWSKI:  And what was the other

19  part?  Interrogatories and requests for

20  productions.

21          THE WITNESS:  Right.  So, that was a

22  pretty compound question.

12

1          MS. JURKOWSKI:  Okay, I'll take it apart,

2     just a moment.

3          BY MS. JURKOWSKI:

4     Q   What was your response to who appointed

5     you to answer the interrogatories and request for

6     productions for this case?

7     A   So, I don't know that appointed is the

8     right term to use --

9     Q   Okay.

10    A   -- as I am an employee within the Labor

11    Management and Employee Relations Office, so that

12    would be part of my role, is to respond to

13    interrogatories in various cases.  So, it's not an

14    appointment.

15    Q   Okay, I do apologize.  But I'm sorry, I

16    do not have that document in front of me, and maybe

17    we'll pick it up another time.  Okay?  Because I

18    just can't -- I remembered what was said, and maybe

19    the word appointment is not the word to use here,

20    but I am referencing how did you get to do that?

21     Just because you do that in all the cases?

22    A   It's part of my role.

1    Q    Okay, so you do it on every litigation with

2    DC Public Schools.

3    A    No, not every litigation.  Any one's

4    involving the Labor Management Employee Relations

5    Office.

6    Q    So, any of those you normally will answer

7    --

8    A    It would normally be me.

9    Q    -- interrogatories and the request for

10    productions, and things like that.

11    A    Yes.

12    Q    Okay, thank you for that.  Because I just

13    didn't understand it.  Okay.  Ms. Fuller, you are

14    familiar with the investigation that occurred on

15    12/17/21 at Watkins Elementary School regarding an

16    incident?

17    A    I'm familiar with that one.  An

18    investigation occurred, yes.

19    Q    Ms. Fuller, do you have an idea of the

20    approximate time that -- what's the team name?  I'm

21    sorry, let me go back one.  What is the name of the

22    response team that goes out to the schools for that

14

1   type of situation, that went to Watkins Elementary?

2       A    It's the Labor Management and Employee

3   Relations Investigations Team, also known by the

4   acronym LMER.

5       Q    Okay, thank you for that.   And what time,

6   if you know approximately, did they arrive at

7   Watkins Elementary to investigate the 12/17/21

8   incident?

9       A    I don't know.

10      Q    Is there documentation somewhere that

11  would tell us that?

12      A    Your incident report.

13      Q    The incident report.   Thank you for that.

14      A    It may or may not be in there, I'm not sure.

15      Q    Okay, because I'm going to look to see,

16  because I don't know either.

17      A    Yeah, I'm not sure.

18      Q    I mean, I know there's a lot going on, but

19  I don't know the forms for all of this.   But I'll

20  check.   But you're sure somebody did go out --

21           (Simultaneous speaking.)

22      A    No, I'm not sure of that.

1          Q     Oh.  Question mark, 12/17/21.

2          A     The incident report would reflect that.

3          Q     So, you don't know if they went.  Okay,

4     got you.  I'm going to move over and --

5                (Off microphone comments.)

6                BY MS. JURKOWSKI:

7          Q     Ms. Fuller, are you aware of who

8     Principal Berkowitz is?

9          A     Yes.

10         Q     Who is Principal Berkowitz, Ms. Fuller?

11         A     He's the Principal at Watkins Elementary

12     School.

13         Q     Okay.  Do you know if Principal Berkowitz

14     has been issued a District cell phone?

15         A     Do I know specifically about him?

16         Q     Do you know if he has been?  There is some

17     documentation in the case, but I'm asking you the

18     question.

19         A     That's outside my purview.  I don't get

20     involved in what's issued to staff.

21         Q     Okay.  Who would know the answer to that?

22      Because I haven't been able to get an answer for

1   it, so I'm asking if you do know, if you can give

2   us some leads --

3       A    I would have to be guessing, and I'm not

4   going to guess during a deposition.

5       Q    Oh, okay.  So, normally when someone asks

6   questions about a cell phone that's been issued by

7   the District and it's part of a case, you've never

8   had that happen?  Or you have --

9       A    I've not been involved in any questions

10  about the issuance of cell phones to staff.

11      Q    Okay.  In any case that you --

12      A    No.

13      Q    Okay, that's where I got it.  Have you ever

14  texted or called Principal Berkowitz?

15      A    The conversations that I recall having

16  with him were via the Teams platform.

17      Q    Okay.  So, is that part of the email, or

18  --

19      A    No, it's Teams --

20      Q    It's called Teams.

21      A    -- it's the electronic platform we use to

22  call.

1    Q    Platform.  So, no emails.

2    A    Well, you asked me about calling or

3  texting, you didn't ask me about emails.

4    Q    Okay, I'm going to add emails, Ms. Fuller.

5    A    We've exchanged emails, yes.

6    Q    Okay.  Did Principal Berkowitz email you,

7  or -- what do I call it, Teams platform; I don't

8  know if that's communicated on the Teams platform

9  -- regarding a disturbing information about the

10 Plaintiff, before 12/17/21?

11   A    Yes.

12   Q    And what was that disturbing information?

13   A    That you had engaged in conduct that was

14 -- basically amounted to animal abuse and neglect.

15   Q    Where?

16   A    I don't recall exactly where.

17   Q    In DC?

18   A    I don't recall.

19   Q    Okay.  So, was it -- he just said that?

20  Or what?  Did he have something else with it?

21   A    He was seeking guidance because the school

22 community had found out about that incident and had

1    raised questions or concerns with him about your

2    suitability to be a teacher for DCPS.

3        Q    And when was that?

4        A    Oh, I don't recall.

5        Q    Could it have been in May of 2021?  Or --

6    and that's not guessing, because I actually do have

7    the email, and I can give you a date.

8        A    Well, if you can show it to me, then I

9    wouldn't have to guess.

10       Q    Yeah, I'm going to show it to you.  So,

11   just take a minute, and then I'm going to show it

12   to you, Ms. Fuller.  Just a moment.

13           MS. JURKOWSKI:  Okay.  Sorry, everybody,

14   it took me a minute.  Okay.  Let me make sure it's

15   to opposing counsel.

16           MS. NEGOVAN: Is there another?

17           MS. JURKOWSKI:  Should be more, actually.

18           MS. NEGOVAN:  Yeah, this is the report.

19           MS. JURKOWSKI:  Yeah.  All right, we'll

20   have to wait a second again.

21           (Off microphone comments.)

22           MS. JURKOWSKI:  See if I get it right this

1    time.   Okay.

2              Plaintiff is showing counsel a copy of

3    Exhibit 1 -- should we do Exhibit 1 first?  So, I'll

4    just show it to you, and then I'll --

5              Can you mark this for Exhibit 1, court

6    reporter?  Actually, this goes with that, Mr. Court

7    Reporter.  That's what it is.  Have that with this.

8     Thank you.  Thank you, Mr. Court Reporter.

9              Okay, Plaintiff is showing Exhibit --

10   would this be Exhibit -- oh, I see, we start the

11   exhibits again with each person.

12             I do apologize, I didn't know that that's

13   what --

14             (Off microphone comments.)

15             MS. JURKOWSKI:  Plaintiff is giving the

16   witness, Ms. Fuller, a copy of Exhibit 1.

17             BY MS. JURKOWSKI:

18        Q    What is that, Ms. Fuller?  What is Exhibit

19   1?

20        A    This appears to be an email thread between

21   the LMER Office, including myself, and Principal

22   Berkowitz.

1     Q    What date, Ms. Fuller?

2     A    May 25, 2021.

3     Q    Who sent the email, Ms. Fuller?

4     A    Well, there's multiple emails in the

5  thread.  So, which one are you referring to?

6     Q    Yeah, but at the top on this page of Exhibit

7  1, may you read the from, the send, the to?

8     A    From MScott Berkowitz to Jade Fuller.

9     Q    On what date?  I'm sorry.

10    A    May 25, 2021.

11    Q    And approximately what time?

12    A    3:25 p.m.

13    Q    Okay.  Mm-hmm.  To?

14    A    To Jade Fuller.

15    Q    Okay.  And the cc?

16    A    Sharon Gaskins.

17    Q    Okay.

18    A    Shawn Stover.

19    Q    Subject?

20    A    Staff history concern.

21    Q    Okay.

22         (Wereupon, the above-referred-to

1    document was marked as Exhibit 1 for

2    identification.)

3            BY MS. JURKOWSKI:

4        Q    And may you continue to read that a little

5    bit to me?  Like, what was said.

6        A    It's in the record.  You're asking me to

7    read it?  What's in the record?

8        Q    Yes, ma'am.  Yes, ma'am, I'm asking you

9    to do that.

10       A    He wrote, thanks, Jade.  I don't plan on

11   bringing it up, but if I need to respond, I want

12   the correct language.  What you just shared works

13   for me.  Thank you.

14       Q    Okay.  Now, we go down and there's another

15   email.  I guess this is the string, as you call it,

16   or the thread.

17            And may you tell us the from, the date and

18   the to for that one, Ms. Fuller?

19       A    From Jade Fuller, Tuesday, May 25, 2021,

20   at 11:23 a.m., to MScott Berkowitz, to the DCPS LMER

21   inbox, cc Sharon Gaskins and Shawn Stover.

22       Q    Subject?

1    A    Re: Staff History Concern.

2    Q    Okay.  And may you -- let's see.  Okay.

3  So, may you read what was responded to?

4    A    Hi, Principal Berkowitz.  If you need to

5  address it, you should limit your statements to

6  affirming that all DCPS employees are required to

7  clear a background check prior to being offered

8  employment; do not engage in any specific discussion

9  about this staff member.

10    Q    Mm-hmm.

11    A    Thank you.  Jade R. Fuller.

12    Q    Okay.  Thank you for that, Ms. Fuller.

13  And then there's that second page, which -- I don't

14  know, this is such a -- email is like that.  Ms.

15  Fuller, may you start at the top?  And who is this

16  email from?  Or to?  I'm sorry.

17    A    Well, it's from MScott Berkowitz --

18    Q    No, but at the top of this page.  Do we

19  have different pages here?

20    A    There's a back to the first page.

21    Q    Yeah, it's this one, it had no back.  You

22  don't have that?

1      A   So, you want to jump to another part of

2  the --

3      Q   I do.

4      A   Okay.

5      Q   I think we -- did I do that right, you all?

6   Yeah, I think we did that one okay. Go right ahead,

7  Ms. Fuller.

8      A   Okay.  So, it's from the LMER Team on

9  Friday, May 25, 2021, at 12:04 p.m., to MScott

10  Berkowitz, cc Sharon Gaskins and Shawn Stover.

11  Subject, re Staff History Concern.

12          Greetings, Principal Berkowitz.  The

13  below has been forwarded to LMER's management team.

14   We will be in contact with next steps.  Best,

15  Lynette D., LMER Coordinator.

16      Q   Okay.  Mm-hmm.  May you give us another

17  section here?

18      A   Do you have some substantive questions for

19  me about this?

20      Q   From?  There will be.  I'm sorry, Ms.

21  Fuller.

22      A   Okay.  From MScott Berkowitz, sent

1  Thursday, May 20, 2021, 6:36 p.m., to DCPS LMER,

2  cc Sharon Gaskins, Shawn Stover.  Subject, re Staff

3  History Concern.  And then he put his phone number,

4  (202) 264-0969, of you need it, and then he signed

5  it MScott Berkowitz, Principal, Peabody & Watkins

6  Elementary Schools.

7      Q    Mm-hmm.  I'm sorry, I'd like you to

8  continue, Ms. --

9      A    From MScott Berkowitz, sent Thursday, May

10  20, 2021, at 6:33 p.m., to DCPS LMER, cc Sharon

11  Gaskins, Shawn Stover.  Subject: Staff history

12  concern.

13         Hello team, One Watkins staff member

14  shared this with me this afternoon and I have some

15  concerns.  The subject of both articles is also a

16  Watkins staff member.  Please let me know if there

17  is anything I should do.

18         There's two hyperlinks for articles.  I'm

19  not going to read the hyperlinks.

20      Q    No, you shouldn't.

21      A    Then it says, thank you.  I am off tomorrow

22  but will be available by phone if this is an urgent

1  matter.  AP Boisvert was sent this information

2  first.  MScott Berkowitz, Principal, Peabody and

3  Watkins Elementary Schools.

4      Q   Okay.  Thank for that, Ms. Fuller.  Were

5  you able to see and open those links to see what

6  that was about?  Or I guess your staff member had

7  it at that point?  Or did you know what the two

8  articles were about there?  The links?

9      A   I can only speak to what I did.  I can't

10  speak to what my staff may have done.

11      Q   Mm-hmm.

12      A   I did click on the link at that time.

13      Q   Okay.  And you said you saw that it was

14  about -- you didn't know where it occurred.  Is that

15  what you said, Ms. Fuller?

16      A   No.  I didn't recall.

17      Q   You didn't call where it occurred.  Based

18  on the link, the first link, Ms. Fuller --

19      A   It appears to be Atlantic City.

20      Q   Okay, that looks correct, Ms. Fuller.  And

21  then the second link appears to be where?

22      A   I'm going to have to assume, because it

1    says NJ-woman, and that's also referring to New

2    Jersey.

3        Q    Thank you, Ms. Fuller.  Okay.  So, what

4    is this again?  What is it?

5        A    An email thread?

6        Q    Yes.

7        A    That's what this is.

8        Q    An email thread from -- to who?

9        A    It's between Principal Berkowitz and the

10    LMER Team.  And at a point, I became involved in

11    the thread.

12        Q    Okay.  So, the question that I have now

13    is, what was done about this?  I mean, there is some

14    more threads, I think.  I just have to pull them

15    up.  But did you have a conversation with Principal

16    Berkowitz about the background of the Plaintiff at

17    any time?

18        A    I don't recall if we actually talked about

19    it, or if I just looked at the thread and the

20    articles, and provided the guidance.

21        Q    Okay.  So, that guidance was legal

22    guidance, or just a general question, like if any

1  principal or administrator called you -- in other

2  words, was that legal, or that wasn't legal?  I

3  don't know if you were using a legal --

4        A    So, I don't operate in a legal capacity.

5        Q    Pardon?

6        A    I don't operate in a legal capacity for

7  DCPS.

8        Q    Oh.

9        A    That's left to our Office of the General

10  Counsel.

11        Q    Oh, I see.

12        A    But this is guidance that I would have

13  given to any principal about how to handle this type

14  of situation.

15        Q    Okay.  Thank you for that, Ms. Fuller.

16  Do you recall Principal Berkowitz having

17  conversations with other people about the

18  background, or using the background, in any medium?

19        A    I wouldn't be privy to any conversations

20  he may have had.

21        Q    Okay.  Did any other person speak with you

22  about the background of the Plaintiff, Ms. Fuller,

1    at any time all the way up and after the Plaintiff's

2    dismissal from DCPS in 2022?

3        A    No.

4        Q    Okay.  Ms. Fuller, did you attend any

5    meetings with the Watkins community, or groups, or

6    Principal Berkowitz and Shawn Stover, or people like

7    that, regarding Plaintiff?

8        A    No, I've never met with anybody in the

9    Watkins group.

10       Q    I mean -- I'm sorry.  Have you attended

11   meetings online, or attached to emails that were

12   going out, with a discussion about the Plaintiff's

13   background?

14       A    So, that's a little unclear, because first

15   you started talking about meetings, and now you're

16   talking about emails.  So, if you could kind of --

17       Q    Well, I am.  I am

18       A    -- clarify exactly what you're asking, so

19   I can --

20       Q    I'm asking about both, Ms. Fuller.

21       A    Okay.

22       Q    Have you attended, or participated in, any

1  email strings, or any meetings, with Principal

2  Berkowitz, the media team with Principal Berkowitz,

3  regarding the Plaintiff, at any time?

4          MR. VANDINI:  I'll object to form.  You

5  can answer.

6          THE WITNESS:  Thank you.  I do recall that

7  there was a Teams meeting with various DCPS

8  stakeholders regarding the allegations.

9          BY MS. JURKOWSKI:

10     Q   Do you remember the dates, or approximate

11  dates?

12     A   It may have been the date of the incident

13  on December 17th.  If not, it would have been the

14  week after.

15     Q   Okay.  Did you have any other background

16  questions come to you regarding the Plaintiff before

17  May 25, 2021?

18     A   To me?  No.

19     Q   Not to you.  Where in the District would

20  people go if they wanted to know the background of

21  a staff member?  Do you an idea of that, Ms. Fuller?

22     A   So, there's not, like, an open database

1    with people's backgrounds or their confidential

2    information.· So, there's not anywhere that someone

3    can go to just find out about another person, if

4    that's what you're seeking to know.

5              So, there's no place that somebody can

6    click and say, I want to find out about Staff X

7    background.  That information is not available.

8         Q    Okay.  Did you or any of your staff go and

9    check for the clearance of the Plaintiff when --

10        A    Yes, my staff and I can do that.  We have

11   access to that.

12        Q    Okay.  And you, I believe, responded --

13   did I get it in here -- that the employee was cleared.

14             Based on DCPS or DC policy for employees

15   and the privacy, and the check-the-box and all those

16   kinds of conversations, should the Plaintiff have

17   been notified, based on those policies, that people

18   are inquiring about the background that --

19        A    No.

20        Q    So, you don't have to inform the employee

21   of any of what occurred here?

22        A    No.

1      Q    With the background conversation.

2      A    No.

3      Q    Okay.  All right, thank you for that, Ms.

4    Fuller.  Okay.  Oh, and you feel that this is a fair

5    and accurate copy of the email, Ms. Fuller, that

6    was sent to the people that you said it was?

7      A    Yeah.  That's why it went into the record.

8      Q    Okay.

9           MS. JURKOWSKI:  Plaintiff is showing the

10   Exhibit 1 for Witness Fuller to the opposing party.

11    I know I already did that so I don't have to do

12   it again.  You all know I'm trying.

13           And so, the Plaintiff would like to enter

14   Exhibit 1 for Fuller into evidence.

15           MR. VANDINI:  For the record --

16           MS. JURKOWSKI:  For the record.

17           MR. VANDINI:  For the record, the District

18   preserves the opportunity to object to any noted

19   deposition exhibits into evidence at trial or

20   before.

21           MS. JURKOWSKI:  Exhibit 2, please, for Ms.

22   Fuller?  Thank you.

1          Okay.  The Plaintiff is showing Exhibit

2     2 to the opposing party.

3          The Plaintiff is giving Exhibit 2 to Ms.

4     Fuller.

5          BY MS. JURKOWSKI:

6       Q    What is that, Ms. Fuller?

7       A    Right now, it just looks like a document

8     with some words on it.

9       Q    Mm-hmm.  Is there any dates within those

10    words?  Or can you give me a sense of the first two

11    lines of it?

12      A    So, it's December 17, 2021, at 8:07 p.m.

13      Q    I'm sorry, Ms. Fuller.  I mean, like, the

14    line that start --

15      A    Hi Jade.  I just sent the report over.

16    That should be in for the NOI, right?  I said, Yep,

17    it's being drafted as we speak.  Is this a text

18    thread?

19      Q    I pulled it off your discovery details.

20     So --

21      A    Okay.

22      Q    Okay.  But what is that?  So, you don't

1    know.  I'm sorry, when you were saying it's a text,

2    were you asking me the question?

3        A    Yeah.  I've not seen this.  It appears to

4    be a text thread.

5        Q    Okay.  I'll go with that as an answer.

6            (Whereupon, the above-referred-to

7    document was marked as Exhibit 2 for

8    identification.)

9            BY MS. JURKOWSKI:

10       Q    You want to continue giving me some details

11   about what that conversation is, or what it's about,

12   Ms. Fuller?

13       A    It appears to be Principal Berkowitz

14   advising me that he submitted the report with regard

15   to the incident.

16           And he inquired about the Notice of

17   Investigation, and I advised that it was being

18   drafted, and then I advised him that the letters

19   were sent and that I would ping Liz Bartolomeo.

20           He was asking for guidance with regard to

21   how to deliver the letters.

22       Q    What letters, Ms. Fuller?

1          A    I imagine it would be the Notice of

2    Investigation and the admin leave.

3          Q    Admin leave for who?

4          A    You.

5          Q    Who am I?

6          A    Kimberlynn Jurkowski?

7          Q    Thank you, Ms. Fuller.  Who is Liz

8    Bartolomeo?

9          A    She's a former DCPS employee.  I believe

10   at that time she worked in the Communications

11   Office.

12         Q    And how does she tie in to this particular

13   case?

14         A    If there was communications being sent out

15   to the school committee, she would be in charge of

16   that.

17         Q    Okay.  Principal Berkowitz -- I don't know

18   that.  Somewhere in the middle, he's asking you a

19   question.  And can you read that, if you see it down

20   there, hi Jade.  I got ....  Go right ahead.

21         A    Hi Jade.  I got your email.  Any chance

22   we can do a quick call to clarify things?

35

1        Q   Okay.  Was a quick call made to clarify

2    things on that date of this -- ooh, what date is

3    this now.  This is another date.  I'm sorry.

4        A   Right.  So, I'm not sure --

5            (Simultaneous speaking.)

6        Q   There's another date.  Can you give us

7    that date?  The context?  Because I just realized

8    that myself.  I thought they were all --

9        A   No, this is from January 7, 2022.  I'm not

10   sure what email he's referring to, or what he wanted

11   to clarify.

12       Q   So, do you remember calling him regarding

13   that?

14       A   I don't recall.

15       Q   Okay.  Ms. Fuller, did Liz Bartolomeo send

16   out information about the Plaintiff and the

17   Plaintiff's --

18           (Simultaneous speaking.)

19       A   I don't know.  My office wouldn't be

20   involved in that.

21       Q   So, you wouldn't even know that.

22       A   My office is not involved in that.

36

1       Q   Oh, you just know that she would do

2   something like that.

3       A   Yes.

4       Q   Okay, I get it.  Thank you for that.  Up

5   in the middle -- let's see, it says, Berkowitz on

6   12/17.  It's the last one of the 12/17 section.

7   Ms. Fuller, may you read that from the beginning,

8   with whoever's sending it, and what's going on

9   there?

10      A   It appears to be myself sending it.  It

11  says, 8:36 p.m.  Yes, if she is still in the

12  building.

13      Q   Yes -- okay, I'm lost here.  Wait a minute.

14      A   I don't know that these times are correct.

15      Q   Yeah, I think I'm reading it backwards.

16   If I read that going up, I think it might make sense.

17   Can you read the one just under that?

18      A   Well, the one under that is from January

19  7th.  So, it's not related to December 17th.

20      Q   No, no.  I mean, above that, Ms. Fuller.

21      A   Principal Berkowitz inquired if he was

22  supposed to -- am I supposed to hand-deliver that.

37

1    Q    Deliver what?

2    A    The letters that are referenced in my text

3    above him.

4    Q    Okay.

5    A    So, it would have been the Notice of

6    Investigation and the administrative leave letters.

7    Q    Okay.  Do you know if he ever

8    hand-delivered those letters, Ms. Fuller?

9    A    I don't know if they were hand-delivered.

10    Q    Okay.  Was he required to hand-deliver the

11    letters?

12    A    They can be delivered via hand-delivery,

13    or electronic delivery.

14    Q    So, it's an either/or thing.  So, it is

15    an either/or?  Is that based on policy, or --

16    A    Yes, we're not always able to hand-deliver

17    the letters that we send out.

18    Q    Okay.  All right.  On 12/17/21 at Watkins

19    School, are you aware if the Plaintiff was even there

20    on 12/17/2021?

21    A    No, I don't know.

22    Q    Okay.  Did anyone say the Plaintiff was

1  there on 12/17/2021, or inform you that the

2  Plaintiff was there, Ms. Fuller?

3      A   I don't recall of any specific

4  conversation where I would have asked if you were

5  present that day or not.

6          But based on this text message, I did say

7  if she is still in the building.

8      Q   Mm-hmm.

9      A   So, the presumption is that you were at

10  some point in the building, or at least I believed

11  you were.

12      Q   Okay.  Thank you for that, Ms. Fuller.

13          MS. JURKOWSKI:  Okay, Plaintiff moves

14  Exhibit 2 for Fuller into evidence.

15          MR. VANDINI:  The District will preserve

16  its earlier objection.

17          BY MS. JURKOWSKI:

18      Q   Ms. Fuller, are you aware if the Plaintiff

19  retired, or would you be aware that the Plaintiff

20  volunteered to retire?

21      A   So, I would only be aware of that if you

22  made that request directly to me, and I don't recall

1    that.

2         Q    Thank you, Ms. Fuller, for that.  Are

3    requests for retirement, or voluntarily retirement,

4    made to you?  Or where would those things go?

5         A    When it's done in lieu of the termination,

6    yes.

7         Q    What date was the Plaintiff terminated,

8    Ms. Fuller?

9         A    I don't recall.

10        Q    Okay.  Approximate -- no guessing.  Okay,

11   Ms. Fuller.

12             MS. JURKOWSKI:  Mr. Court Reporter, may

13   you mark this as Exhibit 3?  Are we on three?  Thank

14   you.  Please?  Thanks.

15             The Plaintiff is showing the opposing

16   party Exhibit 3 to Fuller.

17             MS. NEGOVAN:  Have you produced this to

18   us?

19             MS. JURKOWSKI:  Yes, ma'am.

20             MS. NEGOVAN:  Okay.

21             MS. JURKOWSKI:  Okay?  All right.  The

22   Plaintiff is handing the Exhibit 3 to the Witness

1  Fuller, Ms. Fuller.  Okay.

2          BY MS. JURKOWSKI:

3      Q    Ms. Fuller, what is that?

4      A    It appears to be a page from our PeopleSoft

5  system related to you, Kimberlynn Jurkowski.

6          (Whereupon, the above-referred-to

7  document was marked as Exhibit 3 for

8  identification.)

9      Q    And how is that related to the Plaintiff?

10     A    Your name is there.

11     Q    Mm-hmm.  And what about it?

12     A    So, I've never seen this before.

13     Q    Mm-hmm.  That's okay.  I just want to know

14  what exactly does it say there, Ms. Fuller?  I mean,

15  action?  Ret?

16          (Simultaneous speaking.)

17     A    Well, yeah, do you want to point me to

18  something specific?

19     Q    What's the date of this document, Ms.

20  Fuller?  The actual effective date and the proposed

21  effective date, Ms. Fuller?

22     A    Well those dates are not the date of the

1  document.  I don't know when.

2      Q   Okay, but I'm asking you, based on reading

3  this particular item, Ms. Fuller, to just tell me

4  what's in the document, is what's happening.

5      A   It would be easier for me to respond if

6  you gave me a specific question of something you

7  wanted me to look at.

8      Q   Ms. Fuller, thank you for that.  I'm

9  asking you to look at the document -- I guess it's

10  under data control -- and read what that says about

11  the actual date and whatever the details, and give

12  us the date on the record.

13          MR. VANDINI:  Object to form.  If you

14  understand.

15          THE WITNESS:  I don't.

16          MS. JURKOWSKI:  Okay.  Then read some of

17  the details from this document, starting from actual

18  effective date.

19          MR. VANDINI:  I'm going to object to form

20  again.

21          MS. JURKOWSKI:  Mm-hmm.  I know you

22  objected to form.  And I'm just asking for --

42

1          THE WITNESS:  But I don't understand what

2   I'm supposed to be reading.  There's just -- there's

3   words and numbers on the page.

4          BY MS. JURKOWSKI:

5      Q   What are the actual effective dates on this

6   document?

7      A   So, it says actual effective date March

8   8, 2022.

9      Q   Okay, what is the proposed effective date

10  on the document?

11     A   March 9, 2022.

12     Q   Okay.  Let's see, let's go down just below

13  transaction.  I don't know what NBR is.  Do you,

14  Ms. Fuller?

15     A   No, I don't really know much of what's on

16  this document.

17     Q   Okay.  The Action RET, Ms. Fuller, may you

18  read the word after that?

19     A   Retirement.

20     Q   Okay.  And then continue across, Ms.

21  Fuller.

22     A   It says, Par status, PRO.

43

1      Q    Mm-hmm.

2      A    Processed by Human Resources, which I'm

3   not --

4      Q    And then down to the next line, Ms. Fuller.

5   Reason code.

6      A    BRE.

7      Q    Mm-hmm.  And the next set of words?

8      A    Voluntary retirement.

9      Q    Okay.  And down on the next line, Ms.

10   Fuller, NOA Code, and then the details behind that.

11      A    It says, 302 Retirement Voluntary.

12      Q    Okay.  And then the line underneath

13   authority, and then the codes and details, Ms.

14   Fuller.

15      A    So, this is outside my purview of my roles

16   and duties at DCPS.

17      Q    Yes, Ms. Fuller, I hear what you're saying.

18   But I'm just asking you to read this, because then

19   I have some questions right behind that regarding.

20      A    Regarding this that's outside my role and

21   duties?

22      Q    Regarding the Plaintiff.  Well, not

1   because it's outside your duties, but regarding the

2   Plaintiff and the termination.  So, if you would

3   please do that, Ms. Fuller.

4           MR. VANDINI:  You can read the document

5   if there's any questions.

6           THE WITNESS:  And if I don't --

7           MR. VANDINI:  If you don't understand the

8   questions, you can tell her you don't understand

9   the questions.

10          THE WITNESS:  Yeah, I don't understand --

11  I just don't understand why I'm just reading this

12  in.

13          MS. JURKOWSKI:  I'm sorry, Counsel.  Are

14  you instructing her not to answer?  And you --

15          MR. VANDINI:  I'm not.

16          MS. JURKOWSKI:  -- just told her to just

17  read -- you did that.  I thought I heard you say

18  that, but I'm not sure.

19          MR. VANDINI:  I told her --

20          MS. JURKOWSKI:  You instructed her to just

21  do a certain part.  Is that not the case?

22          MR. VANDINI:  I'm telling her that if she

1   understands your question, she can answer, is the

2   best way to put it.

3            MS. JURKOWSKI:  Okay.  Then I'll try my

4   question again, Counsel.

5            MR. VANDINI:  Sure.

6            MS. JURKOWSKI:  Thank you.

7            BY MS. JURKOWSKI:

8      Q    Where it says, authority, can you see that,

9   Ms. Fuller?

10     A    Yes.

11     Q    Okay.  Just tell me what's behind that.

12     A    033.

13     Q    No, it has parentheses.  Has some --

14     A    Well, you read the first part.

15     Q    But I'm not supposed to.  I'm asking you,

16  Ms. Fuller.

17     A    That's functional.  It says Authority, in

18  parentheses 1, then it says 033.

19     Q    Mm-hmm.  And if you'll continue, please?

20     A    Then it says, Descr. (1), then it says DC

21  Code 1-608.01A.

22     Q    Mm-hmm.  And then the last section of the

1   line.

2       A    Descr. (1), Part 2, then it says, Educ.

3   Service Employees.

4       Q    Okay.  I will stop there, because -- thank

5   you for that, Ms. Fuller.  I'll have that back, Ms.

6   Fuller, thank you.  And do you feel that this is

7   probably, wherever it's come from, like you said,

8   in the database, a fair and accurate copy of whatever

9   this is about?

10      A    It appears that way, but I don't know that

11  I can say that with a hundred percent certainty.

12      Q    No problem.  As it appears, I'm okay with

13  that.

14          MS. JURKOWSKI:  I'd like to enter Exhibit

15  3 into evidence, Court Reporter.  The Plaintiff is

16  entering Exhibit 3.

17          MR. VANDINI:  The District will preserve

18  its earlier objection.

19          MS. JURKOWSKI:  Mm-hmm.

20          MS. NEGOVAN:  I have a question about

21  Exhibit 3, Ms. Jurkowski.  Do you remember what you

22  labeled that as when you gave it to us?  It's okay

1    we need --

2            (Simultaneous speaking.)

3            MS. JURKOWSKI:  Okay, I do apologize.

4    I'm going to answer.

5            MS. NEGOVAN:  Okay.

6            MS. JURKOWSKI:  It was given to the

7    District in the initial discovery disclosures.

8    It's in there.  So, whatever you guys did with it,

9    I'm not really sure.  But I did put it there.

10           MS. NEGOVAN:  So, not in response to our

11   discovery request, but in the very initial

12   disclosures.

13           MS. JURKOWSKI:  It is in the initial

14   disclosures, yeah.  Mm-hmm.  Got it.  Okay.  Ms.

15   Fuller, do you need a break at all?

16           THE WITNESS:  No.

17           MS. JURKOWSKI:  Okay.  I'm just trying to

18   be polite.

19           BY MS. JURKOWSKI:

20      Q    Does LMER receive information about

21   unemployment in the District, or is that another

22   department, Ms. Fuller?

1      A   That would be a different department.

2      Q   Okay, so that wouldn't be your area either.

3      A   No.

4      Q   Okay.  But are you familiar with any of

5 the District's rules about unemployment requests

6 or concerns for employees in the District?  Are you

7 aware of any of that?

8      A   No.  No.

9      Q   Okay.  Thank you for that, Ms. Fuller.

10 What department, do you know, in the District that

11 would respond to unemployment requests in the

12 District?

13      A   I don't know.

14      Q   Okay.  Did Mr. Berkowitz ever mention to

15 you anything about the unemployment request for the

16 Plaintiff?

17      A   No, we've not had any discussions about

18 that.

19      Q   Okay.  That's fine, Ms. Fuller.  Ms.

20 Fuller, who was investigator for LMER for this

21 12/17/21 incident at Watkins Elementary?

22      A   Stacy Carey.

1      Q    Okay.  Who assigned Stacy Carey to this

2   case for 12/17/21 at Watkins?

3      A    It would have been our former

4   investigations director, Michael Tynes.

5      Q    Michael Times?

6      A    Tynes, T-Y-N-E-S.

7      Q    And he is no longer doing that?

8      A    Correct.  He no longer works for DCPS.

9      Q    Okay.  Has Stacy Carey been assigned to

10  any other investigations regarding the Plaintiff

11  for Watkins Elementary, ever?

12     A    I don't recall.

13     Q    Okay.

14          MS. JURKOWSKI:  Plaintiff's handing court

15  reporter for an exhibit number marking of -- four?

16   Thank you.  Thank you.  Okay.

17          Plaintiff is showing opposing party a copy

18  of the Exhibit 4, for Fuller.

19          THE WITNESS:  So, is this the first page?

20          MS. JURKOWSKI:  I don't think so.  That's

21  the last.  Okay, I think it's not.  I think this

22  is.  Then it goes to that for whatever reason — what

1    page is that --

2            MS. NEGOVAN:  Twenty-eight -- yeah, this

3    is before that.

4            MS. JURKOWSKI:  You're right.

5            MS. NEGOVAN:  So, I think that is the first

6    page.  And that I imagine behind that is the second

7    page and then the third page.

8            MS. JURKOWSKI:  Okay.  Do you see that

9    date?

10            MS. NEGOVAN:  Yeah.

11            MS. JURKOWSKI:  And you see the date on

12    here.

13            MS. NEGOVAN:  Oh, okay.  Yeah, I see that.

14            MS. JURKOWSKI:  I'm trying.  I don't know

15    why it all came through.

16            MS. NEGOVAN:  Is this the same email

17    thread as my question?

18            (Simultaneous speaking.)

19            MS. JURKOWSKI:  Yeah, I think it's the

20    email that's threading, and it tries to follow and

21    show a stop, but I -- okay, that's 23 --

22            So, this might be this side, and then it's

51

1  that side.  No, no, that's the 20th.  I am correct.

2   I don't know, these threads are all --

3          MS. NEGOVAN:  I just want to make sure

4  that, like, if you're going to show a document --

5          MS. JURKOWSKI:  Yeah, I'm doing my best.

6          (Simultaneous speaking.)

7          MS. NEGOVAN:  Do you mind if I pick this

8  up and look at it?

9          MS. JURKOWSKI:  No, you go ahead.

10          MS. NEGOVAN:  Okay.

11          MS. JURKOWSKI:  I have tried to look at

12  these, and it is a little confusing, I agree.

13          MS. NEGOVAN:  Okay.  Yeah, I see that is

14  the last page.  You're right.  Thank you for that?

15          MS. JURKOWSKI:  Oh.  Are we good?

16          MS. NEGOVAN:  Yeah, kind of looks like

17  it's complete.  Thank you.

18          MS. JURKOWSKI:  Okay.  So -- sure.

19  You're welcome.  All right.  Plaintiff is handing

20  a copy of Exhibit 4, Fuller, to the witness, Ms.

21  Fuller.

22          BY MS. JURKOWSKI:

1      Q   What is that?  Well, I'll give you a second

2  to look at it, Ms. Fuller, before I ask you what

3  is it.

4      A   So, it appears to be an email thread

5  between Stacy Carey and Principal Berkowitz.  I've

6  not previously seen this email thread before right

7  now.

8      Q   Okay.

9          (Whereupon, the above-referred-to

10  document was marked as Exhibit 4 for

11  identification.)

12          BY MS. JURKOWSKI:

13      Q   But you have told me who Stacy Carey is.

14      A   Yes.

15      Q   Is Stacy Carey part of the LMER team?

16      A   Yes.

17      Q   I don't know if I'm saying that word

18  correctly, team.

19      A   Yes.

20      Q   Okay.  So, what is the first part in

21  general?  She is talking to --

22      A   So, it seems to be the outreach email that

53

1  she did to Principal Berkowitz with regard to the

2  incident on December 17th.  So, she's reintroducing

3  herself and advising that she had previously spoke

4  to him during a previous investigation involving

5  you.

6      Q    Mm-hmm.

7      A    And she wanted to schedule a meeting with

8  him.

9      Q    Okay.  Yeah, she doesn't exactly say what

10  the previous investigation was, but okay.  Yeah.

11   Okay, and you said the date of that -- Ms. Fuller,

12  what is the date of that introductory letter?

13      A    December 22, 2021.

14      Q    Okay.  At approximately what time?

15      A    3:25 p.m.

16      Q    To?

17      A    It's from Stacy Carey to MScott Berkowitz,

18  subject, Improper conduct, in parentheses,

19  reenactment of the Holocaust.

20      Q    Okay.  All right.  And then, I gave you

21  two pages, right?  Yeah, three pages, really.

22  Okay.

1          And in the other page, which it goes with

2   this piece -- email threads and -- I forgot the name

3   of the thing, but never mind.

4          Okay.  What date -- well, this is from and

5   to.  Can you help me with that and just repeat it,

6   Ms. Fuller?

7      A   So, it's from MScott Berkowitz to Stacy

8   Carey on December 28, 2021, at 5:50 p.m.  Subject

9   is re the improper conduct, parentheses,

10  reenactment of the Holocaust.

11     Q   And she says what, after subject?  Or

12  somebody?

13     A   It's Principal Berkowitz who's speaking.

14   He said, they are submitted.

15     Q   Okay.  And then that looks like -- oh,

16  okay.  The next section there, it says from?

17     A   From Stacy Carey.

18     Q   Mm-hmm.

19     A   December 27, 2021, 9:38 a.m., to MScott

20  Berkowitz, re Improper conduct, parentheses,

21  reenactment of the Holocaust.

22     Q   Mm-hmm.  Mm-hmm, please continue.

1    A    Read it?

2    Q    Yes, please.

3    A    Good morning, Principal Berkowitz.  I

4    interviewed Ms. Moxley this morning and she advised

5    me that she had the students write a statement on

6    Friday, December 27, 2021.  Can I get a copy of the

7    statement written by the students?  Thanks for your

8    cooperation.

9    Q    Okay.  Okay, would you please move down

10    to that next section?

11    A    From Stacy Carey on December 23, 2021, 2:35

12    p.m., to MScott Berkowitz, subject, re Improper

13    conduct, parentheses, reenactment of the Holocaust.

14         Thank you for your written statement.

15    I've spoken with teacher Ms. Moxley.  We have a

16    Microsoft Teams interview on Monday, December 27,

17    2021.  I've also sent AP Boisvert a text message

18    to check his email from Microsoft Team date for an

19    interview.  Thank you for your cooperation.

20    Q    Okay.  So, I'm sorry, but who did Stacy

21    Carey text?

22    A    According to the email, AP Boisvert.

1     Q    Okay.  Text only goes on the phone.  Am

2    I correct, or that's -- would that be on Teams?

3    You can't text -- can you text on Teams?

4        A    You can send a message.

5        Q    Oh, but that's considered a text message

6    on Teams?  Because it says, text message to —

7    messaging --

8        A    So, I'm going to say this is not phone text

9    message she sent to him.

10       Q    Okay.  Thank you for that.  And then I

11   guess there's a back part.  Did we get that already

12   and I'm -- okay, we know what it is, right?  What

13   is it?  What is this?

14       A    It's an email thread.

15       Q    Okay.  All right, thank you for that.

16   I'll take that back, Ms. Fuller.  Thank you.  And

17   you think it's a fair and accurate copy of whatever

18   the email -- it just is everywhere.

19       A    So, because I do know the Rules of

20   Evidence, it's hard for me to say that that

21   specifically reflects that email thread, because

22   I was not a party to it.  It does look like an email

1  thread between Stacy Carey and MScott Berkowitz.

2      Q    Okay.

3      A    But this was my first time seeing it, so

4  I don't have any basis of knowledge to know what

5  the thread was, of if anything is missing.

6      Q    Okay.  But it's basically fair and

7  accurate for whatever it is?

8              MR. VANDINI:  Object to form.

9              THE WITNESS:  Yeah, that's the problem I'm

10 having, because I'm not familiar with it --

11             (Simultaneous speaking.)

12             MS. JURKOWSKI:  Trying to even say that.

13             THE WITNESS:  I don't know if anything

14 could possibly be missing from it or not.

15             MS. JURKOWSKI:  All right.  Well thank

16 you for that, Ms. Fuller.  Plaintiff moves into

17 evidence Exhibit 4 Fuller, AUR.

18             MR. VANDINI:  District preserves its

19 original objection.

20             MS. JURKOWSKI:  Okay.  And this goes in

21 here.

22             (Off microphone comments.)

1           MS. NEGOVAN:  So, Ms. Jurkowski, just real

2   quick.  It's unusual hot in this conference room.

3    So, I've asked someone to put in a ticket.  So,

4   someone might come in.

5           MS. JURKOWSKI:  Okay.  No worries.

6           MS. NEGOVAN:  Yeah, just want to tell you

7   that if someone comes in, they're probably going

8   to say it's really hot in here, and then walk out

9   and do nothing about it.  But we're trying.

10          MS. JURKOWSKI:  Okay.  Thank you.  I may

11  have to take some of these things off.

12          MS. NEGOVAN:  Yeah.  And if you want

13  water, there's water.

14          MS. JURKOWSKI:  Thank you so much.  Okay.

15          BY MS. JURKOWSKI:

16      Q   Ms. Fuller, have you ever been to Watkins

17  Elementary School?

18      A   No.

19      Q   Okay.  So, you've not seen the beautiful

20  library.  Did you see the video of the library

21  lesson for 12/17/21, Ms. Fuller?

22      A   Yes.

1    Q    May you describe what you saw, based on

2    the video?

3    A    I saw students in the library under your

4    supervision, engaging in activities that included

5    students lying on the ground, presumably as if they

6    were dead.  I saw students engaging in motion as

7    if they were digging ditches.

8         I saw one student that appeared to kind

9    of just be standing around overseeing all of that.

10    Q    All of things that you described?  Is that

11    what that is?

12    A    That what was taking place in the video.

13    Q    And do you know approximately how long that

14    video was, Ms. Fuller?

15    A    I don't recall.

16    Q    Okay.  Do you remember when you looked at

17    the video first, Ms. Fuller?

18    A    If I recall correctly, I don't think I saw

19    the video until after the investigation.  I don't

20    recall seeing it during the investigation.

21         (Simultaneous speaking.)

22    Q    Like approximately what -- I mean, not

60

1    approximately.  So, when did the investigation --

2        A    After the investigation was concluded.

3        Q    -- end, Ms. Fuller?

4        A    I don't remember how long it took.

5        Q    No, but I mean, do you remember when the

6    investigation ended?  That's what I'm trying to

7    think of the date.

8        A    Right.  I don't remember the exact date.

9        Q    Okay.  Who spoke to the Plaintiff on

10   12/17/21 about the incident?

11       A    I don't know.

12       Q    Are there any notes that would let us know

13   who spoke to the Plaintiff on 12/17/21 at Watkins?

14       A    I don't have any notes that would.  No.

15       Q    Okay.  Who would?

16       A    Whoever spoke to you.

17       Q    No, no, I'm just asking you, if there are

18   notes, who would --

19       A    If there was a person who spoke to you,

20   they may have those notes.  But like I said, I don't

21   know who would have spoken to you.

22       Q    Based on DCPS policy, would someone have

1    been required to speak with the Plaintiff on the

2    day of the incident if the Plaintiff was there?

3        A    Okay, yeah.  But no, not necessarily.  It

4    depends on the circumstances.

5        Q    What circumstances would not require the

6    Plaintiff to be spoken to about an incident?

7        A    Well, I think the better statement is that

8    there's no requirement to have spoken to you.

9        Q    Based on DC --

10       A    Based on DCPS processing and handling.

11       Q    And what policy or rule would that be?

12       A    The handling of investigations.

13       Q    Is there a code, or some book, or --

14       A    No.

15       Q    -- I don't know where that would be.

16       A    There's nothing.

17       Q    Is it under LMER's whatever their

18    instruction on it?

19       A    No, we don't have a policy, a written

20    policy.

21       Q    Okay.  Were there Douglas Factors

22    produced regarding the Plaintiff, Ms. Fuller?

1        A    So, the production of documents is handled

2   by counsel.  So, I'm not sure.

3        Q    Okay.  So, LMER, they don't get involved

4   with the Douglas Factors.

5        A    No.  You asked about the production of

6   Douglas Factors.

7        Q    No, I'm asking another question now.  I

8   definitely acknowledge your response.

9        A    Okay.  So, yes, LMER creates the Douglas

10  Factors.

11       Q    Okay.  Did LMER create a Douglas Factor

12  regarding the Plaintiff?

13       A    Yes, I believe so.

14       Q    Okay.  Who created the Douglas Factor

15  report?  Who was involved with the Douglas Factor

16  Report?

17       A    That's a good question.  I don't recall.

18       Q    Did Principal Berkowitz contribute to the

19  Douglas Factor Report?

20            MR. VANDINI:  Object to form.

21            THE WITNESS:  There is a question on the

22  Douglas Factors with regard to the erosion of

1    supervisory confidence.  So, he would not have

2    drafted it, but it's possible he could have been

3    asked about any erosion of his supervisory

4    confidence.

5              BY MS. JURKOWSKI:

6         Q    Who may have asked him that?

7         A    Whoever drafted the Douglas Factors.

8         Q    So, Ms. Fuller, do you know who actually

9    drafted it?

10        A    No.  Like I stated, I don't recall.

11        Q    Okay, got you.  Are Douglas Factor reports

12   placed in privilege?

13        A    Yeah, I don't really understand what

14   you're, like, placed on --

15        Q    Okay.  It's a tool for LMER, the Douglas

16   Factor Report.  It's some type of tool?  Yes, or

17   no?

18        A    What do you mean by tool?

19        Q    What is the Douglas Factor?  What is it,

20   exactly?

21        A    So, the Douglas Factors is a document that

22   is created when disciplinary action is implemented.

64

1    It supports the disciplinary action.

2         Q    Okay.  Is it required by DC policy?  DC

3    Public School, or DC policy?  Is it required to use?

4         A    No, it's not required by any DCPS policy.

5         Q    Is it required by any policy that -- I mean,

6    is it?

7         A    Policy?

8              (Simultaneous speaking.)

9         Q    I mean, I don't know --

10        A    Not by a policy.

11        Q    So, nobody can require LMER to use it.

12   It's just covered there.

13        A    Well, it's your use of the word policy.

14        Q    Well, I don't know what it is, exactly.

15    I don't exactly know, that's why I'm asking for

16   a little bit of help on that.  If it's not a policy,

17   it's a tool?  It's -- okay.  Okay, thank you for

18   that, Ms. Fuller.

19             The charges that were included in the

20   termination letter.  And were the charges included

21   in the Douglas Factor Report?

22        A    Do you have a copy of the Douglas Factor

65

1   Report for me to look at?

2       Q   Yes.  I'm actually asking you questions

3   to build up to go there.  I do apologize for the

4   way I'm managing myself.

5           MR. VANDINI:  Just for the record, Ms.

6   Jurkowski, we're three minutes away from 12:30.

7   So, the District has some questions for Ms. Fuller

8   as well.

9           MS. JURKOWSKI:  Yes, Andrew.  No problem.

10  I think I'm wrapping up with a couple more things.

11  Okay?

12          Mr. Court Reporter, may you place -- what

13  is it called, the label?

14          MR. VANDINI:  Exhibit 5.

15          MS. JURKOWSKI:  The what?

16          MR. VANDINI:  Sticker.

17          MS. JURKOWSKI:  A sticker, onto this

18  Exhibit 5?  Sorry.  Thank you, Mr. Court Reporter.

19          The Plaintiff is showing a copy of Exhibit

20  5 Fuller to the opposing party, and --

21          (Off microphone comments.)

22          MS. JURKOWSKI:  All right.  The Plaintiff

1    is handing a copy of the Douglas -- I don't even

2    know where to fall; I think it's a Douglas Factor

3    Report -- but to the witness, Ms. Fuller.

4            BY MS. JURKOWSKI:

5        Q    What is that, Mr. Fuller?

6        A    This is what would be known as the Douglas

7    Factors.  Is the disciplinary action

8    recommendation memo.

9        Q    Okay.

10            (Whereupon, the above-referred-to

11    document was marked as Exhibit 5 for

12    identification.)

13            BY MS. JURKOWSKI:

14        Q    May you give us whatever those boxes of

15    preliminary data regarding that report?  Employee

16    names, school, etc., please.

17        A    Employee name:  Kimberlynn Jurkowski;

18    Position: Library Media Specialist; School: Watkins

19    Elementary School; Union: WTU; Date of Hire: August

20    11, 2014; Leave Status: Admin leave; Investigative

21    Report No. 22-0068; Date of Occurrence: December

22    17, 2021.

1      Q    Okay, thank you for that, Ms. Fuller.

2  What I'm looking also, can you look front, back,

3  and other page as well, I'm just looking for the

4  charges, if they're even in there.  I don't know

5  if you see them.  If not, I don't know.

6      A    So, there's a recitation of what the

7  incident was in the very first box.

8      Q    Oh, I do see that, but I don't see the

9  charges and the details.  So, I'll have to wait a

10  minute for that, okay?  Okay.

11          So, do you believe that that is a fair and

12  accurate of the Douglas Factor Report, Ms. Fuller?

13      A    Yes.

14      Q    Okay.  I'll take it back.  Thank you.

15          MS. JURKOWSKI:  The Plaintiff would like

16  to move Exhibit 5 Fuller into evidence, please?

17          MR. VANDINI:  The District will preserve

18  its original objection.

19          MS. JURKOWSKI:  Okay.  This is maybe what

20  I want, actually.  Okay.  Mr. Reporter, may you put

21  a sticker for Exhibit 6 onto that, please?  Thank

22  you.

68

1          Plaintiff is showing a copy of the exhibit

2    to opposing party.

3              (Off microphone comments.)

4              MS. NEGOVAN:  Yep, okay.

5              MS. JURKOWSKI:  Okay.  All right,

6    Plaintiff is handing a copy of the Exhibit 6 Fuller

7    to the Witness Fuller.

8              BY MS. JURKOWSKI:

9        Q    What is that, Ms. Fuller?

10       A    This is the Notice of Termination that was

11   issued to you on February 14, 2022.

12       Q    Okay.

13             (Whereupon, the above-referred-to

14   document was marked as Exhibit 6 for

15   identification.)

16             BY MS. JURKOWSKI:

17       Q    And what are the grounds?

18       A    Grave misconduct, other conduct during an

19   outside duty hours that would affect adversely the

20   employee's or the agency's ability to perform

21   effectively.

22       Q    Okay.  And what is the evidence for those

1  grounds, Ms. Fuller?

2      A    The reasons?

3      Q    Evidence.  Are reasons evidence, Ms.

4  Fuller?  I'm just asking.

5      A    Well then now I don't understand the

6  question.

7      Q    Okay.

8      A    So, I thought you were originally asking

9  me for the reasons.

10     Q    The term evidence, right?  What is

11  evidence, Ms. Fuller, if you had to just give me

12  a brief --

13     A    It's the support for whatever action is

14  being taken.

15     Q    Okay.  And then reason?  What is reason?

16   Is that --

17     A    The reasons is the explanation for why.

18     Q    Okay, so the reasons is the explanation,

19  Ms. Fuller.  Right?  And then -- I am tired too --

20  okay.  So, I'm asking for -- I see the grounds, and

21  you did say them.  But what is the evidence for the

22  grounds?

1          Okay, does DC Public School policy require

2    evidence to go with the grounds, or just state a

3    reason?  Because -- I'm asking that.

4          MR. VANDINI:  Object to form, and object

5    to the characterization that reasons is somehow not

6    synonymous with evidence.

7          BY MS. JURKOWSKI:

8     Q    Ms. Fuller, is reasons similar to

9    evidence, or related to evidence?

10    A    Yes, that's the basis.

11    Q    The basis for the evidence?

12    A    No, the evidence is the basis for the

13   reasons.  They go hand-in-hand.

14    Q    Okay.  Then read the reasons, or the

15   evidence, there.

16    A    Sure.  You had students conduct a

17   reenactment of the Holocaust during class.

18   Students described playing different roles in the

19   reenactment, including pretending to shoot other

20   students who were betraying Jewish people, digging

21   ditches, placing students in gas chambers, and

22   building trains to transport Jewish people to the

1    gas chambers.

2         One student in particular, was made to

3    portray Adolf Hitler.  You then instructed the

4    students not to tell their parents about the

5    reenactment.

6         Q    Okay.  Where did that statement come from,

7    Ms. Fuller?

8         A    The author of the document.

9         Q    And who is the author of the document?

10        A    Aimee Peoples.

11        Q    Okay.  And who is Amy Peoples?

12        A    She's my former co-deputy chief of LMER.

13        Q    Okay.  And where did she get that

14   statement from?  She just said it on her own?

15        A    You're asking me to speculate.

16        Q    Yeah, I am.

17        A    I'm not going to speculate.

18        Q    That I can't do.  Okay.  Okay, I'm going

19   to leave it at that, because what else can I say?

20    It is there.  Okay.  All right.  And so, what is

21   this again, Ms. Fuller?

22        A    The Notice of Termination issued to you

1   on February 14, 2022.

2         Q    Who's you?

3         A    You, Kimberlynn Jurkowski.

4         Q    Thank you, Ms. Fuller.  Okay, I'll take

5   that back, Ms. Fuller.  Thank you so much.  Okay.

6              MS. JURKOWSKI:  Mr. Court Reporter, I move

7   to enter Exhibit 6 for Fuller into evidence, please.

8              MR. VANDINI:  The District preserves its

9   objection.

10             (Off microphone discussion.)

11             MS. NEGOVAN:  Is two copies of this okay?

12             MS. JURKOWSKI:  Did I mess up again?

13             MS. NEGOVAN:  No, no, no.

14             MS. JURKOWSKI:  It is.

15             MS. NEGOVAN:  Okay, yeah.

16             MS. JURKOWSKI:  No, it's only a one-pager.

17             MS. NEGOVAN:  Okay.

18             MS. JURKOWSKI:  That's what happened.

19  It's only a one-pager.  Okay.

20             MS. NEGOVAN:  Okay, sure.

21             MS. JURKOWSKI:  Okay?

22             MS. NEGOVAN:  Can somebody open the door?

1    Because that might help with the air.

2              MS. JURKOWSKI:  Mr. Court Reporter,

3    please place an exhibit sticker on Exhibit 7 Fuller.

4     Ms. Fuller, the Plaintiff is handing a copy of

5    Exhibit 7 for Fuller to Ms. Fuller.  Okay.

6              BY MS. JURKOWSKI:

7        Q    What is that, Ms. Fuller?

8        A    It is a letter dated January 28, 2022,

9    issued to you, Kimberlynn Jurkowski, from Aimee

10   Peoples.

11             It's the Notice of Initiation of

12   Disciplinary Action.

13       Q    Okay.

14             (Whereupon, the above-referred-to

15   document was marked as Exhibit 7 for

16   identification.)

17             BY MS. JURKOWSKI:

18       Q    What address is that sent to, Ms. Fuller?

19       A    317 New Road, Northfield, New Jersey,

20   08225, is the mailing address on there.  There's

21   also an email address.  And it says that it went

22   via electronic mail.

1      Q   Okay.  Is it required by policy or the

2  District to be sent to that address?

3      A   No, it's not, which is why it was sent via

4  email.

5      Q   It's just extra.   Okay.  And who is the

6  author of this document?

7      A   Aimee Peoples.

8      Q   Okay.  And Ms. Fuller, you told me the

9  date, right?

10     A   Yes, I did.

11     Q   Okay.  Can you tell it to me again, please?

12     A   January 28, 2022.

13     Q   Okay.  And what is the legal conversation,

14  in terms with what for this, in this document?

15     A   This is advising you that DCPS was going

16  to initiate disciplinary action against you, and

17  providing you with a copy of the investigation

18  report, in accordance with Title V(E), Chapter 14,

19  of the District of Columbia Municipal Regulations,

20  also known as the DCMR.  In addition to that, it

21  was also required under Washington Teachers Union

22  CBA.

1      Q    Okay.  All right.  So, is that a fair and

2   accurate copy, Ms. Fuller?

3      A    Yes.

4      Q    Okay.  Thank you for that.

5           MS. JURKOWSKI:  Plaintiff moves to enter

6   Exhibit 7 into evidence.

7           MR. VANDINI:  The District preserves its

8   objection.

9           MS. JURKOWSKI:  Mm-hmm.  I actually have

10  to do one more here, so sorry.

11          (Off microphone discussion.)

12          MS. JURKOWSKI:  Mr. Court Reporter, may

13  you put a sticker on there, please, exhibit sticker?

14   Thank you.  Okay, Plaintiff is handing Exhibit 8

15  to Witness Fuller.

16          BY MS. JURKOWSKI:

17     Q    What is that, Ms. Fuller?

18     A    This is the Notice of Pending

19  Investigation, dated December 17, 2021, which was

20  issued to you, Kimberlynn Jurkowski, via electronic

21  mail.

22     Q    Okay.

1          (Whereupon, the above-referred-to

2    document was marked as Exhibit No. 8 for

3    identification.)

4          BY MS. JURKOWSKI:

5    Q    And may you just read a couple of lines

6    from after dear Ms. Jurkowski, to me?

7    A    Yes.  Kindly be advised that the District

8    of Columbia Public Schools (DCPS) is beginning an

9    investigation into allegations that you engaged in

10   employee misconduct on or about December 17, 2021.

11   Q    Okay.  Do you think that's a fair and

12   accurate copy of that --

13   A    Yes.

14   Q    -- letter?  Okay, I'll take that.  Thank

15   you, Ms. Fuller.

16        MS. JURKOWSKI:  May you, court reporter,

17   enter that Exhibit 8 for Fuller into evidence?

18   Okay.

19        MR. VANDINI:  The District preserves its

20   objection.

21        MS. JURKOWSKI:  Mm-hmm.  The Plaintiff is

22   showing one more document to the opposing party,

1   and will be similar, is it?

2              MS. NEGOVAN:  Yeah.

3              MS. JURKOWSKI:  Okay.

4              MS. NEGOVAN:  But it's the Notice of

5   Administrative Leave.

6              MS. JURKOWSKI: Got it.  Okay.  And Mr.

7   Court Reporter, sorry about this.  May you, when

8   you get a chance, put a sticker on Exhibit 9?  Thank

9   you, Mr. Court Reporter.

10             Plaintiff is handing a copy of Exhibit 9

11  to the Witness Fuller, Ms. Fuller.

12             BY MS. JURKOWSKI:

13      Q   What is that, Ms. Fuller?

14      A   This is a Notice of Administrative Leave,

15  issued to you, Kimberlynn Jurkowski, via electronic

16  mail, on December 17, 2021.

17             This document placed you on administrative

18  leave, effective immediately, as a result of the

19  pending investigation into your employee

20  misconduct.

21      Q   Okay.

22             (Whereupon, the above-referred-to

1    document was marked as Exhibit 9 for

2    identification.)

3         BY MS. JURKOWSKI:

4         Q    And I have a question, Ms. Fuller.  How

5    is that different from the other one that we just

6    put in -- it appears.  I mean, they have the same

7    dates, they just came behind each other.

8         A    Right.

9         Q    So, can you please explain that idea?

10        A    Right.  The first one, which I believe is

11   number eight -- is that Exhibit 8?

12        Q    Yes, it is Exhibit 8.

13        A    Is advising you that we were beginning an

14   investigation.  And in that letter, it also advised

15   you that you may get a follow-up correspondence

16   placing you on administrative leave.  And so then,

17   Exhibit 9 is the document placing you on

18   administrative leave.

19        Q    Okay.  And is that standard to do it that

20   way, Ms. Fuller?

21        A    It's two separate documents, yes.

22        Q    That is normally how it is done in the

1  District?

2       A   It's two separate documents.

3       Q   LMER --

4       A   Yes, one is the Notice of Investigation,

5  one is the Notice of Administrative Leave.

6       Q   On the same day.  That is normal.

7       A   I can't say that it's always on the same

8  day.

9            It depends on the facts and circumstances.

10      Q   I see.  All right, well thank you for that,

11 Ms. Fuller.  I'll take those back, thank you so

12 much.

13           MS. JURKOWSKI:  Court Reporter, Plaintiff

14 moves to put Exhibit 9 for Fuller into evidence.

15           MR. VANDINI:  The District preserves its

16 objection.

17           MS. JURKOWSKI:  Okay.  And I am going to

18 stop here.  Thank you, Ms. Fuller.

19           THE WITNESS:  You're welcome.

20           MR. VANDINI:  The District has a few

21 questions.  You want me to continue?

22           THE WITNESS:  Yes.

1          MR. VANDINI:  Okay.

2     CROSS-EXAMINATION

3          BY MR. VANDINI:

4     Q    What, if any, was your role in the

5  investigation into Ms. Jurkowski's conduct in

6  December of 2021?

7     A    My role was to be the signatory on the

8  initial Notice of Investigation and the Notice of

9  Administrative Leave.  I was the member of the LMER

10  management team who was on duty when it occurred.

11   And so I was the one that was made aware of what

12  happened.

13     Q    Were you made aware on December 17, 2021?

14     A    Yes.

15     Q    And what did you do when you were made

16  aware?

17     A    So, I ensured that a proper report was

18  filed, I ensured that our investigations team was

19  aware of what was going on, and also -- I can't recall

20  if that meeting with the DCPS stakeholders was that

21  day, but I know I participated in that type of

22  conversation.

81

1    Q    Do you perform any independent
2    investigation yourself?
3    A    No.
4    Q    Okay.  After the investigation concludes,
5    what role, if any, do you have in the process?
6    A    So, I am the one who oversees the
7    Washington Teachers Union's grievance process.
8    So, the grievance, if one is filed, it comes to me.
9    Q    Did Ms. Jurkowski file a grievance in this
10   matter?
11   A    Yes.
12   Q    Do you recall when she filed the grievance?
13   A    So, now that I'm looking at the termination
14   date was February 14th, it would have had to have
15   been within the CBA timeline following that.  So,
16   sometime around end of February, maybe early March,
17   depending on the school days.
18   Q    And do you recall the contents of the
19   grievance?
20   A    Yes.  Her grievance asserted that she had
21   not engaged in any misconduct.
22   Q    And when you reviewed evidence concerning

1    the incident in December of 2021, did you agree with

2    her assertion?

3        A    No, I did not.

4        Q    What determination did you make?

5        A    I denied her grievance.

6        Q    On what grounds?

7        A    On the grounds that there was sufficient

8    evidence to substantiate that she had engaged in

9    the conduct that she received the discipline for.

10       Q    What did you find persuasive to

11   substantiate your decision to deny her grievance?

12       A    Those statements from those students, in

13   their own handwriting, was very persuasive.  And

14   then that, coupled with the actual video.

15       Q    Ms. Jurkowski asked you some questions

16   about the difference between the reasons for doing

17   something, and the evidence backing up those

18   reasons.  Would a video of the incident be evidence?

19       A    Yes.

20       Q    Would those students' statements be

21   evidence?

22       A    Yes.

1      Q    Would firsthand accounts from teachers be

2  evidence?

3      A    Yes.

4      Q    Earlier, you were shown an email thread

5  between you and MScott Berkowitz concerning an

6  instruction you gave him related to an inquiry from

7  a Watkins member about Ms. Jurkowski's criminal

8  past.  Do you recall that?

9      A    Yes.

10      Q    There were two hyperlinks in that email.

11   Correct?

12      A    Yeah.

13      Q    Those hyperlinks link to public records.

14   Correct?

15      A    Correct.

16      Q    Okay.  I think I'd like to bring up one

17  of those hyperlinks.

18          MR. VANDINI:  Mr. Morris, we're going to

19  bring up a document, but I can email you the pdf

20  and we'll mark it as the next exhibit, which I

21  believe is ten.

22          MS. NEGOVAN:  Nice.  That was right.

84

1          MR. VANDINI:  Yeah.  All right, so let's

2     scroll down a little bit here.

3          BY MR. VANDINI:

4     Q    Does this look like one of the email

5     articles that would have been hyperlinked in Mr.

6     Berkowitz's email to you?

7     A    Yes.

8     Q    Okay.

9          (Whereupon, the above-referred-to

10    document was marked as Exhibit 10 for

11    identification.)

12         BY MR. VANDINI:

13    Q    And you've been reading a lot, so I'm going

14    to go ahead and read some of the things in, and just

15    ask you about what you know.

16    A    Okay.

17    Q    So, Andi, if we could actually go up to

18    the top, and then you scroll down a little bit to

19    the first -- okay.

20         A Mays Landing property owner has been

21    arrested on animal cruelty charges after one of her

22    Rottweiler dogs died in the freezing cold this

1    winter.  But activists are criticizing police for

2    not taking action when they had the chance to

3    possibly save the animal.

4              Police have charged Kimberlynn Jurkowski,

5    59, with four counts of animal cruelty and four

6    counts of abandoning a domesticated animal, the

7    department announced Wednesday.

8              Did I read that correctly?

9    A    Yes, you did.

10   Q    And again, this is a public document that

11   would have been accessible to anybody.  Correct?

12   A    Correct.

13   Q    Would this be something that would be in

14   Ms. Jurkowski's personnel record?

15   A    No.

16   Q    Could we go down a little bit further,

17   Andi?  Keep going.  And stop.  I'm going to read

18   from a paragraph in the middle of page 2.

19              Jurkowski was convicted in 2013 of

20   scamming the township school district out of $24,000

21   by billing for tutoring for her two home-schooled

22   children even though they were attending school in

1    another district.  As a result, she was fired from

2    her librarian job in the district.

3              Did I read that accurately?

4        A    Yes.

5        Q    This would have been public record, right?

6        A    Yes.

7        Q    Would this have been something in her

8    personnel file?

9        A    No.

10       Q    Thanks, Ms. Fuller.  I have no further

11   questions for you.

12             MS. JURKOWSKI:  I have redirect.

13   Objection, and I reserve the right for that

14   objection for these documents.  Ms. Fuller, I have

15   a couple more questions for you.

16   REDIRECT EXAMINATION

17             BY MS. JURKOWSKI:

18       Q    Are all things that are posted about people

19   on public documents true?

20       A    That's a very broad question that I don't

21   know.  I can answer, because I don't know all

22   things.

87

1    Q    Okay, I'll rephrase.  Do you have

2    evidence, Ms. Fuller, that both of those stories

3    are true?

4    A    I don't have any documentation or evidence

5    with regard to those stories.

6    Q    Was the District's decision to terminate

7    the Plaintiff based on those documents and other

8    documents?

9    A    Well, I'm going to need you to clarify what

10   you mean by other documents.

11   Q    Was any of the District's decision to

12   terminate the Plaintiff based on those two stories,

13   and the --

14   A    No.

15   Q    Okay.  In other words, they didn't

16   influence that.  And I think you were asked if any

17   of that documentation for those two stories was in

18   the District's file.  Were you just asked that, Ms.

19   Fuller?

20   A    I was asked that.

21   Q    Okay.  And I want to say something.  And

22   you responded?

88

1        A    No.

2        Q    Okay.  Are you sure?

3        A    Well, I can't speak to if it was in your

4    file.  The question that was asked of me was, would

5    something like that be in someone's personnel file.

6        Q    Okay.

7        A    I've not reviewed your personnel file.

8        Q    Okay.  You only reviewed the background

9    check file.

10       A    Correct.

11       Q    Which is separate from the personnel file.

12       A    Correct, the background check is a

13   database.

14       Q    Did parents contact LMER regarding these

15   two articles?  Or community --

16       A    I don't recall any parents reaching out

17   to LMER.

18       Q    Did any teachers reach out to LMER

19   regarding these two links?

20       A    I don't believe so.  But I don't recall.

21       Q    Did Principal Berkowitz tell you who the

22   person was that shared the two links?

1       A    No.

2       Q    Did he mention that they were shared from

3   a certain person?

4       A    No.

5       Q    I'm sorry, I don't remember the exhibit

6   number, Mr. Court Reporter.  No, no, I'm sure you

7   have it.  I just don't remember the exhibit number.

8    Sorry about that.  I need to reference something

9   about the exhibit and it's on through there.

10          MR. VANDINI: One of the exhibits?

11          MS. JURKOWSKI:  Yeah.  Thank you, sir.

12  Okay, let me have a second.  Okay, it's Exhibit 1,

13  Ms. Fuller.  I'm going to hand it back to you.

14          BY MS. JURKOWSKI:

15      Q    And if you can locate where the links are

16  on that page and tell me if there was a statement

17  about where the links came from, or how they were

18  shared?

19      A    That's a Watkins staff member.

20      Q    And who said it was a Watkins staff member?

21      A    Principal Berkowitz.

22      Q    Uh-huh.  And that's all he said?  He

1   didn't say also somebody else?  He just said a
2   Watkins staff member?
3       A    That's what it says there.
4       Q    Okay.  And he didn't say which Watkins
5   staff member.
6       A    No.
7       Q    Okay.  Thank you for that.  I'll give you
8   back all the exhibits.  And thank you, Ms. Fuller.
9   Okay.  Thank you, Ms. Fuller.
10      A    Okay.
11          MR. VANDINI:  Are you finished?
12          MS. JURKOWSKI:  I am done.
13          MR. VANDINI:  I have very, very brief
14  re-cross.
15      RECROSS-EXAMINATION
16          BY MR. VANDINI:
17      Q    You saw a Notice of Administrative Leave
18  record earlier, correct?
19      A    Correct.
20      Q    And Ms. Jurkowski was placed on
21  administrative leave the same day of the incident
22  December 17, 2021, correct?

1      A    Yes.

2      Q    You mentioned that depending on the facts

3   and circumstances, that can happen.  In this

4   particular case, what were the facts and

5   circumstances that made it necessary for Watkins

6   to act so expediently in putting Ms. Jurkowski on

7   administrative leave?

8      A    So, in this situation, the egregious

9   nature of the allegation made us take into

10  consideration any potential emotional, mental harm

11  that could be done to the students by having her

12  remain in the building.

13         Also, when we're putting someone on admin

14  leave, we want to make sure that there's not a chance

15  that they may try to influence the investigation

16  by having them remain in the building.

17         I mean, the allegations just shocked the

18  conscience in such a way that we had to make the

19  determination to put her on admin leave that day.

20     Q    And what evidence did LMER have at that

21  time to back up its decision to do so.

22     A    If I recall correctly, so I know we were

1   aware of the video. If I recall correctly, someone

2   in the investigations team had seen the video that

3   day.

4       Q   Okay.  Do you know whether any of the

5   students had made statements already?

6       A   Yes, we did know that the students had also

7   made statements.  And so, the investigator would

8   have looked at those as well.

9       Q   Okay.  And do you know whether Mr.

10  Berkowitz may have interviewed any specific

11  students from Ms. Jurkowski's class at that time?

12      A   So, if I recall correctly, I know there

13  was one student who had to play dead that was talked

14  to.  And I believe the child that had to play Adolf

15  Hitler was also talked to that day.

16      Q   Thank you.  Nothing further.

17          MS. JURKOWSKI:  Thank you, Ms. Fuller.

18          THE WITNESS:  Thank you.

19          VIDEOGRAPHER:  All right, before we go off

20  the record, would you like to read and sign?

21          MR. VANDINI:  So, you have the opportunity

22  to read a copy of the transcript and sign it, to

1    make sure that it's accurate.  Would you like to

2    do that?  You can waive that, too.

3              THE WITNESS:  Can I waive that?  You'll

4    read it?  Sorry.

5              MR. VANDINI:  Yeah.  Okay -- no worries.

6              VIDEOGRAPHER:  And for you, Mr. Vandini?

7              MR. VANDINI:  Please, yeah.  Thank you.

8              VIDEOGRAPHER:  All right.  And Ms.

9    Jurkowski, prior to purchase?

10             MS. JURKOWSKI:  Yes, please.

11             VIDEOGRAPHER:  All right.  This

12   concludes the deposition of Jade Fuller, taken in

13   the matter of Kimberlynn Jurkowski versus the

14   District of Columbia.

15             Today's date is December 11, 2025, and the

16   time is now 12:59 p.m.  We are off the record.

17             MS. JURKOWSKI:  Thank you.

18             MS. NEGOVAN:  Thank you, Jade.

19             THE WITNESS:  Thank you.

20             (Whereupon, the taking of deposition in

21   the above-entitled matter was concluded at 12:59

22   p.m., signature having been waived.)

94

1   C E R T I F I C A T E

2   This is to certify that the foregoing transcript

3   was duly recorded and accurately transcribed under

4   my direction; further, that said transcript is a

5   true and accurate record of the proceedings; and

6   that I am neither counsel for, related to, nor

7   employed by any of the parties to this action in

8   which this matter was taken; and further that I am

9   not a relative nor an employee of any of the parties

10   nor counsel employed by the parties, and I am not

11   financially or otherwise interested in the outcome

12   of the action.

13

14

15

16

17

    *Michael Morris*

18   _____

19   Michael Morris

20

21

22

**$**

**$24,000** 85:20

**(**

**(1)** 45:20 46:2

**0**

**033** 45:12,18

**08225** 73:20

**1**

**1** 19:3,5,16,19 20:7 21:1 31:10,14
45:18 89:12

**1-608.01A** 45:21

**10** 84:10

**11** 4:13 66:20 93:15

**11:04** 4:2,13

**11:23** 21:20

**12/17** 36:6

**12/17/2021** 37:20 38:1

**12/17/21** 13:15 14:7 15:1 17:10
37:18 48:21 49:2 58:21 60:10,13

**12:04** 23:9

**12:30** 65:6

**12:59** 93:16,21

**14** 68:11 72:1 74:18

**14th** 81:14

**17** 32:12 66:22 75:19 76:10 77:16
80:13 90:22

**17th** 29:13 36:19 53:2

**1:23-cv-03788-acr** 4:6

**2**

**2** 31:21 32:2,3 33:7 38:14 46:2
85:18

**20** 24:1,10

**2011** 6:10,15

**2013** 85:19

**2014** 66:20

**2018** 6:3,10,15

**202 264-0969** 24:4

**2021** 18:5 20:2,10 21:19 23:9
24:1,10 29:17 32:12 53:13 54:8,
19 55:6,11,17 66:22 75:19 76:10
77:16 80:6,13 82:1 90:22

**2022** 28:2 35:9 42:8,11 68:11
72:1 73:8 74:12

**2025** 4:13 93:15

**20th** 51:1

**22** 53:13

**22-0068** 66:21

**23** 50:21 55:11

**25** 20:2,10 21:19 23:9 29:17

**27** 54:19 55:6,16

**28** 54:8 73:8 74:12

**2:35** 55:11

**3**

**3** 39:13,16,22 40:7 46:15,16,21

**302** 43:11

**317** 73:19

**3:25** 20:12 53:15

**4**

**4** 49:18 51:20 52:10 57:17

**400** 4:9

**5**

**5** 65:14,18,20 66:11 67:16

**59** 85:5

**5:50** 54:8

**6**

**6** 67:21 68:6,14 72:7

**6:33** 24:10

**6:36** 24:1

**7**

**7** 35:9 73:3,5,15 75:6

**7th** 36:19

**8**

**8** 42:8 75:14 76:2,17 78:11,12

**8:07** 32:12

**8:36** 36:11

**9**

**9** 42:11 77:8,10 78:1,17 79:14

**9:38** 54:19

**A**

**a.m.** 4:2,13 21:20 54:19

**abandoning** 85:6

**ability** 5:16 68:20

**above-entitled** 93:21

**above-referred-to** 20:22 33:6
40:6 52:9 66:10 68:13 73:14 76:1
77:22 84:9

**abuse** 17:14

**access** 30:11

**accessible** 85:11

**accordance** 74:18

**accounts** 83:1

**accurate** 31:5 46:8 56:17 57:7
67:12 75:2 76:12 93:1

**accurately** 86:3

**acknowledge** 62:8

**acronym** 14:4

**act** 91:6

**action** 8:10 9:19 40:15 42:17
63:22 64:1 66:7 69:13 73:12
74:16 85:2

actions  8:8 10:15

activists  85:1

activities  59:4

actual  40:20 41:11,17 42:5,7
82:14

add  17:4

addition  74:20

address  22:5 73:18,20,21 74:2

admin  34:2,3 66:20 91:13,19

administrative  37:6 77:5,14,17
78:16,18 79:5 80:9 90:17,21 91:7

administrator  27:1

Adolf  71:3 92:14

adversely  68:19

advised  33:17,18 55:4 76:7
78:14

advising  33:14 53:3 74:15 78:13

affect  5:19,22 68:19

affirming  22:6

afternoon  24:14

agency's  68:20

agree  51:12 82:1

agreement  7:15,16

ahead  23:6 34:20 51:9 84:14

Aimee  71:10 73:9 74:7

air  73:1

alcohol  5:14

ALJ  7:2

allegation  91:9

allegations  29:8 76:9 91:17

amounted  17:14

Amy  71:11

Andi  4:18 84:17 85:17

Andrea  4:18

Andrew  4:20 65:9

animal  17:14 84:21 85:3,5,6

announced  85:7

answering  11:6,10

AP  25:1 55:17,22

apologize  6:11 12:15 19:12 47:3
65:3

appeared  59:8

appears  19:20 25:19,21 33:3,13
36:10 40:4 46:10,12 52:4 78:6

appointed  11:13 12:4,7

appointment  12:14,19

approximate  13:20 29:10 39:10

approximately  14:6 20:11 53:14
59:13,22 60:1

arbitration  6:22 7:6

area  48:2

arrested  84:21

arrive  14:6

articles  24:15,18 25:8 26:20 84:5
88:15

asks  16:5

asserted  81:20

assertion  82:2

assigned  11:5 49:1,9

assume  25:22

Atlantic  25:19

attached  28:11

attend  28:4

attended  28:10,22

attending  85:22

Attorney  4:8 10:21

August  66:19

AUR  57:17

author  71:8,9 74:6

authority  43:13 45:8,17

aware  15:7 37:19 38:18,19,21
48:7 80:11,13,16,19 92:1

**B**

back  13:21 22:20,21 46:5 56:11,
16 67:2,14 72:5 79:11 89:13 90:8

91:21

background  22:7 26:16 27:18,
22 28:13 29:15,20 30:7,18 31:1
88:8,12

backgrounds  30:1

backing  82:17

backwards  36:15

bargaining  7:15,16

Bartolomeo  33:19 34:8 35:15

based  25:17 30:14,17 37:15 38:6
41:2 59:1 60:22 61:9,10 87:7,12

basically  17:14 57:6

basis  57:4 70:10,11,12

beautiful  58:19

beginning  36:7 76:8 78:13

begins  4:3

behalf  4:20

believed  38:10

Berkowitz  8:1 15:8,10,13 16:14
17:6 19:22 20:8 21:20 22:4,17
23:10,12,22 24:5,9 25:2 26:9,16
27:16 28:6 29:2 33:13 34:17 36:5,
21 48:14 52:5 53:1,17 54:7,13,20
55:3,12 57:1 62:18 83:5 88:21
89:21 92:10

Berkowitz's  84:6

betraying  70:20

billing  85:21

bit  21:5 64:16 84:2,18 85:16

Boisvert  25:1 55:17,22

book  61:13

box  67:7

boxes  66:14

BRE  43:6

break  47:15

bring  83:16,19

bringing  21:11

broad  86:20

brought  10:16

97

**build** 65:3

**building** 36:12 38:7,10 70:22
  91:12,16

---

**C**

**call** 16:22 17:7 21:15 25:17 34:22
  35:1

**called** 5:5 9:5 16:14,20 27:1
  65:13

**calling** 17:2 35:12

**capacity** 27:4,6

**Carey** 48:22 49:1,9 52:5,13,15
  53:17 54:8,17 55:11,21 57:1

**case** 4:6 8:18 9:11 10:1,12 11:4
  12:6 15:17 16:7,11 34:13 44:21
  49:2 91:4

**cases** 12:13,21

**CBA** 7:10,12 74:22 81:15

**cell** 15:14 16:6,10

**certainty** 46:11

**chambers** 70:21 71:1

**chance** 34:21 77:8 85:2 91:14

**Chapter** 74:18

**characterization** 70:5

**charge** 34:15

**charged** 85:4

**charges** 64:19,20 67:4,9 84:21

**check** 14:20 22:7 30:9 55:18
  88:9,12

**check-the-box** 30:15

**chief** 71:12

**child** 92:14

**children** 85:22

**circumstances** 61:4,5 79:9
  91:3,5

**City** 6:5,13 25:19

**clarify** 28:18 34:22 35:1,11 87:9

**class** 70:17 92:11

**clear** 9:16,17 22:7

**clearance** 30:9

**cleared** 30:13

**click** 25:12 30:6

**co-deputy** 71:12

**code** 43:5,10 45:21 61:13

**codes** 43:13

**cold** 84:22

**Collective** 7:15,16

**Columbia** 4:5,8 10:17 74:19 76:8
  93:14

**comments** 15:5 18:21 19:14
  57:22 65:21 68:3

**committee** 34:15

**communicated** 17:8

**communications** 34:10,14

**community** 17:22 28:5 88:15

**Company** 4:12

**complete** 51:17

**compound** 11:22

**concern** 20:20 22:1 23:11 24:3,
  12

**concerns** 18:1 24:15 48:6

**concluded** 60:2 93:21

**concludes** 81:4 93:12

**conditions** 5:22

**conduct** 17:13 53:18 54:9,20
  55:13 68:18 70:16 80:5 82:9

**conference** 58:2

**confidence** 63:1,4

**confidential** 30:1

**confusing** 51:12

**confusion** 11:9

**conscience** 91:18

**consideration** 91:10

**considered** 56:5

**consult** 7:20

**contact** 23:14 88:14

**contents** 81:18

**context** 35:7

**continue** 21:4 24:8 33:10 42:20
  45:19 54:22 79:21

**contribute** 62:18

**control** 41:10

**convened** 4:7

**conversation** 26:15 31:1 33:11
  38:4 74:13 80:22

**conversations** 16:15 27:17,19
  30:16

**convicted** 85:19

**cooperation** 55:8,19

**Coordinator** 23:15

**copies** 72:11

**copy** 19:2,16 31:5 46:8 49:17
  51:20 55:6 56:17 64:22 65:19
  66:1 68:1,6 73:4 74:17 75:2 76:12
  77:10 92:22

**correct** 11:15 21:12 25:20 36:14
  49:8 51:1 56:2 83:11,14,15 85:11,
  12 88:10,12 90:18,19,22

**correctly** 52:18 59:18 85:8 91:22
  92:1,12

**correspondence** 78:15

**counsel** 7:19 9:14,19 10:19,20
  18:15 19:2 27:10 44:13 45:4 62:2

**counts** 85:5,6

**couple** 65:10 76:5 86:15

**coupled** 82:14

**court** 4:3,11,22 10:16 19:5,6,8
  39:12 46:15 49:14 65:12,18 72:6
  73:2 75:12 76:16 77:7,9 79:13
  89:6

**covered** 64:12

**create** 62:11

**created** 62:14 63:22

**creates** 62:9

**criminal** 83:7

**criticizing** 85:1

**CROSS-EXAMINATION** 80:2

**cruelty** 84:21 85:5

---

## D

**D.C.** 4:10

**data** 41:10 66:15

**database** 29:22 46:8 88:13

**date** 4:12 18:7 20:1,9 21:17 29:12 35:2,3,6,7 39:7 40:19,20,21,22 41:11,12,18 42:7,9 50:9,11 53:11, 12 54:4 55:18 60:7,8 66:19,21 74:9 81:14 93:15

**dated** 73:8 75:19

**dates** 9:8 29:10,11 32:9 40:22 42:5 78:7

**day** 38:5 61:2 79:6,8 80:21 90:21 91:19 92:3,15

**days** 81:17

**DC** 13:2 17:17 30:14 45:20 61:9 64:2,3 70:1

**DCMR** 74:20

**DCPS** 6:2,4,18 7:21 8:8,11,17 18:2 21:20 22:6 24:1,10 27:7 28:2 29:7 30:14 34:9 43:16 49:8 60:22 61:10 64:4 74:15 76:8 80:20

**dead** 59:6 92:13

**dear** 76:6

**December** 4:13 29:13 32:12 36:19 53:2,13 54:8,19 55:6,11,16 66:21 75:19 76:10 77:16 80:6,13 82:1 90:22 93:15

**decision** 82:11 87:6,11 91:21

**deliver** 33:21 37:1

**delivered** 37:12

**delivery** 37:13

**denied** 7:3 82:5

**deny** 82:11

**denying** 6:22

**department** 6:5,13 47:22 48:1, 10 85:7

**depending** 81:17 91:2

**depends** 61:4 79:9

**deposition** 4:4 6:20 7:18 8:6 16:4 31:19 93:12,20

**Descr** 45:20 46:2

**describe** 59:1

**details** 32:19 33:10 41:11,17 43:10,13 67:9

**determination** 82:4 91:19

**died** 84:22

**difference** 82:16

**digging** 59:7 70:20

**DIRECT** 5:11

**directly** 38:22

**director** 49:4

**disciplinary** 63:22 64:1 66:7 73:12 74:16

**discipline** 82:9

**disclosures** 47:7,12,14

**discovery** 10:1 32:19 47:7,11

**discussion** 22:8 28:12 72:10 75:11

**discussions** 48:17

**dismissal** 28:2

**district** 4:5,8,19,21 10:16 15:14 16:7 29:19 31:17 38:15 46:17 47:7,21 48:6,10,12 57:18 65:7 67:17 72:8 74:2,19 75:7 76:7,19 79:1,15,20 85:20 86:1,2 93:14

**District's** 48:5 87:6,11,18

**disturbing** 17:9,12

**ditches** 59:7 70:21

**document** 12:16 21:1 32:7 33:7 40:7,19 41:1,4,9,17 42:6,10,16 44:4 51:4 52:10 63:21 66:11 68:14 71:8,9 73:15 74:6,14 76:2, 22 77:17 78:1,17 83:19 84:10 85:10

**documentation** 14:10 15:17 87:4,17

**documents** 6:19 62:1 78:21 79:2 86:14,19 87:7,8,10

**dogs** 84:22

**domesticated** 85:6

**door** 72:22

**Douglas** 61:21 62:4,6,9,11,14, 15,19,22 63:7,11,15,19,21 64:21, 22 66:1,2,6 67:12

**drafted** 32:17 33:18 63:2,7,9

**drugs** 5:14,15

**duly** 5:6

**duties** 43:16,21 44:1

**duty** 68:19 80:10

## E

**earlier** 38:16 46:18 83:4 90:18

**early** 81:16

**easier** 41:5

**Educ** 46:2

**Education** 6:5,13

**effective** 40:20,21 41:18 42:5,7,9 77:18

**effectively** 68:21

**egregious** 91:8

**either/or** 37:14,15

**electronic** 16:21 37:13 73:22 75:20 77:15

**Elementary** 13:15 14:1,7 15:11 24:6 25:3 48:21 49:11 58:17 66:19

**email** 8:2 10:18,20 16:17 17:6 18:7 19:20 20:3 21:15 22:14,16 26:5,8 29:1 31:5 34:21 35:10 50:16,20 52:4,6,22 54:2 55:18,22 56:14,18,21,22 73:21 74:4 83:4, 10,19 84:4,6

**emails** 17:1,3,4,5 20:4 28:11,16

**emotional** 91:10

**employed** 6:2,4,7

**employee** 12:10,11 13:4 14:2 30:13,20 34:9 66:15,17 76:10 77:19

**employee's** 68:20

**employees** 22:6 30:14 46:3 48:6

**employment** 22:8

**end** 60:3 81:16

99

ended 60:6

engage 22:8

engaged 10:12 17:13 76:9 81:21
82:8

engaging 59:4,6

ensured 80:17,18

enter 31:13 46:14 72:7 75:5
76:17

entering 46:16

erosion 62:22 63:3

evidence 31:14,19 38:14 46:15
56:20 57:17 67:16 68:22 69:3,10,
11,21 70:2,6,9,11,12,15 72:7 75:6
76:17 79:14 81:22 82:8,17,18,21
83:2 87:2,4 91:20

exact 9:9 60:8

examination 5:5,11 86:16

examined 5:6

exchanged 17:5

exhibit 19:3,5,9,10,16,18 20:6
21:1 31:10,14,21 32:1,3 33:7
38:14 39:13,16,22 40:7 46:14,16,
21 49:15,18 51:20 52:10 57:17
65:14,18,19 66:11 67:16,21 68:1,
6,14 72:7 73:3,5,15 75:6,13,14
76:2,17 77:8,10 78:1,11,12,17
79:14 83:20 84:10 89:5,7,9,12

exhibits 19:11 31:19 89:10 90:8

expediently 91:6

explain 78:9

explanation 69:17,18

extra 74:5

### F

Factor 62:11,14,15,19 63:11,16,
19 64:21,22 66:2 67:12

Factors 61:21 62:4,6,10,22 63:7,
21 66:7

facts 79:9 91:2,4

fair 31:4 46:8 56:17 57:6 67:11
75:1 76:11

fall 66:2

familiar 13:14,17 48:4 57:10

February 68:11 72:1 81:14,16

Federal 10:16

feel 31:4 46:6

file 9:3 81:9 86:8 87:18 88:4,5,7,
9,11

filed 7:9 8:12 80:18 81:8,12

files 9:4

find 30:3,6 82:10

fine 48:19

finish 10:9

finished 90:11

fired 86:1

firsthand 83:1

follow 50:20

follow-up 78:15

forgot 54:2

form 11:16 29:4 41:13,19,22 57:8
62:20 70:4

forms 14:19

forwarded 23:13

found 17:22

freezing 84:22

Friday 23:9 55:6

front 12:16 67:2

Fuller 4:4 5:4,9 7:17 8:7 11:14
13:13,19 15:7,10 17:4 18:12
19:16,18 20:1,3,8,14 21:18,19
22:11,12,15 23:7,21 25:4,15,18,
20 26:3 27:15,22 28:4,20 29:21
31:4,5,10,14,22 32:4,6,13 33:12,
22 34:7 35:15 36:7,20 37:8 38:2,
12,14,18 39:2,8,11,16 40:1,3,14,
20,21 41:3,8 42:14,17,21 43:4,10,
14,17 44:3 45:9,16 46:5,6 47:15,
22 48:9,19,20 49:18 51:20,21
52:2 53:11 54:6 56:16 57:16,17
58:16,21 59:14,17 60:3 61:22
63:8 64:18 65:7,20 66:3,5 67:1,
12,16 68:6,7,9 69:1,4,11,19 70:8
71:7,21 72:4,5,7 73:3,4,5,7,18
74:8 75:2,15,17 76:15,17 77:11,
13 78:4,20 79:11,14,18 86:10,14
87:2,19 89:13 90:8,9 92:17 93:12

functional 45:17

### G

gas 70:21 71:1

Gaskins 20:16 21:21 23:10 24:2,
11

gave 41:6 46:22 53:20 83:6

general 4:8 10:21 26:22 27:9
52:21

give 16:1 18:7 23:16 32:10 35:6
41:11 52:1 66:14 69:11 90:7

giving 19:15 32:3 33:10

good 5:8,10 51:15 55:3 62:17

Grave 68:18

grievance 6:22 7:1,4,9 81:7,8,9,
12,19,20 82:5,11

Gross 4:12

ground 59:5

grounds 68:17 69:1,20,22 70:2
82:6,7

group 28:9

groups 28:5

guess 8:5 16:4 18:9 21:15 25:6
41:9 56:11

guessing 16:3 18:6 39:10

guidance 17:21 26:20,21,22
27:12 33:20

guided 9:19

guys 47:8

### H

hand 5:1 89:13

hand-deliver 36:22 37:10,16

hand-delivered 37:8,9

hand-delivery 37:12

hand-in-hand 70:13

handing 39:22 49:14 51:19 66:1
68:6 73:4 75:14 77:10

handle 27:13

handled 9:14 62:1

handling 61:10,12

handwriting 82:13

happen 16:8 91:3

happened 72:18 80:12

happening 41:4

hard 56:20

harm 91:10

hear 43:17

heard 44:17

helped 7:17

Hire 66:19

history 20:20 22:1 23:11 24:3,11

Hitler 71:3 92:15

hold 8:17,18,21 9:1,5,11,13,18

Holocaust 53:19 54:10,21 55:13 70:17

home-schooled 85:21

hot 58:2,8

hours 68:19

Human 43:2

hundred 46:11

hyperlinked 84:5

hyperlinks 24:18,19 83:10,13,17

**I**

idea 13:19 29:21 78:9

identification 21:2 33:8 40:8 52:11 66:12 68:15 73:16 76:3 78:2 84:11

illegal 5:14

imagine 34:1 50:6

immediately 77:18

impair 5:15

implemented 63:22

impression 11:10

improper 53:18 54:9,20 55:12

inbox 21:21

incident 6:21 13:16 14:8,12,13 15:2 17:22 29:12 33:15 48:21 53:2 60:10 61:2,6 67:7 82:1,18 90:21

included 59:4 64:19,20

including 19:21 70:19

independent 81:1

influence 5:13 87:16 91:15

inform 30:20 38:1

information 8:20 9:2,7,11 17:9, 12 25:1 30:2,7 35:16 47:20

informed 8:7 10:15

initial 47:7,11,13 80:8

initiate 74:16

initiation 73:11

inquired 33:16 36:21

inquiring 30:18

inquiry 83:6

instructed 44:20 71:3

instructing 44:14

instruction 61:18 83:6

interrogatories 10:2,5,13 11:3, 11,15,19 12:5,13 13:9

interview 55:16,19

interviewed 55:4 92:10

introduce 4:14

introductory 53:12

investigate 14:7

investigation 13:14,18 33:17 34:2 37:6 53:4,10 59:19,20 60:1, 2,6 74:17 75:19 76:9 77:19 78:14 79:4 80:5,8 81:2,4 91:15

investigations 14:3 49:4,10 61:12 80:18 92:2

investigative 66:20

investigator 48:20 92:7

involved 15:20 16:9 26:10 35:20, 22 62:3,15

involving 13:4 53:4

issuance 16:10

issued 15:14,20 16:6 68:11 71:22 73:9 75:20 77:15

item 41:3

**J**

Jade 4:4 5:4 20:8,14 21:10,19 22:11 32:15 34:20,21 93:12,18

January 6:3 35:9 36:18 73:8 74:12

Jersey 26:2 73:19

Jewish 70:20,22

job 6:18 86:2

judgment 5:15

jump 23:1

Jurkowski 4:5,16 5:8,12 10:17 11:18 12:1,3 15:6 18:13,17,19,22 19:15,17 21:3 29:9 31:9,16,21 32:5 33:9 34:6 38:13,17 39:12,19, 21 40:2,5 41:16,21 42:4 44:13,16, 20 45:3,6,7 46:14,19,21 47:3,6, 13,17,19 49:14,20 50:4,8,11,14, 19 51:5,9,11,15,18,22 52:12 57:12,15,20 58:1,5,10,14,15 63:5 65:6,9,15,17,22 66:4,13,17 67:15, 19 68:5,8,16 70:7 72:3,6,12,14, 16,18,21 73:2,6,9,17 75:5,9,12, 16,20 76:4,6,16,21 77:3,6,12,15 78:3 79:13,17 81:9 82:15 85:4,19 86:12,17 89:11,14 90:12,20 91:6 92:17 93:9,10,13,17

Jurkowski's 80:5 83:7 85:14 92:11

**K**

Kimberlynn 4:5,16 34:6 40:5 66:17 72:3 73:9 75:20 77:15 85:4 93:13

kind 11:5 28:16 51:16 59:8

Kindly 76:7

kinds 30:16

knowledge 57:4

Neal R. Gross and Co., Inc.
Washington DC

**L**

label 65:13

labeled 46:22

Labor 12:10 13:4 14:2

Landing 84:20

language 21:12

LDR 7:3

leads 16:2

leave 34:2,3 37:6 66:20 71:19
77:5,14,18 78:16,18 79:5 80:9
90:17,21 91:7,14,19

leaving 6:17

left 27:9

legal 7:20 8:8,10,21 9:1,5,10
10:15 26:21 27:2,3,4,6 74:13

lesson 58:21

letter 53:12 64:20 73:8 76:14
78:14

letters 33:18,21,22 37:2,6,8,11,
17

level 7:5

librarian 86:2

library 58:20 59:3 66:18

lieu 39:5

limit 22:5

lines 32:11 76:5

link 25:12,18,21 83:13

links 25:5,8 88:19,22 89:15,17

litigation 8:17,18 9:6,12,20 10:1
13:1,3

litigations 10:6

Liz 33:19 34:7 35:15

LMER 14:4 19:21 21:20 23:8,15
24:1,10 26:1,10 47:20 48:20 52:15
62:3,9,11 63:15 64:11 71:12 79:3
80:9 88:14,17,18 91:20

LMER's 23:13 61:17

locate 89:15

located 4:9

long 6:2 59:13 60:4

longer 49:7,8

looked 26:19 59:16 92:8

lost 36:13

lot 14:18 84:13

lying 59:5

Lynette 23:15

**M**

made 35:1 38:22 39:4 71:2 80:11,
13,15 91:5,9 92:5,7

mail 73:22 75:21 77:16

mailing 73:20

make 18:14 36:16 51:3 82:4
91:14,18 93:1

management 12:11 13:4 14:2
23:13 80:10

managing 65:4

March 42:7,11 81:16

mark 15:1 19:5 39:13 83:20

marked 21:1 33:7 40:7 52:10
66:11 68:14 73:15 76:2 78:1
84:10

marking 49:15

matter 4:4 25:1 81:10 93:13,21

Mays 84:20

media 29:2 66:18

medication 5:14,18

medium 27:18

meeting 29:7 53:7 80:20

meetings 28:5,11,15 29:1

member 7:3 22:9 24:13,16 25:6
29:21 80:9 83:7 89:19,20 90:2,5

memo 66:8

memory 5:19

mental 5:21 91:10

mention 48:14 89:2

mentioned 91:2

mess 72:12

message 38:6 55:17 56:4,5,6,9

messaging 56:7

met 28:8

Michael 49:4,5

microphone 15:5 18:21 19:14
57:22 65:21 68:3 72:10 75:11

Microsoft 55:16,18

middle 34:18 36:5 85:18

Mike 4:11

mind 51:7 54:3

minute 18:11,14 36:13 67:10

minutes 65:6

misconduct 68:18 76:10 77:20
81:21

missing 57:5,14

Mm-hmm 20:13 22:10 23:16
24:7 25:11 32:9 38:8 40:11,13
41:21 43:1,7 45:19,22 46:19
47:14 53:6 54:18,22 75:9 76:21

moment 12:2 18:12

Monday 55:16

morning 5:8,10 55:3,4

Morris 4:11 83:18

motion 59:6

move 15:4 55:9 67:16 72:6

moves 38:13 57:16 75:5 79:14

Moxley 55:4,15

MSCOTT 20:8 21:20 22:17 23:9,
22 24:5,9 25:2 53:17 54:7,19
55:12 57:1 83:5

multiple 10:6 20:4

Municipal 74:19

**N**

names 66:16

nature 91:9

NBR 42:13

102

**Neal** 4:12

**necessarily** 61:3

**neglect** 17:14

**Negovan** 4:18 18:16,18 39:17,20
46:20 47:5,10 50:2,5,10,13,16
51:3,7,10,13,16 58:1,6,12 68:4
72:11,13,15,17,20,22 77:2,4
83:22 93:18

**Nice** 83:22

**NJ-WOMAN** 26:1

**NOA** 43:10

**NOI** 32:16

**normal** 79:6

**Northfield** 73:19

**Northwest** 4:9

**note** 11:7

**noted** 31:18

**notes** 60:12,14,18,20

**Notice** 33:16 34:1 37:5 68:10
71:22 73:11 75:18 77:4,14 79:4,5
80:8 90:17

**notified** 8:15 30:17

**number** 4:6 24:3 49:15 78:11
89:6,7

**numbers** 42:3

---

**O**

**OAG** 11:3

**object** 11:16 29:4 31:18 41:13,19
57:8 62:20 70:4

**objected** 41:22

**objection** 38:16 46:18 57:19
67:18 72:9 75:8 76:20 79:16
86:13,14

**occurred** 13:14,18 25:14,17
30:21 80:10

**Occurrence** 66:21

**offered** 22:7

**office** 4:7 10:21 12:11 13:5 19:21
27:9 34:11 35:19,22

**one's** 13:3

**one-pager** 72:16,19

**online** 28:11

**ooh** 35:2

**open** 25:5 29:22 72:22

**operate** 27:4,6

**opportunity** 31:18 92:21

**opposing** 18:15 31:10 32:2
39:15 49:17 65:20 68:2 76:22

**original** 57:19 67:18

**originally** 69:8

**outreach** 52:22

**overseeing** 59:9

**oversees** 81:6

**owner** 84:20

---

**P**

**P-R-O-C-E-E-D-I-N-G-S** 4:1

**p.m.** 20:12 23:9 24:1,10 32:12
36:11 53:15 54:8 55:12 93:16,22

**pages** 22:19 53:21

**Par** 42:22

**paragraph** 85:18

**Pardon** 27:5

**parentheses** 45:13,18 53:18
54:9,20 55:13

**parents** 71:4 88:14,16

**part** 11:19 12:12,22 16:7,17 23:1
44:21 45:14 46:2 52:15,20 56:11

**participate** 9:21 10:3

**participated** 28:22 80:21

**party** 31:10 32:2 39:16 49:17
56:22 65:20 68:2 76:22

**past** 83:8

**pdf** 83:19

**Peabody** 24:5 25:2

**pending** 75:18 77:19

**people** 27:17 28:6 29:20 30:17
31:6 70:20,22 86:18

**people's** 30:1

**Peoples** 71:10,11 73:10 74:7

**Peoplesoft** 40:4

**percent** 46:11

**perception** 5:19

**perform** 68:20 81:1

**person** 19:11 27:21 30:3 60:19
88:22 89:3

**personnel** 85:14 86:8 88:5,7,11

**persuasive** 82:10,13

**phone** 15:14 16:6 24:3,22 56:1,8

**phones** 16:10

**physical** 5:21

**pick** 12:17 51:7

**piece** 54:2

**ping** 33:19

**place** 8:20,22 9:10 30:5 59:12
65:12 73:3

**placing** 70:21 78:16,17

**Plaintiff** 4:17 5:5 8:10 10:15
17:10 19:2,9,15 26:16 27:22 28:7
29:3,16 30:9,16 31:9,13 32:1,3
35:16 37:19,22 38:2,13,18,19
39:7,15,22 40:9 43:22 44:2 46:15
48:16 49:10,17 51:19 57:16 60:9,
13 61:1,2,6,22 62:12 65:19,22
67:15 68:1,6 73:4 75:5,14 76:21
77:10 79:13 87:7,12

**Plaintiff's** 8:8 28:1,12 35:17
49:14

**plan** 21:10

**platform** 16:16,21 17:1,7,8

**play** 92:13,14

**playing** 70:18

**point** 6:8,9 25:7 26:10 38:10
40:17

**police** 85:1,4

**policies** 30:17

**policy** 30:14 37:15 60:22 61:11,
19,20 64:2,3,4,5,7,10,13,16 70:1
74:1

103

polite 47:18

portray 71:3

Position 66:18

possibility 9:6

possibly 57:14 85:3

posted 86:18

potential 91:10

preliminary 66:15

prepare 6:19 7:18

prescription 5:15

present 4:14 38:5

preserve 38:15 46:17 67:17

preserves 31:18 57:18 72:8 75:7 76:19 79:15

presumption 38:9

pretending 70:19

pretty 11:22

previous 53:4,10

previously 52:6 53:3

principal 15:8,10,11,13 16:14 17:6 19:21 22:4 23:12 24:5 25:2 26:9,15 27:1,13,16 28:6 29:1,2 33:13 34:17 36:21 52:5 53:1 54:13 55:3 62:18 88:21 89:21

prior 22:7 93:9

privacy 30:15

privilege 8:21 9:11 63:12

privy 27:19

pro 4:16 42:22

problem 46:12 57:9 65:9

process 81:5,7

Processed 43:2

processing 61:10

produced 39:17 61:22

production 10:2 62:1,5

productions 9:22 11:20 12:6 13:10

proper 80:17

property 84:20

proposed 40:20 42:9

provided 26:20

providing 74:17

public 13:2 64:3 70:1 76:8 83:13 85:10 86:5,19

pull 26:14

pulled 32:19

purchase 93:9

pursuant 7:9

purview 15:19 43:15

put 8:17 24:3 45:2 47:9 58:3 67:20 75:13 77:8 78:6 79:14 91:19

putting 91:6,13

---

**Q**

---

question 9:9,10 11:4,6,22 15:1, 18 26:12,22 33:2 34:19 41:6 45:1, 4 46:20 50:17 62:7,17,21 69:6 78:4 86:20 88:4

questions 11:6 16:6,9 18:1 23:18 29:16 43:19 44:5,8,9 65:2,7 79:21 82:15 86:11,15

quick 34:22 35:1 58:2

---

**R**

---

raise 5:1

raised 18:1

range 6:8

re-cross 90:14

reach 88:18

reaching 88:16

read 20:7 21:4,7 22:3 24:19 34:19 36:7,16,17 41:10,16 42:18 43:18 44:4,17 45:14 55:1 70:14 76:5 84:14 85:8,17 86:3 92:20,22 93:4

reading 36:15 41:2 42:2 44:11 84:13

real 58:1

realized 35:7

reason 6:17 43:5 49:22 69:15 70:3

reasons 69:2,3,9,17,18 70:5,8, 13,14 82:16,18

recall 8:3,6,15,19 10:4 16:15 17:16,18 18:4 25:16 26:18 27:16 29:6 35:14 38:3,22 39:9 49:12 59:15,18,20 62:17 63:10 80:19 81:12,18 83:8 88:16,20 91:22 92:1,12

receive 47:20

received 82:9

recitation 67:6

recommendation 66:8

record 4:15 21:6,7 31:7,15,16,17 41:12 65:5 85:14 86:5 90:18 92:20 93:16

records 9:4 83:13

RECROSS-EXAMINATION 90:15

redirect 86:12,16

reenactment 53:19 54:10,21 55:13 70:17,19 71:5

reference 89:8

referenced 37:2

referencing 12:20

referring 20:5 26:1 35:10

reflect 15:2

reflects 56:21

regard 9:20 33:14,20 53:1 62:22 87:5

Regulations 74:19

reintroducing 53:2

related 9:12 10:5 36:19 40:5,9 70:9 83:6

Relations 12:11 13:4 14:3

remain 91:12,16

remember 11:8 29:10 35:12 46:21 59:16 60:4,5,8 89:5,7

remembered 12:18

repeat 54:5

rephrase 87:1

report 6:21 14:12,13 15:2 18:18
32:15 33:14 62:15,16,19 63:16
64:21 65:1 66:3,15,21 67:12
74:18 80:17

reporter 4:3,12,22 19:6,7,8 39:12
46:15 49:15 65:12,18 67:20 72:6
73:2 75:12 76:16 77:7,9 79:13
89:6

reports 63:11

represent 4:15

request 9:22 10:2 12:5 13:9
38:22 47:11 48:15

requests 11:19 39:3 48:5,11

require 61:5 64:11 70:1

required 22:6 37:10 61:1 64:2,3,
4,5 74:1,21

requirement 61:8

reserve 86:13

Resources 43:2

respond 12:12 21:11 41:5 48:11

responded 22:3 30:12 87:22

responding 9:22 10:3,13

response 6:22 11:8 12:4 13:22
47:10 62:8

responses 11:14

result 77:18 86:1

Ret 40:15 42:17

retire 38:20

retired 38:19

retirement 39:3 42:19 43:8,11

review 6:19

reviewed 81:22 88:7,8

Road 73:19

role 12:12,22 43:20 80:4,7 81:5

roles 43:15 70:18

room 58:2

Rottweiler 84:22

rule 61:11

rules 48:5 56:19

---

**S**

save 85:3

scamming 85:20

schedule 53:7

school 13:15 15:12 17:21 34:15
37:19 58:17 64:3 66:16,18,19
70:1 81:17 85:20,22

schools 13:2,22 24:6 25:3 76:8

scroll 84:2,18

section 23:17 36:6 45:22 54:16
55:10

seeking 17:21 30:4

send 20:7 35:15 37:17 56:4

sending 36:8,10

sense 32:10 36:16

separate 78:21 79:2 88:11

Service 46:3

set 43:7

shared 21:12 24:14 88:22 89:2,
18

Sharon 20:16 21:21 23:10 24:2,
10

Shawn 20:18 21:21 23:10 24:2,
11 28:6

shocked 91:17

shoot 70:19

show 18:8,10,11 19:4 50:21 51:4

showing 19:2,9 31:9 32:1 39:15
49:17 65:19 68:1 76:22

shown 83:4

side 50:22 51:1

sign 92:20,22

signatory 80:7

signature 93:22

signed 24:4

similar 70:8 77:1

simultaneous 7:14 14:21 35:5,
18 40:16 47:2 50:18 51:6 57:11
59:21 64:8

sir 89:11

situation 14:1 27:14 91:8

Sixth 4:9

somebody's 9:3

someone's 88:5

speak 8:1,2 25:9,10 27:21 32:17
61:1 88:3

speaking 7:14 10:8 14:21 35:5,
18 40:16 47:2 50:18 51:6 54:13
57:11 59:21 64:8

Specialist 66:18

specific 10:11 22:8 38:3 40:18
41:6 92:10

specifically 15:15 56:21

speculate 71:15,17

spoke 53:3 60:9,13,16,19

spoken 55:15 60:21 61:6,8

Stacy 48:22 49:1,9 52:5,13,15
53:17 54:7,17 55:11,20 57:1

staff 15:20 16:10 20:20 22:1,9
23:11 24:2,11,13,16 25:6,10
29:21 30:6,8,10 89:19,20 90:2,5

stakeholders 29:8 80:20

standard 78:19

standing 59:9

start 19:10 22:15 32:14

started 28:15

starting 41:17

state 70:2

stated 63:10

statement 55:5,7,14 61:7 71:6,
14 89:16

statements 22:5 82:12,20 92:5,7

status 42:22 66:20

steps 23:14

sticker 65:16,17 67:21 73:3
75:13 77:8

**stop** 46:4 50:21 79:18 85:17

**stories** 87:2,5,12,17

**Stover** 20:18 21:21 23:10 24:2,11 28:6

**Street** 4:9

**string** 21:15

**strings** 29:1

**student** 59:8 71:2 92:13

**students** 55:5,7 59:3,5,6 70:16, 18,20,21 71:4 82:12 91:11 92:5,6, 11

**students'** 82:20

**subject** 20:19 21:22 23:11 24:2, 11,15 53:18 54:8,11 55:12

**submitted** 33:14 54:14

**substances** 5:14

**substantiate** 82:8,11

**substantive** 23:18

**sufficient** 82:7

**suitability** 18:2

**supervision** 59:4

**supervisory** 63:1,3

**support** 69:13

**supports** 64:1

**supposed** 36:22 42:2 45:15

**swear** 5:1

**sworn** 5:6

**synonymous** 70:6

**system** 11:12 40:5

---

**T**

**T-Y-N-E-S** 49:6

**taking** 59:12 85:2 93:20

**talked** 26:18 92:13,15

**talking** 9:13 28:15,16 52:21

**teacher** 18:2 55:15

**Teacher's** 7:12

**teachers** 74:21 81:7 83:1 88:18

**team** 13:20,22 14:3 23:8,13 24:13 26:10 29:2 52:15,18 55:18 80:10, 18 92:2

**teams** 7:20 16:16,19,20 17:7,8 29:7 55:16 56:2,3,6

**telling** 44:22

**ten** 83:21

**term** 12:8 69:10

**terminate** 87:6,12

**terminated** 39:7

**termination** 39:5 44:2 64:20 68:10 71:22 81:13

**terms** 74:14

**testified** 5:6

**testify** 5:16

**testimony** 5:22

**text** 8:2 32:17 33:1,4 37:2 38:6 55:17,21 56:1,3,5,6,8

**texted** 16:14

**texting** 17:3

**thing** 37:14 54:3

**things** 13:10 34:22 35:2 39:4 58:11 59:10 65:10 84:14 86:18,22

**thought** 35:8 44:17 69:8

**thread** 19:20 20:5 21:16 26:5,8, 11,19 32:18 33:4 50:17 52:4,6 56:14,21 57:1,5 83:4

**threading** 50:20

**threads** 26:14 51:2 54:2

**Thursday** 24:1,9

**ticket** 58:3

**tie** 34:12

**time** 4:13 12:17 13:20 14:5 19:1 20:11 25:12 26:17 28:1 29:3 34:10 53:14 57:3 91:21 92:11 93:16

**timeline** 81:15

**times** 36:14 49:5

**tired** 69:19

**Title** 74:18

**today** 5:18 8:14

**Today's** 4:12

**Today's** 93:15

**told** 44:16,19 52:13 74:8

**tomorrow** 24:21

**tool** 63:15,16,18 64:17

**top** 20:6 22:15,18 84:18

**township** 85:20

**trains** 70:22

**transaction** 42:13

**transcript** 6:21 92:22

**transport** 70:22

**trial** 31:19

**true** 86:19 87:3

**truthfully** 5:16

**Tuesday** 21:19

**tutoring** 85:21

**Twenty-eight** 50:2

**Tynes** 49:4,6

**type** 14:1 27:13 63:16 80:21

---

**U**

**Uh-huh** 89:22

**unclear** 28:14

**underneath** 43:12

**understand** 13:13 41:14 42:1 44:7,8,10,11 63:13 69:5

**understands** 45:1

**unemployment** 47:21 48:5,11, 15

**Union** 7:12 66:19 74:21

**Union's** 81:7

**unusual** 58:2

**urgent** 24:22

---

**V**

**V(e)** 74:18

**Vandini** 4:20 11:16 29:4 31:15,17
38:15 41:13,19 44:4,7,15,19,22
45:5 46:17 57:8,18 62:20 65:5,14,
16 67:17 70:4 72:8 75:7 76:19
79:15,20 80:1,3 83:18 84:1,3,12
89:10 90:11,13,16 92:21 93:5,6,7

**versus** 10:17 93:13

**video** 58:20 59:2,12,14,17,19
82:14,18 92:1,2

**voluntarily** 39:3

**Voluntary** 43:8,11

**volunteered** 38:20

---
### W
---

**wait** 18:20 36:13 67:9

**waive** 93:2,3

**waived** 93:22

**walk** 58:8

**wanted** 29:20 35:10 41:7 53:7

**Washington** 4:9 7:12 74:21 81:7

**water** 58:13

**Watkins** 13:15 14:1,7 15:11 24:5,
13,16 25:3 28:5,9 37:18 48:21
49:2,11 58:16 60:13 66:18 83:7
89:19,20 90:2,4 91:5

**Wednesday** 85:7

**week** 29:14

**whoever's** 36:8

**winter** 85:1

**word** 12:19 42:18 52:17 64:13

**words** 27:2 32:8,10 42:3 43:7
87:15

**worked** 34:10

**works** 9:18 21:12 49:8

**worries** 58:5 93:5

**wrapping** 65:10

**write** 8:2 55:5

**written** 55:7,14 61:19

**wrote** 21:10

**WTU** 7:10,11 66:19

---
### Y
---

**year** 6:6,7

**York** 6:5,12,13

1

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

+ + + + +

———————————————————— :
                                     :
IN THE MATTER OF:                    :
                                     :
KIMBERLYNN JURKOWSKI,                :
                                     :
            Plaintiff                :
                                     :
       v.                            : Case No.
                                     : 1:23-cv-03788-ACR
DISTRICT OF COLUMBIA,                :
                                     :
            Defendant                :
                                     :
———————————————————— :

                Thursday,
                December 11, 2025

                Washington, D.C.


DEPOSITION OF:

                MARK BOISVERT

called for examination by Counsel for the Defendant,
pursuant to Notice of Subpoena, in the Office of
the Attorney General of the District of Columbia,
located at 400 Sixth Street, NW, Washington, D.C.,
when were present on behalf of the respective
parties:

2

1    APPEARANCES:

2    On Behalf of Plaintiff:

3    KIMBERLYNN JURKOWSKI, pro se
     3540 Crain Highway, Bowie, MD, 20716
4    609-481-8878
     kjurkowski777@gmail.com

5

6    On Behalf of Defendant:

7    ANDREA NEGOVAN, ESQ.
     ANDREW M. VANDINI, ESQ.
8    Civil Litigation Division, Section III
     Office of the Attorney General for the District of
9    Columbia
     400 6th Street, NW
10   Washington, D.C. 20001
     Cell: (202) 957-2849
11   Direct: (202) 727-1038
     andrea.negovan@dc.gov
12   andrew.vandini@dc.gov

13

     Also Present:
14
     LYNETTE DAVIS, DCPS
15

16

17

18

19

20

21

22

4

1          P-R-O-C-E-E-D-I-N-G-S

2                                    (1:10 p.m.)

3          COURT REPORTER:  We are now on the record.

4    Here begins the deposition of Mark Boisvert taken

5    in the matter of Kimberlynn Jurkowski versus the

6    District of Columbia, case number

7    1:23-cv-03788-ACR. We are convened in the Office

8    of the Attorney General in the District of Columbia

9    located at 400 Sixth Street Northwest, Washington,

10   D.C.

11         My name is Mike Morris.  I am the court

12   reporter from Neal R. Gross and Company.  Today's

13   date is December 11th, 2025, and the time is 1:10

14   p.m.  Would all present please introduce yourselves

15   and whom you represent for the record?

16         MS. JURKOWSKI:  Kimberlynn Jurkowski, pro

17   se, plaintiff.

18         MS. NEGOVAN:  Andrea or sometimes Andi

19   Negovan here on behalf of the District.  My

20   co-counsel, Andrew Vandini, will also be here when

21   he gets back from his break.  Before we start, so

22   Ms. Jurkowski, along with your subpoena, you

3

1                           CONTENTS

2    WITNESS              DIRECT  CROSS  REDIRECT  RECROSS

3    Mark Boisvert          6      54

4

     EXHIBIT NO.                               PAGE
5
     Plaintiff
6    1    iPad Investigative Report         22
     2    Emails regarding iPads             34
7    3    Emails between Boisvert and       38
            Berkowitz, Lynette Davis
8    4    Book fair emails                  41
     5    Emails regarding Book Fair        45
9

10

11

12

13

14

15

16

17

18

19

20

21

22

5

1    requested documents.  Mr. Boisvert has searched his

2    emails and produced this stack to us.

3              MS. JURKOWSKI:  Oh, wonderful.

4              MS. NEGOVAN:  Yes.  I have looked through

5    them.  A lot of it, we already produced to you, so

6    there is some duplicate stuff in here, but some of

7    this stuff is new.  It's from --

8              MS. JURKOWSKI:  And I forgot to ask the

9    others.  I appreciate that --

10             MR. BOISVERT:  You're very welcome.

11             MS. JURKOWSKI:  -- Mr. Boisvert.  You are

12   so efficient.  Thank you.  I have a question --

13             MS. NEGOVAN:  Sure.

14             MS. JURKOWSKI:  -- for you, but I guess

15   we're on the record now, right?

16             MS. NEGOVAN:  It's on the record.  You can

17   ask me, yeah.  No?

18             MS. JURKOWSKI:  Never mind.

19             MS. NEGOVAN:  Okay, all right.

20             MS. JURKOWSKI:  It's not going to be

21   relevant for now.

22             MS. NEGOVAN:  Okay.

6

1          MS. JURKOWSKI:  Okay.

2          COURT REPORTER:  I will swear the witness

3     first.

4          MS. JURKOWSKI:  Oh, yes.

5     WHEREUPON,

6                    MARK BOISVERT

7     was called for examination by Counsel or the

8     Plaintiff, having been first duly sworn, assumed

9     the witness stand, was examined and testified as

10    follows:

11    DIRECT EXAMINATION

12          BY MS. JURKOWSKI:

13     Q    Okay, good afternoon, Mr. Boisvert.

14     A    Good afternoon.

15     Q    Yeah.  Okay, so I got to hold on to this

16    because I can't see whether they're standing.

17    Anyway, are you under the influence of any

18    medication, drug, alcohol, illegal substance, or

19    prescription drugs that might impair your judgment

20    or ability to testify truthfully?

21     A    No.

22     Q    Have you taken any medication today that

1   could affect your memory or perception?

2        A    No.

3        Q    Okay, do you have any physical or mental

4   conditions that may affect your testimony?

5        A    No.

6        Q    How long have you been an employee with

7   DCPS?

8        A    Since 2016, August of 2016,

9   August/September.

10       Q    Okay, at which DCPS school?

11       A    I started at DCPS central office before

12  I had transitioned to an assistant principal role

13  at Watkins.

14       Q    So, 2016, you were at central office?

15       A    Correct.

16       Q    And then what year -- yeah, you came after

17  Val.  What year did you come to --

18       A    2018?  2018/2019.  I started midway

19  through that school year, but it was the 2018-2019

20  school year.

21       Q    At -- where?

22       A    At Watkins.

8

1     Q   At Watkins.  I just wanted to be clear.

2  Okay, and where were you employed before 2016?

3     A   The Manchester, New Hampshire School

4  District.

5     Q   Okay, and what were the years for that?

6     A   Gosh, so I left there in 2016.  I started

7  probably in, like, 2007.

8     Q   Okay, thank you for that.

9        (Pause.)

10     Q   Okay, you brought your documents, so what

11  documents did you review to prepare for this

12  deposition?

13     A   I mean, I went through my Outlook inbox

14  at the time that I was at Watkins, so I did review

15  those.

16     Q   Thank you for that.  Who helped you

17  prepare for the deposition today?

18     A   I was prepared by Andi.

19     Q   Did you consult other legal teams outside

20  of DCPS regarding the deposition?

21     A   No.

22     Q   When did you last speak with Jade Fuller?

1          A    I -- the last time I saw Jade Fuller was,

2     I was part of contract negotiations for the CSO and

3     she was representing DCPS and I was representing

4     the union, so we were in negotiations together.

5     That was probably about a year ago, but I have not

6     spoken with her since --

7          Q    Okay.

8          A    -- that I can recall.

9          Q    Thank you for that.  Now, when did you last

10    speak with M. Scott Berkowitz?

11         A    It was probably about two or three weeks

12    ago.

13         Q    Okay.  When were you informed that the

14    plaintiff had legal actions against DCPS for this

15    case?

16         A    I don't recall.

17         Q    Were you informed?

18         A    Probably when I heard, yeah, probably when

19    I had heard from Andi and the team that they were

20    scheduling a deposition.

21         Q    Okay, so you had no instructions or

22    knowledge before, I don't even know when that was,

10

1    before what date?  I'm trying to get a sense.

2         A    I can't recall.  I mean, I'd have to go

3    back to look at sort of the initial email

4    communication that was sent.

5         Q    Were you still at Watkins when you --

6         A    No.

7         Q    -- learned that?

8         A    No.

9         Q    And where are you?  You didn't tell me

10   where you are?  No, you didn't.

11        A    I didn't.  Current --

12        Q    Where are you now?  I -- you're not at

13   Watkins.

14        A    No, I'm not.

15        Q    Okay.

16        A    Currently with DCPS at Amidon-Bowen --

17        Q    DCPS --

18        A    -- Elementary School.

19        Q    -- at Amidon.  As?

20        A    An assistant principal.

21        Q    When did you leave Watkins?  I'm sorry.

22    When did you leave Watkins, Mr. Boisvert?

11

1        A    I believe it was 20 -- okay, hold on.  Give

2    me a second.  I've been at Amidon for the '25-'26,

3    '24-'25, '23-'24, and '22-'23.  That's four years,

4    correct?  So, 2022 is when I left Watkins, which

5    makes four years, 2018 to 2022, yeah.

6        Q    And AVP is a lateral move?

7        A    It was a lateral move, yes, from assistant

8    principal at Watkins to assistant principal at

9    Amidon-Bowen.

10       Q    Amidon, okay.  Was that by choice or were

11   you --

12       A    Mm-hmm.

13       Q    Okay.

14       A    It was by my choice, yes.

15       Q    Okay, thank you for that, Mr. Boisvert.

16            (Pause.)

17       Q    Did you keep the same -- do you have a

18   District-issued phone?

19       A    I do.

20       Q    Mm-hmm.  Did you have a District-issued

21   phone at Watkins?

22       A    I did.

12

1      Q  Mm-hmm.  Did you keep that phone from

2  Watkins?

3      A  I did.  I had that phone from when I left

4  Watkins.  I maintained using that phone when I

5  started at Amidon-Bowen until it started to act

6  slow, and as typical cell phones do, they don't hold

7  battery charges, so Octo replaced that phone.

8      Q  Approximately when did Octo replace the

9  phone?

10     A  I don't recall.  Maybe not this past

11  summer, but the summer prior.

12     Q  So, it was fairly soon --

13     A  2024?

14     Q  -- after you arrived at --

15     A  Maybe --

16     Q  -- Amidon?

17     A  No, it was maybe a year or two later.

18     Q  Okay, you've been at Amidon for --

19     A  Four years.

20     Q  -- four years, oh, I heard that part.

21  Okay, so maybe two years --

22     A  I would --

1           Q    -- into Amidon?

2      A    Yeah, if I had to estimate.

3      Q    Okay, and so the phone was malfunctioning

4  and Octo replaced it just to --

5      A    Yeah, I mean, after a certain amount of

6  time, Octo will replace District employees' cell

7  phones for a newer version, so I had requested sort

8  of the, a new phone.

9      Q    Oh, and you made the request?

10      A    Yes.

11      Q    Okay, and do the District-issued phones

12  have SIM cards in them or --

13      A    I'm not a cell phone expert.

14      Q    Do you, like, get the card and put it in

15  the next phone?  That's what I mean.

16      A    Octo manages sort of the --

17      Q    So, they just managed it?  They just --

18  you just gave them the phone?

19      A    Yeah, they issued me a new phone.  I have

20  the phone.

21      Q    Okay, no problem.  Okay, on your Watkins

22  phone --

1      A    Yeah.

2      Q    -- have you ever received text messages

3  from the Plaintiff?

4      A    Yes, I would think so.

5           (Pause.)

6      Q    Did the Plaintiff -- did you send text

7  messages to the Plaintiff?

8      A    I would think I did.

9      Q    Did anyone text you or talk to you by the

10 District-issued phone regarding the December 7th,

11 no, 17th, '21 incident in the library?

12     A    I can't recall.

13     Q    Did you receive emails regarding the

14 12/17/21 incident at Watkins in the library or any

15 -- whenever, it doesn't have to be just the 17th,

16 but have you received any emails regarding or

17 related to that incident?

18          MS. NEGOVAN:  Objection to form.  You can

19 answer if you understand the question.

20          THE WITNESS: Yeah, I'm not sure I

21 understand the question.

22          MS. JURKOWSKI:  Okay, let me try it again.

1   I'm sorry.  Okay, had you received any emails --

2   well, you have stuff here and I can't look at it

3   yet.  I'm going to have to take a break and look

4   at this.  I -- that's hard.  I'm going to skip that

5   question.  Give me a second because I really do have

6   to look at this.  Sorry, Mr. Boisvert.  Give me a

7   minute here.

8           BY MS. JURKOWSKI:

9      Q   Did the District ever communicate to you

10  that there was a hold for litigation regarding the

11  incident --

12     A   No.

13     Q   -- and the Plaintiff?

14     A   No.

15         (Pause.)

16     A   I'm also not aware -- I don't know what

17  that means, so.

18     Q   Oh, the litigation hold?

19     A   Yeah.

20     Q   Okay, when there's a lawsuit, and in this

21  case, there's a lawsuit, there is some type of hold,

22  meaning text messages, phones, computer emails,

```
1  | lots of things are supposed to be preserved --
2  |       A    Okay.
3  |       Q     -- at that point --
4  |       A    Okay.
5  |       Q    -- when the District is aware of it.
6  |       A    Okay.
7  |       Q    And they are, I believe, supposed to notify
8  | people --
9  |       A    Okay.
10 |       Q    -- about it, but I don't know exactly how
11 | that goes --
12 |       A    Sure.
13 |       Q    -- in D.C., so that is why I'm asking you
14 | about it.
15 |       A    Got it.  I understand now.
16 |       Q    Have you received any communications about
17 | that and --
18 |       A    It's possible, but I can't recall.
19 |       Q    Okay, did anyone ever send you disturbing
20 | information about the Plaintiff, any emails, or text
21 | messages, or articles, or anything about the
22 | Plaintiff?
```

17

1        A    No --

2        Q    Okay.

3        A    -- not that I can recall.

4        Q    Did you ever send any emails, text

5   messages, or articles about the Plaintiff to anyone?

6        A    I don't understand your question.

7        Q    Did you, Mr. Boisvert, ever send someone

8   else a text message or an email about the Plaintiff,

9   which is, with articles or anything about the

10  Plaintiff?

11       A    Yes, like when -- I mean, there --

12       Q    Yeah, well, I --

13       A    There's a stack of emails there --

14       Q    I didn't get a chance to look at it yet

15  --

16       A    -- that we were --

17       Q    -- but I will --

18       A    Okay.

19       Q    -- so, if you want to just reference

20  something there, like who did you send a what, email

21  to or a text message?

22       A    Any work-related communication via email

1    or text messages that may have included the

2    Plaintiff probably did happen, I can say, that would

3    have been a work-related matter.

4         Q    Okay, and where -- were they articles or

5    were they -- and did you get them from somewhere

6    else or someone else?

7         A    What do you mean?  I'm not --

8         Q    Like if some --

9         A    What do you mean by articles?

10        Q    Like if there were articles about the

11   Plaintiff, would you say I may have to stop and look

12   in here?  Because I don't know.  You're saying you

13   did not or did receive articles, disturbing

14   information --

15        A    What do you mean?

16        Q    -- any kind of disturbing information from

17   another staff member who forwarded articles or

18   anything to you is what I'm asking you.  Did you

19   ever get something like that or receive something

20   like that?

21        A    My question, I don't know what articles

22   mean.  Are we --

1       Q    Like --

2       A    News articles?

3       Q    -- news articles --

4       A    Okay.

5       Q    -- or, I don't know.

6       A    Okay, okay, that's why I'm asking.

7  Articles is like a homonym.  It could mean --

8       Q    Yeah, it could be.

9       A    -- a lot of different things.

10      Q    Yeah, you're right, it could be.

11      A    No, not that I can recall.

12      Q    Okay, so no staff member ever sent anything

13  like that to you?

14      A    No, not that I recall.

15      Q    Okay, and you didn't send anything like

16  that to anyone else.  Okay, thank you for that --

17      A    Not that I recall.

18      Q    -- Mr. Boisvert.

19           MS. JURKOWSKI:  Let's see.  Give me a

20  minute, you all.  I'm trying to -- when was the last

21  time you spoke with Elena Bell?

22           THE WITNESS:  Yesterday.

1              BY MS. JURKOWSKI:

2       Q    Okay.

3       A    It was via text message.

4       Q    Is Elena Bell still in D.C.?

5       A    No.

6       Q    Where is Elena Bell?

7       A    Atlanta, Georgia.

8       Q    That's home?

9       A    Yes.

10      Q    I remember.  Thank you for that.

11           (Pause.)

12      Q    Mr. Boisvert, did you ever have any

13 concerns about the Plaintiff or concerns as in file

14 any reports about the Plaintiff?

15      A    I don't understand your question.

16      Q    Did you ever file any investigative

17 reports about the Plaintiff to the District?

18      A    I don't --

19      Q    Like did you have the Plaintiff

20 investigated by the District for any reason?

21      A    So, it's not my determination to

22 investigate employees.

1       Q   Right, it is not, but I'm asking did you

2   file a complaint to the District or --

3       A   So, I think --

4       Q   -- LMER?

5       A   Progressive discipline is sort of how it's

6   categorized in DCPS, and so, yes, as an assistant

7   principal, progressive discipline was issued to the

8   Plaintiff --

9       Q   When --

10      A   -- by me.

11      Q   -- was the progressive discipline issued

12  to the plaintiff?   I can check that too if you need

13  me to.

14      A   Yeah, I'd have to look at the exact date.

15      Q   Okay, we'll come back to it then, and what

16  was the reason for the progressive discipline?

17      A   The reason for the progressive discipline

18  was because of missing technology that was

19  school-based technology.

20      Q   What was that?

21      A   iPads.

22      Q   Okay, thank you, Mr. Boisvert, for that.

1    Give me a second.

2              (Pause.)

3              MS. JURKOWSKI:  Okay, Mike, Mr. Reporter,

4    may you mark that for Exhibit 1 for Boisvert?  Thank

5    you.

6              (Whereupon, the above-referred to

7    document was marked as Boisvert Exhibit No. 1 for

8    identification.)

9              (Pause.)

10             MS. JURKOWSKI:  Thank you, okay.

11             MS. NEGOVAN:  You can show it to me.

12             MS. JURKOWSKI:  I'm going to reach across.

13    That's okay, Andrew.  You stay right there.  I'm

14    going to -- can I put these in my section just to

15    --

16             (Simultaneous speaking.)

17             MS. NEGOVAN:  Yeah, yeah, however you want

18    to keep them.  They're yours now.

19             MS. JURKOWSKI:  -- but I can't -- my brain

20    isn't going to let me do it right now.

21             MS. NEGOVAN:  Do you want to --

22             MS. JURKOWSKI:  Okay, Plaintiff is

1    handing, showing Defendant a copy of Exhibit 1,

2    Boisvert, and I have to stand up a little bit.  I'm

3    so sorry, so I can pull up the pages for you?

4                MS. NEGOVAN:  Mm-hmm.

5                MS. JURKOWSKI:  Okay, tell me when.

6                MS. NEGOVAN:  Go ahead, yeah.  So, is this

7    the -- this is the iPad investigative report?

8                MS. JURKOWSKI:  It is.

9                MS. NEGOVAN:  Okay, yeah.

10               MS. JURKOWSKI:  Yeah.

11               MS. NEGOVAN:  As long as it's -- it looks

12   like --

13               MS. JURKOWSKI:  Should I keep going?

14               MS. NEGOVAN:  Yeah, I just show me --

15               MS. JURKOWSKI:  I know you're not going

16   to read all of it.

17               MS. NEGOVAN:  I just want to make sure all

18   of the pages are there.

19               MS. JURKOWSKI:  Okay, and this is another

20   part --

21               MS. NEGOVAN:  I think that that's --

22               MS. JURKOWSKI:  -- of the same one?  Did

24

1    I double up?

2              MS. NEGOVAN:  Yeah.

3              MS. JURKOWSKI:  I am terrible today.

4    This is -- it is, I think.

5              MS. NEGOVAN:  I think that's the end of

6    it, yeah.

7              (Simultaneous speaking.)

8              MS. JURKOWSKI:  It's very short.

9              MS. NEGOVAN:  Yes.

10             MS. JURKOWSKI:  Okay?

11             MS. NEGOVAN:  Yep.

12             MS. JURKOWSKI:  All right, all right.

13   Now, Mr. Boisvert, you filed the complaint?

14             THE WITNESS:  It was not a complaint.  It

15   was progressive discipline through LMER.

16             BY MS. JURKOWSKI:

17   Q    Okay.

18   A    We don't qualify or classify that as

19   complaints.

20   Q    Okay, who is we, Mr. Boisvert?

21   A    DCPS.

22   Q    They don't do that?

1            D.C. Public Schools don't file, not

2    that I'm aware of, file complaints against

3    employees.  The process for progressive discipline

4    of an employee if there is a wrong-doing is to go

5    through the process of a warning, a written warning,

6    and so on, so that was the process that I had followed

7    --

8        Q    Okay, Mr. Boisvert.

9        A    -- the progressive discipline process as

10   outlined to LMER, but to my knowledge, they don't

11   use the terminology complaint.  That's why.

12            MS. JURKOWSKI:  All right, thank you for

13   that, Mr. Boisvert.  The plaintiff is handing

14   Witness Boisvert a copy of the -- well, no, you're

15   going to tell me, Exhibit 1 for Boisvert --

16            THE WITNESS:  Mm-hmm.

17            MS. JURKOWSKI:  -- to look at.

18            BY MS. JURKOWSKI:

19       Q    Mr. Boisvert, what is that?

20       A    I don't think I've ever seen this document.

21       Q    If you -- I'm sorry, Mr. Boisvert, I know

22   you're looking through it, but if you go to the front

1    -- no, no, go ahead and look through it.  I'll just

2    --

3         A    Okay.

4         Q    -- wait for you, Mr. Boisvert.  I don't

5    mind.

6         A    Well, it looks like a memorandum --

7              MS. JURKOWSKI:  Mm-hmm, should we -- is

8    that okay?

9              THE WITNESS:  -- from Investigator Carrey

10   to Michael Tynes, Director, Investigation Division,

11   DCPS Office of Talent and Culture.  That's what it

12   looks like.  I mean, that's what it says.

13             BY MS. JURKOWSKI:

14        Q    Okay, continue if you don't mind reading

15   a little bit more for that front page part?

16        A    Kimberlynn Jurkowski is the subject.  The

17   complainant --

18        Q    What is her title?

19        A    Oh, specialist, library and media.  It's

20   listed as the Complainant, M. Scott Berkowitz,

21   Principal of Peabody and Watkins, witnesses,

22   myself, Mark Boisvert, Assistant Principal of

1    Watkins, and Dr. Kevin Washburn, Director of Library

2    for DCPS.  The date of the report is Wednesday,

3    October 27th, 2021.

4        Q    Okay, let's look at the next page.  Mr.

5    Boisvert, have you ever seen this report?

6        A    No.

7        Q    Okay, well, scan through and see if you're

8    familiar with any of the material in there.  What

9    was the date of this according to the report?

10        A    I see two dates.  There's one listed at

11    the top of the document dated November 12th, 2021,

12    and the date, there's another date that's labeled

13    date of report, October 27th, 2021.

14        Q    Okay.

15        A    Those are the two dates I see.

16        Q    Okay, on that next page, Mr. Boisvert, do

17    you see where it says regulations -- well, no, you

18    said the date and occurrence.  Didn't you tell me

19    that or you didn't?  Tell it to me again based on

20    -- well, no, no.  No, no, Mr. Boisvert, I'm sorry,

21    there on the report page, it says something at the

22    top, location.  Where was that?

1  A Oh, date and time of occurrence?

2  Q Location of occurrence, Mr. Boisvert?

3  A Watkins Elementary School.

4  Q And where is that?  Oh.

5  A That's a typo.

6  Q They really got that wrong.

7   A That's not the address of Watkins

8 Elementary School.

9  Q What address is there, Mr. Boisvert?

10  A 1830 Constitution Avenue, Northeast.

11  Q Okay, so is that accurate?

12  A No.

13  Q Okay, what is the actual address of

14 Watkins, if you remember it?

15  A 420 --

16  Q Twelfth?

17  A 12th Street, Southeast.

18  Q Yeah, you're right.  Okay, and the date

19 of, date and -- can you continue to read a little

20 bit for me here, Mr. Boisvert?

21  A Date and time of occurrence, Tuesday,

22 September 21st, 2021 at 9:00 a.m.

```
1        Q    Regulations?

2        A    DCMR Title 5 --

3        Q    Oh, I'm sorry, I meant to ask you could

4   you just --

5        A    Oh.

6        Q    -- read what that said and then --

7        A    Oh.

8        Q    -- tell me what it is?

9        A    Read the text?

10       Q    Well, it -- the little title first?

11       A    Okay, that's what I thought I was -- okay.

12       Q    Mm-hmm.

13       A    DCMR, Title 5: Sections E1 401.2 --

14       Q    But Mr. Boisvert, I'm sorry, it's me and

15  my communication right now.  I do apologize.

16       A    Okay.

17       Q    I'm asking you to read the exact two words

18  that are underlined and then tell me what the other

19  detail is?

20       A    Okay.

21       Q    Do you see the two words?

22       A    Regulations --
```

1      Q    Yes, and --

2      A    -- violations.

3      Q    Thank you, Mr. Boisvert.

4      A    Okay.

5      Q    Mm-hmm.

6      A    Continue?

7      Q    Please.

8      A    Okay, DCMR Title 5: Sections E1 401.2(j)

9   willful disobedience.  Theft of DCPS six iPads is

10  unsubstantiated because there wasn't enough

11  evidence to support that Kimberlynn Jurkowski lost,

12  stole, or misplaced six Watkins Elementary School

13  iPads.

14     Q    Okay, mm-hmm, and the second, I don't know,

15  the charge or whatever they are, I don't know what

16  it is, violation?

17          A    Regulation violated --

18     Q    Yeah.

19     A    -- I would think.

20     Q    Go right ahead.

21     A    DCMR Title 5: Section 1401.2(I) dishonesty

22  is unsubstantiated because there is no evidence that

1   Kimberlynn Jurkowski was untruthful about the

2   location of the six iPads assigned to Watkins

3   Elementary School library.  Ms. Jurkowski stated

4   that she misspoke in her Wednesday, September 22nd,

5   2021 and Monday, September 28th, 2021 when she said

6   the iPads were off campus and would return them.

7        Q   Okay, I won't put you through reading it

8   all, but I guess you can get a sense of the scanning

9   and the different details in looking at the document

10  --

11       A   Mm-hmm.

12       Q   -- Mr. Boisvert.

13       A   Mm-hmm.

14       Q   So, again, what exactly is this?

15       A   It looks like this is the memorandum report

16  that was issued, that was provided about the

17  investigation.

18       Q   Okay, well, the investigation into what?

19       A   The iPads that were missing.

20       Q   Thank you, Mr. Boisvert.  Okay, do you

21  think that that's a fair and accurate copy of

22  whatever the report is supposed to be showing us?

1         A   I'm not --

2                 MS. NEGOVAN:  Objection, he has never --

3         he's testified he never saw the report, so.

4                 MS. JURKOWSKI:  Yes, I understand that.

5          But I guess, did you know you were a witness on

6         this, on such a report?

7                 THE WITNESS:  I provided -- I was

8         questioned by an, I do recall, Investigator Carrey

9         had asked me questions and I had provided sort of

10        my information, but I was never privy to this report,

11        so I —

12                BY MS. JURKOWSKI:

13        Q   Okay, yeah, but like I said, and thank you

14        for that, Mr. Boisvert, but my question is, were

15        you aware that your name is a witness on this report,

16        on such a report?

17        A   I don't know.  I would assume that it would

18        be part of the report, but I, again, I didn't see

19        it until now.

20        Q   Okay, thank you for that, Mr. Boisvert,

21        and I'll just take that back.

22        A   Sure.

1      Q    Thank you so much.

2      A    You're welcome.

3           MS. JURKOWSKI:  Okay, Mr. Court Reporter,

4      may you enter -- I showed it to you, right?

5           MS. NEGOVAN:  Yeah, you did.

6           MS. JURKOWSKI:  The Plaintiff moves to

7      enter Exhibit 1, Boisvert, into evidence, okay.

8           MS. NEGOVAN:  So, the District objects,

9      will preserve any objections to the actual

10     introduction of this exhibit as evidence in, for

11     the purposes of a motion for summary judgment or

12     at trial.  It's just an exhibit at the deposition.

13          MS. JURKOWSKI:  Okay, thank you for that.

14          (Pause.)

15          BY MS. JURKOWSKI:

16     Q    Mr. Boisvert, did you ever participate in

17     any conversations through email or meetings

18     regarding the iPads investigation or the Plaintiff

19     regarding the iPad investigation?

20     A    Yes.

21     Q    And who would that have been with?

22     A    I would say as the progressive discipline

34

1    was issued, conversations about that progressive

2    discipline were had with Investigator Carrey, LMER,

3    Watkins School administration, as well as the

4    Plaintiff.

5            MS. JURKOWSKI:  Okay, thank you for that,

6    Mr. Boisvert.  Plaintiff is showing, handing --

7            MS. NEGOVAN:  It's all right.

8            MS. JURKOWSKI:  -- opposing --

9            (Pause.)

10           MS. NEGOVAN:  Okay, thank you.

11           MS. JURKOWSKI:  Okay, Mr. Court Reporter,

12   may you put a sticker on the Exhibit 2 for Boisvert?

13    Thank you.

14           (Whereupon, the above-referred to

15   document was marked as Boisvert Exhibit No. 2 for

16   identification.)

17           MS. JURKOWSKI:  Okay, Plaintiff is now

18   handing a copy of Exhibit 2 for Boisvert to the

19   witness Boisvert.

20           THE WITNESS:  Sure.

21           BY MS. JURKOWSKI:

22       Q   What is that, Mr. Boisvert?

1        A    It looks like an email from Shawn Stover.

2        Q    Who is Shawn Stover, Mr. Boisvert?

3        A    He is the instructional superintendent.

4        Q    What does that mean, Mr. Boisvert,

5    instructional superintendent at Watkins?

6        A    He was the instructional superintendent

7    of Cluster IV schools, which Watkins is a part of.

8        Q    Have you ever seen this email before, Mr.

9    Boisvert?

10       A    It looks like I'm cc'd, but I don't recall.

11       Q    Okay, would you please start at the top

12   and read the from and, you know, the little details

13   there?

14       A    Subject is MakerSpace iPads, six, and

15   codes.

16       Q    I do apologize, Mr. Boisvert, at the top

17   where it says from and --

18       A    Okay.

19       Q    -- I won't know --

20       A    Sure, from Stover, Shawn, DCPS email

21   shawn.stover@k12.dc.gov, sent 10/27/2021, time

22   3:06:48 p.m., to Berkowitz, M. Scott, DCPS,

36

1    mscott.berkowitz@k12.dc.gov, CC Boisvert, Mark,

2    DCPS, mark.boisvert@k12.dc.gov, subject regarding

3    MakerSpace iPads, six, and codes.

4        Q   Okay, and I guess I, I don't want to keep

5    going.  I just wanted to get a sense of do you

6    recognize this document --

7        A   May I have a minute to look at it?

8        Q   -- or what it's about?  Yes, sir.

9            (Pause.)

10       A   I don't remember this document or this

11   email exchange.

12       Q   Okay, but you -- your name is there --

13       A   Mm-hmm.

14       Q   -- correct?  And you recognize some of the

15   people in that, people's names in the details?

16       A   I recognize Shawn Stover, I recognize M.

17   Scott Berkowitz.  I don't know Aimee Peoples, but

18   it looks like LMER.

19           MS. JURKOWSKI:  Okay, thank you, Mr.

20   Boisvert.  Okay, thank you.  Mr. Court Reporter,

21   may -- the plaintiff moves to enter Exhibit 2

22   Boisvert into evidence.  Thank you.

1          MS. NEGOVAN:  The District renews its

2    objection, same as Exhibit 1.

3          (Pause.)

4          MS. JURKOWSKI:  Plaintiff is showing --

5          MS. NEGOVAN:  You can just say Andi at this

6    point.

7          MS. JURKOWSKI:  -- Andi --

8          MS. NEGOVAN:  Yes, that's all you have to

9    say, yeah.

10          MS. JURKOWSKI:  Okay, tell me when.  I

11    know this is tiny, tiny.

12          MS. NEGOVAN:  Yeah.

13          MS. JURKOWSKI:  I don't know why.

14          MS. NEGOVAN:  I'm sorry, I can -- you can

15    flip.

16          MS. JURKOWSKI:  Oh, that's the same.  Is

17    that the same?  No, yes, no, all right.  It's four

18    pages, okay?  Again?

19          (Simultaneous speaking.)

20          MS. JURKOWSKI:  Okay, Mr. Court Reporter,

21    a sticker please for Exhibit -- what exhibit are

22    we on, four, for Boisvert?

```
 1              (Whereupon, the above-referred to
 2     document was marked as Plaintiff Exhibit No. 3 for
 3     identification.)
 4              MS. JURKOWSKI:  Okay, plaintiff is
 5     handing a copy of the Exhibit 3 to the witness,
 6     Boisvert.
 7              THE WITNESS:  I don't have readers, but
 8     I will try my best.
 9              MS. JURKOWSKI:  I'm so sad that's very
10     tiny type, isn't it?  I couldn't find larger.  I
11     know, sorry, you all, I am.  Okay.
12              (Pause.)
13              BY MS. JURKOWSKI:
14     Q    Do you -- what is that, Mr. Boisvert?
15     A    An email exchange.
16     Q    Okay, from?  From who?
17     A    Well, it looks like the beginning of the
18     document, of the email, and I don't know if this
19     is the first email or not, but the beginning of this
20     document, the email looks to be from me to Berkowitz,
21     Principal Berkowitz and Lynette Davis.
22     Q    And who is Lynette Davis?
```

1      A    Specialist with LMER.

2      Q    What kind of specialist?

3      A    It says sexual harassment and CSO, WTEO.

4      Q    Okay, and what is the date of this

5  document, Mr. Boisvert?

6      A    Wednesday, January 19, 2022.

7      Q    Okay, and what else is there?

8      A    A series of attachments that I don't think

9  are included in what --

10     Q    All right.

11     A    -- you've handed me, but --

12     Q    No.

13     A    -- there is attachments.

14     Q    And please continue to read a little to

15  me?

16     A    Sure, the text of the email at the top of

17  the page says Hello, Ms. Davis, please see the

18  attached emails that document the following

19  information, bullet, well, first bullet, Ms.

20  Jurkowski's request to not participate in the book

21  fair, and the second bullet, my email outlining the

22  expectations of Co-Chairs Bloom and Jurkowski, and

1  the third bullet, Ms. Jurkowski did not attend any

2  of the book fair dates/times in person.  Thank you,

3  Mark Boisvert.

4      Q  Okay, thank you for that.  Now, were you

5  able to scan the rest of the document?

6      A  No.

7          MS. JURKOWSKI:  Does -- okay, why don't

8  we take a few minutes?  Thank you for that.

9          (Pause.)

10          BY MS. JURKOWSKI:

11      Q  Okay, Mr. Boisvert, do you feel that that

12  is a fair and accurate copy of some email regarding

13  what exactly if you had to give me a sum-up of what

14  this was about?

15      A  I don't know.  I'm a little confused by

16  the email exchange because the subject there looks

17  to be communication about J. Bell complaint

18  follow-up and the book fair.

19      Q  Okay.

20      A  So, the only email that I'm aware of is

21  the very first one and second.  It doesn't look like

22  I'm included in any of the other ones, so I'm not

1   -- I'm seeing those for the first time now.

2            MS. JURKOWSKI:  Okay, well, thank you, Mr.

3   Boisvert.  I'll take that one back.  Thank you so

4   much for that.  The plaintiff moves Exhibit 3 for

5   Boisvert into evidence.

6            MS. NEGOVAN:  Same objection as Exhibits

7   1 and 2.

8            MS. JURKOWSKI:  The plaintiff is showing

9   -- just give me a second.  I'm sorry, the plaintiff

10  is handing the exhibit for Exhibit 4

11  for Boisvert to the court reporter.

12            (Whereupon, the document referred to was

13  marked as Exhibit No. 4 for identification.)

14            BY MS. JURKOWSKI:

15     Q   Okay.  The plaintiff is now showing the

16  defendant and opposing party Exhibit 4 for Boisvert.

17   Tell me when.

18            The plaintiff is handing a copy of the

19  Exhibit 4 to the witness, Boisvert.  What is that,

20  Mr. Boisvert?

21     A   It looks like a text of several emails.

22     Q   Start at the top and give me a sense of

42

 1   --

 2       A    Sure.  First email, looks like it's from

 3   Boisvert, Mark, sent on June 1st, 2021.  To

 4   Jurkowski, Kimberlynn, cc to M. Scott Berkowitz,

 5   Joy Hollis, Susan Bloom, Kimberlynn Jurkowski.

 6            And the subject is regarding in-person

 7   book fair for Peabody and Watkins.  The text of the

 8   email says, "Hi, Ms. Jurkowski.  Ms. Bloom will be

 9   the new point of contact for the book fair, given

10   what you shared last week.  This was communicated

11   to Scholastic by me.  What do you want your role

12   and responsibilities to be in this upcoming book

13   fair?  Thank you, Mark B."

14       Q    Okay, yeah, you don't have to read all of

15   it.  You can scan it.  Just tell me if you recognize

16   this and --

17       A    Okay.

18       Q    Okay.  So basically, do you recognize any

19   of this, Mr. Boisvert?

20       A    Yeah, it seems familiar.  It seems similar

21   to what I've provided in the ones that I've printed.

22    It might be the same.

1    Q   Okay.  And what is it basically, Mr.
2    Boisvert?
3    A   It looks like communication regarding the
4    book fair and the responsibilities.
5    Q   And who is the contact person for the book
6    fair, Mr. Boisvert, the Watkins Peabody book fair?
7    A   I believe it was you and Susan Bloom were
8    some of the contacts, were two of the contacts for
9    the Peabody-Watkins book fair.  Because you were
10   on the emails.  Is that what you're asking?
11   Q   Well, if you look on that front page, which
12   I think you may have done that already, and you just
13   go down to where it says, hi, Ms. Jurkowski, and
14   that first two or three sentences before you said
15   Mark B.  May you reread that for me?
16   A   Sure.  Ms. Bloom will be the new point of
17   contact for the book fair, given what you shared
18   last week.  This was communicated to Scholastic by
19   me.  What do you want your role and responsibilities
20   to be in this upcoming book fair?
21   Q   Okay.  Would you say that that's a fair
22   and accurate copy of the details regarding the book

1  fair?

2      A    I mean, I don't recall all the details of

3  the book fair, but this is an accurate email by me,

4  so I think what I communicated.

5      Q    Okay.   Thank you for that, Mr. Boisvert.

6

7      A    Sure.

8      Q    Plaintiff moves Exhibit 4, Boisvert, into

9  evidence.

10          (Whereupon, the document marked as Exhibit

11  No. 4 for identification was received into

12  evidence.)

13          MS. NEGOVAN:   Same objection as Exhibit

14  2 and 3.

15          BY MS. JURKOWSKI:

16      Q    Okay.   Mr. Boisvert, was the plaintiff

17  supposed to be at the book fair running it as a

18  co-chair, or what was the situation there?

19      A    I mean, I'm not sure I understand your

20  question.

21      Q    Okay.   Who was actually supposed to attend

22  -- run and attend the book fair at Watkins, which

1   is where Peabody was for that season, Ms. Bloom or

2   the plaintiff?

3       A    I would say it was the responsibility of

4   both Ms. Bloom and the plaintiff.  But for the last

5   email that you had shown me, I don't know if that

6   sort of came to fruition.

7           MS. JURKOWSKI:  All right.  Okay.  I'm

8   sorry. Excuse me, Mr. Court Reporter.  May you mark

9   Exhibit -- are we on 5?

10          THE COURT REPORTER:  Yes.

11          MS. JURKOWSKI:  For Boisvert?  Thank you,

12  sir.  I want to get some work done.  Okay.  Tell

13  me when to turn.

14          MS. NEGOVAN:  Go ahead and turn.

15          (Whereupon, the document referred to was

16  marked as Exhibit No. 5 for identification.)

17          MS. JURKOWSKI:  And I don't think anything

18  else is back here.  Thank you.  Okay.

19          The plaintiff is handing a copy of Exhibit

20  5, Boisvert, to the witness, Boisvert.

21          BY MS. JURKOWSKI:

22      Q    Look at that, Mr. Boisvert, and tell me

```
 1   what that is.  What is that, basically, Mr.
 2   Boisvert?
 3        A   An exchange of emails.
 4        Q   Regarding?
 5        A   The book fair.
 6        Q   Okay.  And if you can look on page 1, and
 7   just the last entry there from -- it's like near
 8   the bottom middle.  See the middle?
 9   It says from who?
10        A   Boisvert, Mark.  Sent on Thursday, June
11   10th, 2021, to Jurkowski, Kimberlynn, and Bloom,
12   Susan.
13        Q   Okay.  That's fine.  And I do apologize
14   for feeling a little -- I'm trying here.  Would you
15   please just read the last section where it says
16   Peabody Bloom?
17        A   Peabody Bloom.  Be present during the book
18   fair times to support volunteers in book purchases.
19    Ms. Jurkowski, are you planning on being present
20   during any of the remaining book fair times?  If
21   so, please let me know.
22        Q   Okay.  Mr. Boisvert, does it sound like
```

1    the plaintiff was at the book fair supporting and

2    helping with purchases?

3         A    I don't recall.

4         Q    I mean, based on this statement, Mr.

5    Boisvert, does it look or sound like what you just

6    read, that the plaintiff was doing what Bloom,

7    Peabody Bloom, was doing for the book fair?

8         A    Be present during the book fair.  I think

9    I'm communicating the expectation to be present

10   during book fair times.

11        Q    Yes.

12        A    To support volunteers in book purchases.

13        Q    True.  And then the second statement.

14        A    Are you planning on being -- it seems like

15   I'm asking a question.

16        Q    Yes.  But in addition to asking the

17   question, you also asked Ms. Jurkowski, the

18   plaintiff, to do something, which was what?

19        A    Please let me know if you're planning on

20   being present during the remaining book fair times.

21        Q    Right.  And the plaintiff realized she

22   wasn't allowed to go to the book fair without

1   permission, but the other librarian, who was from

2   Peabody, was actually running the book fair that

3   normally the plaintiff would have been running at

4   her school.  I'm just giving a little recap because

5   it's been a while.

6            MS. NEGOVAN:  Objection to the narrative.

7

8            MS. JURKOWSKI:  Okay, yes.  Okay.

9            BY MS. JURKOWSKI:

10       Q    So, just trying to -- let's see.  Okay.

11   Turn it over, Mr. Boisvert.  I hope we have some

12   stuff back there.

13       A    Going back?

14       Q    This part, I think.  Near the bottom,

15   there's a little section on Watkins-Jurkowski and

16   then a little section on Peabody Bloom.

17       A    Correct.

18       Q    May you read the Watkins-Jurkowski little

19   paragraph, please?

20       A    Sure.  Watkins-Jurkowski.  Promote the

21   book fair with all Watkins students and families,

22   including messages on Canvas and email and

1  distributing hard copy flyers to IPL students.  Do

2  you have the hard copy flyers?

3          Posters for the book fair can be displayed

4  in and outside the school.  I would like for us to

5  use the same flyer to promote the event in addition

6  to the book fair flyer that Scholastic provides.

7  I will share with you tomorrow.

8          Do you have the URL link for families to

9  purchase books online?  I'd like to include that

10 on the flyer.  Communicate with PTA to have the book

11 fair advertised on Watkins listserv.  Develop and

12 distribute book fair incentives for students to earn

13 in library class.

14     Q   Okay.  Thank you for that, Mr. Boisvert.

15  Now, will you -- when you get a chance.  I know

16 you probably need a little break.

17 Let me know.

18     A   Okay.  Go ahead.

19     Q   Will you please read the little paragraph

20 for Peabody Bloom?

21     A   Sure.  Promote the book fair with all

22 Peabody students and families, including messages

50

1    on Canvas, email and distributing hard copy flyers

2    to IPL students.  That means in-person learning.

3    I just remembered that.

4              Posters for the book fair can be displayed

5    in and outside the school.  I would like for us to

6    use the same flyer to promote the event in addition

7    to the book fair flyer that Scholastic provides.

8    I will share with you tomorrow.

9              Communicate with PTA to have the book fair

10   advertised on Peabody's listserv.  Communicate

11   with Zach Lowe to have the book fair advertised on

12   PTA Twitter and website.  Be present during the book

13   fair times to support volunteers and book purchases.

14        Q   Mr. Boisvert, thank you for that.  Did you

15   notice that Peabody Bloom is to be present during

16   the book fair times?  And if you look up at the

17   Watkins-Jurkowski or plaintiffs, is that statement

18   added there as well to be present during the book

19   fair times?

20        A   I'm not sure I understand your question.

21        Q   Okay.  Was the plaintiff also asked to be

22   present at the book fair just as the Peabody Bloom

1    was?  There's a statement that says be present

2    during the book fair times to support volunteers

3    and purchases.  But for the Watkins- Jurkowski,

4    that statement is missing.  It's not there.

5              MS. NEGOVAN:  Objection to the form.  You

6    can answer if you understand.

7              BY MS. JURKOWSKI:

8        Q    Is that statement missing from the

9    Watkins-Jurkowski section?  The statement of -- the

10   last statement?

11       A    So, we're referencing an email from June

12   2nd, right?

13       Q    We are.

14       A    Where I read for Watkins-Jurkowski and

15   Peabody Bloom, neither of those sections have any

16   mention about being present for the book fair.

17   Because this was prior to the book fair beginning,

18   so I don't know if that expectation was communicated

19   on June 2nd in this email.

20       Q    Okay, I understand what you just said, but

21   I am asking you another question here.

22       A    Okay.

1      Q    And that question is, if I were comparing

2    the Peabody Bloom little paragraph and comparing

3    the Watkins-Jurkowski paragraph, which is

4    supposedly expectations, which is what this is

5    about.  Did you include, or was it understood that

6    both were to be present during the book fair?

7            If I were to read these two, or you were

8    to read these two, and that you didn't do it, you

9    know, somebody else did.  But you're reading that,

10    and would a person know that both of these people

11    were to be present at the book fair is what I'm asking

12    you.

13            MS. NEGOVAN:  Objection to form.

14    You can answer if you understand.

15      A    I'm not sure I still understand, because

16    this email on June 2nd was outlining the

17    communications prior to the start of the book fair.

18     So this was sort of in preparation.

19      Q    Okay.

20      A    And I don't know if there is following

21    email communication that outlines sort of like a

22    schedule for the book fair.  But all of these

1  expectations that are outlined on page two, none

2  of them reference anything sort of while the book

3  fair is sort of set up.  This is all like preparing

4  for the book fair.

5      Q   Okay.  That's fine.  Thank you, Mr.

6  Boisvert.  I'll take that one.  And do you think

7  that's a fair and accurate copy of some emails

8  related to the book fair and what was going on then?

9      A   I think this -- I mean, yeah, they seem

10  to be emails.

11      Q   Thank you very much, Mr. Boisvert.  Okay,

12  the plaintiff moves to evidence for Exhibit 5,

13  Boisvert.

14          MS. NEGOVAN:  Same objection as Exhibits

15  1 through 4.  And Ms. Jurkowski, I did let you know

16  that I wanted about half an hour with Mr. Boisvert.

17          MS. JURKOWSKI:  Well, I'm going to do my

18  best to get through this, and I promise I will try

19  my best.

20          MS. NEGOVAN:  Around 2:30 I'm going to ask

21  that --

22          MS. JURKOWSKI:  Well, I'm going to try my

54

1    best.

2            MS. NEGOVAN:  Can I see Exhibit 4?  Thank

3    you so much.

4            MS. JURKOWSKI:  I'm going to stop there.

5    Mr. Boisvert, you guys can do your thing.

6            MS. NEGOVAN:  Can I please have Exhibit

7    1?

8        CROSS-EXAMINATION

9            BY MS. NEGOVAN:

10       Q    You're good to keep going?

11       A    Yes, I'm good to keep going.

12       Q    Good.  All right, you were asked about an

13   investigation involving some missing iPads?

14       A    Correct.

15       Q    So, why did you report your iPads as

16   missing?

17       A    Sure.  From what I recall, I reported the

18   iPads missing because that was what was communicated

19   to me from Ms. Jurkowski that the iPads were in her

20   possession and had not been returned to the school.

21    That's why they were missing.

22       Q    Could you turn to the second page? It's

1    in the -- so, it's under investigation, the third

2    paragraph.

3        A    Yep.

4        Q    Can you just review that?

5        A    Sure.  Read it or just review it?

6        Q    Just review it for a second.

7        A    Mm-hmm.  Yes.

8        Q    So, why did you think that Ms.  Jurkowski

9    might be involved with these missing iPads?

10        A    So, at first, it was communicated that she

11    had taken them off of school property.  That was

12    the response that she provided when asked.  After

13    a few weeks and several different communications

14    in person and in writing, asking for them to be

15    returned, it kept -- the request kept on being met

16    with delay.

17            And then, it looks like it's stated here,

18    then she claimed that she didn't, in fact, have them

19    or take them off property.  That she had given them

20    to me in the spring of 2020.

21        Q    Did you have these iPads at any point?

22        A    No.

56

1       Q   Would you have been the person to have

2   control of those iPads?

3       A   No.  I was never -- I never served as the

4   technology POC or coordinator at Watkins.

5       Q   Do you know if there's any rules about

6   taking school property off campus?

7       A   I know that every teacher is issued a

8   personal device for themselves that is provided to

9   them by the WTU.  So, every ET15 does get a personal

10  laptop.

11          As far as taking student devices, it's my

12  understanding that's not permitted, that those are

13  to stay on school property.  There wouldn't be --

14  I can't think of a justifiable reason that student

15  technology would be needed to be taken outside of

16  the school.

17      Q   Do you know if anyone ever found the six

18  iPads?

19      A   No.

20      Q   So, to sum up, you thought she had the iPads

21  because she had told you she had them?

22      A   That's correct.

1    Q    And when you asked for them from her, she

2    didn't give you them?

3    A    Correct.

4    Q    And so you reported missing school

5    property?

6    A    Correct.

7    Q    I'm going to show you Exhibit 4 now.  I'm

8    going to turn to the second page.

9    A    Okay.

10   Q    Ms. Jurkowski asked you about the Watkins

11   Peabody book there, and that was in the beginning

12   of the 2021-2022 school year, right?

13   A    No, I think it was in the end.  Well, it's

14   June, so I think it was in the springtime.

15   Q    So, the end of the 2020-2021 school year?

16   A    Yes, correct.

17   Q    Okay.  Were there COVID restrictions on

18   students gathering in a place during this time?

19   A    Yes.  So there was social distancing

20   guidelines, expectations.  From what I remember,

21   this book fair took place outdoors, which was sort

22   of unique at the time.

1        Q    Did that make it harder to coordinate?

2        A    For sure, yeah.  The logistics of that

3    were much more challenging because the carts had

4    to be wheeled outside, but we were not able to

5    congregate, I believe, because of the restrictions

6    in a small space that was inside.  And having people

7    come in, but outdoors, there was limited

8    restrictions that we could host something like this.

9        Q    So, why were Peabody and Watkins

10   collaborating on this book fair?

11       A    Sure.  From what I recall, Peabody was --

12   Peabody is part of the Watkins community as sort

13   of a feeder school, a sister school.  During COVID,

14   we got even closer for two reasons.

15            One was, it was the pandemic, so we had

16   all students, Peabody and Watkins, under one roof

17   in one building.  And Peabody had also experienced

18   a significant flood, and so their building was

19   closed for several months.  And so their school

20   community had joined our school community.

21            And so it did not make sense to sort of

22   host two separate book fairs with one community of

1    students that were sharing the same building at the

2    time.

3        Q    And the teachers were sharing the building

4    at the time, too?

5        A    Yes, so we had Peabody staff on the first

6    floor, and Watkins staff were in other classrooms

7    throughout the building.

8        Q    Were there logistical challenges with

9    teachers from two different schools sharing one

10   space?

11       A    Not too much.  I mean, some logistical

12   challenges of having pre-K students in a building

13   that is not equipped for pre-K.  I would say that

14   was probably the biggest challenge that I could

15   think of.

16            But I think we were able to sort of like

17   figure out, you know, logistics and master

18   scheduling and all the things that go into a school

19   building, but yeah.

20       Q    So Ms. Bloom was Peabody's librarian,

21   right?

22       A    Correct, yes.

```
 1      Q   And Ms. Jurkowski was Watkins' librarian?

 2      A   Yes.

 3      Q   So they're working together in this

 4  school?

 5      A   Correct.

 6      Q   So directing your attention back to

 7  Exhibit 4, in the middle of the second page, in your

 8  email on June 1st, will you just look at the second

 9  paragraph?

10      A   Okay.

11      Q   So you say there that you were under the

12  impression that Ms. Jurkowski was taking a step back

13  from the book fair, right?

14      A   Correct.

15      Q   Do you remember why you thought that?

16      A   I think that was communicated to me by Ms.

17  Jurkowski, that she wanted to take a step back from

18  the book fair.

19      Q   So the reason Ms. Jurkowski might not be

20  asked to be present at the book fair could perhaps

21  be because she said she was taking a step back?

22      A   Yes.
```

1          MS. JURKOWSKI:  Objection.  Narrating.

2    Leading.

3          BY MS. NEGOVAN:

4     Q   Why was Ms. Jurkowski not involved in the

5    book fair?

6     A   From what I recall, she had communicated

7    to me that she wanted to step down from the

8    Peabody-Watkins book fair and her involvement in

9    the planning and implementation of the book fair.

10    Q   Having reviewed these emails, do you ask

11   Ms. Jurkowski what she wants her role to be?

12    A   Yeah, I think I say it here.  Do you plan

13   to have a supporting role in the planning process?

14    I want us to be clear on the logistics and

15   responsibilities.  Please let me know the role that

16   you are available to have, if any.

17    Q   Were you intending to offer Ms. Jurkowski

18   an opportunity to participate in the book fair?

19    A   Yes, as much as possible.  I wanted it to

20   sort of be a joint, co-chair, co-led, co-planned

21   effort between both librarians.

22    Q   So, to sum up, in both the iPad incident

1    we talked about and the book fair conflict we talked

2    about, Ms. Jurkowski made representations that you

3    relied on in both incidents.

4                    MS. JURKOWSKI:  Objection.  Leading.

5    Narrative.

6                    THE WITNESS:  Can you restate the question

7    for me?

8                    BY MS. NEGOVAN:

9        Q    Sure.  So, just going back to the iPads,

10    you believe Ms. Jurkowski had the iPads because she

11    said she had the iPads?

12        A    Yes.

13        Q    And you believe Ms. Jurkowski didn't want

14    to be involved in the book fair because she said

15    she didn't want to be involved in the book fair?

16        A    Yes, that's correct.

17        Q    What was your professional relationship

18    with Ms. Jurkowski when you both worked at Watkins?

19        A    I thought we had a pretty good, friendly

20    relationship, professional relationship.  Ms.

21    Jurkowski and I did never seem to have any

22    professional sort of issues with each other that

1    I can recall.

2        Q    What was your role in relation to each

3    other?

4        A    I was her administrator as the assistant

5    principal and she was a library media specialist.

6     So that was sort of the relationship that we had.

7        Q    Did you have the supervisory role over her?

8        A    Yes.

9        Q    Did you complete any performance

10    evaluations for her?

11        A    Yes.

12        Q    What performance evaluations did you give

13    her?

14        A    So, library media specialists receive an

15    impact evaluation.  It's called a holistic impact

16    evaluation of their programming, their

17    responsibilities as a library media specialist.

18    And so that evaluation was completed by me, probably

19    a few times, several times in my tenure at Watkins.

20        Q    And did you ever give Ms. Jurkowski a poor

21    work evaluation?

22        A    No, I never scored her anything lower than

64

1    highly effective.  Maybe effective, but if I were

2    to recall, I think they were all high performing

3    and highly effective scores.

4        Q    Do you know if anyone else was involved

5    in completing her impact scores or was it just you?

6        A    Well, the only other people that could be

7    responsible for doing her impact would be either

8    the principal or assistant principal,  which could

9    be Principal Berkowitz, Principal Bell.  Or under

10   Principal Bell she had other assistant principals

11   too, that could have also evaluated her during that

12   time.

13       Q    When I say the incident on December 17,

14   2021, do you understand what I'm talking about?

15       A    I do.

16       Q    And what do you think I mean when I say

17   that?

18       A    That was a challenging day.  That, I

19   recall, was Ms. Jurkowski's last day in our school

20   building because of the actions that took place in

21   the library with students in reenacting the

22   Holocaust through an activity that was facilitated.

1      Q    When did you first hear about that
2  incident?
3      A    Probably shortly after it happened, maybe
4  within an hour as soon as it was reported to
5  administration.
6      Q    How did you hear about it?
7      A    From what I recall, I remember the
8  classroom teacher, Ms. Moxley, at her earliest
9  convenience came down to the main office to
10 communicate sort of how her students were responding
11 once she had picked them up from the library.  And
12 she told Principal Berkowitz I was also present at
13 that time.
14     Q    So you were there when Ms. Moxley walked
15 into the door of the main office?
16     A    I believe so, yes.
17     Q    Did she have anything in her hands?
18     A    Yes.  When she had come down to sort of
19 report what her students were sharing with her, she
20 had took it upon herself to collect statements from
21 her students directly after they had returned from
22 library.  So she did have a handful of student

66

1  written statements.

2      Q   Do you remember what she said to Principal

3  Berkowitz and you about this?

4      A   Yes, I remember.  To paraphrase, she came

5  back and explained that like something strange

6  really just happened.  Her students are coming

7  back.  They seem to be quite upset.

8          Some students were crying or emotional.

9   And when she had asked them what happened, they

10  reported to her sort of what happened when they were

11  in library with

12  Ms. Jurkowski.  And at that moment, she asked them

13  each to write down what had happened independently.

14     Q   Did Ms. Moxley use Ms. Jurkowski's name?

15     A   I believe so, yes.

16     Q   Did you see the student handwritten

17  statements?

18     A   Yes.

19     Q   And you saw them that day?

20     A   Yes.

21     Q   What did they say?

22     A   It was a retell or a summary of the events

1    that had happened and sort of the activity that was

2    facilitated with them.  Do you want me to go into

3    more detail?

4        Q    Sure.

5        A    Okay.  Some of the details or summaries

6    that students had shared were that they had

7    reenacted sort of some of the events of the

8    Holocaust.  For example, students were assigned to

9    play victims of the Holocaust, as in the Jews.

10            Some were assigned to play Nazis or Hitler.

11    They had reenacted some of the tragic events as

12    to being brought to a gas chamber, being transported

13    on a train, being shot or lying down on the ground.

14    Those are some of the things that I can remember

15    being captured in the student statements.

16        Q    Were you part of the conversation with

17    Principal Berkowitz about what to do next?

18        A    Yes.

19        Q    And what did you -- what did Principal

20    Berkowitz decide to do?

21        A    So, I think in that moment, as a school

22    principal, you lean on your assistant principal for

1    counsel and advisement as to, we have a situation,

2    how are we going to handle this?

3              And I think in that moment, immediately

4    we first thought about what are we going to do to

5    support students?  And so, what supports can we put

6    in place, like today, before we leave school?

7              Who's going to contact families?  Who is

8    going to contact DCPS?  Who's going to take the

9    responsibility of completing an incident report?

10   Who's going to call -- did I say families?

11        Q    Yes.

12        A    All of those, all of those things, all of

13   those decisions need to be made in a short amount

14   of time.  And that was a lot of our conversation

15   following the event.

16        Q    Do you remember who you guys decided would

17   file the incident report?

18        A    I don't remember exactly.  I believe it

19   was him that had completed the IRT, but I'm not

20   entirely sure.

21        Q    Other than the student's statement, was

22   there anything else that you and Berkowitz had

1   access to about this incident that day?

2       A   There was evidence of security camera

3   footage.  I can't recall if I watched the footage

4   that day.  I can't recall if I watched the footage

5   on that day.

6       Q   Were students interviewed that day?

7       A   Yes.

8       Q   Were you there for those interviews?

9       A   I believe so, yes.

10      Q   What did they say during those interviews?

11      A   Similar to what they had shared in sort

12  of their written statements, and so a summary and

13  a retell of some of the activities that they had

14  participated in, or had been asked to participate

15  in.

16      Q   So you saw some of Ms. Moxley's class in

17  person that day?

18      A   Yes.

19      Q   And what was their demeanor like?

20      A    I would say it varied.  It was different.

21   There were some students who were third graders,

22   and so how an eight or nine-year-old processes

70

1    something like that can look different.

2         Some students were visibly emotional with

3    sadness or upset or hurt, and some students were

4    more sort of like didn't really have a response,

5    and maybe they were still processing.  I'm not sure.

6     They were almost despondent.

7    They didn't show emotion either way.

8         Q    Were any of them laughing, joking around?

9         A    Not that I recall, no.

10        Q    When the students made their oral

11   statements to you, did they seem credible?

12        A    Yes.  And I think what makes the student

13   testimony -- I think what contributes to the

14   accuracy is the level of detail in which the student

15   is able to recall what had happened.

16        Q    In the students' statements, both written

17   and orally, that you heard that day, did they

18   describe a play?

19        A    Yeah, more like a reenactment.  So yeah,

20   I think it was facilitated or directed, I guess,

21   play in the sense of an engaged performance in a

22   way, not play as in playful.

1    Q    Did the students describe having roles?

2    A    Yes.

3    Q    They were assigned teams?

4    A    Yes, they were assigned by Ms. Jurkowski

5    to sort of be different characters or roles, yes.

6    Q    You don't recall if you watched the video

7    that day?

8    A    I don't recall if I watched it on that day.

9    Q    But you were aware of the video that day?

10   A    Yeah, I think we were aware that security

11   camera footage is in the library.  It's one of the

12   few classroom spaces that does have security

13   footage.

14   Q    And do you remember if anyone else talked

15   about viewing the video that day?

16   A    No, I don't.

17   Q    Was there media coverage of this event

18   after the fact?

19   A    Very much so.

20   Q    Did you know there would be media coverage

21   of the event before you got to see it?

22   A    I think we expected it.  I think I

72

1    underestimated it.  But yes, I think I was aware

2    that there would be.  I did not realize the

3    magnitude of the coverage.

4        Q   Did you read all of the students' written

5    statements that day?

6        A   Probably, yeah.

7        Q   Did all of them describe the same thing?

8        A   I would say, in a sense, yes.  I mean, I

9    think depending on the student's writing ability,

10   they probably did vary in detail.

11       Q   But they all described the same sort of

12   situation?

13       A   Yes.

14       Q   Did that contribute to the credibility of

15   these statements?

16       A   Can you ask that again?

17       Q   Sure.  The fact that all the statements

18   described the same situation contributed to you

19   believing that this had happened?

20       A   Correct, yes.  I think because statements

21   — I mean, anytime, you know, I think you get

22   statements from students of an incident that has

1    happened when you're not there, and that is

2    something that I do often in my role, you're looking

3    to see, do the statements match, right, and

4    collaborate with each other.

5          And in a class of 20-something, I don't

6    know how many were in Ms. Moxley's class, that all

7    statements were sort of in alignment and

8    demonstrated that they were all present for sort

9    of the same activity and the same things that had

10   happened, yes.  That tells me that the statements

11   are credible.

12       Q    And you'd worked at Watkins for a few years

13   at that point?

14       A    Yes.

15       Q    Had any other teacher ever directed a

16   reenactment of any historical event while you were

17   there?

18       A    No.

19       Q    Is there any rule against doing so?

20       A    No, I don't think so.  I think

21   professional judgment certainly plays a part in any

22   activity or material that you would expose students

74

1    to.

2        Q    So Berkowitz submitted the incident

3    report.  What happened after that in terms of the

4    investigation?

5        A    So the incident report was submitted.  I

6    know statements were -- students had already written

7    the statements which were sent to DCPS and to LNER.

8    They sort of take the investigation over from

9    there.  I was not witness, so I was not somebody

10   that was there.

11           I know that they also reviewed the security

12   camera footage, had probably interviewed maybe Ms.

13   Moxley because she was sort of the first one to

14   receive students after they had returned from the

15   library.  But from that point on, all investigative

16   responsibilities are taken over by DCPS.

17       Q    So do you have any role in any discipline

18   following an investigation like this?

19       A    No.

20       Q    So you wouldn't be a part of determining

21   whether Ms. Jurkowski would be terminated because

22   of this or not?

1        A    No.  Assistant principals don't have that

2   authority.

3        Q    I think that's all the questions I have.

4    Thank you.

5             MS. JURKOWSKI:  Okay.  We reserve for the

6   record to object as well.  Thank you.

7             MS. NEGOVAN:  Okay.

8             MS. JURKOWSKI:  Thank you, Mr. Boisvert.

9             MR. BOISVERT:  Thank you.

10            MS. JURKOWSKI:  It was so nice to see you.

11

12            MS. NEGOVAN:  The court reporter will have

13   some questions.

14            THE COURT REPORTER:  Before we go off the

15   record, I would like to ask if you will read and

16   sign?

17            MS. NEGOVAN:  Sure, yeah.  So you have the

18   option to receive the transcript and read it and

19   make sure there aren't any typos really, or you can

20   waive that right.

21            MR. BOISVERT:  I can waive it.  I don't

22   need to see it.

1          THE COURT REPORTER:  All right.

2          An invoice for you, Ms. Negovan?

3          MS. NEGOVAN:  Yes, please.

4          THE COURT REPORTER:  And Ms. Jurkowski?

5          MS. JURKOWSKI:  Yes.

6          THE COURT REPORTER:  All right.  That

7    concludes the deposition of Mark Boisvert taken in

8    the matter of Kimberlynn Jurkowski v. District of

9    Columbia.  Today's date is December 11, 2025.  The

10   time is 2:52 p.m.  We are off the record.

11          (Whereupon, the above-entitled matter

12   went off the record at 2:52 p.m. signature having

13   been waived.)

14

15

16

17

18

19

20

21

22

1    C E R T I F I C A T E

2    This is to certify that the foregoing transcript

3    was duly recorded and accurately transcribed under

4    my direction; further, that said transcript is a

5    true and accurate record of the proceedings; and

6    that I am neither counsel for, related to, nor

7    employed by any of the parties to this action in

8    which this matter was taken; and further that I am

9    not a relative nor an employee of any of the parties

10   nor counsel employed by the parties, and I am not

11   financially or otherwise interested in the outcome

12   of the action.

13

14

15

16

17        *Michael Morris*

18   _____

19   Michael Morris

20

21

22

**1**

**1** 22:4,7 23:1 25:15 33:7 37:2 41:7 46:6 53:15 54:7
**10/27/2021** 35:21
**10th** 46:11
**11** 76:9
**11th** 4:13
**12/17/21** 14:14
**12th** 27:11 28:17
**1401.2(i)** 30:21
**17** 64:13
**17th** 14:11,15
**1830** 28:10
**19** 39:6
**1:10** 4:2,13
**1:23-cv-03788-acr** 4:7
**1st** 42:3 60:8

**2**

**2** 34:12,15,18 36:21 41:7 44:14
**20** 11:1
**20-something** 73:5
**2007** 8:7
**2016** 7:8,14 8:2,6
**2018** 7:18 11:5
**2018-2019** 7:19
**2018/2019** 7:18
**2020** 55:20
**2020-2021** 57:15
**2021** 27:3,11,13 28:22 31:5 42:3 46:11 64:14
**2021-2022** 57:12
**2022** 11:4,5 39:6
**2024** 12:13
**2025** 4:13 76:9
**21** 14:11

**21st** 28:22
**22-'23** 11:3
**22nd** 31:4
**23-'24** 11:3
**24-'25** 11:3
**25-'26** 11:2
**27th** 27:3,13
**28th** 31:5
**2:30** 53:20
**2:52** 76:10,12
**2nd** 51:12,19 52:16

**3**

**3** 38:2,5 41:4 44:14
**3:06:48** 35:22

**4**

**4** 41:10,13,16,19 44:8,11 53:15 54:2 57:7 60:7
**400** 4:9
**401.2** 29:13
**401.2(j)** 30:8
**420** 28:15

**5**

**5** 29:2,13 30:8,21 45:9,16,20 53:12

**7**

**7th** 14:10

**9**

**9:00** 28:22

**A**

**a.m.** 28:22

**ability** 6:20 72:9
**above-entitled** 76:11
**above-referred** 22:6 34:14 38:1
**access** 69:1
**accuracy** 70:14
**accurate** 28:11 31:21 40:12 43:22 44:3 53:7
**act** 12:5
**actions** 9:14 64:20
**activities** 69:13
**activity** 64:22 67:1 73:9,22
**actual** 28:13 33:9
**added** 50:18
**addition** 47:16 49:5 50:6
**address** 28:7,9,13
**administration** 34:3 65:5
**administrator** 63:4
**advertised** 49:11 50:10,11
**advisement** 68:1
**affect** 7:1,4
**afternoon** 6:13,14
**ahead** 23:6 26:1 30:20 45:14 49:18
**Aimee** 36:17
**alcohol** 6:18
**alignment** 73:7
**allowed** 47:22
**Amidon** 10:19 11:2,10 12:16,18 13:1
**Amidon-bowen** 10:16 11:9 12:5
**amount** 13:5 68:13
**Andi** 4:18 8:18 9:19 37:5,7
**Andrea** 4:18
**Andrew** 4:20 22:13
**anytime** 72:21
**apologize** 29:15 35:16 46:13
**Approximately** 12:8

**arrived** 12:14

**articles** 16:21 17:5,9 18:4,9,10, 13,17,21 19:2,3,7

**assigned** 31:2 67:8,10 71:3,4

**assistant** 7:12 10:20 11:7,8 21:6 26:22 63:4 64:8,10 67:22 75:1

**assume** 32:17

**assumed** 6:8

**Atlanta** 20:7

**attached** 39:18

**attachments** 39:8,13

**attend** 40:1 44:21,22

**attention** 60:6

**Attorney** 4:8

**August** 7:8

**August/september** 7:9

**authority** 75:2

**Avenue** 28:10

**AVP** 11:6

**aware** 15:16 16:5 25:2 32:15 40:20 71:9,10 72:1

———————————

**B**

———————————

**back** 4:21 10:3 21:15 32:21 41:3 45:18 48:12,13 60:6,12,17,21 62:9 66:5,7

**based** 27:19 47:4

**basically** 42:18 43:1 46:1

**battery** 12:7

**beginning** 38:17,19 51:17 57:11

**begins** 4:4

**behalf** 4:19

**believing** 72:19

**Bell** 19:21 20:4,6 40:17 64:9,10

**Berkowitz** 9:10 26:20 35:22 36:17 38:20,21 42:4 64:9 65:12 66:3 67:17,20 68:22 74:2

**biggest** 59:14

**bit** 23:2 26:15 28:20

**Bloom** 39:22 42:5,8 43:7,16 45:1, 4 46:11,16,17 47:6,7 48:16 49:20 50:15,22 51:15 52:2 59:20

**Boisvert** 4:4 5:1,10,11 6:6,13 10:22 11:15 15:6 17:7 19:18 20:12 21:22 22:4,7 23:2 24:13,20 25:8,13,14,15,19,21 26:4,22 27:5, 16,20 28:2,9,20 29:14 30:3 31:12, 20 32:14,20 33:7,16 34:6,12,15, 18,19,22 35:2,4,9,16 36:1,20,22 37:22 38:6,14 39:5 40:3,11 41:3, 5,11,16,19,20 42:3,19 43:2,6 44:5,8,16 45:11,20,22 46:2,10,22 47:5 48:11 49:14 50:14 53:6,11, 13,16 54:5 75:8,9,21 76:7

**book** 39:20 40:2,18 42:7,9,12 43:4,5,6,9,17,20,22 44:3,17,22 46:5,17,18,20 47:1,7,8,10,12,20, 22 48:2,21 49:3,6,10,12,21 50:4, 7,9,11,12,13,16,18,22 51:2,16,17 52:6,11,17,22 53:2,4,8 57:11,21 58:10,22 60:13,18,20 61:5,8,9,18 62:1,14,15

**books** 49:9

**bottom** 46:8 48:14

**brain** 22:19

**break** 4:21 15:3 49:16

**brought** 8:10 67:12

**building** 58:17,18 59:1,3,7,12,19 64:20

**bullet** 39:19,21 40:1

———————————

**C**

———————————

**call** 68:10

**called** 6:7 63:15

**camera** 69:2 71:11 74:12

**campus** 31:6 56:6

**Canvas** 48:22 50:1

**captured** 67:15

**card** 13:14

**cards** 13:12

**Carrey** 26:9 32:8 34:2

**carts** 58:3

**case** 4:6 9:15 15:21

**categorized** 21:6

**cc'd** 35:10

**cell** 12:6 13:6,13

**central** 7:11,14

**challenge** 59:14

**challenges** 59:8,12

**challenging** 58:3 64:18

**chamber** 67:12

**chance** 17:14 49:15

**characters** 71:5

**charge** 30:15

**charges** 12:7

**check** 21:12

**choice** 11:10,14

**claimed** 55:18

**class** 49:13 69:16 73:5,6

**classify** 24:18

**classroom** 65:8 71:12

**classrooms** 59:6

**clear** 8:1 61:14

**closed** 58:19

**closer** 58:14

**Cluster** 35:7

**co-chair** 44:18 61:20

**Co-chairs** 39:22

**co-counsel** 4:20

**co-led** 61:20

**co-planned** 61:20

**codes** 35:15 36:3

**collaborate** 73:4

**collaborating** 58:10

**collect** 65:20

**Columbia** 4:6,8 76:9

**communicate** 15:9 49:10 50:9, 10 65:10

**communicated** 42:10 43:18

44:4 51:18 54:18 55:10 60:16 61:6

**communicating** 47:9

**communication** 10:4 17:22 29:15 40:17 43:3 52:21

**communications** 16:16 52:17 55:13

**community** 58:12,20,22

**Company** 4:12

**comparing** 52:1,2

**complainant** 26:17,20

**complaint** 21:2 24:13,14 25:11 40:17

**complaints** 24:19 25:2

**complete** 63:9

**completed** 63:18 68:19

**completing** 64:5 68:9

**computer** 15:22

**concerns** 20:13

**concludes** 76:7

**conditions** 7:4

**conflict** 62:1

**confused** 40:15

**congregate** 58:5

**Constitution** 28:10

**consult** 8:19

**contact** 42:9 43:5,17 68:7,8

**contacts** 43:8

**continue** 26:14 28:19 30:6 39:14

**contract** 9:2

**contribute** 72:14

**contributed** 72:18

**contributes** 70:13

**control** 56:2

**convened** 4:7

**convenience** 65:9

**conversation** 67:16 68:14

**conversations** 33:17 34:1

**coordinate** 58:1

**coordinator** 56:4

**copy** 23:1 25:14 31:21 34:18 38:5 40:12 41:18 43:22 45:19 49:1,2 50:1 53:7

**correct** 7:15 11:4 36:14 48:17 54:14 56:22 57:3,6,16 59:22 60:5, 14 62:16 72:20

**counsel** 6:7 68:1

**court** 4:3,11 6:2 33:3 34:11 36:20 37:20 41:11 45:8,10 75:12,14 76:1,4,6

**coverage** 71:17,20 72:3

**COVID** 57:17 58:13

**credibility** 72:14

**credible** 70:11 73:11

**CROSS-EXAMINATION** 54:8

**crying** 66:8

**CSO** 9:2 39:3

**Culture** 26:11

**Current** 10:11

**D**

**D.C.** 4:10 16:13 20:4 25:1

**date** 4:13 10:1 21:14 27:2,9,12, 13,18 28:1,18,19,21 39:4 76:9

**dated** 27:11

**dates** 27:10,15

**dates/times** 40:2

**Davis** 38:21,22 39:17

**day** 64:18,19 66:19 69:1,4,5,6,17 70:17 71:7,8,9,15 72:5

**DCMR** 29:2,13 30:8,21

**DCPS** 7:7,10,11 8:20 9:3,14 10:16,17 21:6 24:21 26:11 27:2 30:9 35:20,22 36:2 68:8 74:7,16

**December** 4:13 14:10 64:13 76:9

**decide** 67:20

**decided** 68:16

**decisions** 68:13

**defendant** 23:1 41:16

**delay** 55:16

**demeanor** 69:19

**demonstrated** 73:8

**depending** 72:9

**deposition** 4:4 8:12,17,20 9:20 33:12 76:7

**describe** 70:18 71:1 72:7

**despondent** 70:6

**detail** 29:19 67:3 70:14 72:10

**details** 31:9 35:12 36:15 43:22 44:2 67:5

**determination** 20:21

**determining** 74:20

**Develop** 49:11

**device** 56:8

**devices** 56:11

**DIRECT** 6:11

**directed** 70:20 73:15

**directing** 60:6

**directly** 65:21

**Director** 26:10 27:1

**discipline** 21:5,7,11,16,17 24:15 25:3,9 33:22 34:2 74:17

**dishonesty** 30:21

**disobedience** 30:9

**displayed** 49:3 50:4

**distancing** 57:19

**distribute** 49:12

**distributing** 49:1 50:1

**District** 4:6,8,19 8:4 13:6 15:9 16:5 20:17,20 21:2 33:8 37:1 76:8

**District-issued** 11:18,20 13:11 14:10

**disturbing** 16:19 18:13,16

**Division** 26:10

**document** 22:7 25:20 27:11 31:9 34:15 36:6,10 38:2,18,20 39:5,18 40:5 41:12 44:10 45:15

**documents** 5:1 8:10,11

**door** 65:15

**double** 24:1

**drug** 6:18

**drugs** 6:19

**duly** 6:8

**duplicate** 5:6

**E**

**E1** 29:13 30:8

**earliest** 65:8

**earn** 49:12

**effective** 64:1,3

**efficient** 5:12

**effort** 61:21

**Elementary** 10:18 28:3,8 30:12 31:3

**Elena** 19:21 20:4,6

**email** 10:3 17:8,20,22 33:17 35:1, 8,20 36:11 38:15,18,19,20 39:16, 21 40:12,16,20 42:2,8 44:3 45:5 48:22 50:1 51:11,19 52:16,21 60:8

**emails** 5:2 14:13,16 15:1,22 16:20 17:4,13 39:18 41:21 43:10 46:3 53:7,10 61:10

**emotion** 70:7

**emotional** 66:8 70:2

**employed** 8:2

**employee** 7:6 25:4

**employees** 20:22 25:3

**employees'** 13:6

**end** 24:5 57:13,15

**engaged** 70:21

**enter** 33:4,7 36:21

**entry** 46:7

**equipped** 59:13

**estimate** 13:2

**ET15** 56:9

**evaluated** 64:11

**evaluation** 63:15,16,18,21

**evaluations** 63:10,12

**event** 49:5 50:6 68:15 71:17,21 73:16

**events** 66:22 67:7,11

**evidence** 30:11,22 33:7,10 36:22 41:5 44:9,12 53:12 69:2

**exact** 21:14 29:17

**examination** 6:7,11

**examined** 6:9

**exchange** 36:11 38:15 40:16 46:3

**Excuse** 45:8

**exhibit** 22:4,7 23:1 25:15 33:7, 10,12 34:12,15,18 36:21 37:2,21 38:2,5 41:4,10,13,16,19 44:8,10, 13 45:9,16,19 53:12 54:2,6 57:7 60:7

**Exhibits** 41:6 53:14

**expectation** 47:9 51:18

**expectations** 39:22 52:4 53:1 57:20

**expected** 71:22

**experienced** 58:17

**expert** 13:13

**explained** 66:5

**expose** 73:22

**F**

**facilitated** 64:22 67:2 70:20

**fact** 55:18 71:18 72:17

**fair** 31:21 39:21 40:2,12,18 42:7, 9,13 43:4,6,9,17,20,21 44:1,3,17, 22 46:5,18,20 47:1,7,8,10,20,22 48:2,21 49:3,6,11,12,21 50:4,7,9, 11,13,16,19,22 51:2,16,17 52:6, 11,17,22 53:3,4,7,8 57:21 58:10 60:13,18,20 61:5,8,9,18 62:1,14, 15

**fairly** 12:12

**fairs** 58:22

**familiar** 27:8 42:20

**families** 48:21 49:8,22 68:7,10

**feeder** 58:13

**feel** 40:11

**feeling** 46:14

**figure** 59:17

**file** 20:13,16 21:2 25:1,2 68:17

**filed** 24:13

**find** 38:10

**fine** 46:13 53:5

**flip** 37:15

**flood** 58:18

**floor** 59:6

**flyer** 49:5,6,10 50:6,7

**flyers** 49:1,2 50:1

**follow-up** 40:18

**footage** 69:3,4 71:11,13 74:12

**forgot** 5:8

**form** 14:18 51:5 52:13

**forwarded** 18:17

**found** 56:17

**friendly** 62:19

**front** 25:22 26:15 43:11

**fruition** 45:6

**Fuller** 8:22 9:1

**G**

**gas** 67:12

**gathering** 57:18

**gave** 13:18

**General** 4:8

**Georgia** 20:7

**give** 11:1 15:5,6 19:19 22:1 40:13 41:9,22 57:2 63:12,20

**giving** 48:4

**good** 6:13,14 54:10,11,12 62:19

82

Gosh 8:6

graders 69:21

Gross 4:12

ground 67:13

guess 5:14 31:8 32:5 36:4 70:20

guidelines 57:20

guys 54:5 68:16

**H**

half 53:16

Hampshire 8:3

handed 39:11

handful 65:22

handing 23:1 25:13 34:6,18 38:5
  41:10,18 45:19

handle 68:2

hands 65:17

handwritten 66:16

happen 18:2

happened 65:3 66:6,9,10,13
  67:1 70:15 72:19 73:1,10 74:3

harassment 39:3

hard 15:4 49:1,2 50:1

harder 58:1

hear 65:1,6

heard 9:18,19 12:20 70:17

helped 8:16

helping 47:2

high 64:2

highly 64:1,3

historical 73:16

Hitler 67:10

hold 6:15 11:1 12:6 15:10,18,21

holistic 63:15

Hollis 42:5

Holocaust 64:22 67:8,9

home 20:8

homonym 19:7

hope 48:11

host 58:8,22

hour 53:16 65:4

hurt 70:3

**I**

identification 22:8 34:16 38:3
  41:13 44:11 45:16

illegal 6:18

immediately 68:3

impact 63:15 64:5,7

impair 6:19

implementation 61:9

impression 60:12

in-person 42:6 50:2

inbox 8:13

incentives 49:12

incident 14:11,14,17 15:11 61:22
  64:13 65:2 68:9,17 69:1 72:22
  74:2,5

incidents 62:3

include 49:9 52:5

included 18:1 39:9 40:22

including 48:22 49:22

independently 66:13

influence 6:17

information 16:20 18:14,16
  32:10 39:19

informed 9:13,17

initial 10:3

inside 58:6

instructional 35:3,5,6

instructions 9:21

intending 61:17

interviewed 69:6 74:12

interviews 69:8,10

introduce 4:14

introduction 33:10

investigate 20:22

investigated 20:20

investigation 26:10 31:17,18
  33:18,19 54:13 55:1 74:4,8,18

investigative 20:16 23:7 74:15

investigator 26:9 32:8 34:2

invoice 76:2

involved 55:9 61:4 62:14,15 64:4

involvement 61:8

involving 54:13

ipad 23:7 33:19 61:22

ipads 21:21 30:9,13 31:2,6,19
  33:18 35:14 36:3 54:13,15,18,19
  55:9,21 56:2,18,20 62:9,10,11

IPL 49:1 50:2

IRT 68:19

issued 13:19 21:7,11 31:16 34:1
  56:7

issues 62:22

IV 35:7

**J**

Jade 8:22 9:1

January 39:6

Jews 67:9

joined 58:20

joint 61:20

joking 70:8

Joy 42:5

judgment 6:19 33:11 73:21

June 42:3 46:10 51:11,19 52:16
  57:14 60:8

Jurkowski 4:5,16,22 5:3,8,11,
  14,18,20 6:1,4,12 14:22 15:8
  19:19 20:1 22:3,10,12,19,22 23:5,
  8,10,13,15,19,22 24:3,8,10,12,16
  25:12,17,18 26:7,13,16 30:11
  31:1,3 32:4,12 33:3,6,13,15 34:5,
  8,11,17,21 36:19 37:4,7,10,13,16,
  20 38:4,9,13 39:22 40:1,7,10

83

41:2,8,14 42:4,5,8 43:13 44:15
45:7,11,17,21 46:11,19 47:17
48:8,9 51:3,7 53:15,17,22 54:4,19
55:8 57:10 60:1,12,17,19 61:1,4,
11,17 62:2,4,10,13,18,21 63:20
66:12 71:4 74:21 75:5,8,10 76:4,
5,8

**Jurkowski's** 39:20 64:19 66:14

**justifiable** 56:14

_____

**K**

**Kevin** 27:1

**Kimberlynn** 4:5,16 26:16 30:11
31:1 42:4,5 46:11 76:8

**kind** 18:16 39:2

**knowledge** 9:22 25:10

_____

**L**

**labeled** 27:12

**laptop** 56:10

**larger** 38:10

**lateral** 11:6,7

**laughing** 70:8

**lawsuit** 15:20,21

**Leading** 61:2 62:4

**lean** 67:22

**learned** 10:7

**learning** 50:2

**leave** 10:21,22 68:6

**left** 8:6 11:4 12:3

**legal** 8:19 9:14

**level** 70:14

**librarian** 48:1 59:20 60:1

**librarians** 61:21

**library** 14:11,14 26:19 27:1 31:3
49:13 63:5,14,17 64:21 65:11,22
66:11 71:11 74:15

**limited** 58:7

**link** 49:8

**listed** 26:20 27:10

**listserv** 49:11 50:10

**litigation** 15:10,18

**LMER** 21:4 24:15 25:10 34:2
36:18 39:1

**LNER** 74:7

**located** 4:9

**location** 27:22 28:2 31:2

**logistical** 59:8,11

**logistics** 58:2 59:17 61:14

**long** 7:6 23:11

**looked** 5:4

**lost** 30:11

**lot** 5:5 19:9 68:14

**lots** 16:1

**Lowe** 50:11

**lower** 63:22

**lying** 67:13

**Lynette** 38:21,22

_____

**M**

**made** 13:9 62:2 68:13 70:10

**magnitude** 72:3

**main** 65:9,15

**maintained** 12:4

**make** 23:17 58:1,21 75:19

**Makerspace** 35:14 36:3

**makes** 11:5 70:12

**malfunctioning** 13:3

**managed** 13:17

**manages** 13:16

**Manchester** 8:3

**mark** 4:4 6:6 22:4 26:22 36:1
40:3 42:3,13 43:15 45:8 46:10
76:7

**mark.boisvert@k12.dc.gov**
36:2

**marked** 22:7 34:15 38:2 41:13

44:10 45:16

**master** 59:17

**match** 73:3

**material** 27:8 73:22

**matter** 4:5 18:3 76:8,11

**meaning** 15:22

**means** 15:17 50:2

**meant** 29:3

**media** 26:19 63:5,14,17 71:17,20

**medication** 6:18,22

**meetings** 33:17

**member** 18:17 19:12

**memorandum** 26:6 31:15

**memory** 7:1

**mental** 7:3

**mention** 51:16

**message** 17:8,21 20:3

**messages** 14:2,7 15:22 16:21
17:5 18:1 48:22 49:22

**met** 55:15

**Michael** 26:10

**middle** 46:8 60:7

**midway** 7:18

**Mike** 4:11 22:3

**mind** 5:18 26:5,14

**minute** 15:7 19:20 36:7

**minutes** 40:8

**misplaced** 30:12

**missing** 21:18 31:19 51:4,8
54:13,16,18,21 55:9 57:4

**misspoke** 31:4

**mm-hmm** 11:12,20 12:1 23:4
25:16 26:7 29:12 30:5,14 31:11,
13 36:13 55:7

**moment** 66:12 67:21 68:3

**Monday** 31:5

**months** 58:19

**Morris** 4:11

84

motion 33:11

move 11:6,7

moves 33:6 36:21 41:4 44:8 53:12

Moxley 65:8,14 66:14 74:13

Moxley's 69:16 73:6

mscott.berkowitz@k12.dc. gov 36:1

---

**N**

names 36:15

Narrating 61:1

narrative 48:6 62:5

Nazis 67:10

Neal 4:12

needed 56:15

negotiations 9:2,4

Negovan 4:18,19 5:4,13,16,19, 22 14:18 22:11,17,21 23:4,6,9,11, 14,17,21 24:2,5,9,11 32:2 33:5,8 34:7,10 37:1,5,8,12,14 41:6 44:13 45:14 48:6 51:5 52:13 53:14,20 54:2,6,9 61:3 62:8 75:7,12,17 76:2,3

newer 13:7

news 19:2,3

nice 75:10

nine-year-old 69:22

Northeast 28:10

Northwest 4:9

notice 50:15

notify 16:7

November 27:11

number 4:6

---

**O**

object 75:6

objection 14:18 32:2 37:2 41:6 44:13 48:6 51:5 52:13 53:14 61:1 62:4

objections 33:9

objects 33:8

occurrence 27:18 28:1,2,21

Octo 12:7,8 13:4,6,16

October 27:3,13

offer 61:17

office 4:7 7:11,14 26:11 65:9,15

online 49:9

opportunity 61:18

opposing 34:8 41:16

option 75:18

oral 70:10

orally 70:17

outdoors 57:21 58:7

outlined 25:10 53:1

outlines 52:21

outlining 39:21 52:16

Outlook 8:13

---

**P**

P-R-O-C-E-E-D-I-N-G-S 4:1

p.m. 4:2,14 35:22 76:10,12

pages 23:3,18 37:18

pandemic 58:15

paragraph 48:19 49:19 52:2,3 55:2 60:9

paraphrase 66:4

part 9:2 12:20 23:20 26:15 32:18 35:7 48:14 58:12 67:16 73:21 74:20

participate 33:16 39:20 61:18 69:14

participated 69:14

party 41:16

past 12:10

Pause 8:9 11:16 14:5 15:15 20:11 22:2,9 33:14 34:9 36:9 37:3 38:12 40:9

Peabody 26:21 42:7 43:6 45:1 46:16,17 47:7 48:2,16 49:20,22 50:15,22 51:15 52:2 57:11 58:9, 11,12,16,17 59:5

Peabody's 50:10 59:20

Peabody-watkins 43:9 61:8

people 16:8 36:15 52:10 58:6 64:6

people's 36:15

Peoples 36:17

perception 7:1

performance 63:9,12 70:21

performing 64:2

permission 48:1

permitted 56:12

person 40:2 43:5 52:10 55:14 56:1 69:17

personal 56:8,9

phone 11:18,21 12:1,3,4,7,9 13:3,8,13,15,18,19,20,22 14:10

phones 12:6 13:7,11 15:22

physical 7:3

picked 65:11

place 57:18,21 64:20 68:6

plaintiff 4:17 6:8 9:14 14:3,6,7 15:13 16:20,22 17:5,8,10 18:2,11 20:13,14,17,19 21:8,12 22:22 25:13 33:6,18 34:4,6,17 36:21 37:4 38:2,4 41:4,8,9,15,18 44:8, 16 45:2,4,19 47:1,6,18,21 48:3 50:21 53:12

plaintiffs 50:17

plan 61:12

planning 46:19 47:14,19 61:9,13

play 67:9,10 70:18,21,22

playful 70:22

plays 73:21

POC 56:4

point 16:3 37:6 42:9 43:16 55:21 73:13 74:15

poor 63:20

Neal R. Gross and Co., Inc.
Washington DC

possession 54:20

Posters 49:3 50:4

pre-k 59:12,13

preparation 52:18

prepare 8:11,17

prepared 8:18

preparing 53:3

prescription 6:19

present 4:14 46:17,19 47:8,9,20 50:12,15,18,22 51:1,16 52:6,11 60:20 65:12 73:8

preserve 33:9

preserved 16:1

pretty 62:19

principal 7:12 10:20 11:8 21:7 26:21,22 38:21 63:5 64:8,9,10 65:12 66:2 67:17,19,22

principals 64:10 75:1

printed 42:21

prior 12:11 51:17 52:17

privy 32:10

pro 4:16

problem 13:21

process 25:3,5,6,9 61:13

processes 69:22

processing 70:5

produced 5:2,5

professional 62:17,20,22 73:21

programming 63:16

progressive 21:5,7,11,16,17 24:15 25:3,9 33:22 34:1

promise 53:18

promote 48:20 49:5,21 50:6

property 55:11,19 56:6,13 57:5

provided 31:16 32:7,9 42:21 55:12 56:8

PTA 49:10 50:9,12

Public 25:1

pull 23:3

purchase 49:9

purchases 46:18 47:2,12 50:13 51:3

purposes 33:11

put 13:14 22:14 31:7 34:12 68:5

**Q**

qualify 24:18

question 5:12 14:19,21 15:5 17:6 18:21 20:15 32:14 44:20 47:15,17 50:20 51:21 52:1 62:6

questioned 32:8

questions 32:9 75:3,13

**R**

reach 22:12

read 23:16 28:19 29:6,9,17 35:12 39:14 42:14 46:15 47:6 48:18 49:19 51:14 52:7,8 55:5 72:4 75:15,18

readers 38:7

reading 26:14 31:7 52:9

realize 72:2

realized 47:21

reason 20:20 21:16,17 56:14 60:19

reasons 58:14

recall 9:8,16 10:2 12:10 14:12 16:18 17:3 19:11,14,17 32:8 35:10 44:2 47:3 54:17 58:11 61:6 63:1 64:2,19 65:7 69:3,4 70:9,15 71:6,8

recap 48:4

receive 14:13 18:13,19 63:14 74:14 75:18

received 14:2,16 15:1 16:16 44:11

recognize 36:6,14,16 42:15,18

record 4:3,15 5:15,16 75:6,15 76:10,12

reenacted 67:7,11

reenacting 64:21

reenactment 70:19 73:16

reference 17:19 53:2

referencing 51:11

referred 41:12 45:15

Regulation 30:17

regulations 27:17 29:1,22

related 14:17 53:8

relation 63:2

relationship 62:17,20 63:6

relevant 5:21

relied 62:3

remaining 46:20 47:20

remember 20:10 28:14 36:10 57:20 60:15 65:7 66:2,4 67:14 68:16,18 71:14

remembered 50:3

renews 37:1

replace 12:8 13:6

replaced 12:7 13:4

report 23:7 27:2,5,9,13,21 31:15, 22 32:3,6,10,15,16,18 54:15 65:19 68:9,17 74:3,5

reported 54:17 57:4 65:4 66:10

reporter 4:3,12 6:2 22:3 33:3 34:11 36:20 37:20 41:11 45:8,10 75:12,14 76:1,4,6

reports 20:14,17

represent 4:15

representations 62:2

representing 9:3

request 13:9 39:20 55:15

requested 5:1 13:7

reread 43:15

reserve 75:5

responding 65:10

response 55:12 70:4

86

responsibilities 42:12 43:4,19 61:15 63:17 74:16

responsibility 45:3 68:9

responsible 64:7

rest 40:5

restate 62:6

restrictions 57:17 58:5,8

retell 66:22 69:13

return 31:6

returned 54:20 55:15 65:21 74:14

review 8:11,14 55:4,5,6

reviewed 61:10 74:11

role 7:12 42:11 43:19 61:11,13,15 63:2,7 73:2 74:17

roles 71:1,5

roof 58:16

rule 73:19

rules 56:5

run 44:22

running 44:17 48:2,3

─────────────
S
─────────────

sad 38:9

sadness 70:3

scan 27:7 40:5 42:15

scanning 31:8

schedule 52:22

scheduling 9:20 59:18

Scholastic 42:11 43:18 49:6 50:7

school 7:10,19,20 8:3 10:18 28:3,8 30:12 31:3 34:3 48:4 49:4 50:5 54:20 55:11 56:6,13,16 57:4, 12,15 58:13,19,20 59:18 60:4 64:19 67:21 68:6

school-based 21:19

schools 25:1 35:7 59:9

scored 63:22

scores 64:3,5

Scott 9:10 26:20 35:22 36:17 42:4

searched 5:1

season 45:1

section 22:14 30:21 46:15 48:15, 16 51:9

sections 29:13 30:8 51:15

security 69:2 71:10,12 74:11

send 14:6 16:19 17:4,7,20 19:15

sense 10:1 31:8 36:5 41:22 58:21 70:21 72:8

sentences 43:14

separate 58:22

September 28:22 31:4,5

series 39:8

served 56:3

set 53:3

sexual 39:3

share 49:7 50:8

shared 42:10 43:17 67:6 69:11

sharing 59:1,3,9 65:19

Shawn 35:1,2,20 36:16

shawn.stover@k12.dc.gov 35:21

short 24:8 68:13

shortly 65:3

shot 67:13

show 22:11 23:14 57:7 70:7

showed 33:4

showing 23:1 31:22 34:6 37:4 41:8,15

shown 45:5

sign 75:16

signature 76:12

significant 58:18

SIM 13:12

similar 42:20 69:11

simultaneous 22:16 24:7 37:19

sir 36:8 45:12

sister 58:13

situation 44:18 68:1 72:12,18

Sixth 4:9

skip 15:4

slow 12:6

small 58:6

social 57:19

sort 10:3 13:7,16 21:5 32:9 45:6 52:18,21 53:2,3 57:21 58:12,21 59:16 61:20 62:22 63:6 65:10,18 66:10 67:1,7 69:11 70:4 71:5 72:11 73:7,8 74:8,13

sound 46:22 47:5

Southeast 28:17

space 58:6 59:10

spaces 71:12

speak 8:22 9:10

speaking 22:16 24:7 37:19

specialist 26:19 39:1,2 63:5,17

specialists 63:14

spoke 19:21

spoken 9:6

spring 55:20

springtime 57:14

stack 5:2 17:13

staff 18:17 19:12 59:5,6

stand 6:9 23:2

standing 6:16

start 4:21 35:11 41:22 52:17

started 7:11,18 8:6 12:5

stated 31:3 55:17

statement 47:4,13 50:17 51:1,4, 8,9,10 68:21

statements 65:20 66:1,17 67:15 69:12 70:11,16 72:5,15,17,20,22 73:3,7,10 74:6,7

stay 22:13 56:13

**URL** 49:8

---

**V**

---

**Val** 7:17

**Vandini** 4:20

**varied** 69:20

**vary** 72:10

**version** 13:7

**versus** 4:5

**victims** 67:9

**video** 71:6,9,15

**viewing** 71:15

**violated** 30:17

**violation** 30:16

**violations** 30:2

**visibly** 70:2

**volunteers** 46:18 47:12 50:13 51:2

---

**W**

---

**wait** 26:4

**waive** 75:20,21

**waived** 76:13

**walked** 65:14

**wanted** 8:1 36:5 53:16 60:17 61:7,19

**warning** 25:5

**Washburn** 27:1

**Washington** 4:9

**watched** 69:3,4 71:6,8

**Watkins** 7:13,22 8:1,14 10:5,13, 21,22 11:4,8,21 12:2,4 13:21 14:14 26:21 27:1 28:3,7,14 30:12 31:2 34:3 35:5,7 42:7 43:6 44:22 48:21 49:11 56:4 57:10 58:9,12, 16 59:6 62:18 63:19 73:12

**Watkins'** 60:1

**Watkins-** 51:3

**Watkins-Jurkowski** 48:15,18,20

50:17 51:9,14 52:3

**website** 50:12

**Wednesday** 27:2 31:4 39:6

**week** 42:10 43:18

**weeks** 9:11 55:13

**wheeled** 58:4

**willful** 30:9

**witnesses** 26:21

**wonderful** 5:3

**words** 29:17,21

**work** 45:12 63:21

**work-related** 17:22 18:3

**worked** 62:18 73:12

**working** 60:3

**write** 66:13

**writing** 55:14 72:9

**written** 25:5 66:1 69:12 70:16 72:4 74:6

**wrong** 28:6

**wrong-doing** 25:4

**WTEO** 39:3

**WTU** 56:9

---

**Y**

---

**year** 7:16,17,19,20 9:5 12:17 57:12,15

**years** 8:5 11:3,5 12:19,20,21 73:12

**Yesterday** 19:22

---

**Z**

---

**Zach** 50:11

step 60:12,17,21 61:7

sticker 34:12 37:21

stole 30:12

stop 18:11 54:4

Stover 35:1,2,20 36:16

strange 66:5

Street 4:9 28:17

student 56:11,14 65:22 66:16
67:15 70:12,14

student's 68:21 72:9

students 48:21 49:1,12,22 50:2
57:18 58:16 59:1,12 64:21 65:10,
19,21 66:6,8 67:6,8 68:5 69:6,21
70:2,3,10 71:1 72:22 73:22 74:6,
14

students' 70:16 72:4

stuff 5:6,7 15:2 48:12

subject 26:16 35:14 36:2 40:16
42:6

submitted 74:2,5

subpoena 4:22

substance 6:18

sum 56:20 61:22

sum-up 40:13

summaries 67:5

summary 33:11 66:22 69:12

summer 12:11

superintendent 35:3,5,6

supervisory 63:7

support 30:11 46:18 47:12 50:13
51:2 68:5

supporting 47:1 61:13

supports 68:5

supposed 16:1,7 31:22 44:17,21

supposedly 52:4

Susan 42:5 43:7 46:12

swear 6:2

sworn 6:8

---
**T**
---

taking 56:6,11 60:12,21

Talent 26:11

talk 14:9

talked 62:1 71:14

talking 64:14

teacher 56:7 65:8 73:15

teachers 59:3,9

team 9:19

teams 8:19 71:3

technology 21:18,19 56:4,15

tells 73:10

tenure 63:19

terminated 74:21

terminology 25:11

terms 74:3

terrible 24:3

testified 6:9 32:3

testify 6:20

testimony 7:4 70:13

text 14:2,6,9 15:22 16:20 17:4,8,
21 18:1 20:3 29:9 39:16 41:21
42:7

Theft 30:9

thing 54:5 72:7

things 16:1 19:9 59:18 67:14
68:12 73:9

thought 29:11 56:20 60:15 62:19
68:4

Thursday 46:10

time 4:13 8:14 9:1 13:6 19:21
28:1,21 35:21 41:1 57:18,22 59:2,
4 64:12 65:13 68:14 76:10

times 46:18,20 47:10,20 50:13,
16,19 51:2 63:19

tiny 37:11 38:10

title 26:18 29:2,10,13 30:8,21

today 6:22 8:17 24:3 68:6

Today's 4:12 76:9

told 56:21 65:12

tomorrow 49:7 50:8

top 27:11,22 35:11,16 39:16
41:22

tragic 67:11

train 67:13

transcript 75:18

transitioned 7:12

transported 67:12

trial 33:12

True 47:13

truthfully 6:20

Tuesday 28:21

turn 45:13,14 48:11 54:22 57:8

Twelfth 28:16

Twitter 50:12

Tynes 26:10

type 15:21 38:10

typical 12:6

typo 28:5

typos 75:19

---
**U**
---

underestimated 72:1

underlined 29:18

understand 14:19,21 16:15 17:6
20:15 32:4 44:19 50:20 51:6,20
52:14,15 64:14

understanding 56:12

understood 52:5

union 9:4

unique 57:22

unsubstantiated 30:10,22

untruthful 31:1

upcoming 42:12 43:20

upset 66:7 70:3

1

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

+ + + + +

| | |
|---|---|
| IN THE MATTER OF: | : |
| | : |
| KIMBERLYNN JURKOWSKI, | : |
| | : |
| Plaintiff | : |
| | : |
| v. | : Case No. |
| | : 1:23-cv-03788-ACR |
| DISTRICT OF COLUMBIA, | : |
| | : |
| Defendant | : |
| | : |

Thursday,
December 11, 2025

Washington, D.C.


DEPOSITION OF:

M. SCOTT BERKOWITZ

called for examination by Counsel for the Defendant,
pursuant to Notice of Subpoena, in the Office of
the Attorney General of the District of Columbia,
located at 400 Sixth Street, NW, Washington, D.C.,
when were present on behalf of the respective
parties:

1  APPEARANCES:

2  On Behalf of Plaintiff:

3  KIMBERLYNN JURKOWSKI, pro se
   3540 Crain Highway, Bowie, MD, 20716
4  609-481-8878
   kjurkowski777@gmail.com
5

6  On Behalf of Defendant:

7  ANDREA NEGOVAN, ESQ.
   ANDREW M. VANDINI, ESQ.
8  Civil Litigation Division, Section III
   Office of the Attorney General for the District of
9  Columbia
   400 6th Street, NW
10 Washington, D.C. 20001
   Cell: (202) 957-2849
11 Direct: (202) 727-1038
   andrea.negovan@dc.gov
12 andrew.vandini@dc.gov

13

   Also Present:
14
   LYNETTE DAVIS, DCPS
15

16

17

18

19

20

21

22

1                              CONTENTS

2    WITNESS                DIRECT CROSS REDIRECT RECROSS

3    M. SCOTT BERKOWITZ      5      101    122

4

     EXHIBIT NO.                                    PAGE

5    1    Kitchel emailed dated 11/29/2021
                                                    23
6    2    Email from Mr. Berkowitz to LMER      30
     3    Summary of student interviews         40
7    4    Email from Mr. G                      61
     5    Verification of treatment             74
8    6    Confidential                          85
     7    1/28/2022 letter from Peoples to      95
9         Jurkowski
     8    12/17/2021 Notice of Pending          107
10        Investigation

11

12

13

14

15

16

17

18

19

20

21

22

4

1                    P-R-O-C-E-E-D-I-N-G-S

2                                    (3:01 p.m.)

3          COURT REPORTER:  We are now on the record.

4   Here begins the deposition of M. Scott Berkowitz

5   taken in the matter of Kimberlynn Jurkowski versus

6   the District of Columbia, case number

7   1:23-cv-03788-ACR.

8          We are convened in the Office of the

9   Attorney General in the District of Columbia,

10  located at 400 6th Street NW, Washington, D.C.

11         My name is Mike Morris, I am the court

12  reporter from Neal R. Gross and Company.  Today's

13  date is December 11th, 2025, and the time is 3:01

14  p.m.

15         Would all present please introduce

16  yourselves and whom you represent for the record?

17         MS. JURKOWSKI:  Hi, Kimberlynn Jurkowski,

18  plaintiff, pro se.

19         MS. NEGOVAN:  Andrea or Andi Negovan, on

20  behalf of the District.

21         MR. VANDINI:  Andrew Vandini, on behalf

22  of the District.

1          COURT REPORTER:   I will now swear the

2     witness.  Please raise your right hand, sir.

3     WHEREUPON,

4                    M. SCOTT BERKOWITZ

5     was called as a witness for examination by Counsel

6     for the Plaintiff, having been first duly sworn,

7     assumed the witness stand, was examined and

8     testified as follows:

9          COURT REPORTER:  Your witness.

10          MS. JURKOWSKI: Okay.  Again, good

11     afternoon, Mr. Berkowitz.

12          THE WITNESS:  Good afternoon.

13     DIRECT EXAMINATION

14          BY MS. JURKOWSKI:

15     Q   Are you under the influence of any

16     medication, drugs, alcohol, illegal substances, or

17     prescription drugs that might impair your judgment

18     or ability to testify truthfully?

19     A   No.

20     Q   Have you taken any medication today that

21     could affect your memory or perception?

22     A   No.

1     Q   Do you have any physical or mental

2   conditions that may affect your testimony?

3     A   No.

4     Q   How long have you worked for the District

5   of Columbia?

6     A   This is my sixth year at Peabody and

7   Watkins, but I started in DCPS, trying to do the

8   math.  My daughter was born in 2018.

9     Q   Thank you for that.

10     A   That's wrong.  I used my second daughter.

11    My first daughter, 2015 I started at Hardy Middle

12   School, as far as I know.

13     Q   2015 till what?  Hardy?

14     A   I did two years at Hardy; I did a year at

15   MJP.

16     Q   Wait, wait, wait.  Hardy 2015 to 2017?

17     A   Yep.

18     Q   Okay, Hardy.

19     A   And then I had a year at MJP, Mary J.

20   Patterson, the principal fellowship.

21     Q   And, what year, which year was that?

22     A   If we count them up, '15-'16, Hardy.

7

1    '16-'17 Hardy.  '17-'18 MJP.  '18-'19 I went to

2    Virginia.  Twenty --

3        Q   I'm sorry, '18-'19 -- where did you leave

4    me?  2018 -- no, that's me.  I'll do it again.  2018

5    through '19, Virginia.  Where in Virginia?

6        A   No.

7        Q   No?

8        A   That was MJP.

9        Q   Oh.

10       A   '19-'20 I was principal in Alexandria

11   City.

12       Q   Twenty --

13       A   '19-'20.

14       Q   -- nineteen till?

15       A   2019 to 2020 I was principal in Alexandria,

16   Virginia.

17       Q   Alexandria, Virginia.  Okay.

18       A   And then hired in the spring/summer of 2020

19   back to DCPS.

20       Q   Right.

21       A   At Peabody and Watkins.

22       Q   Back to D.C.  Okay, thank you for that.

1    So, you were about a year in Virginia then, before

2  you came back to D.C.?

3        A    Correct, yes.

4        Q    Okay.  And why did you leave Virginia?

5  Alexandria?

6        A    DCPS was a better fit.

7        Q    Better fit, okay.

8        A    Way too far, two young kids.

9        Q    Better fit, okay.  Were any complaints

10  made or filed against you in previous employment?

11        A    In previous employment?  You mean before

12  DCPS?

13        Q    Mm-hmm.

14        A    I don't think so.

15        Q    Okay.  Okay, what documents did you review

16  to prepare for this deposition?

17        A    A few emails between us and say --

18        Q    You mean between you and?

19        A    No.

20        Q    Oh.

21        A    The emails that we exchanged.

22        Q    Okay, and were you able to bring those?

1       A   No, I didn't know I needed to.

2           MS. NEGOVAN:  They've already been

3   produced.  Mr. Vandini sent them to you as part of

4   the production.

5           THE WITNESS:  I didn't bring anything,

6   just myself.

7           MS. NEGOVAN:  So just to be clear,

8   anything I show to Principal Berkowitz, is part of

9   the production that's already been made to you.

10          MS. JURKOWSKI:  I'll object there and

11  we'll talk later, Counsel.

12          MS. NEGOVAN:  Okay.

13          MS. JURKOWSKI:  Okay, thank you for that.

14   Who helped you prepare for the deposition?

15          THE WITNESS:  Andi, and Andrew, and

16  Lynette.

17          BY MS. JURKOWSKI:

18      Q   Okay, thank you for that.  When did you

19  last speak with Jade Fuller?

20      A   Like a face-to-face conversation?  An

21  email exchange?

22      Q   Any way, email, face-to-face

1      A    Oh actually --

2      Q    -- phone, text --

3      A    -- we had a Teams --

4      Q    -- online.

5      A    -- we had a Teams call about a month ago,

6   maybe.

7      Q    Thirty days ago?

8      A    Sure.

9      Q    Okay, thank you for that.

10     A    Maybe a little more.  Could be 45, but that

11   was about like a current school issue.

12     Q    Okay, no worries, thank you for that.

13   When did you last speak with Jerenzo Redmon?

14     A    I don't remember.  I saw him on the street

15   once and said hello.

16     Q    How long ago was that?

17     A    Over a year.

18     Q    Okay, over a year; thank you for that.

19   When did you last speak with Mark Boisvert?

20     A    In the hallway.

21     Q    A few minutes ago.  The time before that

22   though.  I mean I know this is easy to --

11

1     A   About two weeks ago we had a student

2    transfer from my school to his, and I gave him a

3    call about it.

4     Q   Thank you for that.  Okay, when were you

5    informed that the plaintiff had a legal action

6    regarding the 12/17/21 incident at Watkins?

7          When did the DCPS inform you that there

8    was a legal action?

9     A   I don't know.  It wasn't that day but I

10   don't know what counts as a legal, what counts as

11   a legal action?

12    Q   A lawsuit.

13    A   The lawsuit that you brought?

14    Q   Correct.  The plaintiff.  I am the

15   plaintiff.

16    A   Would you like me to refer to you as the

17   plaintiff?

18    Q   We're sort of going back and forth, but

19   --

20    A   Okay.

21    Q   -- I'm the plaintiff.

22    A   I get it.  Which -- how would you like me

1    to call you?

2        Q    You do it the way you feel comfortable

3    here.

4        A    Okay.  So, when did you bring like a

5    lawsuit?

6        Q    When -- I'm sorry, I'll rephrase the

7    question.

8        A    Yeah.

9        Q    When were you informed by the District of

10   Columbia Public Schools, that there was a legal

11   action pending against DCPS --

12       A    Right.

13       Q    -- regarding the --

14       A    Sure.  I can't, I don't know.  It wasn't

15   recently and it wasn't super long ago.  I remember

16   it was your predecessor Andy, who I think was on

17   the case.

18            I remember that guy.  We had a couple

19   calls.  Ryan, was his name Ryan?

20       Q    Ryan?

21       A    Martini?

22       Q    I don't know, Martini, that's right.

1    Okay.

2        A    And, I, it was probably at least two years

3    ago.  I can't be sure.

4        Q    Maybe two years.  Thank you for that.

5        A    All these time lines are not crystal clear

6    for me.

7        Q    I got it, no worries; got you.  Were you

8    required to do anything regarding the pending

9    litigation?

10            Did the District say you need to do certain

11    things, or?

12        A    Yep.

13            MS. NEGOVAN:  Objection to the extent it

14    calls for attorney-client communications.

15            MS. JURKOWSKI:  Okay.  Okay, I didn't ask

16    about the attorney-client communication.  What I'm

17    asking is, what did you personally do?

18            THE WITNESS:  Personally?

19            BY MS. JURKOWSKI:

20        Q    Yes.  Regarding the litigation action

21    that may be pending.

22        A    I don't know how to answer that question.

1    Like, what did like Andi and the team ask me to

2    do?  Is that what you're asking?

3        Q    I'm asking what did you do and now where

4    you thought to figure it out from, is a different

5    story.

6            But the District, you have said that you

7    were informed at least two years ago that there was

8    a pending action, by Ryan Martini, at least, the

9    predecessor.

10        A    I think that's right.

11        Q    And so, given that, were you asked, or were

12    you -- did you have to do anything?

13        A    Yes.

14        Q    I mean, was there anything that you had

15    to do?  And so, I want to know what you had to do.

16        A    Okay.  I had to come here.

17        Q    Come to this building?

18        A    To this meeting, yeah.

19        Q    Oh, you mean today?

20        A    Yes.

21        Q    Okay.

22        A    So, going backwards in time.

1      Q    Okay.

2      A    I had to prepare for this deposition

3   yesterday.  They asked me for emails and text

4   messages.  So I produced what I could.  That's it.

5           I informed, but I didn't have to I suppose,

6   but I did inform my boss that this was going on.

7      Q    Who is your boss?

8      A    Andrea Caruthers, Instructional

9   Superintendent.

10     Q    So, Stover is not the superintendent for

11  Watkins, or is that something else?

12     A    He's not, no.

13     Q    Okay.  Is he still with DCPS or you don't

14  know?

15     A    No, he's not.

16     Q    Okay, thank you for that.  Did the

17  District inform you anything about your phone?

18  Like your phone or your text messages, or preserving

19  any of that?

20     A    Mm-hmm.

21     Q    If so, when?

22     A    Probably early on.  I don't remember

1    specifically.

2        Q    Early on means?

3        A    Like two years ago or so.

4        Q    Two years ago?

5        A    When I started talking with Ryan.

6        Q    With Ryan, okay.

7        A    I think that this like deposition has been

8    looming for about that long.

9        Q    Mm-hmm, okay.  What did you do with your

10   previous phone?  It's a District-issued phone?

11       A    Yep, same phone.

12       Q    Yes.

13       A    I didn't do anything with it.

14       Q    Did you ever receive text messages or send

15   text messages, to the plaintiff, which is me?

16       A    I think so.  My phone is set to erase my

17   text messages after a year.  It's been set like that

18   for many years, so.

19       Q    One moment, please.

20            (Pause.)

21            You said it's set to erase messages after?

22       A    Text messages after a year.  iPhones give

1  you a choice what to do with those, and I don't keep

2  them to keep my storage intact.

3       Q    Thank you for that.  Is there a District

4  policy for District-issued phones, or they don't,

5  or they're silent about what you can set your phone

6  to?

7       A    I don't know.

8       Q    You don't know if there's a policy?

9       A    About that?  No.

10       Q    Okay.  And you set the phone to erase how

11  long ago?

12       A    I don't know, a long time ago.

13       Q    Like approximate -- no, you can just --

14  a long time ago you've been --

15       A    Yeah.

16       Q    Since you came to the District in?

17       A    Since my phone started giving me warnings

18  that it was out of storage.

19       Q    When was that?

20       A    A long time ago.  I can't tell you.

21       Q    Because you've been in the District twice

22  correct, working in different capacities or

1    schools?

2        A    Mm-hmm.

3        Q    And so, 2015, 2017, is it the same phone

4    you had at Hardy?

5        A    It's not the same device because we get

6    upgraded every two years or so, but it's the same

7    phone number and the same Apple ID and all that

8    stuff.  Even after when I came back from the year

9    in Virginia, two years in Virginia, by the way.

10       Q    Okay, even with -- so, you, in 2015, 2017

11   Hardy, and then you went for Mary Jane Patterson

12   for a year, 2017 I think it says.

13            Then 2018 through 2019 in Virginia, and

14   then you returned to D.C. 2019-ish through 2020,

15   correct?

16       A    Definitely 2020.  I remember I resigned

17   from Alexandria in the -- before the pandemic and

18   then hired after the pandemic started.  So,

19   definitely 2020.

20       Q    And you still had the old D.C. phone from

21   20 whatever?

22       A    No, I didn't have the device like I said.

1    The device --

2        Q    The device.

3        A    The phone itself, the physical device,

4    changed, right?

5        Q    Okay.

6        A    Because you get upgrades every two years.

7    School leaders get new devices, can get new

8    devices, every two years.

9            So, during my first two or three years at

10   Hardy and MJP, I might have had two phones.  And

11   then I went to Virginia.

12           I came back, I definitely got a new device

13   when I started at Peabody and Watkins, and I

14   definitely got a second one since six years ago.

15       Q    Okay.  And, when -- and you always have

16   set the phones to delete after a certain period,

17   or just when you notice the storage?

18       A    The storage.

19       Q    Okay, thank you for that.  Do you save some

20   of your messages in the cloud?  Or in other ways?

21   Do you save things, or do you not save?

22       A    It doesn't mean I've never saved a message.

1    Q    Okay.

2    A    Right.  Like here's an example.  Last

3  night, well I saved a personal message from one

4  friend and sent it to my wife to show her what that

5  was.

6              I didn't save that, no, I deleted it.  But

7  anyway, that's different.

8    Q    Okay, thank you for that.  Give me a minute

9  y'all.

10             (Pause.)

11             THE WITNESS:  Can I ask a question?  This

12  is being recorded they said, right?

13             MS. NEGOVAN:  Yes.

14             THE WITNESS:  Is it an audio recording,

15  video, both?

16             MS. NEGOVAN:  Just audio.

17             THE WITNESS:  Just audio.

18             BY MS. JURKOWSKI:

19    Q    Do you. Mr. Berkowitz, do you know someone

20  named Alison Kitchel?

21    A    I think it's pronounced Kitchel.

22    Q    Kitchel.

1     A    She was a parent at Watkins when I started.

2     Q    Have you ever exchanged emails and

3  conversations regarding the plaintiff, with Ms.

4  Kitchel?

5     A    Yeah.

6     Q    And when was that?

7     A    I don't remember exactly, but this is

8  something Andi reminded me yesterday when we were

9  preparing.

10        She sent me an email with concerns about

11  you when you were attempting, or talking to some

12  people about being the LSAT chair.

13     Q    I'm sorry, tell me that again?

14     A    The email was about concerns around your

15  past when you were attempting to be the LSAT chair.

16   That's what was in her email to me.  I did not

17  respond to that email.

18     Q    Okay, and you said you didn't respond to

19  the email?

20     A    Mm-hmm.

21     Q    Okay, did she visit you or have meetings,

22  or come visit you at the school, or find you in other

1    places to talk?

2        A    I don't remember a conversation with her

3    about that.

4        Q    Okay.

5        A    About that topic.

6        Q    Okay.  And, did anyone send you any emails

7    with news articles before 12/17/21 about the

8    plaintiff?

9        A    Yeah.

10        Q    Okay, who sent the articles to you?

11        A    I'm pretty sure it was AP Boisvert.

12        Q    Boisvert sent you the articles?

13        A    If I remember correctly, yeah.

14        Q    And did he say where he got the articles

15    from?

16        A    If I remember correctly, it was other staff

17    members.  Might have been parents.

18        Q    Did he say who sent him the articles?  Like

19    specific names?

20        A    I don't remember.

21        Q    Don't remember?

22        A    Don't remember.

23

1         MS. JURKOWSKI:  Mr. Court Reporter, may

2    you put a sticker on for Exhibit 1 for Berkowitz?

3     Thank you.

4         (Whereupon, the above-referred to

5    document was marked as Berkowitz Exhibit No. 1 for

6    identification.)

7         MS. JURKOWSKI:  For Exhibit 1, the

8    plaintiff is showing Exhibit 1 to the opposing party

9    and the -- is that your --

10         (Simultaneous speaking.)

11         MS. JURKOWSKI:  I don't want to make a mess

12    here.

13         MS. NEGOVAN:  Yes, don't.

14         MS. JURKOWSKI:  Okay, I can turn it when

15    you need it.  I don't know if anything's on the back.

16         MS. NEGOVAN:  Okay.

17         MS. JURKOWSKI:  Okay?

18         MS. NEGOVAN:  I think it's —

19         (Simultaneous speaking.)

20         MS. JURKOWSKI:  Okay.

21         THE WITNESS:  Can I see that?

22         MS. JURKOWSKI:  You will

1          MS. NEGOVAN: She's going to give it to you.

2          MS. JURKOWSKI:  You will.  Sorry about

3    that.  Plaintiff is handing a copy of Exhibit 1

4    Berkowitz, to the witness Berkowitz.

5          THE WITNESS: Mm-hmm.

6          BY MS. JURKOWSKI:

7    Q    Okay, do you recognize the document?

8    A    Yes.

9    Q    Mr. Berkowitz, what is it?

10   A    It's an email from Alison Kitchel, to me

11   about you.

12   Q    What's the date on the email?

13   A    11/29/21.

14   Q    Okay.  May you please read after, Hi

15   Principal Berkowitz, to us?

16   A    I recently reached out to our LSAT chair

17   about my concerns about Ms. Jurkowski, that she has

18   been convicted of fraud, that she is therefore known

19   to be untrustworthy and more recently convicted

20   animal cruelty.

21          The combination being both untrustworthy

22   and negligent with the safety of the vulnerable

1   entrusted in her care, in my mind disqualifies her

2   from employment with children. DCPS apparently

3   thinks otherwise.

4          Do you want me to keep going?

5      Q    I want you to just give me a second right

6   there in that otherwise.

7      A    Mm-hmm.

8      Q    What is she referencing that D.C.

9   apparently thinks otherwise?  Did she say what

10  she's talking about there?

11     A    No.  I don't remember a conversation with

12  her about this email.

13     Q    Okay, you may continue, thank you for that.

14     A    Okay.  I'm torn between pitching a massive

15  public fit over this, and trusting that there are

16  precautions in place.

17          Ms. Burton told me she shared my concerns

18  with you, and that you'd get in touch.  I'd like

19  us to please have a discussion.

20          As a parent yourself, I'm sure you can

21  imagine how I'm feeling, particularly since one of

22  my 9 year olds is very excited about Battle of the

1    Books, and will now be spending time with Ms.

2    Jurkowski.

3              I'm open to hearing from you before I take

4    further action.  I'm in a meeting today until about

5    3:00 p.m., but should be reachable afterward.  And

6    there's her phone number.

7        Q    Okay.  Okay, did you ever respond back to

8    her regarding these details?

9        A    I don't think I ever emailed her back.

10       Q    I think she left her phone number.  Did

11   you ever call her back?

12       A    I can't tell you for sure if I did or

13   didn't.  I'm not sure.

14       Q    Okay.

15              THE WITNESS:  Can I whisper a question to

16   you?  No?  Okay.

17              MS. NEGOVAN:  Sorry.

18              MS. JURKOWSKI:  Sorry, yeah.  Okay, so

19   does that look like a -- oh, I'm sorry.  Did you

20   reach out to anyone else based on any concerns about

21   the plaintiff's background at any time?

22              THE WITNESS:  Yeah.

1              BY MS. JURKOWSKI:

2      Q    Mm-hmm, and who did you reach out to?

3      A    IS Stover.

4      Q    To Stover?  And, what did Stover say?

5      A    He would follow up with the appropriate

6 like DCPS parties.

7      Q    When did you reach out to Mr. Stover?

8      A    As soon as I got the email from Mr. Boisvert

9 with the news articles about your convictions, and

10 animal cruelty.

11     Q    Okay.  Well, I think I gave that one to

12 you, but we may end up with a second one for this.

13  I'm trying to look at it again.

14          (Pause.)

15          So, you only reached out to Mr. Stover?

16  Anybody else or you just -- and did Mr. Stover get

17 back with you --

18     A    Yes.

19     Q    -- regarding that?

20     A    Yes.

21     Q    Mm-hmm, when did he get back with you?

22     A    I don't know.

1      Q   You don't.  All right, may I have that

2   back, Mr. Berkowitz?  Thank you.

3            MS. JURKOWSKI:  Okay, I showed this to you

4   didn't I?

5            MS. NEGOVAN:  Yes, I saw it.  I have it.

6            MS. JURKOWSKI:  I am so sorry.

7            MS. NEGOVAN:  That's okay, don't worry

8   about it.

9            MS. JURKOWSKI:  It's almost over.

10           MS. NEGOVAN:  Yep.

11           MS. JURKOWSKI:  Mr. Court Reporter, may

12   you, the plaintiff moves Exhibit 1 for Berkowitz

13   into evidence.

14           MS. NEGOVAN:  And same objection as in the

15   prior depositions.  We preserve our right to object

16   to the admission of this document into evidence at

17   trial, or for the purposes of summary judgment.

18           This is just an exhibit at the deposition

19   of Mr. Berkowitz.

20           MS. JURKOWSKI:  And, who is -- oh I'm

21   sorry, I missed one here on this.  Who is Ms. Burton?

22           THE WITNESS:  Ramona Burton was a parent

1    at the school.  She had a son there at Watkins.

2              BY MS. JURKOWSKI:

3       Q    Okay.  Is she still the LSAT chair?

4       A    No.  LSAT chair is a two-year term.

5       Q    So, she doesn't do --

6       A    She doesn't do LSAT and her kid doesn't

7    go to Watkins anymore, so no.  He's probably in 8th

8    grade or something.

9       Q    And I'm sorry, can you tell me again what

10   -- oh, you said Stover, Stover responded to you?

11      A    Mm-hmm.

12      Q    But I don't remember what you said Stover

13   said.

14      A    I believe he checked with the clearance

15   team.

16      Q    Now, who is the clearance team?

17      A    DCPS has a clearance team that every new

18   hire has to pass a background check, and a drug

19   screener, and a sex offender registry.

20              At least that's how it is now.  And, he

21   confirmed that you were hired, you went through the

22   proper clearances, and that your hiring was done

1    correctly regarding your background.

2        Q    And then, what did you do next?

3        A    Like what did I do with that information?

4        Q    Yes, Mm-hmm.

5        A    I don't know.  Maybe nothing.

6        Q    Okay, just a minute.

7            (Pause.)

8            MS. JURKOWSKI:  Yes, please, Exhibit 2,

9    please, Mr. Court Reporter, for Berkowitz Exhibit

10   2.

11           (Whereupon, the above-referred to

12   document was marked as Berkowitz Exhibit No. 2 for

13   identification.)

14           MS. JURKOWSKI:  Sorry, I keep stepping all

15   over you today.  Plaintiff showing Exhibit 2 for

16   Berkowitz to --

17           MS. NEGOVAN:  You can just say Andi.

18           MS. JURKOWSKI:  My brain went --

19           MS. NEGOVAN:  It's okay, you can just say

20   --

21           MS. JURKOWSKI:  I'm so sorry.

22           MS. NEGOVAN:  -- you can just say Andi.

1    The court reporter knows who I am.

2            MS. JURKOWSKI:   Opposing counsel.   And

3    if you want me to flip the -- it over, I can.

4            MS. NEGOVAN:  Yeah, could you flip it?

5            MS. JURKOWSKI:  Okay, sure.

6            MS. NEGOVAN:  So, my issue with this --

7            MS. JURKOWSKI:  Well --

8            MS. NEGOVAN:  My issue with this is that

9    there's a -- this isn't the complete email chain.

10            MS. JURKOWSKI:  No, it's not.

11            MS. NEGOVAN:  Yeah, okay.

12            MS. JURKOWSKI:  No, it's not.  And I

13    agree.

14            MS. NEGOVAN:  All right.

15            MS. JURKOWSKI:  And I understand what

16    you're saying, but I have to still, you know, follow

17    my step here if that's okay.

18            MS. NEGOVAN:  Okay, sure.

19            MS. JURKOWSKI:  All right, counsel, thank

20    you.

21            MS. NEGOVAN: Just so we know --

22            (Simultaneous speaking.)

1          MS. JURKOWSKI:  And we can always talk,

2    you've already said you have some issues that we'll

3    talk about, okay?

4          Okay, I'm really, I'm trying.

5          MS. NEGOVAN:  This has been a long day,

6    but you can keep going.  We skipped lunch, so.

7          MS. JURKOWSKI:  I am trying.

8          MS. NEGOVAN:  Yeah.

9          MS. JURKOWSKI:  Believe me.

10         MS. NEGOVAN:  Yep.

11         MS. JURKOWSKI:  Plaintiff is handling a

12   copy of Exhibit 2 to witness Berkowitz.  Mr.

13   Berkowitz, what is that?

14         THE WITNESS:  This is an email from me to

15   LMER about your background check.

16         BY MS. JURKOWSKI:

17    Q    Okay.  Can you please give me the date --

18   first of all at the top it says message.  I think

19   we're on the same page.  This one?

20    A    Yeah, I'm just --

21    Q    Are you on that side, or?

22    A    I'm on both sides.  I'm just trying to

1    understand.

2       Q    Okay, but I need to ask you some questions,

3    Mr. Berkowitz.

4       A    Okay, do you want me to try and understand

5    this first or just go to your questions?

6       Q    I do want you to understand it, but I also

7    want to have you give me some information because

8    I have to confirm the document.

9       A    All right.

10       Q    Okay, and I think we're on the same side.

11    At the top it says, from, sent, to.

12       A    Yep.

13       Q    I just need the dates and the details, so

14    can you read that to us?

15       A    From me, sent --

16          (Simultaneous speaking.)

17       Q    From who?

18       A    Me.

19       Q    Your name?

20       A    M. Scott Berkowitz.

21       Q    Mm-hmm.

22       A    Berkowitz, M. Scott.

1      Q    Mm-hmm.

2      A    Sent 5/25/21 to LMER.  There's a couple

3   people copied here.  Sharon Gaskins.

4      Q    Who is Sharon Gaskins?

5      A    If I remember correctly, I think she was

6   like part of the hiring central office team.

7      Q    Okay, thank you for that.

8      A    Shawn Stover is the Instructional

9   Superintendent, my boss.

10     Q    Mm-hmm.

11     A    Jade Fuller, she's a lawyer with the

12  District.  That's everybody.

13     Q    Okay, and then continue with the word

14  subject and tell me?

15     A    Subject says re:  staff history concern.

16     Q    Mm-hmm, continue, please.

17     A    Thank you for the quick work on this.  If

18  this becomes as issue, is a typo, for the community,

19  parenthesis, this news is traveling among our staff,

20  do you have any advice or talking points should I

21  need to address it or is the language you have in

22  this email sufficient?

1    Q    Okay.  Now, if, thank you for that Mr.

2    Berkowitz, if you would go down to the next little

3    entry.

4    A    Mm-hmm.

5    Q    And the from date and details, please?

6    A    From DCPS LMER, the date is Tuesday the

7    25th at 2021.  Okay, to Berkowitz, M. Scott, DCPS.

8    Copying the same people.

9         Subject, staff history concern, do you

10   want me to keep going?

11   Q    Yes, sir, I do.

12   A    All right, greetings Principal not

13   Berkowitz, this is supposed to say Berkowitz,

14   following up on the below.

15        After review of Ms., it should say

16   Jurkowski's clearance, it is shown that she has

17   completed the clearance process, which took into

18   consideration her criminal background.

19        Upon completion of the review, Ms.

20   Jurkowski was cleared to work for DCPS.  Feel free

21   to reach out if we can be of further support.  Best,

22   LMER Team.

1          Q    Thank you for that.  Okay, let's turn it
2     over.
3          A    Mm-hmm.
4          Q    And see, if you'll start at the top of the
5     document --
6          A    Sure.
7          Q    -- Mr. Berkowitz?
8          A    From LMER, Friday the 21st, 2021, same
9     group of people.  Greetings Principal Berkowitz,
10    the below has been forwarded to LMER's management
11    team.  We'll be in contact with next steps.  Best,
12    Lynette D., LMER Coordinator.
13         Q    And the next entry, please, Mr. Berkowitz?
14         A    That's an email from Berkowitz, M. Scott,
15    sent Thursday the 20th, 2021, to DCPS LMER, same
16    thread.  I shared my phone number.
17         Q    Okay, thank you for that.  And then, the
18    last entry, please Mr. Berkowitz?
19         A    Berkowitz, M. Scott, it's from me, sent
20    Thursday the 20th just before the last one, Sharon
21    Gaskins --
22         Q    I'm sorry, I do apologize.  Can you give

1    me the entire date, Mr. Berkowitz?

2        A    Thursday, May 20th, 2021 --

3        Q    Thank you.

4        A    -- 6:33 p.m., to DCPS LMER, copied the same

5    group.  Gaskins, Stover.  Hello team, one Watkins

6    staff member shared this with me this afternoon and

7    I have some concerns.

8            The subject of both articles is also a

9    Watkins staff member.  Please let me know if there

10   is anything I should do.

11           There's two links there, then I say thank

12   you, I'm off tomorrow but will be available by phone

13   if this is an urgent matter.  AP Boisvert was sent

14   this information first.

15       Q    Okay, and did you get a chance to open those

16   links and look at them --

17       A    Yeah.

18       Q    -- Mr. Berkowitz?

19       A    Mm-hmm.

20       Q    And where -- what is this?  Where is this

21   from?

22       A    Those are --

1    Q    Is this DC?

2    A    Those are news articles.

3    Q    Okay.

4    A    I don't remember all the details, but I

5    can read in the link here that this is, there's an

6    NJ, I remember in New Jersey.  Woman and cops left

7    dogs in freezing cold until one died, and that was

8    about you.

9            And then, there's another link there that

10   says, Press of Atlantic City, so again, New Jersey.

11           School librarian convicted in tutoring

12   scam, must forfeit job.  That's an article about

13   your conviction and I believe you lost your teachers

14   license, or some type of license in New Jersey.

15   Q    Okay, thank you for that.  Do you believe

16   that this is a fair and accurate copy of the email

17   of what they are referencing there?

18   A    Are these the actual emails?  Yes, I think

19   these are the emails that I exchanged with these

20   folks, yes.

21   Q    Okay, thank you for that, Mr. Berkowitz.

22    Okay, Mr. Reporter, Court Reporter, the plaintiff

1    moves Exhibit 2 Berkowitz, into evidence.

2          MS. NEGOVAN:  So, renew the same objection

3    for Exhibit 1 and just additionally, so this is not

4    the complete, this exhibit doesn't represent the

5    complete email chain that's being represented here.

6          The complete email chain is Bates numbered

7    District Exhibit, not exhibit, sorry.  It's Bates

8    numbered 1916 through 1918, Ms. Jurkowski, so you

9    can find the full --

10          MS. JURKOWSKI:  Okay.

11          MS. NEGOVAN:  -- full email chain there.

12          MS. JURKOWSKI:  And thank you for that,

13    and I will look that up and as we talk with the judge,

14    we'll figure it all out.  Thank you.

15          Okay, one moment, please.

16          (Pause.)

17          Mr. Court Reporter, may you please put a

18    sticker on that, is that Exhibit 6?

19          MS. NEGOVAN:  Is it Exhibit 6 or 3?

20          MS. JURKOWSKI:  I'm asking.

21          COURT REPORTER: Three.

22          MS. JURKOWSKI:  Oh, 3.

1          MS. NEGOVAN: Three.

2          MS. JURKOWSKI:  Because I'm a little tired

3    everybody, sorry about that.  Thank you so much.

4          (Whereupon, the above-referred to

5    document was marked as Berkowitz Exhibit No. 3 for

6    identification.)

7          MS. JURKOWSKI:  Okay, the plaintiff is

8    showing opposing party Andi, and I can turn the pages

9    if you'd like?

10          MS. NEGOVAN:  Did you produce this to us?

11          MS. JORKOWSKI:  You --

12          MS. NEGOVAN:  Or is it --

13          (Simultaneous speaking.)

14          MS. JURKOWSKI:  You guys produced this.

15          MS. NEGOVAN:  -- from us?

16          MS. JURKOWSKI:  When you see the rest of

17    it -- yeah, it's from you.

18          MS. NEGOVAN:  Yeah, okay, yeah,

19          (Simultaneous speaking.)

20          MS. NEGOVAN:  Maybe turn the page and

21    maybe I'll recognize it a little better.

22          MS. JURKOWSKI:  I just know whatever that

1   database is, it has interesting fonts and types,

2   and you just tell me to keep going and I can turn

3   it to get to where we're really going here.

4           MS. NEGOVAN:  Yeah, turn it again.

5           MS. JURKOWSKI:  Okay.  I don't know if you

6   can see that.

7           MS. NEGOVAN:  Ah.

8           MS. JURKOWSKI:  Yes.

9           MS. NEGOVAN:  Okay, all right, all right.

10          MS. JURKOWSKI:  Okay.

11          MS. NEGOVAN:  Oh, I see, okay.

12          MS. JURKOWSKI:  Okay?

13          MS. NEGOVAN:  Yeah, yeah, okay.

14          MS. JURKOWSKI:  All right, got it.

15          MS. NEGOVAN:  And then I'll see if you got

16  it.

17          MS. JURKOWSKI:  Oh, sorry, did you see it?

18          MS. NEGOVAN:  No, yes, I saw it, I saw it.

19          MS. JURKOWSKI:  Got it, okay, great, thank

20  you for that.  Let me look.  Okay, plaintiff, well,

21  wait a minute.

22          Mr. Berkowitz, you interviewed students

1  on 12/17/21 regarding the incident in the library

2  at Watkins Elementary?

3          THE WITNESS: Mm-hmm.

4          BY MS. JURKOWSKI:

5    Q   Yes?

6    A   Yes.

7    Q   Okay.  Where did the interview take place

8  with the students?

9    A   In my office.

10   Q   In your office, okay.

11         MS. COLLINS:  You have to say it, in your

12  office.

13         THE WITNESS:  In my office.

14         MS. COLLINS:  Yeah, I heard you say yes.

15   Shaking your head is not a response to the question,

16  you got to respond.

17         THE WITNESS:  Oh, I thought I said in my

18  office.

19         MS. COLLINS: No, you didn't.

20         MS. JURKOWSKI:  He said it.  I heard him

21  say it.

22         THE WITNESS:  Let's review the tape.

1                    MS. JURKOWSKI:  No, no.

2                    MS. COLLINS:  You're good.

3                    MS. JURKOWSKI:  We're not going that far

4     today.  Thank you, Ms. Collins.

5                    MS. COLLINS:  Not a problem.

6                    MS. JURKOWSKI:  Okay, Mr. Berkowitz?

7                    THE WITNESS:  Yes?

8                    BY MS. JURKOWSKI:

9        Q    Is your office near a conference room also?

10       A    Yeah.

11       Q    Because your office, I kind of remember

12    your office but I don't remember where the

13    conference room is to be honest.

14       A    It's adjacent to my office.

15       Q    But the interview took place in your

16    office?

17       A    Pretty sure.

18       Q    Okay, no problem, I just want to --

19            And, do you remember approximately what

20    time on 12/17/21 that these, these interview took

21    place?

22       A    It was definitely in the morning, maybe

1    around 10:00 or 11:00.

2        Q    Okay, thank you for that.  And, do you

3    remember -- no, who participated?  Did you have any

4    helpers or did you just interview all by yourself,

5    or how did that go?

6        A    I did interview by myself.

7        Q    Okay.  And, did you have the whole group

8    of students in there, or how was that set up?

9        A    One at a time.  Probably three to six kids.

10       Q    You did a total of maybe three to six

11   students of, of whose students?

12       A    Mx. Moxley's class.

13       Q    Thank you for that.  And did the students

14   wait somewhere while you were talking to one or two,

15   or did you talk to them all sitting there?

16       A    They were one at a time.  I'm pretty sure

17   we kept the students, yeah, alone, or and

18   supervised.

19       Q    And supervised?

20       A    And supervised.

21       Q    Who supervised the students that were

22   waiting?

1    A    I can't be sure, but we had the team working

2    on it.

3    Q    Okay, and who was the team?

4    A    I don't remember what was happening

5    outside the office, but like in general the team

6    at the time was Ms. Roy, Ms. Carraway, Mr. Boisvert.

7    Q    Oh, in that office section with the

8    refrigerator and the food?

9    A    Mm-hmm.

10    Q    Okay, I know, I remember them.  Roy,

11    Carraway --

12    A    Uh-huh.

13    Q    -- and Mr. Boisvert?

14    A    Mm-hmm.

15    Q    They were in that area at that time?

16    A    That's where their offices were.

17    Q    Right.

18    A    So I'm pretty sure, I don't remember if

19    they were there specifically that day, but they

20    would have been helping.

21    Q    Okay.  All right, now did you have an audio

22    recording?

1    A    No.

2    Q    Or video or?

3    A    There's a video of what happened in the

4    library.

5    Q    Yes, I'm going to get to that conversation.

6    A    Okay.

7    Q    I just didn't get there yet.  But I'm

8    asking while you were interviewing --

9    A    I did not --

10    Q    -- the students?

11    A    -- record what the kids said.

12    Q    Okay.  So, did you have a notebook or

13    something that you could document in, or?

14    A    I do keep a notebook.  I probably took some

15    notes about it in there, but we also had the kids.

16    The kids had made statements before I interviewed

17    them.

18    Q    Okay, yes, no problem.  But I'm just

19    asking specifically while you were interviewing the

20    students that morning of 12/17/21.  So, may you

21    describe, like, when you brought one student in,

22    how did you sit them in the chair or ask him or her

```
 1    to sit down, or how -- if you can describe it.  I

 2    don't want to tell you --

 3         A    How did it go --

 4         Q    Pardon?

 5         A    Like how did the conversation go?  Like

 6    what was it?

 7         Q    Yes, sir.

 8         A    Yeah, well I first checked on their

 9    well-being.

10         Q    How do you do that?

11         A    Asked them if they're okay.

12         Q    Okay.

13         A    I think I was asking them about like just

14    what happened.  They had -- I had looked at their

15    statements before I talked to them.

16         Q    Mm-hmm.

17         A    So, I was asking follow up questions about

18    what they had written.

19         Q    Okay.  Now when you say you had looked at

20    their statements and you were asking them follow

21    up questions based on their?

22         A    Statements.
```

1       Q    Okay, I just want to be clear.  And, so

2   for example you just, student 1, did you have their

3   statements with you?

4            (No audible response.)

5       Q    Of course, okay.

6            MS. NEGOVAN:  If you could answer orally?

7            THE WITNESS:  Yes.

8            MS. NEGOVAN:  Thank you.

9            MS. JURKOWSKI:  Okay, thank you for that.

10   Okay, so then, so student 1 you would ask what you

11   just said to me, check in for the wellness, how are

12   you doing?

13            And then, you'd ask him what happened.

14            MS. NEGOVAN:  Sorry, keep saying, keep

15   answering orally.  I'm sorry.

16            THE WITNESS:  Yes, yes, yes.

17            MS. JURKOWSKI:  Yes, yes, yes, okay.

18   Okay, and then the student would verbally respond

19   based on explaining what they felt happened, or did

20   you give them some language and say examples?

21            THE WITNESS:  I didn't give them language.

22            BY MS. JURKOWSKI:

1    Q    Okay, so they just did what you said here
2    in the response?
3    A    I don't think I said what they did.  I said
4    what I did.  I asked them questions about what
5    happened.
6    Q    Mm-hmm.
7    A    And maybe asked some follow up questions
8    about what they wrote, or what they said.
9    Q    Okay, thank you for that.  And you did that
10   all by yourself?  They work you hard over there.
11             Okay, all right, and that was 12/17/21 in
12   your office, not the conference room or anything?
13   A    Definitely in my office.
14   Q    Okay, in your office.  Okay, and you,
15   where did you put the answers for the kids, and how
16   did you, like how did you keep track of the
17   responses?
18   A    I don't remember exactly, but I -- there's
19   a good chance I put it in my notebook.
20   Q    You have a notebook that you had for this?
21   A    I always have a notebook.  I don't always
22   use it.

1     Q   Okay, but on that day did you use it?

2     A   I don't remember.

3     Q   Okay.  So, okay, did you eventually type

4   up the responses or?

5     A   I eventually made an incident report.

6     Q   Mm-hmm.  Okay, we'll get to that --

7     A   So --

8     Q   -- incident report.

9     A   -- did I, like, did I, like --

10    Q   No, just --

11    A   -- transcribe their responses?  I'm sure

12   I did not do that.

13    Q   Okay.  So you didn't write them in your

14   notebook, you just?

15    A   Like all of their words I didn't record

16   --

17    Q   Okay.

18    A   I didn't, like I said, I didn't transcribe

19   --

20        (Simultaneous speaking.)

21    Q   Not all of their words?

22    A   Yeah.

1      Q   Okay.  Okay, thank you for that, Mr.

2   Berkowitz.

3            MS. JURKOWSKI:  Okay, all right and I've

4   shown this to you, or I didn't do it yet?

5            MS. NEGOVAN:  Yes, I looked at it, yep,

6   I've seen it.

7            MS. JURKOWSKI:  Thank you for that.

8            MS. NEGOVAN:  Yep, yep.

9            MS. JURKOWSKI:  I'm trying to stay here

10  with my brain.  Plaintiff is handing the Exhibit

11  3 to witness Berkowitz.

12            What is that, Mr. Berkowitz?

13            THE WITNESS:  I don't know.

14            BY MS. JURKOWSKI:

15      Q   You can go page by page trying to figure

16  it out if you'd like, because that text is --

17            So, you might want to look it over a little

18  bit.

19      A   Okay.

20      Q   And, you know, it goes like front to back,

21  front to back, something like that, yes, that's how

22  it goes.

1            (Pause.)

2            Okay, Mr. Berkowitz?

3       A    Yes?

4       Q    I'm on Page 28 of 30.  I don't know where

5   you are.

6       A    I'm there, too.

7       Q    Are you there, as well?

8       A    Yes.

9       Q    Okay, I know some of the text is strange,

10  but I think you probably could read that header to

11  me, or to us and, just go down the page little --

12            (Simultaneous speaking.)

13      A    From the District of Columbia Public

14  Schools Office of General Counsel?  Is that where

15  you want me to start?

16      Q    Yes, sir, mm-hmm.

17      A    Labor Management and Employee Relations

18  Investigations Division, there's the address.

19      Q    May you please say it?

20      A    3535 V Street NE, Washington, DC 202-7 --

21  576-6962.  The fax number 202-576-6593.  Location:

22   Watkins Elementary School.  Last name Berkowitz,

1    M. Scott, December 17th, time 10:30 to 12:30.

2    Social Security Number is not there, my birthday

3    is there.

4           And then it goes into the statement.  Do

5    you want me to keep going?

6        Q   Yes, sir, right after statements.

7        A   Okay, the following is a summary of my

8    interviews with students in Ms. Moxley's 3-1-D --

9        Q   I know.

10       A   Oh, that's probably third grade home room

11   class.  After Ms. Moxley shared with students

12   reported from the class, I interviewed the following

13   students in the presence of Mr. Jerenzo Redmon and

14   Ms. LeTarsha James.

15       Q   Okay, and who is Jerenzo Redmon?  Who is

16   that?

17       A   Mr. Redmon is a behavior technician at

18   Watkins.  Ms. LeTarsha James is the AP at Peabody.

19       Q   Okay, and what were they doing while you

20   were interviewing?

21       A   Listening.

22       Q   So, they were in the room?

54

1          A    I do -- well, I'm remembering now.  I think

2    Redmon was in the room.

3          Q    Mm-hmm.

4          A    And, I think AP James, she works at

5    Peabody.  I think I had her on the phone actually.

6     I don't think she came in.  I don't remember.

7          Q    Okay, so Redmon, now Redmon is the behavior

8    tech, I wrote that.  Give me a second.

9               Okay, Redmon.  And, is he still at

10   Watkins?

11         A    No.

12         Q    Do you know where he is?

13         A    I don't know where he is now.  I know he

14   went to another DCPS school after Watkins.

15         Q    Okay, thank you for that.  Okay, let's see

16   where we're at here.  So, let's continue down the

17   page, Mr. Berkowitz.

18         A    Mm-hmm.

19         Q    May you continue to read a little bit with

20   us, or for us?  I'm listening.

21         A    Sure.  Reported he felt butterflies in his

22   stomach.  He reported that he was sad because he

1    was Jewish and that his family was killed in the

2    Holocaust.

3         Q    Okay, stop there.  I do apologize.  I want

4    to ask you something.

5         A    Mm-hmm.

6         Q    Who is this?  So, we don't attach the names

7    here, or the initials?  I mean I don't know who that

8    might be, but how were you dealing with that when

9    you were --

10        A    I remember --

11        Q    -- asking them questions and reading with

12   them?

13             MS. NEGOVAN:  Objection to form, you can

14   answer if you understand the question.

15             MS. JURKOWSKI:  Do you understand the

16   question I'm asking you?

17             THE WITNESS:  Which, you asked a few

18   questions, which one do you want me to answer?

19             BY MS. JURKOWSKI:

20        Q    Okay, I'm going to ask one.  I'm going to

21   separate it here.

22        A    Okay.

1      Q     What you just read.

2      A     Mm-hmm.

3      Q     Who was the student for that one?

4      A     Tomas, I'm pretty sure.

5      Q     Okay.  And, did he give these exact words?

6  Or did you edit --

7      A     To my recollection, yes.

8      Q     These are his exact words?  Okay.

9      A     Well no, because this is written in the

10  third person.  So, these were not his words, right?

11          So, this is not his words because he didn't

12  say I.  It says he was Jewish, right?  So, this is

13  a summary of what he wrote.

14      Q     Okay, so they're your words?

15      A     Sure.

16      Q     Are they your words, Mr. Berkowitz?

17      A     I typed them, yes.

18      Q     Okay, they -- I mean I'm just asking.

19      A     I got the content from the students.

20      Q     Okay, so the student, if I were the student

21  sitting there and I said I felt butterflies in my

22  stomach.

1    A    Mm-hmm.

2    Q    And then you would just write that down?

3    A    Reported he felt butterflies in the

4  stomach, correct.

5    Q    So, you just would write that exactly

6  pretty much how the student was --

7    A    Yes.

8    Q    -- communicating with you?  Okay, thank

9  you for that.  And, that's what you've done with

10  all of these items, correct?

11    A    Mm-hmm.

12    Q    Principal Berkowitz?

13    A    Yeah, that sounds right.

14    Q    Okay.  Let's see, and then on the second

15  page it's a lot of the similar idea.  I'm on Page

16  29 of 30.

17    A    Mm-hmm.

18    Q    And again, you're doing a similar

19  technique of listening and writing word for word

20  as best you can understand and write for the student?

21    A    Yeah.

22    Q    Okay, thank you for that.  So, this, is

1   this -- oh, and this is an affidavit.  Did you sign

2   this?

3              That says Mark Boisvert under there

4   though.  But your initials are up there, so they

5   must have run them together.

6              Sorry, they must have run some of this

7   together.  I do see your initials up there for your

8   statement, I do, I don't know --

9       A    Yeah, they're typed up there.

10      Q    -- what machine.

11      A    To be honest with you, I don't remember

12  seeing this since --

13      Q    You've never seen this document?

14      A    No.

15      Q    Okay.

16      A    I don't think so.

17      Q    Okay, but do you remember any of these

18  statements?

19      A    Absolutely.

20      Q    These statements that you wrote?

21      A    Yeah.

22      Q    For your students that you were

1    interviewing?

2          A    Especially --

3          Q    Okay --

4          A    -- especially Tomas'.

5          Q    -- and that's fine.

6          A    Yes.

7          Q    Sure, no problem.  All right, so I'll take

8    that Principal Berkowitz.  Thank you for that.  Let

9    me see if I can put it back where it was.

10              All right, so do you feel that that's

11   pretty fair and accurate given the little, you know,

12   the details?

13         A    That the --

14         Q    Of this document.

15         A    -- comments about what the kid said is what

16   the kid said?

17         Q    Yes.

18         A    Yes, I do.

19              MS. JURKOWSKI:  Okay, thank you for that.

20    The plaintiff moves into evidence Exhibit 3

21   Berkowitz, please.  Thank you court reporter.

22              MS. NEGOVAN:  Same objection about moving

1    these documents into evidence.  The District

2    preserves the right to object to their admission

3    into evidence.

4           I'll also note that this is a, what Ms.

5    Jurkowski showed Principal Berkowitz, is a

6    different version of the document than what Mr.

7    Berkowitz originally wrote.  The PDF version is

8    Bates number 160 through 170.

9           So, the version Ms. Jurkowski showed

10   Principal Berkowitz, is a text file of all of the

11   information that's in that document, but it's not

12   arranged --

13           MS. JURKOWSKI:  Okay.

14           MS. NEGOVAN:  -- like it was in the

15   original PDF.

16           MS. JURKOWSKI:  Fine.

17           MS. NEGOVAN:  It doesn't look the same.

18           MS. JURKOWSKI:  Okay, I appreciate that

19   note, thank you so much.

20           MS. NEGOVAN:  Yep.

21           (Pause.)

22           MS. JURKOWSKI:  Mr. Court Reporter, may

1    you put a sticker on Exhibit --

2             THE WITNESS:  Four.

3             MS. JURKOWSKI:  Thanks, Scott.  Exhibit

4    4, please for Witness Berkowitz, thank you.

5             (Whereupon, the above-referred to

6    document was marked as Berkowitz Exhibit No. 4 for

7    identification.)

8             MS. JURKOWSKI:  The plaintiff is showing

9    Exhibit 4 for Berkowitz, to the opposing party and

10   tell me when you want me to move that.

11            MS. NEGOVAN:  Flip.  Okay.

12            MS. JURKOWSKI:  Okay?  And nothing I

13   think is in the back of that one.

14            MS. NEGOVAN:  Yes.

15            MS. JURKOWSKI:  Okay.

16       Q    Mr. Berkowitz, did you make any reports

17   regarding the incident on 12/17/21, the incident

18   in the library?  Did you make any formal reports

19   or anything?

20       A    Yeah.

21       Q    And who did you make those to?

22       A    I referenced the incident report already.

1    Q   So what was that called?

2    A   The incident report.  It's called an

3   incident report.  When there is an incident, we make

4   a report through -- it's called the IRT, the Incident

5   Reporting Tool.

6    Q   Okay.  Okay.  Got you.  And only that

7   group or IRT?  Okay.  Who is Elizabeth Bartolomeo?

8   Do you know that person?  Elizabeth

9   B-A-R-T-O-L-O-M-E-O, Bartolomeo.

10    A   If I had some more context, I could get

11   you an answer.

12    Q   Okay.  But you don't know that person?

13    A   I don't know her well.  I think she might

14   be a central office person.

15    Q   Thank you for that.  Okay.

16    A   Do you know who she is?

17    Q   I don't.  I am asking you.  Plaintiff is

18   giving the Witness Berkowitz a copy of Exhibit 4

19   Berkowitz to get.  And Mr. Berkowitz, what is that?

20   How do you recognize that?

21    A   All right.  This looks like an email from

22   me.  It's a strange format.

1 Q Mm-hmm.

2 A To Elizabeth Bartolomeo, a bunch of

3 people, Robin Harper, Shawn Stover, Paige Hoffman,

4 Jade Fuller.  Do you want me to read all of these

5 names?

6 Q No, no.  I have the gist of it there.

7 Should we turn to the next page because it's -- well,

8 what does it say down there?  What is the date on

9 that?  Did you say the date?

10 A The 19th.

11 Q What's the full date?

12 A December 19, 2021.

13 Q Mm-hmm.  Okay.  And the subject, please?

14 A Free for Review.  Walk-ins Hate Bias

15 Response Messages.

16 Q Okay.  And continue reading.

17 A Hello, all.  I drafted another note that

18 I wanted to send out tonight to my staff and then

19 chunk it to send to the community and the caregivers

20 of the class.

21 Q Okay.  You can stop there.

22 A I need --

64

```
1       Q    Because that's a lot of --

2       A    -- it looks like it's cut --

3       Q    -- I don't know.

4       A    It looks like it's cut off.

5       Q    Okay.  Thank you, Mr. Berkowitz.  Let's

6    turn it over and see if anything else is on the other

7    side.

8       A    Can I just look at this real quick?

9       Q    Sure.  Go ahead.

10      A    Okay.  Let's see.

11      Q    Okay.  May you read to us just a little

12   bit down.

13      A    From this original appointment?

14      Q    At the top, I think, it has thanks, Liz,

15   somewhere after the 1, 2, 3 page maybe.

16      A    Okay.  After that?

17      Q    Yes, please.

18      A    All right.

19      Q    Just the thanks, Liz, and then continue.

20      A    Thanks, Liz, from Robert -- robin.harper.

21    That's her email address.  When is -- that's a

22   weird format.  When: 2:15 p.m. to 2:45 p.m.  I don't
```

1    get that.

2        Q    Yeah.  Okay.

3        A    So December 17, 2021, subject is Central

4    Equity Response Meeting.  Walk-in is a yes.

5    Location:  Microsoft Teams meeting.

6        Q    Okay.  Okay.  Is that the same date?  I

7    think it is about, yeah.

8        A    No, it is two days before.

9        Q    The 17th.

10       A    The first page is the 19th.

11       Q    No, I'm with you on that.  But I'm saying

12   just on this page -- and I can apologize because

13   I don't know how the documents all got created.

14   But anyway, just let's look at the next  entry,

15   Harper.  I guess she's --

16       A    From Robin Harper.  I imagine this is the

17   --

18       Q    Sent --

19       A    Sent Friday, December 17, 2021, 1:45 p.m.,

20   to Robin Harper, Equity Response, Berkowitz, M.

21   Scott, Stover, Shawn, Equity  Response meeting.

22   Walk-in is a yes.  When:  Friday, December 17,

66

1    2021, 2:15 – 2:45 p.m. Where:  Microsoft Teams

2    Meeting.

3         Q    Okay.  And just a little bit.  Just the

4    --

5         A    Thank you for submitting the IRT for the

6    alleged incident of hate bias below.  As you know,

7    by doing so, you have officially completed the first

8    step in our District protocol for responding to

9    incidents of hate and bias.

10        Q    Okay.  Now Mr. Berkowitz, may you describe

11   or explain what hate bias is in relation to this

12   incident?

13        A    Sure.  When people -- when we suspect

14   people have or there is an allegation of someone

15   conducting an act of hate or bias, there is a

16   response protocol that school leaders are supposed

17   to follow.

18             So that includes submitting an IRT.  When

19   you submit an IRT -- and IRT is for a lot of things.

20    Like if there is an intruder in the school, you

21   submit an IRT.  If there is an irate parent, if you

22   call the cops, there is an IRT.  Is there is an

67

1    incident of hate and bias, you submit an IRT.  And

2    you indicate, you know, which of those types of

3    incidents there might.

4        Q    Okay.  Thank you for that, Mr. Berkowitz.

5     Did you speak to the Plaintiff on 12/17?  Was the

6    Plaintiff there at the school?

7        A    The Plaintiff was there in the school.

8        Q    On 12/17/21?

9        A    Yes.

10        Q    Okay.  Did you -- what time did you speak

11    with the Plaintiff?

12        A    I'm not sure I did.  In fact, I don't think

13    I did.

14        Q    Okay.

15        A    Well, after the incident, I am sure I did

16    not.

17        Q    Okay.  But I am asking during the school

18    day, did the Plaintiff stay the entire school day

19    or did the --

20        A    No.

21        Q    -- Plaintiff get dismissed to go home?

22        A    You were dismissed.

1       Q    Early?

2       A    Yes.

3       Q    What time?

4       A    I don't know.

5       Q    You don't know what time the Plaintiff left

6    the building?  Did the Plaintiff have other duties

7    after the Moxley class?

8       A    Certainly.

9       Q    And did the Plaintiff go home before

10   finishing those duties?

11      A    Yes.

12      Q    Okay.  So the Plaintiff was sent home

13   early.

14      A    Correct.

15      Q    Okay.  One moment, please.  And you did

16   not speak to the Plaintiff?

17      A    No.

18      Q    So who sent the Plaintiff home?

19      A    I am not entirely sure.  But once I

20   submitted this IRT or became aware of the incident

21   at all, I do remember calling IS Stover, who was

22   my boss at the time.  He was at the school within

1  a half hour.  So he supported a lot of the work.

2   He worked carefully with Mr. Boisvert.  Given the

3  sensitive and personal nature of the incident of

4  hate and bias, they kept some things from me to be

5  kind and supportive.

6      Q    Okay.  Thank you.

7      A    So for example, someone else walked you

8  out of the building.  It wasn't my job, which

9  sometimes it might be.

10      Q    Thank you for that.  Now you are aware that

11  someone had to walk the Plaintiff out of the

12  building.

13      A    Yes.

14      Q    You just don't know who walked the

15  Plaintiff out.

16      A    I don't know who it was.

17      Q    The Plaintiff did not finish the other

18  classes.

19      A    Didn't finish the day, right.

20      Q    And the Plaintiff normally would have  how

21  many classes a day?

22      A    Four.

70

1     Q    Okay.  From what time to what time

2  normally?

3     A    Teachers tour of duty is 8:00 to 3:30.

4  School day is 8:45 to 3:15.

5     Q    Okay.  And you figured the Plaintiff about

6  walked out when?  After Moxley's class or about

7  when?

8     A    Definitely after Moxley's class.  I don't

9  know if it was immediately after Moxley's class.

10   I don't know when.

11    Q    Okay.  But you are sure Plaintiff did not

12  stay for the rest of the day at school?

13    A    Yes.

14    Q    And did somebody else inform the Plaintiff

15  that the Plaintiff did something and needed to leave

16  or how would the Plaintiff --

17    A    I don't know exactly how it went down

18  because I wasn't there.  So, yeah, I don't know.

19    Q    You don't.

20    A    Do you remember?

21    Q    I do.  Do not know.  Okay.  Thank you for

22  that, Mr. Berkowitz.

1          Okay.  And so if you look a little bit

2     under that paragraph there after the hate bias

3     detail --

4          A    Mm-hmm.

5          Q    -- it gives a date and then some

6     conversation about the incident.  May you read

7     that, please, Mr. Berkowitz?

8          A    Under those dashed lines?

9          Q    Yes, sir.

10         A    Ms. Moxley's HR -- that's home room class

11    -- attended their regular library class today.  The

12    lesson was for students to act out the atrocities

13    of the Holocaust.  One student was given the role

14    of Hitler.  Others were told to be people that shot

15    Jews.  Some students were given  roles to dig

16    ditches.  Other jobs were to put classmates in gas

17    chambers.  Many students were directed to pretend

18    to die.

19         At the end of the lesson, the student

20    playing Hitler was told to act out his suicide.

21    Before the class ended, the librarian told students

22    not to tell their parents.  The librarian's name

1   is Kimberlynn Jurkowski.  All students in the home

2   room were involved.

3                As a next step, I would like to meet to

4   identify specific support/next steps for members

5   of our Central Office Response Team outlining Phase

6   3 of the protocol.  Please reply to this email with

7   your availability to have a 30 minute meeting today

8   or early next week to determine short-term and

9   long-term supports for the impacted parties.  The

10  primary purpose of this meeting is identifying

11  immediate and long-term strategies to restore

12  community and repair harm.

13               Central Equity Response Team, please note

14  that due to the nature of this incident, we are

15  aiming to schedule this response meeting as soon

16  as possible.  We prioritize the school leaders'

17  availability and hope that it will be possible for

18  you to have a representative from your team join

19  the meeting.  Please let me know if this will be

20  possible, and we will determine how to ensure your

21  team is kept informed on the situation and required

22  next steps.

1     Q    Thank you for that, Mr. Berkowitz.  Okay.

2   And I guess you may have noticed on page 3 there

3   is not a whole lot there.  But you can read that

4   because it actually has some significant

5   information on there.

6     A    Microsoft Teams meeting.  Join on your

7   computer or mobile app.  Click here to join the

8   meeting or call in audio only

9   1-202-539-1291,,949108608#UnitedStatesWashington

10  DC, phone conference ID 94910808#findalocalnumber,

11  reset PIN, learn more, meeting options.

12    Q    Thank you for that, Mr. Berkowitz.  May

13  you please give me that particular exhibit?  Thank

14  you.  Exhibit 4.

15        MS. JURKOWSKI:  Plaintiff moves Exhibit

16  4 Berkowitz into evidence.

17        MS. NEGOVAN:  Same objection as moving

18  into evidence the other exhibits.  I will just note

19  similar to the last exhibit, this is a text scan

20  of a PDF of an email chain.  So there might be some

21  errors in it.  There might have been some issues

22  with the witness recognizing it.

74

1          MS. JURKOWSKI:  Thank you for that.

2          THE WITNESS:  Thank you.

3          MS. JURKOWSKI:  Mr. Court Reporter, could

4  you please put a sticker on Exhibit 5 for Berkowitz?

5   Thank you.

6          Plaintiff is showing the Exhibit 5 for

7  Berkowitz to Andi and let me know when I should turn.

8          (Whereupon, the above-referred to

9  document was marked as Berkowitz Exhibit No. 5 for

10  identification.)

11          BY MS. JURKOWSKI:

12      Q   Mr. Berkowitz, do you remember an E-15

13  email regarding a change in the Plaintiff's schedule

14  by other teachers' --

15      A   What's an --

16      Q   -- conversation?

17      A   What's an E-15 email?

18      Q   That means it's like all teachers in the

19  building, I think based on Union stuff, are called

20  E-15s.

21      A   It's ET-15.

22      Q   Okay.  Well, then I didn't know that.

75

1   Thank you for that.  But do you remember receiving

2   an email from the Plaintiff regarding some situation

3   with teachers changing her schedule?

4        A    Teachers changing your schedule?

5        Q    Yes.  And in a --  yes.

6        A    No.  That shouldn't be possible.

7        Q    Okay.  So the Plaintiff is handing a copy

8   of Exhibit 5 Berkowitz to Witness Berkowitz.  And

9   what is that Principal Berkowitz when you get a

10  chance to look at it a little bit.  Any idea of what

11  that is?

12       A    It is dated October 29, 2021 at 4 o'clock

13  in the morning.

14       Q    You don't want those dates.  You want the

15  one that says from -- it's found a little bit --

16       A    There we go.  It is an email from me to

17  --

18       Q    From --

19       A    -- a bunch of folks on staff at the time.

20       Q    What's the date, though?

21       A    May 19, 2021.

22       Q    And time, please.

```
1        A    2:53 p.m.

2        Q    Thank you.  Continue, please?

3        A    You want me to read it?

4        Q    I want you to continue with the "to" part

5   now, please?

6        A    To you.

7        Q    Who am I?

8        A    Kimberlynn Jurkowski.

9        Q    Mm-hmm.  Thank you.

10        A    Mark Boisvert, Joy Hollis.

11        Q    Okay.

12        A    And that's -- then there's a bunch of folks

13   cc'd.

14        Q    Like, can you --

15        A    Do you want me to read them?

16        Q    -- just look at the bold names for the cc's?

17        A    Rosalind Lamont --

18        Q    And who are these people that are being

19   cc'd?

20        A    Rosalind Lamont is a teacher, Duane Butler,

21   a teacher, Takwanna Bell, a teacher, Roshida

22   Hightower, a teacher.  They're all teachers.  I
```

1    will say otherwise if they are not.  Monique

2    Sullivan, Elisa Phoenix, Lathe el Moussa, Coreil

3    Dickinson, Rachel Nover, Catherine Moxley, Ty

4    O'Neil, Brittney Parlor, Alice Hill -- man, I forgot

5    about her -- Stephanie Coleman, Kimberly Griffin,

6    Tatiana Sheppard, Sumera Davis, Jill Stewart,

7    Lauren Dunning) --

8        Q    Okay.  Great.  Thank you, Mr. Berkowitz.

9     At these teachers at Watkins?

10       A    Some of them.

11       Q    Or are they not all currently teachers at

12   Watkins?

13       A    Correct.

14       Q    Oh, okay.  Can you tell me the ones that

15   are no longer at Watkins, please?

16       A    Lamont, Butler, Bell, Hightower,

17   Sullivan, Phoenix, El Moussa.

18       Q    El Moussa is no longer --

19       A    Correct. Nover, Moxley, Dial Hill,

20   Griffin, Stewart, Davis, Dunning, O'Donnell,

21   Talisman, Buchanan, Tyler, Hopkins, Rowe, Perkins,

22   Lopez, Gross, Denton).

78

1      Q   Okay.  Thank you for that.

2           MS. NEGOVAN:  So, Ms. Jurkowski, real

3    quick.  It's 4:29.  I did ask for half an hour --

4           MS. JURKOWSKI:  I am trying.  I promised

5    I would try.

6           MS. NEGOVAN:  -- with Mr. Berkowitz.

7           MS. JURKOWSKI:  I promised I would try.

8     But this has been a very tough day for me.  I'm

9    just --

10          MS. NEGOVAN:  If you go over a little

11   4:30 that's fine.  But I do need some time to ask

12   my questions.

13          MS. JURKOWSKI:  I'm doing my best to move

14   this along.

15          MS. NEGOVAN:  Thank you.

16          MS. JURKOWSKI:  Thank you.

17          BY MS. JURKOWSKI:

18      Q   Okay, Principal Berkowitz, may you read

19   the -- hello -- excuse me -- Ms. Jurkowski and

20   others.  I'm flipping it over to see where it came

21   from and then follow with your response.  I do

22   apologize.  This looks kind of backwards to me.

79

1   It's like on the other side the from and all those

2   names, it says what the Plaintiff is actually saying

3   to you.  It does say something there.  And then we

4   can flip it over.

5           Like, on the side that has this at the top

6   -- not the second page, yeah, the first page on the

7   other side that has the Capitol Hill logo on it.

8   Yes.  Okay.  Just if you go all the way down, past

9   the middle, what does the Plaintiff say or type?

10  What does the Plaintiff --

11      A   GM, good morning, all.  There are a few

12  concerns for the E-15 collaboration, change of

13  schedule, change of lesson plans and student travel

14  restriction, COVID.  During E-15 to E-15

15  collaboration, it is acceptable to change E-15

16  schedules lesson since students may travel even

17  during COVID, right?  During E-15 to administration

18  collaboration, it is acceptable to change

19  schedules, lesson plans, and students may travel

20  even during COVID, right?

21          Based on DCPS policy, is an E-15 allowed

22  to change the schedule and lesson of another E-15

1  without written notice from administration?  In

2  other words, would I be allowed to go into another

3  E-15's classrooms and tell the E-15 what lesson they

4  will do, tell the E-15 that the lesson they had

5  planned will be done some other time?  Have a nice

6  day, all.

7      Q    Okay.  And I'm just going to continue on

8  and flip on the other side to get your response to

9  that, which is, I think, you put it there after all

10  those names.

11      A    Hello, Ms. Jurkowski and everyone else,

12  do you want me to read that?

13      Q    Please.

14      A    Ms. Jurkowski and I talked for some time

15  this afternoon about the issues she raised in this

16  email and the staff team also just discussed them

17  briefly.  I will try to clarify as best I can in

18  writing.  Please realize I don't have specific

19  examples of situations and that context always

20  matters yet I will try to be as clear and concise

21  as possible.

22          Schedules, only school leaders can make

1    schedule changes to the academic schedule.  If

2    staff has suggestions for changes like an outdoor

3    lesson, walking field trip or extended math block,

4    they need to be discussed with school leaders.

5            Teachers may use other spaces in the

6    building for learning or fun, think outdoor

7    classroom, library, computer lab, but again only

8    with approval from school leaders.  Ms. Jurkowski

9    referenced travel.  She needs traveling inside the

10   building.

11           If for some reason the class wanted to go

12   to Ms. Watkins' classroom and that class is outside,

13   Ms. Watkins' two cohorts or bubbles would take a

14   lot of coordinating of people and time to make that

15   happen.  Ms. Watkins would not be able to join the

16   class in that space and even occupying it would

17   require a conversation with him and school leaders

18   grounding in the learning or culture building of

19   the experience.

20           Keep going?

21       Q   Well, the gist of it is do you want to get

22   to the bottom line?  Because you gave a long lovely

1    response.  But then that bottom line, the last three

2    lines.

3        A    The very last one?

4        Q    Yes, one, two, three.

5        A    Given all that?

6        Q    Mm-hmm, given all that.

7        A    Given all that --

8        Q    Thank you.

9        A    -- the direct answer to Ms. Jurkowski's

10   question, would they be allowed to go into another

11   E-15's classroom and tell the E-15 what lesson they

12   will do.  Tell the E-15 that the lesson they have

13   planned will be done some other time is no.

14       Q    Okay.  Now, thank you for that.  We had

15   a -- do you remember the conversation you had with

16   the Plaintiff in the meeting in the science lab

17   regarding this so that you could --

18       A    With just you?

19       Q    With who?

20       A    With you only?

21       Q    No.

22       A    There were other people there.

83

1      Q    Not me only.

2      A    Yeah, I remember that one.

3      Q    Yeah, there were -- who were the other

4    people that were in the room?

5      A    Ms. Bloom and Ms. Stewart and Mr. Boisvert,

6    I think.

7      Q    Bloom, Stewart and Boisvert.  I remember

8    that.  And how did you communicate with me to show

9    up in the science lab on the second lab around the

10   corner from the library?  Do you remember?

11     A    No.

12     Q    Why was the meeting in the science lab?

13    Do you remember that?

14     A    I remember the meeting was -- there was

15   some tension in the room, and I wanted a discreet

16   space.  If I recall, the science lab wasn't being

17   used.  So I found that to be a discreet location

18   if that's --

19     Q    Okay.  That's fine.  Did you come into the

20   library to find the Plaintiff and to invite her --

21     A    I don't remember.

22     Q    You don't remember that.  Okay.  So

84

1    somehow the Plaintiff ended up in the science lab

2    for the meeting.  And in the meeting there was

3    conversation about this.  Is that correct?

4         A    I don't remember the lesson plan  change.

5     I remember -- rereading this triggered me to --

6    like I'm trying to understand, like, I think you're

7    implying that some other teacher asked you to change

8    your lesson plan --

9         Q    I absolutely --

10        A    -- or change your schedule.

11        Q    -- implied that.

12        A    I don't remember that being the gist of

13   the conversation in the science lab.  I remember

14   the conflict you and Ms. Stewart had in the parking

15   lot being the gist of the conversation.  And like

16   I didn't fully understand the conflict between the

17   two of you, but I knew that it was upsetting to both

18   of you.  And that is what we were trying to talk

19   about.

20        Q    Okay.

21        A    That is how I remember it.  I don't think

22   my memory is perfect on that, but yeah.

1      Q    And did it eventually get resolved?

2      A    I don't think so.  I don't know.

3            MS. JURKOWSKI:  All right.  Thank you for

4      that.  For the sake of time, I am going to have that

5      one back.  Thank you, Mr. Berkowitz.  It is taking

6      me a little longer to do this.

7            Plaintiff moves Exhibit 5 for Berkowitz

8      into evidence.

9            MS. NEGOVAN:  Same objection regarding

10     moving exhibits into evidence as the other exhibits.

11           MS. JURKOWSKI:  I am going to have to stop

12     there because -- Mr. Court Reporter, may you put

13     a sticker on 6?  I think we're on 6 for Berkowitz,

14     Exhibit 6.

15           (Whereupon, the above-referred to

16     document was marked as Berkowitz Exhibit No. 6 for

17     identification.)

18           MS. NEGOVAN:  Ms. Jurkowski, I will give

19     you until 4:35, okay.  I will give you a little extra

20     time.

21           BY MS. JURKOWSKI:

22     Q    Okay.  Plaintiff is showing Exhibit 6 to

1    -- and you -- today somehow.

2         MS. NEGOVAN:  Okay.  I will just note for

3    the record this is Bates Number 171 --

4         MS. JURKOWSKI:  Mm-hmm.

5         MS. NEGOVAN:  -- through 225.

6         MS. JURKOWSKI:  Well, communicated.

7         MS. NEGOVAN:  -- 255 it looks like it's

8    about -- it looks like it is the same as what I have

9    here.  So I don't have an objection to it in that

10   sense.

11        MS. JURKOWSKI:  Okay.

12        MS. NEGOVAN:  I'm just noting that it is

13   the same as 171.

14        MS. JURKOWSKI:  Got you.

15        MS. NEGOVAN: The 255.

16        MS. JURKOWSKI:  Thank you.  Plaintiff is

17   handing a copy of Exhibit 6 to Mr. Berkowitz, the

18   witness.

19        BY MS. JURKOWSKI:

20     Q   Okay.  Mr. Berkowitz, what is that that

21   you have in your hand?

22     A   The title of the document says DC Public

1    Schools, Office of General Counsel, Investigations

2    Division.  So, I don't know what this is.  I haven't

3    seen it.

4        Q    Okay.  No problem.  May you look down near

5    the bottom after subject and tell me what that is?

6        A    After subject?  It says --

7        Q    Well, it says subject is who?

8        A    You, Kimberlynn Jurkowski.

9        Q    Mm-hmm.  And --

10       A    Complainant, M. Scott Berkowitz,

11   Principal, that's it and my title.

12       Q    And then what?

13       A    My phone numbers.

14       Q    No, but after that.  Then that's --

15       A    Witnesses, Mark Boisvert, Assistant

16   Principal, Catherine A. Moxley, Third Grade

17   Homeroom Teachers and some redacted names that are

18   third grade students.

19       Q    Right.  Okay.  I am not going to really

20   try to go through this whole thing now because it

21   is going to take too long.

22       A    Great.

1          Q    But if you flip and -- yeah, if you turn

2     those over, the policy and the whatever, until you

3     get to the handwriting of the students.  And we are

4     not going to do all of them.  We are just going to

5     look at maybe one just to let you know that that

6     report is somewhere.  So, you never received this

7     report?  You never received a copy of this report?

8          A    The whole thing?

9          Q    Yes --

10         A    I don't think so.

11         Q    -- the whole thing.  Okay.

12         A    If I did, I didn't look through it --

13         Q    Okay.

14         A    -- because I don't want to come back to

15    this ever.  Do you want me to stop here?

16         Q    I do.  Okay.  Now let's see, were there

17    some other ones with that or -- that's the first

18    one?

19         A    I haven't gotten past this one.

20         Q    Okay.  Let's see.  I will turn mine over

21    because maybe that's what it is.

22         A    Okay.

1    Q    So, does that look pretty legible to you?

2    A    I am experienced in reading handwriting

3    like this.

4    Q    Okay.  So, I don't really want to go a long

5    time about it but these are just basically some

6    examples.  And what is this though?  What exactly

7    is this whole bundle?

8    A    Well, this handwriting you are referring

9    to I believe are the students' statements they made

10   after your class on December 17th.

11   Q    Okay.  Of what year?

12   A    '21.

13   Q    Okay.  And what date was this report

14   compiled?  Can you see --

15   A    On the document?

16   Q    -- the front page again?

17   A    January 28th, 2022.

18   Q    And who is it from or who --

19   A    The investigator, Stacy R. Carey.

20   Q    That's true.  But at the top of the page

21   there, what does that say?  District --

22   A    Office of the General Counsel.

90

1        Q   I'm sorry.  I didn't hear you.

2        A   Office of the General Counsel, District

3   of Columbia Public School, Investigations Division.

4    What would you like me to read?

5        Q   That's exactly what I wanted you to read.

6    Okay.  So, the gist of it is, it's some type of

7   report that was compiled after all of this.  Okay?

8        A   Mm-hmm.

9        Q   Do you think that that's basically a fair

10   and accurate report probably compiled with lots of

11   details about the incident that occurred at --

12            MS. NEGOVAN:  Objection.  He said he had

13   never seen it.

14            THE WITNESS:  I had never read it.

15            MS. JURKOWSKI:  Oh, you never saw it?

16   Okay.

17            BY MS. JURKOWSKI:

18        Q   But your name is on it, right?

19        A   Correct, I noticed that.

20        Q   Okay.  All right.  Then maybe that's

21   good.  And some sample -- have you ever seen any

22    of these writings before?

1          A    All of them.

2          Q    Okay.  So you've seen some things.  You

3     have a sense of what this is, I think.  Okay.

4          A    Based on the front page.

5          Q    Fair.  Okay.  Do you think this is a fair

6     and --

7          A    I don't know.

8          Q    -- maybe accurate kind of idea of what --

9          A    I would say that after I --

10         Q    If you could really sit down and read it,

11    it would be great.  But we can't right now.  So,

12    I have handed it to you.  All right.  So, I will

13    take it back.  Thank you so much, Principal

14    Berkowitz.  All right.

15              MS. JURKOWSKI:  Court report, Plaintiff

16    moves into evidence Exhibit -- what was that?

17              THE WITNESS:  Six.

18              MS. JURKOWSKI:  -- six for Berkowitz.

19    Thank you very much.  And the last item that I am

20    going to do right now because I do have so many.

21     And I have been with you guys enough today.

22              Mr. Berkowitz, did you ever have any issues

1    at any of your school with children?  Were there

2    any complaints ever filed against you regarding

3    children?

4            MS. NEGOVAN:  Objection to form.  You can

5    answer if you understand the question.

6            THE WITNESS:  I don't.

7            MS. JURKOWSKI:  Did you have -- did you

8    ever have any problems outside the Watkins, which

9    is not really you.  It is somebody else having a

10    problem, with students or a student who was

11    interrogated by police, did you ever have that

12    situation?

13            MS. NEGOVAN:  Objection to form.  You can

14    answer if you understand.

15            THE WITNESS:  I don't understand.

16            MS. JURKOWSKI:  Did you ever have a

17    complaint filed against you --

18            MS. NEGOVAN:  Objection to form.

19            BY MS. JURKOWSKI:

20    Q    -- in Alexandria City?

21    A    I don't remember one.

22    Q    Okay.  Did you ever --

1      A    That's different than were complaints

2   made.  But a complaint filed, I don't remember one.

3      Q    Was a complaint made or filed against you?

4      A    Principals get complaints every day.

5      Q    Okay.  But that -- I get you.  But that's

6   not the question.  Was there a complaint filed

7   against you in Alexandria City Public School --

8            MS. NEGOVAN:  Objection.  Asked and

9   answered.

10           MS. JURKOWSKI:  -- regarding --

11           MS. NEGOVAN:  I'm sorry.  Keeping going.

12           BY MS. JURKOWSKI:

13     Q    -- a third grade student?

14     A    I don't remember one.

15     Q    Okay.  That's fine.

16           MS. NEGOVAN:  Ms. Jurkowski, it is 4:36.

17           MS. JURKOWSKI:  Yes, ma'am.

18           MS. NEGOVAN:  Principal Roser has to --

19   sorry.  We've gone through a lot today.  Principal

20   Berkowitz has somewhere to be.

21           (Simultaneous speaking.)

22           MS. JURKOWSKI:  We're not going to go

1    through the whole thing.  But I am going to give

2    it to him.  And when I finish this one, I am not

3    going to do the others today because I agree.  It

4    has been a long day.

5            Okay.  Court Reporter, may you please put

6    a sticker on exhibit -- I don't even what it is,

7    seven, are we at seven?

8            MS. NEGOVAN:  Ms. Jurkowski, I just want

9    to make it clear on the record that this is the only

10   day Principal Berkowitz is available to do this

11   deposition.  He is not --

12           MS. JURKOWSKI:  I know.

13           MS. NEGOVAN:  -- coming back.

14           MS. JURKOWSKI:  I do know that.

15           MS. NEGOVAN:  You asked for an hour and

16   a half.

17           MS. JURKOWSKI:  There you are.

18           MS. NEGOVAN:  You've gotten more than an

19   hour and a half.

20           MS. JURKOWSKI:  He asked -- okay.  I

21   believe we are scheduled to go until 5 o'clock.

22   I am not arguing with you about that on the record,

1    counsel.  We'll talk later.

2          Okay.  I will try to make this as quickly

3    as I can and we can always come back to some other

4    conversations.  Okay?  Thank you, counsel.

5          MS. NEGOVAN:  Mm-hmm.

6          MS. JURKOWSKI:  Okay.  Plaintiff moves to

7    give the witness Exhibit 7 Berkowitz.  And on the

8    front page, may you please read a few lines at the

9    top for us?

10          (Whereupon, the above-referred to

11    document was marked as Berkowitz Exhibit No. 7 for

12    identification.)

13          THE WITNESS:  September 28, 2020, Allison

14    L. Perrine and William E. Olson, Alexandria VA.

15          BY MS. JURKOWSKI:

16    Q    Okay.  Stop there.  Do you recognize

17    those names?

18    A    I don't.

19    Q    Not at all.  Okay.  Let's see what I can

20    get really quickly.  Let's go down to the middle

21    of -- after the one, two idea.  Let's go down to

22    the next paragraph.  And if you would please just

1   only read that paragraph for now so we can get some

2   context.

3         A    What context does this have to do with you?

4         Q    If you go down past, it says one, two in

5   parenthesis.

6         A    Yeah.

7         Q    That next section, if you can just read

8   that short paragraph, please.

9         A    Troubling experiences on December 13th,

10  2019 of our then eight-year-old special needs child,

11  our child, after the Jefferson Houston K-8 School,

12  JH, and the response of APD and Mr. Contreras to

13  these events demonstrate that the answer to both

14  these questions is no.

15             On December 13th as a result of misinformed

16  instructions from the ACPS Office of Safety and

17  Security, an APD law enforcement officer

18  interrogated our child while under the care of ACPS

19  knowing that we, the parents of the interrogated

20  child did not have actual knowledge of the

21  interrogation.

22        Q    Okay.  Did you ever even see this report?

1        A    No.

2        Q    Did anybody ever talk to you about it?

3        A    No.

4        Q    Okay.  Did you give any information

5    regarding this report to anyone?

6        A    I still don't know what this is about.

7        Q    Okay.  Give me a second.  We are going to

8    go to page -- I am going to try and make it quick

9    because I guess I am out of time.  Let's go to page

10   -- what is this?  Let's see if I can see it.  My

11   eyes are tired.  Let's go to page -- oh, let's go

12   to page -- if I can do this -- Exhibit D but I can't

13   tell what page it is.  You're going to have to go

14   in a bit until you get to Exhibit D.  Just turn --

15   flip the pages back that way until you get to Exhibit

16   D.

17            MS. NEGOVAN:  It's a lot further back.

18            THE WITNESS:  Do you have a --

19            MS. JURKOWSKI:  Keep going.  Keep going.

20    You're going to see Exhibit D.  Yeah, I'm trying

21   to just move it along because I'm just out of time

22   here.  It's Exhibit D.

98

1            THE WITNESS:  Okay.

2            BY MS. JURKOWSKI:

3      Q    Now on the other side of Exhibit D are some

4   cell phone images.

5      A    Yeah.

6      Q    Find if there is one with your name on it.

7      A    The first one.

8      Q    Okay.  May you read that?  What's in the

9   little text box on the left for your --

10     A    From me, this connect Darryl Sampson,

11  Director of Counseling with Dustin and Tiffany.

12  APs, please check in with him when you can.  I'm

13  on the way in.

14     Q    Okay.  Continue.

15     A    Tiffany and Dustin, please call me at this

16  number.  Do you have the threat assessment docs?

17   Yes, I have the documents.  It is handled.

18  Remember, we have experience.  Even if not ACPS who

19  made this harder, we made our school look like we

20  didn't know what we were doing.

21     Q    Mm-hmm.

22     A    You, Principal Berkowitz, I am --

1     Q    I'm going to stop it there.  Do you

2   recognize any of this conversation?  Have you ever

3   seen this?

4     A    I mean, it looks like these are my text

5   messages with my assistant principals.

6     Q    Mm-hmm.  At where?

7     A    Jefferson Houston in --

8     Q    Where?

9     A    Jefferson Houston in Alexandria City.

10    Q    Okay.  So, I guess if we had time to really

11   look at this report, which we may need to do another

12   time.  I don't know.  But do you get a sense that

13   this report came from a place that you were once

14   employed?  And we're going to roll it back so the

15   court reporter has the order okay.

16    A    I don't know.  Is this a report?  I don't

17   know really what this document is.

18    Q    Yeah, I understand.

19    A    So, I can't say yes.

20    Q    But that is your text information from your

21   --

22    A    It looks like my --

1      Q    -- phone.

2      A    Yes.

3      Q    Okay.  That's good enough.  Thank you for

4  that.  If you can give me it back.

5      A    I mean, it's mine or a good forgery.  I

6  don't remember doing it but --

7      Q    Okay.  That's okay.  Thank you, Mr.

8  Berkowitz.

9           Okay.  You think this is probably a fair

10  and accurate at least image of the text information?

11      A    It could be.

12      Q    Okay.  All right.  And you don't know any

13  of these people, the Olsons or the whatever it said?

14      A    I don't remember them, no.

15      Q    You don't remember them.  Okay.

16           MS. JURKOWSKI:  Mr. Court Reporter, may

17  you -- the Plaintiff moves -- put that into exhibit

18  -- what exhibit is it again, seven?  You all look

19  gone.  Okay.  Exhibit 7 for Berkowitz.  Okay.

20  Okay.  And you have this?

21           MS. NEGOVAN:  Yeah, you can --

22           MS. JURKOWSKI:  Yeah, you have this.

```
 1    Okay.  I can't do anymore because I have run out
 2    of time.  Thank you everybody for the long wonderful
 3    day because you all have been extremely patient
 4    here.
 5              MS. NEGOVAN:  Okay.  So, the District has
 6    questions.
 7              MS. JURKOWSKI:  Mm-hmm.
 8    CROSS-EXAMINATION
 9              BY MS. NEGOVAN:
10        Q    How are you doing, Mr. Berkowitz?
11        A    Fine.
12        Q    Are you okay?
13        A    Yeah, I'm okay.
14        Q    You have to leave right at 5:00 sharp?
15        A    No.
16        Q    Okay.  Can we go to 5:10?
17        A    Yeah.
18        Q    Thank you for that.  I appreciate it.
19             Who was the principal before you at
20    Watkins?
21        A    Bell -- what's her first name?
22             MS. JURKOWSKI:  Elena.
```

1          THE WITNESS:  Elena Bell.

2          BY MS. NEGOVAN:

3      Q    What sort of priorities did she have for

4   Watkins?

5      A    I don't know.  I wasn't there.  Do you

6   want me to make an inference?

7      Q    What -- did you continue any of her

8   programs that she started when you became principal

9   at Watkins?

10     A    No.  But some efforts, I would say.  I

11  don't know if there was a program.  She kind of teed

12  up this race and equity group that I think she would

13  have, like, launched had she not stepped down, that

14  I did pick up and run with, a partnership with an

15  external group that works on race and equity

16  development in community school communities.

17     Q    And what did that group do at Watkins?

18     A    They gave me some -- well, they are called,

19  they were called Kindred Communities.  They had

20  like a multiyear plan to foster, starting with

21  cross-cultural conversations across difference

22  between staff and caregivers.

1          The first year would be dialogue groups

2     where small groups talk about relevant issues of

3     race and equity and identity in the group.  We

4     partnered with them for four years as part of my

5     commitment to anti-racism.  And it was a fruitful

6     group that ended up, that equity team from the

7     beginning four years later are like the PTA leaders

8     in the group and extinguish some inequitable

9     practices and brought about more at the classroom

10    school level.

11         Q    And what was your involvement with Ms.

12    Jurkowski's library classes when you were principal

13    at Watkins and she also worked there?

14         A    In her classes?  I did not have a lot of

15    involvement.

16         Q    Was there ever a program called Books and

17    Belonging with Berkowitz?

18         A    I would say that it is my class.  That's

19    why I didn't answer it before.  When we were -- when

20    I started the job, everyone was home from COVID.

21     There was no virtual learning on Wednesdays.

22    Instead, we met with our staff.  We had race and

104

1   equity dialogues.  And we had a noon class called

2   Books and Belonging with Berkowitz, Ms. Jurkowski

3   and Ms. Bloom, the Peabody librarian, and I

4   partnered on that class.

5       Q   Was there any conflict about that class

6   between you, Ms. Jurkowski and Bloom?

7       A   No.  No, that class was great.

8       Q   How long did it last?

9       A   I don't think it lasted the whole year

10  because we eventually opened school and then I

11  couldn't sustain it along with, like, the in-person

12  work.  So, I don't know.  I don't remember exactly

13  when we finished.  I do remember we had the mayor

14  on though, that was fun.

15      Q   So, the 2020 to 2021 school year was

16  remote?

17      A   Most of it -- most -- not completely.  I

18  think we started bringing kids back in January.

19      Q   And then the 2021-2022 school year, was

20  that in-person?

21      A   Fully in-person.

22      Q   Were --

105

1        A    Right?  I think so.

2        Q    Were students from Peabody in Watkins that

3    year?

4        A    No.  Which -- no, I think Peabody was only

5    at Watkins the 2021 school year.  We were able to

6    open Peabody for the fall of '21.  Yeah, yeah.  No

7    way.  We didn't have all of Peabody.  Yeah.

8        Q    Were there some issues bringing students

9    back in person?

10       A    Yes.

11       Q    And what sort of issues came up if you

12   remember?

13       A    All of them, health and safety concerns,

14   student attendance, contact tracing.  I was like

15   a full-time contact tracer.  Addressing the

16   learning gap, basic needs of kids, the mental stress

17   of all the educators.  Air filters, contact, you

18   know, testing, you know, all that stuff.

19       Q    Fair to say this was a difficult year?

20       A    Very, very fair and very difficult.

21            MS. NEGOVAN:  So, could I get Exhibit 1

22   again?

1          BY MS. NEGOVAN:

2     Q    Ms. Jurkowski talked about a parent that

3   had reached out to you about history?

4     A    Allison Kitchel.  Yeah.

5     Q    And you stated that you don't remember

6   calling her about this?

7     A    I don't remember calling her, no.  But I

8   am not denying that I did.  I just don't remember.

9     Q    Did you receive any guidance from LMER

10   about what to say about Ms. Jurkowski's past?

11     A    Yeah, it was in the other one, the other

12   exhibit.

13     Q    That was Exhibit 2, right?

14     A    It said she cleared the background check

15   as appropriate.

16          MS. NEGOVAN:  Yeah.  Thanks.  And do you

17   remember any additional emails that are not attached

18   to this exhibit that was in this chain?

19          THE WITNESS:  No, not specifically.

20          BY MS. NEGOVAN:

21     Q    I am going to share my screen real quick.

22   We'll call this Exhibit 8.  And I'm sorry.  You're

1    going to have to look at the TV for this.

2            (Whereupon, the above-referred to

3    document was marked as Berkowitz Exhibit No. 8 for

4    identification.)

5        A    That's okay.

6        Q    All right.  So, just scrolling through --

7    for the record, this is Bates Number 1916 through

8    1918.  Can you read that from here, Mr. Berkowitz?

9        A    Where do you want me to start?

10        Q    I just mean is the text big enough?

11        A    Oh, I can read it, yeah.

12        Q    Okay.  I'll just scroll through a little

13    bit.

14        A    Okay.  Oh, yeah.  This is the complete

15    version, yeah.

16        Q    So, you recognize the email on Bates Number

17    1917 in the middle of 1917?  That's the top of

18    Exhibit 2 that you have been handed, right?

19        A    Yeah, yeah.

20        Q    And the document you are looking on the

21    screen, which is Bates Number 196 through --

22        A    Continues, yeah.

108

1    Q    -- has additional emails, right?

2    A    Yeah.

3    Q    One is from Jade Fuller --

4    A    Yup.

5    Q    -- on May 25th, 2021?

6    A    Yup.

7    Q    And what does she say there?

8    A    Hi, Principal Berkowitz.  If you need to
9    address it, you should limit your statements to
10   affirming that all DCPS employees are required to
11   clear a background check prior to being offered
12   employment.  Do not engage in any specific
13   discussion about the staff member.

14   Q    And then?

15   A    Thanks, Jade.  I don't plan on bringing
16   it up.  But if I need to respond, I want the correct
17   language.  What you just shared works for me.
18   Thank you.

19   Q    And that was your reply, right?

20   A    Yup.

21   Q    And when you said I don't plan on bringing
22   it up, what did you mean?

1       A    I don't want to talk about it, Ms.

2    Jurkowski's past with the community or the staff.

3       Q    So, you never, on your own, brought this

4    up to other people?

5       A    No.

6       Q    And when people reached out about this,

7    you responded with LMER's language?

8       A    Language.  I don't remember actually ever

9    having to do that.  But I might have.  I don't know.

10      Q    And if you --

11      A    I wouldn't -- it's not good for the school.

12    Her past is not good for the school.  So, upon

13    learning about this, I wanted to know what to say.

14    That's what these emails kind of show.  And I want

15    to affirm -- protect the school, Ms. Jurkowski, and

16    DCPS with, like, the policies were followed and she

17    was cleared.

18             MS. NEGOVAN:  And I will to email this at

19    the end of the deposition so you have it.

20             THE WITNESS:  Email what?  That?

21             BY MS. NEGOVAN:

22      Q    This, yeah, because I don't have a printed

1  copy and he needs a copy of it to attach to the

2  deposition.

3      A   Oh you're talking about him?

4      Q   Yes.

5      A   Okay.

6      Q   Yes.

7      A   I thought you were talking about me.

8      Q   Sorry.  Not you.

9      A   You want these back?

10     Q   Thank you.

11          MS. JURKOWSKI:  Are we done?

12          MS. NEGOVAN:  No, I still have a few more.

13          MS. JURKOWSKI:  Oh, I'm so sorry.

14          MS. NEGOVAN:  Yup.

15          BY MS. NEGOVAN:

16     Q   All right.  So, how would you describe

17  your working relationship with Ms. Jurkowski when

18  she was a librarian at Watkins?

19     A   It was very constructive and productive

20  at the start.  We worked together on, like, a lot

21  of, like, enriching activities for the kids.

22     Q   And then when I say the incident on

1  December 17th, do you know what I mean?

2     A   Yeah.

3     Q   How did you become aware of the December

4  17th incident?

5     A   Ms. Moxley came into my office.

6     Q   Did she have anything in her hand?

7     A   She had the student statements.

8     Q   Where did she say the student statements

9  had come from?

10    A   She asked the kids to write them.

11    Q   And did you read them --

12    A   Yeah.

13    Q   -- that day?

14    A   Mm-hmm.

15    Q   What did you do after you read them?

16    A   I don't know what my immediate next steps

17  were.  I eventually called Shawn Stover.  I

18  probably told AP Boisvert to kind of gather a team

19  up to figure out how to respond.  We learned earlier

20  today, I didn't remember, that I called Mr. Redmon

21  and Ms. James in interviewing the kids.  That was

22  probably under the advice of Mr. Stover.  I filed

112

1    the IRT, the Incident Report.  Made some phone calls

2    to parents eventually about what happened.  I got

3    on that call in one of those exhibits with the, like,

4    Central Response Team.  Those are some of the things

5    I did.

6         Q    You interviewed some of the students, but

7    not all of Ms. Moxley's class, right?

8         A    Mm-hmm.

9         Q    I'm sorry.  I know it's been long, but if

10   you could respond orally --

11        A    Yes, oh, yeah

12        Q    -- please.

13        A    -- sorry.

14        Q    Thank you.  I appreciate it.

15             How did you decide which students to

16   interview?

17        A    I don't remember specifically making this

18   decision.  But I do remember looking through all

19   of the statements.  And then based on the statements

20   and like probably the details in those statements,

21   I wanted to follow up with some kids.

22        Q    Did all the statements describe the same

1    situation?

2        A    Yeah.  They all described different

3    atrocities of the Holocaust that they had enacted

4    in Ms. Jurkowski's class.

5        Q    So, you said you interviewed the students

6    one by one?

7        A    Mm-hmm.

8        Q    And you said --

9        A    Yes.

10       Q    -- you asked them.  Thank you.  You said

11   you asked them how they felt?

12       A    Yup.  And then what happened.

13       Q    And you took notes in a notebook, you said?

14       A    You know, I don't know.  The questions Ms.

15   Jurkowski was asking me earlier made me like try

16   to remember.  But, yes, I think I did.

17       Q    Did you have an emotional response to all

18   this?

19       A    Absolutely.

20       Q    It made it difficult to do the rest of your

21   job that day?

22       A    Very hard.

114

1    Q    Did the people surrounding you understand

2    that you were having a difficult time with it?

3    A    Very much so.

4    Q    And they didn't -- they wanted to honor

5    that and protect your emotions --

6    A    They did.

7    Q    -- that afternoon?

8    A    Yeah.

9    Q    So, they tried not to involve you as much

10   as possible?

11   A    Correct.  Like for example, I didn't watch

12   the video because Mr. Stover and Mr. Boisvert were

13   like, you should not watch the video.  And I

14   believed them, so I didn't watch it.

15   Q    And you weren't involved in handing off

16   Ms. Jurkowski's Notice of Administrative Leave or

17   Notice of --

18   A    No, no.

19   Q    You don't know when that happened?

20   A    Not specifically.  I know it happened that

21   day.

22   Q    But you don't know when she received her

1  Notice --

2      A    No.

3      Q    -- of Administrative Leave?

4      A    I might have been told she was gone.  I

5  probably was.  That probably was an effort to help

6  me feel better.  But, no, I don't remember when

7  exactly that happened.

8      Q    When you interviewed the children and you

9  recorded those notes and sent them in the Incident

10 Report, were you embellishing anything that the

11 children had said?

12     A    No, no.

13     Q    Were you correcting anything they said

14 that was wrong?

15     A    No, no.

16     Q    What was the goal of you sending those

17 notes to LMER about what the children had said?

18     A    Provided an accurate description about

19 what had happened to the kids.  Like this is a trauma

20 against them.  I needed to be specific and accurate.

21     Q    Were any of the children difficult to

22 understand when you interviewed them?

1    A    Maybe in some -- I mean, what happened was

2    difficult to understand because it shouldn't have

3    ever happened.  So, that part was difficult to

4    understand.  Was the gist of what happened clear?

5    Crystal clear when I put all the details together.

6    Was each individual detail crystal clear?  Not

7    necessarily.  Like was it clear that some kid was

8    pretending to shoot other kids?  Yes.  Was it clear

9    some kids were digging ditches and sending kids to

10    the gas chambers?  Absolutely.  Did Tomas have to

11    like reenact Hitler's suicide?  Yeah. I remember

12    that.

13    Q    So, it was clear the students had been

14    assigned roles?

15    A    Absolutely.

16    Q    And that those roles involved the

17    Holocaust?

18    A    Dying or killing.

19    Q    Did any of the student statements have any

20    drawings in them, if you remember?

21    A    I don't -- yeah, I think caught one in that

22    big old stack.

117

1      Q   How do you feel today having to come and

2  do a deposition about this?

3      A   If it's closer to the end, I feel good about

4  it.

5      Q   We're getting there.  I promise.

6          So, the ET-15 schedule issues Ms.

7  Jurkowski brought up, was she the only person who

8  had an issue with schedule changes around that time?

9      A   Her issue was that she is alleging another

10 teacher tried to change her schedule, lesson plans,

11 et cetera, whatever is in that email.  No one has

12 ever alleged that they tried to change someone's

13 schedule to me before, or complained to me that

14 another colleague was trying to do that.  So, your

15 question was did anyone ever complain about that?

16  The answer is no.

17          (Off microphone comments.)

18          BY MS. NEGOVAN:

19      Q   So, in that meeting in the science lab with

20 Ms. Jurkowski, did you ever threaten to lower her

21 impact score?

22      A   No.

1    Q    Do you have any control over her impact

2    score at the time?

3    A    Yeah.  Oh, yeah.

4    Q    What kind of influence did you have?

5    A    I don't remember if I did Ms. Jurkowski's

6    impact that day, that cycle, or it was BP Boisvert.

7    I don't remember.  But I did -- I caught an email

8    that I was reading earlier I think Ms. Jurkowski

9    wrote that I allegedly, like, threatened to lower

10   her impact score.  I didn't do that.

11       What I do remember doing, this was a

12   bubbling quasi-public dispute between Ms. Jurkowski

13   and another teacher that there was a lot of she

14   said-she said that, I remember Mr. Boisvert and I

15   could not get to the bottom of.  I remember there

16   was a conflict in the parking lot where Ms. Jurkowski

17   like accosted Ms. Stewart over something connected

18   to this.  Ms. Stewart had an emotional response that

19   was public.

20       Their conflict I remember not being able

21   to solve in that meeting with Mr. Boisvert and the

22   other parties.  But I do remember telling people,

119

1   like, don't talk about this.  Like, this is an

2   interpersonal issue that serves no one else in

3   gossiping about.  So, I do remember saying, like,

4   this is between us. It doesn't serve anybody.  Don't

5   talk about it. It would be unprofessional to do so.

6        Q    And you said that to both Bloom and

7   Jurkowski?

8        A    The whole group, yeah, yeah.  That was not

9   specifically to one person.

10       Q    Did you have any role in deciding whether

11  or not Ms. Jurkowski would ultimately be terminated

12  after --

13       A    No.

14       Q    -- the December 17th incident?

15       A    No, no.

16       Q    So you're not part of the investigative

17  team?

18       A    I didn't investigate once.  I talked to

19  the kids.  I didn't get the statements.  The

20  teacher got the statements.  I talked to the kids

21  and then I was hands off, yeah.

22       Q    Were your --

1      A   I might have supported the investigators

2   with, I don't know, camera access.  I don't know,

3   very little.  School leaders have control over

4   discipline through the progressive discipline

5   practices and the WTU contract.  The most we can

6   do -- there is a verbal warning, a written warning,

7   and a written reprimand.  Once it goes beyond that,

8   all decisions are made by the LMER team, the lawyers,

9   at DCPS.

10      Q   Do you know if Ms. Jurkowski was ever

11   written up?

12      A   Yeah.

13      Q   For what?

14      A   Not returning iPads.

15      Q   And do you know why she might have had the

16   iPads, someone thought that she had the iPads?

17      A   I think Mr. Boisvert had some records that

18   the iPads were, like, passed in or housed in the

19   library.  I don't know if they were -- I wasn't there

20   when that supposedly happened.  But, yeah, that's

21   what we thought.  The iPads were needed to give some

22   assessment to kids.  When we went to Ms. Jurkowski

121

1    to have them, she said she didn't have them.  So,

2    we started working on that.  And collected enough

3    evidence to write her up for not returning them.

4        Q    Do you know what ultimately happened after

5    the investigation was opened about that?

6        A    Ms. Jurkowski definitely filed a grievance

7    about the investigation.  It escalated to IS

8    Stover, I remember that.  And I think that was still

9    pending when the incident on the 17th happened.

10        Q    Did the fact that that was still pending

11    influence how you reacted to the events of December

12    17th?

13        A    I mean, of -- probably, but I don't know

14    how just because, like, a person can't separate the

15    two major issues.  But like how it influenced my

16    treatment of Ms. Jurkowski, no.  I think I was still

17    fair with her after the iPad -- not after because

18    it never really ended.  It ended when they showed

19    up on her desk eventually.  But, yeah, no.

20        Q    Based on what you heard from Ms. Moxley,

21    the student witness statements, and your interviews

22    with the students, how sure were you that this had

122

1    happened on December 17th, 2021?

2         A    A hundred percent sure.

3              MS. NEGOVAN:  I don't have any other

4    questions.

5              MS. JURKOWSKI:  May I redirect for a

6    couple questions?

7              MS. NEGOVAN:  Sure.  You have him for five

8    minutes.  Is that okay?

9              MS. JURKOWSKI:  Okay, yes.

10   REDIRECT EXAMINATION

11             BY MS. JURKOWSKI:

12        Q    Did you just say that the iPads showed up

13   on her desk eventually?

14        A    Mm-hmm.

15        Q    So, you have the iPads that you were

16   looking for?

17        A    We got them back, yeah.

18        Q    Let's see.  And you said you didn't have

19   any input in the termination process?

20        A    Correct.

21        Q    Did you ever hear of the Douglas factors?

22        A    No.

123

1    Q    Did anybody ever mention that to you?

2    A    No, not that I remember.

3    Q    And just to make sure, let's see, you said

4    that somebody walked the Plaintiff out of the

5    building early and she wasn't able to finish any

6    more classes there.

7    A    I assume somebody walked her out, yes.

8    Q    But you know she did leave early.

9    A    Yeah.

10   Q    And did you find people to cover her

11   classes?

12   A    Me, personally, no.  I was dealing --

13   Q    But did someone find someone to cover the

14   classes?

15   A    I am not sure if they were as coverage or

16   they were cancelled. But the kids were attended to.

17   Q    But not by the Plaintiff?

18   A    Not by you, no.

19   Q    Okay.

20   A    Once we got the allegations against you,

21   we made sure kids did not see you again.

22   Q    Who is we?

1        A    The school leaders, me, Mr. Boisvert, Mr.

2    Stover.

3        Q    Okay.  Was there a number of responses

4    with Elizabeth Bartolomeo and other people in DC

5    who put together responses for the media with my

6    name and -- the Plaintiff's name and the details

7    about a Holocaust event and hate crimes?

8        A    I don't think --

9        Q    And that campaign went on for how long?

10           MS. NEGOVAN:  Objection to form.  You can

11    answer if you understand the question?

12           MS. JURKOWSKI:  When did it start first?

13     I'll come back.  When did the hate bias campaign

14    start where you guys were really putting it out in

15    the news?

16           MS. NEGOVAN:  Objection to form.  You can

17    answer.

18           BY MS. JURKOWSKI:

19        Q    When did that start?

20        A    What's the that?

21        Q    The idea of the hate bias and the

22    Plaintiff?

1    A    When you --

2    Q    After the URT or CRT report?

3    A    IRT.

4    Q    IRT.

5    A    It started when you had kids reenact the

6  Holocaust.

7    Q    That's when it started.

8    A    Yeah.

9    Q    Okay.  And when did it end?

10    A    It is still going on right now.

11    Q    Do you contribute to that or have you

12  contributed to it as of the 17th moving forward to

13  the --

14    A    What do you mean?

15    Q    Well, have you given any okays or any

16  documents or supported teams --

17    A    To what?

18    Q    -- who want to create a campaign around

19  the Plaintiff being a hate bias and a Holocaust

20  reenactor.  Had you done anything like that with

21  Teams or okayed it?

22         MS. NEGOVAN:  Objection to form.  You can

1   answer if you understand.

2          THE WITNESS:  I will answer.  All of the

3   messages to the staff and the public were -- I had

4   input on.  There weren't many.  I was contacted by

5   hundreds of people, parents, and people around the

6   world to comment on what happened, and I did not

7   comment on what happened.  Media outlets, rabbis,

8   I never responded.

9          BY MS. JURKOWSKI:

10     Q   Thank you for that.  Do you know someone

11  names Edwin Black or the Edwin Black Show?

12     A   Show?  No.

13     Q   Well, he has the Edwin Black Show.  You've

14  never heard that name?

15     A   No.

16     Q   Okay.  Yeah, I would have added more so,

17  like I said, we just ran out of time for the other

18  documents with the media coverage and, significant

19  media coverage, just what Mr. Berkowitz said.  And

20  he did give quite a bit of input on those.

21     A   No, I didn't.

22     Q   You said you did not?

127

1        A    Quite a bit of input?  I would not --

2        Q    Well, you gave --

3        A    -- characterize it like that.

4        Q    You gave input.

5        A    Onto one message we wrote to the community.

6        Q    Oh, one?

7        A    I believe it was one.

8        Q    Okay. Only one message you gave input.

9    Okay. Yeah, we have more documents to look at but

10   we can't.  We've run out of time today.

11       A    Oh no.

12            MS. JURKOWSKI: Thank you for your

13   participation.  And yes, it's 5:09 everyone.  I so,

14   so appreciate that.  And thank you for coming,

15   Principal Berkowitz.

16            MS. NEGOVAN: So, you're -- are you done,

17   Ms. Jurkowski?

18            MS. JURKOWSKI: I am.

19            MS. NEGOVAN: You have the option to read

20   and check for typos or you can waive that option.

21            THE WITNESS: Read what?

22            MS. NEGOVAN: The transcript. Sorry, excuse

1  me.

2              THE WITNESS: Oh.

3              MS. NEGOVAN: Of this depostion.

4              THE WITNESS: Check for typos?  No, I don't

5  want to do that.

6              MS. NEGOVAN: Waive it.

7              THE WITNESS: I'll waive it.

8              MS. NEGOVAN:  Okay.

9              COURT REPORTER: And invoice?

10             MS. NEGOVAN: Invoice, please.

11             COURT REPORTER: Purchase, please?

12             MS. JURKOWSKI: Invoice, please.  Mm-hmm.

13             MS. NEGOVAN: You are free to go.

14             THE WITNESS: This is quite a proceeding.

15             COURT REPORTER: This concludes the

16  deposition of M. Scott Berkowitz taken in the matter

17  of Kimberlynn Jurkowski versus District of

18  Columbia.  Today's date is December 11th, 2025 and

19  the time is 5:10 p.m.  We are off the record.

20             (Whereupon, the taking of deposition in

21  the above-entitled matter was concluded at 5:10

22  p.m., signature having been waived.)

1    C E R T I F I C A T E

2    This is to certify that the foregoing transcript

3    was duly recorded and accurately transcribed under

4    my direction; further, that said transcript is a

5    true and accurate record of the proceedings; and

6    that I am neither counsel for, related to, nor

7    employed by any of the parties to this action in

8    which this matter was taken; and further that I am

9    not a relative nor an employee of any of the parties

10   nor counsel employed by the parties, and I am not

11   financially or otherwise interested in the outcome

12   of the action.

13

14

15

16

17

18   *Michael Morris*
     _____

19   Michael Morris

20

21

22

130

---

**1**

**1** 23:2,5,7,8 24:3 28:12 39:3 48:2,
10 64:15 105:21

**1-202-539-1291,,949108608#
unitedstateswashington** 73:9

**10:00** 44:1

**10:30** 53:1

**11/29/21** 24:13

**11:00** 44:1

**11th** 4:13 128:18

**12/17** 67:5

**12/17/21** 11:6 22:7 42:1 43:20
46:20 49:11 61:17 67:8

**12:30** 53:1

**13th** 96:9,15

**15-'16** 6:22

**16-'17** 7:1

**160** 60:8

**17** 65:3,19,22

**17-'18** 7:1

**170** 60:8

**171** 86:3,13

**17th** 53:1 65:9 89:10 111:1,4
119:14 121:9,12 122:1 125:12

**18-'19** 7:1,3

**19** 7:5 63:12 75:21

**19-'20** 7:10,13

**1916** 39:8 107:7

**1917** 107:17

**1918** 39:8 107:8

**196** 107:21

**19th** 63:10 65:10

**1:23-cv-03788-acr** 4:7

**1:45** 65:19

---

**2**

**2** 30:8,10,12,15 32:12 39:1 64:15

---

106:13 107:18

**20** 18:21

**2015** 6:11,13,16 18:3,10

**2017** 6:16 18:3,10,12

**2018** 6:8 7:4 18:13

**2019** 7:15 18:13 96:10

**2019-ish** 18:14

**202-576-6593** 52:21

**202-7** 52:20

**2020** 7:15,18 18:14,16,19 95:13
104:15

**2021** 35:7 36:8,15 37:2 63:12
65:3,19 66:1 75:12,21 104:15
105:5 108:5 122:1

**2021-2022** 104:19

**2022** 89:17

**2025** 4:13 128:18

**20th** 36:15,20 37:2

**21** 89:12 105:6

**21st** 36:8

**225** 86:5

**255** 86:7,15

**25th** 35:7 108:5

**28** 52:4 95:13

**28th** 89:17

**29** 57:16 75:12

**2:15** 64:22 66:1

**2:45** 64:22 66:1

**2:53** 76:1

---

**3**

**3** 39:19,22 40:5 51:11 59:20 64:15
72:6 73:2

**3-1-D** 53:8

**30** 52:4 57:16 72:7

**3535** 52:20

**3:00** 26:5

**3:01** 4:2,13

---

**3:15** 70:4

**3:30** 70:3

---

**4**

**4** 61:4,6,9 62:18 73:14,16 75:12

**400** 4:10

**45** 10:10

**4:29** 78:3

**4:30** 78:11

**4:35** 85:19

**4:36** 93:16

---

**5**

**5** 74:4,6,9 75:8 85:7 94:21

**5/25/21** 34:2

**576-6962** 52:21

**5:00** 101:14

**5:09** 127:13

**5:10** 101:16 128:19,21

---

**6**

**6** 39:18,19 85:13,14,16,22 86:17

**6:33** 37:4

**6th** 4:10

---

**7**

**7** 95:7,11 100:19

---

**8**

**8** 106:22 107:3

**8:00** 70:3

**8:45** 70:4

**8th** 29:7

---

**9**

**9** 25:22

---

**94910808#findalocalnumber** 73:10

**A**

**ability** 5:18

**above-entitled** 128:21

**above-referred** 23:4 30:11 40:4 61:5 74:8 85:15 95:10 107:2

**absolutely** 58:19 84:9 113:19 116:10,15

**academic** 81:1

**acceptable** 79:15,18

**access** 120:2

**accosted** 118:17

**accurate** 38:16 59:11 90:10 91:8 100:10 115:18,20

**ACPS** 96:16,18 98:18

**act** 66:15 71:12,20

**action** 11:5,8,11 12:11 13:20 14:8 26:4

**activities** 110:21

**actual** 38:18 96:20

**added** 126:16

**additional** 106:17 108:1

**additionally** 39:3

**address** 34:21 52:18 64:21 108:9

**Addressing** 105:15

**adjacent** 43:14

**administration** 79:17 80:1

**Administrative** 114:16 115:3

**admission** 28:16 60:2

**advice** 34:20 111:22

**affect** 5:21 6:2

**affidavit** 58:1

**affirm** 109:15

**affirming** 108:10

**afternoon** 5:11,12 37:6 80:15 114:7

**afterward** 26:5

**agree** 31:13 94:3

**ahead** 64:9

**aiming** 72:15

**Air** 105:17

**alcohol** 5:16

**Alexandria** 7:10,15,17 8:5 18:17 92:20 93:7 95:14 99:9

**Alice** 77:4

**Alison** 20:20 24:10

**allegation** 66:14

**allegations** 123:20

**alleged** 66:6 117:12

**allegedly** 118:9

**alleging** 117:9

**Allison** 95:13 106:4

**allowed** 79:21 80:2 82:10

**Andi** 4:19 9:15 14:1 21:8 30:17, 22 40:8 74:7

**Andrea** 4:19 15:8

**Andrew** 4:21 9:15

**Andy** 12:16

**animal** 24:20 27:10

**answering** 48:15

**answers** 49:15

**anti-racism** 103:5

**anymore** 29:7 101:1

**anything's** 23:15

**AP** 22:11 37:13 53:18 54:4 111:18

**APD** 96:12,17

**apologize** 36:22 55:3 65:12 78:22

**app** 73:7

**apparently** 25:2,9

**Apple** 18:7

**appointment** 64:13

**approval** 81:8

**approximate** 17:13

**approximately** 43:19

**APS** 98:12

**area** 45:15

**arguing** 94:22

**arranged** 60:12

**article** 38:12

**articles** 22:7,10,12,14,18 27:9 37:8 38:2

**assessment** 98:16 120:22

**assigned** 116:14

**assistant** 87:15 99:5

**assume** 123:7

**assumed** 5:7

**Atlantic** 38:10

**atrocities** 71:12 113:3

**attach** 55:6 110:1

**attached** 106:17

**attempting** 21:11,15

**attendance** 105:14

**attended** 71:11 123:16

**Attorney** 4:9

**attorney-client** 13:14,16

**audible** 48:4

**audio** 20:14,16,17 45:21 73:8

**availability** 72:7,17

**aware** 68:20 69:10 111:3

**B**

**B-A-R-T-O-L-O-M-E-O** 62:9

**back** 7:19,22 8:2 11:18 18:8 19:12 23:15 26:7,9,11 27:17,21 28:2 51:20,21 59:9 61:13 85:5 88:14 91:13 94:13 95:3 97:15,17 99:14 100:4 104:18 105:9 110:9 122:17 124:13

**background** 26:21 29:18 30:1 32:15 35:18 106:14 108:11

**backwards** 14:22 78:22

**Bartolomeo** 62:7,9 63:2 124:4

**based** 26:20 47:21 48:19 74:19 79:21 91:4 112:19 121:20

**basic** 105:16

**basically** 89:5 90:9

**Bates** 39:6,7 60:8 86:3 107:7,16, 21

**Battle** 25:22

**beginning** 103:7

**begins** 4:4

**behalf** 4:20,21

**behavior** 53:17 54:7

**believed** 114:14

**Bell** 76:21 77:16 101:21 102:1

**Belonging** 103:17 104:2

**Berkowitz** 4:4 5:4,11 9:8 20:19 23:2,5 24:4,9,15 28:2,12,19 30:9, 12,16 32:12,13 33:3,20,22 35:2,7, 13 36:7,9,13,14,18,19 37:1,18 38:21 39:1 40:5 41:22 43:6 51:2, 11,12 52:2,22 54:17 56:16 57:12 59:8,21 60:5,7,10 61:4,6,9,16 62:18,19 64:5 65:20 66:10 67:4 70:22 71:7 73:1,12,16 74:4,7,9,12 75:8,9 77:8 78:6,18 85:5,7,13,16 86:17,20 87:10 91:14,18,22 93:20 94:10 95:7,11 98:22 100:8,19 101:10 103:17 104:2 107:3,8 108:8 126:19 127:15 128:16

**bias** 63:14 66:6,9,11,15 67:1 69:4 71:2 124:13,21 125:19

**big** 107:10 116:22

**birthday** 53:2

**bit** 51:18 54:19 64:12 66:3 71:1 75:10,15 97:14 107:13 126:20 127:1

**Black** 126:11,13

**block** 81:3

**Bloom** 83:5,7 104:3,6 119:6

**Boisvert** 10:19 22:11,12 27:8 37:13 45:6,13 58:3 69:2 76:10 83:5,7 87:15 111:18 114:12 118:6,14,21 120:17 124:1

**bold** 76:16

**Books** 26:1 103:16 104:2

**born** 6:8

**boss** 15:6,7 34:9 68:22

**bottom** 81:22 82:1 87:5 118:15

**box** 98:9

**BP** 118:6

**brain** 30:18 51:10

**briefly** 80:17

**bring** 8:22 9:5 12:4

**bringing** 104:18 105:8 108:15,21

**Brittney** 77:4

**brought** 11:13 46:21 103:9 109:3 117:7

**bubbles** 81:13

**bubbling** 118:12

**Buchanan** 77:21

**building** 14:17 68:6 69:8,12 74:19 81:6,10,18 123:5

**bunch** 63:2 75:19 76:12

**bundle** 89:7

**Burton** 25:17 28:21,22

**Butler** 76:20 77:16

**butterflies** 54:21 56:21 57:3

---

## C

**call** 10:5 11:3 12:1 26:11 66:22 73:8 98:15 106:22 112:3

**called** 5:5 62:1,2,4 74:19 102:18, 19 103:16 104:1 111:17,20

**calling** 68:21 106:6,7

**calls** 12:19 13:14 112:1

**camera** 120:2

**campaign** 124:9,13 125:18

**cancelled** 123:16

**capacities** 17:22

**Capitol** 79:7

**care** 25:1 96:18

**carefully** 69:2

**caregivers** 63:19 102:22

**Carey** 89:19

**Carraway** 45:6,11

**Caruthers** 15:8

**case** 4:6 12:17

**Catherine** 77:3 87:16

**caught** 116:21 118:7

**cc'd** 76:13,19

**cc's** 76:16

**cell** 98:4

**central** 34:6 62:14 65:3 72:5,13 112:4

**cetera** 117:11

**chain** 31:9 39:5,6,11 73:20 106:18

**chair** 21:12,15 24:16 29:3,4 46:22

**chambers** 71:17 116:10

**chance** 37:15 49:19 75:10

**change** 74:13 79:12,13,15,18,22 84:4,7,10 117:10,12

**changed** 19:4

**changing** 75:3,4

**characterize** 127:3

**check** 29:18 32:15 48:11 98:12 106:14 108:11 127:20 128:4

**checked** 29:14 47:8

**child** 96:10,11,18,20

**children** 25:2 92:1,3 115:8,11, 17,21

**choice** 17:1

**chunk** 63:19

**City** 7:11 38:10 92:20 93:7 99:9

**clarify** 80:17

**class** 44:12 53:11,12 63:20 68:7 70:6,8,9 71:10,11,21 81:11,12,16 89:10 103:18 104:1,4,5,7 112:7 113:4

**classes** 69:18,21 103:12,14 123:6,11,14

133

classmates 71:16

classroom 81:7,12 82:11 103:9

classrooms 80:3

clear 9:7 13:5 48:1 80:20 94:9
108:11 116:4,5,6,7,8,13

clearance 29:14,16,17 35:16,17

clearances 29:22

cleared 35:20 106:14 109:17

Click 73:7

closer 117:3

cloud 19:20

cohorts 81:13

cold 38:7

Coleman 77:5

collaboration 79:12,15,18

colleague 117:14

collected 121:2

Collins 42:11,14,19 43:2,4,5

Columbia 4:6,9 6:5 12:10 52:13
90:3 128:18

combination 24:21

comfortable 12:2

comment 126:6,7

comments 59:15 117:17

commitment 103:5

communicate 83:8

communicated 86:6

communicating 57:8

communication 13:16

communications 13:14

communities 102:16,19

community 34:18 63:19 72:12
102:16 109:2 127:5

Company 4:12

compiled 89:14 90:7,10

complain 117:15

Complainant 87:10

complained 117:13

complaint 92:17 93:2,3,6

complaints 8:9 92:2 93:1,4

complete 31:9 39:4,5,6 107:14

completed 35:17 66:7

completely 104:17

completion 35:19

computer 73:7 81:7

concern 34:15 35:9

concerns 21:10,14 24:17 25:17
26:20 37:7 79:12 105:13

concise 80:20

concluded 128:21

concludes 128:15

conditions 6:2

conducting 66:15

conference 43:9,13 49:12 73:10

confirm 33:8

confirmed 29:21

conflict 84:14,16 104:5 118:16,
20

connect 98:10

connected 118:17

consideration 35:18

constructive 110:19

contact 36:11 105:14,15,17

contacted 126:4

content 56:19

context 62:10 80:19 96:2,3

continue 25:13 34:13,16 54:16,
19 63:16 64:19 76:2,4 80:7 98:14
102:7

Continues 107:22

contract 120:5

Contreras 96:12

contribute 125:11

contributed 125:12

control 118:1 120:3

convened 4:8

conversation 9:20 22:2 25:11
46:5 47:5 71:6 74:16 81:17 82:15
84:3,13,15 99:2

conversations 21:3 95:4 102:21

convicted 24:18,19 38:11

conviction 38:13

convictions 27:9

coordinating 81:14

Coordinator 36:12

copied 34:3 37:4

cops 38:6 66:22

copy 24:3 32:12 38:16 62:18 75:7
86:17 88:7 110:1

Copying 35:8

Corell 77:2

corner 83:10

correct 8:3 11:14 17:22 18:15
57:4,10 68:14 77:13,19 84:3
90:19 108:16 114:11 122:20

correcting 115:13

correctly 22:13,16 30:1 34:5

counsel 5:5 9:11 31:2,19 52:14
87:1 89:22 90:2 95:1,4

Counseling 98:11

count 6:22

counts 11:10

couple 12:18 34:2 122:6

court 4:3,11 5:1,9 23:1 28:11
30:9 31:1 38:22 39:17,21 59:21
60:22 74:3 85:12 91:15 94:5
99:15 100:16 128:9,11,15

cover 123:10,13

coverage 123:15 126:18,19

COVID 79:14,17,20 103:20

create 125:18

created 65:13

crimes 124:7

criminal 35:18

cross-cultural 102:21

CROSS-EXAMINATION 101:8

CRT 125:2

cruelty 24:20 27:10

crystal 13:5 116:5,6

culture 81:18

current 10:11

cut 64:2,4

cycle 118:6

D

D.C. 4:10 7:22 8:2 18:14,20 25:8

Darryl 98:10

dashed 71:8

database 41:1

date 4:13 24:12 32:17 35:5,6 37:1
63:8,9,11 65:6 71:5 75:20 89:13
128:18

dated 75:12

dates 33:13 75:14

daughter 6:8,10,11

Davis 77:6,20

day 11:9 32:5 45:19 50:1 67:18
69:19,21 70:4,12 78:8 80:6 93:4
94:4,10 101:3 111:13 113:21
114:21 118:6

days 10:7 65:8

DC 38:1 52:20 73:10 86:22 124:4

DCPS 6:7 7:19 8:6,12 11:7 12:11
15:13 25:2 27:6 29:17 35:6,7,20
36:15 37:4 54:14 79:21 108:10
109:16 120:9

dealing 55:8 123:12

December 4:13 53:1 63:12 65:3,
19,22 89:10 96:9,15 111:1,3
119:14 121:11 122:1 128:18

decide 112:15

deciding 119:10

decision 112:18

decisions 120:8

delete 19:16

deleted 20:6

demonstrate 96:13

Denton 77:22

denying 106:8

deposition 4:4 8:16 9:14 15:2
16:7 28:18 94:11 109:19 110:2
117:2 128:16,20

depositions 28:15

depostion 128:3

describe 46:21 47:1 66:10
110:16 112:22

description 115:18

desk 121:19 122:13

detail 71:3 116:6

details 26:8 33:13 35:5 38:4
59:12 90:11 112:20 116:5 124:6

determine 72:8,20

development 102:16

device 18:5,22 19:1,2,3,12

devices 19:7,8

Dial 77:19

dialogue 103:1

dialogues 104:1

Dickinson 77:3

die 71:18

died 38:7

difference 102:21

difficult 105:19,20 113:20 114:2
115:21 116:2,3

dig 71:15

digging 116:9

direct 5:13 82:9

directed 71:17

Director 98:11

discipline 120:4

discreet 83:15,17

discussed 80:16 81:4

discussion 25:19 108:13

dismissed 67:21,22

dispute 118:12

disqualifies 25:1

District 4:6,9,20,22 6:4 12:9
13:10 14:6 15:17 17:3,16,21
34:12 39:7 52:13 60:1 66:8 89:21
90:2 101:5 128:17

District-issued 16:10 17:4

ditches 71:16 116:9

Division 52:18 87:2 90:3

docs 98:16

document 23:5 24:7 28:16 30:12
33:8 36:5 40:5 46:13 58:13 59:14
60:6,11 61:6 74:9 85:16 86:22
89:15 95:11 99:17 107:3,20

documents 8:15 60:1 65:13
98:17 125:16 126:18 127:9

dogs 38:7

Douglas 122:21

drafted 63:17

drawings 116:20

drug 29:18

drugs 5:16,17

Duane 76:20

due 72:14

duly 5:6

Dunning 77:7,20

Dustin 98:11,15

duties 68:6,10

duty 70:3

Dying 116:18

E

E-15 74:12,17 79:12,14,15,17,21,
22 80:3,4 82:11,12

E-15's 80:3 82:11

E-15S 74:20

earlier 111:19 113:15 118:8

135

**early** 15:22 16:2 68:1,13 72:8
    123:5,8

**easy** 10:22

**edit** 56:6

**educators** 105:17

**Edwin** 126:11,13

**effort** 115:5

**efforts** 102:10

**eight-year-old** 96:10

**el** 77:2,17,18

**Elementary** 42:2 52:22

**Elena** 101:22 102:1

**Elisa** 77:2

**Elizabeth** 62:7,8 63:2 124:4

**email** 9:21,22 21:10,14,16,17,19
    24:10,12 25:12 27:8 31:9 32:14
    34:22 36:14 38:16 39:5,6,11
    62:21 64:21 72:6 73:20 74:13,17
    75:2,16 80:16 107:16 109:18,20
    117:11 118:7

**emailed** 26:9

**emails** 8:17,21 15:3 21:2 22:6
    38:18,19 106:17 108:1 109:14

**embellishing** 115:10

**emotional** 113:17 118:18

**emotions** 114:5

**employed** 99:14

**Employee** 52:17

**employees** 108:10

**employment** 8:10,11 25:2
    108:12

**enacted** 113:3

**end** 27:12 71:19 109:19 117:3
    125:9

**ended** 71:21 84:1 103:6 121:18

**enforcement** 96:17

**engage** 108:12

**enriching** 110:21

**ensure** 72:20

**entire** 37:1 67:18

**entrusted** 25:1

**entry** 35:3 36:13,18 65:14

**equity** 65:4,20,21 72:13 102:12,
    15 103:3,6 104:1

**erase** 16:16,21 17:10

**errors** 73:21

**escalated** 121:7

**ET-15** 74:21 117:6

**event** 124:7

**events** 96:13 121:11

**eventually** 50:3,5 85:1 104:10
    111:17 112:2 121:19 122:13

**evidence** 28:13,16 39:1 59:20
    60:1,3 73:16,18 85:8,10 91:16
    121:3

**exact** 56:5,8

**examination** 5:5,13 122:10

**examined** 5:7

**examples** 48:20 80:19 89:6

**exchange** 9:21

**exchanged** 8:21 21:2 38:19

**excited** 25:22

**excuse** 78:19 127:22

**exhibit** 23:2,5,7,8 24:3 28:12,18
    30:8,9,12,15 32:12 39:1,3,4,7,18,
    19 40:5 51:10 59:20 61:1,3,6,9
    62:18 73:13,14,15,19 74:4,6,9
    75:8 85:7,14,16,22 86:17 91:16
    94:6 95:7,11 97:12,14,15,20,22
    98:3 100:17,18,19 105:21 106:12,
    13,18,22 107:3,18

**exhibits** 73:18 85:10 112:3

**experience** 81:19 98:18

**experienced** 89:2

**experiences** 96:9

**explain** 66:11

**explaining** 48:19

**extended** 81:3

**extent** 13:13

**external** 102:15

**extinguish** 103:8

**extra** 85:19

**extremely** 101:3

**eyes** 97:11

---

**F**

**face-to-face** 9:20,22

**fact** 67:12 121:10

**factors** 122:21

**fair** 38:16 59:11 90:9 91:5 100:9
    105:19,20 121:17

**fall** 105:6

**family** 55:1

**fax** 52:21

**feel** 12:2 35:20 59:10 115:6
    117:1,3

**feeling** 25:21

**fellowship** 6:20

**felt** 48:19 54:21 56:21 57:3
    113:11

**field** 81:3

**figure** 14:4 39:14 51:15 111:19

**figured** 70:5

**file** 60:10

**filed** 8:10 92:2,17 93:2,3,6 111:22
    121:6

**filters** 105:17

**find** 21:22 39:9 83:20 98:6
    123:10,13

**fine** 59:5 60:16 78:11 83:19 93:15
    101:11

**finish** 69:17,19 94:2 123:5

**finished** 104:13

**finishing** 68:10

**fit** 8:6,7,9 25:15

**flip** 31:3,4 61:11 79:4 80:8 88:1
    97:15

**flipping** 78:20

136

**folks** 38:20 75:19 76:12

**follow** 27:5 31:16 47:17,20 49:7 66:17 78:21 112:21

**fonts** 41:1

**food** 45:8

**forfeit** 38:12

**forgery** 100:5

**forgot** 77:4

**form** 55:13 92:4,13,18 124:10,16 125:22

**formal** 61:18

**format** 62:22 64:22

**forward** 125:12

**forwarded** 36:10

**foster** 102:20

**found** 75:15 83:17

**fraud** 24:18

**free** 35:20 63:14 128:13

**freezing** 38:7

**Friday** 36:8 65:19,22

**friend** 20:4

**front** 51:20,21 89:16 91:4 95:8

**fruitful** 103:5

**full** 39:9,11 63:11

**full-time** 105:15

**Fuller** 9:19 34:11 63:4 108:3

**fully** 84:16 104:21

**fun** 81:6 104:14

---

**G**

**gap** 105:16

**gas** 71:16 116:10

**Gaskins** 34:3,4 36:21 37:5

**gather** 111:18

**gave** 11:2 27:11 81:22 102:18 127:2,4,8

**general** 4:9 45:5 52:14 87:1 89:22 90:2

**gist** 63:6 81:21 84:12,15 90:6 116:4

**give** 16:22 20:8 24:1 25:5 32:17 33:7 36:22 48:20,21 54:8 56:5 73:13 85:18,19 94:1 95:7 97:4,7 100:4 120:21 126:20

**giving** 17:17 62:18

**GM** 79:11

**goal** 115:16

**good** 5:10,12 43:2 49:19 79:11 90:21 100:3,5 109:11,12 117:3

**gossiping** 119:3

**grade** 29:8 53:10 87:16,18 93:13

**great** 41:19 77:8 87:22 91:11 104:7

**grievance** 121:6

**Griffin** 77:5,20

**Gross** 4:12 77:22

**grounding** 81:18

**group** 36:9 37:5 44:7 62:7 102:12,15,17 103:3,6,8 119:8

**groups** 103:1,2

**guess** 65:15 73:2 97:9 99:10

**guidance** 106:9

**guy** 12:18

**guys** 40:14 91:21 124:14

---

**H**

**half** 69:1 78:3 94:16,19

**hallway** 10:20

**hand** 5:2 86:21 111:6

**handed** 91:12 107:18

**handing** 24:3 51:10 75:7 86:17 114:15

**handled** 98:17

**handling** 32:11

**hands** 119:21

**handwriting** 88:3 89:2,8

**happen** 81:15

**happened** 46:3 47:14 48:13,19 49:5 112:2 113:12 114:19,20 115:7,19 116:1,3,4 120:20 121:4, 9 122:1 126:6,7

**happening** 45:4

**hard** 49:10 113:22

**harder** 98:19

**Hardy** 6:11,13,14,16,18,22 7:1 18:4,11 19:10

**harm** 72:12

**Harper** 63:3 65:15,16,20

**hate** 63:14 66:6,9,11,15 67:1 69:4 71:2 124:7,13,21 125:19

**head** 42:15

**header** 52:10

**health** 105:13

**hear** 90:1 122:21

**heard** 42:14,20 121:20 126:14

**hearing** 26:3

**helped** 9:14

**helpers** 44:4

**helping** 45:20

**Hightower** 76:22 77:16

**Hill** 77:4,19 79:7

**hire** 29:18

**hired** 7:18 18:18 29:21

**hiring** 29:22 34:6

**history** 34:15 35:9 106:3

**Hitler** 71:14,20

**Hitler's** 116:11

**Hoffman** 63:3

**Hollis** 76:10

**Holocaust** 55:2 71:13 113:3 116:17 124:7 125:6,19

**home** 53:10 67:21 68:9,12,18 71:10 72:1 103:20

**Homeroom** 87:17

**honest** 43:13 58:11

**honor** 114:4

hope 72:17

Hopkins 77:21

hour 69:1 78:3 94:15,19

housed 120:18

Houston 96:11 99:7,9

HR 71:10

hundred 122:2

hundreds 126:5

**I**

ID 18:7 73:10

idea 57:15 75:10 91:8 95:21
    124:21

identification 23:6 30:13 40:6
    61:7 74:10 85:17 95:12 107:4

identify 72:4

identifying 72:10

identity 103:3

illegal 5:16

image 100:10

images 98:4

imagine 25:21 65:16

immediately 70:9

impact 117:21 118:1,6,10

impacted 72:9

impair 5:17

implied 84:11

implying 84:7

in-person 104:11,20,21

incident 11:6 42:1 50:5,8 61:17,
    22 62:2,3,4 66:6,12 67:1,15 68:20
    69:3 71:6 72:14 90:11 110:22
    111:4 112:1 115:9 119:14 121:9

incidents 66:9 67:3

includes 66:18

individual 116:6

inequitable 103:8

inference 102:6

influence 5:15 118:4 121:11

influenced 121:15

inform 11:7 15:6,17 70:14

information 30:3 33:7 37:14
    60:11 73:5 97:4 99:20 100:10

informed 11:5 12:9 14:7 15:5
    72:21

initials 55:7 58:4,7

input 122:19 126:4,20 127:1,4,8

inside 81:9

instructional 15:8 34:8

instructions 96:16

intact 17:2

interesting 41:1

interpersonal 119:2

interrogated 92:11 96:18,19

interrogation 96:21

interview 42:7 43:15,20 44:4,6
    112:16

interviewed 41:22 46:16 53:12
    112:6 113:5 115:8,22

interviewing 46:8,19 53:20 59:1
    111:21

interviews 53:8 121:21

introduce 4:15

intruder 66:20

investigate 119:18

investigation 121:5,7

investigations 52:18 87:1 90:3

investigative 119:16

investigator 89:19

investigators 120:1

invite 83:20

invoice 128:9,10,12

involve 114:9

involved 72:2 114:15 116:16

involvement 103:11,15

ipad 121:17

ipads 120:14,16,18,21 122:12,15

iphones 16:22

irate 66:21

IRT 62:4,7 66:5,18,19,21,22 67:1
    68:20 112:1 125:3,4

issue 10:11 31:6,8 34:18 117:8,9
    119:2

issues 32:2 73:21 80:15 91:22
    103:2 105:8,11 117:6 121:15

item 91:19

items 57:10

**J**

Jade 9:19 34:11 63:4 108:3,15

James 53:14,18 54:4 111:21

Jane 18:11

January 89:17 104:18

Jefferson 96:11 99:7,9

Jerenzo 10:13 53:13,15

Jersey 38:6,10,14

Jewish 55:1 56:12

Jews 71:15

JH 96:12

Jill 77:6

job 38:12 69:8 103:20 113:21

jobs 71:16

join 72:18 73:6,7 81:15

JORKOWSKI 40:11

Joy 76:10

judge 39:13

judgment 5:17 28:17

Jurkowski 4:5,17 5:10,14 9:10,
    13,17 13:15,19 20:18 23:1,7,11,
    14,17,20,22 24:2,6,17 26:2,18
    27:1 28:3,6,9,11,20 29:2 30:8,14,
    18,21 31:2,5,7,10,12,15,19 32:1,
    7,9,11,16 35:20 39:8,10,12,20,22
    40:2,7,14,16,22 41:5,8,10,12,14,
    17,19 42:4,20 43:1,3,6,8 48:9,17,
    22 51:3,7,9,14 55:15,19 59:19
    60:5,9,13,16,18,22 61:3,8,12,15

138

72:1 73:15 74:1,3,11 76:8 78:2,4,
7,13,16,17,19 80:11,14 81:8 85:3,
11,18,21 86:4,6,11,14,16,19 87:8
90:15,17 91:15,18 92:7,16,19
93:10,12,16,17,22 94:8,12,14,17,
20 95:6,15 97:19 98:2 100:16,22
101:7,22 104:2,6 106:2 109:15
110:11,13,17 113:15 117:7,20
118:8,12,16 119:7,11 120:10,22
121:6,16 122:5,9,11 124:12,18
126:9 127:12,17,18 128:12,17

**Jurkowski's** 35:16 82:9 103:12
106:10 109:2 113:4 114:16 118:5

## K

**K-8** 96:11

**Keeping** 93:11

**kid** 29:6 59:15,16 116:7

**kids** 8:8 44:9 46:11,15,16 49:15
104:18 105:16 110:21 111:10,21
112:21 115:19 116:8,9 119:19,20
120:22 123:16,21 125:5

**killed** 55:1

**killing** 116:18

**Kimberly** 77:5

**Kimberlynn** 4:5,17 72:1 76:8
87:8 128:17

**kind** 43:11 69:5 78:22 91:8
102:11 109:14 111:18 118:4

**Kindred** 102:19

**Kitchel** 20:20,21,22 21:4 24:10
106:4

**knew** 84:17

**knowing** 96:19

**knowledge** 96:20

## L

**lab** 81:7 82:16 83:9,12,16 84:1,13
117:19

**Labor** 52:17

**Lamont** 76:17,20 77:16

**language** 34:21 48:20,21 108:17
109:7,8

**lasted** 104:9

**Lathe** 77:2

**launched** 102:13

**Lauren** 77:7

**law** 96:17

**lawsuit** 11:12,13 12:5

**lawyer** 34:11

**lawyers** 120:8

**leaders** 19:7 66:16 80:22 81:4,8,
17 103:7 120:3 124:1

**leaders'** 72:16

**learn** 73:11

**learned** 111:19

**learning** 81:6,18 103:21 105:16
109:13

**leave** 7:3 8:4 70:15 101:14
114:16 115:3 123:8

**left** 26:10 38:6 68:5 98:9

**legal** 11:5,8,10,11 12:10

**legible** 89:1

**lesson** 71:12,19 79:13,16,19,22
80:3,4 81:3 82:11,12 84:4,8
117:10

**Letarsha** 53:14,18

**level** 103:10

**librarian** 38:11 71:21 104:3
110:18

**librarian's** 71:22

**library** 42:1 46:4 61:18 71:11
81:7 83:10,20 103:12 120:19

**license** 38:14

**limit** 108:9

**lines** 13:5 71:8 82:2 95:8

**link** 38:5,9

**links** 37:11,16

**listening** 53:21 54:20 57:19

**litigation** 13:9,20

**Liz** 64:14,19,20

**LMER** 32:15 34:2 35:6,22 36:8,

12,15 37:4 106:9 115:17 120:8

**LMER's** 36:10 109:7

**located** 4:10

**location** 52:21 65:5 83:17

**logo** 79:7

**long** 6:4 10:16 12:15 16:8 17:11,
12,14,20 32:5 81:22 87:21 89:4
94:4 101:2 104:8 112:9 124:9

**long-term** 72:9,11

**longer** 77:15,18 85:6

**looked** 47:14,19 51:5

**looming** 16:8

**Lopez** 77:22

**lost** 38:13

**lot** 57:15 64:1 66:19 69:1 73:3
81:14 84:15 93:19 97:17 103:14
110:20 118:13,16

**lots** 90:10

**lovely** 81:22

**lower** 117:20 118:9

**LSAT** 21:12,15 24:16 29:3,4,6

**lunch** 32:6

**Lynette** 9:16 36:12

## M

**machine** 58:10

**made** 8:10 9:9 46:16 50:5 89:9
93:2,3 98:19 112:1 113:15,20
120:8 123:21

**major** 121:15

**make** 23:11 61:16,18,21 62:3
80:22 81:14 94:9 95:2 97:8 102:6
123:3

**making** 112:17

**man** 77:4

**management** 36:10 52:17

**Mark** 10:19 58:3 76:10 87:15

**marked** 23:5 30:12 40:5 61:6
74:9 85:16 95:11 107:3

139

**Martini** 12:21,22 14:8

**Mary** 6:19 18:11

**massive** 25:14

**math** 6:8 81:3

**matter** 4:5 37:13 128:16,21

**matters** 80:20

**mayor** 104:13

**means** 16:2 74:18

**media** 124:5 126:7,18,19

**medication** 5:16,20

**meet** 72:3

**meeting** 14:18 26:4 65:4,5,21
66:2 72:7,10,15,19 73:6,8,11
82:16 83:12,14 84:2 117:19
118:21

**meetings** 21:21

**member** 37:6,9 108:13

**members** 22:17 72:4

**memory** 5:21 84:22

**mental** 6:1 105:16

**mention** 123:1

**mess** 23:11

**message** 19:22 20:3 32:18
127:5,8

**messages** 15:4,18 16:14,15,17,
21,22 19:20 63:15 99:5 126:3

**met** 103:22

**microphone** 117:17

**Microsoft** 65:5 66:1 73:6

**middle** 6:11 79:9 95:20 107:17

**Mike** 4:11

**mind** 25:1

**mine** 88:20 100:5

**minute** 20:8 30:6 41:21 72:7

**minutes** 10:21 122:8

**misinformed** 96:15

**missed** 28:21

**MJP** 6:15,19 7:1,8 19:10

**mm-hmm** 8:13 15:20 16:9 18:2
21:20 24:5 25:7 27:2,21 29:11
30:4 33:21 34:1,10,16 35:4 36:3
37:19 42:3 45:9,14 47:16 49:6
50:6 52:16 54:3,18 55:5 56:2
57:1,11,17 63:1,13 71:4 76:9 82:6
86:4 87:9 90:8 95:5 98:21 99:6
101:7 111:14 112:8 113:7 122:14
128:12

**mobile** 73:7

**moment** 16:19 39:15 68:15

**Monique** 77:1

**month** 10:5

**morning** 43:22 46:20 75:13
79:11

**Morris** 4:11

**Moussa** 77:2,17,18

**move** 61:10 78:13 97:21

**moves** 28:12 39:1 59:20 73:15
85:7 91:16 95:6 100:17

**moving** 59:22 73:17 85:10
125:12

**Moxley** 53:11 68:7 77:3,19 87:16
111:5 121:20

**Moxley's** 44:12 53:8 70:6,8,9
71:10 112:7

**multiyear** 102:20

**Mx** 44:12

---

**N**

---

**named** 20:20

**names** 22:19 55:6 63:5 76:16
79:2 80:10 87:17 95:17 126:11

**nature** 69:3 72:14

**NE** 52:20

**Neal** 4:12

**necessarily** 116:7

**needed** 9:1 70:15 115:20 120:21

**negligent** 24:22

**Negovan** 4:19 9:2,7,12 13:13
20:13,16 23:13,16,18 24:1 26:17
28:5,7,10,14 30:17,19,22 31:4,6,

8,11,14,18,21 32:5,8,10 39:2,11,
19 40:1,10,12,15,18,20 41:4,7,9,
11,13,15,18 48:6,8,14 51:5,8
55:13 59:22 60:14,17,20 61:11,14
73:17 78:2,6,10,15 85:9,18 86:2,
5,7,12,15 90:12 92:4,13,18 93:8,
11,16,18 94:8,13,15,18 95:5
97:17 100:21 101:5,9 102:2
105:21 106:1,16,20 109:18,21
110:12,14,15 117:18 122:3,7
124:10,16 125:22 127:16,19,22
128:3,6,8,10,13

**news** 22:7 27:9 34:19 38:2
124:15

**nice** 80:5

**night** 20:3

**nineteen** 7:14

**NJ** 38:6

**noon** 104:1

**note** 60:4,19 63:17 72:13 73:18
86:2

**notebook** 46:12,14 49:19,20,21
50:14 113:13

**notes** 46:15 113:13 115:9,17

**notice** 19:17 80:1 114:16,17
115:1

**noticed** 73:2 90:19

**noting** 86:12

**Nover** 77:3,19

**number** 4:6 18:7 26:6,10 36:16
52:21 53:2 60:8 86:3 98:16 107:7,
16,21 124:3

**numbered** 39:6,8

**numbers** 87:13

**NW** 4:10

---

**O**

---

**O'DONNELL** 77:20

**O'NEIL** 77:4

**object** 9:10 28:15 60:2

**objection** 13:13 28:14 39:2
55:13 59:22 73:17 85:9 86:9
90:12 92:4,13,18 93:8 124:10,16

Neal R. Gross and Co., Inc.
Washington DC

125:22

**occupying** 81:16

**occurred** 90:11

**October** 75:12

**offender** 29:19

**offered** 108:11

**office** 4:8 34:6 42:9,10,12,13,18
43:9,11,12,14,16 45:5,7 49:12,13,
14 52:14 62:14 72:5 87:1 89:22
90:2 96:16 111:5

**officer** 96:17

**offices** 45:16

**officially** 66:7

**okayed** 125:21

**okays** 125:15

**olds** 25:22

**Olson** 95:14

**Olsons** 100:13

**online** 10:4

**open** 26:3 37:15 105:6

**opened** 104:10 121:5

**opposing** 23:8 31:2 40:8 61:9

**option** 127:19,20

**options** 73:11

**orally** 48:6,15 112:10

**order** 99:15

**original** 60:15 64:13

**originally** 60:7

**outdoor** 81:2,6

**outlets** 126:7

**outlining** 72:5

**P**

**P-R-O-C-E-E-D-I-N-G-S** 4:1

**p.m.** 4:2,14 26:5 37:4 64:22 65:19
66:1 76:1 128:19,22

**pages** 40:8 97:15

**Paige** 63:3

**pandemic** 18:17,18

**paragraph** 71:2 95:22 96:1,8

**Pardon** 47:4

**parent** 21:1 25:20 28:22 66:21
106:2

**parenthesis** 34:19 96:5

**parents** 22:17 71:22 96:19 112:2
126:5

**parking** 84:14 118:16

**Parlor** 77:4

**part** 9:3,8 34:6 76:4 103:4 116:3
119:16

**participated** 44:3

**participation** 127:13

**parties** 27:6 72:9 118:22

**partnered** 103:4 104:4

**partnership** 102:14

**party** 23:8 40:8 61:9

**pass** 29:18

**passed** 120:18

**past** 21:15 79:8 88:19 96:4
106:10 109:2,12

**patient** 101:3

**Patterson** 6:20 18:11

**Pause** 16:20 20:10 27:14 30:7
39:16 52:1 60:21

**PDF** 60:7,15 73:20

**Peabody** 6:6 7:21 19:13 53:18
54:5 104:3 105:2,4,6,7

**pending** 12:11 13:8,21 14:8
121:9,10

**people** 21:12 34:3 35:8 36:9 63:3
66:13,14 71:14 76:18 81:14 82:22
83:4 100:13 109:4,6 114:1 118:22
123:10 124:4 126:5

**percent** 122:2

**perception** 5:21

**perfect** 84:22

**period** 19:16

**Perkins** 77:21

**Perrine** 95:14

**person** 56:10 62:8,12,14 105:9
117:7 119:9 121:14

**personal** 20:3 69:3

**personally** 13:17,18 123:12

**Phase** 72:5

**Phoenix** 77:2,17

**phone** 10:2 15:17,18 16:10,11,16
17:5,10,17 18:3,7,20 19:3 26:6,10
36:16 37:12 54:5 73:10 87:13
98:4 100:1 112:1

**phones** 17:4 19:10,16

**physical** 6:1 19:3

**pick** 102:14

**PIN** 73:11

**pitching** 25:14

**place** 25:16 42:7 43:15,21 99:13

**places** 22:1

**plaintiff** 4:18 5:6 11:5,14,15,17,
21 16:15 21:3 22:8 23:8 24:3
28:12 30:15 32:11 38:22 40:7
41:20 51:10 59:20 61:8 62:17
67:5,6,7,11,18,21 68:5,6,9,12,16,
18 69:11,15,17,20 70:5,11,14,15,
16 73:15 74:6 75:2,7 79:2,9,10
82:16 83:20 84:1 85:7,22 86:16
91:15 95:6 100:17 123:4,17
124:22 125:19

**plaintiff's** 26:21 74:13 124:6

**plan** 84:4,8 102:20 108:15,21

**planned** 80:5 82:13

**plans** 79:13,19 117:10

**playing** 71:20

**points** 34:20

**police** 92:11

**policies** 109:16

**policy** 17:4,8 79:21 88:2

**practices** 103:9 120:5

**precautions** 25:16

**predecessor** 12:16 14:9

**prepare** 8:16 9:14 15:2

preparing 21:9

prescription 5:17

presence 53:13

present 4:15

preserve 28:15

preserves 60:2

preserving 15:18

Press 38:10

pretend 71:17

pretending 116:8

pretty 22:11 43:17 44:16 45:18
56:4 57:6 59:11 89:1

previous 8:10,11 16:10

primary 72:10

principal 6:20 7:10,15 9:8 24:15
35:12 36:9 57:12 59:8 60:5,10
75:9 78:18 87:11,16 91:13 93:18,
19 94:10 98:22 101:19 102:8
103:12 108:8 127:15

principals 93:4 99:5

printed 109:22

prior 28:15 108:11

priorities 102:3

prioritize 72:16

pro 4:18

problem 43:5,18 46:18 59:7 87:4
92:10

problems 92:8

proceeding 128:14

process 35:17 122:19

produce 40:10

produced 9:3 15:4 40:14

production 9:4,9

productive 110:19

program 102:11 103:16

programs 102:8

progressive 120:4

promise 117:5

promised 78:4,7

pronounced 20:21

proper 29:22

protect 109:15 114:5

protocol 66:8,16 72:6

Provided 115:18

PTA 103:7

public 12:10 25:15 52:13 86:22
90:3 93:7 118:19 126:3

Purchase 128:11

purpose 72:10

purposes 28:17

put 23:2 39:17 49:15,19 59:9 61:1
71:16 74:4 80:9 85:12 94:5
100:17 116:5 124:5

putting 124:14

**Q**

quasi-public 118:12

question 12:7 13:22 20:11 26:15
42:15 55:14,16 82:10 92:5 93:6
117:15 124:11

questions 33:2,5 47:17,21 49:4,
7 55:11,18 78:12 96:14 101:6
113:14 122:4,6

quick 34:17 64:8 78:3 97:8
106:21

quickly 95:2,20

**R**

rabbis 126:7

race 102:12,15 103:3,22

Rachel 77:3

raise 5:2

raised 80:15

Ramona 28:22

ran 126:17

reach 26:20 27:2,7 35:21

reachable 26:5

reached 24:16 27:15 106:3 109:6

reacted 121:11

read 24:14 33:14 38:5 52:10
54:19 56:1 63:4 64:11 71:6 73:3
76:3,15 78:18 80:12 90:4,5,14
91:10 95:8 96:1,7 98:8 107:8,11
111:11,15 127:19,21

reading 55:11 63:16 89:2 118:8

real 64:8 78:2 106:21

realize 80:18

reason 81:11

recall 83:16

receive 16:14 106:9

received 88:6,7 114:22

receiving 75:1

recently 12:15 24:16,19

recognize 24:7 40:21 62:20
95:16 99:2 107:16

recognizing 73:22

recollection 56:7

record 4:3,16 46:11 50:15 86:3
94:9,22 107:7 128:19

recorded 20:12 115:9

recording 20:14 45:22

records 120:17

redacted 87:17

redirect 122:5,10

Redmon 10:13 53:13,15,17 54:2,
7,9 111:20

reenact 116:11 125:5

reenactor 125:20

refer 11:16

referenced 61:22 81:9

referencing 25:8 38:17

referring 89:8

refrigerator 45:8

registry 29:19

regular 71:11

relation 66:11

Relations 52:17

relationship 110:17

relevant 103:2

remember 10:14 12:15,18 15:22 18:16 21:7 22:2,13,16,20,21,22 25:11 29:12 34:5 38:4,6 43:11,12, 19 44:3 45:4,10,18 49:18 50:2 54:6 55:10 58:11,17 68:21 70:20 74:12 75:1 82:15 83:2,7,10,13,14, 21,22 84:4,5,12,13,21 92:21 93:2, 14 98:18 100:6,14,15 104:12,13 105:12 106:5,7,8,17 109:8 111:20 112:17,18 113:16 115:6 116:11, 20 118:5,7,11,14,15,20,22 119:3 121:8 123:2

remembering 54:1

reminded 21:8

remote 104:16

renew 39:2

repair 72:12

rephrase 12:6

reply 72:6 108:19

report 50:5,8 61:22 62:2,3,4 88:6,7 89:13 90:7,10 91:15 96:22 97:5 99:11,13,16 112:1 115:10 125:2

reported 53:12 54:21,22 57:3

reporter 4:3,12 5:1,9 23:1 28:11 30:9 31:1 38:22 39:17,21 59:21 60:22 74:3 85:12 94:5 99:15 100:16 128:9,11,15

Reporting 62:5

reports 61:16,18

represent 4:16 39:4

representative 72:18

represented 39:5

reprimand 120:7

require 81:17

required 13:8 72:21 108:10

rereading 84:5

reset 73:11

resigned 18:16

resolved 85:1

respond 21:17,18 26:7 42:16 48:18 108:16 111:19 112:10

responded 29:10 109:7 126:8

responding 66:8

response 42:15 48:4 49:2 63:15 65:4,20,21 66:16 72:5,13,15 78:21 80:8 82:1 96:12 112:4 113:17 118:18

responses 49:17 50:4,11 124:3, 5

rest 40:16 70:12 113:20

restore 72:11

restriction 79:14

result 96:15

returned 18:14

returning 120:14 121:3

review 8:15 35:15,19 42:22 63:14

Robert 64:20

Robin 63:3 65:16,20

robin.harper. 64:20

role 71:13 119:10

roles 71:15 116:14,16

roll 99:14

room 43:9,13 49:12 53:10,22 54:2 71:10 72:2 83:4,15

Rosalind 76:17,20

Roser 93:18

Roshida 76:21

Rowe 77:21

Roy 45:6,10

run 58:5,6 101:1 102:14 127:10

Ryan 12:19,20 14:8 16:5,6

---

**S**

---

sad 54:22

safety 24:22 96:16 105:13

said-she 118:14

sake 85:4

sample 90:21

Sampson 98:10

save 19:19,21 20:6

saved 19:22 20:3

scam 38:12

scan 73:19

schedule 72:15 74:13 75:3,4 79:13,22 81:1 84:10 117:6,8,10, 13

scheduled 94:21

schedules 79:16,19 80:22

school 6:12 10:11 11:2 19:7 21:22 29:1 38:11 52:22 54:14 66:16,20 67:6,7,17,18 68:22 70:4, 12 72:16 80:22 81:4,8,17 90:3 92:1 93:7 96:11 98:19 102:16 103:10 104:10,15,19 105:5 109:11,12,15 120:3 124:1

schools 12:10 18:1 52:14 87:1

science 82:16 83:9,12,16 84:1, 13 117:19

score 117:21 118:2,10

Scott 4:4 5:4 33:20,22 35:7 36:14,19 53:1 61:3 65:21 87:10 128:16

screen 106:21 107:21

screener 29:19

scroll 107:12

scrolling 107:6

section 45:7 96:7

Security 53:2 96:17

send 16:14 22:6 63:18,19

sending 115:16 116:9

sense 86:10 91:3 99:12

sensitive 69:3

separate 55:21 121:14

September 95:13

serve 119:4

serves 119:2

Neal R. Gross and Co., Inc.
Washington DC

set 16:16,17,21 17:5,10 19:16
44:8

sex 29:19

Shaking 42:15

share 106:21

shared 25:17 36:16 37:6 53:11
108:17

Sharon 34:3,4 36:20

sharp 101:14

Shawn 34:8 63:3 65:21 111:17

Sheppard 77:6

shoot 116:8

short 96:8

short-term 72:8

shot 71:14

show 9:8 20:4 83:8 109:14
126:11,12,13

showed 28:3 60:5,9 121:18
122:12

showing 23:8 30:15 40:8 61:8
74:6 85:22

shown 35:16 51:4

side 32:21 33:10 64:7 79:1,5,7
80:8 98:3

sides 32:22

sign 58:1

signature 128:22

significant 73:4 126:18

silent 17:5

similar 57:15,18 73:19

simultaneous 23:10,19 31:22
33:16 40:13,19 50:20 52:12 93:21

sir 5:2 35:11 47:7 52:16 53:6 71:9

sit 46:22 47:1 91:10

sitting 44:15 56:21

situation 72:21 75:2 92:12 113:1

situations 80:19

sixth 6:6

skipped 32:6

small 103:2

Social 53:2

solve 118:21

someone's 117:12

son 29:1

sort 11:18 102:3 105:11

sounds 57:13

space 81:16 83:16

spaces 81:5

speak 9:19 10:13,19 67:5,10
68:16

speaking 23:10,19 31:22 33:16
40:13,19 50:20 52:12 93:21

special 96:10

specific 22:19 72:4 80:18 108:12
115:20

specifically 16:1 45:19 46:19
106:19 112:17 114:20 119:9

spending 26:1

spring/summer 7:18

stack 116:22

Stacy 89:19

staff 22:16 34:15,19 35:9 37:6,9
63:18 75:19 80:16 81:2 102:22
103:22 108:13 109:2 126:3

stand 5:7

start 36:4 52:15 107:9 110:20
124:12,14,19

started 6:7,11 16:5 17:17 18:18
19:13 21:1 102:8 103:20 104:18
121:2 125:5,7

starting 102:20

stated 106:5

statement 53:4 58:8

statements 46:16 47:15,20,22
48:3 53:6 58:18,20 89:9 108:9
111:7,8 112:19,20,22 116:19
119:19,20 121:21

stay 51:9 67:18 70:12

step 31:17 66:8 72:3

Stephanie 77:5

stepped 102:13

stepping 30:14

steps 36:11 72:4,22 111:16

Stewart 77:6,20 83:5,7 84:14
118:17,18

sticker 23:2 39:18 61:1 74:4
85:13 94:6

stomach 54:22 56:22 57:4

stop 55:3 63:21 85:11 88:15
95:16 99:1

storage 17:2,18 19:17,18

story 14:5

Stover 15:10 27:3,4,7,15,16
29:10,12 34:8 37:5 63:3 65:21
68:21 111:17,22 114:12 121:8
124:2

strange 52:9 62:22

strategies 72:11

street 4:10 10:14 52:20

stress 105:16

student 11:1 46:21 48:2,10,18
56:3,20 57:6,20 71:13,19 79:13
92:10 93:13 105:14 111:7,8
116:19 121:21

students 41:22 42:8 44:8,11,13,
17,21 46:10,20 53:8,11,13 56:19
58:22 71:12,15,17,21 72:1 79:16,
19 87:18 88:3 92:10 105:2,8
112:6,15 113:5 116:13 121:22

students' 89:9

stuff 18:8 74:19 105:18

subject 34:14,15 35:9 37:8 63:13
65:3 87:5,6,7

submit 66:19,21 67:1

submitted 68:20

submitting 66:5,18

substances 5:16

sufficient 34:22

suggestions 81:2

suicide 71:20 116:11

Sullivan 77:2,17

Neal R. Gross and Co., Inc.
Washington DC

Sumera 77:6

summary 28:17 53:7 56:13

super 12:15

superintendent 15:9,10 34:9

supervised 44:18,19,20,21

support 35:21

support/next 72:4

supported 69:1 120:1 125:16

supportive 69:5

supports 72:9

suppose 15:5

supposed 35:13 66:16

supposedly 120:20

surrounding 114:1

suspect 66:13

sustain 104:11

swear 5:1

sworn 5:6

T

taking 85:5 128:20

Takwanna 76:21

Talisman 77:21

talk 9:11 22:1 32:1,3 39:13 44:15
84:18 95:1 97:2 103:2 109:1
119:1,5

talked 47:15 80:14 106:2 119:18,
20

talking 16:5 21:11 25:10 34:20
44:14 110:3,7

tape 42:22

Tatiana 77:6

teacher 76:20,21,22 84:7 117:10
118:13 119:20

teachers 38:13 70:3 74:18 75:3,4
76:22 77:9,11 81:5 87:17

teachers' 74:14

team 14:1 29:15,16,17 34:6 35:22
36:11 37:5 45:1,3,5 72:5,13,18,21

80:16 103:6 111:18 112:4 119:17
120:8

teams 10:3,5 65:5 66:1 73:6
125:16,21

tech 54:8

technician 53:17

technique 57:19

teed 102:11

telling 118:22

tension 83:15

term 29:4

terminated 119:11

termination 122:19

testified 5:8

testify 5:18

testimony 6:2

testing 105:18

text 10:2 15:3,18 16:14,15,17,22
51:16 52:9 60:10 73:19 98:9 99:4,
20 100:10 107:10

thing 87:20 88:8,11 94:1

things 13:11 19:21 66:19 69:4
91:2 112:4

thinks 25:3,9

Thirty 10:7

thought 14:4 42:17 110:7
120:16,21

thread 36:16

threat 98:16

threaten 117:20

threatened 118:9

Thursday 36:15,20 37:2

Tiffany 98:11,15

till 6:13 7:14

time 4:13 10:21 13:5 14:22 17:12,
14,20 26:1,21 43:20 44:9,16 45:6,
15 53:1 67:10 68:3,5,22 70:1
75:19,22 78:11 80:5,14 81:14
82:13 85:4,20 89:5 97:9,21 99:10,
12 101:2 114:2 117:8 118:2
126:17 127:10 128:19

tired 40:2 97:11

title 86:22 87:11

today 5:20 14:19 26:4 30:15 43:4
71:11 72:7 86:1 91:21 93:19 94:3
111:20 117:1 127:10

Today's 128:18

Today's 4:12

told 25:17 71:14,20,21 111:18
115:4

Tomas 56:4 116:10

Tomas' 59:4

tomorrow 37:12

tonight 63:18

Tool 62:5

top 32:18 33:11 36:4 64:14 79:5
89:20 95:9 107:17

topic 22:5

torn 25:14

total 44:10

touch 25:18

tough 78:8

tour 70:3

tracer 105:15

tracing 105:14

track 49:16

transcribe 50:11,18

transcript 127:22

transfer 11:2

trauma 115:19

travel 79:13,16,19 81:9

traveling 34:19 81:9

treatment 121:16

trial 28:17

triggered 84:5

trip 81:3

Troubling 96:9

true 89:20

trusting 25:15

truthfully 5:18

Tuesday 35:6

turn 23:14 36:1 40:8,20 41:2,4
63:7 64:6 74:7 88:1,20 97:14

tutoring 38:11

TV 107:1

Twenty 7:2,12

two-year 29:4

Ty 77:3

Tyler 77:21

type 38:14 50:3 79:9 90:6

typed 56:17 58:9

types 41:1 67:2

typo 34:18

typos 127:20 128:4

**U**

Uh-huh 45:12

ultimately 119:11 121:4

understand 31:15 33:1,4,6
55:14,15 57:20 84:6,16 92:5,14,
15 99:18 114:1 115:22 116:2,4
124:11 126:1

Union 74:19

unprofessional 119:5

untrustworthy 24:19,21

upgraded 18:6

upgrades 19:6

upsetting 84:17

urgent 37:13

URT 125:2

**V**

VA 95:14

Vandini 4:21 9:3

verbal 120:6

verbally 48:18

version 60:6,7,9 107:15

versus 4:5 128:17

video 20:15 46:2,3 114:12,13

Virginia 7:2,5,16,17 8:1,4 18:9,
13 19:11

virtual 103:21

visit 21:21,22

vulnerable 24:22

**W**

wait 6:16 41:21 44:14

waiting 44:22

waive 127:20 128:6,7

waived 128:22

walk 69:11

Walk-in 65:4,22

Walk-ins 63:14

walked 69:7,14 70:6 123:4,7

walking 81:3

wanted 63:18 81:11 83:15 90:5
109:13 112:21 114:4

warning 120:6

warnings 17:17

Washington 4:10 52:20

watch 114:11,13,14

Watkins 6:7 7:21 11:6 15:11
19:13 21:1 29:1,7 37:5,9 42:2
52:22 53:18 54:10,14 77:9,12,15
81:15 92:8 101:20 102:4,9,17
103:13 105:2,5 110:18

Watkins' 81:12,13

ways 19:20

Wednesdays 103:21

week 72:8

weeks 11:1

weird 64:22

well-being 47:9

wellness 48:11

whisper 26:15

wife 20:4

William 95:14

Witnesses 87:15

Woman 38:6

wonderful 101:2

word 34:13 57:19

words 50:15,21 56:5,8,10,11,14,
16 80:2

work 34:17 35:20 49:10 69:1
104:12

worked 6:4 69:2 103:13 110:20

working 17:22 45:1 110:17 121:2

works 54:4 102:15 108:17

world 126:6

worries 10:12 13:7

worry 28:7

write 50:13 57:2,5,20 111:10
121:3

writing 57:19 80:18

writings 90:22

written 47:18 56:9 80:1 120:6,7,
11

wrong 6:10 115:14

wrote 49:8 54:8 56:13 58:20 60:7
118:9 127:5

WTU 120:5

**Y**

y'all 20:9

year 6:6,14,19,21 8:1 10:17,18
16:17,22 18:8,12 25:22 89:11
103:1 104:9,15,19 105:3,5,19

years 6:14 13:2,4 14:7 16:3,4,18
18:6,9 19:6,8,9,14 103:4,7

yesterday 15:3 21:8

young 8:8

Yup 108:4,6,20 110:14 113:12

1

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

+ + + + +

IN THE MATTER OF:       :
                          :
KIMBERLYNN JURKOWSKI,    :
                          :
        Plaintiff,    :
                          :
     v.               : Case No.
                          : 1:23-cv-03788-ACR
DISTRICT OF COLUMBIA,    :
                          :
        Defendant.    :
                          :

Thursday,
December 11, 2025

Washington, D.C.

DEPOSITION OF:

JERENZO REDMON

called for examination by Counsel for the Defendant,
pursuant to Notice of Subpoena, in the Office of
the Attorney General of the District of Columbia,
located at 400 Sixth Street, NW, Washington, D.C.,
when were present on behalf of the respective
parties:

2

```
 1 │ APPEARANCES:
   │
 2 │ On Behalf of Plaintiff:
   │
 3 │ KIMBERLYNN JURKOWSKI, pro se
   │ 3540 Crain Highway
 4 │ Bowie, MD 20716
   │ (609) 481-8878
 5 │ kjurkowski777@gmail.com
   │
 6 │
   │ On Behalf of Defendant:
 7 │
   │ ANDREA NEGOVAN, ESQ.
 8 │ ANDREW M. VANDINI, ESQ.
   │ Civil Litigation Division, Section III
 9 │ Office of the Attorney General for the District of
   │ Columbia
10 │ 400 Sixth Street, NW
   │ Washington, D.C. 20001
11 │ (202) 957-2849 cell
   │ (202) 727-1038 direct
12 │ andrea.negovan@dc.gov
   │ andrew.vandini@dc.gov
13 │
   │
14 │
   │ ALSO PRESENT:
15 │
   │ LYNETTE DAVIS, DCPS
16 │
   │
17 │
   │
18 │
   │
19 │
   │
20 │
   │
21 │
   │
22 │
```

1                        CONTENTS

2      WITNESS              DIRECT CROSS REDIRECT RECROSS

3      JERENZO REDMON         5      62      80       103
                                                      105

4

5      EXHIBIT NO.                                   PAGE

6      1    Document dated 12/17/2021            21
       2    Email dated 12/20/2021
                                                       28
7      3    PDF version of document dated
            12/17/2021                          73
8      4    Report of Investigation dated
            1/28/2022
                                                       89
9

10

11

12

13

14

15

16

17

18

19

20

21

22

4

1                P-R-O-C-E-E-D-I-N-G-S

2                                      8:51 a.m.

3          THE COURT REPORTER:  Here begins the

4    deposition of Jerenzo Redmon, taken in the matter

5    of Kimberlynn Jurkowski v. District of Columbia,

6    Case No. 1:23-cv-03788-ACR.

7              We are convened in the Office of the

8    Attorney General of the District of Columbia,

9    located at 400 6th Street NW, Washington, DC.

10             My name is Mike Morris.  I'm the court

11   reporter from Neal R. Gross & Company.

12             Today's date is December 11, 2025.  The

13   time is 8:51 a.m.

14             Would all present please introduce

15   yourselves and whom you represent for the record?

16             MS. JURKOWSKI:  Kimberlynn Jurkowski, pro

17   se, for the Plaintiff.

18             MS. NEGOVAN:  Andrea Negovan, on behalf

19   of the District.

20             MR. VANDINI:  Andrew Vandini, on behalf

21   of the District.

22             MR. BERMAN:  Jonathan Berman, for the

5

1    District.

2           THE COURT REPORTER:  All right, I'll now

3    swear the witness.

4    WHEREUPON,

5        JERENZO REDMON

6    was called for examination by Counsel for the

7    Defendant, having been first duly sworn, assumed

8    the witness stand, was examined and testified as

9    follows:

10           DIRECT EXAMINATION

11           BY MS. JURKOWSKI:

12       Q    Good morning.  Okay, I know you already

13    stated your name for the record.  Is it Jerenzo

14    Redmon?

15       A    Um-hum.

16       Q    Not to be offensive, but I think I have

17    to do something like say, are you under the influence

18    of any medications, drugs, alcohol, illicit

19    substances, or prescription drugs that might impair

20    your judgment or ability to testify truthfully?

21       A    No.

22       Q    Have you taken any medication today that

6

1   would affect your memory or perception?

2       A    (No audible response.)

3       Q    Do you have any physical or mental

4   conditions that may affect your testimony?

5       A    (No audible response.)

6       Q    How long --

7           THE COURT REPORTER:  Sir, you've got to

8   speak up.

9           THE WITNESS:  No.

10          BY MS. JURKOWSKI:

11      Q    Okay.  How long have you been employed

12  with DCPS?

13      A    Since 2012.

14      Q    How long have you been employed with

15  Watkins Elementary and DCPS?

16      A    I was only at Watkins for two years.  I'm

17  currently not at Watkins anymore.

18      Q    I did not know that.  What year -- I'm

19  sorry -- were those?  And I do apologize.

20      A    I'm going to say 2018 to 2021, I believe.

21   I'm not too sure on particular years, but it was

22  only for two years.

.

7

1       Q    Okay.  Where were you employed before

2   Watkins?

3       A    I was employed with DC Public Schools

4   still, but that was at Langley Elementary.

5       Q    Okay, that's that.  Just a minute,

6   Jerenzo.

7            Okay.  What documents did you review to

8   prepare for this deposition?

9       A    I didn't review any documents.  I went

10  over it with the two counsels.

11      Q    Yes, but what were the documents?

12      A    We just had a talk.

13      Q    Oh, you just had a talk?

14      A    That was the only thing.

15      Q    So you didn't look at any documents?

16      A    No, ma'am.

17      Q    Okay.  And I think this is the same

18  question, but kind of different.  How did you

19  prepare for this deposition?

20      A    Like I said, we just talked and reviewed.

21      Q    And who helped you prepare?

22      A    I'm not good with names.  I have to

8

1    remember 350 children's names, but this gentleman

2    here and the young lady right there.

3        Q    Did you consult other legal teams outside

4    of DCPS regarding the deposition?

5        A    No.

6        Q    When did you last speak with M. Scott

7    Berkowitz?

8        A    Maybe four years ago when I was at Watkins.

9    Nothing outside of that.

10       Q    Pardon?

11       A    Nothing outside of that.

12       Q    Have you spoken with any of the staff from

13   Watkins?

14       A    Some staff, yes, but nothing pertaining

15   to this.

16       Q    Were you informed about the Plaintiff's

17   legal actions against DCPS?  If so, when?

18       A    I was informed via email I received -- I

19   want to say it was last week or a week or two ago

20   I received an email from her.

21       Q    From?

22       A    (No audible response.)

1    Q    Okay.  And you said you don't know the date
2    of that email, right?
3    A    No, but I can check.
4         MS. JURKOWSKI:  Okay.
5         (Pause.)
6         BY MS. JURKOWSKI:
7    Q    Where were you at when you were informed
8    about the Plaintiff's legal action?
9    A    At work.
10    Q    At work, which is Langley?
11    A    Cleveland.
12    Q    Oh, Cleveland.  I must have missed that.
13    That's another school?
14    A    Yes.
15    Q    Cleveland School.  Have you ever received
16    a District-issued phone?
17    A    No.
18    Q    Did you ever receive text messages or
19    emails from M. Scott Berkowitz?
20    A    He was my superior, so we corresponded
21    about things that happened at work.  So, yes.
22    Q    Did you receive text messages or emails

1    when you were there at Watkins?  Did you receive

2    text messages or emails regarding an incident at

3    Watkins December 17, 2021?

4        A    That was a few years ago.  So I'm not too

5    sure about texts, but daily we received emails about

6    things, operations in the school.

7        Q    Okay.  Did you participate in the

8    investigation on 12/17/21 regarding the incident

9    at Watkins Elementary?

10       A    I sat in briefly with interviews about the

11   correspondence of everything that happened.  I

12   talked with children about their feelings.

13       Q    How were you communicated to attend

14   whatever it was where you said you sat in?  How did

15   you know to do that, go and sit in somewhere?

16       A    My job was to help with behavioral support.

17    And as I was the behavior tech for the whole school,

18   the children came to me.

19           They would easily open up to me because

20   I was one of the first responders once they got in

21   trouble or if they needed support with anything.

22    So they'd come to me for everything.

11

1        Q   Okay, thank you for that.  The question

2    that I'm trying to really ask is, for example, when

3    you said you went to sit in for the interviews, who

4    asked you, or how did you know to go sit in for

5    interviews?

6        A   Mr. Berkowitz asked me to come support,

7    to help.

8        Q   How did he contact you?  Did he come to

9    your office?  I don't want to give you the answer,

10   but how did he do that?

11       A   No.  We had walkies that we used, and he

12   called me on a walkie and asked for support.

13       Q   A walkie is like a walkie-talkie or

14   something?

15       A   A walkie-talkie, yes.

16       Q   A walkie-talkie, okay.  Do you remember

17   on December 17, 2021, approximately what time that

18   occurred?

19       A   No.

20       Q   Was it morning?  Was it afternoon?  Was

21   it before the end of the day?

22       A   I'm not too sure.  December 17th, years

1    ago, no.

2        Q    Okay.  When you went, what location in the

3    building did you arrive to for that?

4        A    The main office.

5        Q    The main office, okay.  So you just sat

6    in the main office, or was there an office within

7    the main office?

8        A    There was an office within the main office,

9    a conference room, if you want to consider it that.

10        Q    There was a conference room in the main

11    office?

12        A    Um-hum.

13        Q    And who was in the conference room?

14        A    Myself, Mr. Berkowitz, and which student

15    that he had called down.

16        Q    Which student?

17        A    All the students that were involved that

18    he felt he needed to call down.

19        Q    So there were a group of students in the

20    conference room?

21        A    No, they called one by one.

22        Q    Oh, they were called one by one.

13

1  **A** And the conference room was attached to

2 his office.  So it may be a conference room, but

3 it was his office attached.  Both were attached.

4   **Q** Thank you for that.  Okay.  And when the

5 students arrived, what were you instructed to do?

6   **A** I was instructed to take notes and sit

7 back.

8   **Q** So you took notes?

9   **A** Yes.

10  **Q** And what else did you do?

11  **A** Yes.  I just said yes, I took notes.

12  **Q** You just took notes?

13  **A** Yes.

14  **Q** So you didn't talk to the kids; you just

15 took notes?

16  **A** He asked the questions.  I was there to

17 support.  If they had a problem, if they didn't open

18 up, I was there as emotional support, basically.

19  **Q** And where did the notes that you took go?

20 Who has the notes?

21  **A** I didn't take the notes by myself.  I

22 didn't keep the notes.  I just gave them to Mr.

1   Berkowitz or kept them in my office somewhere.

2       Q    So they were on paper and pen?

3       A    It was handwritten notes.  It wasn't a

4   document.  It was handwritten notes.

5       Q    Okay, I understand.  So you wrote the

6   notes on paper?

7       A    Right.

8       Q    Like a tablet?

9       A    A notebook.

10      Q    Just a notebook?

11      A    Paper, a paper notebook, paper.

12      Q    It was paper?

13      A    Yes, paper.

14      Q    That was in a notebook?

15      A    Yes.

16      Q    Okay.  And you gave that notebook back to

17  Mr. Berkowitz?

18      A    I may have put it in my office.  I may have

19  left it in the office there.  I'm not too sure where

20  I left it.

21      Q    So at the end of that session with the

22  students and Mr. Berkowitz, you didn't give him the

15

1   notebook; you kept it?

2       A    As I said, I'm not too sure what happened

3   with the notebook, but I just know that I was there.

4       Q    And did you have to give emotional support

5   to any of the students?  Were they not -- were

6   students not able to talk, or were they able to talk?

7       A    Some felt upset and sad about the situation

8   that was happening.  Some felt they -- I was there

9   to support them, so emotional support was given.

10          I was a person in the school that everyone

11  knows, so I was there to have the students open up

12  about how they felt.  That was my way of supporting

13  emotionally, yes.

14      Q    Yes, okay.  Thank you for that.  What I'm

15  asking is, when you were in the conference room with

16  Principal Berkowitz and say, for example, a student

17  walked in, then Principal Berkowitz is just --

18  describe the situation, is what I'm trying to get.

19          He was just asking questions, and you were

20  writing notes?

21      A    Correct.

22      Q    So, for example, what did you have to write

1  down?

2      A   The responses the children gave.  He asked

3  --

4      Q   Responses from the students.  That's it?

5  Did you write the question that was asked of them?

6      A   No.

7      Q   No, you just wrote the response?

8      A   (No audible response.)

9      Q   Did you write the student's name?

10     A   No.  I knew who the students were, so I

11 didn't need the names.  In cases like that, I tend

12 not to use names.  I maybe used the initials just

13 to remember who they were.

14     Q   Oh, initials.

15     A   Just to remember who they were.

16     Q   Did you write the initials in the notebook?

17     A   I'm not too sure about what I wrote in the

18 notebook back then, but I know I would never write

19 a name because that's a documentation that I would

20 have to get legalized first before I use a child's

21 name in a document.

22     Q   Okay.  How long did that interview last?

1    A    I'm not too sure about the particular

2 number.

3    Q    Did Principal Berkowitz write notes?

4    A    He did.

5    Q    Did he use a notebook like you had?

6    A    Yes.

7         (Pause.)

8         BY MS. JURKOWSKI:

9    Q    Did you see his notes that he had written?

10   A    No.

11   Q    For example, did he -- as he was

12 interviewing, would he ask the student a question?

13   A    That's the way an interview works.  You

14 have to --

15   Q    Well, I don't know how it went.

16   A    You have to ask questions to see what

17 happened.

18   Q    I appreciate that, Mr. Redmon.  Did

19 Principal Berkowitz ask specific questions of the

20 students?

21   A    What do you mean by specific questions?

22   Q    If you're in an interview and I say to you,

1    how are you doing today, you tell me, and I write

2    it down.

3        A    Right.

4        Q    I say to you, what happened, and you write

5    it down.  Did Principal Berkowitz ask specific

6    questions like that of the students?

7        A    Yes.

8        Q    Okay.

9        A    You have to ask questions to interview.

10       Q    Thank you for that.  Did Principal

11   Berkowitz note exactly the words of the students,

12   or did Principal Berkowitz have to try to understand

13   what the student was saying?

14            I'll give you another example.  If I ask

15   you what happened and you say, I don't know, or

16   something like that, Principal Berkowitz or a

17   student could say, well, I walked in, I sat in a

18   chair, and she began talking.  And I think she said

19   X, Y, and Z.

20            Did Principal Berkowitz adjust any of the

21   words or help the students to communicate?  How did

22   he help them to communicate if he couldn't quite

19

```
 1   understand what they were saying?
 2              MR. VANDINI:  Objection to form.
 3              MS. JURKOWSKI:  Okay, I'll rephrase.
 4              BY MS. JURKOWSKI:
 5       Q    Did Principal Berkowitz edit the words
 6   that the students were speaking?
 7       A    No.
 8       Q    He did not?
 9       A    No.
10       Q    Did Principal Berkowitz use his phone
11   during the interviews?  Did he call or make calls
12   or send texts?  Did he handle his phone at all?
13       A    Not to my knowledge, no, but that's his
14   personal device.  So I don't know whether he had
15   it in his pocket or what he had recording or
16   anything.  I'm not too sure about that.
17       Q    You didn't observe --
18       A    I didn't observe anything about that.
19       Q    Okay.  You didn't see him using his phone?
20       A    No.
21       Q    Okay, during the interviews.  Did anyone
22   send you -- did anyone send you any -- I'm going
```

20

1   to switch a little here.

2          Did anyone send you any emails about the

3   Plaintiff on December 17, 2021, any emails regarding

4   the Plaintiff?

5       A    To my knowledge, no.

6       Q    Did you receive any emails on 12/17/21

7   about any incident occurring in the Watkins Library?

8       A    To my knowledge, I don't remember what

9   happened 12/17 years ago about an email.  So I'm

10  not too sure.

11      Q    But you think you didn't receive any emails

12  about an incident in the Watkins Library?

13      A    I'm not saying yes.  I'm not saying no.

14   I'm saying I don't know if the email was sent to

15  you -- me or not.

16      Q    No, I'm asking if you received any emails.

17      A    I received emails daily, so I'm not sure

18  about the particular email that you're referring

19  to.

20      Q    Okay, but you don't remember receiving an

21  email regarding an incident in Watkins Library

22  12/17/21?

21

1      A    Again, I'm not sure.

2           MS. JURKOWSKI:  Okay, you're not sure.

3    That's fine.

4           (Pause.)

5           MS. JURKOWSKI:  I'm showing Exhibit 1 to

6    the Defendant.

7           (Whereupon, the above-referred to

8    document was marked as Exhibit No. 1 for

9    identification.)

10          MS. JURKOWSKI:  And that's the exhibit.

11          MS. NEGOVAN:  Show it?

12          MS. JURKOWSKI:  Yes, ma'am.

13          MS. NEGOVAN:  Can you --

14          MS. JURKOWSKI:  Do you want me to do this

15    for you?

16          Defendant is looking over Exhibit 1.  And

17    I don't think there's anything redacted in this.

18          MS. NEGOVAN:  So I'll just note that I

19    recognize the contents of this exhibit.  It's a text

20    version of the PDF I sent you.  So I'm going to

21    assume it's the same as the PDF, that the contents

22    are the same as the PDF I sent you.

1          And it looks like they are.  I'll just note

2   that it's a little different, and that's why I'm

3   taking a long time to look at it.  Thank you.

4          MS. JURKOWSKI:  The text is strange

5   looking.

6          MS. NEGOVAN:  Yes.

7          MS. JURKOWSKI:  Okay, and it has no stray

8   markings.  It's a pretty clean-looking or whatever

9   copy.

10          MS. NEGOVAN:  I don't see that you've

11   edited it, but I don't know if you did.

12          MS. JURKOWSKI:  Yes, I want to show it to

13   you to make sure I did not edit it.  I just want

14   you to be able to see, okay?

15          MS. NEGOVAN:  Okay.

16          MS. JURKOWSKI:  All right, thank you for

17   that.  Okay.

18          I am handing Exhibit 1, the Plaintiff's

19   Exhibit 1, to the court reporter for the marking.

20    Okay, thank you.

21          Okay, now I am handing Exhibit 1 to Mr.

22   Redmon.  The Plaintiff is handing Exhibit 1 to Mr.

1    Redmon.

2              BY MS. JURKOWSKI:

3        Q    Okay, and then I have more questions once

4    you've had a couple of minutes to take a look at

5    that.

6              I don't know if you've actually seen that,

7    but you are -- what is that?  What is that, Mr.

8    Redmon?  Is there a date on that exhibit, Mr.

9    Redmon, Exhibit 1?  Is there a date or time on there?

10       A    It says December 17, 2021, 10:30 to 12:30.

11       Q    Okay.  And is there a location on that

12   exhibit, Mr. Redmon?

13       A    Watkins Elementary.

14       Q    Okay.  Is there a name on that?

15       A    M. Scott Berkowitz.

16       Q    Okay.  And at the top of the exhibit, I

17   don't know if you noticed what the title is up there.

18    Basically, it says some title there.  Can you read

19   that to us, please?

20       A    FAD, the District of Columbia Public

21   Schools, Office of the General Counsel, Labor

22   Management and Employee Relations, Investigation

1  Division, 3535 V Street NE, Washington, DC.  The

2  phone number is 202-576-6962.  The fax number is

3  202-576-6593.

4       Q   Okay, thank you for that.  Now, if you look

5  down a little bit on the left, it says Statement.

6   Do you see where the word Statement is on that

7  document?

8       A   I do.

9       Q   May you read that very brief paragraph?

10  I don't know if it's a paragraph.  There are a few

11  statements there.

12       A   The following is a summary of my interviews

13  with students in Ms. Moxley's third-grade class,

14  homeroom class.

15            After Ms. Moxley shared the students'

16  reporting from class, I interviewed the following

17  students in the presence of Mr. Jerenzo Redmon and

18  Ms. Latarsha James.  And their names --

19       Q   Yes, they misspelled Ms. James' name

20  there.  Okay, so let's see here.

21            And you've had a chance to look at that,

22  right, front and back?  And you can see the types

25

1    of questions that Mr. Berkowitz documented?

2         A    Um-hum.

3         Q    Okay.  And you feel that that would

4    probably, since you were in the room, that would

5    be a fair and accurate version of what occurred in

6    Principal Berkowitz's conversation with the

7    students?

8         A    You said, is it fair?

9         Q    I said, is it fair and accurate?  It's just

10   the word that we use here to try to figure out if

11   the document is recognizable.

12        A    This is my first time seeing this document.

13    So I'm not --

14        Q    This is your first time seeing the

15   document?

16        A    Seeing this document, yes.

17        Q    Okay, but you were in the room.  And he

18   asked specific questions in the room, correct?

19        A    Correct.

20        Q    Okay.  Well, this supposedly are the

21   statements that Principal Berkowitz documented on

22   that day in the room while you were present.

1        A    I was in the room, I was present, but again,

2    that was years ago.  I'm not too sure about the

3    particular questions that were asked six years ago.

4              MS. JURKOWSKI:  No, I understand.  Thank

5    you for that.  It's just that the document -- I

6    wouldn't know what was said either, but the document

7    does show us this.

8              So at this point, I move Exhibit 1 into

9    evidence.  And you already put -- oh, he has it.

10             I have to have it back, Mr. Redmon, to give

11   to the court reporter.  Thank you for that.

12             There you are.  The Plaintiff moves

13   Exhibit 1 into evidence.

14             MR. VANDINI:  Just for the record, the

15   Defendant is going to preserve any objections it

16   has to actual introduction into evidence in a trial

17   of this matter.  There's no way to introduce

18   documents into evidence by a deposition.

19             You're welcome to mark documents, Ms.

20   Jurkowski, as exhibits to the deposition, but as

21   far as entering them into the evidentiary record,

22   the Defendant is going to preserve its objections

1    to that.

2         MS. JURKOWSKI:  No problem.  I heard

3    exactly what you said.  Sure.

4         Okay.  Thank you for that, Mr. Redmon.

5    Give me just a second here.

6         BY MS. JURKOWSKI:

7    Q    A few minutes ago, I asked you, Mr. Redmon,

8    if you received any emails while in your tenure at

9    Watkins or specifically on December 17th of '21,

10   and you didn't really remember.

11   A    Correct.

12   Q    You said you didn't remember.

13   A    Correct.

14   Q    Okay.  Well, maybe it was another day.

15   Could it have been later in the week, like maybe

16   December 18th, 19th, 20, 21, or any time within that

17   next week or so?  Did you receive any emails from

18   Principal Berkowitz or the Watkins School --

19   A    Again, I received emails daily   about

20   --

21   Q    -- regarding -- I'm sorry -- regarding the

22   incident that supposedly happened in Watkins

1  Library?

2      A   I'm not too sure about particular --

3           MS. JURKOWSKI:  Okay, no problem.

4           The Plaintiff is showing Exhibit 2 to the

5  opposing party, Defendant.

6           (Whereupon, the above-referred to

7  document was marked as Exhibit No. 2 for

8  identification.)

9           MS. JURKOWSKI:  And actually, yes, sorry.

10           MS. NEGOVAN:  That's okay.  And then, you

11  can call me Andy if you want.

12           MS. JURKOWSKI:  I'm having a little

13  trouble with it, but it's a nice name.

14           MS. NEGOVAN:  It's okay.  No worries,

15  Opposing Counsel.

16           MS. JURKOWSKI:  Yes, okay.

17           MS. NEGOVAN:  Yes.

18           MS. JURKOWSKI:  So now, Plaintiff is

19  showing -- you marked it already?  You gave it to

20  me.  Do I need this?

21           THE COURT REPORTER:  Were you going to

22  show it to him?

```
1              MS. JURKOWSKI:  Oh, this is the -- my
2    brain.  There you are.  I'm trying to get myself
3    ordered and organized here.  This is very
4    different.  Okay, thank you.
5              Okay.  Plaintiff is handing Exhibit 2 to
6    the witness, Mr. Redmon.
7              BY MS. JURKOWSKI:
8         Q    And would you please look that over, the
9    front and the back of the document?  And whenever
10   you're ready, I have a couple of questions for you.
11    Are you ready?
12        A    Um-hum.
13        Q    In the section with all the emails and the
14   names, are you able to find your name on there?
15        A    Yes.
16        Q    I'm sorry?
17        A    Yes.
18        Q    Okay.  And what is that?
19        A    It's an email sent to all staff members
20   in the aftermath, an email sent in the aftermath
21   about everything that happened pertaining to the
22   situation that happened in the library.
```

1      Q   What date?

2      A   This email was sent out Monday, December

3  20th.

4      Q   What year?

5      A   2021.

6      Q   And who is the email from?

7      A   Principal Berkowitz.

8      Q   Okay.  About how many staff members

9  received that; can you tell?  I don't want you to

10  count it.  Just approximately, eyeball it.

11     A   Every staff member.

12     Q   Okay.  So how many staff members do you

13  think are there?  Maybe -- I don't know -- 60?

14     A   How many --

15     Q   I don't know either.

16     A   How many staff members were employed with

17  Watkins at the time?

18     Q   Got you, sure.  Okay.  And you looked at

19  the back of it, right?

20     A   Yes.

21     Q   Do you ever remember seeing this?  How did

22  you know that?  Did you ever remember seeing this

1  in your email?

2      A   It may have came.  My name is listed as

3  being sent to me, but I don't, this email

4  particularly.

5      Q   Okay, but it was sent to you?

6      A   Yes.

7      Q   Okay.  And you were able to look at the

8  back as well?

9      A   Um-hum.

10         MS. JURKOWSKI:  Okay.  I'll take the

11  document back from the witness.  The Plaintiff will

12  take the document back.

13         BY MS. JURKOWSKI:

14      Q   Do you think that this is a fair and

15  accurate copy of what went to your email?  I meant

16  to ask you that.

17      A   I'm not sure, but sure.  My name is listed.

18   It was emailed to me.  I may have not looked at

19  it or opened it and just not read it.

20      Q   Okay, but we have to say, did I mark it

21  up?  Or is it a fair and accurate, clean-looking

22  copy?

32

1      A   I can't say for sure because I don't

2   remember looking at it.  So I don't know if you

3   marked it up or not.

4      Q   Well, I don't -- do you see some markings

5   on there?  This is just printed.  Do you see any?

6    I'm just asking.

7      A   This is my first time seeing it, so I'm

8   not -- no, to my knowledge.

9           MS. JURKOWSKI:  Okay.  So, the Plaintiff

10   moves Exhibit 2 into evidence.

11           MR. VANDINI:  The District just renews its

12   prior statements concerning its preservation of

13   objections.

14           MS. JURKOWSKI:  I'm sorry, I didn't hear

15   you.

16           MR. VANDINI:  I'm just renewing my prior

17   statement reserving objections as to introduction

18   into evidence.

19           BY MS. JURKOWSKI:

20      Q   Mr. Redmon, did you ever go into Watkins

21   Library?  Have you ever gone in there?

22      A   Yes.

33

1     Q   Did you ever sit in on a Watkins Elementary

2   Library lesson?

3     A   I sat in plenty of classrooms in Watkins.

4    If the classroom needed support, if you needed

5   support in the library, I was the first to call.

6    And I would come and support.

7     Q   You would support, yes.  That's really

8   nice, but did you ever sit in the library with

9   students?

10     A   Yes.

11     Q   Did you ever come in and sit --

12     A   Yes.

13     Q   -- in the library with students?

14     A   Yes.

15     Q   Before December 17, 2021, did you come into

16   the library and sit with students?

17     A   I'm pretty sure I sat in the library

18   numerous times and helped support children with

19   behavior, so yes.

20     Q   Okay.

21     A   We also had staff meetings there.

22   Pre-service week, we had meetings in there.  So I

34

1   sat in the library plenty of times.

2       Q   Okay, but did you sit in there during the

3   library lesson when the Plaintiff was there before

4   December 17, 2021?  In other words, were you ever

5   called to go sit in the library with the class that

6   was in there?

7       A   If you needed help, I'm pretty sure you

8   called me.  I'm pretty sure if you needed help, you

9   called the office, and they called me to come to

10  the classroom.

11      Q   Is that how you know where to go and sit

12  in a class?  Is it because the office would call

13  you?

14      A   The office or someone would call me on a

15  walkie.  If someone needed support, I would go.

16          MS. JURKOWSKI:  Okay, thank you for that.

17          (Pause.)

18          BY MS. JURKOWSKI:

19      Q   Were you involved, Mr. Redmon, in any other

20  events or conversations outside of the interviews

21  that you sat in with Mr. Berkowitz on December 17,

22  2021?

1          Did you only do the interviews, sit in on

2    the interviews, or did they have other tasks for

3    you to do or places for you to be on that day?

4        A    I'm not quite sure what you're asking me.

5        Q    What other things did you have to do on

6    that day that you did the interviews on, the 17th

7    of December of 2021?

8          In other words, how long did the interviews

9    take?  How much time did you spend in there with

10    Principal Berkowitz and the students?

11          MR. VANDINI:  Objection, asked and

12    answered.

13          BY MS. JURKOWSKI:

14        Q    Were the interviews longer than two hours?

15        A    I'm not sure how long the interviews were.

16        Q    Did you interview students for more than

17    six hours?

18          MR. VANDINI:  Objection to form.

19          THE WITNESS:  No, that's a school day.

20    We wouldn't take that long.  It wouldn't take that

21    long to interview the students.

22          BY MS. JURKOWSKI:

1    Q   Okay.  What other responsibility did you

2    have to attend to on 12/17/2021 that related to the

3    incidents that were claimed to have happened there

4    at Watkins?  What other job duties did you have to

5    go and attend to?

6        A   I did my job, recess support.  I was the

7    basketball coach.  It was like a normal work day.

8        Q   Okay, thank you for that.  Were you aware

9    or did you see any news crews at the school or people

10   who were involved with reporting stories on December

11   17, 2021?

12       A   Did I observe any?

13       Q   Did you see anyone from the news media or

14   did you observe anyone from the news media?

15       A   I didn't see or -- I didn't see or talk

16   to anyone from the news media or anything.

17       Q   But did you see any people?

18       A   Not that I was looking for them, no.

19       Q   Okay.  Thank you, Mr. Redmon.  Did you see

20   any law enforcement people at Watkins on December

21   17, 2021?  Were they in the building?

22       A   To my knowledge, I'm not sure.

37

```
 1        Q    How did Principal -- do you know how
 2    Principal Berkowitz knew which students to select
 3    for the interview?
 4        A    It was the class that was in the library
 5    at the time, so he knew who to ask.  It was assigned
 6    special for that particular classroom that day.
 7    So yes, he knew who to ask.
 8        Q    And whose class, whose students were they?
 9        A    Ms. Moxley's, as it said in the paper.
10             MS. JURKOWSKI:  Thank you for that.
11             (Pause.)
12             BY MS. JURKOWSKI:
13        Q    Did you, Mr. Redmon, notice any other
14    groups of students being interviewed by other people
15    in the Watkins building on December 17, 2021?
16        A    What do you mean?
17        Q    In other words, were you and Mr. Berkowitz
18    the only interviewers of the students from Ms.
19    Moxley's class?
20        A    Did you say were we the only two?
21        Q    Did you see or observe any other people
22    interviewing Ms. Moxley's students on December 17,
```

1  2021?

2      A    No.

3      Q    Okay, thank you for that.  When did you

4  realize, Mr. Redmon, that there was some media

5  coverage, or did you realize there was media

6  coverage of Watkins Elementary's incident through

7  12/17/2021?

8      A    When did I see it?

9      Q    No, when did you -- when did you realize

10  that the media covered that as a story, is what I'm

11  asking you.

12      A    Social media.

13      Q    You saw it on social media?

14      A    Um-hum.

15      Q    Where, what kind of social media?  I know

16  there's a lot of stuff there.  Was it a certain site?

17      A    Things people sent to me because they knew

18  I worked at the school, so they were trying to ask.

19      Q    People sent you --

20      A    Yes.

21      Q    -- notes asking you about the incident?

22      A    Um-hum.

1     Q   People on social media are communicating

2  like that.  And were you able to respond to them?

3     A   I told them I didn't care.

4     Q   You did respond by saying, I don't care?

5     A   I opened it.  I may have read it and said,

6  I don't care; I don't know what's going on.  It had

7  nothing to do with me particularly.  I tend to mind

8  my business.

9     Q   Okay.  Thank you for that, Mr. Redmon.

10  Did you, Mr. Redmon, notice or observe any meetings

11  about the incident on 12/17/21?

12        In other words, did Principal Berkowitz

13  have meetings with the staff or the group about that

14  on that day or maybe a week later?  I don't know.

15   Did he have any meetings that you observed or

16  attended?

17     A   No.  I usually don't attend meetings

18  because it's after school, and I work the

19  after-school program.  I was the basketball coach

20  at the time.  So if he did, not to my knowledge.

21     Q   Not during school hours?

22     A   No.

1    Q    You're saying you didn't --

2    A    Not during school hours.

3    Q    -- see anything while you were there at

4    school?

5    A    No.

6         MS. JURKOWSKI:  Thank you for that, Mr.

7    Redmon.

8         (Pause.)

9         BY MS. JURKOWSKI:

10   Q    When interviewing the students with Mr.

11   Berkowitz, were you familiar with what the complaint

12   was against the Plaintiff?

13   A    Meaning the causing of the interviews?

14   Q    Yes.

15   A    I was informed about the causing of the

16   interviews, yes, about everything that happened

17   pertaining to the situation, yes.

18   Q    Okay.  Who informed you?

19   A    Mr. Berkowitz.

20   Q    Okay.  Were you there when DC Public

21   School investigators arrived at Watkins on

22   12/17/2021, and did you see them?

1      A   I can't say yes.  I can't say no.  I'm not

2  too sure who came up.

3      Q   How many students were interviewed while

4  you were with Principal Berkowitz?  What do you

5  think the number of students was?

6      A   I'm not too sure how many were in the class

7  at the time.

8      Q   Approximately, that you had and that he

9  called into the conference room?

10     A   I don't want to guess the number because

11  I'm not too sure.

12     Q   Were there five?  Were there 20?

13     A   Again, I'm not sure.

14     Q   Okay, you're not sure.  Were the

15  interviews recorded, audio or video?

16     A   Not to my knowledge.

17     Q   Were there other people present in the

18  interview where you and Principal Berkowitz were?

19     A   I'm not sure.  That was years ago.  I've

20  been to --

21     Q   Was Ms. James in the room?

22     A   Again, I'm not sure.

1        Q    I don't know her first name.  I guess

2    Letitia.  She wasn't in the room while you were

3    sitting and taking notes?  She was not in the room,

4    or she was in the room?

5        A    I'm not sure.  I've been to three

6    different schools since then.

7        Q    Yes, I understand.  It is long.

8        A    It was a long time ago.

9        Q    Yes, I understand.  But my question is

10    because in this room, you can see the people in this

11    room.  I don't know all their names, really, but

12    I have a sense of it.  And I have a sense of whether

13    there's one or two adults, three adults.

14            You said he interviewed one student at a

15    time, but you did not see Ms. James?  Or did you

16    see Ms. James?

17        A    I answered it as I'm not sure.

18        Q    Okay, thank you for that.  Was a sworn

19    statement given to the students during the

20    interviews that Mr. Berkowitz -- did he give them

21    a sworn statement to tell the truth?

22        A    No, not to my knowledge.

43

```
1       Q    Okay.  Do you need a break, Mr. Redmon?

2       A    Hum-hum.

3       Q    No, you're okay?  All right.

4            Did Principal Berkowitz use the

5  Plaintiff's name during the interview with the

6  students on 12/17/2021?

7       A    I can't say yes, and I can't say no, but

8  I'm sure that the students knew who you were.  So

9  I think he may have not needed to, but I'm not sure.

10      Q    Okay.  Did the students use the

11 Plaintiff's name during the interview?

12      A    I can't recall.  It was such a long time

13 ago.

14           MS. JURKOWSKI:  Thank you for that, Mr.

15 Redmon.

16           (Pause.)

17           MS. JURKOWSKI:  Okay.  I am going to take

18 a break, if that's okay, for a few minutes.  Thank

19 you, Mr. Redmon.  I'm going to be the one to take

20 the break for about five minutes.

21           MS. NEGOVAN:  Sure, just one last thing

22 to be clear.  So we do have some questions for Mr.
```

44

```
 1   Redmon when you're done.  Not right now.  Once
 2   you're finished.
 3           MS. JURKOWSKI:  You're still on the
 4   record, I hope.
 5           MS. NEGOVAN:  Yes, once you're finished.
 6    Jay Fuller will be here at 11:00.  So we'll just
 7   ask that around 10:30 or a little after 10:30, you
 8   give us a chance to do some cross.  Does that sound
 9   okay?
10           MS. JURKOWSKI:  Got it.  Yes, sounds
11   okay.
12           MS. NEGOVAN:  We can go off the record now.
13           Do you want five minutes?
14           THE COURT REPORTER:  The time is 9:46.
15   We're off the record.
16           (Whereupon, the above-entitled matter
17   went off the record at 9:46 a.m. and resumed at 9:53
18   a.m.)
19           BY MS. JURKOWSKI:
20    Q    Thank you for being patient with me, Mr.
21   Redmon.
22    A    No problem.
```

1      Q    This is a different kind of job, I think.

2            Anyway, Mr. Redmon, when Mr. Berkowitz

3   communicated with you on the walkie-talkie on

4   12/17/21 regarding -- I mean, he gave you an invite

5   or just said -- I don't know what he said.

6            What did he say for you to show up; come

7   on over?  I don't know.  Could you tell me, if you

8   can remember, what he said to you to get you to

9   understand you needed to come and help him?

10     A    I'm not sure who called me to the library

11  that day.  I'm not saying it was Mr. Berkowitz.

12  I just know that someone called me and they said

13  the library needed support.

14            So I responded and said I'm on the way and

15  I'd go to the library.  That's usually my response.

16   On the way, on the way, on the way.

17     Q    Oh, I do apologize.  No.  What I'm asking

18  is, when you and Principal Berkowitz met in the

19  conference room, which is on the first floor, right

20  --

21     A    The conference room is on the --

22     Q    -- of Watkins?

1      A    -- the main floor.

2      Q    That's the main floor, okay.  So when you

3  met there on the main floor, you said he called you

4  on a walkie-talkie to let you know he needed you?

5      A    Right.

6      Q    I'm asking you, what statement did he make

7  on the walkie to let you know he needed you to come

8  and help him?

9      A    Usually, when someone needs help or

10 someone calls me, they say, Mr. Redmon?  And I'll

11 be like, yes, on the walkie.  And they'll be like,

12 can you come to a certain spot?

13          So he didn't say anything like, I need your

14 help, or anything.  Can you meet me here?  And I

15 would meet him there.

16     Q    So he said can you meet him where?

17     A    He called me down to the office.  Can you

18 come to the main office?  And I'd usually say, I'm

19 on the way, or something like that.

20     Q    Okay.

21     A    He didn't say anything in particular.

22     Q    And I have another question about the

1    walkie communication.  I vaguely remember it.

2                When you talk on the walkie, can other

3    people hear your conversation?  Several people have

4    the walkies in the building, correct?

5        A    Only certain staff members have walkies.

6        Q    Who?

7        A    Only certain staff members have them.

8        Q    Right, exactly, but I think -- I am asking,

9    can they hear each other's conversations?  Could

10   the others hear that he was calling you to meet him

11   somewhere?  Could they hear that?

12       A    If they're on the same channel, yes.

13       Q    That's what I'm trying to say.  I vaguely

14   remember that walkie-talkie and the channels,

15   especially being out on the playground.  We had them

16   out there.

17       A    Um-hum.

18       Q    Okay, thank you for that.  Are you aware

19   of DC Public Schools' policy and procedures for

20   investigations --

21       A    No.

22       Q    -- and incidents --

48

1      A    No.

2      Q    -- and reporting incidents at schools?

3      A    No.

4      Q    Okay, thank you for that.  So, Mr. Redmon,

5  when students are having issues at school, since

6  you were going around to help with the students,

7  and there is some misconduct with the children, do

8  you write up an incident report if you need to?

9      A    If need be.  They have their own form of

10 documentation about incidents that happen.

11     Q    Who has?

12     A    DC Public Schools has their own support

13 where they document behaviors and track them.

14     Q    Okay, thank you for that, but I mean at

15 Watkins.  Say it's -- I don't know.  I don't know

16 what it takes for it to get over to DC to document

17 it, but you don't send everything to DC when you're

18 dealing with the students, do you?

19     A    I send any behaviors from Tier 1 to Tier

20 5.

21     Q    Tier 1, what is that?  Can you describe

22 it?

49

1      A    A Tier 1 behavior might be a student maybe

2    not showing the right behavior.  So if a student

3    comes in the classroom and they refuse to sit down,

4    that's a Tier 1 behavior.

5      Q    Okay.  And you've got, did you say, five

6    tiers?

7      A    Tier 2 is like a student doing a race across

8    the room.  Tier 3 might be they walked out of class.

9     A Tier 4 might be a fight.  And Tier 5 might be,

10   they might be so irate that they cause chaos in the

11   building or something like that.  So different

12   tiers of behaviors go based on what you see.

13     Q    Okay.  So if a student has escalated to

14   a Tier 5 at Watkins --

15     A    Um-hum.

16     Q    Has that ever happened at walk-ins?

17     A    I guess that all depends on what you want

18   to --

19     Q    No, while you were there.  Did you ever

20   witness --

21     A    Sure, yes.

22     Q    -- a Tier 5 behavior at Watkins?

50

1        A    Yes.

2        Q    Okay.  Maybe one or dozens, or how does

3   that go?

4        A    At my job, you see it daily, so yes.

5        Q    So you'd see Tier 5s every day almost at

6   Watkins --

7        A    Almost every --

8        Q    -- when you were there?

9        A    -- every day, yes.

10       Q    Okay.  So did you ever -- did Watkins ever

11   have to call the police on students for --

12       A    It all depends on a case-by-case

13   situation.  You may have students who got picked

14   up late, and you have to call 9-1-1, the CARE Team,

15   just to get support.

16            And you might have a student who sometimes

17   -- I'm not saying this happened at Watkins, but it

18   depends.  If a student caused self-harm or harm to

19   others, we may need 9-1-1 medical.  Like I said,

20   it all depends.

21       Q    Okay.  I am asking you, at Watkins, during

22   your tenure there, whatever period that was, did

1    you ever observe or know that the police were called

2    -- I don't know -- for a student who was at a tier

3    that's -- I guess Tier 5 is out of control.  I don't

4    know.

5        A   Yes, but when you call 9-1-1, you're not

6    calling to get support from police.  You're calling

7    -- they have school-based police.  They have

8    school-based support police.  So it's not saying

9    the student needs to get arrested or anything.

10   We're calling to help get the CARE Team to come out.

11       Q   CARE Team?

12       A   Um-hum.

13       Q   C-A-R-E-S?

14       A   Um-hum.

15       Q   What is that?

16       A   They support students who are unregulated.

17       Q   That aren't able to be managed?

18       A   Right.

19       Q   They're some Tier 5?

20       A   Yes.  They need more support than the

21   school can offer.

22       Q   Did you ever observe several of those at

52

```
1   Watkins --
2       A   Not several.
3       Q   -- while you were there?
4       A   I'm not sure --
5       Q   Five during your tenure?
6       A   I don't know the exact number, but I know
7   that we have needed to call the CARE Team to get
8   support.
9       Q   Would the principal be informed about
10  that?
11      A   He's the authority, so he would call.
12      Q   Oh, he normally does the calls?
13      A   He gives the all-go.  My job is to help
14  manage it until the team comes.
15      Q   Okay, but the principal wouldn't go and
16  manage that situation himself?
17      A   He would manage it, yes.  He's the head.
18   So whatever happens in the school, he's the
19  authority that we have to get a yes or no from.
20      Q   Okay, thank you for that.  Are those
21  students that are in that tier at the high level,
22  5 or whatever it is, when Principal Berkowitz,
```

1    whenever he had to call the CARE Team, were the

2    students sent home or sometimes?  How did that work?

3     Or did they have a special room that the students

4    could sit in?

5         A    In certain situations, the parents may be

6    called as well.  So the parents can refuse to have

7    the children go, and they can take them themselves.

8         Q    To go where?

9         A    Home.

10        Q    Oh, the parents -- okay, I'm a little

11   confused.  So if the parents are called by the

12   school, then they would pick their own child up?

13    Or the child -- I don't know what you said.

14        A    So if a child is causing -- they're going

15   to cause self-harm to themselves, we would call the

16   CARE Team.  We would call the parents, as well, and

17   the parents would have to talk with the CARE Team

18   to set up how much support they can get for the

19   student.

20             Once the school -- the school is only able

21   to call for support.  We don't document, we don't

22   know what happens outside of that until the CARE

54

1    Team shares with us documentation.

2              Did they go see Children's Hospital?  Did

3    they go get observed or help?  Any particular help

4    that they get outside the school.

5        Q    Okay, thank you for that.  I don't think

6    I realize what happens behind the scenes.

7              So I would never, we would never, see the

8    principal escorting students out of the building

9    and asking them to get into the police car --

10       A    No.

11       Q    -- and leave the premises?

12       A    No, that's not --

13       Q    We wouldn't see that?

14       A    No.

15       Q    Right?

16       A    No.

17       Q    So Principal Berkowitz never did anything

18   like that?  Did you notice he ever did anything like

19   that?

20       A    It's not his position to escort people to

21   police cars or anything.

22       Q    Okay.  Okay, thank you for that.  What was

55

1    your job title there again, Mr. Redmon?

2        A    I was a behavior tech.

3        Q    A behavior tech.  And how many behavior

4    techs did Watkins have when you were there?

5        A    My first year there, I was the only one.

6    My second year there, they added support for me.

7        Q    I forgot what year you said you were there.

8        A    2019 to 2021.

9        Q    2019, you were the only one.  And then

10   2020, you were --

11       A    I had support.

12       Q    We had a lot of COVID, too.  I forgot.

13   I can't remember all that stuff.

14            Okay, you were support.  So that changed?

15       A    I had support.

16       Q    Oh, you had --

17       A    My position didn't change.  I just had

18   someone --

19       Q    Extra people to help you?

20       A    Extra people to help me out, yes.

21       Q    How many were there?

22       A    Two, maybe two to one.

56

1    Q   They hired two more techs?

2    A   They were already -- no, they were not

3 techs.  They were educational aides.

4    Q   Okay.  So they just ended up helping you,

5 though, somehow?

6    A   Right.

7    Q   Even though they were educational aides.

8 And in the second year, they helped you?

9    A   Yes.

10    Q   Right.  So they still did their

11 assignment, it seems, correct?

12    A   They still did their assignments.

13    Q   But when you needed help, they showed up?

14    A   They supported.

15    Q   Okay, wow.  And you said at least two of

16 them were helping you.  And then, were there more

17 assigned later?

18    A   I didn't really need that much help.

19    Q   Yes.

20    A   They were just --

21    Q   The two was good enough?

22    A   -- supporting the school.

1    Q    Pardon?

2    A    They were there to support the school more

3    so.  If I was in a situation, I would just have

4    support.  I didn't necessarily need the help.

5    Q    I see.  That was available to you --

6    A    Right.

7    Q    -- in 2020 and however long you were there?

8    A    Support was always had.  Support was

9    always provided.  I was just the only behavior tech

10   there.

11          MS. JURKOWSKI:  Okay.  I'm sorry.  I had

12   a sense of it, but didn't really know what was going

13   on there.  Thank you for that.

14          Do you have any questions?

15          MR. VANDINI:  Objection.

16          MS. JURKOWSKI:  I'm doing the

17   questioning, but you object.  Yes, well, okay.  All

18   right, I thought I'd ask.  I think I have most of

19   this.

20          BY MS. JURKOWSKI:

21    Q    Do you know if anyone -- Mr. Redmon, do

22   you know if anyone went up to talk to the Plaintiff

1    in the library about the incident?

2         A    No.

3         Q    Do you know if the Plaintiff knew that

4    there was a problem?

5         A    No.  Nothing that was shared with me, no.

6         Q    Okay.  Was the Plaintiff there on that day

7    at the school --

8         A    The day of the incident?

9         Q    -- the entire day?

10        A    I'm not sure if she left, if you left or

11   not.  I'm not sure.

12        Q    I'm sorry I'm talking like that, but it's

13   record stuff.

14        A    I understand.

15        Q    Okay.  So did you even see the Plaintiff

16   on 12/17/21?

17        A    No.  To my knowledge, I came in, and I

18   spoke -- I speak to everyone.  So I'm not sure.

19   I can't say if I spoke to you or not that day.

20        Q    Okay.  Mr. Redmon, did Mr. Berkowitz have

21   interview questions ready, a list of interview

22   questions, or was he just kind of improv-ing it with

59

1    the students?

2        A    As far as the list that was shared with

3    me, I'm not too particular about what type of

4    questions he had because he had his own form of --

5    a book he had.  So I'm not sure if he had questions

6    in the book or not.

7        Q    So you said it was just a regular notebook,

8    right?  It wasn't an electronic notebook or book?

9        A    No, nothing electronic.

10       Q    It was just something he had?

11       A    It was just like --

12       Q    Like me.

13       A    A pad he had with him.

14       Q    Okay, but he was referencing his pad for

15   questions?  Or was he just -- was Mr. Berkowitz just

16   --

17       A    I don't remember.  I can't say what

18   questions he asked or got from anywhere.

19       Q    Okay, thank you for that.  Do you know,

20   Mr. Redmon, if any -- there was a social worker.

21    Were social workers at Watkins?

22       A    Yes.

1      Q   Who were the social workers at Watkins?

2      A   I don't remember their names.

3      Q   I can't either.

4      A   But I'm sure there was a social worker,

5  yes.

6      Q   Were the social workers called to help out

7  for 12/17/21?

8      A   They were.  Everybody was informed.  She

9  was informed by the situation.  So I'm not too sure

10  how she did it pertaining to her position and her

11  job, how she did it, but I'm sure she was informed

12  because she was a social worker.

13      Q   Right, but did you know that for a fact

14  that she was informed?  Or you just --

15      A   I'm saying she was informed.  I'm not

16  saying the day.  The day that she was, I'm not too

17  sure, but I know that she was informed because that's

18  part of her position to be emotional support as well.

19      Q   Okay, thank you for that.  Other staff

20  members who were helping out, do you know -- I don't

21  know how they were informed.  I guess there was a

22  group, but I don't know that.  Was there a group

1    of people that were informed to help out for that

2    12/17/21 incident at Watkins?

3            I know you were part of that team.  I'm

4    thinking Ms. James was, as an example.  So the two

5    of you, I think.  And now you're saying, of course,

6    the social worker.

7    A    Anybody that helped support mental health

8    with the children were --

9    Q    Were there?

10    A    -- informed.  I'm not saying they were

11    there.  I'm saying they were informed of the

12    situation.

13    Q    They were informed.  Maybe not there, but

14    informed.  Okay.

15            Mr. Redmon, you mentioned the CARE Team.

16    Was the CARE Team -- did they come and visit the

17    school?

18    A    That's a part of the support that DC Public

19    Schools sends when stuff like grievances happen.

20    They send people out to help support people.

21    Q    Did they show up that day, the CARE Team?

22    A    To my knowledge, I'm not too sure.

1      Q   I don't know what they look like.  I don't

2  know.  Just people, right?  And they'll tell you

3  they're CARE Team, I guess.  I've never seen them.

4      A   As you enter the building, everyone shows

5  identification.  So they were -- I'm not saying that

6  they -- I don't know particularly if they came that

7  day or not, but I'm sure they were informed because

8  that's something you have to do to help support

9  grievances of people.

10            MS. JURKOWSKI:  Okay, all right.  Mr.

11  Redmon, I think I am done.  Thank you so much.

12            THE WITNESS:  Thank you.

13            MS. JURKOWSKI:  I'm glad you were able to

14  come out.

15            MR. VANDINI:  The District has a few

16  questions for Mr. Redmon.

17      CROSS-EXAMINATION

18            BY MR. VANDINI:

19      Q   Mr. Redmon, you described your role a

20  little bit as a behavior tech.  So you would

21  typically get called to lend support to students

22  who may be experiencing an issue or some kind of

1    distress?

2        A    Yes.

3        Q    Is that accurate?

4        A    Some kind of distress, causing some

5    trouble in the classroom.  They may need support.

6     They may be -- they might not want to sit down in

7    the classroom.  I would go in and support, help them

8    sit down.

9            They may have trouble transitioning from

10   one class to another.  I helped support that, as

11   well.  Anything dealing with behavior, I was the

12   first point of contact.

13       Q    We keep hearing about an incident on

14   December 17, 2021.  Are you familiar with that

15   incident?

16       A    I'm familiar about the aftermath and

17   everything, yes, and the incident that happened

18   during the time, yes, as well.

19       Q    Could you describe what you know about the

20   incident?

21       A    So the children were told to -- they were

22   reenacting the Holocaust.  And they felt that they

64

1    didn't know -- to my knowledge, the children didn't

2    have the knowledge of what was going on.  They were

3    just playing.  They thought they were just playing.

4            And then some children did notice, like,

5    wow, my family has history of this stuff.  So they

6    noticed that it was wrong, as well.

7        Q    Were you able to physically see the

8    students on December 17, 2021, immediately

9    following the incident?

10       A    They had moved on throughout the day.  I

11   was able to see them at recess and lunch and stuff

12   like that, yes.

13       Q    Did you see them at all in the library on

14   that day?

15       A    I poked my head in and observed things,

16   but I didn't actually -- I don't remember myself

17   actually -- I'm trying to remember if I actually

18   stepped inside the library, but I know I actually

19   called up two of the librarians.

20       Q    And you looked into the library?

21       A    It was a clear door.  It had clear glass,

22   so you could see everything.

1    Q    And could you see the students?

2    A    Um-hum.

3    Q    And what did you see?

4    A    I'd seen some students reenacting

5    something that was going on.  I didn't know

6    particularly what they were reenacting at the

7    moment.

8    Q    Were any of the students in distress?

9    A    I guess you can say that, but you don't

10    know if it was part of the reenactment or if they

11    were actually upset.

12    Q    What about after the reenactment?

13    A    Some did show signs of distress.  They

14    went to class, and I was called to the classroom,

15    too.  It was like something went wrong, and some

16    people felt wrong about an incident that happened.

17     And that's when everything started coming to light.

18    Q    How would you describe the demeanor of

19    those students who were in distress?

20    A    They were kind of -- I had seen them daily,

21    so I knew how they acted daily.  They seemed like

22    they were a little out of it.  Something had

66

1  triggered their mind and made them feel like they

2  were doing something wrong, I guess I would say.

3      Q    Did any of the students seem scared or

4  afraid?

5      A    To my knowledge, no.  I don't remember

6  daily how they looked or how they felt daily.  I

7  at least know that some did have family in that,

8  and they felt like it was wrong.

9      Q    Did you observe any students crying?

10     A    Aftermath, yes.

11     Q    So after the reenactment, you observed

12  students crying?

13     A    After the situation was brought up to the

14  teacher, some students felt like they were in the

15  wrong.  And they started feeling -- their emotions

16  started coming.  So that's when they called, hey,

17  we need support, and everybody came up.

18     Q    You noted that you were accompanying Mr.

19  Berkowitz during his interview of several of the

20  students after the incident; is that correct?

21     A    Correct.

22     Q    What do you recall, if anything, about the

1    statements of the students?

2        A    They were asked particular questions.

3    They were asked how they felt.  Some felt like they

4    were upset about -- I'm upset that I died, if they

5    had died that day.  They had emotions.

6                They were trying to say that, I didn't want

7    to -- they felt bad, but they didn't know how to

8    control their emotions.  So they were up and down

9    with it.  I didn't want to die, but I don't know

10   why I died that day.

11               So their emotions were all over the place.

12    I was there to not only help and support, but make

13   sure that they're going to be okay.  I was the person

14   to help with their emotions.

15       Q    I'd like to show you what has been

16   previously marked as Exhibit 1, if I could.  You

17   were shown this document earlier, right?

18       A    Yes.

19       Q    And this was the first time that you've

20   seen this document?

21       A    To my knowledge, yes.

22       Q    Did you review the contents of this

1    document?

2        A    Yes.

3        Q    And what did they appear to be?

4        A    Questions and answers that were reported

5    to myself and Mr. Berkowitz.

6        Q    So these are notes of the statements that

7    the students made during the interviews with Mr.

8    Berkowitz?

9        A    Correct.

10        Q    And that you were present for?

11        A    Correct.

12        Q    I'd like to actually take us through the

13    statements, if you don't mind.

14        A    Okay.

15        Q    You'll note that names of actual students

16    have been omitted, correct?

17        A    Correct.

18        Q    Okay.  And that's to protect the minor

19    identities?

20        A    That's the law, yes.

21        Q    Understood.  Could you read the first,

22    let's say, four bullet points here?  And that's the

1    first statement on the first page of this document,

2    Exhibit 1.

3        A    He reported that he was sad because he was

4    Jewish and that his family was killed in the

5    Holocaust.  When asked why they did the lesson, he

6    replied, I don't know.  He said it was not connected

7    to another lesson done in the library.

8            He was assigned the role of Hitler, i.e.,

9    did not knowingly volunteer for the role.  He was

10   given it after he volunteered to participate in the

11   activity, before knowing what the activity would

12   be.

13           He reported that people in the class were

14   told to dig ditches, go in the gas showers, be

15   soldiers shooting.  W.S. did fall into the ditches.

16    He pretended to commit suicide, fulfilling the role

17   of Hitler.

18           He pretended to hold a gun to make -- I'm

19   not sure what that was -- sugar -- I'm not sure how

20   to say that.

21       Q    You can stop there.  That's fine.  Do you

22   recall statements like that being made during the

1  interview?

2      A   Yes.

3      Q   Did that student seem credible to you?

4      A   Yes.  Particularly, that entire class was

5  pretty well.  The third-grade team had a real good

6  team.

7      Q   You testified earlier that Mr. Berkowitz

8  in no way coached the statements of these students;

9  is that correct?

10     A   Correct.

11     Q   I'm going to read, actually, from a few

12  more of the statements.  These are on page 2.

13          One of the students, quote, felt bad,

14  saying he was assigned to Hitler's team.  He

15  pretended to hold a gun to make sure the other

16  students were, quote, digging the ditches, end

17  quote.

18          He felt uncomfortable when redacted,

19  redacted, and redacted fell into a ditch after being

20  shot.  Someone else pretended to shoot them.  He

21  reported feeling uncomfortable and being violent.

22   He was told not to tell his parents about the

1    lesson.

2              Do you recall statements like that?

3    A    Yes.

4    Q    Does that seem like an accurate

5    representation of the students' statements?

6    A    (No audible response.)

7              MR. VANDINI:  I'm going to continue  on

8    --

9              MS. NEGOVAN:  Can you answer orally?

10             THE WITNESS:  Yes.  I'm sorry.

11             MS. NEGOVAN:  That's okay.

12             MR. VANDINI:  I'm going to continue on to

13   the next student's statements.

14        Redacted felt a little bit scared because

15   people were shooting.  She told us to shoot the

16   people on the train.

17             MS. JURKOWSKI:  Objection, out of

18   context.  Principal Berkowitz is stating these

19   things, but we can't really know what the students

20   actually were saying.  And that's the problem with

21   looking at this piece.

22             BY MR. VANDINI:

1     Q   Mr. Redmon, who is the she?

2     A   Is she the student that it's referring to?

3         MR. VANDINI:  Yes.  I'll continue on.

4         Redacted, redacted, redacted were

5     shooting me and my friends.  He didn't want to be

6     part of them.  The people that had to go to the gas

7     tanks were dead.

8         MS. JURKOWSKI:  Objection.

9         MR. VANDINI:  He had to lay down.

10        MS. JURKOWSKI:  May I see what you're

11    reading?

12        MR. VANDINI:  Why were you learning this?

13        MS. JURKOWSKI:  Do I have what you're

14    reading, or is that this?

15        MR. VANDINI:  These are the statements

16    from the students that are listed in your Exhibit

17    1.

18        MS. JURKOWSKI:  They're on this page that

19    I'm looking at?  Oh, you marked them up from there;

20    is that what that is?  I see black that you're

21    reading from.

22        MR. VANDINI:  Yes, this is a copy of the

1    statements with the redacted students' names.

2            MS. JURKOWSKI:  Yes, but that wouldn't be

3    this that I handed the witness.

4            MR. VANDINI:  The statements are exactly

5    the same unless you've made any edits to this

6    document.

7            MS. JURKOWSKI:  Okay.  May I see what you

8    have, actually, there?

9            MR. VANDINI:  Sure.  Why don't we

10   actually just introduce this as Exhibit 3?

11           (Whereupon, the above-referred to

12   document was marked as Exhibit No. 3 for

13   identification.)

14           MS. JURKOWSKI:  And I'll take a look at

15   it.

16           MR. VANDINI:  This is a true and accurate

17   copy of the statements that were given to the

18   investigative team.  This is Bates No.

19   1:23-cv-03788-ACR-0000168 and has been produced by

20   the District.

21           MS. JURKOWSKI:  And I do apologize.  Is

22   this not produced by the District, the Exhibit 1

1   that I've given to Mr. Redmon?  Who produced that?

2              MR. VANDINI:  You brought this document

3   today, Ms. Jurkowski.

4              MS. JURKOWSKI:  No, I did bring it because

5   it came from the District.  In your documents --

6              MR. VANDINI:  I don't see a Bates number

7   on it.

8              MS. JURKOWSKI:  Well, I stamped it with

9   one because the way it came out, it looks like that.

10   It's a very long document with other things.

11              MR. VANDINI:  The District just produced

12   this.

13              MS. JURKOWSKI:  Okay, fine.  You go right

14   ahead.

15              MS. NEGOVAN:  Let me clarify something

16   real quick.  So we produced two versions of every

17   document, right?  You asked us to produce a native

18   version of every document and a PDF version of every

19   document.

20              MS. JURKOWSKI:  Okay.

21              MS. NEGOVAN:  So we've given you the PDF

22   version of this document.

1              MS. JURKOWSKI:  Okay.

2              MS. NEGOVAN:  It might be that you've used

3     the native version of the document, which is why

4     they look a little different.  But as far as we can

5     tell, and you can take time to check, the text is

6     the same.  The contents are the same.

7              MS. JURKOWSKI:  Okay, thank you for that.

8      And then I want to add, the Plaintiff is adding

9     that the document and statement which is  -- what

10    this one's called again?  This is the official

11    statement from Mr. Berkowitz.

12              Could you read what that is exactly that

13    you're reading from?  Because this does say that

14    and the time, but it just seems to be something

15    that's out of context here.

16              Okay, keep going.  I'm sorry about that,

17    you all.

18              MR. VANDINI:  This, as Ms. Negovan has

19    noted, is the PDF version of the exact native

20    document that was marked as Exhibit 1.  And so we're

21    marking the PDF version of that document as Exhibit

22    3.

1              This is the exact same document, the same

2    text, the District of Columbia Public Schools,

3    Office of the General Counsel, Labor Management and

4    Employee Relations Investigations Division

5    document.

6              MS. JURKOWSKI:  Okay, that's fine.

7              MR. VANDINI:  Okay.

8              MS. JURKOWSKI:  Sure.  Is this the one you

9    wanted me to put the sticker on?

10             MR. VANDINI:  You can sticker that one and

11   review it as long as you give it back to Mike.  I

12   can also give you another copy.

13             MS. JURKOWSKI:  That's great, I'll take

14   it.  Thank you for that.

15             MR. VANDINI:  So I'm going to continue on.

16   This would be page 2 of both the PDF and the native

17   document, if you'd like to follow on the native.

18   We'll start with the first set of bullet points

19   in the PDF and the third set of bullet points on

20   the native.

21             MS. JURKOWSKI:  Okay.

22             MR. VANDINI:  What was the scariest part?

1    Me dying.  She told us not to tell our parents about

2    this.  The killing part, you don't have to tell

3    them.  That made me feel a little scared.  When he

4    didn't want to participate, he sat down on the

5    carpet.

6            MS. JURKOWSKI:  Narrating.

7            MR. VANDINI:  The teacher said --

8            MS. JURKOWSKI:  Objection, narrating.

9            MR. VANDINI:  -- come on, get up.  I'm

10   scared to go to the library.  I don't want to do

11   that again.

12           BY MR. VANDINI:

13   Q    Mr. Redmon, do you recall statements like

14   that being made?

15   A    To my knowledge, I'm not saying that it

16   was not said, but to my knowledge, yes, children

17   did feel that way.

18   Q    Continuing on.  Redacted feels bad for

19   Jewish people in history.  His role was to build

20   the ditches.  Had fun, but feels bad because they

21   tricked and killed the Jews.

22           How did it feel to be a shooter?  It didn't

1    feel good.  I don't like guns.  Redacted claims he

2    did not hear the teacher tell the class not to tell

3    their parents.

4              Mr. Redmon, is that a true and accurate

5    representation of the students' statements?

6        A    That they were told not to tell their

7    parents?

8        Q    Just those four bullet points from that

9    student.

10       A    Yes, they felt very uncomfortable during

11   the time.

12       Q    Continuing on.  Redacted feels bad that

13   they had to go through this.  Says he was told that

14   Hitler had a bad Christmas and decided to take it

15   out on people.  That's how the class began.

16             Do you recall a statement like that being

17   made?

18       A    Yes.

19       Q    And finally, the last section.  Redacted

20   feels butterflies, nervous and sad.  He didn't like

21   the class.  They made us act to build pits, gas

22   chambers, and shoot people.  He says it's

1  inappropriate to pretend to shoot people and act

2  dead.

3        Redacted does recall the teacher

4  instructing the class not to tell their parents.

5   He was scared when she said that.

6          Is that a true and accurate representation

7  of the students' statements?

8      A   Yes.

9      Q   How sure are you that Ms. Jurkowski

10  instructed the students in Ms. Moxley's class to

11  reenact the Holocaust?

12     A   I won't say it was a lesson that was

13  particularly in the DCPS lesson plan, but they did

14  tell me and come back to us saying that they

15  reenacted it and that they were playing Hitler.

16        MS. JURKOWSKI:  Objection, hearsay.

17        MR. VANDINI:  I don't believe I have any

18  further questions for Mr. Redmon.

19        MS. JURKOWSKI:  May I?

20        MS. NEGOVAN:  You can recross.

21        MS. JURKOWSKI:  Redirect?

22        MS. NEGOVAN:  Redirect, yes.

1                MS. JURKOWSKI:  Okay.

2           REDIRECT EXAMINATION

3                BY MS. JURKOWSKI:

4       Q    You, Mr. Redmon, did not actually witness

5    students saying that, correct?

6       A    I'm not too particular about what

7    questions were given back then, but I do remember

8    them saying -- the children, they came to me and

9    told me that they were playing Hitler.

10      Q    They told you that later?

11      A    During the interview.  We were asking what

12   was going on.  The children told me they were

13   playing Hitler.

14      Q    You said a few minutes ago in the interview

15   you were taking notes.

16      A    Correct.

17      Q    Who are you referencing when you say they

18   --

19      A    The children.

20      Q    -- told us that?

21      A    The children.

22      Q    The children, okay.

1      A    I can't say a particular name because

2    they're children.

3             MS. JURKOWSKI:   These questions from

4    Exhibit 1 -- we may need to give him Exhibit 1 again

5    that I handed him earlier.   And you can give that

6    one as well because, yes, it is redacted.   It looks

7    like it comes out of the middle.

8             Would you please -- no, no.   Hold onto that

9    for a minute, Mr. Redmon.

10            Mr. Andrew?

11            MR. VANDINI:   Yes.

12            MS. JURKOWSKI:   May you give him that to

13   look at for a minute, your copy, or do you want me

14   to give mine?   I won't have it if I do that.

15            MR. VANDINI:   I'll use Ms. Negovan's.

16            MS. JURKOWSKI:   Okay.   And this is called

17   exhibit what?

18            MR. VANDINI:   We'll call this Exhibit 3.

19            BY MS. JURKOWSKI:

20      Q    Okay.   So you have Exhibit 1 and Exhibit

21   3, Mr. Redmon.

22            Did you recall each question that

1    Principal Berkowitz asked the students in reference

2    to each of these lines; yes or no?

3        A    Do I recall him asking a particular amount

4    of questions?

5        Q    Do you recall when you were in that

6    interview on -- I don't know, was it 12/17/21 --

7    at Watkins Elementary and you were in the conference

8    room with Principal Berkowitz interviewing

9    students, do you recall the questions that Principal

10   Berkowitz asked the students in the interview?

11            And then we have to try and match it up

12   with these responses, which is what I cannot do,

13   but that's why I'm asking you that.

14       A    These questions were asked like, how did

15   you feel about the situation?  And this was the

16   answer that was given.

17       Q    So Principal Berkowitz said, how do you

18   feel?  Is that what you're just saying now?

19       A    That question was asked.  How do you feel?

20    Do you know what happened?  Stuff like that.  And

21   this was the answers the children were giving.

22       Q    Okay.  So you did hear the questions that

1   Principal Berkowitz --

2       A   No.

3       Q   -- and you remember now what he asked them?

4       A   I'm not saying I remember.  I'm just

5   saying the children were asked how did they feel.

6   That's one of the questions I know they were asked.

7       Q   That they were asked by?

8       A   Mr. Berkowitz.

9       Q   Mr. Berkowitz, okay.  But all of these

10  questions do not necessarily relate to the question

11  of, how do you feel?  And that's why --

12      A   Correct, that's why --

13      Q   -- I needed the other questions.

14      A   That's why I'm saying I don't know

15  particular questions, but I do know they were asked,

16  how do you feel?

17      Q   Okay.

18      A   Coming in, we want to know how they feel.

19  Do you need more support?  We were asking that

20  question.  But any particular question, the answers

21  they were giving, to me, that's just showing how

22  they feel.

84

1      Q    Okay.  So you actually did ask some

2  questions in the interview, yes?

3      A    No, I didn't ask any questions.  He came

4  in and he said, how do you feel?  We asked the

5  children in.  Good morning, and they came in.  How

6  do you feel?  What is wrong?

7      Q    Okay, I see your point.  You're just

8  describing that when he asked the question, the

9  children responded, and he was documenting.

10     A    Correct.

11     Q    And you were documenting, as well --

12     A    Correct.

13     Q    -- and listening.  Okay.

14          Mr. Redmon, the redacted one, looking at

15  that and this one -- which I guess it's close enough,

16  like you said -- this one that's redacted, do you

17  believe that Ms. Moxley's third-graders would be

18  able to use some of this vocabulary that's on this

19  paper?

20          And actually, do you believe they were able

21  to use vocabulary like some of this in sentences

22  like this?  I'm just asking you.

1      A   Like I said, that class and that grade band

2    -- that grade band and that class, they were kind

3    of correct.  They were kind of smart.  They were

4    one of the highest amongst the school, so they would.

5      Q   Did you see, Mr. Redmon, did you ever see

6    -- okay.  Did you realize that Ms. Moxley gave

7    students paper and asked them to write whatever

8    happened; did you know that?

9      A   I did not observe or see that.

10      Q   Okay.  Well, you weren't probably in the

11    class, but I'm just asking you.  Did you see the

12    documents that were given to Principal Berkowitz,

13    I believe, on that day?

14      A   No.

15      MS. JURKOWSKI:  Ms. Moxley supposedly had

16    come back from the library with her students to her

17    classroom.  She gave students, each student a sheet

18    of paper.

19      And I don't know what she explained to them

20    to do, but it was the gist of to write about a

21    Holocaust lesson in the library.  That is the way

22    I understood it, but I really don't know for sure.

1        I'm telling you this for this reason,

2   because what you're looking at here, the vocabulary

3   and the details of a third-grader from Ms. Moxley's

4   class probably looks nothing like this.

5        But what I will do, if you give me a moment

6   to get another exhibit --

7        MR. VANDINI:  I'm just going to object to

8   this narrative.  There's no pending question.

9        MS. JURKOWSKI:  I understand you object

10  to the narrative, and I don't have a problem with

11  it.

12       What I do object to is the context of how

13  you laid this out to look like the children were

14  able to write like that.  I just don't think so.

15       And so, I'd like to add another exhibit

16  in to help Mr. Redmon understand what he might be

17  missing in the testimony here, and maybe he can add

18  on.  As soon as you all give me a minute, I am going

19  to pull that exhibit.  Bear with me, guys.

20       (Pause.)

21       MS. JURKOWSKI:  Can I get five minutes?

22   Because I have to pull up this exhibit.

1          MS. NEGOVAN:  You want to go off for five

2   minutes?

3          MS. JURKOWSKI:  I'm not going to go off

4   the record.  You can stay right here.  I might have

5   it before five minutes.  I just have to be the --

6   oh, I have it in my hand now.  Give me a moment.

7    Too many folders, you all.  Okay.

8          This is going to be a lot to peek through,

9   Mr. Redmon, but the reason I'm doing that is because

10  I want to be able to show you these, and these are

11  Ms. Moxley's students and their handwriting, to let

12  you know that they don't write and speak like what

13  you see there.  And I do know that, especially

14  having worked with the children.

15          Are we back on?

16          THE COURT REPORTER:  We never went off.

17          MS. JURKOWSKI:  Oh, good.  Okay.  All

18  right.  So I'm going to give you this one stack,

19  but I have to show it to the counsel.

20          Andy?  I need to call you Andy, but it's

21  so weird.  Okay, I'm trying to call you Andy.  Let

22  me make sure --

1          MS. NEGOVAN:  Opposing Counsel, it's

2    okay.  You're fine.

3          MS. JURKOWSKI:  I'm trying to do this.

4    This is so much work for me, but I'm going to do

5    it.  Okay, this will help us out at the end of the

6    day.  I know I'm not allowed to sing right now, you

7    all.

8          Yes, I think he needs some more context

9    for what it looks like.  And I agree.  I could read

10   those statements and know.

11         You don't really -- you're not really in

12   the classroom teaching them, and I know that.

13         MR. VANDINI:  Objection.

14         MS. JURKOWSKI:  Pardon?

15         MR. VANDINI:  Objection.

16         MS. JURKOWSKI:  Objection to what?

17         MR. VANDINI:  He's here to answer

18   questions.  There's no question pending.  You're

19   welcome to ask him any questions you'd like, but

20   I'm going to object to the narrative.

21         MS. JURKOWSKI:  Okay.  I'm explaining to

22   Mr. Redmon what he's looking at and that he needs

1  to have --

2        MR. VANDINI:  He has nothing in front of

3  him.

4        MS. JURKOWSKI:  -- the other part.  As

5  soon as I can, Mr. Andrew, I am going to give it

6  to him, but I'm a little slowed up pulling all this

7  material.

8        Okay, I'm almost there.  Okay, Mr. Redmon.

9        Mr. Reporter, may you mark this for me for

10  Plaintiff Exhibit 4?  Okay, may you mark that?

11        (Whereupon, the above-referred to

12  document was marked as Exhibit No. 4 for

13  identification.)

14        MS. JURKOWSKI:  And I'm going to show it

15  to counsel and Andrew.

16        MS. NEGOVAN:  It's Andrew and Andy.

17        MS. JURKOWSKI:  That really is hard.

18        MS. NEGOVAN:  We have another Andrew in

19  our section, as well, so we're just confusing.  So

20  don't worry.

21        MS. JURKOWSKI:  And your name, Andy, I

22  think is a nice name.

1           Okay, this is Exhibit 4.  I'm going to hand

2     this -- the Plaintiff is handing Exhibit 4 to the

3     opposing party, Defendant, Andy.

4           MS. NEGOVAN:  Thank you.  That's fine.

5     That's good.

6           MS. JURKOWSKI:  Now, I really am wanting

7     -- I need to give you that entire stack anyway, but

8     it's because the handwriting samples are in there.

9      I think that's going to help this conversation in

10    a few minutes, and that's what I'm really trying

11    to get at.

12          And I appreciate what you did, Mr. Andrew,

13    but I'm trying -- I'm with you.  I'm trying to pull

14    it all together and make really good sense of it.

15          MS. NEGOVAN:  Ms. Jurkowski, can I ask you

16    a question?

17          MS. JURKOWSKI:  You may ask me.

18          MS. NEGOVAN:  These numbers at the bottom

19    right, did you put those in?

20          MS. JURKOWSKI:  Yes, I did put those in.

21          MS. NEGOVAN:  Okay.

22          MS. JURKOWSKI:  I did.  I've tried to put

```
 1    -- I'm telling you.

 2              MS. NEGOVAN:  Bates numbers are tough.

 3              MS. JURKOWSKI:  The old-school Bates,

 4    right, you told me to have those Bates on there.

 5              MS. NEGOVAN:  I'll just note that every

 6    page has the same Bates number.  It's going to be

 7    difficult to refer to things, but that's okay.

 8              MS. JURKOWSKI:  Okay.  All right, you're

 9    good?

10              MS. NEGOVAN:  Yes.

11              MS. JURKOWSKI:  Okay, and I didn't mark

12    these.  It's a clean copy.

13              BY MS. JURKOWSKI:

14       Q   Okay.  Mr. Redmon, I have something to

15    show you.  Now, I'm not saying you need to read this

16    entire stack, Mr. Redmon, but I want to hand you

17    this, Exhibit 4 from the Plaintiff.  And I want to

18    ask you some questions.

19              What is that?

20       A   This is --

21       Q   Where is it from?

22       A   The Office of General Counsel.
```

1        Q    Keep reading.

2        A    Investigation Division from DC Public

3   Schools, 3535 V Street NE, Washington, DC.  It's

4   a report of an investigation.  They have their

5   numbers here, fax and phone.

6        Q    Read it.  The date, please, Mr. Redmon,

7   read that to us.

8        A    January 28, 2022, the DCPS Case No. is

9   AD-22-0068.  The date of report occurrence is

10  Friday, December 17, 2021.  The location is Watkins

11  Elementary School, 420 12th Street NE, Washington,

12  DC 20003.

13           The date and time is Friday, December 17th

14  at 10:30.  The date and time reported is Friday,

15  December 17, 2021, at 11:30.

16           The investigator is Stacy R. Curry, DCPS

17  Office of General Counsel, 3535 V Street NE,

18  Washington, DC 20018.  The telephone number is

19  202-576-5024.

20           Employee status: subject on

21  administrative leave during investigation.  The

22  subject is Kimberlynn Jurkowski, Specialist,

1  Library Media.

2          The complainant is M. Scott Berkowitz,

3  Watkins Elementary, 202-698-3355.  Peabody is

4  202-698-3277.  The witnesses are Mark Boisvert,

5  Assistant Principal, and Kimberly A. Moxley.

6      Q    I'm sorry, who?

7      A    Katherine A. Moxley.  I'm sorry.

8      Q    And who is that?

9      A    She's a third-grade homeroom teacher.

10     Q    Where?

11     A    Watkins Elementary.

12     Q    Okay, all right.  You don't have to read

13 this whole thing, but look in there and flip.  I'm

14 going to see if I can get you to where these

15 handwriting samples are that Ms. Moxley instructed

16 the students to make.

17          Okay.  Do you see the first one?

18     A    Um-hum.

19     Q    Read that to me, or read it to us, Mr.

20 Redmon.

21     A    The president was Hitler.  He did not have

22 a good Christmas, so he wanted to make others have

1    a bad Christmas.

2              So he said to different people that you

3    must do gas -- chambers, I believe he's trying to

4    say or she is trying to say -- and you must turn

5    them on when the people get in the shower.  If you

6    don't, you will die.  You need to take them on the

7    train or you will die, too.

8              The president in America did not help.

9    The game shot me, and I was a little scared.  I got

10   shot.

11       Q    Okay.  So take a look through a couple more

12   of those just so we can look at the handwriting,

13   the spelling, the type of sentence structure, Mr.

14   Redmon.

15             I want you to take a look at that.  And

16   then I have another question for you, okay?  It's

17   a different one on the back or the front or

18   something.

19             Do you want to read another one of those?

20    If so, tell me which one, because I want to be able

21   to say the question that I want to ask you.

22             Here, like this one.  Let me see.  The one

95

1    you have in your hand, I have that.  Read that one

2    to us, please, Mr. Redmon.

3         A    Hitler by the kids.  I bilt a train, and

4    I was on --

5         Q    Spell built.

6         A    B-I-L-T.

7         Q    Go ahead.

8         A    And I was on Hitler's team.  I killed lots

9    of people and --

10        Q    Spell team.

11        A    Huh?

12        Q    Spell team.

13        A    T-E-A-M.

14        Q    Okay.

15        A    I killed lots of people and a lot --

16        Q    Okay.  I'm not going to make you -- is that

17   very legible, is my question to you.  I'm just

18   asking you, is that an easy read?  This is an easy

19   read; am I correct?

20             MS. JURKOWSKI:  What number is this

21   exhibit?

22             MR. VANDINI:  Four.  The whole packet is

1   marked --

2              MS. JURKOWSKI:  No, this is Exhibit 4.

3   This, that I gave you earlier, is Exhibit 1.

4              BY MS. JURKOWSKI:

5      Q    And you have Exhibit 1, I think, right by

6   you, don't you, Mr. Redmon?

7      A    Um-hum.

8      Q    Is that an easy read?  Like, I'm not going

9   -- and I'm able to read that?

10     A    Yes.

11     Q    It's smooth?

12     A    This is from adults.  This is from

13  children.

14     Q    I've got you, and that's exactly my point.

15   The children wrote this.  Mr. Berkowitz wrote

16  that, so the context is questionable.  And this is

17  what we're trying to deal with.  Who wrote what?

18             No, I'm not asking you to answer it.  I'm

19  saying to you on the record that that is where part

20  of the problem is.

21             MR. VANDINI:  Objection.

22             MS. JURKOWSKI:  What actually --

1    objection what?

2              MR. VANDINI:  I'm objecting to the

3    continued narrative.

4              MS. JURKOWSKI:  Okay.  I can stop the

5    narrative because I think I've made my point.

6              BY MS. JURKOWSKI:

7      Q    What is this, Mr. Redmon?  What is this

8    that I've handed you, this stack of stuff,

9    especially the -- what did you see in there that

10   you just finished --

11     A    Children expressing how they feel and the

12   statements they wrote.

13     Q    Do you think, are those good and accurate

14   samples of the children's handwriting and what they

15   actually would say and what they actually did say?

16             MR. VANDINI:  Object to form.

17             THE WITNESS:  I'm sure they wrote it, but

18   based on what it looks like, it's two different

19   things going on here.  The children may have wrote

20   this, but they were asked this.

21             BY MS. JURKOWSKI:

22     Q    Okay.  I understand what you're saying,

1   what they were asked, because I don't actually see

2   the questions that they were asked on Exhibit 1.

3           What I see is a response written by the

4   principal, sentence by sentence.  They're good

5   sentences.  I can read them.  And they have

6   upper-level vocabulary, as well.

7           Children don't have vocabulary like that.

8    Ms. Moxley's kids, that's their vocabulary.  That

9   is how they really write, at that level, is what

10  I'm explaining to you.

11          This is a different level.  The children

12  did not -- that's why I asked you earlier, do you

13  think Principal Berkowitz edited or added words?

14          And this is the appearance that I'm looking

15  at, but what do you think?  Do you think the person

16  who wrote this has translated this the way the

17  children probably intended it?  Is it the same, or

18  is it different?

19          MR. VANDINI:  Object to form.

20          THE WITNESS:  To my knowledge and to my

21  eye, talking and asking questions verbally is

22  different from writing.  They may not know how to

1    write the words, but they are able to verbally

2    express how they feel.

3              BY MS. JURKOWSKI:

4        Q    Okay.  Well, I thank you for that, because

5    that may be a grey area which I can't really speak

6    to without the conversations with Mr. Berkowitz.

7     It's difficult to know.

8        A    Right.

9        Q    Okay, but thank you so much.  So again,

10   I think I've already asked you if that's a fair and

11   accurate exhibit of the children's handwriting and

12   their ideas that they were trying to express?

13       A    Yes.  Most children write like this now

14   because everything is digitized.  So they don't

15   have to actually learn how to write when they have

16   a computer doing it for them.

17             MS. JURKOWSKI:  Yes, I agree.  There are

18   reasons for it, but in this case, we're looking at

19   what we have.  So I move to -- may I have that back,

20   Mr. Redmon, please?

21             And I don't know because it's all mixed

22   up.  Did it have a tag on it?  Mr. Court Reporter,

1   did you put the -- I don't know where it is, the

2   little -- did you give it a -- do you see it?

3           I'm trying to help find it again.  It's

4   mixed up a little bit.  I can't find it, Mr. Court

5   Reporter.  Okay, I'm sorry that was turned over a

6   little bit.

7           Mr. Redmon, thank you so much.  I wasn't

8   trying to put anybody on the spot, but that's exactly

9   what I was thinking.  So you have been a really

10  terrific help.

11          MR. VANDINI:  I have some redirect.

12          MS. JURKOWSKI:  Pardon me?

13          MR. VANDINI:  Are you still asking

14  questions?

15          MS. JURKOWSKI:  I am still talking to Mr.

16  Redmon a little bit, Andrew.

17          MR. VANDINI:  Sure.  Feel free to ask a

18  question.

19          MS. JURKOWSKI:  I am going to ask him

20  another question.

21          BY MS. JURKOWSKI:

22      Q   Mr. Redmon, do you have children?

1        A    What does that have to do --

2        Q    I'm going to tell you how it's relevant.

3        A    I have one.

4        Q    Okay.  Is that child above third grade or

5   somewhere --

6        A    No.

7        Q    Not yet, okay.  Then that might not help

8   us because if it's a little, tiny baby, they're not

9   writing yet.  So that's not going to help us.

10            But my point is, you probably remember

11  being a third-grader or a second-grader.  And you

12  probably remember your handwriting; yes or no?

13       A    Um-hum.

14       Q    I remember mine, and it was probably kind

15  of like that.

16       A    Not mine.

17       Q    Yours was nice and neat in appearance?

18       A    I went to a charter school.

19       Q    Yes, so they made sure it was -- yes, they

20  did make the kids do better back then.  I don't think

21  they teach handwriting anymore.  Do you think they

22  teach handwriting now, Mr. Redmon?

1      A    No.

2      Q    So we're a little stuck with certain

3  things, even in some areas.   Okay.

4           The intention of the statements in Exhibit

5  4, which I don't know if we finished reading the

6  top of Exhibit 4 -- did I give you back mine, my

7  Exhibit 4?   Not 4.   The first, Exhibit 1, my Exhibit

8  1.

9           Okay.   It doesn't really help us

10 understand who's actually speaking what words.   I

11 don't know if that makes sense, what I'm saying to

12 you.

13     A    Are you asking --

14     Q    I am asking, I'm saying to you, can you

15 see what I am trying to articulate to you about when

16 I read a sentence -- he reported that he was sad

17 because he was Jewish and that his family was killed

18 in the Holocaust, period.

19           And then on there, on the student samples

20 in Exhibit 4, you're struggling to even get that

21 kind of language.   And definitely, the vocabulary

22 is not like this.   This is nice and clean.

1      A    Right.

2      Q    And that's why I'm having trouble myself

3    understanding who's actually reporting what in

4    details, which do matter, and it's relevant to this

5    case.

6            MR. VANDINI:  Objection.

7            MS. JURKOWSKI:  Okay, so that's my point.

8    I can't go any further because I'm taking up too

9    much time.  Okay.  Thank you so much, Mr. Redmon,

10   for coming and doing whatever we just did.

11           Okay, so I guess we're going to transition

12   in a little while.  I'm going to stop so I can get

13   ready.

14           THE WITNESS:  Okay.

15           MS. JURKOWSKI:  And this goes back to you.

16           MR. VANDINI:  The District has some

17   redirect, just a few questions.

18           THE WITNESS:  Okay.

19      RECROSS-EXAMINATION

20           BY MR. VANDINI:

21      Q    You just read some handwritten statements

22   from the third-graders in Ms. Moxley's class,

104

1    correct?

2        A    Correct.

3        Q    Those third-graders made some spelling

4    errors?

5        A    Yes.

6        Q    Yes?

7        A    Um-hum.

8        Q    That's typical of a third-grader?

9        A    That's typical of any child this age right

10   now because, like I said, technology takes over for

11   them.  They're more so able to verbally express and

12   use technology to express how they feel better than

13   writing anything down.

14       Q    Based on only the limited number of the

15   handwritten statements you read, do the contents

16   of those statements nonetheless match up to the

17   contents of Mr. Berkowitz's handwritten notes?

18       A    You could say, yes.

19       Q    How do you recall what the students said

20   during the interview?

21       A    Certain students in particular, like I

22   said, the ones who are familiar with it, the ones

1    who are actually Jewish, they were saddened by the

2    situation.  They knew that they have family history

3    with it.

4              Those we were able to get more detail out

5    of.  They were able to express how they felt because

6    they had family members who were involved in it.

7        Q    Okay.  So it was those particular details

8    that stuck with you?

9        A    Right.

10             MR. VANDINI:  Thanks, Mr. Redmon.  No

11   further questions.

12             MS. JURKOWSKI:  And actually, I do have

13   one more.  I'm so sorry, guys.

14   REDIRECT EXAMINATION

15             BY MS. JURKOWSKI:

16       Q    Mr. Redmon -- and again, the Plaintiff is

17   speaking -- were you called to the library on

18   12/17/2021 during Ms. Moxley's class?

19       A    I was called to the library to support

20   afterwards.

21       Q    Okay.  They weren't in the library

22   anymore?

1      A    No.  I'm saying as the class was ending,

2   I was called to help support the children to class.

3      Q    You mean they were in the hallway?

4      A    They were transitioning out of the

5   library.

6      Q    Okay, because I didn't remember seeing

7   you.  I'm sorry.  Maybe you came as Ms. Moxley was

8   going down the corridor or something because I

9   didn't see you come into the library.

10     A    Okay.

11     Q    I'm just saying that.  So I'm asking you,

12  did you actually come into the library on 12/17?

13     A    I don't remember actually what happened

14  that day years ago, but I know I was able to help

15  support the class.

16     Q    Okay, and let me tell you the reason I'm

17  asking you that.  It's because --

18          MR. VANDINI:  Objection to the narrative.

19          MS. JURKOWSKI:  Okay.  The because came

20  in, didn't it?  Okay.

21          MR. VANDINI:  You can ask him questions

22  and only questions.

1      BY MS. JURKOWSKI:

2      Q    Mr. Redmon, did you observe the students

3    in the library being sad on 12/17/21?

4      A    I'm not too sure what I observed that day

5    years ago, but I do remember students being upset

6    about the situation that happened.

7      Q    While they were in the library is what I

8    meant.

9      A    While they were in the school.

10      Q    Pardon?

11      A    While they were in the school.

12      Q    While they were in the school, okay.

13      A    Not particularly in the library or not.

14      Q    All right, that's the distinction I'm

15    trying to get.  Either the sadness came in the

16    library and continued in the corridor or you

17    observed the sadness somewhere else --

18      A    In school.

19      Q    -- is what I'm trying to get to, but it

20    was not in the library.  That's my point.

21      A    I'm not sure what part of the building.

22    I just know that it was in school.

108

1        Q   Yes, but I'm trying to be clear if you

2   observed the class that day, if you actually were

3   in my class.  And I don't remember seeing you, Mr.

4   Redmon.

5        A   I didn't sit down actually inside the

6   classroom to observe the lesson, no.

7        Q   Okay.  You didn't see the children and

8   know that they were sad during the library lesson,

9   did you, Mr. Redmon?

10       A   I can't say.

11       Q   Okay.  So you did see them and observe them

12  in the hall corridor, in their classroom, and in

13  the interview with Mr. Berkowitz?

14       A   In the school.

15            MS. JURKOWSKI:  In the school.  Thank you

16  so much for that.

17            Okay, thank you.  Have a very nice rest

18  of your day, Mr. Redmon.  Good to see you.

19            THE COURT REPORTER:  Mr. Vandini?

20            MR. VANDINI:  Yes.

21            THE COURT REPORTER:  Would you like to

22  read and sign?

1          MR. VANDINI:  So Mr. Redmon, you have the

2    opportunity to read over a transcript of your

3    testimony and then, basically, make changes if you

4    think anything was inaccurate or there are spelling

5    mistakes.

6          Do you want the opportunity to do that?

7    Or you can waive that.

8          MR. REDMON:  Waive it.

9          MR. VANDINI:  You waive it, okay.  That's

10   fine.

11         THE COURT REPORTER:  And you'll need the

12   invoice for a transcript?

13         MR. VANDINI:  Please.  Thank you.

14         MS. NEGOVAN:  Thank you so much.

15         THE COURT REPORTER:  And Ms. Jurkowski,

16   would you like to purchase a copy of the transcript?

17         MS. JURKOWSKI:  How much is it?

18         THE COURT REPORTER:  I will put you --

19         MS. JURKOWSKI:  Put me in.

20         THE COURT REPORTER:  I will put you in

21   touch with our production.

22         MS. JURKOWSKI:  Put me in.

1              THE COURT REPORTER:  All right.

2              MS. JURKOWSKI:  Put me in, yes.

3              THE COURT REPORTER:  I will read us off.

4    This concludes the deposition of Jerenzo Redmon,

5    taken in the matter of Kimberlynn Jurkowski v.

6    District of Columbia.

7              Today's date is December 11, 2025.  The

8    time is 10:55 a.m.  We're off the record.

9              (Whereupon, the taking of deposition in

10   the above-entitled matter was concluded at 10:55

11   a.m., signature having been waived.)

12

13

14

15

16

17

18

19

20

21

22

1    C E R T I F I C A T E

2    This is to certify that the foregoing transcript

3    was duly recorded and accurately transcribed under

4    my direction; further, that said transcript is a

5    true and accurate record of the proceedings; and

6    that I am neither counsel for, related to, nor

7    employed by any of the parties to this action in

8    which this matter was taken; and further that I am

9    not a relative nor an employee of any of the parties

10   nor counsel employed by the parties, and I am not

11   financially or otherwise interested in the outcome

12   of the action.

13

14

15

16

17   *Michael Morris*

18   _____

19   Michael Morris

20

21

22

**1**

**1** 21:5,8,16 22:18,19,21,22 23:9
26:8,13 48:19,21 49:1,4 67:16
69:2 72:17 73:22 75:20 81:4,20
96:3,5 98:2 102:7,8

**10:30** 23:10 44:7 92:14

**10:55** 110:8,10

**11** 4:12 110:7

**11:00** 44:6

**11:30** 92:15

**12/17** 20:9 106:12

**12/17/2021** 36:2 38:7 40:22 43:6
105:18

**12/17/21** 10:8 20:6,22 39:11 45:4
58:16 60:7 61:2 82:6 107:3

**12:30** 23:10

**12th** 92:11

**17** 10:3 11:17 20:3 23:10 33:15
34:4,21 36:11,21 37:15,22 63:14
64:8 92:10,15

**17th** 11:22 27:9 35:6 92:13

**18th** 27:16

**19th** 27:16

**1:23-cv-03788-acr** 4:6

**1:23-cv-03788-acr-0000168**
73:19

**2**

**2** 28:4,7 29:5 32:10 49:7 70:12
76:16

**20** 27:16 41:12

**20003** 92:12

**20018** 92:18

**2012** 6:13

**2018** 6:20

**2019** 55:8,9

**202-576-5024** 92:19

**202-576-6593** 24:3

**202-576-6962** 24:2

**202-698-3277** 93:4

**202-698-3355** 93:3

**2020** 55:10 57:7

**2021** 6:20 10:3 11:17 20:3 23:10
30:5 33:15 34:4,22 35:7 36:11,21
37:15 38:1 55:8 63:14 64:8 92:10,
15

**2022** 92:8

**2025** 4:12 110:7

**20th** 30:3

**21** 27:9,16

**28** 92:8

**3**

**3** 49:8 73:10,12 75:22 81:18,21

**350** 8:1

**3535** 24:1 92:3,17

**4**

**4** 49:9 89:10,12 90:1,2 91:17 96:2
102:5,6,7,20

**400** 4:9

**420** 92:11

**5**

**5** 48:20 49:9,14,22 51:3,19 52:22

**5s** 50:5

**6**

**60** 30:13

**6th** 4:9

**8**

**8:51** 4:2,13

**9**

**9-1-1** 50:14,19 51:5

**9:46** 44:14,17

**9:53** 44:17

**A**

**a.m.** 4:2,13 44:17,18 110:8,11

**ability** 5:20

**above-entitled** 44:16 110:10

**above-referred** 21:7 28:6 73:11
89:11

**accompanying** 66:18

**accurate** 25:5,9 31:15,21 63:3
71:4 73:16 78:4 79:6 97:13 99:11

**act** 78:21 79:1

**acted** 65:21

**action** 9:8

**actions** 8:17

**activity** 69:11

**actual** 26:16 68:15

**AD-22-0068** 92:9

**add** 75:8 86:15,17

**added** 55:6 98:13

**adding** 75:8

**adjust** 18:20

**administrative** 92:21

**adults** 42:13 96:12

**affect** 6:1,4

**afraid** 66:4

**after-school** 39:19

**aftermath** 29:20 63:16 66:10

**afternoon** 11:20

**age** 104:9

**agree** 88:9 99:17

**ahead** 74:14 95:7

**aides** 56:3,7

alcohol 5:18

all-go 52:13

allowed 88:6

America 94:8

amount 82:3

Andrea 4:18

Andrew 4:20 81:10 89:5,15,16, 18 90:12 100:16

Andy 28:11 87:20,21 89:16,21 90:3

answers 68:4 82:21 83:20

anymore 6:17 101:21 105:22

apologize 6:19 45:17 73:21

appearance 98:14 101:17

approximately 11:17 30:10 41:8

area 99:5

areas 102:3

arrested 51:9

arrive 12:3

arrived 13:5 40:21

articulate 102:15

assigned 37:5 56:17 69:8 70:14

assignment 56:11

assignments 56:12

Assistant 93:5

assume 21:21

assumed 5:7

attached 13:1,3

attend 10:13 36:2,5 39:17

attended 39:16

Attorney 4:8

audible 6:2,5 8:22 16:8 71:6

audio 41:15

authority 52:11,19

aware 36:8 47:18

**B**

B-I-L-T 95:6

baby 101:8

back 13:7 14:16 16:18 24:22 26:10 29:9 30:19 31:8,11,12 76:11 79:14 80:7 85:16 87:15 94:17 99:19 101:20 102:6 103:15

bad 67:7 70:13 77:18,20 78:12,14 94:1

band 85:1,2

based 49:12 97:18 104:14

basically 13:18 23:18 109:3

basketball 36:7 39:19

Bates 73:18 74:6 91:2,3,4,6

Bear 86:19

began 18:18 78:15

begins 4:3

behalf 4:18,20

behavior 10:17 33:19 49:1,2,4, 22 55:2,3 57:9 62:20 63:11

behavioral 10:16

behaviors 48:13,19 49:12

Berkowitz 8:7 9:19 11:6 12:14 14:1,17,22 15:16,17 17:3,19 18:5, 11,12,16,20 19:5,10 23:15 25:1, 21 27:18 30:7 34:21 35:10 37:2, 17 39:12 40:11,19 41:4,18 42:20 43:4 45:2,11,18 52:22 54:17 58:20 59:15 66:19 68:5,8 70:7 71:18 75:11 82:1,8,10,17 83:1,8,9 85:12 93:2 96:15 98:13 99:6 108:13

Berkowitz's 25:6 104:17

Berman 4:22

bilt 95:3

bit 24:5 62:20 71:14 100:4,6,16

black 72:20

Boisvert 93:4

book 59:5,6,8

bottom 90:18

brain 29:2

break 43:1,18,20

briefly 10:10

bring 74:4

brought 66:13 74:2

build 77:19 78:21

building 12:3 36:21 37:15 47:4 49:11 54:8 62:4 107:21

built 95:5

bullet 68:22 76:18,19 78:8

business 39:8

butterflies 78:20

**C**

C-A-R-E-S 51:13

call 12:18 19:11 28:11 33:5 34:12,14 50:11,14 51:5 52:7,11 53:1,15,16,21 81:18 87:20,21

called 5:6 11:12 12:15,21,22 34:5,8,9 41:9 45:10,12 46:3,17 51:1 53:6,11 60:6 62:21 64:19 65:14 66:16 75:10 81:16 105:17, 19 106:2

calling 47:10 51:6,10

calls 19:11 46:10 52:12

car 54:9

care 39:3,4,6 50:14 51:10,11 52:7 53:1,16,17,22 61:15,16,21 62:3

carpet 77:5

cars 54:21

case 4:6 92:8 99:18 103:5

case-by-case 50:12

cases 16:11

caused 50:18

causing 40:13,15 53:14 63:4

chair 18:18

chambers 78:22 94:3

chance 24:21 44:8

change 55:17

**changed** 55:14

**channel** 47:12

**channels** 47:14

**chaos** 49:10

**charter** 101:18

**check** 9:3 75:5

**child** 53:12,13,14 101:4 104:9

**child's** 16:20

**children** 10:12,18 16:2 33:18
48:7 53:7 61:8 63:21 64:1,4 77:16
80:8,12,19,21,22 81:2 82:21 83:5
84:5,9 86:13 87:14 96:13,15
97:11,19 98:7,11,17 99:13 100:22
106:2 108:7

**children's** 8:1 54:2 97:14 99:11

**Christmas** 78:14 93:22 94:1

**claimed** 36:3

**claims** 78:1

**clarify** 74:15

**class** 24:13,14,16 34:5,12 37:4,8,
19 41:6 49:8 63:10 65:14 69:13
70:4 78:2,15,21 79:4,10 85:1,2,11
86:4 103:22 105:18 106:1,2,15
108:2,3

**classroom** 33:4 34:10 37:6 49:3
63:5,7 65:14 85:17 88:12 108:6,
12

**classrooms** 33:3

**clean** 91:12 102:22

**clean-looking** 22:8 31:21

**clear** 43:22 64:21 108:1

**Cleveland** 9:11,12,15

**close** 84:15

**coach** 36:7 39:19

**coached** 70:8

**Columbia** 4:5,8 23:20 76:2 110:6

**commit** 69:16

**communicate** 18:21,22

**communicated** 10:13 45:3

**communicating** 39:1

**communication** 47:1

**Company** 4:11

**complainant** 93:2

**complaint** 40:11

**computer** 99:16

**concluded** 110:10

**concludes** 110:4

**conditions** 6:4

**conference** 12:9,10,13,20 13:1,2
15:15 41:9 45:19,21 82:7

**confused** 53:11

**confusing** 89:19

**connected** 69:6

**consult** 8:3

**contact** 11:8 63:12

**contents** 21:19,21 67:22 75:6
104:15,17

**context** 71:18 75:15 86:12 88:8
96:16

**continue** 71:7,12 72:3 76:15

**continued** 97:3 107:16

**Continuing** 77:18 78:12

**control** 51:3 67:8

**convened** 4:7

**conversation** 25:6 47:3 90:9

**conversations** 34:20 47:9 99:6

**copy** 22:9 31:15,22 72:22 73:17
76:12 81:13 91:12 109:16

**correct** 15:21 25:18,19 27:11,13
47:4 56:11 66:20,21 68:9,11,16,
17 70:9,10 80:5,16 83:12 84:10,
12 85:3 95:19 104:1,2

**corresponded** 9:20

**correspondence** 10:11

**corridor** 106:8 107:16 108:12

**counsel** 5:6 23:21 28:15 76:3
87:19 88:1 89:15 91:22 92:17

**counsels** 7:10

**count** 30:10

**couple** 23:4 29:10 94:11

**court** 4:3,10 5:2 6:7 22:19 26:11
28:21 44:14 87:16 99:22 100:4
108:19,21 109:11,15,18,20 110:1,
3

**coverage** 38:5,6

**covered** 38:10

**COVID** 55:12

**credible** 70:3

**crews** 36:9

**cross** 44:8

**CROSS-EXAMINATION** 62:17

**crying** 66:9,12

**Curry** 92:16

**D**

**daily** 10:5 20:17 27:19 50:4
65:20,21 66:6

**date** 4:12 9:1 23:8,9 30:1 92:6,9,
13,14 110:7

**day** 11:21 25:22 27:14 35:3,6,19
36:7 37:6 39:14 45:11 50:5,9
58:6,8,9,19 60:16 61:21 62:7
64:10,14 67:5,10 85:13 88:6
106:14 107:4 108:2,18

**DC** 4:9 7:3 24:1 40:20 47:19
48:12,16,17 61:18 92:2,3,12,18

**DCPS** 6:12,15 8:4,17 79:13 92:8,
16

**dead** 72:7 79:2

**deal** 96:17

**dealing** 48:18 63:11

**December** 4:12 10:3 11:17,22
20:3 23:10 27:9,16 30:2 33:15
34:4,21 35:7 36:10,20 37:15,22
63:14 64:8 92:10,13,15 110:7

**decided** 78:14

**Defendant** 5:7 21:6,16 26:15,22
28:5 90:3

**demeanor** 65:18

**depends** 49:17 50:12,18,20

deposition 4:4 7:8,19 8:4 26:18, 20 110:4,9

describe 15:18 48:21 63:19 65:18

describing 84:8

detail 105:4

details 86:3 103:4 105:7

device 19:14

die 67:9 94:6,7

died 67:4,5,10

difficult 91:7 99:7

dig 69:14

digging 70:16

digitized 99:14

DIRECT 5:10

distinction 107:14

distress 63:1,4 65:8,13,19

District 4:5,8,19,21 5:1 23:20 32:11 62:15 73:20,22 74:5,11 76:2 103:16 110:6

District-issued 9:16

ditch 70:19

ditches 69:14,15 70:16 77:20

Division 24:1 76:4 92:2

document 14:4 16:21 21:8 24:7 25:11,12,15,16 26:5,6 28:7 29:9 31:11,12 48:13,16 53:21 67:17,20 68:1 69:1 73:6,12 74:2,10,17,18, 19,22 75:3,9,20,21 76:1,5,17 89:12

documentation 16:19 48:10 54:1

documented 25:1,21

documenting 84:9,11

documents 7:7,9,11,15 26:18,19 74:5 85:12

door 64:21

dozens 50:2

drugs 5:18,19

duly 5:7

duties 36:4

dying 77:1

---

**E**

earlier 67:17 70:7 81:5 96:3 98:12

easily 10:19

easy 95:18 96:8

edit 19:5 22:13

edited 22:11 98:13

edits 73:5

educational 56:3,7

electronic 59:8,9

Elementary 6:15 7:4 10:9 23:13 33:1 82:7 92:11 93:3,11

Elementary's 38:6

email 8:18,20 9:2 20:9,14,18,21 29:19,20 30:2,6 31:1,3,15

emailed 31:18

emails 9:19,22 10:2,5 20:2,3,6, 11,16,17 27:8,17,19 29:13

emotional 13:18 15:4,9 60:18

emotionally 15:13

emotions 66:15 67:5,8,11,14

employed 6:11,14 7:1,3 30:16

Employee 23:22 76:4 92:20

end 11:21 14:21 70:16 88:5

ended 56:4

ending 106:1

enforcement 36:20

enter 62:4

entering 26:21

entire 58:9 70:4 90:7 91:16

errors 104:4

escalated 49:13

escort 54:20

escorting 54:8

events 34:20

evidence 26:9,13,16,18 32:10,18

evidentiary 26:21

exact 52:6 75:19 76:1

examination 5:6,10 80:2 105:14

examined 5:8

exhibit 21:5,8,10,16,19 22:18,19, 21,22 23:8,9,12,16 26:8,13 28:4,7 29:5 32:10 67:16 69:2 72:16 73:10,12,22 75:20,21 81:4,17,18, 20 86:6,15,19,22 89:10,12 90:1,2 91:17 95:21 96:2,3,5 98:2 99:11 102:4,6,7,20

exhibits 26:20

experiencing 62:22

explained 85:19

explaining 88:21 98:10

express 99:2,12 104:11,12 105:5

expressing 97:11

Extra 55:19,20

eye 98:21

eyeball 30:10

---

**F**

fact 60:13

FAD 23:20

fair 25:5,8,9 31:14,21 99:10

fall 69:15

familiar 40:11 63:14,16 104:22

family 64:5 66:7 69:4 102:17 105:2,6

fax 24:2 92:5

feel 25:3 66:1 77:3,17,22 78:1 82:15,18,19 83:5,11,16,18,22 84:4,6 97:11 99:2 100:17 104:12

feeling 66:15 70:21

feelings 10:12

feels 77:18,20 78:12,20

fell 70:19

felt 12:18 15:7,8,12 63:22 65:16 66:6,8,14 67:3,7 70:13,18 71:14

78:10 105:5

**fight** 49:9

**figure** 25:10

**finally** 78:19

**find** 29:14 100:3,4

**fine** 21:3 69:21 74:13 76:6 88:2 90:4 109:10

**finished** 44:2,5 97:10 102:5

**flip** 93:13

**floor** 45:19 46:1,2,3

**folders** 87:7

**follow** 76:17

**forgot** 55:7,12

**form** 19:2 35:18 48:9 59:4 97:16 98:19

**free** 100:17

**Friday** 92:10,13,14

**friends** 72:5

**front** 24:22 29:9 89:2 94:17

**fulfilling** 69:16

**Fuller** 44:6

**fun** 77:20

**G**

**game** 94:9

**gas** 69:14 72:6 78:21 94:3

**gave** 13:22 14:16 16:2 28:19 45:4 85:6,17 96:3

**General** 4:8 23:21 76:3 91:22 92:17

**gentleman** 8:1

**gist** 85:20

**give** 11:9 14:22 15:4 18:14 26:10 27:5 42:20 44:8 76:11,12 81:4,5, 12,14 86:5,18 87:6,18 89:5 90:7 100:2 102:6

**giving** 82:21 83:21

**glad** 62:13

**glass** 64:21

**good** 5:12 7:22 56:21 70:5 78:1 84:5 87:17 90:5,14 91:9 93:22 97:13 98:4 108:18

**grade** 85:1,2 101:4

**great** 76:13

**grey** 99:5

**grievances** 61:19 62:9

**Gross** 4:11

**group** 12:19 39:13 60:22

**groups** 37:14

**guess** 41:10 42:1 49:17 51:3 60:21 62:3 65:9 66:2 84:15 103:11

**gun** 69:18 70:15

**guns** 78:1

**guys** 86:19 105:13

**H**

**hall** 108:12

**hallway** 106:3

**hand** 87:6 90:1 91:16 95:1

**handed** 73:3 81:5 97:8

**handing** 22:18,21,22 29:5 90:2

**handle** 19:12

**handwriting** 87:11 90:8 93:15 94:12 97:14 99:11 101:12,21,22

**handwritten** 14:3,4 103:21 104:15,17

**happen** 48:10 61:19

**happened** 9:21 10:11 15:2 17:17 18:4,15 20:9 27:22 29:21,22 36:3 40:16 49:16 50:17 63:17 65:16 82:20 85:8 106:13 107:6

**happening** 15:8

**hard** 89:17

**harm** 50:18

**head** 52:17 64:15

**health** 61:7

**hear** 32:14 47:3,9,10,11 78:2 82:22

**heard** 27:2

**hearing** 63:13

**hearsay** 79:16

**helped** 7:21 33:18 56:8 61:7 63:10

**helping** 56:4,16 60:20

**hey** 66:16

**high** 52:21

**highest** 85:4

**hired** 56:1

**history** 64:5 77:19 105:2

**Hitler** 69:8,17 78:14 79:15 80:9, 13 93:21 95:3

**Hitler's** 70:14 95:8

**hold** 69:18 70:15 81:8

**Holocaust** 63:22 69:5 79:11 85:21 102:18

**home** 53:2,9

**homeroom** 24:14 93:9

**hope** 44:4

**Hospital** 54:2

**hours** 35:14,17 39:21 40:2

**Hum-hum** 43:2

**I**

**i.e.** 69:8

**ideas** 99:12

**identification** 21:9 28:8 62:5 73:13 89:13

**identities** 68:19

**illicit** 5:18

**immediately** 64:8

**impair** 5:19

**improv-ing** 58:22

**inaccurate** 109:4

**inappropriate** 79:1

**incident** 10:2,8 20:7,12,21 27:22 38:6,21 39:11 48:8 58:1,8 61:2 63:13,15,17,20 64:9 65:16 66:20

incidents 36:3 47:22 48:2,10

influence 5:17

informed 8:16,18 9:7 40:15,18 52:9 60:8,9,11,14,15,17,21 61:1, 10,11,13,14 62:7

initials 16:12,14,16

inside 64:18 108:5

instructed 13:5,6 79:10 93:15

instructing 79:4

intended 98:17

intention 102:4

interview 16:22 17:13,22 18:9 35:16,21 37:3 41:18 43:5,11 58:21 66:19 70:1 80:11,14 82:6, 10 84:2 104:20 108:13

interviewed 24:16 37:14 41:3 42:14

interviewers 37:18

interviewing 17:12 37:22 40:10 82:8

interviews 10:10 11:3,5 19:11, 21 24:12 34:20 35:1,2,6,8,14,15 40:13,16 41:15 42:20 68:7

introduce 4:14 26:17 73:10

introduction 26:16 32:17

investigation 10:8 23:22 92:2,4, 21

investigations 47:20 76:4

investigative 73:18

investigator 92:16

investigators 40:21

invite 45:4

invoice 109:12

involved 12:17 34:19 36:10 105:6

irate 49:10

issue 62:22

issues 48:5

**J**

James 24:18 41:21 42:15,16 61:4

James' 24:19

January 92:8

Jay 44:6

Jerenzo 4:4 5:5,13 7:6 24:17 110:4

Jewish 69:4 77:19 102:17 105:1

Jews 77:21

job 10:16 36:4,6 45:1 50:4 52:13 55:1 60:11

Jonathan 4:22

judgment 5:20

Jurkowski 4:5,16 5:11 6:10 9:4, 6 17:8 19:3,4 21:2,5,10,12,14 22:4,7,12,16 23:2 26:4,20 27:2,6 28:3,9,12,16,18 29:1,7 31:10,13 32:9,14,19 34:16,18 35:13,22 37:10,12 40:6,9 43:14,17 44:3,10, 19 57:11,16,20 62:10,13 71:17 72:8,10,13,18 73:2,7,14,21 74:3, 4,8,13,20 75:1,7 76:6,8,13,21 77:6,8 79:9,16,19,21 80:1,3 81:3, 12,16,19 85:15 86:9,21 87:3,17 88:3,14,16,21 89:4,14,17,21 90:6, 15,17,20,22 91:3,8,11,13 92:22 95:20 96:2,4,22 97:4,6,21 99:3,17 100:12,15,19,21 103:7,15 105:12, 15 106:19 107:1 108:15 109:15, 17,19,22 110:2,5

**K**

Katherine 93:7

kids 13:14 95:3 98:8 101:20

killed 69:4 77:21 95:8,15 102:17

killing 77:2

Kimberly 93:5

Kimberlynn 4:5,16 92:22 110:5

kind 7:18 38:15 45:1 58:22 62:22 63:4 65:20 85:2,3 101:14 102:21

knew 16:10 37:2,5,7 38:17 43:8 58:3 65:21 105:2

knowing 69:11

knowingly 69:9

knowledge 19:13 20:5,8 32:8 36:22 39:20 41:16 42:22 58:17 61:22 64:1,2 66:5 67:21 77:15,16 98:20

**L**

Labor 23:21 76:3

lady 8:2

laid 86:13

Langley 7:4 9:10

language 102:21

Latarsha 24:18

late 50:14

law 36:20 68:20

lay 72:9

learn 99:15

learning 72:12

leave 54:11 92:21

left 14:19,20 24:5 58:10

legal 8:3,17 9:8

legalized 16:20

legible 95:17

lend 62:21

lesson 33:2 34:3 69:5,7 71:1 79:12,13 85:21 108:6,8

Letitia 42:2

level 52:21 98:9,11

librarians 64:19

library 20:7,12,21 28:1 29:22 32:21 33:2,5,8,13,16,17 34:1,3,5 37:4 45:10,13,15 58:1 64:13,18, 20 69:7 77:10 85:16,21 93:1 105:17,19,21 106:5,9,12 107:3,7, 13,16,20 108:8

light 65:17

limited 104:14

lines 82:2

**list** 58:21 59:2

**listed** 31:2,17 72:16

**listening** 84:13

**located** 4:9

**location** 12:2 23:11 92:10

**long** 6:6,11,14 16:22 22:3 35:8, 15,20,21 42:7,8 43:12 57:7 74:10 76:11

**longer** 35:14

**looked** 30:18 31:18 64:20 66:6

**lot** 38:16 55:12 87:8 95:15

**lots** 95:8,15

**lunch** 64:11

**M**

**made** 66:1 68:7 69:22 73:5 77:3, 14 78:17,21 97:5 101:19 104:3

**main** 12:4,5,6,7,8,10 46:1,2,3,18

**make** 19:11 22:13 46:6 67:12 69:18 70:15 87:22 90:14 93:16,22 95:16 101:20 109:3

**makes** 102:11

**manage** 52:14,16,17

**managed** 51:17

**Management** 23:22 76:3

**mark** 26:19 31:20 89:9,10 91:11 93:4

**marked** 21:8 28:7,19 32:3 67:16 72:19 73:12 75:20 89:12 96:1

**marking** 22:19 75:21

**markings** 22:8 32:4

**match** 82:11 104:16

**material** 89:7

**matter** 4:4 26:17 44:16 103:4 110:5,10

**Meaning** 40:13

**meant** 31:15 107:8

**media** 36:13,14,16 38:4,5,10,12, 13,15 39:1 93:1

**medical** 50:19

**medication** 5:22

**medications** 5:18

**meet** 46:14,15,16 47:10

**meetings** 33:21,22 39:10,13,15, 17

**member** 30:11

**members** 29:19 30:8,12,16 47:5, 7 60:20 105:6

**memory** 6:1

**mental** 6:3 61:7

**mentioned** 61:15

**messages** 9:18,22 10:2

**met** 45:18 46:3

**middle** 81:7

**Mike** 4:10 76:11

**mind** 39:7 66:1 68:13

**mine** 81:14 101:14,16 102:6

**minor** 68:18

**minute** 7:5 81:9,13 86:18

**minutes** 23:4 27:7 43:18,20 44:13 80:14 86:21 87:2,5 90:10

**misconduct** 48:7

**missed** 9:12

**missing** 86:17

**misspelled** 24:19

**mistakes** 109:5

**mixed** 99:21 100:4

**moment** 65:7 86:5 87:6

**Monday** 30:2

**morning** 5:12 11:20 84:5

**Morris** 4:10

**move** 26:8 99:19

**moved** 64:10

**moves** 26:12 32:10

**Moxley** 24:15 85:6,15 93:5,7,15 106:7

**Moxley's** 24:13 37:9,19,22 79:10

84:17 86:3 87:11 98:8 103:22 105:18

**N**

**names** 7:22 8:1 16:11,12 24:18 29:14 42:11 60:2 68:15 73:1

**narrating** 77:6,8

**narrative** 86:8,10 88:20 97:3,5 106:18

**native** 74:17 75:3,19 76:16,17,20

**NE** 24:1 92:3,11,17

**Neal** 4:11

**neat** 101:17

**necessarily** 57:4 83:10

**needed** 10:21 12:18 33:4 34:7,8, 15 43:9 45:9,13 46:4,7 52:7 56:13 83:13

**Negovan** 4:18 21:11,13,18 22:6, 10,15 28:10,14,17 43:21 44:5,12 71:9,11 74:15,21 75:2,18 79:20, 22 87:1 88:1 89:16,18 90:4,15,18, 21 91:2,5,10 109:14

**Negovan's** 81:15

**nervous** 78:20

**news** 36:9,13,14,16

**nice** 28:13 33:8 89:22 101:17 102:22 108:17

**nonetheless** 104:16

**normal** 36:7

**note** 18:11 21:18 22:1 68:15 91:5

**notebook** 14:9,10,11,14,16 15:1, 3 16:16,18 17:5 59:7,8

**noted** 66:18 75:19

**notes** 13:6,8,11,12,15,19,20,21, 22 14:3,4,6 15:20 17:3,9 38:21 42:3 68:6 80:15 104:17

**notice** 37:13 39:10 54:18 64:4

**noticed** 23:17 64:6

**number** 17:2 24:2 41:5,10 52:6 74:6 91:6 92:18 95:20 104:14

**numbers** 90:18 91:2 92:5

**numerous** 33:18

**NW** 4:9

---

**O**

---

**object** 57:17 86:7,9,12 88:20
  97:16 98:19

**objecting** 97:2

**objection** 19:2 35:11,18 57:15
  71:17 72:8 77:8 79:16 88:13,15,
  16 96:21 97:1 103:6 106:18

**objections** 26:15,22 32:13,17

**observe** 19:17,18 36:12,14 37:21
  39:10 51:1,22 66:9 85:9 107:2
  108:6,11

**observed** 39:15 54:3 64:15
  66:11 107:4,17 108:2

**occurred** 11:18 25:5

**occurrence** 92:9

**occurring** 20:7

**offensive** 5:16

**offer** 51:21

**office** 4:7 11:9 12:4,5,6,7,8,11
  13:2,3 14:1,18,19 23:21 34:9,12,
  14 46:17,18 76:3 91:22 92:17

**official** 75:10

**old-school** 91:3

**omitted** 68:16

**one's** 75:10

**open** 10:19 13:17 15:11

**opened** 31:19 39:5

**operations** 10:6

**opportunity** 109:2,6

**opposing** 28:5,15 88:1 90:3

**orally** 71:9

**ordered** 29:3

**organized** 29:3

**other's** 47:9

---

**P**

---

**P-R-O-C-E-E-D-I-N-G-S** 4:1

**packet** 95:22

**pad** 59:13,14

**paper** 14:2,6,11,12,13 37:9 84:19
  85:7,18

**paragraph** 24:9,10

**Pardon** 8:10 57:1 88:14 100:12
  107:10

**parents** 53:5,6,10,11,16,17 70:22
  77:1 78:3,7 79:4

**part** 60:18 61:3,18 65:10 72:6
  76:22 77:2 89:4 96:19 107:21

**participate** 10:7 69:10 77:4

**party** 28:5 90:3

**patient** 44:20

**Pause** 9:5 17:7 21:4 34:17 37:11
  40:8 43:16 86:20

**PDF** 21:20,21,22 74:18,21 75:19,
  21 76:16,19

**Peabody** 93:3

**peek** 87:8

**pen** 14:2

**pending** 86:8 88:18

**people** 36:9,17,20 37:14,21
  38:17,19 39:1 41:17 42:10 47:3
  54:20 55:19,20 61:1,20 62:2,9
  65:16 69:13 71:15,16 72:6 77:19
  78:15,22 79:1 94:2,5 95:9,15

**perception** 6:1

**period** 50:22 102:18

**person** 15:10 67:13 98:15

**personal** 19:14

**pertaining** 8:14 29:21 40:17
  60:10

**phone** 9:16 19:10,12,19 24:2
  92:5

**physical** 6:3

**physically** 64:7

---

**pick** 53:12

**picked** 50:13

**piece** 71:21

**pits** 78:21

**place** 67:11

**places** 35:3

**Plaintiff** 4:17 20:3,4 22:22 26:12
  28:4,18 29:5 31:11 32:9 34:3
  40:12 57:22 58:3,6,15 75:8 89:10
  90:2 91:17 105:16

**Plaintiff's** 8:16 9:8 22:18 43:5,11

**plan** 79:13

**playground** 47:15

**playing** 64:3 79:15 80:9,13

**plenty** 33:3 34:1

**pocket** 19:15

**point** 26:8 63:12 84:7 96:14 97:5
  101:10 103:7 107:20

**points** 68:22 76:18,19 78:8

**poked** 64:15

**police** 50:11 51:1,6,7,8 54:9,21

**policy** 47:19

**position** 54:20 55:17 60:10,18

**Pre-service** 33:22

**premises** 54:11

**prepare** 7:8,19,21

**prescription** 5:19

**presence** 24:17

**present** 4:14 25:22 26:1 41:17
  68:10

**preservation** 32:12

**preserve** 26:15,22

**president** 93:21 94:8

**pretend** 79:1

**pretended** 69:16,18 70:15,20

**pretty** 22:8 33:17 34:7,8 70:5

**previously** 67:16

**principal** 15:16,17 17:3,19 18:5,
  10,12,16,20 19:5,10 25:6,21

27:18 30:7 35:10 37:1,2 39:12
41:4,18 43:4 45:18 52:9,15,22
54:8,17 71:18 82:1,8,9,17 83:1
85:12 93:5 98:4,13

**printed** 32:5

**prior** 32:12,16

**pro** 4:16

**problem** 13:17 27:2 28:3 44:22
58:4 71:20 86:10 96:20

**procedures** 47:19

**produce** 74:17

**produced** 73:19,22 74:1,11,16

**production** 109:21

**program** 39:19

**protect** 68:18

**provided** 57:9

**Public** 7:3 23:20 40:20 47:19
48:12 61:18 76:2 92:2

**pull** 86:19,22 90:13

**pulling** 89:6

**purchase** 109:16

**put** 14:18 26:9 76:9 90:19,20,22
100:1,8 109:18,19,20,22 110:2

---

**Q**

---

**question** 7:18 11:1 16:5 17:12
42:9 46:22 81:22 82:19 83:10,20
84:8 86:8 88:18 90:16 94:16,21
95:17 100:18,20

**questionable** 96:16

**questioning** 57:17

**questions** 13:16 15:19 17:16,19,
21 18:6,9 23:3 25:1,18 26:3 29:10
43:22 57:14 58:21,22 59:4,5,15,
18 62:16 67:2 68:4 79:18 80:7
81:3 82:4,9,14,22 83:6,10,13,15
84:2,3 88:18,19 91:18 98:2,21
100:14 103:17 105:11 106:21,22

**quick** 74:16

**quote** 70:13,16,17

---

**R**

---

**race** 49:7

**read** 23:18 24:9 31:19 39:5 68:21
70:11 75:12 88:9 91:15 92:6,7
93:12,19 94:19 95:1,18,19 96:8,9
98:5 102:16 103:21 104:15
108:22 109:2 110:3

**reading** 72:11,14,21 75:13 92:1
102:5

**ready** 29:10,11 58:21 103:13

**real** 70:5 74:16

**realize** 38:4,5,9 54:6 85:6

**reason** 86:1 87:9 106:16

**reasons** 99:18

**recall** 43:12 66:22 69:22 71:2
77:13 78:16 79:3 81:22 82:3,5,9
104:19

**receive** 9:18,22 10:1 20:6,11
27:17

**received** 8:18,20 9:15 10:5
20:16,17 27:8,19 30:9

**receiving** 20:20

**recess** 36:6 64:11

**recognizable** 25:11

**recognize** 21:19

**record** 4:15 5:13 26:14,21 44:4,
12,15,17 58:13 87:4 96:19 110:8

**recorded** 41:15

**recording** 19:15

**recross** 79:20

**RECROSS-EXAMINATION**
103:19

**redacted** 21:17 70:18,19 71:14
72:4 73:1 77:18 78:1,12,19 79:3
81:6 84:14,16

**redirect** 79:21,22 80:2 100:11
103:17 105:14

**Redmon** 4:4 5:5,14 17:18 22:22
23:1,8,9,12 24:17 26:10 27:4,7
29:6 32:20 34:19 36:19 37:13
38:4 39:9,10 40:7 43:1,15,19
44:1,21 45:2 46:10 48:4 55:1

57:21 58:20 59:20 61:15 62:11,
16,19 72:1 74:1 77:13 78:4 79:18
80:4 81:9,21 84:14 85:5 86:16
87:9 88:22 89:8 91:14,16 92:6
93:20 94:14 95:2 96:6 97:7 99:20
100:7,16,22 101:22 103:9 105:10,
16 107:2 108:4,9,18 109:1,8
110:4

**reenact** 79:11

**reenacted** 79:15

**reenacting** 63:22 65:4,6

**reenactment** 65:10,12 66:11

**refer** 91:7

**reference** 82:1

**referencing** 59:14 80:17

**referring** 20:18 72:2

**refuse** 49:3 53:6

**regular** 59:7

**relate** 83:10

**related** 36:2

**Relations** 23:22 76:4

**relevant** 101:2 103:4

**remember** 8:1 11:16 16:13,15
20:8,20 27:10,12 30:21,22 32:2
45:8 47:1,14 55:13 59:17 60:2
64:16,17 66:5 80:7 83:3,4 101:10,
12,14 106:6,13 107:5 108:3

**renewing** 32:16

**renews** 32:11

**rephrase** 19:3

**replied** 69:6

**report** 48:8 92:4,9

**reported** 68:4 69:3,13 70:21
92:14 102:16

**reporter** 4:3,11 5:2 6:7 22:19
26:11 28:21 44:14 87:16 89:9
99:22 100:5 108:19,21 109:11,15,
18,20 110:1,3

**reporting** 24:16 36:10 48:2
103:3

**represent** 4:15

**representation** 71:5 78:5 79:6

121

reserving 32:17

respond 39:2,4

responded 45:14 84:9

responders 10:20

response 6:2,5 8:22 16:7,8
45:15 71:6 98:3

responses 16:2,4 82:12

responsibility 36:1

rest 108:17

resumed 44:17

review 7:7,9 67:22 76:11

reviewed 7:20

role 62:19 69:8,9,16 77:19

room 12:9,10,13,20 13:1,2 15:15
25:4,17,18,22 26:1 41:9,21 42:2,
3,4,10,11 45:19,21 49:8 53:3 82:8

**S**

sad 15:7 69:3 78:20 102:16 107:3
108:8

saddened 105:1

sadness 107:15,17

samples 90:8 93:15 97:14
102:19

sat 10:10,14 12:5 18:17 33:3,17
34:1,21 77:4

scared 66:3 71:14 77:3,10 79:5
94:9

scariest 76:22

scenes 54:6

school 9:13,15 10:6,17 15:10
27:18 35:19 36:9 38:18 39:18,21
40:2,4,21 48:5 51:21 52:18 53:12,
20 54:4 56:22 57:2 58:7 61:17
85:4 92:11 101:18 107:9,11,12,
18,22 108:14,15

school-based 51:7,8

schools 7:3 23:21 42:6 48:2,12
61:19 76:2 92:3

Schools' 47:19

Scott 8:6 9:19 23:15 93:2

second-grader 101:11

section 29:13 78:19 89:19

select 37:2

self-harm 50:18 53:15

send 19:12,22 20:2 48:17,19
61:20

sends 61:19

sense 42:12 57:12 90:14 102:11

sentence 94:13 98:4 102:16

sentences 84:21 98:5

session 14:21

set 53:18 76:18,19

shared 24:15 58:5 59:2

shares 54:1

sheet 85:17

shoot 70:20 71:15 78:22 79:1

shooter 77:22

shooting 69:15 71:15 72:5

shot 70:20 94:9,10

show 21:11 22:12 26:7 28:22
45:6 61:21 65:13 67:15 87:10,19
89:14 91:15

showed 56:13

shower 94:5

showers 69:14

showing 21:5 28:4,19 49:2 83:21

shown 67:17

shows 62:4

sign 108:22

signature 110:11

signs 65:13

sing 88:6

Sir 6:7

sit 10:15 11:3,4 13:6 33:1,8,11,16
34:2,5,11 35:1 49:3 53:4 63:6,8
108:5

site 38:16

sitting 42:3

situation 15:7,18 29:22 40:17
50:13 52:16 57:3 60:9 61:12
66:13 82:15 105:2 107:6

situations 53:5

slowed 89:6

smart 85:3

smooth 96:11

social 38:12,13,15 39:1 59:20,21
60:1,4,6,12 61:6

soldiers 69:15

sound 44:8

sounds 44:10

speak 6:8 8:6 58:18 87:12 99:5

speaking 19:6 102:10 105:17

special 37:6 53:3

Specialist 92:22

specific 17:19,21 18:5 25:18

specifically 27:9

Spell 95:5,10,12

spelling 94:13 104:3 109:4

spend 35:9

spoke 58:18,19

spoken 8:12

spot 46:12 100:8

stack 87:18 90:7 91:16 97:8

Stacy 92:16

staff 8:12,14 29:19 30:8,11,12,16
33:21 39:13 47:5,7 60:19

stamped 74:8

stand 5:8

start 76:18

started 65:17 66:15,16

stated 5:13

statement 24:5,6 32:17 42:19,21
46:6 69:1 75:9,11 78:16

statements 24:11 25:21 32:12
67:1 68:6,13 69:22 70:8,12 71:2,
5,13 72:15 73:1,4,17 77:13 78:5
79:7 88:10 97:12 102:4 103:21
104:15,16

stating 71:18

status 92:20

stay 87:4

stepped 64:18

sticker 76:9,10

stop 69:21 97:4 103:12

stories 36:10

story 38:10

strange 22:4

stray 22:7

Street 4:9 24:1 92:3,11,17

structure 94:13

struggling 102:20

stuck 102:2 105:8

student 12:14,16 15:16 17:12 18:13,17 42:14 49:1,2,7,13 50:16, 18 51:2,9 53:19 70:3 72:2 78:9 85:17 102:19

student's 16:9 71:13

students 12:17,19 13:5 14:22 15:5,6,11 16:4,10 17:20 18:6,11, 21 19:6 24:13,17 25:7 33:9,13,16 35:10,16,21 37:2,8,14,18,22 40:10 41:3,5 42:19 43:6,8,10 48:5,6,18 50:11,13 51:16 52:21 53:2,3 54:8 59:1 62:21 64:8 65:1, 4,8,19 66:3,9,12,14,20 67:1 68:7, 15 70:8,13,16 71:19 72:16 79:10 80:5 82:1,9,10 85:7,16,17 87:11 93:16 104:19,21 107:2,5

students' 24:15 71:5 73:1 78:5 79:7

stuff 38:16 55:13 58:13 61:19 64:5,11 82:20 97:8

subject 92:20,22

substances 5:19

sugar 69:19

suicide 69:16

summary 24:12

superior 9:20

support 10:16,21 11:6,12 13:17, 18 15:4,9 33:4,5,6,7,18 34:15 36:6 45:13 48:12 50:15 51:6,8,16,

20 52:8 53:18,21 55:6,11,14,15 57:2,4,8 60:18 61:7,18,20 62:8,21 63:5,7,10 66:17 67:12 83:19 105:19 106:2,15

supported 56:14

supporting 15:12 56:22

supposedly 25:20 27:22 85:15

swear 5:3

switch 20:1

sworn 5:7 42:18,21

---

**T**

T-E-A-M 95:13

tablet 14:8

tag 99:22

takes 48:16 104:10

taking 22:3 42:3 80:15 103:8 110:9

talk 7:12,13 13:14 15:6 36:15 47:2 53:17 57:22

talked 7:20 10:12

talking 18:18 58:12 98:21 100:15

tanks 72:7

tasks 35:2

teach 101:21,22

teacher 66:14 77:7 78:2 79:3 93:9

teaching 88:12

team 50:14 51:10,11 52:7,14 53:1,16,17 54:1 61:3,15,16,21 62:3 70:5,6,14 73:18 95:8,10,12

teams 8:3

tech 10:17 55:2,3 57:9 62:20

technology 104:10,12

techs 55:4 56:1,3

telephone 92:18

telling 86:1 91:1

tend 16:11 39:7

tenure 27:8 50:22 52:5

terrific 100:10

testified 5:8 70:7

testify 5:20

testimony 6:4 86:17 109:3

text 9:18,22 10:2 21:19 22:4 75:5 76:2

texts 10:5 19:12

thing 7:14 43:21 93:13

things 9:21 10:6 35:5 38:17 64:15 71:19 74:10 91:7 97:19 102:3

thinking 61:4 100:9

third-grade 24:13 70:5 93:9

third-grader 86:3 101:11 104:8

third-graders 84:17 103:22 104:3

thought 57:18 64:3

tier 48:19,21 49:1,4,7,8,9,14,22 50:5 51:2,3,19 52:21

tiers 49:6,12

time 4:13 11:17 22:3 23:9 25:12, 14 27:16 30:17 32:7 35:9 37:5 39:20 41:7 42:8,15 43:12 44:14 63:18 67:19 75:5,14 78:11 92:13, 14 103:9 110:8

times 33:18 34:1

tiny 101:8

title 23:17,18 55:1

today 5:22 18:1 74:3

Today's 4:12 110:7

told 39:3 63:21 69:14 70:22 71:15 77:1 78:6,13 80:9,10,12,20 91:4

top 23:16 102:6

touch 109:21

tough 91:2

track 48:13

train 71:16 94:7 95:3

transcript 109:2,12,16

transition 103:11

transitioning 63:9 106:4

translated 98:16

trial 26:16

tricked 77:21

triggered 66:1

trouble 10:21 28:13 63:5,9 103:2

true 73:16 78:4 79:6

truth 42:21

truthfully 5:20

turn 94:4

turned 100:5

type 59:3 94:13

types 24:22

typical 104:8,9

typically 62:21

**U**

Um-hum 5:15 12:12 25:2 29:12
  31:9 38:14,22 47:17 49:15 51:12,
  14 65:2 93:18 96:7 101:13 104:7

uncomfortable 70:18,21 78:10

understand 14:5 18:12 19:1
  26:4 42:7,9 45:9 58:14 86:9,16
  97:22 102:10

understanding 103:3

understood 68:21 85:22

unregulated 51:16

upper-level 98:6

upset 15:7 65:11 67:4 107:5

**V**

vaguely 47:1,13

Vandini 4:20 19:2 26:14 32:11,16
  35:11,18 57:15 62:15,18 71:7,12,
  22 72:3,9,12,15,22 73:4,9,16
  74:2,6,11 75:18 76:7,10,15,22
  77:7,9,12 79:17 81:11,15,18 86:7
  88:13,15,17 89:2 95:22 96:21
  97:2,16 98:19 100:11,13,17
  103:6,16,20 105:10 106:18,21
  108:19,20 109:1,9,13

verbally 98:21 99:1 104:11

version 21:20 25:5 74:18,22
  75:3,19,21

versions 74:16

video 41:15

violent 70:21

visit 61:16

vocabulary 84:18,21 86:2 98:6,
  7,8 102:21

volunteer 69:9

volunteered 69:10

**W**

W.S. 69:15

waive 109:7,8,9

waived 110:11

walk-ins 49:16

walked 15:17 18:17 49:8

walkie 11:12,13 34:15 46:7,11
  47:1,2

walkie-talkie 11:13,15,16 45:3
  46:4 47:14

walkies 11:11 47:4,5

wanted 76:9 93:22

wanting 90:6

Washington 4:9 24:1 92:3,11,18

Watkins 6:15,16,17 7:2 8:8,13
  10:1,3,9 20:7,12,21 23:13 27:9,
  18,22 30:17 32:20 33:1,3 36:4,20
  37:15 38:6 40:21 45:22 48:15
  49:14,22 50:6,10,17,21 52:1 55:4
  59:21 60:1 61:2 82:7 92:10 93:3,
  11

week 8:19 27:15,17 33:22 39:14

weird 87:21

witnesses 93:4

word 24:6 25:10

words 18:11,21 19:5 34:4 35:8
  37:17 39:12 98:13 99:1 102:10

work 9:9,10,21 36:7 39:18 53:2
  88:4

worked 38:18 87:14

worker 59:20 60:4,12 61:6

workers 59:21 60:1,6

works 17:13

worries 28:14

worry 89:20

wow 56:15 64:5

write 15:22 16:5,9,16,18 17:3
  18:1,4 48:8 85:7,20 86:14 87:12
  98:9 99:1,13,15

writing 15:20 98:22 101:9 104:13

written 17:9 98:3

wrong 64:6 65:15,16 66:2,8,15
  84:6

wrote 14:5 16:7,17 96:15,17
  97:12,17,19 98:16

**Y**

year 6:18 30:4 55:5,6,7 56:8

years 6:16,21,22 8:8 10:4 11:22
  20:9 26:2,3 41:19 106:14 107:5

young 8:2

From    : Boisvert, Mark (DCPS) [mark.boisvert@k12.dc.gov]
Sent    : 6/1/2021 8:48:42 PM
To      : Jurkowski, Kimberlynn (DCPS)
[Kimberlynn.Jurkowski@k12.dc.gov]
CC      : Berkowitz, MScott (DCPS) [MScott.Berkowitz@k12.dc.gov];
Hollis, Joi [Joi.Hollis@k12.dc.gov]; Susan Bloom
[suereedbloom@gmail.com]; Jurkowski, Kimberlynn (DCPS)
[Kimberlynn.Jurkowski@k12.dc.gov]
Subject : Re: In Person Book Fair for Peabody and Watkins

Hi Ms. Jurkowski,

Ms. Bloom will be the new point of contact for the book fair, given
what you shared last week. This was communicated to Scholastic by me.

What do you want your role and responsibilities to be in this upcoming
book fair?

Thank you,
Mark B

From: Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
Date: Tuesday, June 1, 2021 at 4:22 PM
To: Boisvert, Mark (DCPS) <mark.boisvert@k12.dc.gov>
Cc: Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>, Hollis,
Joi <Joi.Hollis@k12.dc.gov>, Susan Bloom <suereedbloom@gmail.com>,
Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
Subject: Re: In Person Book Fair for Peabody and Watkins
Mr. Boisvert, By phone 5/25/21, I understood that you and I agreed
that the book fair would move forward with you as co-chair, if
necessary, and I would request that Scholastic remove the extra online
Watkins' book fair (there was already an online book fair included
with the Watkins' book fair). I do not have any memory of discussing
any details about Ms. Bloom during our phone conversation.
5/27/21,Scholastic forwarded the email from Ms. Bloom to me, that is
the first time I saw the details with no ccs "I have been told by our
administrative team that I will be the contact moving forward for this
book fair". I also, realized that we (Berkowitz, Boisvert, Stewart,
Bloom, and I) were given a directive in a conversation on 5/25/21
about sending and accepting information from E15 to E15 with no ccs.
As a result, I sent my question with a forwarded Scholastic's email to
you and Principal Berkowitz asking the same questions that
Scholastic's was asking me (explain and describe what you were asking
Scholastic to do?). I agree that we should ask questions and seek
understanding, once we know there is a question. I do not have any
intent to pass judgement on anyone, especially not my teammates.
According to the email 5/28/21 from Kayte at Scholastic, Sue is a
contact for June Watkins' book fair, and I am a co-chair. "Thank you
for the email.  I just copied you and Kimberlynn on a reply email sent
from Sue yesterday.  I now have Sue listed as the contact for the June

0 2 P L O P T 2 3 4 5 6 7 8 9 0 3 3 4 5 9 0

fair and Kimberlynn as the co-chair."

Thank you, all for the support.  Have a nice day.

Kimberlynn Jurkowski, LMS, Watkins ES, Capitol Hill Cluster


From: Boisvert, Mark (DCPS) <mark.boisvert@k12.dc.gov>
Sent: Tuesday, June 1, 2021 2:06 PM
To: Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
Cc: Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>; Hollis,
Joi <Joi.Hollis@k12.dc.gov>; Susan Bloom <suereedbloom@gmail.com>;
Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
Subject: Re: In Person Book Fair for Peabody and Watkins

Hello Ms. Jurkowski,

I recently communicated with Kayte from Scholastic (purposefully not
included on this email) to inform her that we have changed our person
of contact for our June Book Fair to Ms. Bloom. You and I discussed
this last week via phone call.

I was under the impression that you were stepping down from all
responsibilities of this book fair. Do you plan to have a supporting
role in the planning process? I want us to be clear on the logistics
and responsibilities.

Please let me know the role that you are available to have, if any.

I also want to mention that moving forward it would be most productive
to ask questions and seek understanding, before passing judgment on
our teammates, especially when communicating with people outside of
our team.

Thank you,
Mark Boisvert

From: Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
Date: Monday, May 31, 2021 at 8:49 AM
To: Pellerito, Kayte <KPellerito@Scholasticbookfairs.com>, Boisvert,
Mark (DCPS) <mark.boisvert@k12.dc.gov>
Cc: Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>, Hollis,
Joi <Joi.Hollis@k12.dc.gov>, Susan Bloom <suereedbloom@gmail.com>,
Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
Subject: Re: In Person Book Fair for Peabody and Watkins
Thank you for the emails, with details and ccs for all members of the
team regarding the Watkins' Scholastic book fair with support for
Peabody. Ms. Bloom's email did not have any ccs and her message was

not clear, as a result there was confusion. I now understand that Watkins' Administration has given updates which I did not receive the ccs, as well. I realize the importance of professional communications and expectations, as pointed out by Administration in a meeting 5/25/21 with Ms. Bloom, Ms. Stewart, and Ms. Jurkowski. Sorry, I am not available to do more for the Watkins' Scholastic book fair this time, due to several time conflicts that includes, Watkins's/Peabody relief duties, online Watkins' classes, and after school commitments which were pre-scheduled several weeks ago. I appreciate Ms. Bloom's support, and I hope to receive all ccs regarding Watkins' Scholastic book fair with support for Peabody moving forward. Enjoy the rest of the weekend, All.


From: Pellerito, Kayte <KPellerito@Scholasticbookfairs.com>
Sent: Friday, May 28, 2021 10:42 AM
To: Boisvert, Mark (DCPS) <mark.boisvert@k12.dc.gov>
Cc: Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>; Hollis, Joi <Joi.Hollis@k12.dc.gov>; Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>; Susan Bloom <suereedbloom@gmail.com>
Subject: RE: In Person Book Fair for Peabody and Watkins

CAUTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

Good morning Mr. Boisvert,

Thank you for the email. I just copied you and Kimberlynn on a reply email sent from Sue yesterday. I now have Sue listed as the contact for the June fair and Kimberlynn as the co-chair. As discussed, Watkins has a current Scholastic Dollar balance of $972.34 that was earned from previous fairs. This amount is not to be included in the transfer/split of funds after the fair. As I mentioned in a previous email, if it is determined that we are going to transfer 30% of the earned funds to Peabody instead of redeeming at the fair, it is best to do so in the fall when we all return to school and work.

I hope this helps. Thank you all for your efforts to get books into the hands of the Watkins and Peabody students. I will email Sue and Kimberlynn next week when I have a final delivery date scheduled.

Have a safe and wonderful holiday weekend!

Kind regards,

Kayte Pellerito
Book Fair Consultant  Scholastic Book Fairs — North Zone
Phone: 800-635-7323 x9498 | 636-203-9498 (direct)
kpellerito@scholasticbookfairs.com

Restock Hotline: (800) 352-7186
EZ Scan2 Assistance: (888) 900-9364
Toolkit Help (888) 412-9124

Chairpersons Toolkit: www.scholastic.com

https://lh3.googleusercontent.com/
OI0kZO0SCI0Cvsa5EHNA6i_ZELDkhscOBDt5BrGg6NIOaz9VshX1X—
BQRhrfXhZw9vMZhciajyEGwngrgtWp20_SZT2FGUwAEKNsVECk_GwGzI53IKw74ihyO—
V9arvOR1skIcE

        family

From: Boisvert, Mark (DCPS) [mailto:mark.boisvert@k12.dc.gov]
Sent: Friday, May 28, 2021 7:06 AM
To: Pellerito, Kayte <KPellerito@Scholasticbookfairs.com>
Cc: Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>; Hollis,
Joi <Joi.Hollis@k12.dc.gov>
Subject: Re: In Person Book Fair for Peabody and Watkins

Good Morning Kayte,

We are looking forward to our upcoming Book Fair! Since Kimberlynn
Jurkowski has decided to step down from her role with this book fair
due to availability, I would like to have Sue Bloom (librarian at
Peabody ES) as our point of contact and lead on this. We can still
move forward with sharing the profits earned in the options we spoke
about earlier.

Thank you for your support!

Mark Boisvert
Assistant Principal
Watkins ES

From: Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
Date: Thursday, May 27, 2021 at 3:52 PM
To: Pellerito, Kayte <KPellerito@Scholasticbookfairs.com>
Cc: Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>, Boisvert,

Mark (DCPS) <mark.boisvert@k12.dc.gov>, Hollis, Joi
<Joi.Hollis@k12.dc.gov>, Jurkowski, Kimberlynn (DCPS)
<Kimberlynn.Jurkowski@k12.dc.gov>
Subject: Re: In Person Book Fair for Peabody and Watkins
Kayte at Scholastic is not clear about the request made from Sue
Bloom. There is no administration cc, nor a cc for Ms. Jurkowski.  May
you help respond by explaining and describing what you are asking
Scholastic to do?  Thank you.

From: Pellerito, Kayte <KPellerito@Scholasticbookfairs.com>
Sent: Thursday, May 27, 2021 3:39 PM
To: Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
Subject: FW: In Person Book Fair for Peabody and Watkins

CAUTION: This email originated from outside of the DC Government. Do
not click on links or open attachments unless you recognize the sender
and know that the content is safe. If you believe that this email is
suspicious, please forward to phishing@dc.gov for additional analysis
by OCTO Security Operations Center (SOC).

From Sue…

From: Susan Bloom [mailto:suereedbloom@gmail.com]
Sent: Thursday, May 27, 2021 1:31 PM
To: Pellerito, Kayte <KPellerito@Scholasticbookfairs.com>
Subject: In Person Book Fair for Peabody and Watkins

Hi Kayte,
As you already know, Peabody is sharing the Watkins building due to a
flood that took place at Peabody last fall.

I understand that you have been in touch with Ms. Jurkowski and Mr.
Boisvert about an in person book fair here at Watkins. I have been
told by our administrative team that I will be the contact moving
forward for this book fair. I know that it is in the books as a
Watkins Book Fair and we will figure out how we can make arrangements
for the Scholastic Dollars to be shared between the two schools — but
that can be handled later.

Let me know if if there's anything I need to do. Has the promotion box
been mailed already? I am happy to put the posters around the school

0 2 P L O P 1 2 3 4 5 6 7 8 9 0 3 3 4 5 9 0

and on the doors. Perhaps Ms. Jurkowski already has them — if so, I
can get them from her.

I am happy to organize a time to chat if that's best.

Many thanks,
Sue Bloom


Library Media Specialist
Peabody Primary Campus
Capitol Hill Cluster School
425 C St. NE
Washington, DC 20002
School: 202-698-3277
Cell:202-270-9623
Twitter @PeabodyLibrary1
Instagram @peabodylibrary5
Facebook @PeabodyLibraryCHCS



On Tue, Nov 24, 2020 at 8:40 AM Pellerito, Kayte
<KPellerito@scholasticbookfairs.com> wrote:
Good morning Sue,

Your online book fair will be starting very soon! Attached are some
helpful guides/marketing materials to help you with your online fair,
and below are some useful links to share with your families and
teachers.

A few things to remember:

·        The fair homepage link will go live the first day of your fair—
November 30th
·        Shipping will take 7-10 days after the order has processed.
Order will take 24-48 hours to process
·        Shipping is free when the order is $25 or more BOOKS-ONLY
·        Your school will earn 25% in Scholastic Dollars from the fair.
The Scholastic Dollars earned will be applied to your account when the
fair finalizes (7-10 days after the last day of the fair)
·        Your beginning Scholastic Dollar balance is $0.00
·        Your homepage link is  https://www.scholastic.com/bf/
peabodyearlychildhoodctr1

Best Practices:
·        Start Promoting and Advertising your Book Fair ASAP: If
possible, begin advertising your fair about 3 weeks before the start
date. The "Promotion Guide for a Successful Online Fair" (link below)
is fantastic resource — it can also be found in your toolkit! (Be sure

to check out "5 Quick Tips for Promoting your Online Fair" which can be found on the first page. There are some fabulous tips included in that section.)
https://bookfairsfiles.scholastic.com/files/online-marketing-guide.pdf

·       Add a GOAL to your Homepage: Let your parents know what the profits from this fair will be used for. Get your students excited about meeting the goal! Maybe offer them an "incentive" if they meet the book fair goal.

·       Offer a Raffle or an Incentive to promote shopping (for example: complete & return the online scavenger hunt to be entered into a raffle, the class that has the most participation wins something, make a purchase to be entered into the raffle… let me know if you'd like more ideas)

·       Share the Digital Book Fair Flyer with your teachers, students, and families:
Premium Digital Book Fair Flyer F20  (Elementary Book Fair)
K8 Digital Book Fair Flyer F20  (Kindergarten - 8th grade Book Fair)
Middle School Digital Book Fair Flyer F20  (Middle School Book Fair)

·       Share the Author Videos with your students, ask teachers to share them and send the video link to your families:
https://bcove.video/2zoSgmB (Elementary School Author Video)
https://bcove.video/3dDJfVo (Middle School Author Video)

·       Ask your teachers and administrators to help advertise and promote the book fair and help get the students excited!

·       Walk your students through the Virtual 360: Since your school's book fair link will not be available until day 1 of your fair, you can use the following link to explore and show your students what they will see when they log-in with their parent(s). PLEASE DO NOT SHARE THIS LINK. It is a live fair and NOT ASSOCIATED with your school!
           https://shop.scholastic.com/parent-ecommerce/as-seen-in-schools/360fair.html

ü  Permission Guidelines for Read Aloud
https://kids.scholastic.com/kids/books/digital-read-aloud-permissions/


Please let me know if you need anything at all.  Have fun with this and don't forget to PROMOTE, PROMOTE AND PROMOTE SOME MORE! J


Kind regards,                          O2PLOPT234587880334590

Kayte Pellerito
Book Fair Consultant
Scholastic Book Fairs — North Zone
Phone: 800—635—7323 x9498 | 636—203—9498
kpellerito@scholasticbookfairs.com

Restock Hotline: (800) 352—7186
EZ Scan2 Assistance: (877) 627—2515
Toolkit Help (888) 412—9124

Chairpersons Toolkit: www.scholastic.com


        family

```
From    : Jurkowski, Kimberlynn (DCPS) [Kimberlynn.Jurkowski@k12.dc.gov]
Sent    : 10/29/2021 7:28:16 AM
To      : Bloom, Susan (DCPS) [Susan.Bloom@k12.dc.gov]
Subject : Re: Book Fair Responsibilities and Expectations
```

From: Bloom, Susan (DCPS) <Susan.Bloom@k12.dc.gov>
Sent: Sunday, June 13, 2021 1:52 PM
To: Boisvert, Mark (DCPS) <mark.boisvert@k12.dc.gov>; Jurkowski, Kimberlynn (DCPS)
<Kimberlynn.Jurkowski@k12.dc.gov>
Cc: Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>; Hollis, Joi
<Joi.Hollis@k12.dc.gov>
Subject: Re: Book Fair Responsibilities and Expectations

Hi team,
Just wanted to let you know that I am free most of the day Wednesday except for setting up
for BBB event and being at that from 11-12pm.


Best,
Sue


Get Outlook for iOS


From: Boisvert, Mark (DCPS) <mark.boisvert@k12.dc.gov>
Sent: Thursday, June 10, 2021 2:50:37 PM
To: Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>; Bloom, Susan (DCPS)
<Susan.Bloom@k12.dc.gov>
Cc: Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>; Hollis, Joi
<Joi.Hollis@k12.dc.gov>
Subject: Re: Book Fair Responsibilities and Expectations

Hello Ms. Jurkowski and Ms. Bloom,

We are off to a great start to our book fair! Thank you both for your support. I want to
reiterate the expectations and responsibilities for the remaining days of the book fair:

Financial Responsibilities - Admin (Berkowitz, Boisvert, Hollis)
All reports will be completed by admin at the end of each day. The total proceeds will be
shared with both librarians, once the daily reports are complete. All earnings will be
locked in the main office. *Please do not print separate copies of the financial
summaries. This is a responsibility of admin only. It's causing confusion.

Peabody - Bloom
Be present during the book fair times to support volunteers and book purchases. Ms.
Jurkowski - are you planning on being present during any of the remaining book fair times?
If so, please let me know.

We decided to cancel the book fair this afternoon, due to weather conditions. We will likely need to cancel tomorrow's times, too. I will message the cancellations via Blackboard. Due to these cancellations, I'd like to extend the fair through next Wednesday. Please let me know if either of you are available to be present on June 16.

Thank you,
Mark B


From: Boisvert, Mark (DCPS) <mark.boisvert@k12.dc.gov>
Date: Wednesday, June 2, 2021 at 3:11 PM
To: Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>, Bloom, Susan (DCPS) <Susan.Bloom@k12.dc.gov>
Cc: Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>, Hollis, Joi <Joi.Hollis@k12.dc.gov>, Montgomery, Tanisha (DCPS) <tanisha.montgomery@k12.dc.gov>
Subject: Book Fair Responsibilities and Expectations
Good Afternoon Ms. Jurkowski and Ms. Bloom,

I want to set expectations for the upcoming book fair, so that responsibilities are clear. Both of you will be considered co-chairs of the Book Fair. You both have been in communication with Scholastic about the upcoming event. As we prepare for the book fair, please be aware of the following responsibilities.

Watkins — Jurkowski
Promote the book fair with all Watkins students and families, including messages on Canvas and email, and distributing hardcopy flyers to IPL students. Do you have the hardcopy flyers?
Posters for the book fair can be displayed in and outside the school.
I would like for us to use the same flyer to promote the event, in addition to the book flyer that Scholastic provides (I will share with you tomorrow).
Do you have the url link for families to purchase books online? I'd like to include that on the flyer.
Communicate with PTA to have the Book Fair advertised on Watkins ListServ.
Develop and distribute book fair incentives for students to earn in library class.

Peabody — Bloom
Promote the book fair with all Peabody students and families, including messages on Canvas, email, and distributing hardcopy flyers to IPL students.
Posters for the book fair can be displayed in and outside the school.
I would like for us to use the same flyer to promote the event, in addition to the book flyer that Scholastic provides (I will share with you tomorrow).
Communicate with PTA to have the Book Fair advertised on Peabody's ListServ.
Communicate with Zach Lowe to have Book Fair advertised on PTA Twitter and website.
Be present during the book fair times to support volunteers and book purchases.

Financial Responsibilities — Admin (Berkowitz, Boisvert, Hollis)
All reports will be completed by admin at the end of each day. The total proceeds will be shared with both librarians, once the daily reports are complete. All earnings will be locked in the main office.
Admin will provide the "starting cash/coins" for the cash register.
Mr. Boisvert will send a sign-up genius to the Peabody and Watkins community for parent

volunteers.

If you have questions about these responsibilities, please reach out to me. I am looking forward to this FANTASTIC Book Fair and I thank you both in advance for all your support.

Sincerely,
Mark Boisvert

## RE: Library and Covid-19 Protocal

### Mcdaniel, Emmanuel (Contractor) <CA-Emmanuel.Mcdaniel@k12.dc.gov>

Mon 10/4/2021 2:39 PM

To: Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>; Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>

Cc: Boisvert, Mark (DCPS) <mark.boisvert@k12.dc.gov>; Montgomery, Tanisha (DCPS) <tanisha.montgomery@k12.dc.gov>; Elmusa, Layth (DCPS)
<Layth.Elmusa@k12.dc.gov>; Washburn, Kevin (DCPS) <Kevin.Washburn@k12.dc.gov>; Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>

Principal Berkowitz you are correct . Ms. Jurkowski you can return tomorrow. Thank you all for your help please have a good evening.

From: Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>
Sent: Monday, October 4, 2021 12:19 PM
To: Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>; Mcdaniel, Emmanuel (Contractor) <CA-
Emmanuel.Mcdaniel@k12.dc.gov>
Cc: Boisvert, Mark (DCPS) <mark.boisvert@k12.dc.gov>; Montgomery, Tanisha (DCPS) <tanisha.montgomery@k12.dc.gov>; Elmusa, Layth
(DCPS) <Layth.Elmusa@k12.dc.gov>; Washburn, Kevin (DCPS) <Kevin.Washburn@k12.dc.gov>; Jurkowski, Kimberlynn (DCPS)
<Kimberlynn.Jurkowski@k12.dc.gov>
Subject: Re: Library and Covid-19 Protocal

Thanks for the conversation Ms. Jurkowski. Emmanuel – will the official directions I sent Ms. Jurkowski over the weekend suffice?

**MScott Berkowitz**
**Principal**
**Peabody Elementary School and Watkins Elementary School**
**Peabody: 202-698-3277**
**Watkins: 202-698-3355**
**District of Columbia Public Schools**
**@PeabodyWatkins on Instagram and Twitter**



## Capitol Hill Cluster School

*Where Every Child Achieves*

From: Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
Date: Monday, October 4, 2021 at 11:44 AM
To: Mcdaniel, Emmanuel (Contractor) <CA-Emmanuel.Mcdaniel@k12.dc.gov>
Cc: Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>, Boisvert, Mark (DCPS) <mark.boisvert@k12.dc.gov>,
Montgomery, Tanisha (DCPS) <tanisha.montgomery@k12.dc.gov>, Elmusa, Layth (DCPS) <Layth.Elmusa@k12.dc.gov>,
Washburn, Kevin (DCPS) <Kevin.Washburn@k12.dc.gov>, Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
Subject: Library and Covid-19 Protocal

GM, Mr. McDaniel, thank you for joining us (Principal Berkowitz, Ms. Montgomery and Ms. Jurkowski) by phone this morning at
Watkins. I appreciate your detailed explanation about the return to work, Rapid Covid negative test results while under a doctor's
care v. PCR and other Covid-19 test results in accordance with DCPS guidelines for returning to school or work after a close
contact with a person who tested positive for Covid-19. May you email a summary note of the conversation and include any DCPS
policy for Covid-19 negative test results that are accepted by DCPS under a doctor's care and negative Covid-test that may require
additional days of isolation if not under a doctor's care? Your confirmation and explanation will be helpful, as I return to work on 10-
5/21. Thank you, have a nice day.

Kimberlynn Jurkowski, LMS, Capitol Hill Cluster

509SPPLOPT631

Message

| | |
|---|---|
| **From:** | Jurkowski, Kimberlynn (DCPS) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP |
| | (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0199B315637A4AAC919E78B8DADAF481-KIMBERLYNN] |
| **Sent:** | 5/21/2021 2:00:10 AM |
| **To:** | Stewart, Jill (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=93ed9ba6d7534cf8a978b40dca3bc2a6-Jill Stewar]; Berkowitz, MScott (DCPS) |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=8eda85080f0e40d3a25476ef228242a4-MsCott Berk]; Boisvert, Mark (DCPS) |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=693cc37040ae41e48c8d3da36c2f8c8f-Mark Boisve] |
| **CC:** | Jurkowski, Kimberlynn (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=0199b315637a4aac919e78b8dadaf481-Kimberlynn] |
| **Subject:** | Re: Letting you know |

**Importance:**    High

Thank you for the email with details about the invite/plan Ms. Stewart. Principal Berkowitz, may I have the confirmation for changes to the Library's schedule, library lesson plans, and location approval for the event which occurred on Tuesday, May 18, 2021 at 2:30p (Tuesday is Library for all 1st grade in-person and virtual)? It would be nice to talk about this. Thank you, have a nice evening, All.

**From:** Ruby Shamir <rubyshamir1@gmail.com>
**Sent:** Friday, April 30, 2021 4:48 PM
**To:** Bloom, Susan (DCPS) <Susan.Bloom@k12.dc.gov>
**Cc:** Dunning, Lauren (DCPS) <Lauren.Dunning@k12.dc.gov>; Stewart, Jill (DCPS) <jill.stewart@k12.dc.gov>
**Subject:** Re: Plan for author visits and sending link for quick TEAMS check in meeting

CAUTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

Thank you Sue! And nice to meet you Lauren and Jill. I am so excited for our school visits!

Sue, as promised, attached are two documents of class activities. One is a map with a word key, and another is a map with a picture key, for kids still learning to read and write. Here's the link with the video explaining the classroom activity.

I have signed the name plates and will ship them to Politics and Prose on Monday. Please let me know if you need anything else.

3509SPPLDPT8

Thanks!

Ruby

On Fri, Apr 30, 2021 at 3:36 PM Bloom, Susan (DCPS) <Susan.Bloom@k12.dc.gov> wrote:
Dear Ruby, Lauren and Jill,
I am writing to connect the three of you by email, to review what Ruby and I discussed this week regarding the plan for our two author visit sessions, and to share the link in case Lauren and Jill can join for a few minutes. I may have misspoke when mentioning the time to Lauren & Jill (our two in person 1st grade teachers) – we will do a quick TEAMS practice at 9am on Wednesday, May 12 but it will only be a few minutes. If you can't join, no worries. To join that practice meeting, Ruby, you can CLICK HERE.

Here is a quick overview of the 30-minute sessions:

- Student preparation: Whether in class or at home, students should ideally have their completed "Bunny Map" on their desk (or nearby if at home) when the virtual visit starts so they can refer to it during the visit. Facilitators will also remind students (both virtual and in person) that when the author asks a question, students will raise a quiet hand and the teacher will call on a student to share their reply.
- Welcome and introduction (by teacher facilitators)
- Ruby will say a few words about how this particular book project came about.
- Ruby will start by asking the students (and remind them to check their map when needed):
  - "What is Bunny's problem at the start of this book?"
  - To whom does she go FIRST to find an answer to her question?
  - To whom does she go SECOND to find an answer to her question?
  - Ruby will read 4 pages about Bunny getting advice from Kitty
  - To whom does Bunny go THIRD, after Kitty?
  - To whom does Bunny go FOURTH?
  - Where does Bunny go finally (FIFTH)?
  - Ruby will read 6 pages (finishing with "Yes!" Bunny jumped up. "This is what I've been looking for all day!"
- STUDENT QUESTIONS (Teacher Facilitators): The last 10 or so minutes of the visit can be dedicated to student questions. This can include ones that have been collected/prepared in class in advance plus, if time allows, some additional spontaneous questions students have.
- Thank you and farewell! (Teacher facilitators)

**Thanks so much Ruby for making this visit possible! Have a good weekend all!**
**Sue**


Library Media Specialist
Peabody Primary School
Capitol Hill Cluster School
425 C Street NE
Washington DC 20002
school: 202-698-3277
cell: 202-270-9623
Twitter @PeabodyLibrary1
Instagram @peabodylibrary5
Facebook @PeabodyLibraryCHCS

---

**From:** Stewart, Jill (DCPS) <jill.stewart@k12.dc.gov>
**Sent:** Thursday, May 20, 2021 7:09 PM
**To:** Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
**Cc:** Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>; Boisvert, Mark (DCPS) <mark.boisvert@k12.dc.gov>
**Subject:** Fw: Letting you know

Good Evening All,

Ms. Jurkowski requested the invite/plan from me in regards to the author visit. I reached out to Ms. Bloom to see if she had this information since I was not a part of the planning for this and she was able to forward me the email below. I hope this is helpful!

I CCed Mr. Berkowitz and Mr. Boisvert to this email because after trying to talk to Ms. Jurkowski this afternoon to understand what was going on, she made it very clear that she would not speak with me unless admin was present- so I wanted to honor that.

As stated previously, I would love to have a quick discussion to better understand the situation at hand. I am genuinely confused. I am available tomorrow at any time. It seems that this is likely a misunderstanding that can be resolved quickly.

Best,
Ms. Stewart

---

**From:** Bloom, Susan (DCPS)
**Sent:** Monday, March 8, 2021 9:42 AM
**To:** Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
**Subject:** Letting you know

Hi Kimberlynn,
Thanks so much for your reply about BBB.

The first grade teachers who are adjacent to my office heard about the author Ruby Shamir because we chat in the hallway every morning as the students arrive and I was excited about both the book and my initial conversation with the author. This all transpired before you and I discussed the author and some of your concerns about the book. They too are aware of these shortcomings of the book but they have expressed an interest in having their students meet the author virtually, since that opportunity is rare.

There is nothing that you need to do, but I just wanted to let you know. I have no idea yet what the virtual author visit is going to look like. I haven't gotten that far yet.

Best,
Sue

Library Media Specialist
Peabody Primary School
Capitol Hill Cluster School
425 C Street NE
Washington DC 20002
school: 202-698-3277
cell: 202-270-9623
Twitter @PeabodyLibrary1
Instagram @peabodylibrary5
Facebook @PeabodyLibraryCHCS

3508SPPLOPT6

From: Collins, Lynette (DCPS) To: Menelas, Olashola (DCPS); Kurilik, Aaron (DCPS) Subject: FW: Library Ipads Date: Monday, August 26, 2024 5:23:50 PM Attachments: image001.png image002.png image003.png image004.png image005.png image006.png image007.png Outlook-bc2lapw2.png FYI   From: Berkowitz, MScott (DCPS) Sent: Monday, August 26, 2024 4:40 PM To: Collins, Lynette (DCPS) Subject: Fw: Library Ipads        MScott Berkowitz Principal Peabody Elementary School and Watkins Elementary School Peabody: 202-698-3277 Watkins: 202-698-3355 District of Columbia Public Schools @PeabodyWatkins on Instagram and Twitter From: Berkowitz, MScott (DCPS) Sent: Wednesday, October 27, 2021 9:17 PM To: Tynes, Michael (DCPS) ; Peoples, Aimee (DCPS) ; Boisvert, Mark (DCPS) ; DCPS LMER (DCPS) ; Stover, Shawn (DCPS) Cc: Montgomery, Tanisha (DCPS) Subject: Re: Library Ipads   Thanks all.   IRT #8474.    I called 911 just now (not sure why they wouldn't take this on the non-emergency) and they said someone will call me back.  I'll call the SRO tomorrow to make the report.  911 said either is fine.  MScott Berkowitz Principal Peabody Elementary School and Watkins Elementary School Peabody: 202-698-3277 Watkins: 202-698-3355 District of Columbia Public Schools @PeabodyWatkins on Instagram and Twitter   From: Tynes, Michael (DCPS) Date: Wednesday, October 27, 2021 at 5:42 PM To: Peoples, Aimee (DCPS) , Berkowitz, MScott (DCPS) , Boisvert, Mark (DCPS) , DCPS LMER (DCPS) , Stover, Shawn (DCPS) Cc: Montgomery, Tanisha (DCPS) --- OCR From Images --- Capitol Hill Cluster School Where Every Child Achieves Capitol Ilill Cluster School zildAchieves □Subject: RE: Library Ipads Mr. Berkowitz,   Good evening all, and I hope you are well.  I will contact you tomorrow morning to discuss next steps and gather some additional information.  Best,   Mike  Michael Tynes Director, Investigation Division Office of The General Counsel (LMER) Desk: 202 576-5026 Cell: 202 306-5180   From: Peoples, Aimee (DCPS) Sent: Wednesday, October 27, 2021 5:37 PM To: Berkowitz, MScott (DCPS) ; Boisvert, Mark (DCPS) ; DCPS LMER (DCPS) ; Stover, Shawn (DCPS) ; Tynes, Michael (DCPS) Cc: Montgomery, Tanisha (DCPS) Subject: RE: Library Ipads   Good evening all, Looping in our Investigations Director, Mike Tynes.   Please go ahead and create an incident report for this and put it in the IRT. Please also call MPD to report the merchandise as stolen.      You do not need to engage with her any further at this point unless asked to do so by Dir. Tynes and/or MPD.   Aimee D. Peoples Interim Deputy Chief, Labor Management and Employee Relations DCPS Sexual Harassment Officer Pronouns: she/her Office of the General Counsel District of Columbia Public Schools  From: Berkowitz, MScott (DCPS) Sent: Tuesday, October 26, 2021 9:33 PM To: Boisvert, Mark (DCPS) ; Peoples, Aimee (DCPS) ; DCPS LMER (DCPS) ; Stover, Shawn (DCPS) Cc: Montgomery, Tanisha (DCPS) Subject: Re: Library Ipads   Hello Ms. Peoples,   I'd like to share the latest on this investigation. AP Boisvert, Ms. Jurkowski, our union rep, Mr. Solis (WTU field rep), Dr. Washburn and I met on Monday to discuss what's going on.  During that meeting, Ms. Jurkowski claimed that she could produce notes that indicated that she returned the iPads to Mr. Boisvert in the Spring of 2020. Mr. Boisvert is certain that didn't happen.  She emailed the notes last night.  I will forward in another email. In summary this is what we've done Requested the ipads at least 4 times verbally. Were told the ipads were in storage and would be returned.  This is in writing (2 separate emails) and verbal. We asked again and were told that she had them, needed chargers and to wipe them clean. (She did not confirm or deny this when asked during the meeting.) We told her just bring them. Back.  They weren't brought back. We issue the written warning. She claimed that she returned them in Spring 2020 and has notes to verify that.  We asked for them, she said she would share them but didn't yesterday.  We're asking again in writing. We checked and AP Boisvert was not the technology POC in the Spring of 2020.  Please let us know what our next steps are or if anyone else will take the appropriate next steps.    Thanks for your support.   MScott Berkowitz Principal Peabody Elementary School and Watkins Elementary School Peabody: 202-698-3277 □Watkins: 202-698-3355 District of Columbia Public Schools @PeabodyWatkins on Instagram and Twitter    From: Boisvert, Mark (DCPS) Date: Thursday, October 21, 2021 at 7:34 AM To: Peoples, Aimee (DCPS) , DCPS LMER (DCPS) , Berkowitz, MScott (DCPS) , Stover, Shawn (DCPS) Cc: Montgomery, Tanisha (DCPS) Subject: Re: Library Ipads Thank you. I did just that.  Sincerely, Mark Boisvert From: "Peoples, Aimee (DCPS)" Date: Wednesday, October 20, 2021 at 10:41 PM To: "Boisvert, Mark (DCPS)" , "DCPS LMER (DCPS)" , "Berkowitz, MScott (DCPS)" , "Stover, Shawn (DCPS)" Cc:

make sure to add a date and continue progressive discipline if that date is not met.  Thank you, Aimee D. Peoples Interim Deputy Chief, Labor Management and Employee Relations DCPS Sexual Harassment Officer Pronouns: she/her   Office of the General Counsel District of Columbia Public Schools   From: Boisvert, Mark (DCPS) Sent: Wednesday, October 20, 2021 9:28 AM To: DCPS LMER (DCPS) ; Berkowitz, MScott (DCPS) ; Stover, Shawn (DCPS) ; Peoples, Aimee (DCPS) Cc: Montgomery, Tanisha (DCPS) Subject: Re: Library Ipads  Hello LMER Team,  I requested the iPads again today. The teacher still has not brought them into school. Is it appropriate to have a return date as part of the written warning, if progressive discipline is needed? My plan is to provide the written warning to the teacher today, so any feedback would be most helpful.  Thank you, Mark Boisvert  --  Mark Boisvert I Assistant Principal Watkins Elementary School 420 12th Street SE Washington, D.C.  20003 School: (202) 698-3355 Cell: (202) 699-1812      From: "DCPS LMER (DCPS)" --- OCR From Images --- L Capitol Hill Cluster School MA 114114 ) Where Every Child Achieves ☐Date: Wednesday, October 13, 2021 at 12:03 PM To: "Berkowitz, MScott (DCPS)" , "Stover, Shawn (DCPS)" , "Peoples, Aimee (DCPS)" Cc: "Boisvert, Mark (DCPS)" , "Montgomery, Tanisha (DCPS)" Subject: RE: Library Ipads  Thank you for the additional information.  Next steps would include implementing progressive discipline. Attached above, you'll find our Progressive Discipline Cheat sheet which includes links to progressive discipline templates. Based on the act and past communication to the employee, you can issue a written warning. We offer draft review should that be something you are interested in prior to issuing the written warning.  Please reach out if we can be additional support.  Best, LMER Team      From: Berkowitz, MScott (DCPS) Sent: Tuesday, October 12, 2021 9:40 PM To: DCPS LMER (DCPS) ; Stover, Shawn (DCPS) ; Peoples, Aimee (DCPS) Cc: Boisvert, Mark (DCPS) ; Montgomery, Tanisha (DCPS) Subject: Re: Library Ipads  Thanks for your response. I have not done anything yet.  We still don't have the ipads back after a few more verbal and written calls for them.   In writing to you, I'm reaching out for advice on what to actually say or do in this situation as it's a new one for me and my team. Thanks.  MScott Berkowitz Principal Peabody Elementary School and Watkins Elementary School Peabody: 202-698-3277 Watkins: 202-698-3355 District of Columbia Public Schools @PeabodyWatkins on Instagram and Twitter   From: DCPS LMER (DCPS) Date: Tuesday, October 12, 2021 at 5:15 PM To: Berkowitz, MScott (DCPS) , Stover, Shawn (DCPS) , Peoples, Aimee (DCPS) Cc: Boisvert, Mark (DCPS) , Montgomery, Tanisha (DCPS) Subject: RE: Library Ipads Greetings Principal Berkowitz,   We apologize for the delay. Have you issued progressive discipline?  If you have, please provide the level of discipline and when it was issued. If not, it will be appropriate to do so starting at the written warning level.  Best, LMER Team      From: Berkowitz, MScott (DCPS) Sent: Tuesday, October 12, 2021 4:21 PM To: Stover, Shawn (DCPS) ; DCPS LMER (DCPS) ; Peoples, Aimee (DCPS) Cc: Boisvert, Mark (DCPS) ; Montgomery, Tanisha (DCPS) Subject: Re: Library Ipads  Hello Aimee,   --- OCR From Images --- AL II Capitol Hill Cluster School Nhere Every Child Achieves MMM ☐I've had a request out to LMER for a few weeks regarding advice on the issue described in the emails below.  Can you please check and let me know what you think?  If you want to talk, I'd be happy to.  Best, MScott Berkowitz Principal Peabody Elementary School and Watkins Elementary School Peabody: 202-698-3277 Watkins: 202-698-3355 District of Columbia Public Schools @PeabodyWatkins on Instagram and Twitter   From: Stover, Shawn (DCPS) Date: Tuesday, October 12, 2021 at 4:13 PM To: Berkowitz, MScott (DCPS) , DCPS LMER (DCPS) Cc: Boisvert, Mark (DCPS) , Montgomery, Tanisha (DCPS) Subject: RE: Library Ipads Hello,  It may be best to reach out to Aimee Peoples directly.  Sincerely,  John O. Stover III (Shawn)  District of Columbia Public Schools 1200 First St. NE  Washington, DC  20002 C  202-907-1147 P 202-729-3293 E  shawn.stover@dc.gov  From: Berkowitz, MScott (DCPS) Sent: Tuesday, October 12, 2021 4:09 PM To: DCPS LMER (DCPS) ; Stover, Shawn (DCPS) Cc: Boisvert, Mark (DCPS) ; Montgomery, Tanisha (DCPS) Subject: Re: Library Ipads  Hello!  LMER – is this a current mailbox you use?  @Stover, Shawn (DCPS) can you confirm?  Please see my email below from Sept 29 and Oct 5.  MScott Berkowitz Principal Peabody Elementary School and Watkins Elementary School Peabody: 202-698-3277 Watkins: 202-698-3355 District of Columbia Public Schools @PeabodyWatkins on Instagram and Twitter   From: Berkowitz, MScott (DCPS) Date: Tuesday, October 5, 2021 at 1:45 PM      OCR From Images     Capitol Hill Cluster School

Shawn (DCPS) Subject: Re: Library Ipads Hello LMER,   I'm following up on my note from last week.  Thanks.   MScott Berkowitz Principal Peabody Elementary School and Watkins Elementary School Peabody: 202-698-3277 Watkins: 202-698-3355 District of Columbia Public Schools @PeabodyWatkins on Instagram and Twitter   From: Berkowitz, MScott (DCPS) Date: Wednesday, September 29, 2021 at 4:23 PM To: DCPS LMER (DCPS) Cc: Boisvert, Mark (DCPS) , Montgomery, Tanisha (DCPS) Subject: FW: Library Ipads Hello,   I would like to start progressive discipline with this issue as the ipads have not been returned.  Please support with some language to use. I have also talked to the employee in person about them.   Thanks.   MScott Berkowitz Principal Peabody Elementary School and Watkins Elementary School Peabody: 202-698-3277 Watkins: 202-698-3355 District of Columbia Public Schools @PeabodyWatkins on Instagram and Twitter    From: Boisvert, Mark (DCPS) Date: Tuesday, September 28, 2021 at 5:59 PM To: Jurkowski, Kimberlynn (DCPS) , Montgomery, Tanisha (DCPS) Cc: Berkowitz, MScott (DCPS) Subject: Re: Library Ipads Hello Ms. Jurkowski,   Thank you for the update. Unfortunately, the need for the iPads has almost expired. Our first grade teachers were needing to borrow them for beginning of year testing requirements. The window for them to assess closes on Wednesday, October 6. The iPads can be returned to the library for use once the testing is complete. There will be times throughout the year that we will need to prioritize their use for testing purposes and we will communicate those to you.   The Scholastic financial department should receive the payment of $666.02 this week. The payment was mailed. I would recommend checking with them on Friday for an update.   Thank you, --- OCR From Images --- Capitol Hill Cluster School Where Every Child Achieves Capitol Hill Cluster School Where Every Child Achieves ☐Mark B    From: "Jurkowski, Kimberlynn (DCPS)" Date: Monday, September 27, 2021 at 9:43 PM To: "Boisvert, Mark (DCPS)" , "Montgomery, Tanisha (DCPS)" Cc: "Berkowitz, MScott (DCPS)" , "Jurkowski, Kimberlynn (DCPS)" Subject: Re: Library Ipads   Hello, Mr. Boisvert, I was not able to pick up the Ipads over the weekend, but I will pick the Ipads up this weekend.  DCPS expects Watkins Library to support the STEM program for Sphero which is a district wide program that Watkins has participated in for 3 years.  The Ipads are needed for the Sphero program and other Library programs which is why the Capital Hill Community granted funds to Watkins Library over 3 years ago for the Ipads. When will you return the Ipads to the Library?  Also, I spoke with Scholastic financial department today and they are thinking to freeze Watkins' book fair account for non-payment of $666.02 which was due 6/17/21.  May you give me an update on when the funds will be paid to Scholastic?  Thank you, Kimberlynn Jurkowski, LMS, Watkins, Capitol Hill Cluster   From: Boisvert, Mark (DCPS) Sent: Monday, September 27, 2021 4:05 PM To: Jurkowski, Kimberlynn (DCPS) ; Montgomery, Tanisha (DCPS) Cc: Berkowitz, MScott (DCPS) Subject: Re: Library Ipads   Hi Ms. Jurkowski,   Were you able to retrieve the iPads this past weekend? We need to distribute them to first grade teachers.   Thank you, Mark B   From: "Boisvert, Mark (DCPS)" Date: Wednesday, September 22, 2021 at 1:10 PM To: "Jurkowski, Kimberlynn (DCPS)" , "Montgomery, Tanisha (DCPS)" Cc: "Berkowitz, MScott (DCPS)" Subject: Re: Library Ipads   Hi Ms. Jurkowski,   Thank you for the communication. In the future, all DCPS technology or other school property should not leave Watkins. If you need support with additional storage for items, please let admin know. When the iPads are returned, please notify Ms. Montgomery.  Thank you, Mark Boisvert   From: "Jurkowski, Kimberlynn (DCPS)" Date: Wednesday, September 22, 2021 at 11:00 AM To: "Boisvert, Mark (DCPS)" , "Montgomery, Tanisha (DCPS)" Cc: "Jurkowski, Kimberlynn (DCPS)" Subject: Library Ipads   GM, Admin, Ms. Kane and Ms. Montgomery requested to use Library Ipads.  Over the Summer and Covid online time, the Ipads were placed in a secure storage off campus.  I will pick them up this weekend.  Have a nice day.

P0001-23456789

(FYDIBOHF23SPDLT)/cn=Recipients/cn=cf1c455b2933468a807b5922c5439f97-Torain Will];
aliweisbrot@medstarwise.org; Tyra.Hedgepeth@bison.howard.edu
**BCC:**     zakiya [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=userec19fbb5]
**Subject:**     Next steps for processing and healing - staff

Dear staff,

I hope you all had a restful and safe weekend.  The events that took place on Friday have significantly impacted our students, our staff, and our community.  We are feeling a range of emotions after hearing about the abhorrent experience that our students had.  In the coming days some of us may want to process, to ask questions, and hopefully begin to heal.  It's important that we make time and space for us to heal as a staff and community.

To support any individual staff members, we will have counseling available on Monday and throughout the week.  Additionally, I would encourage anyone to also consider taking advantage of the DCPS Employee Assistance program offered by Inova. This service is available 24 hours a day, every day. For more information use this link.

We will also hold space at 3:40 pm tomorrow, Monday, to gather (virtually) as a staff on the Watkins Teams Channel.  A member of the central office Hate and Bias Response Team and I will answer some questions (I may not be able to speak to all of them) and create space for group processing and healing.  Staff can submit questions anonymously here.

For Ms. Moxley's homeroom students, healing spaces will be held tomorrow morning for class-wide processing.  Students that are at home will be provided with virtual access to the meeting.  Additionally, Watkins' Mental Health Team and SEL team members from central office will be available for additional student support on Monday and throughout the week.

We will also hold space for the caregivers of Ms. Moxley's homeroom to ask questions, process, and ideally heal.  A member of the central office Hate and Bias Response Team and I will hold a virtual meeting tomorrow, Monday December 20th. A question catcher and meeting link will be sent directly to the caregivers of the impacted class.

For all other community members, we'll hold a Community Meeting on Wednesday, December 22nd at 6pm.  Instructional Superintendent Stover and other central office staff will support my facilitation of the meeting.  Any community member can submit questions here and access the meeting with this link. I will send a version of this email to the community shortly.

We start every day at Watkins celebrating each other for showing Panther P.R.I.D.E - perseverance, respect, integrity, and dedication to excellence.  On Friday our students showed their integrity by speaking up for what did not feel right for them.  They courageously advocated for themselves which enabled processing to start as soon as it did.  I'm proud that our school-based and central office teams were able to provide on-site and virtual counseling to our students on Friday and that they will continue to support student and staff well-being this week.  Through this healing, I hope we can come together as a community to restore a sense of trust and pride in the school we love so much.

              ᏘᏘᎤᏚᎤᎦᏚᏢᏢᏝᎤᏘᏘ4ᏒᏦᎠ

In service,

**MScott Berkowitz**

**Principal**
**Peabody Elementary School and Watkins Elementary School**
**Peabody: 202-698-3277**
**Watkins: 202-698-3355**
**District of Columbia Public Schools**
@PeabodyWatkins **on Instagram and Twitter**



Capitol Hill Cluster School
*Where Every Child Achieves*

Message

| | |
|---|---|
| **From:** | Berkowitz, MScott (DCPS) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8EDA85080F0E40D3A25476EF228242A4-MSCOTT BERK] |
| **Sent:** | 12/20/2021 1:44:52 AM |
| **To:** | Amuzie, Cindy (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2317d6d1d33c4806b7a18a86c43f3853-Cindy Amuzi]; Anyangwe, Esther (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0a7c221d306d46e19c41876f3ae8ccb4-Esther Anya]; Benson, Charles (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7bd1647df9434fddb0f81c82fca8f88d-Charles Ben]; Berkowitz, MScott (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8eda85080f0e40d3a25476ef228242a4-MsCott Berk]; Boisvert, Mark (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=693cc37040ae41e48c8d3da36c2f8c8f-Mark Boisve]; Cafeteria Manager, Watkins (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=74896a9437e542348921c5fc33cb9f8e-Cafeteria M]; Faulkner, Camilla (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=711925e502c94f848a111f7a1067bf80-Faulkner, C]; Carraway, Terrie (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d93d53ce33a3452db29d641d7a6034ee-Carraway, T]; CARTER, Denzelle (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=183f21c299534902acda03b5729a7df3-Denzelle.Ca]; Cato, Marnie (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=34d75a7d67d944b7821a302ab345c118-Cato, Marni]; Cockerham, Rachel (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=fd324d80a0494e928ca1fe745709ca83-Rachel Cock]; Coleman, Stephanie (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=6d1d1d07fd5d445ca8881028ed3916e3-Coleman, St]; Davis, Sunmer (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=de45f0a588a5411fb8d1497112203a0d-Davis, Sunm]; deebLKink@aol.com; Dickinson, Coreil R. (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f847a6a0da7d4d69af7dd02b6cb7bb4d-Coreil R. D]; Donathan, Larry (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=28a017423a4649cc926ca8bf67f4294c-Donathan, L]; Drakeford-Allen, LaTavia (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=56756d6fde00421bab7780497662f9a1-LaTavia Dra]; Dunning, Lauren (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=281d350de94b4fd3996d2732cddbfb9c-Lauren Dunn]; Elmusa, Layth (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9ebc701d4ad440e987b7d3b755324a61-Layth Elmus]; Evans, Marvin (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=45bb1b44374b41308b46d879cd57195e-Marvin.Evan]; Goedeke, Janice (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4873a956a37a4845b642daacabc6cdb2-Janice Goed]; Kwari Harvey [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=user44ba315e]; Hay, Joan (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=5f2134c563b44ebf834c657c8455bcdc-Joan Hay]; anna.heath@cc-dc.org; Hightower, Rashida (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=5ca36b691ac64c759aacc119867f56cb-Rashida Gre]; Hill, Dawayne (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a5134e24a0554b45acaa34ae5370ab3d-Dawayne Hil]; HOOVER, Brooklyn (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=05778bc4de3644ba8a73d5761e8400bf-Brooklyn.Ho]; Hopkins, Allison (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9a1293fff541444fb9f393cd1271b427-Allison Hop]; Josephs, Tabitha (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=858f3b06675f40b789426452cadb7152-Tabitha Jos]; Jurkowski, Kimberlynn |

(DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=0199b315637a4aac919e78b8dadaf481-Kimberlynn]; Kayne, Kathryn (DCPS)
[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=ea95b2d0dab041dd99b167a7d2f07cc8-Kathryn Kay]; Lamont, Rosalind
(DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=9c6ebd0f892448848fcffa078585078f-Rosalind La]; Cafeteria Manager,
Watkins (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=74896a9437e542348921c5fc33cb9f8e-Cafeteria M]; Langhorne, Taren
(DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=084431d0aa454bb7a05b9d5273d4c914-Taren Langh]; Lopez, Jose (DCPS)
[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=e902dc2782484a2a9fa63d02d3972aa2-Jose Lopez]; MCDUFFEY, Terika
(DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=fe2c4526c7b240ad9a38ce9a4274366b-Terika.McDu]; McPhail, Valencia
(DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=de97d9fc28194ca78e3920f78cb06542-Valencia.Mc]; Montgomery, Tanisha
(DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=494859a0edf64af38c5847004b164dd9-Tanisha Dou]; Moxley, Katherine
(DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=96845a0e23fb4dc784c2d551788004ff-Katherine M]; Nagbe, Hillel (DCPS)
[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=256237e2a30b46b882b885086dd994c2-Hillel Nagb]; Nover, Rachel (DCPS)
[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=bdbe6949b60e4c6facbbb16920781778-Rachel Nove]; ONeil, Todd (DCPS)
[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=de4436db59854324b65ec1328f7fba0e-Todd ONeil]; Parler, Brittany (DCPS)
[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=52349681340f4ff69f51e960ebcd8c69-Brittany Pa]; Perkins, Zalika (DCPS)
[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=6e05c8148e284ba496b624e6e40ad6d7-Zalika Perk]; Phoenix, Alyse (DCPS)
[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=11825b365cee49968bc3e6c3cf014aa6-Alyse Phoen]; Pullings, Khristina
(DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=b6af682422014d34b007ad5eda53ea77-Khristina P]; rita.hines@yahoo.com;
Redmon, Jerenzo (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=95d43f7228d645c5bf4e784cd86dfa7b-Jerenzo Red]; Rowe, Henri (DCPS)
[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=51f71327417740f19b6bf555f92cee87-Henri Rowe]; Roy, Shelia A. (DCPS)
[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=6086a53583c641a29d73f17ceaa89999-Roy, Shelia]; Sheppard, Tatiana
(DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=50da3468a6794c39bee103d38f07e7a2-Tatiana She]; Starkey, Donnell (DCPS)
[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=07b33564a993466983ea4029c00ba3cd-Donnell.Sta]; Stewart, Jill (DCPS)
[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=93ed9ba6d7534cf8a978b40dca3bc2a6-Jill Stewar]; Sullivan, Monique (DCPS)
[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=066a544ddd8c4df2b46da5de37456ee2-Monique Sul]; Thomas, Benjamin
(DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=65c10760f9c446e29f9821a2363e3fb4-Benjamin Th]; Cafeteria Manager,
Watkins (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=74896a9437e542348921c5fc33cb9f8e-Cafeteria M]; Michele Buchanan-Tyler
[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=e498e78710b844f3881694440a86dff5-Michele Buc]; Young, Keshia (DCPS)
[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=d8c8f8cf309a462598830b8e632dcad5-Keshia Youn]; Williams, Torain (DCPS)
[/o=ExchangeLabs/ou=Exchange Administrative Group

| Subject: | Book Fair inquiry |
|---|---|
| Date: | Wednesday, January 19, 2022 at 9:58:47 AM Eastern Standard Time |
| From: | Boisvert, Mark (DCPS) |
| To: | Berkowitz, MScott (DCPS), Davis, Lynette (DCPS) |
| **Attachments:** | image001.png, image002.png, image003.png, Jurkowski email 5.25.21.pdf, Jurkowski email2 5.25.21.pdf, Boisvert email 6.2.21.pdf |

Hello Ms. Davis,

Please see the attached emails that document the following information:

- Ms. Jurkowski's request to not participate in the book fair
- My email outlining the expectations of the co-chairs (Bloom and Jurkowski)
  - Ms. Jurkowski did not attend any of the book fair dates/times in-person

Thank you,
Mark Boisvert

**From:** "Berkowitz, MScott (DCPS)" <MScott.Berkowitz@k12.dc.gov>
**Date:** Wednesday, January 19, 2022 at 8:00 AM
**To:** "Davis, Lynette (DCPS)" <lynette.davis@k12.dc.gov>, "Boisvert, Mark (DCPS)" <mark.boisvert@k12.dc.gov>
**Subject:** Re: J. Bell Complaint Follow Up

Hi Ms. Davis,

Mr. Boisvert worked closely with Ms. Jurkowski and Ms. Bloom on the bookfair. We either have an email or verbal confirmation that she decided not to continue on as chair.  Ms. Bloom (Peabody librarian) could verify this too, but I'd rather not involve her if possible.

Mr. Boisvert, can you look to see if you have any emails from her that state she would back away from chairing the fair?

**MScott Berkowitz**
**Principal**
**Peabody Elementary School and Watkins Elementary School**
**Peabody: 202-698-3277**
**Watkins: 202-698-3355**
**District of Columbia Public Schools**
**@PeabodyWatkins on Instagram and Twitter**

 **Capitol Hill Cluster School**
*Where Every Child Achieves*

**From:** Davis, Lynette (DCPS) <lynette.davis@x12.dc.gov>
**Date:** Tuesday, January 18, 2022 at 5:25 PM
**To:** Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>
**Subject:** RE: J. Bell Complaint Follow Up

Greetings Principal Berkowitz,

Thank you for your response.
The employment status of individuals interviewed for this investigation has been noted.

Can you share more about Ms. Jurkowski's involvement in the book fair by answering the following:

1. Describe the expectations of a book fair chairperson.
2. What duties did Ms. Jurkowski fulfill as co-chair of the book fair? If there were duties unfulfilled, was the responsibility shifted to the other chairperson?

Thank you for your cooperation.

Best,
**Lynette Davis**
Specialist, Labor Management and Employee Relations
*Sexual Harassment, CSO, WTU*

000509SPPLOPT631070DP770

**From:** Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>

**Sent:** Wednesday, January 12, 2022 7:06 PM
**To:** Davis, Lynette (DCPS) <lynette.davis@k12.dc.gov>
**Subject:** Re: J. Bell Complaint Follow Up

Got it. I can speak to those.

1. Ms. Bell's suggestion was dismissed because the decision had already been made and communicated to the community about 5<sup>th</sup> grade graduation. That decision was made during a meeting with the custodial foreman, 5<sup>th</sup> grade team lead, 5<sup>th</sup> grade sped teacher, a 5<sup>th</sup> grade teammate closely involved, office staff, director of strategy and logistics, and AP Boisvert. Everyone in that group is a person of color except for AP Boisvert and all of us agreed on our decision before finalizing it and communicating it to all of staff and families. If I recall correctly, a meeting a few days later with Ms. Bell was called by her to confront me with her disagreement of the decision that was collectively made with that group. Given the end of the year calendar, we didn't have any wiggle room from our original plan given the weather and the unexpected Juneteenth Holiday. I wanted to honor the holiday by not expecting our staff, especially our staff or color to work on the DC Government Holiday, which resulted in moving the graduation. Ms. Bell thought the right thing to do was to hold the graduation on the city-wide holiday. When Ms. Bell brought it up, the holiday, observed on June 18, had already passed. I think her purpose of meeting was to share her disagreement of the team's decision.
2. I can't recall the instance with Mr. Butler. I don't remember using sarcasm or a malfunctioning device of his. I'm not sure why superstar was interpreted as sarcastic vs complimentary. I'd be happy to talk with him and apologize.
3. If the duties that Ms. Jurkowski is referring to the book fair I can share more. I'm not, I'm at a loss. I'm almost certain we never took responsibility from her. If it is the book fair, Ms. Jurkowski and another staff member went into the book fair as co-chairs. If I recall, she decided not to fulfill those duties through the duration of the fair. I can circle back with AP Boisvert to confirm that as he supported the book fair closely if you'd like to hear more about this.

None of these folks are currently serving at Watkins. Does that fact influence your investigation at all?

Best,

**MScott Berkowitz**
**Principal**
**Peabody Elementary School and Watkins Elementary School**
**Peabody: 202-698-3277**
**Watkins: 202-698-3355**
**District of Columbia Public Schools**
**@PeabodyWatkins on Instagram and Twitter**

 Capitol Hill Cluster School
*Where Every Child Achieves*

---

**From:** Davis, Lynette (DCPS) <lynette.davis@k12.dc.gov>
**Date:** Wednesday, January 12, 2022 at 5:34 PM
**To:** Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>
**Subject:** RE: J. Bell Complaint Follow Up

Hello Principal Berkowitz,
Please see my feedback below in blue and provide a response by COB Friday, January 14<sup>th</sup>.

Best,
**Lynette Davis**
Specialist, Labor Management and Employee Relations
*Sexual Harassment, CSO, WTU*

**From:** Davis, Lynette (DCPS)
**Sent:** Wednesday, January 12, 2022 9:26 AM
**To:** Berkowitz, MScott (DCPS) <mscott.berkowitz@k12.dc.gov>
**Subject:** RE: J. Bell Complaint Follow Up

Greetings Principal Berkowitz,

Confirming receipt of your email.
I will follow up with feedback to the below shortly.

Best,
**Lynette Davis**
Specialist, Labor Management and Employee Relations
*Sexual Harassment, CSO, WTU*

From : Bloom, Susan (DCPS) [Susan.Bloom@k12.dc.gov] Sent : 2/13/2021 3:15:26 PM To : Berkowitz, MScott (DCPS) [MScott.Berkowitz@k12.dc.gov] Subject : Looking forward to meeting to discuss Book Distribution Dear Principal Berkowitz, I saw your invitation to talk about book distribution next Wednesday. I look forward to that discussion. I wanted to provide a short update prior to that meeting so you know the work that has been done up to this point. Last weekend Ms. Jurkowski emailed me and asked me to create a first draft of both a family letter regarding book circulation and a PowerPoint to guide them through the "book hold" process. I prepared both of those and shared them with her. She made edits to the letter and asked for my feedback. Before I could provide my feedback, she shared her version with you and the others. Because of how busy you are, I spoke with Mr. Boisvert yesterday to ask if he might work with Ms. Jurkowski and me to finalize and fine tune a good plan that works for families and for the staff who are at the front door at Watkins, and he said he'd be happy to help with this effort. I think that given all that's been involved with these first two weeks of reopening, it's understandable that we need a bit more time to think this plan through carefully. I know that you had originally indicated a hope for book distribution by the second week of Term 3, but I think a delay is OK. I am providing here a link to another version of a family letter about book distribution - I tried to make it shorter and more concise so as not to overwhelm our families. I shared it with Mr. Boisvert and Ms. Jurkowski yesterday afternoon. Draft 2 P & W Book Support Letter.docx Thanks for your support with all of this. Have a great weekend. Sue Library Media Specialist Peabody Primary School Capitol Hill Cluster School 425 C Street NE Washington DC 20002 school: 202-698-3277 cell: 202-270-9623 Twitter @PeabodyLibrary1 Instagram @peabodylibrary5 Facebook @PeabodyLibraryCHCS

Instagram @peabodylibrarys
Facebook @PeabodyLibraryCHCS

**From:** Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
**Sent:** Monday, February 8, 2021 7:36 AM
**To:** Bloom, Susan (DCPS) <Susan.Bloom@k12.dc.gov>
**Cc:** Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
**Subject:** Re: Idea for BBB in 2 weeks plus Draft of letter to families and instructions powerpoint

Thank you, Sue for the details. That is a good idea to encourage Peabody HPE and Spanish team to join BBB. I already have a conversation with Watkins' HPE and Spanish. If you could encourage and get confirmation from Peabody HPE/Spanish, that would be a big help. Again, do you substitute for a class? What are your duties? What times are you free to provide support (date, time..)? Thanks Sue, have a nice day.

---

**From:** Bloom, Susan (DCPS) <Susan.Bloom@k12.dc.gov>
**Sent:** Sunday, February 7, 2021 9:34 PM
**To:** Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
**Subject:** Idea for BBB in 2 weeks plus Draft of letter to families and instructions powerpoint

Hi Kimberlynn,

I forgot to mention in the earlier BBB email that I have an idea to continue the Black History Month theme in BBB by inviting the HPE teachers for the week after this to discuss the key history-making black athletes in America. I have a plan to talk with Mr. Gross on Wednesday and will keep you posted. We will also be in touch with the Peabody HPE teacher, Ms. King.

I have created a draft of the letter to Peabody and Watkins families regarding book support. There are items in "green ink" where information needs to be added. The items in purple will need links to be added.

Here is the link to the draft letter: 📄Book Circulation Term 3 Peabody and Watkins.docx

I spoke with Kevin Washburn last week and we developed the idea that I will send Peabody parents the list of 200 books and they'll be able to request titles by using a Microsoft Form that I will develop. I haven't done that yet. Destiny was not working properly when Kevin tried to get it to make an illustrated list of the books - he's working on that. I do not anticipate receiving many Peabody requests - but we will see.

I also developed a draft Powerpoint for the steps that Watkins students/families will use to find a book and place a hold.

Here is the link to that PowerPoint: 📄Watkins ES Book Hold Process.pptx

Let me know if you want to meet either in person or via Teams to discuss any/all of this.

All the best,
Sue

 Gmail

## Fw: BBB and schedule

**Jurkowski, Kimberlynn (DCPS)** <Kimberlynn.Jurkowski@k12.dc.gov>    Fri, Dec 17, 2021 at 6:53 PM
To: kimberlynn jurkowski <kjurkowski777@gmail.com>

**From:** Bloom, Susan (DCPS) <Susan.Bloom@k12.dc.gov>
**Sent:** Monday, February 8, 2021 9:07 AM
**To:** Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
**Subject:** BBB and schedule

Good morning Kimberlynn - happy Monday!

At Peabody, we don't have a Spanish teacher. I will reach out to our HPE teacher about Wednesday February 17th BBB. Once I hear back from Ms. King, we can discuss next steps on that. Mr. Gross said he would be happy to talk this Wednesday. I am happy to plan a virtual meeting for that day or we can just do the planning via email. Please let me know your thoughts on that.

Regarding my schedule, there are fixed items and then there are the additional duties I have received each morning to help cover staff who are absent. I have not been told what those are today yet.

My regular schedule includes:
8:15-8:45 arrival assistance 1st floor
10:10 to 10:30 Library Class for PreK 3 IPL learners on Tuesday and Friday
10:40-11:10 Lunch duty
11:10-11:30 HPE on inclement weather days, such as today
11:35-noon Today only - book club planning meeting
2-3:30 - Teach 3 different virtual library classes

When you are ready to discuss the book circulation plans, I am happy to meet with you in your library space at a mutually open time or we can meet via Teams.

Best,
Sue

Library Media Specialist
Peabody Primary School
Capitol Hill Cluster School
425 C Street NE
Washington DC 20002
school: 202-698-3277
cell: 202-270-9623
Twitter @PeabodyLibrary1

509SPPLOPT6310

**Library Media Specialist**
**Peabody Primary School**
**Capitol Hill Cluster School**
425 C Street NE
Washington DC 20002
school: 202-698-3277
cell: 202-270-9623
**Twitter @PeabodyLibrary1**
**Instagram @peabodylibrary5**
**Facebook @PeabodyLibraryCHCS**

509SPPLOPT6310

**From:** Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
**Sent:** Monday, February 8, 2021 7:36 AM
**To:** Bloom, Susan (DCPS) <Susan.Bloom@k12.dc.gov>
**Cc:** Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
**Subject:** Re: Idea for BBB in 2 weeks plus Draft of letter to families and instructions powerpoint

Thank you, Sue for the details. That is a good idea to encourage Peabody  HPE and Spanish team to join BBB. I already have a conversation with Watkins' HPE and Spanish. If you could encourage and get confirmation from Peabody HPE/Spanish, that would be a big help. Again, do you substitute for a class? What are your duties? What times are you free to provide support (date, time..)? Thanks Sue, have a nice day.

---

**From:** Bloom, Susan (DCPS) <Susan.Bloom@k12.dc.gov>
**Sent:** Sunday, February 7, 2021 9:34 PM
**To:** Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
**Subject:** Idea for BBB in 2 weeks plus Draft of letter to families and instructions powerpoint

Hi Kimberlynn,

I forgot to mention in the earlier BBB email that I have an idea to continue the Black History Month theme in BBB by inviting the HPE teachers for the week after this to discuss the key history-making black athletes in America. I have a plan to talk with Mr. Gross on Wednesday and will keep you posted. We will also be in touch with the Peabody HPE teacher, Ms. King.

I have created a draft of the letter to Peabody and Watkins families regarding book support. There are items in "green ink" where information needs to be added. The items in purple will need links to be added.

Here is the link to the draft letter: 📄Book Circulation Term 3 Peabody and Watkins.docx

I spoke with Kevin Washburn last week and we developed the idea that I will send Peabody parents the list of 200 books and they'll be able to request titles by using a Microsoft Form that I will develop. I haven't done that yet. Destiny was not working properly when Kevin tried to get it to make an illustrated list of the books - he's working on that. I do not anticipate receiving many Peabody requests - but we will see.

I also developed a draft Powerpoint for the steps that Watkins students/families will use to find a book and place a hold.

Here is the link to that PowerPoint: 📄Watkins ES Book Hold Process.pptx

Let me know if you want to meet either in person or via Teams to discuss any/all of this.

All the best,
Sue

 Gmail

## Fw: BBB and schedule

**Jurkowski, Kimberlynn (DCPS)** <Kimberlynn.Jurkowski@k12.dc.gov>    Fri, Dec 17, 2021 at 6:53 PM
To: kimberlynn jurkowski <kjurkowski777@gmail.com>

**From:** Bloom, Susan (DCPS) <Susan.Bloom@k12.dc.gov>
**Sent:** Monday, February 8, 2021 9:07 AM
**To:** Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
**Subject:** BBB and schedule

Good morning Kimberlynn - happy Monday!

At Peabody, we don't have a Spanish teacher. I will reach out to our HPE teacher about Wednesday February 17th BBB. Once I hear back from Ms. King, we can discuss next steps on that. Mr. Gross said he would be happy to talk this Wednesday. I am happy to plan a virtual meeting for that day or we can just do the planning via email. Please let me know your thoughts on that.

Regarding my schedule, there are fixed items and then there are the additional duties I have received each morning to help cover staff who are absent. I have not been told what those are today yet.

My regular schedule includes:
8:15-8:45 arrival assistance 1st floor
10:10 to 10:30 Library Class for PreK 3 IPL learners on Tuesday and Friday
10:40-11:10 Lunch duty
11:10-11:30 HPE on inclement weather days, such as today
11:35-noon Today only - book club planning meeting
2-3:30 - Teach 3 different virtual library classes

When you are ready to discuss the book circulation plans, I am happy to meet with you in your library space at a mutually open time or we can meet via Teams.

Best,
Sue

Library Media Specialist
Peabody Primary School
Capitol Hill Cluster School
425 C Street NE
Washington DC 20002
school: 202-698-3277
cell: 202-270-9623
Twitter @PeabodyLibrary1

509SPPLOPT6310

**Library Media Specialist**
**Peabody Primary School**
**Capitol Hill Cluster School**
425 C Street NE
Washington DC 20002
school: 202-698-3277
cell: 202-270-9623
**Twitter @PeabodyLibrary1**
**Instagram @peabodylibrary5**
**Facebook @PeabodyLibraryCHCS**

509SPPLOPT6310

**From:** Boisvert, Mark (DCPS) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=693CC37040AE41E48C8D3DA36C2F8C8F-MARK BOISVE]

**Sent:** 8/23/2021 4:47:37 PM

**To:** Jurkowski, Kimberlynn (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0199b315637a4aac919e78b8dadaf481-Kimberlynn]

**Subject:** Re: Jurkowski's not able to see chat on Teams

**Importance:** High

Here you go!

https://dck12-
my.sharepoint.com/:w:/g/personal/mark_boisvert_k12_dc_gov/Eamx1yS5Ea1Itqc4TY8vgz4B1Yh118goiqFSu
SZSfrwwFg?e=u22ekD

> On Aug 23, 2021, at 12:47 PM, Jurkowski, Kimberlynn (DCPS)
> <Kimberlynn.Jurkowski@k12.dc.gov> wrote:
>
> My computer shows I am not a member and I do not see the chat, may you help?
>
> Kimberlynn Jurkowski

6509SPPLOPT6310

```
From    : Stewart, Jill (DCPS) [jill.stewart@k12.dc.gov]
Sent    : 5/20/2021 11:09:08 PM
To      : Jurkowski, Kimberlynn (DCPS)
[Kimberlynn.Jurkowski@k12.dc.gov]
CC      : Berkowitz, MScott (DCPS) [MScott.Berkowitz@k12.dc.gov];
Boisvert, Mark (DCPS) [mark.boisvert@k12.dc.gov]
Subject : Fw: Letting you know
```

Good Evening All,


Ms. Jurkowski requested the invite/plan from me in regards to the
author visit. I reached out to Ms. Bloom to see if she had this
information since I was not a part of the planning for this and she
was able to forward me the email below. I hope this is helpful!


I CCed Mr. Berkowitz and Mr. Boisvert to this email because after
trying to talk to Ms. Jurkowski this afternoon to understand what was
going on, she made it very clear that she would not speak with me
unless admin was present— so I wanted to honor that.


As stated previously, I would love to have a quick discussion to
better understand the situation at hand. I am genuinely confused. I am
available tomorrow at any time. It seems that this is likely a
misunderstanding that can be resolved quickly.


Best,
Ms. Stewart


From: Bloom, Susan (DCPS)
Sent: Monday, March 8, 2021 9:42 AM
To: Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
Subject: Letting you know

Hi Kimberlynn,
Thanks so much for your reply about BBB.


The first grade teachers who are adjacent to my office heard about the
author Ruby Shamir because we chat in the hallway every morning as the
students arrive and I was excited about both the book and my initial
conversation with the author. This all transpired before you and I
discussed the author and some of your concerns about the book. They
too are aware of these shortcomings of the book but they have
expressed an interest in having their students meet the author

00508SPPLOPT83107

virtually, since that opportunity is rare.


There is nothing that you need to do, but I just wanted to let you
know. I have no idea yet what the virtual author visit is going to
look like. I haven't gotten that far yet.


Best,
Sue


Library Media Specialist
Peabody Primary School
Capitol Hill Cluster School
425 C Street NE
Washington DC 20002
school: 202-698-3277
cell: 202-270-9623
Twitter @PeabodyLibrary1
Instagram @peabodylibrary5
Facebook @PeabodyLibraryCHCS

---

Message

| | |
|---|---|
| **From:** | Stewart, Jill (DCPS) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=93ED9BA6D7534CF8A978B40DCA3BC2A6-JILL STEWAR] |
| **Sent:** | 5/20/2021 6:41:23 PM |
| **To:** | Dunning, Lauren (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=281d350de94b4fd3996d2732cddbfb9c-Lauren Dunn] |
| **Subject:** | Fw: Email Follow Up |

She kept not CCing you lol. Here are the other emails.

Jill Stewart, B.A. Elementary Ed, M. Special Ed
Grade 1
Capitol Hill Cluster School
Watkins Elementary School
420 12th St. SE
Washington, DC 20003
Office: 202-698-3418

---

**From:** Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
**Sent:** Thursday, May 20, 2021 2:11 PM
**To:** Stewart, Jill (DCPS) <jill.stewart@k12.dc.gov>
**Cc:** Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
**Subject:** Re: Email Follow Up

May you email a copy of the author visit invite and plan to me. Thank you, Ms. Stewart.

---

**From:** Stewart, Jill (DCPS) <jill.stewart@k12.dc.gov>
**Sent:** Thursday, May 20, 2021 1:20 PM
**To:** Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
**Subject:** Re: Email Follow Up

Good Afternoon!

I know that using the library wasn't the original plan for my class yesterday and was kind of last minute. I mainly just wanted to check in with you after your email to be sure that it didn't contribute to anything you mentioned (ex. using a space outside of our classroom). It doesn't sound like it did though- thanks for your reply!

Best,

Jill Stewart, B.A. Elementary Ed, M. Special Ed
Grade 1
Capitol Hill Cluster School
Watkins Elementary School
420 12th St. SE
Washington, DC 20003
Office: 202-698-3418

00508SPPLOPT831070

---

**From:** Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
**Sent:** Thursday, May 20, 2021 12:50 PM

**To:** Stewart, Jill (DCPS) <jill.stewart@k12.dc.gov>
**Subject:** Re: Email Follow Up

Thank you for the email, Ms. Stewart, may you explain and describe the confusion from Tuesday? Thank you.

---

**From:** Stewart, Jill (DCPS) <jill.stewart@k12.dc.gov>
**Sent:** Thursday, May 20, 2021 11:15 AM
**To:** Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
**Cc:** Dunning, Lauren (DCPS) <Lauren.Dunning@k12.dc.gov>
**Subject:** Email Follow Up

Good Morning Ms. Jurkowski,

I read your email and Mr. Berkowitz follow up yesterday and wanted to check in. I know we work closely together this year since you are the relief member for my homeroom class, and also know there was a little confusion about the author visit on Tuesday. If I ever contributed in any of the situations you described I would love to talk to you about it.

Best,

Jill Stewart, B.A. Elementary Ed, M. Special Ed
Grade 1
Capitol Hill Cluster School
Watkins Elementary School
420 12th St. SE
Washington, DC 20003
Office: 202-698-3418

 Gmail

kimberlynn jurkowski <kjurkowski777@gmail.com>

## Fw: Scholastic Book Fairs Invoice

**Jurkowski, Kimberlynn (DCPS)** <Kimberlynn.Jurkowski@k12.dc.gov>    Fri, Oct 29, 2021 at 4:09 AM
To: kimberlynn jurkowski <kjurkowski777@gmail.com>

**From:** Haug, Christy <CHaug@Scholasticbookfairs.com>
**Sent:** Wednesday, September 29, 2021 11:54 AM
**To:** Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
**Subject:** Fw: Scholastic Book Fairs Invoice

CAUTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

Good Morning Kimberlynn-

I hope your day is off to a great start!  I just wanted to circle back with you regarding this invoice.  I received a notice that this hasn't been paid yet, do you have an update?  We do need to have this paid as soon as possible, before we deliver your next book fair.  Once this invoice is paid, your Scholastic Dollars balance will be updated to reflect the profits from your book fair.

Please let me know if you have any questions or need to discuss.

Thank you-

Christy Haug
Book Fair Consultant, HVC
Scholastic Book Fairs - North
609-578-4639
1-800-822-3247 x 4639
CHaug@scholasticbookfairs.com

## Schedule an appointment



00509SPPLOPT6310700

**Helpful Hotlines:**
Restock Email: restockeastern@
scholasticbookfairs.com

Restock Phone: (800) 352-7186
Financial Form/Toolkit Assistance: (888)
412-9124
Scholastic Dollars Catalog (800) 799-7323
Chairperson's Toolkit: www.scholastic.com/
cptoolkit

**From:** Haug, Christy <CHaug@Scholasticbookfairs.com>
**Sent:** Wednesday, September 15, 2021 1:00 PM
**To:** Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
**Subject:** Fw: Scholastic Book Fairs Invoice

Hi Kimberlynn

Here is your invoice.  Our Financial Hotline is (888) 412-9124

Thank you

Christy Haug
Book Fair Consultant, HVC
Scholastic Book Fairs - North
609-578-4639
**1-800-822-3247 x 4639**
CHaug@scholasticbookfairs.com

## Schedule an appointment



**Helpful Hotlines:**
Restock Email: restockeastern@
scholasticbookfairs.com
Restock Phone: (800) 352-7186
Financial Form/Toolkit Assistance: (888)
412-9124
Scholastic Dollars Catalog (800) 799-7323
Chairperson's Toolkit: www.scholastic.com/
cptoolkit

**From:** BOOKFAIRSACCOUNTSRECEIVABLE@SCHOLASTIC.COM
<BOOKFAIRSACCOUNTSRECEIVABLE@SCHOLASTIC.COM>
**Sent:** Wednesday, September 15, 2021 11:15 AM
**To:** Haug, Christy <CHaug@Scholasticbookfairs.com>
**Subject:** Scholastic Book Fairs Invoice

Dear Customer,
Please find attached an invoice from your most recent fair.
Thank you for your commitment in Raising Readers.
Scholastic Book Fairs
Customer Care
1-888-412-9124
\*\*\* Message Complete \*\*\*

 **INVOICE.PDF**
13K

---

**kimberlynn jurkowski** <kjurkowski777@gmail.com>                      Fri, Oct 29, 2021 at 4:35 AM
To: Rejil Solis <rsolis@wtulocal6.net>

——— Forwarded message ———
From: **Jurkowski, Kimberlynn (DCPS)** <Kimberlynn.Jurkowski@k12.dc.gov>
Date: Fri, Oct 29, 2021 at 4:09 AM
Subject: Fw: Scholastic Book Fairs Invoice
To: kimberlynn jurkowski <kjurkowski777@gmail.com>

This is Scholastic, refusing to deliver the Watkins Book Fair, after they made several request for
the 666.02 money due from the June 2021 book fair that Sue Bloom and Boisvert arranged and
completed.  Boisvert held the funds until late September 2021 and sent the funds after
Scholastic said no more shipping of book fairs to Watkins, until payment is received.
[Quoted text hidden]

 **INVOICE.PDF**
13K

00509SPPLOPT6310700

cancellations, I'd like to extend the fair through next Wednesday. Please let me know if either of you are available to be present on June 16.

Thank you,
Mark B

**From:** Boisvert, Mark (DCPS) <mark.boisvert@k12.dc.gov>
**Date:** Wednesday, June 2, 2021 at 3:11 PM
**To:** Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>, Bloom, Susan (DCPS) <Susan.Bloom@k12.dc.gov>
**Cc:** Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>, Hollis, Joi <Joi.Hollis@k12.dc.gov>, Montgomery, Tanisha (DCPS) <tanisha.montgomery@k12.dc.gov>
**Subject:** Book Fair Responsibilities and Expectations

Good Afternoon Ms. Jurkowski and Ms. Bloom,

I want to set expectations for the upcoming book fair, so that responsibilities are clear. Both of you will be considered co-chairs of the Book Fair. You both have been in communication with Scholastic about the upcoming event. As we prepare for the book fair, please be aware of the following responsibilities.

### Watkins – Jurkowski
- Promote the book fair with all Watkins students and families, including messages on Canvas and email, and distributing hardcopy flyers to IPL students. *Do you have the hardcopy flyers?*
- Posters for the book fair can be displayed in and outside the school.
- I would like for us to use the same flyer to promote the event, in addition to the book flyer that Scholastic provides (I will share with you tomorrow).
- *Do you have the url link for families to purchase books online? I'd like to include that on the flyer.*
- Communicate with PTA to have the Book Fair advertised on Watkins ListServ.
- Develop and distribute book fair incentives for students to earn in library class.

### Peabody - Bloom
- Promote the book fair with all Peabody students and families, including messages on Canvas, email, and distributing hardcopy flyers to IPL students.
- Posters for the book fair can be displayed in and outside the school.
- I would like for us to use the same flyer to promote the event, in addition to the book flyer that Scholastic provides (I will share with you tomorrow).
- Communicate with PTA to have the Book Fair advertised on Peabody's ListServ.
- Communicate with Zach Lowe to have Book Fair advertised on PTA Twitter and website.
- Be present during the book fair times to support volunteers and book purchases.

### Financial Responsibilities – Admin (Berkowitz, Boisvert, Hollis)
- All reports will be completed by admin at the end of each day. The total proceeds will be shared with both librarians, once the daily reports are complete. All earnings will be locked in the main office.
- Admin will provide the "starting cash/coins" for the cash register.
- Mr. Boisvert will send a sign-up genius to the Peabody and Watkins community for parent volunteers.

 Gmail

## Fw: Book Fair Responsibilities and Expectations

**Jurkowski, Kimberlynn (DCPS)** <Kimberlynn.Jurkowski@k12.dc.gov>                    Fri, Oct 29, 2021 at 3:32 AM
To: kimberlynn jurkowski <kjurkowski777@gmail.com>

**From:** Bloom, Susan (DCPS) <Susan.Bloom@k12.dc.gov>
**Sent:** Sunday, June 13, 2021 1:52 PM
**To:** Boisvert, Mark (DCPS) <mark.boisvert@k12.dc.gov>; Jurkowski, Kimberlynn (DCPS)
<Kimberlynn.Jurkowski@k12.dc.gov>
**Cc:** Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>; Hollis, Joi <Joi.Hollis@k12.dc.gov>
**Subject:** Re: Book Fair Responsibilities and Expectations

Hi team,
Just wanted to let you know that I am free most of the day Wednesday except for setting up for BBB event and being at that from 11-12pm.

Best,
Sue

00508SPPLOPT63107Q0P

Get Outlook for iOS

**From:** Boisvert, Mark (DCPS) <mark.boisvert@k12.dc.gov>
**Sent:** Thursday, June 10, 2021 2:50:37 PM
**To:** Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>; Bloom, Susan (DCPS)
<Susan.Bloom@k12.dc.gov>
**Cc:** Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>; Hollis, Joi <Joi.Hollis@k12.dc.gov>
**Subject:** Re: Book Fair Responsibilities and Expectations

Hello Ms. Jurkowski and Ms. Bloom,

We are off to a great start to our book fair! Thank you both for your support. I want to reiterate the expectations and responsibilities for the remaining days of the book fair:

### Financial Responsibilities – Admin (Berkowitz, Boisvert, Hollis)

- All reports will be completed by admin at the end of each day. The total proceeds will be shared with both librarians, once the daily reports are complete. All earnings will be locked in the main office. *Please do not print separate copies of the financial summaries. This is a responsibility of admin only. It's causing confusion.

### Peabody - Bloom

- Be present during the book fair times to support volunteers and book purchases. Ms. Jurkowski – are you planning on being present during any of the remaining book fair times? If so, please let me know.

We decided to cancel the book fair this afternoon, due to weather conditions. We will likely need to cancel tomorrow's times, too. I will message the cancellations via Blackboard. Due to these

```
From    : Boisvert, Mark (DCPS) [mark.boisvert@k12.dc.gov]
Sent    : 5/28/2021 12:02:28 PM
To      : Jurkowski, Kimberlynn (DCPS) [Kimberlynn.Jurkowski@k12.dc.gov]; Pellerito, Kayte
[KPellerito@Scholasticbookfairs.com]
CC      : Berkowitz, MScott (DCPS) [MScott.Berkowitz@k12.dc.gov]; Hollis, Joi
[Joi.Hollis@k12.dc.gov]; Jurkowski, Kimberlynn (DCPS) [Kimberlynn.Jurkowski@k12.dc.gov]
Subject : Re: In Person Book Fair for Peabody and Watkins
```

From: Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
Date: Thursday, May 27, 2021 at 3:52 PM
To: Pellerito, Kayte <KPellerito@Scholasticbookfairs.com>
Cc: Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>, Boisvert, Mark (DCPS)
<mark.boisvert@k12.dc.gov>, Hollis, Joi <Joi.Hollis@k12.dc.gov>, Jurkowski, Kimberlynn
(DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
Subject: Re: In Person Book Fair for Peabody and Watkins


Kayte at Scholastic is not clear about the request made from Sue Bloom. There is no
administration cc, nor a cc for Ms. Jurkowski. May you help respond by explaining and
describing what you are asking Scholastic to do? Thank you.



From: Pellerito, Kayte <KPellerito@Scholasticbookfairs.com>
Sent: Thursday, May 27, 2021 3:39 PM
To: Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
Subject: FW: In Person Book Fair for Peabody and Watkins

CAUTION: This email originated from outside of the DC Government. Do not click on links or
open attachments unless you recognize the sender and know that the content is safe. If you
believe that this email is suspicious, please forward to phishing@dc.gov for additional
analysis by OCTO Security Operations Center (SOC).

From Sue…


DO5D9SPPLOPT631O7QOP7


From: Susan Bloom [mailto:suereedbloom@gmail.com]
Sent: Thursday, May 27, 2021 1:31 PM
To: Pellerito, Kayte <KPellerito@Scholasticbookfairs.com>
Subject: In Person Book Fair for Peabody and Watkins

Hi Kayte,
As you already know, Peabody is sharing the Watkins building due to a flood that took
place at Peabody last fall.

I understand that you have been in touch with Ms. Jurkowski and Mr. Boisvert about an in
person book fair here at Watkins. I have been told by our administrative team that I will
be the contact moving forward for this book fair. I know that it is in the books as a
Watkins Book Fair and we will figure out how we can make arrangements for the Scholastic

Dollars to be shared between the two schools - but that can be handled later.

Let me know if if there's anything I need to do. Has the promotion box been mailed already? I am happy to put the posters around the school and on the doors. Perhaps Ms. Jurkowski already has them - if so, I can get them from her.

I am happy to organize a time to chat if that's best.

Many thanks,
Sue Bloom


Library Media Specialist
Peabody Primary Campus
Capitol Hill Cluster School
425 C St. NE
Washington, DC 20002
School: 202-698-3277
Cell:202-270-9623
Twitter @PeabodyLibrary1
Instagram @peabodylibrary5
Facebook @PeabodyLibraryCHCS


On Tue, Nov 24, 2020 at 8:40 AM Pellerito, Kayte <KPellerito@scholasticbookfairs.com> wrote:
Good morning Sue,

Your online book fair will be starting very soon! Attached are some helpful guides/marketing materials to help you with your online fair, and below are some useful links to share with your families and teachers.

A few things to remember:

The fair homepage link will go live the first day of your fair-November 30th
Shipping will take 7-10 days after the order has processed.  Order will take 24-48 hours to process
Shipping is free when the order is $25 or more BOOKS-ONLY
Your school will earn 25% in Scholastic Dollars from the fair.  The Scholastic Dollars earned will be applied to your account when the fair finalizes (7-10 days after the last day of the fair)
Your beginning Scholastic Dollar balance is $0.00
Your homepage link is  https://www.scholastic.com/bf/peabodyearlychildhoodctr1

Best Practices:
Start Promoting and Advertising your Book Fair ASAP: If possible, begin advertising your fair about 3 weeks before the start date. The "Promotion Guide for a Successful Online Fair" (link below)  is fantastic resource - it can also be found in your toolkit! (Be sure to check out "5 Quick Tips for Promoting your Online Fair" which can be found on the first page. There are some fabulous tips included in that section.)
https://bookfairsfiles.scholastic.com/files/online-marketing-guide.pdf

Add a GOAL to your Homepage: Let your parents know what the profits from this fair will be used for. Get your students excited about meeting the goal! Maybe offer them an "incentive" if they meet the book fair goal.

- Offer a Raffle or an Incentive to promote shopping (for example: complete & return the online scavenger hunt to be entered into a raffle, the class that has the most participation wins something, make a purchase to be entered into the raffle… let me know if you'd like more ideas)

Share the Digital Book Fair Flyer with your teachers, students, and families:
Premium Digital Book Fair Flyer F20  (Elementary Book Fair)
K8 Digital Book Fair Flyer F20  (Kindergarten – 8th grade Book Fair)
Middle School Digital Book Fair Flyer F20  (Middle School Book Fair)

Share the Author Videos with your students, ask teachers to share them and send the video link to your families:
https://bcove.video/2zoSgmB (Elementary School Author Video)
https://bcove.video/3dDJfVo (Middle School Author Video)

Ask your teachers and administrators to help advertise and promote the book fair and help get the students excited!

Walk your students through the Virtual 360: Since your school's book fair link will not be available until day 1 of your fair, you can use the following link to explore and show your students what they will see when they log-in with their parent(s). PLEASE DO NOT SHARE THIS LINK. It is a live fair and NOT ASSOCIATED with your school!
        https://shop.scholastic.com/parent-ecommerce/as-seen-in-schools/360fair.html

ü  Permission Guidelines for Read Aloud
https://kids.scholastic.com/kids/books/digital-read-aloud-permissions/


Please let me know if you need anything at all.  Have fun with this and don't forget to PROMOTE, PROMOTE AND PROMOTE SOME MORE!  J



Kind regards,

Kayte Pellerito
Book Fair Consultant
Scholastic Book Fairs - North Zone
Phone: 800-635-7323 x9498  |  636-203-9498
kpellerito@scholasticbookfairs.com

Restock Hotline: (800) 352-7186
EZ Scan2 Assistance: (877) 627-2515
Toolkit Help (888) 412-9124

Chairpersons Toolkit: www.scholastic.com

D0509SPPLOPT6310700P7

        family

```
From    : Berkowitz, MScott (DCPS) [MScott.Berkowitz@k12.dc.gov]
Sent    : 5/21/2021 2:08:02 AM
To      : Boisvert, Mark (DCPS) [mark.boisvert@k12.dc.gov]
Subject : FW: Save the date! Virtual author visit for PreK 4 and Kindergarten on Monday
May 17 2:30-3pm
```

This is the author visit information that you and Jurkowski didn't get.

MScott Berkowitz
Principal
Peabody Elementary School and Watkins Elementary School
Peabody: 202-698-3277
Watkins: 202-698-3355
District of Columbia Public Schools
@PeabodyWatkins on Instagram and Twitter
signature_224885444


From: "Bloom, Susan (DCPS)" <Susan.Bloom@k12.dc.gov>
Date: Friday, April 23, 2021 at 3:44 PM
To: "Houghton, Rachel E. (DCPS)" <rachel.houghton@k12.dc.gov>, "Carraway, Karlene (DCPS)"
<Karlene.Carraway@k12.dc.gov>, "McPherson, Ebon (DCPS)" <Ebon.McPherson@k12.dc.gov>,
"Dickson, Jijuan (DCPS)" <Jijuan.Dickson@k12.dc.gov>, "Slattery, Anne-Marie (DCPS)"
<annie.slattery@k12.dc.gov>, "Johnson, LaBrea (DCPS)" <labrea.johnson@k12.dc.gov>,
"Friedman, Sara (DCPS)" <Sara.Friedman@k12.dc.gov>, "Smith, Angela J. (DCPS)"
<angelaj.smith@k12.dc.gov>, "D'Antonio, Stephanie (DCPS)" <stephanie.dantonio@k12.dc.gov>,
"Nelson, Valerie (DCPS)" <Valerie.Nelson@k12.dc.gov>, "Paige, Edline (DCPS)"
<edline.paige@k12.dc.gov>, "Blagburn, Kimberlie F. (DCPS)"
<kimberlie.blagburn@k12.dc.gov>, "Tate, Lauren M. (DCPS)" <lauren.tate@k12.dc.gov>,
"Williams, Claudette (DCPS)" <claudette.williams@k12.dc.gov>, "Hinrichs, Caitlin (DCPS)"
<Caitlin.Hinrichs@k12.dc.gov>, "Cushman, Katie (DCPS)" <Katie.Cushman@k12.dc.gov>,
"Simmons, Jeremy (DCPS)" <Jeremy.Simmons@k12.dc.gov>, "Hollis, Joi"
<Joi.Hollis@k12.dc.gov>, "Berkowitz, MScott (DCPS)" <MScott.Berkowitz@k12.dc.gov>
Subject: Fw: Save the date! Virtual author visit for PreK 4 and Kindergarten on Monday May
17 2:30-3pm

Dear PreK 4 and Kindergarten teams,

Our PreK 4 and K students have a fun opportunity next month to meet an author virtually!

A few months ago, I was introduced to author Ruby Shamir through our PTA president Lona
Valmoro (they are longtime colleagues and friends). Ruby recently published her first
picture book (she has published many other books for upper elementary, middle school and
adults). This book, "Bunny Figures It Out!" is a sweet story of needing accurate
information to answer a question and not knowing where to find it!

I will be pre-reading it in Library Class before the visit as part of our new study on
"thinking like a scientist".

Here are a few points you should note at this time and more info will be coming:
There will be two total virtual visits, one for PreK 4 and K on Monday, May 17 plus one
for 1st grade on Tuesday May 18. (Just FYI)
The visit for our students will take place during the kindergarten specials (art, music,
library) time that day (2:30-3pm) and Ms. McPherson and Ms. Houghton are going to work
their schedules to have their PreK 4 students also attend via the smartboards. Virtual
teachers are invited to join if you'd like but of course it's optional. PreK 4 students

P0001-2345678

who are virtual that day are DEFINITELY invited to attend, but we decided NOT to change
their special schedule so they will have a 20-minute class from 2 to 2:20 and then
hopefully can get their sillies out and join us at 2:30pm for the author visit.
I will create a new TEAMS link for this event and send it out next week along with
information for families to purchase autographed copies of the book (we are working with
Politics & Prose on this).
Let me know if you have any questions. Have a great weekend!

Best,
Sue

Library Media Specialist
Peabody Primary School
Capitol Hill Cluster School
425 C Street NE
Washington DC 20002
school: 202-698-3277
cell: 202-270-9623
Twitter @PeabodyLibrary1
Instagram @peabodylibrary5
Facebook @PeabodyLibraryCHCS

```
From    : Berkowitz, MScott (DCPS) [MScott.Berkowitz@k12.dc.gov]
Sent    : 5/21/2021 2:08:02 AM
To      : Boisvert, Mark (DCPS) [mark.boisvert@k12.dc.gov]
Subject : FW: Save the date! Virtual author visit for PreK 4 and Kindergarten on Monday
May 17 2:30-3pm
```

This is the author visit information that you and Jurkowski didn't get.

MScott Berkowitz
Principal
Peabody Elementary School and Watkins Elementary School
Peabody: 202-698-3277
Watkins: 202-698-3355
District of Columbia Public Schools
@PeabodyWatkins on Instagram and Twitter
signature_224885444


From: "Bloom, Susan (DCPS)" <Susan.Bloom@k12.dc.gov>
Date: Friday, April 23, 2021 at 3:44 PM
To: "Houghton, Rachel E. (DCPS)" <rachel.houghton@k12.dc.gov>, "Carraway, Karlene (DCPS)"
<Karlene.Carraway@k12.dc.gov>, "McPherson, Ebon (DCPS)" <Ebon.McPherson@k12.dc.gov>,
"Dickson, Jijuan (DCPS)" <Jijuan.Dickson@k12.dc.gov>, "Slattery, Anne-Marie (DCPS)"
<annie.slattery@k12.dc.gov>, "Johnson, LaBrea (DCPS)" <labrea.johnson@k12.dc.gov>,
"Friedman, Sara (DCPS)" <Sara.Friedman@k12.dc.gov>, "Smith, Angela J. (DCPS)"
<angelaj.smith@k12.dc.gov>, "D'Antonio, Stephanie (DCPS)" <stephanie.dantonio@k12.dc.gov>,
"Nelson, Valerie (DCPS)" <Valerie.Nelson@k12.dc.gov>, "Paige, Edline (DCPS)"
<edline.paige@k12.dc.gov>, "Blagburn, Kimberlie F. (DCPS)"
<kimberlie.blagburn@k12.dc.gov>, "Tate, Lauren M. (DCPS)" <lauren.tate@k12.dc.gov>,
"Williams, Claudette (DCPS)" <claudette.williams@k12.dc.gov>, "Hinrichs, Caitlin (DCPS)"
<Caitlin.Hinrichs@k12.dc.gov>, "Cushman, Katie (DCPS)" <Katie.Cushman@k12.dc.gov>,
"Simmons, Jeremy (DCPS)" <Jeremy.Simmons@k12.dc.gov>, "Hollis, Joi"
<Joi.Hollis@k12.dc.gov>, "Berkowitz, MScott (DCPS)" <MScott.Berkowitz@k12.dc.gov>
Subject: Fw: Save the date! Virtual author visit for PreK 4 and Kindergarten on Monday May
17 2:30-3pm

Dear PreK 4 and Kindergarten teams,

Our PreK 4 and K students have a fun opportunity next month to meet an author virtually!

A few months ago, I was introduced to author Ruby Shamir through our PTA president Lona
Valmoro (they are longtime colleagues and friends). Ruby recently published her first
picture book (she has published many other books for upper elementary, middle school and
adults). This book, "Bunny Figures It Out!" is a sweet story of needing accurate
information to answer a question and not knowing where to find it!

I will be pre-reading it in Library Class before the visit as part of our new study on
"thinking like a scientist".

Here are a few points you should note at this time and more info will be coming:
There will be two total virtual visits, one for PreK 4 and K on Monday, May 17 plus one
for 1st grade on Tuesday May 18. (Just FYI)
The visit for our students will take place during the kindergarten specials (art, music,
library) time that day (2:30-3pm) and Ms. McPherson and Ms. Houghton are going to work
their schedules to have their PreK 4 students also attend via the smartboards. Virtual
teachers are invited to join if you'd like but of course it's optional. PreK 4 students

P0001-2345678

who are virtual that day are DEFINITELY invited to attend, but we decided NOT to change
their special schedule so they will have a 20-minute class from 2 to 2:20 and then
hopefully can get their sillies out and join us at 2:30pm for the author visit.
I will create a new TEAMS link for this event and send it out next week along with
information for families to purchase autographed copies of the book (we are working with
Politics & Prose on this).
Let me know if you have any questions. Have a great weekend!

Best,
Sue

Library Media Specialist
Peabody Primary School
Capitol Hill Cluster School
425 C Street NE
Washington DC 20002
school: 202-698-3277
cell: 202-270-9623
Twitter @PeabodyLibrary1
Instagram @peabodylibrary5
Facebook @PeabodyLibraryCHCS

Message

| | |
|---|---|
| **From:** | Jurkowski, Kimberlynn (DCPS) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0199B315637A4AAC919E78B8DADAF481-KIMBERLYNN] |
| **Sent:** | 5/25/2021 1:27:00 PM |
| **To:** | Berkowitz, MScott (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8eda85080f0e40d3a25476ef228242a4-MsCott Berk]; Bloom, Susan (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e145bbb0f5de4a95ac8da358a871ce37-Susan Bloom]; Stewart, Jill (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=93ed9ba6d7534cf8a978b40dca3bc2a6-Jill Stewar]; Boisvert, Mark (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=693cc37040ae41e48c8d3da36c2f8c8f-Mark Boisve] |
| **CC:** | Jurkowski, Kimberlynn (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0199b315637a4aac919e78b8dadaf481-Kimberlynn] |
| **Subject:** | Re: Save the date! Virtual author visit for PreK 4 and Kindergarten on Monday May 17 2:30-3pm |

**Importance:**  High

I do not see 1st grade on this invite? May you send me the invite for the author visit with 1st grade?  Thank you.  And may we meet in the Library?

---

**From:** Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>
**Sent:** Tuesday, May 25, 2021 9:21 AM
**To:** Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
**Subject:** Fwd: Save the date! Virtual author visit for PreK 4 and Kindergarten on Monday May 17 2:30-3pm


MScott Berkowitz
Principal
Peabody and Watkins Elementary Schools

---

**From:** Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>
**Sent:** Thursday, May 20, 2021 10:08:02 PM
**To:** Boisvert, Mark (DCPS) <mark.boisvert@k12.dc.gov>
**Subject:** FW: Save the date! Virtual author visit for PreK 4 and Kindergarten on Monday May 17 2:30-3pm

This is the author visit information that you and Jurkowski didn't get.

**MScott Berkowitz**
**Principal**
**Peabody Elementary School and Watkins Elementary School**
**Peabody: 202-698-3277**
**Watkins: 202-698-3355**
**District of Columbia Public Schools**
**@PeabodyWatkins on Instagram and Twitter**

509SPPLOPT6



Capitol Hill Cluster School
*Where Every Child Achieves*

**From:** "Bloom, Susan (DCPS)" <Susan.Bloom@k12.dc.gov>
**Date:** Friday, April 23, 2021 at 3:44 PM
**To:** "Houghton, Rachel E. (DCPS)" <rachel.houghton@k12.dc.gov>, "Carraway, Karlene (DCPS)" <Karlene.Carraway@k12.dc.gov>, "McPherson, Ebon (DCPS)" <Ebon.McPherson@k12.dc.gov>, "Dickson, Jijuan (DCPS)" <Jijuan.Dickson@k12.dc.gov>, "Slattery, Anne-Marie (DCPS)" <annie.slattery@k12.dc.gov>, "Johnson, LaBrea (DCPS)" <labrea.johnson@k12.dc.gov>, "Friedman, Sara (DCPS)" <Sara.Friedman@k12.dc.gov>, "Smith, Angela J. (DCPS)" <angelaj.smith@k12.dc.gov>, "D'Antonio, Stephanie (DCPS)" <stephanie.dantonio@k12.dc.gov>, "Nelson, Valerie (DCPS)" <Valerie.Nelson@k12.dc.gov>, "Paige, Edline (DCPS)" <edline.paige@k12.dc.gov>, "Blagburn, Kimberlie F. (DCPS)" <kimberlie.blagburn@k12.dc.gov>, "Tate, Lauren M. (DCPS)" <lauren.tate@k12.dc.gov>, "Williams, Claudette (DCPS)" <claudette.williams@k12.dc.gov>, "Hinrichs, Caitlin (DCPS)" <Caitlin.Hinrichs@k12.dc.gov>, "Cushman, Katie (DCPS)" <Katie.Cushman@k12.dc.gov>, "Simmons, Jeremy (DCPS)" <Jeremy.Simmons@k12.dc.gov>, "Hollis, Joi" <Joi.Hollis@k12.dc.gov>, "Berkowitz, MScott (DCPS)" <MScott.Berkowitz@k12.dc.gov>
**Subject:** Fw: Save the date! Virtual author visit for PreK 4 and Kindergarten on Monday May 17 2:30-3pm

Dear PreK 4 and Kindergarten teams,

Our PreK 4 and K students have a fun opportunity next month to meet an author virtually!

A few months ago, I was introduced to author Ruby Shamir through our PTA president Lona Valmoro (they are longtime colleagues and friends). Ruby recently published her first picture book (she has published many other books for upper elementary, middle school and adults). This book, "Bunny Figures It Out!" is a sweet story of needing accurate information to answer a question and not knowing where to find it!

I will be pre-reading it in Library Class before the visit as part of our new study on "thinking like a scientist".

Here are a few points you should note at this time and more info will be coming:

- There will be two total virtual visits, one for PreK 4 and K on Monday, May 17 plus one for 1st grade on Tuesday May 18. (Just FYI)
- The visit for our students will take place during the kindergarten specials (art, music, library) time that day (2:30-3pm) and Ms. McPherson and Ms. Houghton are going to work their schedules to have their PreK 4 students also attend via the smartboards. Virtual teachers are invited to join if you'd like but of course it's optional. PreK 4 students who are virtual that day are DEFINITELY invited to attend, but we decided NOT to change their special schedule so they will have a 20-minute class from 2 to 2:20 and then hopefully can get their sillies out and join us at 2:30pm for the author visit.
- I will create a new TEAMS link for this event and send it out next week along with information for families to purchase autographed copies of the book (we are working with Politics & Prose on this).

Let me know if you have any questions. Have a great weekend!

Best,
Sue

Library Media Specialist
Peabody Primary School
Capitol Hill Cluster School
425 C Street NE
Washington DC 20002
school: 202-698-3277

cell: 202-270-9623
Twitter @PeabodyLibrary1
Instagram @peabodylibrary5
Facebook @PeabodyLibraryCHCS

509SPPLOPT6

**Subject:** Re: Evacuation Duty
**Date:** Wednesday, November 3, 2021 at 2:59:44 PM Eastern Daylight Time
**From:** Kayne, Kathryn (DCPS)
**To:** Jurkowski, Kimberlynn (DCPS)
**CC:** Montgomery, Tanisha (DCPS), Boisvert, Mark (DCPS), Washburn, Kevin (DCPS)

Hi Ms. Jurkowski,
Unfortunately you did not respond to my initial call out which is why I became very concerned when I heard what sounded like someone in the room (while I proceeded to search the space without a response.) When I saw you at the shelving cart, while I was calling out a second/third time, your response was more of one indicating irritation while I proceeded to communicate that this was not a drill but an actual emergency. I understand how frustrating evacuations can be but your safety and the safety of our students is paramount. My follow-up email was to ensure that you knew my role in this situation.
I am glad all is well,
Kat

**From:** "Jurkowski, Kimberlynn (DCPS)" <Kimberlynn.Jurkowski@k12.dc.gov>
**Date:** Wednesday, November 3, 2021 at 2:33 PM
**To:** "Kayne, Kathryn (DCPS)" <kathryn.kayne@k12.dc.gov>
**Cc:** "Montgomery, Tanisha (DCPS)" <tanisha.montgomery@k12.dc.gov>, "Boisvert, Mark (DCPS)" <mark.boisvert@k12.dc.gov>, "Washburn, Kevin (DCPS)" <Kevin.Washburn@k12.dc.gov>, "Jurkowski, Kimberlynn (DCPS)" <Kimberlynn.Jurkowski@k12.dc.gov>
**Subject:** Re: Evacuation Duty

Ms. Kayne, thank you for the evacuation check in, and I responded to your check in as I moved to exit the Library, as well.

Kimberlynn Jurkowski, LMS, Watkins

Capitol Hill Cluster School

Watkins Elementary School

420 12th St. SE

Washington, DC 20003

Office: 202-698-3355

0508SPPLOPT63107

1-23-cv-03788-ACR-00000369

**From:** Kayne, Kathryn (DCPS) <kathryn.kayne@k12.dc.gov>
**Sent:** Wednesday, November 3, 2021 1:55 PM
**To:** Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
**Cc:** Montgomery, Tanisha (DCPS) <tanisha.montgomery@k12.dc.gov>; Boisvert, Mark (DCPS)
<mark.boisvert@k12.dc.gov>
**Subject:** Evacuation Duty

Hi Ms. Jurkowski,
I entered the library during our evacuation as part of my duty to sweep the second floor. It is my duty to
ensure that you are aware of the urgency and to support the safety of our students. In the future when I call
out "Is anyone in here?" I would appreciate a response and even a confirmation that the space is clear so
that I can move on to support exiting students on the rest of the floor.
Thank you,
Kat

```
From    : Berkowitz, MScott (DCPS) [MScott.Berkowitz@k12.dc.gov]
Sent    : 5/21/2021 2:08:02 AM
To      : Boisvert, Mark (DCPS) [mark.boisvert@k12.dc.gov]
Subject : FW: Save the date! Virtual author visit for PreK 4 and Kindergarten on Monday
May 17 2:30-3pm
```

This is the author visit information that you and Jurkowski didn't get.

MScott Berkowitz
Principal
Peabody Elementary School and Watkins Elementary School
Peabody: 202-698-3277
Watkins: 202-698-3355
District of Columbia Public Schools
@PeabodyWatkins on Instagram and Twitter
signature_224885444


From: "Bloom, Susan (DCPS)" <Susan.Bloom@k12.dc.gov>
Date: Friday, April 23, 2021 at 3:44 PM
To: "Houghton, Rachel E. (DCPS)" <rachel.houghton@k12.dc.gov>, "Carraway, Karlene (DCPS)"
<Karlene.Carraway@k12.dc.gov>, "McPherson, Ebon (DCPS)" <Ebon.McPherson@k12.dc.gov>,
"Dickson, Jijuan (DCPS)" <Jijuan.Dickson@k12.dc.gov>, "Slattery, Anne-Marie (DCPS)"
<annie.slattery@k12.dc.gov>, "Johnson, LaBrea (DCPS)" <labrea.johnson@k12.dc.gov>,
"Friedman, Sara (DCPS)" <Sara.Friedman@k12.dc.gov>, "Smith, Angela J. (DCPS)"
<angelaj.smith@k12.dc.gov>, "D'Antonio, Stephanie (DCPS)" <stephanie.dantonio@k12.dc.gov>,
"Nelson, Valerie (DCPS)" <Valerie.Nelson@k12.dc.gov>, "Paige, Edline (DCPS)"
<edline.paige@k12.dc.gov>, "Blagburn, Kimberlie F. (DCPS)"
<kimberlie.blagburn@k12.dc.gov>, "Tate, Lauren M. (DCPS)" <lauren.tate@k12.dc.gov>,
"Williams, Claudette (DCPS)" <claudette.williams@k12.dc.gov>, "Hinrichs, Caitlin (DCPS)"
<Caitlin.Hinrichs@k12.dc.gov>, "Cushman, Katie (DCPS)" <Katie.Cushman@k12.dc.gov>,
"Simmons, Jeremy (DCPS)" <Jeremy.Simmons@k12.dc.gov>, "Hollis, Joi"
<Joi.Hollis@k12.dc.gov>, "Berkowitz, MScott (DCPS)" <MScott.Berkowitz@k12.dc.gov>
Subject: Fw: Save the date! Virtual author visit for PreK 4 and Kindergarten on Monday May
17 2:30-3pm

Dear PreK 4 and Kindergarten teams,

Our PreK 4 and K students have a fun opportunity next month to meet an author virtually!

A few months ago, I was introduced to author Ruby Shamir through our PTA president Lona
Valmoro (they are longtime colleagues and friends). Ruby recently published her first
picture book (she has published many other books for upper elementary, middle school and
adults). This book, "Bunny Figures It Out!" is a sweet story of needing accurate
information to answer a question and not knowing where to find it!

I will be pre-reading it in Library Class before the visit as part of our new study on
"thinking like a scientist".

Here are a few points you should note at this time and more info will be coming:
There will be two total virtual visits, one for PreK 4 and K on Monday, May 17 plus one
for 1st grade on Tuesday May 18. (Just FYI)
The visit for our students will take place during the kindergarten specials (art, music,
library) time that day (2:30-3pm) and Ms. McPherson and Ms. Houghton are going to work
their schedules to have their PreK 4 students also attend via the smartboards. Virtual
teachers are invited to join if you'd like but of course it's optional. PreK 4 students

P0001-2345678

who are virtual that day are DEFINITELY invited to attend, but we decided NOT to change
their special schedule so they will have a 20-minute class from 2 to 2:20 and then
hopefully can get their sillies out and join us at 2:30pm for the author visit.
I will create a new TEAMS link for this event and send it out next week along with
information for families to purchase autographed copies of the book (we are working with
Politics & Prose on this).
Let me know if you have any questions. Have a great weekend!

Best,
Sue

Library Media Specialist
Peabody Primary School
Capitol Hill Cluster School
425 C Street NE
Washington DC 20002
school: 202-698-3277
cell: 202-270-9623
Twitter @PeabodyLibrary1
Instagram @peabodylibrary5
Facebook @PeabodyLibraryCHCS

From: Collins, Lynette (DCPS) To: Menelas, Olashola (DCPS); Kurilik, Aaron (DCPS) Subject: FW: Library Ipads Date: Monday, August 26, 2024 5:23:50 PM Attachments: image001.png image002.png image003.png image004.png image005.png image006.png image007.png Outlook-bc2lapw2.png FYI   From: Berkowitz, MScott (DCPS) Sent: Monday, August 26, 2024 4:40 PM To: Collins, Lynette (DCPS) Subject: Fw: Library Ipads        MScott Berkowitz Principal Peabody Elementary School and Watkins Elementary School Peabody: 202-698-3277 Watkins: 202-698-3355 District of Columbia Public Schools @PeabodyWatkins on Instagram and Twitter From: Berkowitz, MScott (DCPS) Sent: Wednesday, October 27, 2021 9:17 PM To: Tynes, Michael (DCPS) ; Peoples, Aimee (DCPS) ; Boisvert, Mark (DCPS) ; DCPS LMER (DCPS) ; Stover, Shawn (DCPS) Cc: Montgomery, Tanisha (DCPS) Subject: Re: Library Ipads   Thanks all.   IRT #8474.   I called 911 just now (not sure why they wouldn't take this on the non-emergency) and they said someone will call me back.  I'll call the SRO tomorrow to make the report. 911 said either is fine.   MScott Berkowitz Principal Peabody Elementary School and Watkins Elementary School Peabody: 202-698-3277 Watkins: 202-698-3355 District of Columbia Public Schools @PeabodyWatkins on Instagram and Twitter   From: Tynes, Michael (DCPS) Date: Wednesday, October 27, 2021 at 5:42 PM To: Peoples, Aimee (DCPS) , Berkowitz, MScott (DCPS) , Boisvert, Mark (DCPS) , DCPS LMER (DCPS) , Stover, Shawn (DCPS) Cc: Montgomery, Tanisha (DCPS) --- OCR From Images --- Capitol Hill Cluster School Where Every Child Achieves Capitol Iiill Cluster School zildAchieves □Subject: RE: Library Ipads Mr. Berkowitz,   Good evening, and I hope you are well.  I will contact you tomorrow morning to discuss next steps and gather some additional information.  Best,   Mike   Michael Tynes Director, Investigation Division Office of The General Counsel (LMER) Desk: 202 576-5026 Cell: 202 306-5180  From: Peoples, Aimee (DCPS) Sent: Wednesday, October 27, 2021 5:37 PM To: Berkowitz, MScott (DCPS) ; Boisvert, Mark (DCPS) ; DCPS LMER (DCPS) ; Stover, Shawn (DCPS) ; Tynes, Michael (DCPS) Cc: Montgomery, Tanisha (DCPS) Subject: RE: Library Ipads   Good evening all, Looping in our Investigations Director, Mike Tynes.   Please go ahead and create an incident report for this and put it in the IRT. Please also call MPD to report the merchandise as stolen.     You do not need to engage with her any further at this point unless asked to do so by Dir. Tynes and/or MPD.   Aimee D. Peoples Interim Deputy Chief, Labor Management and Employee Relations DCPS Sexual Harassment Officer Pronouns: she/her Office of the General Counsel District of Columbia Public Schools   From: Berkowitz, MScott (DCPS) Sent: Tuesday, October 26, 2021 9:33 PM To: Boisvert, Mark (DCPS) ; Peoples, Aimee (DCPS) ; DCPS LMER (DCPS) ; Stover, Shawn (DCPS) Cc: Montgomery, Tanisha (DCPS) Subject: Re: Library Ipads   Hello Ms. Peoples,   I'd like to share the latest on this investigation. AP Boisvert, Ms. Jurkowski, our union rep, Mr. Solis (WTU field rep), Dr. Washburn and I met on Monday to discuss what's going on.  During that meeting, Ms. Jurkowski claimed that she could produce notes that indicated that she returned the iPads to Mr. Boisvert in the Spring of 2020.  Mr. Boisvert is certain that didn't happen.  She emailed the notes last night.  I will forward in another email.  In summary this is what we've done Requested the ipads at least 4 times verbally. Were told the ipads were in storage and would be returned.  This is in writing (2 separate emails) and verbal. We asked again and were told that she had them, needed chargers and to wipe them clean. (She did not confirm or deny this when asked during the meeting.) We told her just bring them. Back.  They weren't brought back. We issue the written warning. She claimed that she returned them in Spring 2020 and has notes to verify that.  We asked for them, she said she would share them but didn't yesterday.  We're asking again in writing. We checked and AP Boisvert was not the technology POC in the Spring of 2020.  Please let us know what our next steps are or if anyone else will take the appropriate next steps.   Thanks for your support.   MScott Berkowitz Principal Peabody Elementary School and Watkins Elementary School Peabody: 202-698-3277 □Watkins: 202-698-3355 District of Columbia Public Schools @PeabodyWatkins on Instagram and Twitter   From: Boisvert, Mark (DCPS) Date: Thursday, October 21, 2021 at 7:34 AM To: Peoples, Aimee (DCPS) , DCPS LMER (DCPS) , Berkowitz, MScott (DCPS) , Stover, Shawn (DCPS) Cc: Montgomery, Tanisha (DCPS) Subject: Re: Library Ipads Thank you. I did just that.   Sincerely, Mark Boisvert   From: "Peoples, Aimee (DCPS)" Date: Wednesday, October 20, 2021 at 10:41 PM To: "Boisvert, Mark (DCPS)" , "DCPS LMER (DCPS)" , "Berkowitz, MScott (DCPS)" , "Stover, Shawn (DCPS)" Cc:

make sure to add a date and continue progressive discipline if that date is not met.   Thank you, Aimee D. Peoples Interim Deputy Chief, Labor Management and Employee Relations DCPS Sexual Harassment Officer Pronouns: she/her   Office of the General Counsel District of Columbia Public Schools   From: Boisvert, Mark (DCPS) Sent: Wednesday, October 20, 2021 9:28 AM To: DCPS LMER (DCPS) ; Berkowitz, MScott (DCPS) ; Stover, Shawn (DCPS) ; Peoples, Aimee (DCPS) Cc: Montgomery, Tanisha (DCPS) Subject: Re: Library Ipads   Hello LMER Team,   I requested the iPads again today. The teacher still has not brought them into school. Is it appropriate to have a return date as part of the written warning, if progressive discipline is needed? My plan is to provide the written warning to the teacher today, so any feedback would be most helpful.   Thank you, Mark Boisvert   -- Mark Boisvert I Assistant Principal Watkins Elementary School 420 12th Street SE Washington, D.C.  20003 School: (202) 698-3355 Cell: (202) 699-1812     From: "DCPS LMER (DCPS)" --- OCR From Images --- L Capitol Hill Cluster School MA 114114 ) Where Every Child Achieves ☐Date: Wednesday, October 13, 2021 at 12:03 PM To: "Berkowitz, MScott (DCPS)" , "Stover, Shawn (DCPS)" , "Peoples, Aimee (DCPS)" Cc: "Boisvert, Mark (DCPS)" , "Montgomery, Tanisha (DCPS)" Subject: RE: Library Ipads   Thank you for the additional information.   Next steps would include implementing progressive discipline. Attached above, you'll find our Progressive Discipline Cheat sheet which includes links to progressive discipline templates. Based on the act and past communication to the employee, you can issue a written warning. We offer draft review should that be something you are interested in prior to issuing the written warning.   Please reach out if we can be additional support.   Best, LMER Team     From: Berkowitz, MScott (DCPS) Sent: Tuesday, October 12, 2021 9:40 PM To: DCPS LMER (DCPS) ; Stover, Shawn (DCPS) ; Peoples, Aimee (DCPS) Cc: Boisvert, Mark (DCPS) ; Montgomery, Tanisha (DCPS) Subject: Re: Library Ipads   Thanks for your response. I have not done anything yet.   We still don't have the ipads back after a few more verbal and written calls for them.   In writing to you, I'm reaching out for advice on what to actually say or do in this situation as it's a new one for me and my team.   Thanks.   MScott Berkowitz Principal Peabody Elementary School and Watkins Elementary School Peabody: 202-698-3277 Watkins: 202-698-3355 District of Columbia Public Schools @PeabodyWatkins on Instagram and Twitter     From: DCPS LMER (DCPS) Date: Tuesday, October 12, 2021 at 5:15 PM To: Berkowitz, MScott (DCPS) , Stover, Shawn (DCPS) , Peoples, Aimee (DCPS) Cc: Boisvert, Mark (DCPS) , Montgomery, Tanisha (DCPS) Subject: RE: Library Ipads Greetings Principal Berkowitz,   We apologize for the delay. Have you issued progressive discipline? If you have, please provide the level of discipline and when it was issued. If not, it will be appropriate to do so starting at the written warning level.   Best, LMER Team     From: Berkowitz, MScott (DCPS) Sent: Tuesday, October 12, 2021 4:21 PM To: Stover, Shawn (DCPS) ; DCPS LMER (DCPS) ; Peoples, Aimee (DCPS) Cc: Boisvert, Mark (DCPS) ; Montgomery, Tanisha (DCPS) Subject: Re: Library Ipads   Hello Aimee,   --- OCR From Images - -- AL II Capitol Hill Cluster School Nhere Every Child Achieves MMM ☐I've had a request out to LMER for a few weeks regarding advice on the issue described in the emails below.  Can you please check and let me know what you think?  If you want to talk, I'd be happy to.   Best, MScott Berkowitz Principal Peabody Elementary School and Watkins Elementary School Peabody: 202-698-3277 Watkins: 202-698-3355 District of Columbia Public Schools @PeabodyWatkins on Instagram and Twitter     From: Stover, Shawn (DCPS) Date: Tuesday, October 12, 2021 at 4:13 PM To: Berkowitz, MScott (DCPS) , DCPS LMER (DCPS) Cc: Boisvert, Mark (DCPS) , Montgomery, Tanisha (DCPS) Subject: RE: Library Ipads Hello,   It may be best to reach out to Aimee Peoples directly.   Sincerely,   John O. Stover III (Shawn)   District of Columbia Public Schools 1200 First St. NE  Washington, DC  20002 C  202-907-1147 P 202-729-3293 E  shawn.stover@dc.gov   From: Berkowitz, MScott (DCPS) Sent: Tuesday, October 12, 2021 4:09 PM To: DCPS LMER (DCPS) ; Stover, Shawn (DCPS) Cc: Boisvert, Mark (DCPS) ; Montgomery, Tanisha (DCPS) Subject: Re: Library Ipads   Hello!  LMER -- is this a current mailbox you use?  @Stover, Shawn (DCPS) can you confirm?   Please see my email below from Sept 29 and Oct 5.   MScott Berkowitz Principal Peabody Elementary School and Watkins Elementary School Peabody: 202-698-3277 Watkins: 202-698-3355 District of Columbia Public Schools @PeabodyWatkins on Instagram and Twitter    From: Berkowitz, MScott (DCPS) Date: Tuesday, October 5, 2021 at 1:45 PM --- OCR From Images --- Capitol Hill Cluster School

Shawn (DCPS) Subject: Re: Library Ipads Hello LMER,  I'm following up on my note from last week.  Thanks.   MScott Berkowitz Principal Peabody Elementary School and Watkins Elementary School Peabody: 202-698-3277 Watkins: 202-698-3355 District of Columbia Public Schools @PeabodyWatkins on Instagram and Twitter    From: Berkowitz, MScott (DCPS) Date: Wednesday, September 29, 2021 at 4:23 PM To: DCPS LMER (DCPS) Cc: Boisvert, Mark (DCPS) , Montgomery, Tanisha (DCPS) Subject: FW: Library Ipads Hello,  I would like to start progressive discipline with this issue as the ipads have not been returned.  Please support with some language to use. I have also talked to the employee in person about them.  Thanks. MScott Berkowitz Principal Peabody Elementary School and Watkins Elementary School Peabody: 202-698-3277 Watkins: 202-698-3355 District of Columbia Public Schools @PeabodyWatkins on Instagram and Twitter    From: Boisvert, Mark (DCPS) Date: Tuesday, September 28, 2021 at 5:59 PM To: Jurkowski, Kimberlynn (DCPS) , Montgomery, Tanisha (DCPS) Cc: Berkowitz, MScott (DCPS) Subject: Re: Library Ipads Hello Ms. Jurkowski,  Thank you for the update. Unfortunately, the need for the iPads has almost expired. Our first grade teachers were needing to borrow them for beginning of year testing requirements. The window for them to assess closes on Wednesday, October 6. The iPads can be returned to the library for use once the testing is complete. There will be times throughout the year that we will need to prioritize their use for testing purposes and we will communicate those to you.  The Scholastic financial department should receive the payment of $666.02 this week. The payment was mailed. I would recommend checking with them on Friday for an update.  Thank you, --- OCR From Images --- Capitol Hill Cluster School Where Every Child Achieves Capitol Hill Cluster School Where Every Child Achieves ⬜Mark B    From: "Jurkowski, Kimberlynn (DCPS)" Date: Monday, September 27, 2021 at 9:43 PM To: "Boisvert, Mark (DCPS)" , "Montgomery, Tanisha (DCPS)" Cc: "Berkowitz, MScott (DCPS)" , "Jurkowski, Kimberlynn (DCPS)" Subject: Re: Library Ipads  Hello, Mr. Boisvert, I was not able to pick up the Ipads over the weekend, but I will pick the Ipads up this weekend.  DCPS expects Watkins Library to support the STEM program for Sphero which is a district wide program that Watkins has participated in for 3 years.  The Ipads are needed for the Sphero program and other Library programs which is why the Capital Hill Community granted funds to Watkins Library over 3 years ago for the Ipads. When will you return the Ipads to the Library?  Also, I spoke with Scholastic financial department today and they are thinking to freeze Watkins' book fair account for non-payment of $666.02 which was due 6/17/21.  May you give me an update on when the funds will be paid to Scholastic?  Thank you, Kimberlynn Jurkowski, LMS, Watkins, Capitol Hill Cluster  From: Boisvert, Mark (DCPS) Sent: Monday, September 27, 2021 4:05 PM To: Jurkowski, Kimberlynn (DCPS) ; Montgomery, Tanisha (DCPS) Cc: Berkowitz, MScott (DCPS) Subject: Re: Library Ipads  Hi Ms. Jurkowski,  Were you able to retrieve the iPads this past weekend? We need to distribute them to first grade teachers.  Thank you, Mark B  From: "Boisvert, Mark (DCPS)" Date: Wednesday, September 22, 2021 at 1:10 PM To: "Jurkowski, Kimberlynn (DCPS)" , "Montgomery, Tanisha (DCPS)" Cc: "Berkowitz, MScott (DCPS)" Subject: Re: Library Ipads  Hi Ms. Jurkowski,  Thank you for the communication. In the future, all DCPS technology or other school property should not leave Watkins. If you need support with additional storage for items, please let admin know. When the iPads are returned, please notify Ms. Montgomery.  Thank you, Mark Boisvert  From: "Jurkowski, Kimberlynn (DCPS)" Date: Wednesday, September 22, 2021 at 11:00 AM To: "Boisvert, Mark (DCPS)" , "Montgomery, Tanisha (DCPS)" Cc: "Jurkowski, Kimberlynn (DCPS)" Subject: Library Ipads  GM, Admin, Ms. Kane and Ms. Montgomery requested to use Library Ipads.  Over the Summer and Covid online time, the Ipads were placed in a secure storage off campus.  I will pick them up this weekend.  Have a nice day.