```
From     : Jurkowski, Kimberlynn (DCPS) [Kimberlynn.Jurkowski@k12.dc.gov]
Sent     : 3/3/2021 12:52:56 AM
To       : allyson.kitchel@gmail.com
CC       : Jurkowski, Kimberlynn (DCPS) [Kimberlynn.Jurkowski@k12.dc.gov]
Subject : Re: Fw: BOB/Debate Letter
Importance  : High
```

Ms. Kitchel and Jackson, I would like to add that BOB/Debate is an improvement over the regular 2018 and 2019 BOB for a few good reasons.  1). The Debate skills are valuable and help to improve academic growth. 2) Stuart Hobson and The Washington Urban Debate League are both a major connection for debate training, local tournaments, and national tournaments. 3) Even if a team does not make it to nationals, each individual debater is given support and promotions based on their performance in speaking, collaborating, and debating.  4) This is the first time that elementary has been allowed to be trained and supported for a debate team. Note only high school and middle school students were allowed and supported for local and national debate teams in DCPS. 5) Watkins is one of 3 elementary schools that received an invite to participate in the program. 6) Watkins' students who participate will be in great shape for future debate teams(middle school, high school, and other debate teams). Thank you, Ms. Kitchel and Jackson.  Have a nice day.

From: Allyson Kitchel <allyson.kitchel@gmail.com>
Sent: Monday, March 1, 2021 2:53 PM
To: Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
Subject: Re: Fw: BOB/Debate Letter

CAUTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

Thanks. Jackson was a lot less excited when he learned BOB was going to be different than last year. I told him to give it a shot, and if he doesn't like it it, he doesn't have to stick with it. If he wants to participate I'll be delighted to help. But need to decline if he isn't.

On Mon, Mar 1, 2021 at 1:21 PM Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov> wrote:

Hello, Ms. Ketchel, thank you for the email.  Yes, the original time was 10am-11am, but Principal Berkowitz may have staff meetings at 10am on Wednesday, so we changed it.  Let me know when you are available to talk about BOB/Debate, we could use your help with the claim, support, and evidence part.  Have a nice day, Ms. Ketchel.

000509SPPLOPT631070 0P7700

From: Allyson Kitchel <allyson.kitchel@gmail.com>
Sent: Monday, March 1, 2021 11:10 AM
To: Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>

Subject: Re: Fw: BOB/Debate Letter

CAUTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

Confirming the Wednesday meetings are at 9 am. Jackson recalls he was told it was at 10 am.

Thanks,
Allyson

On Fri, Feb 26, 2021 at 2:06 PM Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov> wrote:

Hello, Ms. Kitchel, it was a pleasure to speak with you today.  I have included the letter, access links for meeting and Library Course BOB/Debate page with this email.  Let me know if you have questions.  Have a nice weekend.

From: Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
Sent: Friday, February 26, 2021 2:01 PM
To: Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
Cc: Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
Subject: Fw: BOB/Debate Letter

BOB/Debate meeting access link:

https://teams.microsoft.com/l/meetup-
join/19%3ad864478637c3423696809c0aaa42ac2c%40thread.tacv2/1613710029276?
context=%7b%22Tid%22%3a%222aa046ee-b34e-4a33-92b7-
999df2bc0a32%22%2c%22Oid%22%3a%223ecfbbcc-073f-4c61-8782-9a348e0884f1%22%7d

Join conversation
teams.microsoft.com

BOB/Debate resource Library course page access link:

https://dcps.instructure.com/courses/208914

expectations

May 22, 2021 (Debate Tournament Saturday 5/22/21 details TBA), Letter to Parents and Students

Goal: students will compete with partners in mock games BOB/Debate games for Debate Tournament 5/22/21.

Kimberlynn Jurkowski, LMS, Watkins ES, Capitol Hill Cluster.

Kimberlynn.jurkowski@k12.dc.gov

From: Jurkowski, Kimberlynn (DCPS)
Sent: Friday, February 19, 2021 6:22 PM
To: Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>;
kjurkowski777@gmail.com <kjurkowski777@gmail.com>
Subject: BOB/Debate Letter


Hello, Watkins Parents and Students, (February 19, 2021)
Watkins Battle of the Books/Debate Team is joining forces with Stuart Hobson to learn
debate skills, as they battle other elementary schools. Your scholar has requested to
participate as a member of this team. Watkins' BOB/Debate Team will be trained in
BOB/debate skills this season using one book "New Kid" by Jerry Craft with the goal of
learning BOB/debate skills and to practice and compete with other elementary schools. The
PTA will purchase and deliver the books to Watkins and students will receive an email to
pick up the book. The details of the program are as follows:
An Opportunity for Watkins: (Urban Debate):
Debate has a long and exciting history in the Washington area, the center of our nation's
democracy. Sadly, opportunities for debate were only consistently found in elite, private
institutions. The Washington Urban Debate League is the only organization providing free,
high quality debate opportunities for public school students at the middle and high school
level, and elementary. We especially encourage the participation of students of color and
those from financially disadvantaged backgrounds to participate and want our league to
reflect the rich diversity of the metro area. Urban Debate is a member of the National
Association of Urban Debate Leagues (NAUDL), and an official partner of D.C. Public
Schools, Prince George's County Public Schools, and numerous charter school networks, and
tailor our program to fit each school's unique culture and schedule. See WUDL link:
Link to information about WUDL: https://www.urbandebatewashingtondc.org/our-schools
Training Day(s):
Ms. Jurkowski will train and practice BOB/debate skills with students on Wednesday(s),
9am-10am (log-in See Teams Calendar/every Wednesday to log-in. Students will train each
Wednesday using BOB/debate concepts, games, strategy, and ideas to apply their BOB/debate
skills using "New Kid" by Jerry Craft. Students are expected to attend training sessions
and practice with their team each Wednesday (Feb, March, April, and May) to prepare for
the May 22, 2021 Debate Tournament. The WUDL Debate Tournament will be May 22, 2021
(Details TBA). Questions, concerns, email Ms. Jurkowski at
kimberlynn.jurkowski@k12.dc.gov
See Teams Calendar: practice every Wednesday at 9am-10am with Ms. Jurkowski:
Wednesday in February 24 Teams calendar for practice Introduction to BOB/debate at 9am-
10am
Wednesday(s) in March 3, 10, 17, 24, 31 Teams Calendar for practice with New Kid
BOB/debate frame at 9am-10am
Goal: students will be able to understand the basics of BOB/debate frame and practice
applying skills with partners.
Wednesday(s) in April 7, 14, 21, 27 Teams Calendar for practice with New Kid chapters to
apply BOB/debate frame 9am-10am
Goal: students will be able to practice BOB/debate games, with partners, discuss Debate
Tournament 5/22/21.
Wednesday(s) in May 5, 12, 9am-10am to practice BOB/debate games with partners and discuss
Debate Tournament.
May 19 practice and apply BOB/debate skills with partners, discuss Debate Tournament,



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
**Office of the General Counsel**
INVESTIGATIONS DIVISION
3535 V Street N. E. – Washington D. C. – (202) 576-6962 – Fax (202) 576-6593
REPORT OF INVESTIGATION

**Date:** November 12, 2021

## MEMORANDUM

**TO:**          Michael Tynes
Director, Investigation Division
DCPS, Officer of Talent and Culture

**FROM:**     Stacey Carey
Investigator
DCPS, Officer of Talent and Culture

**SUBJECT:**  Kimberlynn Jurkowski (Specialist, Library/Media; Employee I.D. No. ███████)

**COMPLAINANT(S):**
MScott Berkowitz (Principal; Peabody and Watkins Elementary School (Watkins: 202-698-3355; Peabody: 202-698-3277)

**WITNESS(ES):**
Mark Boisvert (Assistant Principal of Watkins Elementary School)
Dr. Kevin Washburn (Director of Library for DCPS)

**DCPS CASE NUMBER:** AD22-0033

**DATE OF REPORT:** Wednesday, October 27, 2021

AD22-0033

**UX 9-1**

**LOCATION OF OCCURRENCE**: Watkins Elementary School (1830 Constitution Avenue NE. Washington, D.C. 20002)

**DATE & TIME OF OCCURRENCE**: Tuesday, September 21, 2021, at 9:00 am

**REGULATIONS VIOLATED:**
**DCMR Title 5: Sections E1401.2(j)** Willful disobedience (theft of DCPS six (6) iPads is **Unsubstantiated** because there wasn't enough evidence to support that Kimberlynn Jurkowski lost, stole, or misplaced six (6) Watkins Elementary School iPads.

**DCMR Title 5, Section 1401.2 (i)** – Dishonesty is **Unsubstantiated** because there is no evidence that Kimberlynn Jurkowski was untruthful about the location of the six (6) iPads assigned to Watkins ES Library. Ms. Jurkowski stated that she misspoke in her Wednesday, September 22, 2021, and Monday, September 28, 2021, when she said the iPads were off-campus and would return them.

**INVESTIGATION**
On Thursday, October 28, 2021, DCPS Investigations Division received School Security incident report number "8474" (see exhibit #1). In the said report, Watkins Elementary School Principal MScott Berkowitz reported that Library/Media Specialist Ms. Kimberlynn Jurkowski refused to return six (6) DSCP School iPads after Vice Principal Mr. Boisvert made four (4) verbal and written requests.

On Friday, October 29, 2021, this Investigator interviewed the complainant, Mr. MScott Berkowitz, the Principal of Watkin and Peabody Elementary Schools (ES), via phone regarding Incident Report "8474," and a statement was obtained (see exhibit #2).

Mr. Berkowitz stated during his interview that Vice Principal, Mark Boisvert, had requested Ms. Jurkowski return six (6) DCPS iPads since Wednesday, September 22, 2021. On four (4) separate occasions, Mr. Boisvert and Ms. Montgomery have requested verbally and in writing for Ms. Jurkowski to return DCPS school property iPads. After two (2) weeks of Ms. Jurkowski stating that she would return the iPads stored off-campus, Ms. Jurkowski claimed that she gave the iPads to Mr. Boisvert in the Spring of 2020. Mr. Berkowitz checked with Mr. Boisvert, and he advised that he did not receive the iPads from Ms. Jurkowski in the Spring of 2020. Moreover, Mr. Boisvert was not the point of contact for technology during that time.

On Monday, November 1, 2021, Vice Principal Mark Boisvert of Watkins ES was interviewed via phone, and an emailed statement was obtained (see exhibit # 3). Mr. Boisvert reported that he has attempted to retrieve six (6) iPads assigned to Watkins ES Library from Ms. Jurkowski since Wednesday, September 22, 2021to no avail. Mr. Boisvert reported that on Wednesday, September 22, 2021, Ms. Kane and Ms. Montgomery requested the use of six (6) iPads assigned to Watkins ES Library for literacy testing. Ms. Jurkowski responded via email on Wednesday, September 22, 2021, to Mr. Boisvert, Ms. Kane, and Ms. Montgomery, and she advised them the iPads were off-

AD22-0033

campus and that she would pick up the property over the weekend and return them on Monday, September 27, 2021 (see exhibit #4). All parties agreed to the date, and in response, Mr. Boisvert sent Ms. Jurkowski an email notifying her that all DCPS technology will be stored on campus (see exhibit #5).

At the close of business on Monday, September 27, 2021, Ms. Jurkowski had not returned the iPads, so Mr. Boisvert sent Ms. Jurkowski an email inquiring if she had retrieved the iPads. Ms. Jurkowski responded via email, replying that she could not pick up the iPads over the weekend; however, she would retrieve the property the following weekend and return the iPads on Monday, October 4, 2021 (see exhibit # 6).

On Tuesday, September 28, 2021, Mr. Boisvert responded to Ms. Jurkowski, letting her know that the need for the iPads is urgent, and the access for the testing closes on Wednesday, October 6, 2021 (see exhibit #7). Mr. Boisvert did not receive a response from Mr. Jurkowski; however, Ms. Jurkowski was out on Covid quarantine leave from Friday, October 1, 2021, until Monday, October 4, 2021. Ms. Jurkowski returned to work on Tuesday, October 5, 2021 without returning the iPads. So, on Tuesday, October 5, 2021, Mr. Boisvert sent Ms. Jurkowski another email giving her until Tuesday, October 12, 2021, to return the iPads since she was quarantined over the weekend (see exhibit #8). However, on Tuesday, October 12, 2021, Ms. Jurkowski still had not returned the iPads, nor did she respond to Mr. Boisvert's email asking for the iPads to be returned to the school (see exhibit #9).

On Wednesday, October 20, 2021, Mr. Boisvert served Ms. Jurkowski a Written Warning requesting the DCPS iPads be returned on Monday, October 25, 2021 (see exhibit #10). Mr. Boisvert also sent Ms. Jurkowski an email reminding her that she was waiting to obtain the chargers for the iPads before she returned the property (see exhibit #11). Ms. Jurkowski did not respond to said email, so On Monday, October 25, 2021, Mr. Boisvert sent Ms. Jurkowski a final email requesting the iPad be returned by the end of the day (see exhibit #12).

On Tuesday, October 26, 2021, Ms. Jurkowski sent an email in response to Mr. Boisvert October 25, 2021, by forwarding an email she sent him on Monday, September 30, 2021 (see exhibit #13), showing that she gave Mr. Boisvert the six (6) iPads for the 2019 school year literacy testing. According to Mr. Boisvert, the DCPS iPads were returned to Ms. Jurkowski, and she used them in the 2020 school year according to Ms. Jurkowski's 2019-2020 Impact Holistic Evaluation (see exhibit # 14). Note, the Impact Statement in section LMS 5: mentioned iPads; however, it doesn't confirm that it's the six (6) missing iPads.

On Friday, November 5, 2021, Dr. Kevin Washburn, the Director of Library Programs for DCPS, was interviewed by the undersigned Investigator, and a typewritten statement was obtained (see exhibit # 15). Dr. Washburn advised that six (6) iPads were donated to Watkins ES Library by the school's PTA in the 2018 – 2019 school. However, Dr. Washburn had concerns that the iPads were never inventoried, nor did Ms. Jurkowski sign for the property. Moreover, there is no documentation of the make or the serial numbers of the six (6) iPads (see exhibit #16).

AD22-0033

On Wednesday, September 22, 2021, Dr. Washburn received an email from Ms. Jurkowski asking if the six (6) iPads gifted by the PTA were DCPS property (see exhibit #17). Dr. Washburn replied, advising Ms. Jurkowski that the property donated by the PTA was the property of DCPS. Dr. Washburn advised that he did not become aware the six (6) iPads were missing until Thursday, October 21, 2021, when he received a phone call from Principal Berkowitz. Principal Berkowitz addressed his concern that Ms. Jurkowski previously stated that she took the iPads of campus and had the property in her storage.

On Friday, November 5, 2021, Ms. Kimberlynn Jurkowski was interviewed through Microsoft Teams with WTU Field Services Specialist Washington Teachers' Union representative Mr. Rejil Solis (see exhibit # 18). Ms. Jurkowski acknowledged receiving her letter from LMER about her administrative investigation, and she admitted to signing the Warning and Assurance (see exhibit #19 and #20). During the interview, Ms. Jurkowski stated that she misspoke in her September 22, 2021, and September 27, 2021 emails when she said she had the six (6) iPads assigned to Watkins ES Library (see exhibit #21).

During the investigatory interview, Ms. Jurkowski stated that she had been employed with DCPS for eight (8) years and is presently Watkins ES Librarian as their Library/Media Specialist. Ms. Jurkowski's duties are to facilitate classroom instruction, identify information resources to enhance teachers' education, and operate the Makerspace STEM Science. Ms. Jurkowski stated that the six (6) iPads in question were used as part of the Makerspace STEM Science Program.

According to Ms. Jurkowski, in 2018, Watkins ES Capitol Hill PTA donated six (6) iPads to the library. The primary use for the iPads was for the Makerspace Stem Science Program, Sphero Program, and Coding Programs. However, in September of 2019, Mr. Boisvert asked for six (6) iPads for literacy testing. So, on Monday, September 20, 2019, Ms. Jurkowski sent Mr. Boisvert an email stating that she would deliver the iPads to him and give him all the information needed to unlock the property (see exhibit # 13). During the 2019 – 2020 school year, Ms. Jurkowski assumed Mr. Boisvert returned the six (6) iPads to the library.

On Wednesday, September 22, 2021, Ms. Kane verbally requested the library's six (6) iPads for the 2021 literacy testing. At the time, Ms. Jurkowski thought she had the iPads, and she attempted to locate them in the library. When Ms. Jurkowski could not find the iPads, Ms. Jurkowski assumed the iPads might have been in storage off-campus. Ms. Jurkowski looked several places off-campus for the iPads and still could not locate the property. In turn, Ms. Jurkowski checked her journal to see if she had any documentation regarding the location of the iPads. Ms. Jurkowski discovered a page in her work journal that she gave the six (6) iPads to Mr. Boisvert (see exhibit # 22). So, Ms. Jurkowski checked her emails and located the September 30, 2019, email reviling that she gave the six (6) missing iPads to Mr. Boisvert. Ms. Jurkowski also stated she doesn't recall the iPads returned, nor does she have any documentation showing that Mr. Boisvert returned the iPads to her.

AD22-0033

**UX 9-4**

On Monday, October 25, 2021, Mr. Boisvert sent a Microsoft Teams virtual meeting to Ms. Jurkowski, Mr. Solis, Principal Berkowitz, Mr. Elmusa, and Dr. Washburn to discuss the Written Warning Ms. Jurkowski received on October 20, 2021. During the October 25, 2021, meeting, Ms. Jurkowski advised the team that she misspoke regarding having the six (6) iPads and that she documented in her journal that she gave the iPads to Mr. Boisvert. Ms. Jurkowski agreed to send a copy of the page stating that she returned the iPads to Mr. Boisvert, and she also sent the September 30, 2019, email saying that she gave Mr. Boisvert the six (6) iPads. Moreover, Ms. Jurkowski had no documentation showing the iPads were returned to the library.

## OTHER INVESTIGATIVE ASPECTS

In Ms. Jurkowski's investigative interview, she stated that another reason she thought she had the iPads, is because, before the Covid break, the iPads were used and kept in the Makerspace room located in the library. However, in June of 2021 (near the end of the school year SY2020-2021), Principal Berkowitz gave Ms. Jurkowski a verbal request to clear out the Makerspace room, which was converted into a classroom. Ms. Jurkowski had less than a week to get all items out of the Library Makerspace room, and all the equipment was stored in the library, and what could not fit was held off-campus. At the time, Ms. Jurkowski was cleaning out the Makerspace room; she did not recall seeing the iPads but assumed they were in one (1) of the boxes.

On Friday, November 5, 2021, Mr. Boisvert sent an email advising that he had checked with the literacy teachers to find out if they had any iPads. Mr. Boisvert reported that two of the teachers who would use the iPads for testing had a mini-iPad; however, since the six (6) iPads were never inventoried, Mr. Boisvert is unsure if the iPads are the ones in question (see exhibit #23).

Finally, on Friday, November 12, 2021, Mr. Boisvert sent this writer an email advising that three (3) additional literacy teachers had in their possession iPads that could be a part of the missing iPads (see exhibit #24).

## FINDINGS

The investigation found no credible evidence that Ms. Kimberlynn Jurkowski violated **DCMR Title 5: Sections. E1401.2(j)** Willful disobedience (return six (6) DCPS Watkin ES Library iPads) and **DCMR Title 5, Section1401.2 (v)– Dishonesty.** During the investigatory interviews and written statements of witness(s) there is no evidence that the subject, Ms. Kimberlynn Jurkowski was in possession of the six (6) iPads donated to Watkin ES Library by the Capitol Hill PTA.

Kimberlynn Jurkowski also said she misspoke when she said she had the six (6) iPads off-campus in her emails from September 22, 2021, and September 27, 2021. After Ms. Jurkowski reviewed her journal and past emails, Ms. Jurkowski realized that on Monday, September 30, 2021, she gave Mr. Boisvert six (6) iPads for the 2019 school year literacy testing. Ms. Jurkowski does not recall

AD22-0033

Mr. Boisvert returning the iPads, nor does she have documentation of receiving the iPads. Finally, Mr. Boisvert has five (5) iPads from the literacy testing teachers that could be the iPads in question.

Therefore, the allegation is **unsubstantiated.**

## EXHIBITS
1. Incident report
2. Principal MScott Berkowitz typewritten statement
3. Mark Boisvert typewritten statement
4. Kimberlynn Jurkowski September 22, 2021, email
5. Mark Boisvert September 22, 2021, email
6. Kimberlynn Jurkowski September 27, 2021, email
7. Mark Boisvert September 28, 2021, email
8. Mark Boisvert October 5, 2021, email
9. Mark Boisvert October 12, 2021, email
10. Written Warning October 20, 2021
11. Mark Boisvert October 20, 2021, email
12. Mark Boisvert October 25, 2021, email
13. Kimberlynn Jurkowski September 30, 2019, email
14. Kimberlynn Jurkowski, 2019-2020 Impact Holistic Evaluation
15. Dr. Kevin Washburn typewritten statement
16. Email #7 to Dr. Washburn from Mr. Boisvert
17. September 22, 2021, email from Ms. Jurkowski to Dr. Washburn
18. Microsoft Teams interview
19. Warning and Assurance
20. Letter for LMER pertaining to this investigation
21. Kimberlynn Jurkowski typewritten statement
22. Page from Kimberlynn Jurkowski work journal
23. Mark Boisvert November 5, 2021, email
24. Mark Boisvert November 12, 2021, email

AD22-0033

**UX 9-6**

From    : Stover, Shawn (DCPS) [shawn.stover@k12.dc.gov]
Sent    : 10/27/2021 3:06:48 PM
To      : Berkowitz, MScott (DCPS) [MScott.Berkowitz@k12.dc.gov]
CC      : Boisvert, Mark (DCPS) [mark.boisvert@k12.dc.gov]
Subject : RE: Makerspace Ipads(6) and codes

Well, I can now add another thing that I am seeing for the first time to the list of crazy
things I have seen in my life as a public educator.  I guess that clears up the whole
issue and Mark really did lose the six laptops, because there is an undated hand written
note that says she is planning on doing so. She probably did it after she made the copies.
If she had put it on a calendar she could also be considered for a Supreme Court vacancy,
though she would have to ensure she did something with Squi

Sincerely,

John O. Stover III (Shawn)

District of Columbia Public Schools
1200 First St. NE
Washington, DC  20002
C   202-907-1147
P  202-729-3293
E   shawn.stover@dc.gov

From: Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>
Sent: Tuesday, October 26, 2021 9:33 PM
To: Boisvert, Mark (DCPS) <mark.boisvert@k12.dc.gov>; Peoples, Aimee (DCPS)
<aimee.d.peoples@k12.dc.gov>; DCPS LMER (DCPS) <dcps.lmer@k12.dc.gov>; Stover, Shawn
(DCPS) <shawn.stover@k12.dc.gov>; Montgomery, Tanisha (DCPS)
<tanisha.montgomery@k12.dc.gov>
Subject: FW: Makerspace Ipads(6) and codes


MScott Berkowitz
Principal
Peabody Elementary School and Watkins Elementary School
Peabody: 202-698-3277
Watkins: 202-698-3355
District of Columbia Public Schools
@PeabodyWatkins on Instagram and Twitter
signature_954568948


From: Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
Date: Tuesday, October 26, 2021 at 9:17 PM
To: Boisvert, Mark (DCPS) <mark.boisvert@k12.dc.gov>
Cc: Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>, Rejil Solis
<rsolis@wtulocal6.net>, Elmusa, Layth (DCPS) <Layth.Elmusa@k12.dc.gov>, Washburn, Kevin
(DCPS) <Kevin.Washburn@k12.dc.gov>, Montgomery, Tanisha (DCPS)
<tanisha.montgomery@k12.dc.gov>, Jurkowski, Kimberlynn (DCPS)
<Kimberlynn.Jurkowski@k12.dc.gov>
Subject: Fw: Makerspace Ipads(6) and codes          000509SPPL006

From: Jurkowski, Kimberlynn (DCPS)
Sent: Monday, September 30, 2019 3:01 PM
To: Boisvert, Mark (DCPS) <mark.boisvert@k12.dc.gov>
Subject: Makerspace Ipads(6) and codes

Hello, Mr. Boisvert, I have included the details for all six Ipads from Watkins Library
Makerspace.

The email for making changes and access to the ICloud are as follows:
Mclasswatkins@icloud.com
(password): Watkins2020
(password for screen unlock):  111111
Each Ipad has a name: Mclass1, Mclass2, Mclass3, Mclass4, Mclass5, and
Mclass6.
Each Ipad includes a power cord and a case.

I will deliver Ipad bag to your office today.

```
From    : Stover, Shawn (DCPS) [shawn.stover@k12.dc.gov]
Sent    : 10/27/2021 3:06:48 PM
To      : Berkowitz, MScott (DCPS) [MScott.Berkowitz@k12.dc.gov]
CC      : Boisvert, Mark (DCPS) [mark.boisvert@k12.dc.gov]
Subject : RE: Makerspace Ipads(6) and codes
```

Well, I can now add another thing that I am seeing for the first time to the list of crazy
things I have seen in my life as a public educator. I guess that clears up the whole
issue and Mark really did lose the six laptops, because there is an undated hand written
note that says she is planning on doing so. She probably did it after she made the copies.
If she had put it on a calendar she could also be considered for a Supreme Court vacancy,
though she would also have to ensure she did something with Squi

Sincerely,

John O. Stover III (Shawn)

District of Columbia Public Schools
1200 First St. NE
Washington, DC  20002
C  202-907-1147
P 202-729-3293
E  shawn.stover@dc.gov

From: Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>
Sent: Tuesday, October 26, 2021 9:33 PM
To: Boisvert, Mark (DCPS) <mark.boisvert@k12.dc.gov>; Peoples, Aimee (DCPS)
<aimee.d.peoples@k12.dc.gov>; DCPS LMER (DCPS) <dcps.lmer@k12.dc.gov>; Stover, Shawn
(DCPS) <shawn.stover@k12.dc.gov>; Montgomery, Tanisha (DCPS)
<tanisha.montgomery@k12.dc.gov>
Subject: FW: Makerspace Ipads(6) and codes


MScott Berkowitz
Principal
Peabody Elementary School and Watkins Elementary School
Peabody: 202-698-3277
Watkins: 202-698-3355
District of Columbia Public Schools
@PeabodyWatkins on Instagram and Twitter
signature_954568948


From: Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
Date: Tuesday, October 26, 2021 at 9:17 PM
To: Boisvert, Mark (DCPS) <mark.boisvert@k12.dc.gov>
Cc: Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>, Rejil Solis
<rsolis@wtulocal6.net>, Elmusa, Layth (DCPS) <Layth.Elmusa@k12.dc.gov>, Washburn, Kevin
(DCPS) <Kevin.Washburn@k12.dc.gov>, Montgomery, Tanisha (DCPS)
<tanisha.montgomery@k12.dc.gov>, Jurkowski, Kimberlynn (DCPS)
<Kimberlynn.Jurkowski@k12.dc.gov>
Subject: Fw: Makerspace Ipads(6) and codes
```

000509SPPL006

From: Jurkowski, Kimberlynn (DCPS)
Sent: Monday, September 30, 2019 3:01 PM
To: Boisvert, Mark (DCPS) <mark.boisvert@k12.dc.gov>
Subject: Makerspace Ipads(6) and codes

Hello, Mr. Boisvert, I have included the details for all six Ipads from Watkins Library
Makerspace.

The email for making changes and access to the ICloud are as follows:
Mclasswatkins@icloud.com
(password): Watkins2020
(password for screen unlock):  111111
Each Ipad has a name: Mclass1, Mclass2, Mclass3, Mclass4, Mclass5, and
Mclass6.
Each Ipad includes a power cord and a case.

I will deliver Ipad bag to your office today.

September 28, 2020
Alison L. Perine and William E. Olson
Alexandria, VA

To the Honorable Members of the Alexandria City School Board:

We, the parents of a current Alexandria City Public Schools (ACPS) mixed-race, special needs student, submit this public comment relevant to your deliberations about whether to renew the Memorandum of Understanding (MOU) between ACPS and the Alexandria Police Department (APD). We submit that there are two significant issues relevant to these deliberations that are essential to ensuring that children's rights are protected while under ACPS's care. The issues are:

(1) is APD sufficiently committed to ensuring that ACPS students, particularly special needs and minority students, subject to police interrogation when under the care of ACPS, have sufficient information to make informed decisions about participating in an interrogation without their parents present or without legal representation; and

(2) is ACPS, particularly the ACPS Office of Safety and Security and its Director, John Contreras, sufficiently committed to ensuring that ACPS complies with ACPS School Board Policy KNAJ prior to police interrogations of ACPS students either by a School Resource Officer (SRO) under the MOU or an APD law enforcement officer?

The troubling experiences on December 13, 2019 of our then eight-year old special needs child ("our Child") at the Jefferson-Houston K-8 school (J-H), and the response of APD and Mr. Contreras to these events, demonstrate that the answer to both these questions is no. On December 13, as a result of misinformed instructions from the ACPS Office of Safety and Security, an APD law enforcement officer[1] interrogated our Child while under the care of ACPS knowing that we, the parents of the interrogated child, did not have actual knowledge of the interrogation.

As detailed below, the APD law enforcement officer, before the interrogation, knew that efforts to speak with our Child's mother, Alison L. Perine, had been unsuccessful and that no effort had been made to contact our Child's father, William E. Olson. Moreover, ACPS staff already had determined that our Child was not a threat and had permitted him to return to class. Thus, there was no law enforcement need to conduct the interrogation without our actual knowledge and the interrogation violated ACPS School Board Policy KNAJ because a "reasonable effort" to contact us had not occurred.

This violation of ACPS School Board Policy KNAJ subjected a special needs child to an unnecessary police interrogation that resulted in harm to his mental health. We also did not have

---

[1] In this comment, we have not included the names of non-managerial level employees of APD and ACPS and redacted such names from the attachments. We have also redacted the name of our Child and our personal information.

2 P L O P T 2 3 4 5 0 7 0 9 0 3 3 4 5 9 0

Public Comment of Alison L. Perine and William E. Olson
Renewal of the Memorandum of Understanding Between the Alexandria Police Department and
the Alexandria City Public Schools
September 28, 2020

the opportunity to assist him in deciding whether to invoke his Constitutional rights to legal
counsel or to remain silent and our Child experienced continued negative mental health effects.

These events of December 13 illustrate that the relationship between APD and ACPS creates
risks to children under ACPS's care, particularly special needs and minority students.

The actions of APD and the ACPS Office of Safety and Security, particularly its Director, John
Contreras, after the interrogation of our Child, further highlighted the risk of police
interrogations of children under ACPS's care without appropriate notice to the children's parents
or guardians. In a phone call with Mr. Olson after the interrogation, the APD law enforcement
officer misrepresented his awareness of our lack of knowledge of the interrogation before it
occurred. When we filed a complaint with APD after discovering the APD law enforcement
officer's misrepresentations, APD closed its investigation after a perfunctory review and without
committing to any operational changes to ensure that a "reasonable effort" to contact the
children's parents or guardians will be made before APD interrogations of ACPS students when
under ACPS's care.

Moreover, Mr. Contreras's e-mail six weeks after the December 13 about the interrogation
demonstrates a troubling lack of focus on compliance with ACPS School Board Policy KNAJ.
Shortly after the interrogation, Superintendent Gregory C. Hutchings Jr. committed to take steps
to ensure compliance with ACPS School Board Policy KNAJ going forward. Despite this
commitment, Mr. Contreras, six weeks later, sent a January 29, 2020 e-mail about the events of
December 13 that showed that neither he nor ACPS's Office of Safety and Security had
conducted any investigation about how ACPS School Board Policy KNAJ was violated in
connection with the interrogation of our Child. Mr. Contreras also described troubling actions
that ACPS's Office of Safety and Security would take in light of the events of December 13
based on misinformation about the actions of our Child. Tellingly, his e-mail contained no
information about remedial steps for ensuring compliance with ACPS School Board Policy
KNAJ going forward.

For the reasons stated below, we submit that the MOU should not be renewed unless, at a
minimum, both the APD and the ACPS Office of Safety and Security present a satisfactory
detailed plan on how they will ensure that a "reasonable effort" is made to contact ACPS
students' parent(s) or guardian(s) before APD interrogations of ACPS students occur.

## I.    Unnecessary December 13, 2019 APD Interrogation of our Special Needs Child In Violation of ACPS Policy

As of December 13, 2019, our Child was an eight-year old third grade special needs student at J-
H. Our Child has been medically diagnosed with Anxiety Disorder with Obsessive and
Depressive tendencies, Asperger's Syndrome (Autism Spectrum), Attention Deficit Hyperactive
Disorder – Inattentive Type, Mixed-Type Dyslexia, and Mixed-Type Dysgraphia. ACPS has
currently recognized that our Child is eligible for special education services and accommodations
based on Autism. On December 13, 2019, our Child's IEP eligibility was based on his specific

2

Public Comment of Alison L. Perine and William E. Olson
Renewal of the Memorandum of Understanding Between the Alexandria Police Department and
the Alexandria City Public Schools
September 28, 2020

learning disabilities. We are African-American and White respectively. Our Child is currently an ACPS fourth grader at a school other than J-H.

Our child re-enrolled in ACPS on October 8, 2019 after previously attending J-H for his Kindergarten year. In the weeks after his re-enrollment at J-H, our special needs Child struggled with functioning in the classroom. On January 15, 2020, we discovered that our Child was being bullied by fellow classmates at J-H. A subsequent investigation led by ACPS's Director of Alternative Programs and Equity confirmed that our Child was bullied when a J-H student.

### A. J-H Determined That Our Son Was Not A Threat to Himself or Others

The events of December 13 arose from an incident early in the day between our Child and a classmate who later was confirmed to have bullied our Child. J-H staff told us that our Child allegedly made a threatening statement about his classmate while they were removing our Child from the classroom. Our Child allegedly made the statement at a location outside of the classmate's range of hearing.

A J-H Paraprofessional contacted Ms. Perine about this incident at 8:30 AM on December 13. Ms. Perine arrived at J-H at approximately 8:45 AM and was at the school between approximately 8:45 AM and 9:15 AM. During this time-frame, J-H Assistant Principal Tiffany Young and the Paraprofessional spoke with Ms. Perine about the incident and Ms. Young completed a threat assessment regarding our Child. At no time while Ms. Perine was at J-H did any J-H personnel inform Ms. Perine that APD would interrogate our Child and that Ms. Perine could be present for the interrogation.

After Ms. Perine left J-H, at approximately 9:15 AM, J-H staff permitted our Child to rejoin his class. That action indicates that J-H staff had determined that our Child was not a threat. Moreover, a text message from Darrell Sampson, Executive Director, Student Support Teams, to ACPS Chief of Student Services, Alternative Programs, and Equity Julia A. Crawford confirms that the threat assessment was completed and the alleged threatening statement was "transient," meaning that it was a statement that did not express a lasting intent to harm someone. *See* Text message chain from D. Sampson's phone at Ex. A. At 9:40 AM, our Child began music class with his classmates and was participating in class with no issue. J-H's action in permitting our Child to return to class establishes that there was no immediate need for APD to interrogate our Child.

Apart from Ms. Young and the Paraprofessional's interaction with Ms. Perine, a J-H School Security Officer (SSO) contacted the ACPS Office of Safety and Security about the events involving our Child. *See* J. Contreras's January 29, 2020, 11:19 AM e-mail attached as Ex. B. The ACPS Office of Safety and Security directed the J-H SSO to contact APD about the events and to inform J-H Academic Principal Dustin Barnes. *Id.* Mr. Contreras's e-mails show that the ACPS Office of Safety and Security based its direction to J-H to involve APD based on inaccurate and incomplete information.

2 P L O P T 2 3 4 5 6 7 8 9 0 3 3 4 5 9 0

3

Public Comment of Alison L. Perine and William E. Olson
Renewal of the Memorandum of Understanding Between the Alexandria Police Department and the Alexandria City Public Schools
September 28, 2020

The ACPS Office of Safety and Security directed J-H to contact APD about our Child without knowledge that J-H already had conducted a threat assessment finding that his alleged statement was "transient" and determined that our Child could return to class reflecting that our Child was not a threat to himself or others. *See id.* Moreover, in an e-mail to Dr. Gerald Mann, Jr., ACPS Executive Director of Instructional Support, on December 13 at 10:54 AM, Mr. Contreras inaccurately described our Child's conduct as consisting of a "direct threat" to a classmate when ACPS staff had already determined our Child's statement was outside of range of hearing of his classmate and was transient in nature.[2] *See* J. Contreras December 13, 2019 10:10:48 AM e-mail at Ex. C.

Moreover, Mr. Contreras's e-mails show that the ACPS Office of Safety and Security provided direction to J-H about how to handle our Child without any knowledge of his special needs which included Autism and Anxiety Disorder. *See* Exs. B and C. Mr. Contreras's omission is especially troubling because our Child's conduct on December 13 was clearly affected by his Anxiety Disorder and Autism that inhibited his ability to function in a difficult classroom setting that included bullying that had not yet been discovered.

While Mr. Sampson was contacted about the experience of our Child on December 13, we are not aware of any school counselor having direct contact with our Child on December 13 when he clearly needed such mental health support. Mr. Sampson exchanged text messages with J-H Principal MScott Berkowitz, J-H Academic Principal Barnes, and J-H Assistant Principal Young. Rather than being concerned about our Child's well-being, one of the J-H administrators seemed more focused on how their handling of the events of December 13 would be viewed when one of them wrote: "Remember, we have experience even if it is not in ACPS. ***You made this harder and made our school look like we didn't know what we are doing.***" *See* Text Message between D. Sampson, MS. Berkowitz, D. Barnes, and T. Young collected from D. Sampson's phone, attached as Ex. D (emphasis added).

---

[2] We have redacted Mr. Contreras's descriptions in his December 13, 2019 and January 29, 2020 e-mails of our Child's alleged statement because the contents of Mr. Contreras's e-mails about our Child create significant reason to doubt the accuracy of his knowledge of our Child's actions. *See* Exs. B and C. We also redacted a reference to Mr. Contreras's views of our Child's conduct in Mr. Sampson's text chain with Dr. Crawford because it is again inaccurate regarding our Child's conduct and also misstates a fact about our family's living situation. *See* Ex. A. For the same reason, we also redacted Dr. Hutchings's reference to our Child's alleged conduct in a December 14, 2019 e-mail. *See* Ex. G.

Public Comment of Alison L. Perine and William E. Olson
Renewal of the Memorandum of Understanding Between the Alexandria Police Department and
the Alexandria City Public Schools
September 28, 2020

### B. ACPS Violated ACPS School Board Policy KNAJ In Connection with the APD Interrogation of Our Child and the APD Law Enforcement Officer Knew That We Did Not Have Actual Notice of the Interrogation

At some point after 9:40 AM, an APD officer arrived at J-H to interrogate our Child. ACPS policy requires that the school make a "reasonable effort" to contact the student's parents before permitting the police to interrogate a student. Specifically, ACPS School Board Policy KNAJ provides that:

> When it becomes necessary for any law enforcement officer to interrogate a student on school premises, the school principal shall be contacted immediately. *The principal or his/her designee shall make a reasonable effort to contact the parent or guardian and have the parent or guardian in attendance for the conference.* If the parent or guardian cannot be present for the conference, then the principal or his/her designee shall be present throughout the interrogation.

*See id.* (emphasis added).

ACPS/J-H personnel did not comply with ACPS School Board Policy KNAJ and the APD law enforcement officer conducted the interrogation of our Child with actual knowledge of this non-compliance. The APD law enforcement officer, in the presence of Assistant Principal Young, placed a phone call to Ms. Perine on his phone to inform her about the interrogation. *See* MScott Berkowitz January 29, 2020 12:22 PM e-mail attached at Ex. E. The APD law enforcement officer did not reach Ms. Perine and left her a voice-mail message at 10:17 AM. *See id.* Ms. Young also attempted to contact Ms. Perine on J-H's landline. *Id.* Ms. Young left Ms. Perine a voice-mail at 10:25 AM. Neither the APD law enforcement officer nor anyone with ACPS made any attempt to contact Mr. Olson, or any of our Child's other emergency contacts, prior to the interrogation.

At an unknown point of time, Ms. Young and the J-H Paraprofessional removed our Child from his class and brought him to the APD law enforcement officer for the interrogation that violated ACPS School Board Policy KNAJ. The APD law enforcement officer had no law enforcement purpose for conducting this interrogation of an eight-year old special needs child without his parents' actual knowledge because the J-H staff already had determined our Child was not a threat and that his alleged statements were transient. ACPS's actions that allowed this interrogation deprived us of our ability to help our Child choose whether to invoke his Constitutional rights to have legal representation or to remain silent.

While this violation of ACPS School Board Policy KNAJ did not result in our Child being arrested, these events caused our Child to suffer negative consequences. We were required to instruct our Child about how to invoke his Fifth Amendment rights because ACPS and the APD law enforcement officer had demonstrated that they would not protect our Child and ensure he had sufficient opportunity to invoke his rights. Moreover, our Child's Anxiety Disorder, further exacerbated by J-H's failure to protect out Child from bullying, led to our Child's three week

2 P L 0 P T 2 3 4 5 6 7 8 8 0 3 3 4 5 9 0

Public Comment of Alison L. Perine and William E. Olson
Renewal of the Memorandum of Understanding Between the Alexandria Police Department and
the Alexandria City Public Schools
September 28, 2020

medical leave from ACPS in late January 2020. Our child continues to experience anxiety and obsessions regarding uniformed law enforcement officers in light of his experiences on December 13, 2019.

## II.    The APD and the ACPS Office of Safety and Security, and its Current Director, Have Not Shown A Commitment To Ensuring that Students' Rights Are Protected in Connection with APD Interrogations of ACPS Students

The events surrounding the APD law enforcement officer's December 13 interrogation of our Child raise significant concerns about whether either APD or the ACPS Office of Safety and Security are committed to ensuring that students under ACPS's care have enough information to make informed decisions about participating in a police interrogation. The actions of APD and the ACPS Office of Safety and Security, particularly Mr. Contreras, subsequent to the December 13 interrogation, confirm these concerns.

Once Mr. Olson finally learned about the interrogation from his wife, Mr. Olson immediately called the APD Law Enforcement Officer to learn how this interrogation could have occurred without our knowledge. In that phone call, the APD Law Enforcement Officer misled Mr. Olson by giving the impression that he thought J-H's staff had informed us of the interrogation before it occurred. As noted above, the APD officer knew that we were not successfully contacted about the interrogation before he conducted it.

We did not confirm the APD law enforcement officer's misrepresentations until receiving J-H Principal Berkowitz's January 29 e-mail referenced above. *See* Ex. E. Once we fully understood APD's role in the events of December 13, we filed a complaint with APD's Internal Affairs Section and APD Chief Michael L. Brown on February 24, 2020 about these events.

APD's handling of this complaint demonstrates APD's insufficient concern about protecting the rights of ACPS students in connection with police interrogations. In particular, APD handled our complaint in a perfunctory manner. Rather than the Internal Affairs Section conducting an independent investigation, APD directed the APD law enforcement officer's direct supervisor to look into our complaint.

In a June 17, 2020 letter, APD Chief Brown informed us of the closing of the APD investigation of our complaint. Chief Brown wrote that the "investigation revealed that Officer [REDACTED] conduct did not violate any City regulation, Departmental policy, or state law." *See* June 17, 2020 M.L. Brown Letter at Ex. F. Chief Brown's letter contained no reference to any APD operational changes that would be implemented to ensure that unnecessary police interrogations of ACPS students, without actual notice to the students' parents, would occur in the future. *Id.*

In contrast, ACPS has recognized the mistakes made on December 13 and shown some willingness to address them. Specifically, Dr. Mann, in a June 23, 2020 phone call, stated that he recognized that the APD interrogation of our Child should not have occurred without our knowledge and expressed willingness to take steps to avoid such an event occurring in the future.

6

Public Comment of Alison L. Perine and William E. Olson
Renewal of the Memorandum of Understanding Between the Alexandria Police Department and
the Alexandria City Public Schools
September 28, 2020

We still, however, have concerns about whether ACPS will take sufficient action to ensure future compliance with ACPS School Board Policy KNAJ. Internal ACPS documents produced in response to our VFOIA requests do not show any written instructions to address problems with compliance with ACPS School Board Policy KNAJ after we immediately raised concerns about the events of December 13. Moreover, Mr. Contreras's e-mails raise concerns about whether he and the ACPS Office of Safety and Security have sufficient commitment to ensuring ACPS's compliance with ACPS School Board Policy KNAJ.

On January 29, 2020, Mr. Contreras sent an e-mail to Dr. Crawford about the events of December 13. *See* Ex. B. In the six weeks prior to this e-mail, we had contacted Superintendent Hutchings directly multiple times about the events of December 13, 2019 because we had immediate concerns about our child's safety in ACPS's care. On December 14, 2019, Dr. Hutchings wrote that "we will be sure to provide more specifics regarding [ACPS School Board Policy KNAJ] with our staff." *See* G.C. Hutchings, Jr. December 14, 2019 1:40 PM E-mail at Ex. G. Regarding the interrogation, Dr. Hutchings also wrote that:

> [w]e definitely should have attempted to contact your husband as well in this situation. I've spoken with our team regarding this matter and we will be sure to make every attempt to contact a parent anytime a child is being questioned by a police officer prior to the meeting. As mentioned, this should not have happened without exhausting all contact numbers to ensure that [our Child] had representation from a parent when speaking with the police officer. This will not happen again.

*See* G.C. Hutchings, Jr. December 17, 2019 9:29 AM E-mail at Ex. H.

Despite Dr. Hutchings's commitments to address the issues raised by the December 13 interrogation of our Child, Mr. Contreras's January 29, 2020 e-mail shows no concern about ACPS's compliance with ACPS School Board Policy KNAJ. The e-mail demonstrates that Mr. Contreras had made no inquiry about whether we were notified prior to the APD interrogation of our child. Six weeks after the APD interrogation of our child, Mr. Contreras wrote to Dr. Crawford that "Ms. Young and a police officer did speak to the student who made the threat. No S&SS personnel were in this meeting. S&SS is not aware what was discussed during the meeting or *if the parent was notified this was taking place*." *See* Ex. B (emphasis added).

Mr. Contreras's January 29, 2020 e-mail also contains troubling directions about unwarranted APD involvement in addressing statements of ACPS students that could be perceived as threats, regardless of who made the statement and in what circumstances. In particular, Mr. Contreras, wrote on January 29, 2020 that "Safety & Security Services (S&SS) is not aware if a Threat Assessment was completed" and that it "has no information whether this threat was Transient Threat or Higher." *Id.* As noted above, J-H personnel had conducted a threat assessment of our special needs Child, had found our Child's statement to be transient and allowed him to return to class, reflecting a finding that our special needs Child was not a threat to himself or others.

7

Public Comment of Alison L. Perine and William E. Olson
Renewal of the Memorandum of Understanding Between the Alexandria Police Department and
the Alexandria City Public Schools
September 28, 2020

Although he appears to have remained ignorant about our Child being a special needs student or
about our Child's actual conduct and state of mind on December 13, 2019, Mr. Contreras
informed Dr. Crawford that ACPS's Office of Safety and Security would take the following
actions in light of the events of December 13:

> S&SS will remind schools that the police department should be called when a
> threat involves a 'shooting' or when it is possible a crime has been committed.

> S&SS will remind schools that they should involve the police to sit in on a threat
> assessment when possible.

*Id.* Notably absent in Mr. Contreras's directions was any recognition of the need for ACPS to
comply with ACPS School Board Policy KNAJ. This omission is especially concerning if Mr.
Contreras intends on APD sitting in on any threat assessment conducted within ACPS going
forward. Moreover, it remains unclear why the statements made by a frustrated, bullied,
Autistic, and anxious eight-year old warranted police involvement in the first place especially
when our Child had been permitted to return to class.

### III. Renewal of the MOU Should, At A Minimum, Be Contingent on Evidence That APD and the ACPS Office of Safety and Security, and its Current Director, Have Taken Remedial Action to Show a Commitment To Ensuring that Students' Rights Are Protected in Connection with APD Interrogations of ACPS Students

As a general matter, school districts throughout the country have been reassessing the
appropriateness of School Resource Officers (SROs) in schools because their presence create a
disproportionate danger of arrest for minority and special needs students. *See e.g.*, Goldstein,
Dana, Do Police Officers Make Schools Safer or More Dangerous, *The New York Times*, June
12, 2020 (accessible at https://www.nytimes.com/2020/06/12/us/schools-police-resource-
officers.html); ACLU, Cops and No Counselors: How the Lack of School Mental Health Staff Is
Harming Students (accessible at https://www.aclu.org/report/cops-and-no-counselors).

The troubling events of December 13 described above involved an APD law enforcement
officer's interrogation of an ACPS mixed-race special needs student without parental knowledge.
This police interaction could have resulted in the unwarranted arrest of an eight year old mixed
race special needs student who really needed mental health counseling.

The MOU enables sworn APD law enforcement officers, in the role of SROs, to be stationed in
ACPS buildings on a daily basis. The constant presence of SROs in ACPS buildings exacerbates
the risk of police interrogations of ACPS students without providing sufficient protection of
those students' rights and could ultimately result in arrests of ACPS students. Regardless of the
actual language in the MOU on Investigation and Questioning, the circumstances of the
December 13, 2019 interrogation of our Child, and the actions of APD and the ACPS Office of

Public Comment of Alison L. Perine and William E. Olson
Renewal of the Memorandum of Understanding Between the Alexandria Police Department and the Alexandria City Public Schools
September 28, 2020

Safety and Security after that interrogation, raises significant doubts about whether a "reasonable effort" will be made to contact ACPS students' parents prior to an APD interrogation occurring.

Because of these issues, we submit that the MOU should not be renewed unless, at a minimum, both the APD and the ACPS Office of Safety and Security present a satisfactory detailed plan on how they will ensure that a "reasonable effort" is made to contact ACPS students' parent(s) or guardian(s) before APD interrogations of ACPS students occur.[3] Such a plan could include appropriate re-training of SROs and other APD law enforcement officers who interact with ACPS students on ACPS property as well as ACPS personnel, especially the ACPS Office of Safety and Security, involved with police interrogations.

Moreover, the language of any renewed MOU should explicitly require SROs to ensure that ACPS School Board Policy KNAJ has been complied with prior to proceeding with an interrogation of an ACPS student. In addition, the language of the MOU should explicitly require the SRO not only to inform the student "generally of the purpose of the investigation, warned against self-incrimination in a developmentally appropriate manner, and given an opportunity to present informally his or her knowledge of the facts," but also that the student has the right to remain silent, that the student is free to leave the interrogation, and that the student has the right to request that his or her parent(s) or guardian(s) or an attorney be present at any time during the interrogation.

We thank the Members of the Alexandria City School Board for considering this public comment in your deliberations on the renewal of the MOU.

Respectfully submitted,

s/ Alison L. Perine    /s William E. Olson
Alison L. Perine and William E. Olson
Alexandria, Virginia

---

[3] In this comment, we are not offering an opinion on whether or not there are other grounds for not renewing the MOU.

2 P L O P T 2 3 4 5 6 7 8 9 0 3 3 4 5 8 0

# EXHIBIT A



Screenshots of text message conversation between Julie Crawford and Darrell Sampson, December 13, 2019. Collected from Darrell Sampson's phone.

# EXHIBIT B

Zimbra

john.contreras@acps.k12.va.us

# Re: Time to talk briefly this morning?

From : John Contreras
       <john.contreras@acps.k12.va.us>                    Wed, Jan 29, 2020 11:19 AM
Subject : Re: Time to talk briefly this morning?
   To : Julie Crawford <julie.crawford@acps.k12.va.us>
   Cc : James Bartlett <james.bartlett@acps.k12.va.us>,
        Dawn Daly <dawn.daly@acps.k12.va.us>

Hi

The short answer is, YES. Jefferson Houston was advised to notify the police
department about this threat.

I spoke to Dawn and our SSO at Jefferson Houston. Here is what we know:

- MScott was not at JH on this day.
- Ms. Young and Mr. Barnes were present at JH on Dec. 13.
- Safety & Security Services (S&SS) is not aware if a Threat Assessment was
  completed.
- Parent of student making the threat did go to the school. Unsure if police had
  been notified yet, but police was not present when this parent was there.
- Sometime during this incident SSO ▮▮▮▮▮ called Dawn to inform of the incident.
  SSO Bryant was advised that the police should be notified that a threat of a
  shooting was made. SSO ▮▮▮▮▮ relayed this information to Mr. Barnes.
- S&SS will remind schools that the police department should be called when a
  threat involves a "shooting" or when it is possible a crime has been committed.
- S&SS will remind schools that they should involve the police to sit in on a threat
  assessment when possible.
- Sometime during this incident the police department was notified about the
  incident and arrived at JH. The parent of the student making the threat had
  already left the school.
- It is not clear if a Threat Assessment had taken place or not, by this time.
  Safety & Security Services had no information whether this threat was a
  Transient Threat or Higher.
- Ms. Young and a police officer did speak to the student that made the threat.
  No S&SS personnel were in this meeting. S&SS is not aware what was
  discussed during the meeting with the Student or if the parent was notified this
  was taking place.

That is what we have so far. Please let me know if you have additional questions.

2 P L O P T 2 3 4 5 6 7 8 9 0 3 3 4 5 9 0

(571) 255-9720 (Mobile)

**From:** "Julie Crawford" <julie.crawford@acps.k12.va.us>
**To:** "Dawn Caldwell" <dawn.caldwell@acps.k12.va.us>, "John Contreras" <john.contreras@acps.k12.va.us>
**Cc:** "James Bartlett" <james.bartlett@acps.k12.va.us>
**Sent:** Wednesday, January 29, 2020 9:55:11 AM
**Subject:** Time to talk briefly this morning?

Good morning. I wanted to give you a heads up that we are providing some answers to parents from JH regarding the mid-December event where the police were called after the mom had left the building. I would like you to see the responses if you were there at the time the officer was. If you are around can you text or call me? 703-965-2028 Thank you!

Dr. Julie A. Crawford
Chief of Student Services, Alternative Programs & Equity
Alexandria City Public Schools
1340 Braddock Place
Alexandria, VA 22314
703-619-8034

# EXHIBIT C

2 PL0PT234587890334590

**Zimbra**                                                    **darrell.sampson@acps.k12.va.us**

## Re: Threat at Jefferson Houston

**From :** Darrell J. Sampson                                 Fri, Dec 13, 2019 10:40 AM
            <darrell.sampson@acps.k12.va.us>

**Subject :** Re: Threat at Jefferson Houston

     **To :** Julie Crawford
            <julie.crawford@acps.k12.va.us>

     **Cc :** JOHN BAKER
            <john.baker@acps.k12.va.us>, Arnecia
            Moody
            <arnecia.moody@acps.k12.va.us>

I will.  Reaching out to MScott now.

Darrell Sampson, MA, LPC, NCC
Director, K-12 School Counseling
Alexandria City Public Schools
1340 Braddock Place, 5th Floor
Alexandria, Virginia, 22314
703-619-8405
darrell.sampson@acps.k12.va.us
ACPS School Counseling Website

Follow me on Twitter @ACPS_SC

*CONFIDENTIAL INFORMATION: This electronic message and any attachments are confidential and intended solely for the use of the person to whom it was addressed. Any other interception, copying, accessing, or disclosure of this message without the express authorization of the addressee is prohibited. The sender takes no responsibility for any unauthorized reliance on this message.  If you have received this message in error, please immediately notify the sender and purge the message you received.*

**From:** "Julie Crawford" <julie.crawford@acps.k12.va.us>
**To:** "Darrell J. Sampson" <Darrell.Sampson@acps.k12.va.us>, "JOHN BAKER" <john.baker@acps.k12.va.us>, "Arnecia Moody" <arnecia.moody@acps.k12.va.us>

**Sent:** Friday, December 13, 2019 10:39:05 AM
**Subject:** Fwd: Threat at Jefferson Houston

Please see below. Can one of you connect with JH re the threat assessment that's needed? Please confirm

Sent from my iPhone

Begin forwarded message:

> **From:** "Dr. Lisa Piehota" <lisa.piehota@acps.k12.va.us>
> **Date:** December 13, 2019 at 10:17:03 AM EST
> **To:** John Contreras <john.contreras@acps.k12.va.us>
> **Cc:** Gerald Mann <gerald.mann@acps.k12.va.us>, Julie Crawford <julie.crawford@acps.k12.va.us>
> **Subject:** Re:  Threat at Jefferson Houston
>
>
> John, Thanks. I am copying Dr. Crawford to support threat assessment and Gerald and I will make sure that an incident report is generated. Lisa
>
> ---
>
> **From:** "John Contreras" <john.contreras@acps.k12.va.us>
> **To:** "Gerald Mann" <gerald.mann@acps.k12.va.us>, "lisa piehota" <lisa.piehota@acps.k12.va.us>
> **Sent:** Friday, December 13, 2019 10:10:48 AM
> **Subject:** Threat at Jefferson Houston
>
> Hi
>
> I wanted to make you aware of this.  Your intervention may be needed.
>
> A 3rd grade male student (███████████) made a direct threat to a female classmate.  The verbal threat was ██████████
> ██████████████████████████
>
> The reason I am writing you is because I need to make sure Administrators at JH understand what they are supposed to do

You should expect an incident report. I am not sure they understand when to complete one and when not to. This report should include details about when they notified police of the threat.

You should expect a Threat Assessment report. I am not sure they understand how to complete one, when to complete one, and who should be involved in a threat assessment.

That is all for now. Let me know if you need clarification.

Thanks.


John Contreras, Coordinator
Security and Emergency Management

Alexandria City Public Schools (ACPS)
1340 Braddock Place
Alexandria, VA 22314

(703) 619-8060 (Office)
(571) 255-9720 (Mobile)

# EXHIBIT D

2 P L O P T 2 3 4 5 6 7 8 9 0 3 3 4 5 9 0





Screenshots of text message conversation between MScott Berkowitz, Tiffany Young, Dustin Barnes and Darrell Sampson. Collected from Darrell Sampson's phone.

Phone number redacted in accordance with VFOIA Section 2.2-3705.1 (1), protecting personnel information, as it is not immediately evident whether the phone number is private or ACPS-owned.

# EXHIBIT E

2 P L 0 P T 2 3 4 5 6 7 8 9 0 3 3 4 5 9 0

response to questions about December 13

From:   MScott C. Berkowitz (mscott.berkowitz@acps.k12.va.us)

To:     weo3c@yahoo.com; alisonperine@yahoo.com

Cc:     gregory.hutchings@acps.k12.va.us; julie.crawford@acps.k12.va.us

Date:   Wednesday, January 29, 2020, 12:22 PM EST

Hello Mr. Olson and Ms. Perine,

I hope you had a productive IEP meeting earlier today. I was able to confer with our assistant principal, Ms. Young, about these details and I'm happy to share the information you're requesting. I apologize for the delay and any missteps throughout this difficult incident. Given your specific questions, we can confirm all three points you've listed. It might be relevant to know that the police officer and Ms. Young made phone calls together, first on the officer's phone and then from the Jefferson-Houston office line. Another effort was made to talk to Ms. Perine, as there was a thought that she might still be at school as she had talked to Ms. Young about volunteering. You can find more details specific to your points below:



*(1) On December 13, 2019, did Assistant Principal Tiffany Young tell Alexandria Police Officer* ▮▮▮▮▮ *that* ▮▮▮▮▮ *parents had not been informed of the interrogation before he began interrogating* ▮▮▮▮▮ *?*

The police officer was aware that the parent wasn't contacted since he and Ms. Young attempted to call ▮▮▮▮▮ mother together, but were unable to reach her. Ms. Young also called Ms. Perine from the school's landline and left a voicemail.

*(2) Did Officer* ▮▮▮▮▮ *leave Alison Perine a voice-mail at 10:17 AM and Ms. Young leave a voice-mail for Alison at 10:25 AM on December 13 before the interrogation occurred?*

Ms. Young does not recall if Officer ▮▮▮▮▮ left a voicemail at 10:17 when they called Ms. Perine together. Ms. Young left a voicemail when she attempted to reach Ms. Perine before the officer spoke to Michael.

*(3) Did Officer* ▮▮▮▮▮ *interrogate/question* ▮▮▮▮▮ *on December 13 with knowledge that* ▮▮▮▮▮ *parents were not actually aware that the interrogation was taking place?*

The police officer was aware that Ms. Perine had not returned the phone calls. Since Ms. Young was not able to reach Ms. Perine, she sat in for the duration of the time that the officer spoke with ▮▮▮▮▮. The paraprofessional who works with ▮▮▮▮▮ regularly was also present.

**Mr. MScott Berkowitz**
**Principal**
**Jefferson-Houston PreK-8 IB School**
**703-706-4400**
**Instagram: @JeffersonHoustonPrincipal**
Sign up for our newsletter



2 P L O P T 2 3 4 5 6 7 8 9 0 3 3 4 5 9 0

# EXHIBIT F



**Michael L. Brown**
*Chief of Police*

## City of Alexandria, Virginia
*Department of Police*
*3600 Wheeler Avenue*
*Alexandria, Virginia 22304*
*www.alexandriava.gov*



*Telephone 703.746.4700*
*Fax 703.746.1945*

June 17, 2020

Mr. William E. Olson
Ms. Alison L. Perrine
████████████████████
Alexandria, Virginia 22314

Dear Mr. Olson and Ms. Perrine:

This letter is to inform you of the completion of the investigation regarding your complaint about the conduct of Officer ████████ on December 13, 2020. This Department provides a rigorous internal review process so that citizens can redress grievances concerning the actions of our police officers.

Sergeant ██████████ thoroughly investigated the allegation. You may be assured that the Alexandria Police Department does not condone, nor does it tolerate, any behavior contrary to our policies and procedures. Sergeant ██████████ investigation revealed that Officer ██████ conduct did not violate any City regulation, Departmental policy, or state law. As such, the matter is now considered closed.

Thank you for bringing this matter to my attention, and I regret that the situation with Officer ████ was less than favorable. If you have any additional questions concerning this investigation, contact the Office of Professional Responsibility at 703-746-6767.

Sincerely,

Michael L. Brown
Chief of Police

2PLOPT234567890334590

*Accredited by the Commission on Accreditation for Law Enforcement Agencies, Inc.*

# EXHIBIT G

uston Violation Policy KNAJ – Police Questioning of Student
Without Notice to Parents of Opportunity to Attend

From: Gregory C. Hutchings Jr. (gregory.hutchings@acps.k12.va.us)

To:    weo3c@yahoo.com

Cc:    mscott.berkowitz@acps.k12.va.us; tiffany.young@acps.k12.va.us;
       jacinta.greene@acps.k12.va.us;
       michelle.rief@acps.k12.va.us; christopher.suarez@acps.k12.va.us; alisonperine@yahoo.com

Date: Saturday, December 14, 2019 01:40 PM EST

Thank you for your follow up! Yes, we will be sure to provide more specifics regarding this policy with our staff. We appreciate and value your input!

Sent from Dr. Hutchings' iPhone

On Dec 14, 2019, at 1:13 PM, William Olson <weo3c@yahoo.com> wrote:

Dr. Hutchings:

Thank you for the prompt response and the acknowledgment that contacting me about the police questioning of ▮ would have been part of a "reasonable effort" to contact ▮ parents under the policy.

I do question the accuracy of the timeline of events provided to you by Mr. Berkowitz. Based on Ms. Perine's cell phone call record, the first contact to her cell phone from Jefferson-Houston after she left the school at around 9:30 AM was a 10:25 AM voicemail from Assistant Principal Tiffany Young. Alexandria Police Officer ▮ left a voice mail to Ms. Perine eight minutes earlier at 10:17 AM which suggests that the questioning already took place before Ms. Young's call. We also know from ▮ that the questioning took place sometime after 9:40 AM because he was taken out of music class to be questioned.

Also, I think it is troubling that Jefferson-Houston personnel did not inform Ms. Perine of the upcoming police questioning, or explicitly tell her of at least the possibility of police involvement being undecided, when she was physically present at Jefferson Houston and cooperating with the threat assessment.

If there is an occurrence of this type in the future requiring law enforcement to be contacted, I ask that attempts be made to contact both of ▮ parents before any questioning takes place. I think such a request is consistent with the language of the policy.

While our view is that no law enforcement questioning of ▮ about allegations against him should take place without the presence of ▮ parents when ▮ is under ACPS's care, we have already instructed ▮ on his Fifth Amendment right to remain silent and ACPS policy facilitating parents presence. It is a shame that we need to burden an eight year old autistic child who has trouble getting through the school day with this, but ACPS' actions yesterday illustrate why such instructions are necessary to protect him.

Z P L O P T 2 3 4 5 6 7 8 9 0 3 3 4 5 9 0

While I understand ACPS's obligations to take perceived threats seriously for the security of all students (while not agreeing that the police notice for this incident was warranted), I do think your commitment to try to implement Policy KNAJ more appropriately in the future is also very important. The accused, especially special needs students, can be severely adversely affected by law enforcement interactions and parents should have the opportunity to make sure their children's rights in those interactions are protected.

Thank you again for your attention to this matter.

Regards,
Will

Sent from my iPhone

On Dec 14, 2019, at 11:46 AM, Gregory C. Hutchings Jr. <gregory.hutchings@acps.k12.va.us> wrote:

Will,

Thank you for your correspondence on this matter! I've followed up with the principal regarding this matter to get a better understanding of the situation. As you mentioned, a staff member was in contact with your wife regarding the threat assessment to determine if the threat ███████████ was feasible. The JH staff is required to report any threat claims to the Alexandria Police Department and they contacted the police to report the situation.

According to the principal, the APD wanted to ask questions to ██████ regarding the situation and the JH staff attempted to contact Mrs. Perine and did not get an answer. Our staff did not attempt to contact you regarding the matter once the staff member was unsuccessful with contacting Mrs. Perine. An additional attempt to contact you would have been reasonable. The policy does state that we must make a "reasonable attempt" which can be interpreted in many ways. However, we will continue to work with our staff throughout ACPS to discuss more specifics about this policy.

Again, we appreciate you taking the time to inform us about this matter!

Sent from Dr. Hutchings' iPhone

On Dec 13, 2019, at 1:53 PM, Will Olson <weo3c@yahoo.com> wrote:

Dr. Hutchings:

I am writing to ask you to address a violation of Alexandria City Public Schools policy KNAJ this morning at the Jefferson-Houston School that resulted in my son, ████████████, to be questioned by Alexandria police without his parents present.

Michael is a Jefferson-Houston third grade student who has been diagnosed as being autistic, having ADHD, and having anxiety disorder. Today, ██████ became agitated with another student. My understanding from Alexandria Police Officer ████ is that ████ threw a folder at another student with whom he was having a dispute. Office ████ claims that as ACPS staff removed ███████ from the classroom (but when he was away from the student), ██████ made a threatening statement about the student. This incident took place before 8:30 AM this morning.

My understanding from my wife, Alison Perine, is that Paraprofessional ████████ contacted her about this incident at 8:30 AM and that Ms. Perine arrived at Jefferson Houston at 8:45 AM and was at the school between 8:45 AM and 9:15 AM. During this time-frame, Assistant Principal Tiffany Young and Ms. ████ spoke with Ms. Perine about the incident. At no time while Ms. Perine was at the school

did any Jefferson-Houston personnel inform Ms. Perine that Alexandria Police would interrogate ▓▓▓▓ and that Ms. Perine could present for the interrogation.

Ms. Perine did not learn that Alexandria Police interrogated ▓▓▓▓ until Ms. Young left a voice-mail for Ms. Perine at 10:25 AM. At no time did anyone attempt to contact me, ▓▓▓▓ father, about the incident or that Alexandria Police would be interrogating him. Officer ▓▓▓▓ informed me in a phone conversation that he did not know that Jefferson-Houston staff did not tell either Ms. Perine or me that Alexandria Police would questioning ▓▓▓▓.

Jefferson-Houston's failure to inform us of Alexandria Police's interrogation of ▓▓▓▓ and to give his parents an opportunity to be present for the interrogation is a clear violation of Alexandria Public Schools policy KNAJ. That policy provides that: "When it becomes necessary for any law enforcement officer to interrogate a student on school premises, the school principal shall be contacted immediately. The principal or his/her designee shall make a reasonable effort to contact the parent or guardian and have the parent or guardian in attendance for the conference. If the parent or guardian cannot be present for the conference, then the principal or his/her designee shall be present throughout the interrogation."

As a result of this clear violation of school policy, an eight year old autistic boy, without knowledge of his legal rights, was subject to police interrogation that could have led to him to be taken away from his parent and home. Such an event can never happen again.

Please let us know what action ACPS plans to take to remedy this failure of procedure and to prevent such harm to my son in the future.

Regards,
Will Olson


**William E. Olson (Will)**

▓▓▓▓▓▓▓▓▓▓▓▓

Alexandria, VA 22314

weo3c@yahoo.com

Cell Phone: ▓▓▓▓▓▓

2 P L O P T 2 3 4 5 6 7 8 9 0 3 3 4 5 9 0

# EXHIBIT H

Yahoo Mail - Re: Contact Information for ▊▊▊

# Re: Contact Information for ▊▊▊▊▊▊▊

From:  Gregory C. Hutchings Jr. (gregory.hutchings@acps.k12.va.us)

To:    weo3c@yahoo.com

Cc:    alisonperine@yahoo.com; mscott.berkowitz@acps.k12.va.us; tiffany.young@acps.k12.va.us;

       ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊

Date:  Tuesday, December 17, 2019, 06:18 PM EST

Thank you! Yes we definitely want to ensure that this does not happen again in the future. We look forward to continuing our collaboration to ensure that ▊▊▊ is engaged in a safe and high quality learning environment. Please do not hesitate to contact us when needed. Enjoy your evening!

Sent from Dr. Hutchings' iPhone

> On Dec 17, 2019, at 10:12 AM, William Olson <weo3c@yahoo.com> wrote:
>
> Dr. Hutchings:
>
> Thank you for this follow up email. I appreciate your further attention to this matter and the assurances you provide below.
>
> Regards,
> Will Olson
>
> Sent from my iPhone
>
>> On Dec 17, 2019, at 9:29 AM, Gregory C. Hutchings Jr. <gregory.hutchings@acps.va.us> wrote:
>>
>> Mrs. Perine,
>>
>> Thank you for following up with us! We definitely should have attempted to contact your husband as well in this situation. I've spoken with our team regarding this matter and we will be sure to make every attempt to contact a parent anytime a child is being questioned by a police officer prior to the meeting. As you mentioned, this should not have happened without exhausting all contact numbers to ensure that ▊▊▊ had representation from a parent when speaking with the police officer. This will not happen again. Please let us know if there are any additional supports needed for ▊▊▊ due to this situation.
>>
>> Sent from Dr. Hutchings' iPhone
>>
>>>> On Dec 15, 2019, at 4:10 PM, Alison Perine <alisonperine@yahoo.com> wrote:
>>>
>>> To Jefferson-Houston Staff,
>>>
>>> Below please find contact numbers for the parents of ▊▊▊▊▊▊. Although this information was provided in ▊▊▊ registration information, I am providing it again in light of the events of December 13.
>>>
>>> ▊▊▊ has two parents and attempts should be made to contact the second parent if the first parent cannot be contacted. JH's failure to not contact ▊▊▊ father on December 13 resulted in ▊▊▊ being interrogated by an Alexandria City police officer without a parent being present. That is completely unacceptable. Although JH staff may have thought that the interrogation of an eight-year old autistic child with an anxiety disorder was a routine matter that didn't require parental involvement, you were wrong. The police officer informed my husband that he was considering incarcerating ▊▊▊ so your failure to notify us prevented us from ensuring that ▊▊▊ rights were protected.
>>>
>>> We are working with ▊▊▊ to prevent an incident like Friday from occurring again. However, we have also instructed him that he should never speak to a police officer on school grounds without a parent or lawyer present, and how to invoke his constitutional rights.    2 P L O P T 2 3 4 5 6 7 8 9 0 3 3 4 5 9 0

>>>
>>> **Alison Perine**
>>> **Work:** 2▮▮▮▮▮▮▮
>>> **Cell:** ▮▮▮▮▮▮▮
>>> <u>alisonperine@yahoo.com</u>
>>> <u>alperine</u>▮▮▮▮▮
>>>
>>> **William Olson**
>>> **Work:** ▮▮▮▮▮▮
>>> **Cell:** ▮▮▮▮▮▮
>>> <u>weo3c@yahoo.com</u>
>>> <u>William.E.Olson</u>▮▮▮▮▮▮▮
>>>
>>> Sent from my iPhone. Please forgive any typos or brevity.
>



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS

Deliberative Process Privilege

# Disciplinary Action Recommendation Memo for DCPS Employees

| Employee Name | Kimberlynn Jurkowski | Position | Library/Media Specialist |
|---|---|---|---|
| School/Office | Watkins ES | Union | WTU |
| Date of Hire | August 11, 2014 | Leave Status | Admin Leave |
| Investigative Report Number | 22-0068 | Date of Occurrence | December 17, 2021 |

### Douglas Factor 1 - Seriousness of Offense: *How does offense affect the agency's operations/mission?*

Subject had students participate in a reenactment of the Holocaust during class. Students describe playing different roles, including: pretending to shoot other students portraying Jewish people; digging ditches; placing students in gas chambers; building trains to transport Jewish people to the gas chambers; and Hitler himself. Subject then instructed her students not to tell their parents about the reenactment. Some of the students informed other teachers of the reenactment, expressing feeling bad about what they had to do.

This is astonishing, reprehensible, and unprecedented conduct from a DCPS employee. In no way was this tied to any part of the DCPS curriculum—it blatantly violates DCPS' Planning Protocol for Culturally Sensitive Instruction, which states that "Simulations and role play activities should never be used to help students understand cruelty between humans". More generally, this conduct defies DCPS' mission of providing a safe, nurturing learning environment for students. Students were left feeling traumatized, their parents rightfully upset and distrustful of the agency. As of this writing, it remains a potent distraction for daily school operations.

| Is this factor aggravating, mitigating, or neutral? | HIGHLY AGGRAVATING |
|---|---|

### Douglas Factor 2 - Job Level and Type of Employment: *Supervisory or prominent position?*

Subject is a Library/Media Specialist (LMS), responsible for maintaining the school's print and media resources in order to address curricular needs and learning goals. The role is considered prominent because it is student-facing; LMS' frequently conduct lessons with students and are responsible for their well-being. Subject's conduct severely violates this responsibility.

| Is this factor aggravating, mitigating, or neutral? | AGGRAVATING |
|---|---|

### Douglas Factor 3 - Prior Misconduct: *Has the employee been disciplined before?*

None documented.

| Is this factor aggravating, mitigating, or neutral? | MITIGATING |
|---|---|

### Douglas Factor 4 - Employee's Past Work Record: *Length of service? Prior work record?*

Subject has been with DCPS for 7.5 years. Her recent IMPACT scores indicate she has been a strong performer— 2021: Highly Effective (353); 2020: Highly Effective (400); 2019: Highly Effective (371); 2018: Effective (339).

| Is this factor aggravating, mitigating, or neutral? | MITIGATING |
|---|---|

Kimberlynn Jurkowski, Librarian                    00082528 0 0 1 - 2 3 4                    Investigative Report 22-0068

P0001-234



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS

Deliberative Process Privilege

**Douglas Factor 5 - Erosion of Supervisory Confidence:** *Is there a loss of trust and confidence?*

Subject's Principal has expressed outrage over the incident, and is still managing the fallout with his staff and the students' families. There is a clear loss of trust in Subject's judgment and confidence in her to effectively do her job moving forward.

| Is this factor aggravating, mitigating, or neutral? | AGGRAVATING |
|---|---|

**Douglas Factor 6 - Consistency of Penalty with Past Practice:** *Similar past cases and discipline imposed?*

As stated, this is unprecedented conduct from a DCPS employee. DCPS was unable to identify any cases from its past that are suitable comparisons.

| What discipline is suggested based on this information? | N/A |
|---|---|

**Douglas Factor 7 - Consistency of Penalty with Table of Penalties**

This conduct is not currently listed in DCPS' Table of Penalties.

| What discipline is suggested based on this information? | N/A |
|---|---|

**Douglas Factor 8 – Notoriety:** *Any publicity regarding conduct? Any complaints registered by the public?*

Within days of it happening, this incident garnered press coverage from numerous outlets, including the Washington Post and New York Times. Many DCPS families have expressed concern and are monitoring DCPS' response to the incident.

| Is this factor aggravating, mitigating, or neutral? | HIGHLY AGGRAVATING |
|---|---|

**Douglas Factor 9 - Notice of warning about conduct:** *Any counseling/ training involving violation?*

It is generally understood that DCPS employees are not to conduct lessons that will be harmful to students. It is equally understood that the Holocaust is a particularly damaging point of human history, with lasting trauma that is still potent for many people. To do anything that trivializes it, particularly in an educational setting with elementary students, is obviously wrong.

| Is this factor aggravating, mitigating, or neutral? | SLIGHTLY AGGRAVATING |
|---|---|

**Douglas Factor 10 - Potential for Rehabilitation:** *Early admission or evidence of contrition?*

Subject adamantly denied conducting the Holocaust reenactment. Instead, she pointed to a class discussion on the Holocaust two weeks earlier, claiming the students may be getting their dates confused. The investigator of the incident found these denials non-credible, as every student interviewed gave a similar account of the reenactment.

| Is this factor aggravating, mitigating, or neutral? | AGGRAVATING |
|---|---|

**Douglas Factor 11 - Mitigating Circumstances:** *Personal Problems? Unusual Job tensions?*

None documented.

| Is this factor aggravating, mitigating, or neutral? | NEUTRAL |
|---|---|



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS

Deliberative Process Privilege

**Douglas Factor 12 - Effectiveness of a lesser sanction:** *Did you consider other alternative sanctions?*

The egregious and unprecedented nature of Subject's conduct suggests severe discipline is warranted. This is not a momentary lapse in judgment or cultural blind spot that could be remedied by training or a reprimand. This is completely unacceptable conduct and should be penalized as such. Traditionally, DCPS' highest forms of discipline are a high suspension (9 days) and termination. In deciding between the two, a few considerations:

First, it is clear that Subject should not return to this school. From an operational perspective, Subject's return would likely create an untenable distraction from the day-to-day educational goals of the school. Her return would also force students to relive the trauma caused by the incident, and likely generate an outcry from families.  It is unreasonable for DCPS to ask this of our students, families, and staff.

If DCPS were to transfer Subject to another school (with a suspension), it must be assumed that—given the significant publicity around the incident—the students, families, and staff of this new school would have some knowledge of what Subject did. It is similarly unreasonable for DCPS to ask a new school to place its trust and confidence in this employee.

Even if DCPS were willing to make this ask, it would need reasonable assurance that Subject understands the damaging nature of her conduct, regrets it, and will never repeat it. Her lack of contrition with the investigator suggests this is not the case. DCPS has no reason to believe that a temporary suspension will correct the behavior. With that, termination is the most appropriate option.

| What discipline is suggested based on this information? | **TERMINATION** |
| --- | --- |

**LMER's Recommendation for Adverse Action:** _____ **TERMINATION** _____

P0001-234



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS

**Deliberative Process Privilege**

# Disciplinary Action Recommendation Memo for DCPS Employees

| Employee Name | Kimberlynn Jurkowski | Position | Library/Media Specialist |
|---|---|---|---|
| School/Office | Watkins ES | Union | WTU |
| Date of Hire | August 11, 2014 | Leave Status | Admin Leave |
| Investigative Report Number | 22-0068 | Date of Occurrence | December 17, 2021 |

**Douglas Factor 1 - Seriousness of Offense:** *How does offense affect the agency's operations/mission?*

Subject had students participate in a reenactment of the Holocaust during class. Students describe playing different roles, including: pretending to shoot other students portraying Jewish people; digging ditches; placing students in gas chambers; building trains to transport Jewish people to the gas chambers; and Hitler himself. Subject then instructed her students not to tell their parents about the reenactment. Some of the students informed other teachers of the reenactment, expressing feeling bad about what they had to do.

This is astonishing, reprehensible, and unprecedented conduct from a DCPS employee. In no way was this tied to any part of the DCPS curriculum—it blatantly violates DCPS' Planning Protocol for Culturally Sensitive Instruction, which states that "Simulations and role play activities should never be used to help students understand cruelty between humans". More generally, this conduct defies DCPS' mission of providing a safe, nurturing learning environment for students. Students were left feeling traumatized, their parents rightfully upset and distrustful of the agency. As of this writing, it remains a potent distraction for daily school operations.

| Is this factor aggravating, mitigating, or neutral? | **HIGHLY AGGRAVATING** |
|---|---|

**Douglas Factor 2 - Job Level and Type of Employment:** *Supervisory or prominent position?*

Subject is a Library/Media Specialist (LMS), responsible for maintaining the school's print and media resources in order to address curricular needs and learning goals. The role is considered prominent because it is student-facing; LMS' frequently conduct lessons with students and are responsible for their well-being. Subject's conduct severely violates this responsibility.

| Is this factor aggravating, mitigating, or neutral? | **AGGRAVATING** |
|---|---|

**Douglas Factor 3 - Prior Misconduct:** *Has the employee been disciplined before?*

None documented.

| Is this factor aggravating, mitigating, or neutral? | **MITIGATING** |
|---|---|

**Douglas Factor 4 - Employee's Past Work Record:** *Length of service? Prior work record?*

Subject has been with DCPS for 7.5 years. Her recent IMPACT scores indicate she has been a strong performer-- 2021: Highly Effective (353); 2020: Highly Effective (400); 2019: Highly Effective (371); 2018: Effective (339).

| Is this factor aggravating, mitigating, or neutral? | **MITIGATING** |
|---|---|



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS

Deliberative Process Privilege

**Douglas Factor 5 - Erosion of Supervisory Confidence:** *Is there a loss of trust and confidence?*

Subject's Principal has expressed outrage over the incident, and is still managing the fallout with his staff and the students' families. There is a clear loss of trust in Subject's judgment and confidence in her to effectively do her job moving forward.

| Is this factor aggravating, mitigating, or neutral? | AGGRAVATING |
|---|---|

**Douglas Factor 6 - Consistency of Penalty with Past Practice:** *Similar past cases and discipline imposed?*

As stated, this is unprecedented conduct from a DCPS employee. DCPS was unable to identify any cases from its past that are suitable comparisons.

| What discipline is suggested based on this information? | N/A |
|---|---|

**Douglas Factor 7 - Consistency of Penalty with Table of Penalties**

This conduct is not currently listed in DCPS' Table of Penalties.

| What discipline is suggested based on this information? | N/A |
|---|---|

**Douglas Factor 8 – Notoriety:** *Any publicity regarding conduct? Any complaints registered by the public?*

Within days of it happening, this incident garnered press coverage from numerous outlets, including the Washington Post and New York Times. Many DCPS families have expressed concern and are monitoring DCPS' response to the incident.

| Is this factor aggravating, mitigating, or neutral? | HIGHLY AGGRAVATING |
|---|---|

**Douglas Factor 9 - Notice of warning about conduct:** *Any counseling/ training involving violation?*

It is generally understood that DCPS employees are not to conduct lessons that will be harmful to students. It is equally understood that the Holocaust is a particularly damaging point of human history, with lasting trauma that is still potent for many people.  To do anything that trivializes it, particularly in an educational setting with elementary students, is obviously wrong.

| Is this factor aggravating, mitigating, or neutral? | SLIGHTLY AGGRAVATING |
|---|---|

**Douglas Factor 10 - Potential for Rehabilitation:** *Early admission or evidence of contrition?*

Subject adamantly denied conducting the Holocaust reenactment.  Instead, she pointed to a class discussion on the Holocaust two weeks earlier, claiming the students may be getting their dates confused. The investigator of the incident found these denials non-credible, as every student interviewed gave a similar account of the reenactment.

| Is this factor aggravating, mitigating, or neutral? | AGGRAVATING |
|---|---|

**Douglas Factor 11 - Mitigating Circumstances:** *Personal Problems? Unusual Job tensions?*

None documented.

| Is this factor aggravating, mitigating, or neutral? | NEUTRAL |
|---|---|



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS

Deliberative Process Privilege

**Douglas Factor 12 - Effectiveness of a lesser sanction:** *Did you consider other alternative sanctions?*

The egregious and unprecedented nature of Subject's conduct suggests severe discipline is warranted. This is not a momentary lapse in judgment or cultural blind spot that could be remedied by training or a reprimand. This is completely unacceptable conduct and should be penalized as such. Traditionally, DCPS' highest forms of discipline are a high suspension (9 days) and termination. In deciding between the two, a few considerations:

First, it is clear that Subject should not return to this school. From an operational perspective, Subject's return would likely create an untenable distraction from the day-to-day educational goals of the school. Her return would also force students to relive the trauma caused by the incident, and likely generate an outcry from families.  It is unreasonable for DCPS to ask this of our students, families, and staff.

If DCPS were to transfer Subject to another school (with a suspension), it must be assumed that—given the significant publicity around the incident—the students, families, and staff of this new school would have some knowledge of what Subject did. It is similarly unreasonable for DCPS to ask a new school to place its trust and confidence in this employee.

Even if DCPS were willing to make this ask, it would need reasonable assurance that Subject understands the damaging nature of her conduct, regrets it, and will never repeat it. Her lack of contrition with the investigator suggests this is not the case. DCPS has no reason to believe that a temporary suspension will correct the behavior. With that, termination is the most appropriate option.

| What discipline is suggested based on this information? | **TERMINATION** |
| --- | --- |

**LMER's Recommendation for Adverse Action:** _____**TERMINATION**_____

P0001-234

PP0000complaintdcsup1

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

Kimberlynn Jurkowski

Plaintiff

v.                                    Case Number:

Mscott Berkowitz, Katherine Moxley, Allyson Kitchel,
Capitol Hill PTA, Jade L. Fuller, Kytja Weir, Lona Valmoro
Kathryn Kayne, Mark Boisvert, Aimee D. Peoples,
DCPS, Brian L. Schwalb, Edwin Black, Susan Reed Bloom
Jill Mackie Stewart, Shawn Stover, Kevin Washburn
Karen Cole, Carmen Tull, Lindsay Miller, Roberta Stewart
Lynette Davis, Jonathan Stivers, Elizabeth Bartolomeo, Robyn Harper,
Courtney DeAnda, Page Hoffman, Binyamia Applebaum,
Washington Teacher's Unio local #6, AFT-CIO, Jacqueline Pogue-Lyons,
Laura Fuchs, Regina Bell, Sharon Gaskins,

Defendants.

## COMPLAINT

Introduction:

This is an action takes place at Watkins Elementary School in DC 12-17-21 and is
based on unlawful actions in DC with the base as Civil Conspiracy with several
counts and Torts: Tortious interference with contract: Deformation: Fraud
Misrepresentation: Intentional Infliction of emotional distress: and Wrongful
Termination. For Civil Conspiracy by which 2 or more Defendants agreed,
participated and carried out a scheme in which as joint participants they unlawfully
or lawfully acted to harm Plaintiff. As a direct result of Defendants' concerted

PP0000complaintdcsup2

actions, Plaintiff has suffered significant quantifiable harm and damages and injury caused by the unlawful, subsequent acts, overt act (s) by one or more Defendants in furtherance of the common or joint scheme. The underlying unlawful acts in furtherance of the conspiracy that form the basis of this conspiracy include counts:

**Counts and cause of actions:**

**Count 1 (Civil Conspiracy):**
**Civil Conspiracy:** Katherine Moxley, Mscott Berkowitz, and others: **agreement** between the two or more people for unlawful purpose, an overt in furtherance, and actual damages (quantifiable losses like lost wages/expenses) resulting from that act, and Fraud and Fraudulent Misrepresentation, after Moxley forced her students to write about a Holocaust incident in the library, went to tell and show students papers as her evidence that a "Holocaust reenactment occurred in the library to Berkowitz, who never checked with the Plaintiff, but, took Moxley's ideas and agreed (tacit understanding) or ("preconceived plan and unity of design and purpose") as he began further creating misrepresentation of student statements in furtherance of the conspiracy which is the overt act on Friday, December 17, 2021. The fraud continued with a parallel conduct between Berkowitz spreading the word about hate-bias, and Moxley explaining the Holocaust re-enactment in the library to parents, media, and others. Berkowitz involved the staff, DCPS agencies, and others for an **unlawful purpose/means to commit an illegal act** or a legal act in an illegal way as fraud. Shared Motivation/Interest: demonstrated their **shared incentive or interest in achieving** the unlawful objective as Berkowitz and Moxley and others began calling parents, alarming the Watkins community and causing the students to become emotionally confused and upset about Moxley's idea that they were victims of a Holocaust re-enactment during library class. Moxley and Berkowitz were acting with an external, independent, and personal motive outside the scope of their DCPS duties. They participated in dozens of meetings, created internal memos, media plans, testimony, that others would follow suit. This combination of parallel actions supported Moxley, Berkowitz, and others "meeting of the minds" to achieve an unlawful objective to damage the Plaintiff's reputation, cause her termination, destroy her ability to ever work in any DCPS school, or any school with students ever again. Moxley and Berkowitz, LMER, CHPTA, and others worked against their own self interest by producing suspicious

statements or documents which can be seen as ambiguous and can be interpreted as acknowledging collusion or referring to a common plan or understanding with the goals of Moxley and Berkowitz and LMER.

**Resulting Damage**: actual harm and injury (not just the agreement) is suffered by the Plaintiff and others in the community, including several students, parents, and staff beginning on 12-17-21 and continuing for several years, to present.

**Actual Damage:** including the Plaintiff's lost income after termination. Watkins' plaintiff, students, staff, and community suffered emotional, mental, and many harms caused by the conspirators' actions, not just the existence of the conspiracy.

**Attorney's Fees** and cost can be awarded by the court.

**Compensatory Damages:** Plaintiff can recover quantifiable monetary losses, lost wages, medical expenses, proven by a preponderance of the evidence.

**Punitive Damages:** Available if the acts were malicious or oppressive, especially under statutes in DC Code 22-3704 for discriminatory acts, intentional torts, proven by clear and convincing evidence, that the defendant acted with malice or a state of mind evidencing a wilful or wrongful intent. Punitive damages are intended to punish the wrongdoer (s) not just compensate the Plaintiff.

**Prejudice-based harm**, offering broader remedies like injunctions and punitive damages.

Berkowitz as Principal never spoke to Plaintiff to hear her side of the story and by Berkowitz working with Moxley in furtherance of the common scheme and convincing others to join them like a snow ball effect. Berkowitz **breach of fiduciary duty on 12-17-21** has also caused significant harm to the Plaintiff. The "gist" of this civil conspiracy claim is the damage inflicted by the unlawful acts committed in pursuit of the conspiracy, not the mere agreement between Moxley and Berkowitz and others itself.

**The Plaintiff has stated "but for"** Moxley, Berkowitz, and other DCPS staff concerted wrongful actions, the injury or damage would not have occurred.

**The Plaintiff's foreseeable** consequences of the conspirators' wrongful behavior caused the Plaintiff to experience the harm suffered on 12-17-21 to present.

**Causation:** the Plaintiff's damages are the direct or proximate result of Moxley, Berkowitz, and others DCPS staff's overt acts 12-17-21-present.

**Special Damages:** In civil conspiracy refer to quantifiable, out of pocket economic losses that flow based on the conspirators' wrongful acts. The use of **Plaintiff's documentation** supports and helps to determine these damages based on lost

PP0000complaintdcsup4

wages, income, profits, earning capacity, costs, mitigation expenses, out of pocket expenses, medical bills related to physical and emotional injury of the Plaintiff's itemized expenses

**Treble Damages:** and attorney fees for conspiracies, further help the Plaintiff with financial recovery sought.

**The Plaintiff has** accumulated significant witness testimony, documentation, circumstantial evidence, and other documentation after several legal hearings, and events regarding the levels of quantifiable damages.

## Count 2: Tortious Interference with Contract:

The Plaintiff had been employed with DCPS from August 20214 to Feb 2022 as a Library Media Specialist at Simon ES from 2014-2016, King from 2016-2018, and Watkins 2018-2022 with  Mscott Berkowitz as the Principal. Berkowitz was clear that the Plaintiff was employed at Watkins ES when he arrived in 2019 as Elena Bell resigned in 2019, just before Berkowitz arrived from Alexandria City Public School in Virginia. Berkowitz received emails and conversations from staff that the Plaintiff had an inappropriate background and should not work at Watkins. In May of 2021, Berkowitz checked with LMER regarding the Plaintiff's background clearance. He was told she was cleared. Berkowitz was not satisfied and began Intentional and Improper Interference. Berkowitz refused to support Plaintiff's programs, removed the library Maker space room materials and added a staff office in its place, which was more unethical means to push the Plaintiff out of Watkins and Next, Berkowitz filed an Ipad theft charge against the Plaintiff in 10-2021, which was illegal and unethical, and when that failed, Berkowitz and Moxley began the Holocaust reenactment library lesson issue which caused the Plaintiff to be placed on Administrative leave the same day of 12-17-21. These actions caused Berkowitz to breach the Plaintiff's contract using fraud and deformation to push her out of the school. Berkotwitz admitted he did not want the Plaintiff at Watkins. This resulted in damages, financial, reputation, and other damages by 2-14-22 which include the termination of the Plaintiff from DCPS.

**Damages:** Plaintiff can seek compensatory damages: Reimbursement for lost profits, costs, wages, and other expenses along with contracts which couldn't be completed after the termination. Berkowitz used fraud and threats to induce a third party to breach their agreement with the Plaintiff. Consequential losses: indirect

PP0000complaintdcsup5

losses that are a legal consequence of the interference and harm to Plaintiff's reputation or credit rating.

Berkowitz, Moxley, and others worked to spread false rumors about the Plaintiff. Such actions are a violation of the Plaintiff's rights and a breach of the Plaintiff's contract.

**Equitable Relief**: injunctions to stop interference.

**Punitive Damages:**  Plaintiff could be awarded in cases with malicious or particularly bad conduct to punish the wrongdoer.

### Count 3 (Deformation):

Deformation: Katherine Moxley, Mscott Berkowitz, and others made several public false statements of fact(s), not an opinion on December 17, 2021, Moxley and Berkowitz regarding the Plaintiff. The statements were spoken and  made and published to third party(s) in interviews, reports, meetings, newspapers, television, social media, and other public conversations local, national, and internationally. The statements made by Moxley and Berkowitz on 12-17-2021-present were about and in reference to the Plaintiff. The Defendants Moxley and Berkowitz were at fault and responsible for the statement(s) with knowledge that it was false or with reckless disregard of whether it was false or not.

**Damages:** The statement(s) that Moxley and Berkowitz made caused harm to the Plaintiff's reputation,(libel written defamation) and (slander spoken defamation) and defamatory (accursing Plaintiff of a serious or professional incompetence, serious crime, crime of moral turpitude, engaged in illegal activities..). Harm to profession: statements that falsely impute a lack of ability, integrity or general unfitness to perform one's job duties, prejudicing the Plaintiff in her profession. (special harm: monetary and/or economic loss).

1.  that harms the plaintiff's reputation or emotional well-being..):
    *
2.  Intentional Infliction of Emotional Distress (IIED).
3.  Breach of Fiduciary Duty. When a group of individuals conspire to breach duties owed to another party.

4.  Berkowitz's All Staff Email sent to staff, family, and others in the public, Moxley's forced student's notes, drawings, and letters sent to LMER and other publics, Local, National, and International reports "news articles" sent

PP0000complaintdcsup6

to the publics, local, national, and international readers online, news stands, talk shows, and other media, Edwin Black sent: Youtube videos, news articles, threats, and other published sources to mass publics in furtherance of the conspiracy, Jade Fuller violations of Plaintiff's due process, privacy of employment ,background privacy, concealment of documents from Plaintiff, Collusion with WTU, LMER, CHPTA, Berkowitz, Moxley, and others in violation of the employment and constitutional rights of the Plaintiff, violations of CBA WTU, DC Employee Policy  actions in furtherance of the conspiracy, LMER, Aimee D. Peoples, Jade L. Fuller, Lynnett Collins, violations of due process, concealment of documents from Plaintiff, encouragement of Defendants to violate Plaintiff's rights and privacy, encouragement to report plaintiff to MPD for theft  actions in furtherance of the conspiracy and Peoples had a conflict of interest and should not have signed a termination letter of the Plaintiff. Peoples has a relative or son who attended Watkins which is a conflict of interest and should not be allowed. Also the charges which DCPS has listed in the termination letter 2/14/22 are in violation of the CBA for cause and DCPS employee policy, but add to the civil conspiracy with Deformation, false statements, tortious interference, and other overt acts. *Wrongful Termination by Jade L. Fuller, Aimee D. Peoples, and others with DCPS, overt acts in furtherance of the conspiracy including: shame investigation,  actions in furtherance of the conspiracy violation of D.C. law, such as the District of Columbia Human Rights Act (DCHRA), Due Process Violations, under 42 U.S.C. § 1983,

Defamatory Statements: false accusations of misconduct: falsely telling others that Plaintiff stole money, or did wrong.
Damaging business or professional standing:  Falsely stating to others that Plaintiff is a liability to DCPS.
False negative Reviews: Posting an online review on a site that contains demonstrably false information, claims about the Plaintiff.
Misleading Statements by Omission: Publishing a one-sided story or leaving out critical details to create a false impression of wrongdoing about the Plaintiff.

PP0000complaintdcsup7

Accusations of unethical Behavior: Stating that the Plaintiff the plaintiff kills animals and harms kids.

Defamation Per Se: accusing a person of a serious crime: Falsely accusing Plaintiff of having a conviction.

Harming Plaintiff's Profession. Falsely inputting unfitness, lack of integrity, or an inability to perform the duties.

Alleging Misconduct: Falsely accusing someone of a lack of engaging in predatory behavior.

Statements made about Plaintiff are defamatory.

Statement published to a third party and others, online post, writing, emails, spoken, speech, conversation about the Plaintiff which are defamatory.

Statement objectively false and published about the Plaintiff.

Statements published and caused harm to the Plaintiff.

The Plaintiff has a collection of emails, witness information, documentation, reports, of losses and emotional distress for the Plaintiff.

### Count  4 Fraud Misrepresentation:

Fraud Misrepresentation, breach of contract, intentional infliction of Emotional Distress,  interference with contract, "defamation," Malice, "].

**A false statement** of material fact has been made by Berkowitz, Moxley, LMER, WTU and other DCPS staff on 12-17-21-present.

**Knowingly False statements h**ave been made about Plaintiff with reckless indifference by Berkowitz, Moxley, LMER, CHPTA, and others 12-17-21-present.
**Intent to Deceive:** Berkowitz, Moxley, LMER, CHPTA, and others intended to **mislead or induce** the Plaintiff to act on the false statement.

**Action to Conceal the Conspiracy:** steps taken by Berkowitz, Moxley, LMER, WTU and others to hide their relationships, communications of guilt and a prior agreement. 5-20-21-present

**Shared Motivation:** Plaintiff has evidence that Berkowitz, Moxley, LMER, CHPTA had a common motive or a shared goal that could only be achieved through collective action.

**Following an invitation for Collective Action:** Berkowitz, Moxley, LMER, WTU, CHPTA, and others an agreement can be inferred with Berkowitz, Moxley,

PP0000complaintdcsup8

and LMER, WTU, proposed a collective action and the others knowing that concerted action is invited, give their adherence to the scheme and participate in it. **Specific Communications** and meeting:Plaintiff has evidence of frequent contact and communication between Berkowitz, Moxley, CHPTA, and others which suggest coordination rather than independent decision-making.

**Resulting Damages:** The plaintiff suffered actual financial harm because they relied on the misrepresentation.

Negligent Misrepresentation: A related claim exists for negligent misrepresentation , which involves a breach of duty in making a false statement and does not require the defendant the same level of intent to deceive.

**Actual and justifiable reliance:** The Plaintiff actually relied on the misrepresentation which caused the Plaintiff resulting damages.

**Causation and damages:** The intentional misrepresentation of statements by Berkowitz, Moxley, LMER, CHPTA, and others was the cause of the plaintiff's resulting damages. And Berkowitz and Moxley had  knowledge of the falsity and intent to deceive students, parents, and DCPS.

**Damages: compensatory (**pecuniary loss): These are primary forms of damages and are intended to restore the Plaintiff to the financial position they were in before the fraud occurred.  Out of pocket loss includes:

**Consequential Damages:** Plaintiff may also recover for other losses that are the natural and direct consequences of their reliance on the misrepresentation. This includes related expenses, loss profits, diminution in value.

**Punitive Damages:**  These are to punish the defendant for their actions and deter future misconduct. Defendant acted with evil motive, actual malice, intent to injure, or willful disregard for the rights of the Plaintiff.

**Attorney's Fees:** "American Risk Rule"

**Count 5 Intentional infliction of emotional distress (IIED):**

PP0000complaintdcsup9

**Extreme and Outrageous Conduct:** Berkowitz, Moxley, LMER, and others conduct was so shocking and extreme that it goes beyond all possible bounds of decency and would be considered utterly intolerable in a civilized community. 12-17-21 to present.

**Intentional or Reckless Behavior:** Berkowitz, Moxley, LMER, and others intended to cause emotional distress or acted with neckless disregard for the high probability that their actions would cause such distress to the Plaintiff. And it has caused great distress to the Plaintiff from 12-17-21 to present.

Causation: The Plaintiff's emotional distress has been directly caused by Berkowitz, Moxley, LMER, WTU, and CHPTA parents, extreme and outrageous conduct.

**Severe Emotional Distress:** The emotional distress suffered by the Plaintiff has been so severe that no reasonable person could be expected to endure it. The Plaintiff has suffered significant and debilitating causing physical symptoms requiring medical and psychological treatment daily and is a substantial disruption to her daily life. 12-7-21-present

**Plaintiff has experienced dozens** of extreme harassments and threats which have been persistent for over 3 years, as a result of Berkowitz, Moxley, and others giving details about the Plaintiff on Social Media, local, national, and international news and multiple news outlets.

**Public humiliation:** actions by Berkowitz, and others designed to publicly humiliate, discrimination, degrade, the Plaintiff, such as spreading egregious false rumors and exposing private information about the Plaintiff.

**Abuse of Power:** Berkowitz and LMER holds positions of power and authority over the Plaintiff, and they exploit that imbalance to inflict distress upon the Plaintiff and fear with heightened vulnerability. 12-7-21 to present.

**Physical harm and threats of harm:** Berkowitz, Moxley, LMER, and others conduct to continue articles, and social media about Plaintiff has caused threats to the Plaintiff's life and family members 12-7-21-present

**Exploitation of Power:** Berkowitz, DCPS PR, and others conduct has exploited their power which creates an imbalance and inflicts distress deemed beyond "all possible bounds of decency." for the Plaintiff 12-7-21 to present.

**Damages: Compensatory damages** for financial losses and mental anguish. **Quantifiable losses** (pecuniary)more subjective, non-monetary losses (non-economic).

PP0000complaintdcsup10

**Non-Economic losses**: mental anguish, pain, and suffering, anxiety, depression, and insomnia.

**Diminished quality of life** or loss of ability to perform daily activities.

**Loss of consortium** (emotional enjoyment/ companionship for a spouse)

**Punitive damages** in egregious cases. DC has no cap.

Punish defendants

### COUNT 6 : Wrongful Termination

Violation of Public Policy (DC generally follows at-will employment, but exceptions exist for terminations violating "clear mandate of public policy" where no other remedy is available under D.C. law). 2-14-22.

Wrongful Termination: DC is an at-will employment jurisdiction, meaning an employee can be terminated at any time for any reason not prohibited by law. Wrongful termination claims typically arise when the termination violates a specific statute (e.g., anti-discrimination laws) or an exception to the at-will doctrine (such as a public policy exception).

Causing Students to Lie/Other Unlawful Acts: This conduct would likely be incorporated into the defamation claim or a potential claim for intentional interference with contract or prospective economic advantage, where the conspirators intentionally caused a third party (the employer) to end the employment relationship through unlawful means (false statements).

### JURISDICTION AND VENUE

This Court has jurisdiction over this action pursuant to D.C. Code § 11-921.

**Personal Jurisdiction:** Alleges personal jurisdiction over defendants. This could be based on D.C. Code § 13-422 (if they are D.C. residents/organizations) or the D.C. Long Arm Statute (D.C. Code § 13-423). The long arm statute allows jurisdiction if claims arise from the defendant's business transactions in D.C., contracting

PP0000complaintdcsup11

for services in D.C., or causing a tortious injury in D.C. by an act or omission in D.C..

Venue: Alleges venue is proper because the events giving rise to the claims occurred in the District of Columbia.

Venue is proper in the Superior Court of the District of Columbia because the events giving rise to this Complaint occurred within the District of Columbia.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests that this Court enter judgment against Defendants, jointly and severally, and award the following relief:

A. Actual Compensatory damages in an amount to be proven at trial by jury

This section outlines the specific remedies the Plaintiff seeks from the court.

An award of compensatory damages for lost wages and IIED (Intentional emotional distress).

An award of punitive damages against the administrators for their malicious conduct.

An order for reinstatement to the Plaintiff's position.

An award of costs and attorneys' fees.

Any other relief the Court deems just and proper.

Jury demand

The plaintiff can demand a jury trial for all issues that are triable by a jury.

B. Punitive damages to punish Defendants for their malicious and willful conduct. These may be awarded in cases involving egregious or malicious

C. Pre-judgment and post-judgment interest.

D. The costs of this action and reasonable attorneys' fees.

E. Treble Damages: Under certain specific D.C. statutes, such as the D.C. false claims Act or business conspiracy statutes, a prevailing plaintiff may be entitled to

PP0000complaintdcsup12

recover three times their actual damages, especially if the defendant's actions were willful and malicious.

F. Any and all other relief as the Court deems just and proper.

G. Special Damages;  These cover specific, out of pocket expenses and quantifiable losses such as lost wages, medical expenses, or property damage.

H. General Damages:  These cover subjective, non-monetary losses such as pain and suffering, mental anguish, or emotional distress, provided a sufficient basis for recovery is established.

I. Treble Damages:  Under certain specific D.C. statutes, such as the D.C. false claims Act or business conspiracy statutes, a prevailing plaintiff may be entitled to recover three times their actual damages, especially if the defendant's actions were willful and malicious.

J. Injunctive Relief:  A Plaintiff may also seek a court order( injunction) to stop ongoing unlawful activity as part of the conspiracy.

K. Attorney's Fees and Costs:  Some D.C. Statues, particularly those related to business or specific consumer protection violations, explicitly allow for the recovery of attorney's fees and litigation costs for a prevailing plaintiff.

  A declaration that the termination was unlawful.
An award for back pay and front pay.
Compensatory and punitive damages.
Attorney's fees and costs, where permitted by law.


[Signature                               ]
[Kimberlynn Jurkowski
[Date] 12-13-25
VERIFICATION

PP0000complaintdcsup13

I, [Plaintiff: Kimberlynn Jurkowski], hereby verify that the facts and allegations set forth in this Complaint are true and accurate to the best of my knowledge, information, and belief.

[Signature]

Kimberlynn Jurkowski Pro Se

December 13, 2025

PP0000complaintdcsup1

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

Kimberlynn Jurkowski

Plaintiff

v.                                        Case Number:

Mscott Berkowitz, Katherine Moxley, Allyson Kitchel,
Capitol Hill PTA, Jade L. Fuller, Kytja Weir, Lona Valmoro
Kathryn Kayne, Mark Boisvert, Aimee D. Peoples,
DCPS, Brian L. Schwalb, Edwin Black, Susan Reed Bloom
Jill Mackie Stewart, Shawn Stover, Kevin Washburn
Karen Cole, Carmen Tull, Lindsay Miller, Roberta Stewart
Lynette Davis, Jonathan Stivers, Elizabeth Bartolomeo, Robyn Harper,
Courtney DeAnda, Page Hoffman, Binyamia Applebaum,
Washington Teacher's Unio local #6, AFT-CIO, Jacqueline Pogue-Lyons,
Laura Fuchs, Regina Bell, Sharon Gaskins,

Defendants.

## COMPLAINT

Introduction:

This is an action takes place at Watkins Elementary School in DC 12-17-21 and is
based on unlawful actions in DC with the base as Civil Conspiracy with several
counts and Torts: Tortious interference with contract: Deformation: Fraud
Misrepresentation: Intentional Infliction of emotional distress: and Wrongful
Termination.  For Civil Conspiracy by which 2 or more Defendants agreed,
participated and carried out a scheme in which as joint participants they unlawfully
or lawfully acted to harm Plaintiff. As a direct result of Defendants' concerted

actions, Plaintiff has suffered significant quantifiable harm and damages and injury caused by the unlawful, subsequent acts, overt act (s) by one or more Defendants in furtherance of the common or joint scheme.  The underlying unlawful acts in furtherance of the conspiracy that form the basis of this conspiracy include counts:

**Counts and cause of actions:**

**Count 1 (Civil Conspiracy):**
**Civil Conspiracy:** Katherine Moxley, Mscott Berkowitz, and others: **agreement** between the two or more people for unlawful purpose, an overt in furtherance, and actual damages (quantifiable losses like lost wages/expenses) resulting from that act, and Fraud and Fraudulent Misrepresentation, after Moxley forced her students to write about a Holocaust incident in the library, went to tell and show students papers as her evidence that a "Holocaust reenactment occurred in the library to Berkowitz, who never checked with the Plaintiff, but, took Moxley's ideas and agreed (tacit understanding) or ("preconceived plan and unity of design and purpose") as he began further creating misrepresentation of student statements in furtherance of the conspiracy which is the overt act on Friday, December 17, 2021. The fraud continued with a parallel conduct between  Berkowitz spreading the word about hate-bias, and Moxley explaining the Holocaust re-enactment in the library to parents, media, and others. Berkowitz involved the staff, DCPS agencies, and others for an **unlawful purpose/means to commit an illegal act** or a legal act in an illegal way as fraud. Shared Motivation/Interest: demonstrated their **shared incentive or interest in achieving** the unlawful objective as Berkowitz and Moxley and others began calling parents, alarming the Watkins community and causing the students to become emotionally confused and upset about Moxley's idea that they were victims of a Holocaust re-enactment during library class. Moxley and Berkowitz were acting with an external, independent, and personal motive outside the scope of their DCPS duties. They participated in dozens of meetings, created internal memos, media plans, testimony, that others would follow suit. This combination of parallel actions supported Moxley, Berkowitz, and others "meeting of the minds" to achieve an unlawful objective to damage the Plaintiff's reputation, cause her termination, destroy her ability to ever work in any DCPS school, or any school with students ever again. Moxley and Berkowitz, LMER, CHPTA, and others worked against their own self interest by producing suspicious

statements or documents which can be seen as ambiguous and can be interpreted as acknowledging collusion or referring to a common plan or understanding with the goals of Moxley and Berkowitz and LMER.

**Resulting Damage**: actual harm and injury (not just the agreement) is suffered by the Plaintiff and others in the community, including several students, parents, and staff beginning on 12-17-21 and continuing for several years, to present.

**Actual Damage:** including the Plaintiff's lost income after termination. Watkins' plaintiff, students, staff, and community suffered emotional, mental, and many harms caused by the conspirators' actions, not just the existence of the conspiracy.

**Attorney's Fees** and cost can be awarded by the court.

**Compensatory Damages:** Plaintiff can recover quantifiable monetary losses, lost wages, medical expenses, proven by a preponderance of the evidence.

**Punitive Damages:** Available if the acts were malicious or oppressive, especially under statutes in DC Code 22-3704 for discriminatory acts, intentional torts, proven by clear and convincing evidence, that the defendant acted with malice or a state of mind evidencing a wilful or wrongful intent. Punitive damages are intended to punish the wrongdoer (s) not just compensate the Plaintiff.

**Prejudice-based harm**, offering broader remedies like injunctions and punitive damages.

Berkowitz as Principal never spoke to Plaintiff to hear her side of the story and by Berkowitz working with Moxley in furtherance of the common scheme and convincing others to join them like a snow ball effect. Berkowitz **breach of fiduciary duty on 12-17-21** has also caused significant harm to the Plaintiff. The "gist" of this civil conspiracy claim is the damage inflicted by the unlawful acts committed in pursuit of the conspiracy, not the mere agreement between Moxley and Berkowitz and others itself.

**The Plaintiff has stated "but for"** Moxley, Berkowitz, and other DCPS staff concerted wrongful actions, the injury or damage would not have occurred.

**The Plaintiff's foreseeable** consequences of the conspirators' wrongful behavior caused the Plaintiff to experience the harm suffered on 12-17-21 to present.

**Causation:** the Plaintiff's damages are the direct or proximate result of Moxley, Berkowitz, and others DCPS staff's overt acts 12-17-21-present.

**Special Damages:** In civil conspiracy refer to quantifiable, out of pocket economic losses that flow based on the conspirators' wrongful acts. The use of **Plaintiff's documentation** supports and helps to determine these damages based on lost

PP0000complaintdcsup4

wages, income, profits, earning capacity, costs, mitigation expenses, out of pocket expenses, medical bills related to physical and emotional injury of the Plaintiff's itemized expenses

**Treble Damages:** and attorney fees for conspiracies, further help the Plaintiff with financial recovery sought.

**The Plaintiff has** accumulated significant witness testimony, documentation, circumstantial evidence, and other documentation after several legal hearings, and events regarding the levels of quantifiable damages.

### Count 2: Tortious Interference with Contract:

The Plaintiff had been employed with DCPS from August 20214 to Feb 2022 as a Library Media Specialist at Simon ES from 2014-2016, King from 2016-2018, and Watkins 2018-2022 with  Mscott Berkowitz as the Principal. Berkowitz was clear that the Plaintiff was employed at Watkins ES when he arrived in 2019 as Elena Bell resigned in 2019, just before Berkowitz arrived from Alexandria City Public School in Virginia. Berkowitz received emails and conversations from staff that the Plaintiff had an inappropriate background and should not work at Watkins. In May of 2021, Berkowitz checked with LMER regarding the Plaintiff's background clearance. He was told she was cleared. Berkowitz was not satisfied and began Intentional and Improper Interference. Berkowitz refused to support Plaintiff's programs, removed the library Maker space room materials and added a staff office in its place, which was more unethical means to push the Plaintiff out of Watkins and Next, Berkowitz filed an Ipad theft charge against the Plaintiff in 10-2021, which was illegal and unethical, and when that failed, Berkowitz and Moxley began the Holocaust reenactment library lesson issue which caused the Plaintiff to be placed on Administrative leave the same day of 12-17-21. These actions caused Berkowitz to breach the Plaintiff's contract using fraud and deformation to push her out of the school. Berkotwitz admitted he did not want the Plaintiff at Watkins. This resulted in damages, financial, reputation, and other damages by 2-14-22 which include the termination of the Plaintiff from DCPS.

**Damages:** Plaintiff can seek compensatory damages: Reimbursement for lost profits, costs, wages, and other expenses along with contracts which couldn't be completed after the termination. Berkowitz used fraud and threats to induce a third party to breach their agreement with the Plaintiff. Consequential losses: indirect

losses that are a legal consequence of the interference and harm to Plaintiff's reputation or credit rating.

Berkowitz, Moxley, and others worked to spread false rumors about the Plaintiff. Such actions are a violation of the Plaintiff's rights and a breach of the Plaintiff's contract.

**Equitable Relief**: injunctions to stop interference.

**Punitive Damages:**  Plaintiff could be awarded in cases with malicious or particularly bad conduct to punish the wrongdoer.

### Count 3 (Deformation):

Deformation: Katherine Moxley, Mscott Berkowitz, and others made several public false statements of fact(s), not an opinion on December 17, 2021, Moxley and Berkowitz regarding the Plaintiff. The statements were spoken and  made and published to third party(s) in interviews, reports, meetings, newspapers, television, social media, and other public conversations local, national, and internationally. The statements made by Moxley and Berkowitz on 12-17-2021-present were about and in reference to the Plaintiff. The Defendants Moxley and Berkowitz were at fault and responsible for the statement(s) with knowledge that it was false or with reckless disregard of whether it was false or not.

**Damages:** The statement(s) that Moxley and Berkowitz made caused harm to the Plaintiff's reputation,(libel written defamation) and (slander spoken defamation) and defamatory (accursing Plaintiff of a serious or professional incompetence, serious crime, crime of moral turpitude, engaged in illegal activities..). Harm to profession: statements that falsely impute a lack of ability, integrity or general unfitness to perform one's job duties, prejudicing the Plaintiff in her profession. (special harm: monetary and/or economic loss).

1. that harms the plaintiff's reputation or emotional well-being..):
   *
2. Intentional Infliction of Emotional Distress (IIED).
3. Breach of Fiduciary Duty. When a group of individuals conspire to breach duties owed to another party.

4. Berkowitz's All Staff Email sent to staff, family, and others in the public, Moxley's forced student's notes, drawings, and letters sent to LMER and other publics, Local, National, and International reports "news articles" sent

PP0000complaintdcsup6

to the publics, local, national, and international readers online, news stands, talk shows, and other media, Edwin Black sent: Youtube videos, news articles, threats, and other published sources to mass publics in furtherance of the conspiracy, Jade Fuller violations of Plaintiff's due process, privacy of employment ,background privacy, concealment of documents from Plaintiff, Collusion with WTU, LMER, CHPTA, Berkowitz, Moxley, and others in violation of the employment and constitutional rights of the Plaintiff, violations of CBA WTU, DC Employee Policy  actions in furtherance of the conspiracy, LMER, Aimee D. Peoples, Jade L. Fuller, Lynnett Collins, violations of due process, concealment of documents from Plaintiff, encouragement of Defendants to violate Plaintiff's rights and privacy, encouragement to report plaintiff to MPD for theft  actions in furtherance of the conspiracy and Peoples had a conflict of interest and should not have signed a termination letter of the Plaintiff. Peoples has a relative or son who attended Watkins which is a conflict of interest and should not be allowed. Also the charges which DCPS has listed in the termination letter 2/14/22 are in violation of the CBA for cause and DCPS employee policy, but add to the civil conspiracy with Deformation, false statements, tortious interference, and other overt acts. *Wrongful Termination by Jade L. Fuller, Aimee D. Peoples, and others with DCPS, overt acts in furtherance of the conspiracy including: shame investigation,  actions in furtherance of the conspiracy violation of D.C. law, such as the District of Columbia Human Rights Act (DCHRA), Due Process Violations, under 42 U.S.C. § 1983,

Defamatory Statements: false accusations of misconduct: falsely telling others that Plaintiff stole money, or did wrong.
Damaging business or professional standing:  Falsely stating to others that Plaintiff is a liability to DCPS.
False negative Reviews: Posting an online review on a site that contains demonstrably false information, claims about the Plaintiff.
Misleading Statements by Omission: Publishing a one-sided story or leaving out critical details to create a false impression of wrongdoing about the Plaintiff.

Accusations of unethical Behavior: Stating that the Plaintiff the plaintiff kills animals and harms kids.

Defamation Per Se: accusing a person of a serious crime: Falsely accusing Plaintiff of having a conviction.

Harming Plaintiff's Profession. Falsely inputting unfitness, lack of integrity, or an inability to perform the duties.

Alleging Misconduct: Falsely accusing someone of a lack of engaging in predatory behavior.

Statements made about Plaintiff are defamatory.

Statement published to a third party and others, online post, writing, emails, spoken, speech, conversation about the Plaintiff which are defamatory.

Statement objectively false and published about the Plaintiff.

Statements published and caused harm to the Plaintiff.

The Plaintiff has a collection of emails, witness information, documentation, reports, of losses and emotional distress for the Plaintiff.

### Count  4 Fraud Misrepresentation:

Fraud Misrepresentation, breach of contract, intentional infliction of Emotional Distress,  interference with contract, "defamation," Malice, "].

**A false statement** of material fact has been made by Berkowitz, Moxley, LMER, WTU and other DCPS staff on 12-17-21-present.

**Knowingly False statements h**ave been made about Plaintiff with reckless indifference by Berkowitz, Moxley, LMER, CHPTA, and others 12-17-21-present.

**Intent to Deceive:** Berkowitz, Moxley, LMER, CHPTA, and others intended to **mislead or induce** the Plaintiff to act on the false statement.

**Action to Conceal the Conspiracy:** steps taken by Berkowitz, Moxley, LMER, WTU and others to hide their relationships, communications of guilt and a prior agreement. 5-20-21-present

**Shared Motivation:** Plaintiff has evidence that Berkowitz, Moxley, LMER, CHPTA had a common motive or a shared goal that could only be achieved through collective action.

**Following an invitation for Collective Action:** Berkowitz, Moxley, LMER, WTU, CHPTA, and others an agreement can be inferred with Berkowitz, Moxley,

PP0000complaintdcsup8

and LMER, WTU, proposed a collective action and the others knowing that concerted action is invited, give their adherence to the scheme and participate in it. **Specific Communications** and meeting:Plaintiff has evidence of frequent contact and communication between Berkowitz, Moxley, CHPTA, and others which suggest coordination rather than independent decision-making.

**Resulting Damages:** The plaintiff suffered actual financial harm because they relied on the misrepresentation.

Negligent Misrepresentation: A related claim exists for negligent misrepresentation , which involves a breach of duty in making a false statement and does not require the defendant the same level of intent to deceive.

**Actual and justifiable reliance:** The Plaintiff actually relied on the misrepresentation which caused the Plaintiff resulting damages.

**Causation and damages:** The intentional misrepresentation of statements by Berkowitz, Moxley, LMER, CHPTA, and others was the cause of the plaintiff's resulting damages. And Berkowitz and Moxley had  knowledge of the falsity and intent to deceive students, parents, and DCPS.

**Damages: compensatory (**pecuniary loss): These are primary forms of damages and are intended to restore the Plaintiff to the financial position they were in before the fraud occurred.  Out of pocket loss includes:

**Consequential Damages:** Plaintiff may also recover for other losses that are the natural and direct consequences of their reliance on the misrepresentation. This includes related expenses, loss profits, diminution in value.

**Punitive Damages:**  These are to punish the defendant for their actions and deter future misconduct. Defendant acted with evil motive, actual malice, intent to injure, or willful disregard for the rights of the Plaintiff.

**Attorney's Fees:** "American Risk Rule"

**Count 5 Intentional infliction of emotional distress (IIED):**

**Extreme and Outrageous Conduct:** Berkowitz, Moxley, LMER, and others conduct was so shocking and extreme that it goes beyond all possible bounds of decency and would be considered utterly intolerable in a civilized community. 12-17-21 to present.

**Intentional or Reckless Behavior:** Berkowitz, Moxley, LMER, and others intended to cause emotional distress or acted with neckless disregard for the high probability that their actions would cause such distress to the Plaintiff. And it has caused great distress to the Plaintiff from 12-17-21 to present.

Causation: The Plaintiff's emotional distress has been directly caused by Berkowitz, Moxley, LMER, WTU, and CHPTA parents, extreme and outrageous conduct.

**Severe Emotional Distress:** The emotional distress suffered by the Plaintiff has been so severe that no reasonable person could be expected to endure it. The Plaintiff has suffered significant and debilitating causing physical symptoms requiring medical and psychological treatment daily and is a substantial disruption to her daily life. 12-7-21-present

**Plaintiff has experienced dozens** of extreme harassments and threats which have been persistent for over 3 years, as a result of Berkowitz, Moxley, and others giving details about the Plaintiff on Social Media, local, national, and international news and multiple news outlets.

**Public humiliation:** actions by Berkowitz, and others designed to publicly humiliate, discrimination, degrade, the Plaintiff, such as spreading egregious false rumors and exposing private information about the Plaintiff.

**Abuse of Power:** Berkowitz and LMER holds positions of power and authority over the Plaintiff, and they exploit that imbalance to inflict distress upon the Plaintiff and fear with heightened vulnerability. 12-7-21 to present.

**Physical harm and threats of harm:** Berkowitz, Moxley, LMER, and others conduct to continue articles, and social media about Plaintiff has caused threats to the Plaintiff's life and family members 12-7-21-present

**Exploitation of Power:** Berkowitz, DCPS PR, and others conduct has exploited their power which creates an imbalance and inflicts distress deemed beyond "all possible bounds of decency." for the Plaintiff 12-7-21 to present.

**Damages: Compensatory damages** for financial losses and mental anguish. **Quantifiable losses** (pecuniary)more subjective, non-monetary losses (non-economic).

PP0000complaintdcsup10

**Non-Economic losses**: mental anguish, pain, and suffering, anxiety, depression, and insomnia.

**Diminished quality of life** or loss of ability to perform daily activities.

**Loss of consortium (**emotional enjoyment/ companionship for a spouse)

**Punitive damages** in egregious cases. DC has no cap.

Punish defendants

### COUNT 6 : Wrongful Termination

Violation of Public Policy (DC generally follows at-will employment, but exceptions exist for terminations violating "clear mandate of public policy" where no other remedy is available under D.C. law). 2-14-22.

Wrongful Termination: DC is an at-will employment jurisdiction, meaning an employee can be terminated at any time for any reason not prohibited by law. Wrongful termination claims typically arise when the termination violates a specific statute (e.g., anti-discrimination laws) or an exception to the at-will doctrine (such as a public policy exception).

Causing Students to Lie/Other Unlawful Acts: This conduct would likely be incorporated into the defamation claim or a potential claim for intentional interference with contract or prospective economic advantage, where the conspirators intentionally caused a third party (the employer) to end the employment relationship through unlawful means (false statements).

### JURISDICTION AND VENUE

This Court has jurisdiction over this action pursuant to D.C. Code § 11-921.

**Personal Jurisdiction:** Alleges personal jurisdiction over defendants. This could be based on D.C. Code § 13-422 (if they are D.C. residents/organizations) or the D.C. Long Arm Statute (D.C. Code § 13-423). The long arm statute allows jurisdiction if claims arise from the defendant's business transactions in D.C., contracting

PP0000complaintdcsup11

for services in D.C., or causing a tortious injury in D.C. by an act or omission in D.C..

Venue: Alleges venue is proper because the events giving rise to the claims occurred in the District of Columbia.

Venue is proper in the Superior Court of the District of Columbia because the events giving rise to this Complaint occurred within the District of Columbia.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests that this Court enter judgment against Defendants, jointly and severally, and award the following relief:

A. Actual Compensatory damages in an amount to be proven at trial by jury

This section outlines the specific remedies the Plaintiff seeks from the court. An award of compensatory damages for lost wages and IIED (Intentional emotional distress).

An award of punitive damages against the administrators for their malicious conduct.

An order for reinstatement to the Plaintiff's position.

An award of costs and attorneys' fees.

Any other relief the Court deems just and proper.

Jury demand

The plaintiff can demand a jury trial for all issues that are triable by a jury.

B. Punitive damages to punish Defendants for their malicious and willful conduct. These may be awarded in cases involving egregious or malicious

C. Pre-judgment and post-judgment interest.

D. The costs of this action and reasonable attorneys' fees.

E. Treble Damages: Under certain specific D.C. statutes, such as the D.C. false claims Act or business conspiracy statutes, a prevailing plaintiff may be entitled to

PP0000complaintdcsup12

recover three times their actual damages, especially if the defendant's actions were willful and malicious.


F. Any and all other relief as the Court deems just and proper.

G. Special Damages;  These cover specific, out of pocket expenses and quantifiable losses such as lost wages, medical expenses, or property damage.

H. General Damages:  These cover subjective, non-monetary losses such as pain and suffering, mental anguish, or emotional distress, provided a sufficient basis for recovery is established.

I. Treble Damages:  Under certain specific D.C. statutes, such as the D.C. false claims Act or business conspiracy statutes, a prevailing plaintiff may be entitled to recover three times their actual damages, especially if the defendant's actions were willful and malicious.

J.  Injunctive Relief:  A Plaintiff may also seek a court order( injunction) to stop ongoing unlawful activity as part of the conspiracy.

K. Attorney's Fees and Costs:  Some D.C. Statues, particularly those related to business or specific consumer protection violations, explicitly allow for the recovery of attorney's fees and litigation costs for a prevailing plaintiff.

 A declaration that the termination was unlawful.
An award for back pay and front pay.
Compensatory and punitive damages.
Attorney's fees and costs, where permitted by law.


[Signature                                ]
[Kimberlynn Jurkowski
[Date] 12-13-25
VERIFICATION

PP0000complaintdcsup13

I, [Plaintiff: Kimberlynn Jurkowski], hereby verify that the facts and allegations set forth in this Complaint are true and accurate to the best of my knowledge, information, and belief.

[Signature]

Kimberlynn Jurkowski Pro Se

December 13, 2025

# Superior Court of the District of Columbia

## CIVIL DIVISION - CIVIL ACTIONS BRANCH

### INFORMATION SHEET

Kimberlynn Jurkowski
_____ Plaintiff(s) _____

Case Number: _____

vs

Date: 12-15-2025

Mscott Berkowitz, et al
_____ Defendant(s) _____

☑ One of the defendants is being sued
in their official capacity.

| Name: *(Please Print)* | Relationship to Lawsuit |
|---|---|
| Firm Name: | ☐ Attorney for Plaintiff |
| | ☑ Self (Pro Se) |
| Telephone No.:     DC Bar No.: | ☐ Other: _____ |

TYPE OF CASE: ☐ Non-Jury     ☐ 6 Person Jury     ☑ 12 Person Jury
Demand: $ _____     Other: Compensatory, Punitive, Treble, Special

PENDING CASE(S) RELATED TO THE ACTION BEING FILED
Case No.:_____     Judge:_____     Calendar #:_____

Case No.:_____     Judge:_____     Calendar #:_____

---

NATURE OF SUIT:     *(Check One Box Only)*

**CONTRACT**

- ☐ Breach of Contract
- ☐ Breach of Warranty
- ☐ Condo/Homeowner Assn. Fees
- ☐ Contract Enforcement
- ☐ Negotiable Instrument

**COLLECTION/INS. SUB**

- ☐ Debt Collection
- ☐ Insurance Subrogation
- ☐ Motion/Application for Judgment by Confession
- ☐ Motion/Application Regarding Arbitration Award

**EMPLOYMENT DISPUTE**

- ☐ Breach of Contract
- ☐ Discrimination
- ☐ Wage Claim
- ☐ Whistle Blower
- ☐ Wrongful Termination

**REAL PROPERTY**

- ☐ Condo/Homeowner Assn. Foreclosure
- ☐ Declaratory Judgment
- ☐ Drug Related Nuisance Abatement
- ☐ Ejectment
- ☐ Eminent Domain
- ☐ Interpleader
- ☐ Other
- ☐ Quiet Title
- ☐ Specific Performance

- ☐ **FRIENDLY SUIT**
- ☐ **HOUSING CODE REGULATIONS**
- ☐ **QUI TAM**
- ☐ **STRUCTURED SETTLEMENTS**

**ADMINISTRATIVE PROCEEDINGS**

- ☐ Administrative Search Warrant
- ☐ App. for Entry of Jgt. Defaulted Compensation Benefits
- ☐ Enter Administrative Order as Judgment
- ☐ Libel of Information
- ☐ Master Meter
- ☐ Petition Other

- ☐ Release Mechanics Lien
- ☐ Request for Subpoena

**MALPRACTICE**

- ☐ Medical – Other
- ☐ Wrongful Death

**AGENCY APPEAL**

- ☐ Dangerous Animal Determination
- ☐ DCPS Residency Appeal
- ☐ Merit Personnel Act (OEA)
- ☐ Merit Personnel Act (OHR)
- ☐ Other Agency Appeal

☐ **APPLICATION FOR INTERNATIONAL FOREIGN JUDGMENT**

CV-496/February 2023

# Information Sheet, Continued

**CIVIL ASSET FORFEITURE**
- [ ] Currency
- [ ] Other
- [ ] Real Property
- [ ] Vehicle

**NAME CHANGE/VITAL RECORD AMENDMENT**
- [ ] Birth Certificate Amendment
- [ ] Death Certificate Amendment
- [ ] Gender Amendment
- [ ] Name Change

**TORT**
- [ ] Abuse of Process
- [ ] Assault/Battery
- [ ] Conversion
- [ ] False Arrest/Malicious Prosecution
- [ ] Libel/Slander/Defamation
- [ ] Personal Injury
- [ ] Toxic Mass
- [ ] Wrongful Death (Non-Medical Malpractice)

**GENERAL CIVIL**
- [ ] Accounting
- [ ] Deceit (Misrepresentation)
- [ ] Fraud
- [ ] Invasion of Privacy
- [ ] Lead Paint
- [ ] Legal Malpractice
- [ ] Motion/Application Regarding Arbitration Award
- [x] Other - General Civil

- [ ] Product Liability
- [ ] Request for Liquidation
- [ ] Writ of Replevin
- [ ] Wrongful Eviction

**CIVIL I/COMPLEX CIVIL**
- [ ] Asbestos

**MORTGAGE FORECLOSURE**
- [ ] Non-Residential
- [ ] Residential

**STATUTORY CLAIM**
- [ ] Anti – SLAPP
- [ ] Consumer Protection Act
- [ ] Exploitation of Vulnerable Adult
- [ ] Freedom of Information Act (FOIA)
- [ ] Other

**TAX SALE FORECLOSURE**
- [ ] Tax Sale Annual
- [ ] Tax Sale Bid Off

**VEHICLE**
- [ ] Personal Injury
- [ ] Property Damage

- [ ] **TRAFFIC ADJUDICATION APPEAL**
- [ ] **REQUEST FOR FOREIGN JUDGMENT**

_____          _____
Filer/Attorney's Signature                Date



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Case No. _____

## COMPLAINT
Jurisdiction of this Court is founded on D.C. Code § 11-921.

| Kimberlynn Jurkowski | | | VS | Mscott Berkowitz, et al | | |
|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | |
| 3540 Crain Highway | | | | 420 12th Street, SE | | |
| Address (No Post Office Boxes) | | | | Address (No Post Office Boxes) | | |
| Bowie | Md | 20716 | | Washington | DC | 20003 |
| City | State | Zip Code | | City | State | Zip Code |
| 609 481-8878 | | | | 202 698-3355 | | |
| Telephone Number | | | | Telephone Number | | |
| kjurkowski777@gmail.com | | | | mscott.berkowitz@k12.dc.gov | | |
| *Email Address (optional)* | | | | *Email Address (optional)* | | |

I. Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

On 12-17-21, Watkins ES, 420 12th St. SE, DC, Mscott Berkowitz, principal and Katherine Moxley, teacher, acting with external independent, personal motive, outside the scope of their duties for DCPS in agreement intended to achieve an unlawful objective, or a lawful purpose by unlawful means, resulting in damages to the Plaintiff: Kimberlynn Jurkowski, librarian Watkins. The "gist" of the civil ation is the damage caused by the unlawful overt acts committed in furtherance of the conspiracy by Berkowitz, Moxley, and others. Moxley forced her students to write papers,

that they were in a Holocaust Reenactment during library time with Jurkowski on 12-17-21 10am. Moxley took the student papers to Berkowitz who began the investigation, added the Watkin parents, DCPS, local, national, international press by 6pm 12-17-21 (overt acts), Jurkowski placed on administrative leave 12-17-21 6pm, local, national, international reportors contact Jurkowski on personal email and personal phone. Jurkowski receive death threats 12-17-21 - present, DCPS investigation 12-17-21-2-14-21, Jurkowski termination by DCPS 2-14-22, (overt acts that resulted in the injury to plaintiff, Jurkowski, The unlawful act relates to the undderlying torts: Civil Conspiracy: Griva v. Davison, 637 A.2d 830 (D.C. 1994): furtherance of the scheme: Kingman Park Civic Ass'n v. Williams, 348 F.3d (D.C. Cir. 2003): Fizgerald v.

Seamons, 384 F. Supp. 688 (D.D.C. 1974) Halberstam v. Welch, D.C. Statutes D.C. code 28-4502 Count 1Civil Conspiracy, Count 2 Tortious Interference with Contract, Count 3 Deformation, Count 4 Fraud Misrepresentation, Count 5 Intentional infliction of emotional distress (IIED), Count 6 Negligence, Count 7 Wongful Termination, EEOC, EEO Count 8 Retaliation 32-1311,DCHRA, Whistleblower Protection laws, Saunders v. Nemati: 1990 District of Columbia Court of Appeals Decisions 2d 1555 (1985), Hedgepeth v Whitman Walker Clinic, 22 A.3d 789 (D.C. 2011), Sauders v. Nemati: 1990 DC 2d 1555

2. What relief are you requesting from the Court? Include any request for money damages.

Actual Damages: including the Plaintiff's lost income after termination, attorney's fees, compensatory damages, Punitive damages, DC code 22-3704, Prejudice-based harm, Special damages, treble damages, Rule D.C. Code 12-301, Equitable Relief, Consequential damages, order for reinstatement to the

Plaintiff's position, any other relief the Court deems just and proper, Jury demand, for all issues that are triable by a jury. Pre-judgement and post-judgement interest. The cost of thsi action and reasonable attorney's fees, and expenses for this action.injunctive relief, pain and suffering, cost of re-training for career

Prayer for Relief: Wherefore, Plaintiff request that this Court enter judgement against Defendants, jointly and severally, and award the following relief: An award of compensatory damages for lost wages and IIED (Intentional emotinal distress). An order for reinstatement to the Plaintiff's position. Punitive damages to punish Defendants for their malicious and willful conduct. jury demand, trial for all issues that are triableby a jury. Any and all other relief as the Court deems just and proper.

3.  State any other information, of which the Court should be aware:

This case has several Defendants: who are related to this case which covers about three years and to present with key facts, dates, events. This case also include DC organizations: Washington Teachers' Union Local #6 AFT-CIO, currrent president Laura Fuchs,

past WTU president Jacqueline Pogue-Lyons, former WTU vice president Regina Bell, and others who are connected to this case and claims. Also, the Plaintiff has an EEOC case with different claims in the District of Columbia Federal Court and some of the same defendants in this claim are in the Federal

Court but for different reasons. Also, the Plaintiff has an OEA (Office of Employee Appeals) case which is up for Petition for Review which may be sent to the D.C. Superior Court after the final decision, but the Plaintiff has not received the final decision as of yet.

Jurisdiciton and Venue: This Court has jurisdiction over this action pursuant to D.C. code 11-921. Personal Jurisdiction: Alleges personal jurisdiction over defendants. This could be based on D.C. Code 13-422 (if they are D.C. residents/organizations) or the D.C. Long Arm

Statue (D.C. Code 13-423). The long arm statute allows jurisdictin if claims arise from the defendant's business transactions in D.C. contracting for services in D.C., or causing. a tortious. injury in D.C. by an act or omission in D.C.

Venue: Alleges venue is proper because the events giving rise to the claims occurred in the District of Columbia. Prayer for Relief: Wherefore, Plantiff requests that this Court enter judgement against Defendants, jointly and severally, and award the following relief:

A. Actual Compensatory damages in an amount to be proven at trial by jury. An award of punitive damages, pre-judgement and post judgement interest, The costs of this action and reasonable attorney's fees, and other relief the Court deems just and proper.

## SIGNATURE

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to harass the Defendant(s). Superior Court Civil Rules 11(b).

_____

**SIGNATURE**

12-14-25

_____

**DATE**

Subscribed and sworn to before me this _____ day of _____ 20_____.

_____

(Notary Public/Deputy Clerk)

2

Swan

1, Regina Bell

2.

plov
ramsay
plwin

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Kimberlynn Jurkowski
_____
                            Plaintiff
            vs.

                                                        Case Number _____

Roberta Stewart
_____
                            Defendant

### SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Kimberlynn Jurkowski                                   *Clerk of the Court*
_____
Name of Plaintiff's Attorney

3540 Crain Highway                          By _____
_____
Address                                                    Deputy Clerk
Bowie, Md 20716
_____

609 481-8878                                  Date _____
_____
Telephone
如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828로 전화주십시오      የአማርኛ ትርጉም ለማግኘት (202) 879-4828   ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

3.  State any other information, of which the Court should be aware:

This case has several Defendants: who are related to this case which covers about three years and to present with key facts, dates, events. This case also include DC organizations: Washington Teachers' Union Local #6 AFT-CIO, current president Laura Fuchs,

past WTU president Jacqueline Pogue-Lyons, former WTU vice president Regina Bell, and others who are connected to this case and claims. Also, the Plaintiff has an EEOC case with different claims in the District of Columbia Federal Court and some of the same defendants in this claim are in the Federal

Court but for different reasons. Also, the Plaintiff has an OEA (Office of Employee Appeals) case which is up for  Petition for Review which may be sent to the D.C. Superior Court after the final decision, but the Plaintiff has not received the final decision as of yet.

Jurisdiciton and Venue: This Court has jurisdiction over this action pursuant to D.C. code 11-921. Personal Jurisdiction: Alleges personal jurisdiction over defendants. This could be based on D.C. Code 13-422 (if they are D.C. residents/organizations) or the D.C. Long Arm

Statue (D.C. Code 13-423). The long arm statute allows jurisdictin if claims arise from the defendant's business transactions in D.C. contracting for services in D.C., or causing. a tortious. injury in D.C. by an act or omission in D.C.

Venue: Alleges venue is proper because the events giving rise to the claims occurred in the District of Columbia. Prayer for Relief: Wherefore, Plaintiff requests that this Court enter judgement against Defendants, jointly and severally, and award the following relief:

A. Actual Compensatory damages in an amount to be proven at trial by jury. An award of punitive damages, pre-judgement and post judgement interest, The costs of this action and reasonable attorney's fees, and other relief the Court deems just and proper.

## SIGNATURE

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to harass the Defendant(s). Superior Court Civil Rules 11(b).

**SIGNATURE**

12-14-25

**DATE**

Subscribed and sworn to before me this _____ day of _____ 20_____ .

_____

(Notary Public/Deputy Clerk)



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

Case No. _____

## COMPLAINT

Jurisdiction of this Court is founded on D.C. Code § 11-921.

| | | |
|---|---|---|
| Kimberlynn Jurkowski | | Mscott Berkowitz, et al |
| PLAINTIFF | vs | DEFENDANT |
| 3540 Crain Highway | | 420 12th Street, SE |
| Address (No Post Office Boxes) | | Address (No Post Office Boxes) |
| Bowie   Md   20716 | | Washington  DC   20003 |
| City   State   Zip Code | | City   State   Zip Code |
| 609 481-8878 | | 202 698-3355 |
| Telephone Number | | Telephone Number |
| kjurkowski777@gmail.com | | mscott.berkowitz@k12.dc.gov |
| *Email Address (optional)* | | *Email Address (optional)* |

1. Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

On 12-17-21, Watkins ES, 420 12th St. SE, DC, Mscott Berkowitz, principal and Katherine Moxley, teacher, acting with external independent, personal motive, outside the scope of their duties for DCPS in agreement intended to achieve an unlawful objective, or a

lawful purpose by unlawful means, resulting in damages to the Plaintiff: Kimberlynn Jurkowski, librarian Watkins. The "gist" of the civil ation is the damage caused by the unlawful overt acts committed in furtherance of the conspiracy by Berkowitz, Moxley, and others. Moxley forced her students to write papers,

that they were in a Holocaust Reenactment during library time with Jurkowski on 12-17-21 10am. Moxley took the student papers to Berkowitz who began the investigation, added the Watkin parents, DCPS, local, national, international press by 6pm 12-17-21 (overt

acts), Jurkowski placed on administrative leave 12-17-21 6pm, local, national, international reportors contact Jurkowski on personal email and personal phone. Jurkowski receive death threats 12-17-21 - present, DCPS investigation 12-17-21-2-14-21, Jurkowski

termination by DCPS 2-14-22, (overt acts that resulted in the injury to plaintiff, Jurkowski, The unlawful act relates to the undderlying torts: Civil Conspiracy: Griva v. Davison, 637 A.2d 830 (D.C. 1994): furtherance of the scheme: Kingman Park Civic Ass'n v. Williams, 348 F.3d (D.C. Cir. 2003): Fizgerald v.

Seamons, 384 F. Supp. 688 (D.D.C. 1974) Halberstam v. Welch, D.C. Statutes D.C. code 28-4502 Count 1Civil Conspiracy, Count 2 Tortious Interference with Contract, Count 3 Deformation, Count 4 Fraud Misrepresentation, Count 5 Intentional infliction of emotional

distress (IIED), Count 6 Negligence, Count 7 Wongful Termination, EEOC, EEO Count 8 Retaliation 32-1311,DCHRA, Whistleblower Protection laws, Saunders v. Nemati: 1990 District of Columbia Court of Appeals Decisons 2d 1555 (1985), Hedgepeth v Whitman Walker Clinic, 22 A.3d 789 (D.C. 2011), Sauders v Nemati; 1990 DC 2d 1555

2. What relief are you requesting from the Court? Include any request for money damages.

Actual Damages: including the Plaintiff's lost income after termination, attorney's fees, compensatory damages, Punitive damages, DC code 22-3704, Prejudice-based harm, Special damages, treble damages, Rule D.C. Code 12-301, Equitable Relief, Consequential damages, order for reinstatement to the

Plaintiff's position, any other relief the Court deems just and proper, Jury demand, for all issues that are triable by a jury. Pre-judgement and post-judgement interest. The cost of thsi action and reasonable attorney's fees, and expenses for this action.injunctive relief, pain and suffering, cost of re-training for career

Prayer for Relief: Wherefore, Plaintiff request that this Court enter judgement against Defendants, jointly and severally, and award the following relief: An award of compensatory damages for lost wages and IIED (Intentional emotinal distress). An order for reinstatement to

the Plaintiff's position. Punitive damages to punish Defendants for their malicious and willful conduct. jury demand, trial for all issues that are triableby a jury. Any and all other relief as the Court deems just and proper.

3.  State any other information, of which the Court should be aware:

This case has several Defendants: who are related to this case which covers about three years and to present with key facts, dates, events. This case also include DC organizations: Washington Teachers' Union Local #6 AFT-CIO, currrent president Laura Fuchs,

past WTU president Jacqueline Pogue-Lyons, former WTU vice president Regina Bell, and others who are connected to this case and claims. Also, the Plaintiff has an EEOC case with different claims in the District of Columbia Federal Court and some of the same defendants in this claim are in the Federal

Court but for different reasons. Also, the Plaintiff has an OEA (Office of Employee Appeals) case which is up for  Petition for Review which may be sent to the D.C. Superior Court after the final decision, but the Plaintiff has not received the final decision as of yet.

Jurisdiciton and Venue: This Court has jurisdiction over this action pursuant to D.C. code 11-921. Personal Jurisdiction: Alleges personal jurisdiction over defendants. This could be based on D.C. Code 13-422 (if they are D.C. residents/organizations) or the D.C. Long Arm

Statue (D.C. Code 13-423). The long arm statute allows jurisdictin if claims arise from the defendant's business transactions in D.C. contracting for services in D.C., or causing. a tortious. injury in D.C. by an act or omission in D.C.

Venue: Alleges venue is proper because the events giving rise to the claims occurred in the District of Columbia. Prayer for Relief: Wherefore, Plantiff requests that this Court enter judgement against Defendants, jointly and severally, and award the following relief:

A. Actual Compensatory damages in an amount to be proven at trial by jury. An award of punitive damages, pre-judgement and post judgement interest, The costs of this action and reasonable attorney's fees, and other relief the Court deems just and proper.

## SIGNATURE

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to harass the Defendant(s). Superior Court Civil Rules 11(b).

_____

**SIGNATURE**

12-14-25

_____

**DATE**

Subscribed and sworn to before me this _____ day of _____ 20_____.

_____

(Notary Public/Deputy Clerk)

2



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

Case No. _____

## COMPLAINT
Jurisdiction of this Court is founded on D.C. Code § 11-921.

| Kimberlynn Jurkowski | | | | Mscott Berkowitz, et al | | |
|---|---|---|---|---|---|---|
| PLAINTIFF | | | vs | DEFENDANT | | |
| 3540 Crain Highway | | | | 420 12th Street, SE | | |
| Address (No Post Office Boxes) | | | | Address (No Post Office Boxes) | | |
| Bowie | Md | 20716 | | Washington  DC | | 20003 |
| City | State | Zip Code | | City | State | Zip Code |
| 609 481-8878 | | | | 202 698-3355 | | |
| Telephone Number | | | | Telephone Number | | |
| kjurkowski777@gmail.com | | | | mscott.berkowitz@k12.dc.gov | | |
| *Email Address (optional)* | | | | *Email Address (optional)* | | |

1.  **Write a short and plain statement of your claim, including any relevant facts, dates, and locations:**

On 12-17-21, Watkins ES, 420 12th St. SE, DC, Mscott Berkowitz, principal and Katherine Moxley, teacher, acting with external independent, personal motive, outside the scope of their duties for DCPS in agreement intended to achieve an unlawful objective, or a lawful purpose by unlawful means, resulting in damages to the Plaintiff: Kimberlynn Jurkowski, librarian Watkins. The "gist" of the civil ation is the damage caused by the unlawful overt acts committed in furtherance of the conspiracy by Berkowitz, Moxley, and others. Moxley forced her students to write papers,

that they were in a Holocaust Reenactment during library time with Jurkowski on 12-17-21 10am. Moxley took the student papers to Berkowitz who began the investigation, added the Watkin parents, DCPS, local, national, international press by 6pm 12-17-21 (overt

acts), Jurkowski placed on administrative leave 12-17-21 6pm, local, national, international reportors contact Jurkowski on personal email and personal phone. Jurkowski receive death threats 12-17-21 - present, DCPS investigation 12-17-21-2-14-21, Jurkowski

termination by DCPS 2-14-22, (overt acts that resulted in the injury to plaintiff, Jurkowski, The unlawful act relates to the undderlying torts: Civil Conspiracy: Griva v. Davison, 637 A.2d 830 (D.C. 1994): furtherance of the scheme: Kingman Park Civic Ass'n v. Williams, 348 F.3d (D.C. Cir. 2003): Fizgerald v.

Seamons, 384 F. Supp. 688 (D.D.C. 1974) Halberstam v. Welch, D.C. Statutes D.C. code 28-4502 Count 1Civil Conspiracy, Count 2 Tortious Interference with Contract, Count 3 Deformation, Count 4 Fraud Misrepresentation, Count 5 Intentional infliction of emotional

distress (IIED), Count 6 Negligence, Count 7 Wongful Termination, EEOC, EEO Count 8 Retaliation 32-1311,DCHRA, Whistleblower Protection laws, Saunders v. 1990 District of Columbia Court of Appeals Decisions 2d 1555 (1985), Hedgepeth v Whitman Walker Clinic, 22 A.3d 789 (D.C. 2011), Sauders v. Nemati; 1990 DC 2d 1555

2.  **What relief are you requesting from the Court? Include any request for money damages.**

Actual Damages: including the Plaintiff's lost income after termination, attorney's fees, compensatory damages, Punitive damages, DC code 22-3704, Prejudice-based harm, Special damages, treble damages, Rule D.C. Code 12-301, Equitable Relief, Consequential damages, order for reinstatement to the

Plaintiff's position, any other relief the Court deems just and proper, Jury demand, for all issues that are triable by a jury. Pre-judgement and post-judgement interest. The cost of thsi action and reasonable attorney's fees, and expenses for this action.injunctive relief, pain and suffering, cost of re-training for career

Prayer for Relief: Wherefore, Plaintiff request that this Court enter judgement against Defendants, jointly and severally, and award the following relief: An award of compensatory damages for lost wages and IIED (Intentional emotional distress). An order for reinstatement to

the Plaintiff's position. Punitive damages to punish Defendants for their malicious and willful conduct. jury demand, trial for all issues that are triableby a jury. Any and all other relief as the Court deems just and proper.

3. State any other information, of which the Court should be aware:

This case has several Defendants: who are related to this case which covers about three years and to present with key facts, dates, events. This case also include DC organizations: Washington Teachers' Union Local #6 AFT-CIO, currrent president Laura Fuchs,

past WTU president Jacqueline Pogue-Lyons, former WTU vice president Regina Bell, and others who are connected to this case and claims. Also, the Plaintiff has an EEOC case with different claims in the District of Columbia Federal Court and some of the same defendants in this claim are in the Federal

Court but for different reasons. Also, the Plaintiff has an OEA (Office of Employee Appeals) case which is up for Petition for Review which may be sent to the D.C. Superior Court after the final decision, but the Plaintiff has not received the final decision as of yet.

Jurisdiciton and Venue: This Court has jurisdiction over this action pursuant to D.C. code 11-921. Personal Jurisdiction: Alleges personal jurisdiction over defendants. This could be based on D.C. Code 13-422 (if they are D.C. residents/organizations) or the D.C. Long Arm

Statue (D.C. Code 13-423). The long arm statute allows jurisdictin if claims arise from the defendant's business transactions in D.C. contracting for services in D.C., or causing. a tortious. injury in D.C. by an act or omission in D.C.

Venue: Alleges venue is proper because the events giving rise to the claims occurred in the District of Columbia. Prayer for Relief: Wherefore, Plantiff requests that this Court enter judgement against Defendants, jointly and severally, and award the following relief:

A. Actual Compensatory damages in an amount to be proven at trial by jury. An award of punitive damages, pre-judgement and post judgement interest, The costs of this action and reasonable attorney's fees, and other relief the Court deems just and proper.

## SIGNATURE

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to harass the Defendant(s). Superior Court Civil Rules 11(b).

_____

**SIGNATURE**

12-14-25

_____

**DATE**

Subscribed and sworn to before me this _____ day of _____ 20_____.

_____

(Notary Public/Deputy Clerk)



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

Case No. _____

## COMPLAINT
Jurisdiction of this Court is founded on D.C. Code § 11-921.

| | |
|---|---|
| Kimberlynn Jurkowski | Mscott Berkowitz, et al |
| PLAINTIFF | DEFENDANT |
| 3540 Crain Highway | 420 12th Street, SE |
| Address (No Post Office Boxes) | Address (No Post Office Boxes) |
| Bowie    Md    20716 | Washington   DC    20003 |
| City    State    Zip Code | City    State    Zip Code |
| 609 481-8878 | 202 698-3355 |
| Telephone Number | Telephone Number |
| kjurkowski777@gmail.com | mscott.berkowitz@k12.dc.gov |
| Email Address (optional) | Email Address (optional) |

vs

1. Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

On 12-17-21, Watkins ES, 420 12th St. SE, DC, Mscott Berkowitz, principal and Katherine Moxley, teacher, acting with external independent, personal motive, outside the scope of their duties for DCPS in agreement intended to achieve an unlawful objective, or a lawful purpose by unlawful means, resulting in damages to the Plaintiff: Kimberlynn Jurkowski, librarian Watkins. The "gist" of the civil ation is the damage caused by the unlawful overt acts committed in furtherance of the conspiracy by Berkowitz, Moxley, and others. Moxley forced her students to write papers,

that they were in a Holocaust Reenactment during library time with Jurkowski on 12-17-21 10am. Moxley took the student papers to Berkowitz who began the investigation, added the Watkin parents, DCPS, local, national, international press by 6pm 12-17-21 (overt acts), Jurkowski placed on administrative leave 12-17-21 6pm, local, national, international reportors contact Jurkowski on personal email and personal phone. Jurkowski receive death threats 12-17-21 - present, DCPS investigation 12-17-21-2-14-21, Jurkowski termination by DCPS 2-14-22, (overt acts that resulted in the injury to plaintiff, Jurkowski, The unlawful act relates to the undderlying torts: Civil Conspiracy: Griva v. Davison, 637 A.2d 830 (D.C. 1994): furtherance of the scheme: Kingman Park Civic Ass'n v. Williams, 348 F.3d (D.C. Cir. 2003): Fizgerald v.

Seamons, 384 F. Supp. 688 (D.D.C. 1974) Halberstam v. Welch, D.C. Statutes D.C. code 28-4502 Count 1Civil Conspiracy, Count 2 Tortious Interference with Contract, Count 3 Deformation, Count 4 Fraud Misrepresentation, Count 5 Intentional infliction of emotional distress (IIED), Count 6 Negligence, Count 7 Wrongful Termination, EEOC, EEO Count 8 Retaliation 32-1311,DCHRA, Whistleblower Protection laws,  Saunders v. Nemati: 1990 District of Columbia Court of Appeals Decisions 2d 1555 (1985). Hedgepeth v Whitman Walker Clinic, 22 A.3d 789 (D.C. 2011). Sauders v. Nemati; 1990 DC 2d 1555

2. What relief are you requesting from the Court? Include any request for money damages.

Actual Damages: including the Plaintiff's lost income after termination, attorney's fees, compensatory damages, Punitive damages, DC code 22-3704, Prejudice-based harm, Special damages, treble damages, Rule D.C. Code 12-301, Equitable Relief, Consequential damages, order for reinstatement to the

Plaintiff's position, any other relief the Court deems just and proper, Jury demand, for all issues that are triable by a jury. Pre-judgement and post-judgement interest. The cost of thsi action and reasonable attorney's fees, and expenses for this action.injunctive relief, pain and suffering, cost of re-training for career

Prayer for Relief: Wherefore, Plaintiff request that this Court enter judgement against Defendants, jointly and severally, and award the following relief: An award of compensatory damages for lost wages and IIED (Intentional emotinal distress). An order for reinstatement to the Plaintiff's position. Punitive damages to punish Defendants for their malicious and willful conduct. jury demand, trial for all issues that are triableby a jury. Any and all other relief as the Court deems just and proper.

18-19 Jurkowski, Kimberlynn CSC-CP Cycle 3

6/11/19, 10:04 PM

 **IMPACT** 2018 2019

## Commitment to the School Community and Core Professionalism

NAME: Jurkowski, Kimberlynn
SCHOOL: Watkins ES
SCHOOL YEAR: 2018-2019
GROUP: Group 9
CYCLE: 3

### Commitment to the School Community (CSC) Score : 4.00

| STANDARD | RATING | COMMENTS |
|---|---|---|
| CSC 1<br>Support of the Local School Initiatives | Level 4 (Highest) | **Rubric:** Individual meets Level 3 expectations AND extends impact by finding new and innovative ways to help the local school initiatives succeed and/or by dedicating a truly exceptional amount of time and energy in support of the initiatives.<br>**Comment:**<br>Ms. Jurkowski has participated in several events after school at Watkins, Hispanic Heritage Program, Evening of Music, Battle of the Books, Scholastic Book Fair, Science Fair Judge, and she have given additional hours after and before school for students and LMS. Ms. Jurkowski has created information boards on all four levels of the building, and has donated Legos and STEM resources to the Makerspace room. She has made strong efforts to support and promote high academic and behavioral expectations consistently using Responsive Classroom. She has provided additional resources, time, and support to special needs students consistently (Beanstack Party, Master Scanner Party, Battle of the Books Party, Office 365 Party), Show and Tell event, Digital Presentation, Black History, MLK Speech, Science Fair, Energy ESP, Biography and Autobiography, and Smithsonian Teacher resources. |
| CSC 2<br>Support of the Special Education and English Language Learner Programs | Level 4 (Highest) | **Rubric:** Individual meets Level 3 expectations AND extends impact by finding new and innovative ways to help the Special Education and English Language Learner programs, the Student Support Team, and all students with 504 plans succeed and/or by dedicating a truly exceptional amount of time and energy in support of these programs and students.<br>**Comment:**<br>Lessons include differentiated instruction, one to one, and small group support for any student. Project-based lessons and hands on learning support all learning styles. Over 1,200 tools and techniques are applied to support learning, extend lessons, and engage students. |
| CSC 3<br>High Expectations | Level 4 (Highest) | **Rubric:** Individual meets Level 3 expectations AND extends impact by finding new and innovative ways to help promote high expectations and/or by dedicating a truly exceptional amount of time and energy towards developing a culture of high expectations in the school.<br>**Comment:**<br>Ms. Jurkowski meets Level 3 expectations and work to plan the following goals for next school year. Many of these goals were in the planning process for SY18-19.<br>Goals to begin 3rd-5th science fair prep in December/January, complete boards and enter DCPS Elementary Science Fair district-wide by deadline in April 2020.  And another goal is to include Watkins students 1st-5th in ESP energy fair and events, may need to add all goals to Watkins Calendar for 2019-20. And Partner/Collaborate with Ron Brown HS to support and mentor Watkins students 2020 is a current conversation with Ron Brown HS LMS. Collaborated with DCPL for Summer Reading and Fall 2019 Reading Programs. Prepare for Coding program and STEM events for Watkins calendar 2019-2020 school year to show talent and interest 1st-5th grade. Building a LMS volunteer base for Book Fair, STEM, and Reading Programs for 2019-2020. |

### Core Professionalism (CP) Score : No Change

| STANDARD | RATING | COMMENTS | |
|---|---|---|---|
| CP 1<br>Attendance | Meets Standard | **Rubric:** Individual has no unexcused absences (absences that are in violation of procedures set forth by local school policy and by the relevant collective bargaining agreement). | |
| | | Date of First Unexcused Absence | Date of Second Unexcused Absence |
| | | Comment: | |
| CP 2 | Meets Standard | **Rubric:** Individual has no unexcused late arrivals (late arrivals that are in violation of procedures set forth by local school policy and by the relevant collective bargaining agreement). | |
| | | Date of First Unexcused Late Arrival | Date of Second Unexcused Late Arrival |
| | | Comment: | |

18-19 Jurkowski, Kimberlynn CSC-CP Cycle 3                                    6/11/19, 10:04 PM

| On-Time Arrival | | |
|---|---|---|
| CP 3<br>Policies and<br>Procedures | Meets Standard | **Rubric:** Individual always follows DCPS and local school policies and procedures (for example, procedures for submitting student discipline referrals, policies for appropriate staff attire, protocols for the ThirtyMinute Morning Block).<br><br>**Comment:** |
| CP 4<br>Respect | Meets Standard | **Rubric:** Individual always interacts with students, colleagues, parents/ guardians, and community members in a respectful manner.<br><br>**Comment:** |

**Additional Comments (Optional)**



DISTRICT OF COLUMBIA PUBLIC SCHOOLS    DCPS IMPACT I 1200 First Street, NE, Washington, DC 20002 I T 202.719.6553 I E impactdcps@dc.gov I impactdcps.dc.gov

19-20 Jurkowski, Kimberlynn Cycle 1

2/6/20, 3:16 PM



IMPACT 2019/2020

# Library Media Specialist - Holistic Evaluation

NAME: Jurkowski, Kimberlynn
SCHOOL: Watkins ES
SCHOOL YEAR: 2019-2020
GROUP: Group 9
CYCLE: Administrator Cycle 1
ASSESSOR: Mark Boisvert

### Date of Observation and Conference

| Date of Conference | 01-31-2020 | |
|---|---|---|

### LMS - Score: 4.00

| STANDARD | RATING | COMMENTS |
|---|---|---|
| LMS 1: Instruction | Level 4 | **Rubric:** Library media specialist meets Level 3 expectations AND extends impact by differentiating to ensure that her/his instruction is accessible and challenging to all students. **Comment:** |
| | | +Facilitates classroom instruction while maintaining rules, behavior support and technology/critical thinking/collaboration. |
| | | +Students are allowed to select and circulate books weekly based on classroom unit topic and student?s interest. |
| | | +Students are given activities based on classroom unit topic and/or Makerspace/STEM/Science topics. |
| | | +Lessons have been designed based on core content, using strategies that include technology and meaningful lessons filled with opportunities to practice, apply, or demonstrate ideas and concepts. |
| | | +Students are given multiple ways to learn as they moved toward mastery of the lesson content. |
| | | +The tools of assessment include writing samples, verbal explanation, peer to peer collaboration, conversations, observation, drawings, illustrations, presentations, read alouds, quiz, test, exit tickets, and checking for understanding. |
| | | +Lessons and activities are differentiated and extended to meet the needs of every student. Students are given multiple ways to learn as they are moved toward mastery of the lesson content. |
| | | +Students were consistently engaged in centers such as travel with Dash/Ozobot geography & maps, Lego Engineering, Show and Tell, Beanstack over 900,000 minutes, Dinner without technology, and storytelling/unit topics. |
| LMS 2: Information Resources | Level 4 | **Rubric:** Library media specialist meets Level 3 expectations AND extends impact by proactively identifying informational resources to enhance teachers' instruction (for example, by identifying a list of child-friendly websites and local museum exhibits about marine animals for a thematic unit that explores essential questions related to the ocean). **Comment:** |
| | | +Teachers are surveyed and given access to print, online, video, audio, graphics, databases, websites, blogs, leveled materials, Educator Cards, and consistent meaningful guidance and materials based on the unit topic and specific interest. |
| | | +Classroom teachers have collaborated with Library to support Battle of the Books. Ms. Phoenix |

| | | |
|---|---|---|
| | | and Ms. Jenkins have worked to collaborate by using Makerspace tools and STEM tools in the classroom.<br><br>+Resources used in the library: Destiny, Articles, Books, Videos, and Microsoft 365 tools: Word, Excel, Powerpoint, Onenote and Onedrive. Introduction to Makerspace technology (Dash and Ozobot). Students were given activities based on classroom unit topic and/or Makerspace/STEM/Science topics. |
| LMS 3: Reading Advocacy | Level 4 | **Rubric:** Library media specialist meets Level 3 expectations AND extends impact by using meaningful data about the efficacy of her/his reading advocacy efforts (for example, student achievement data, survey data, participation rate data) to continuously improve her/his reading programs.<br>**Comment:**<br>+Collaboration on subjects/unit topics has helped to improve student retention and confidence.<br><br>+Reading advocacy programs based on meaningful data (Aspen, Classroom, Student assessment, participation rate, exit tickets and observations) included Clubs & Research, Special Interest, Unit topics, and Winter Reading/Spring and Summer Reading for CHCS.<br><br>+Added 2,200 books, 80 launchpads, and several audio books to Watkins? collection. (Beanstack Party, Master Scanner Party, Battle of the Books Party, Office 365 Party), Show and Tell event, Digital Presentation, Black History, MLK Speech, Science Fair, Energy ESP, Biography and Autobiography, and Smithsonian Teacher resources. |
| LMS 4: Library Environment | Level 4 | **Rubric:** Library media specialist meets Level 3 expectations AND extends impact by continuously enhancing the Library Media Center environment.<br>**Comment:**<br>+Watkins Library Media Center (LMS) has been re-designed with the intent to enhance the learning environment.<br><br>+The LMS is consistently inviting, warm, and welcoming.<br><br>+Resources are organized, accessible, well maintained, and up to date within allowed budget.<br><br>+The LMS is designed and organized to stimulate students interest in reading, researching, critical thinking, exploring, and learning.<br><br>+The LMS may be used for multiple purposes (PTA meetings, lessons, guest events, marketing/promotions for new students/parents, visitors, book fair, and other events). The carpets, colors, pillows, posters, and supply containers are used to supplement, extend lessons, and support learning. |
| LMS 5: Program Administration | Level 4 | **Rubric:** Library media specialist meets Level 3 expectations AND extends impact by continuously improving the efficiency with which s/he manages the library media program.<br>**Comment:**<br>+Consistently improved the LMS and improved the administration/ management of the LMS.<br><br>+A few significant changes to improve book collection: I have completed the first inventory in three years, adding over 2,200 items into the collection, designing specific sections for easy access to popular and classroom units: (GN/graphic novels), animals, weather, fantasy, food, energy, rocks/minerals, plants, math, etc).<br><br>+Over 200 technology and audio-books have been added to support many learners and learning styles.<br><br>+The Makerspace resources are used to supplement, engagement, student learning styles, extend learning, and reward behavior.<br><br>+12 resource centers have been added to support students interest, extend the lesson, and provide hands on learning( Coding Robots/Dash, Ozobot, Cubetto), Origami, Costumes, Drama, Flash Cards, Word puzzles, Math tools, Play Away books, ESP Energy Kits, Lego Engineering, Ipads, Rock/Mineral kits, Illustration tools, Aquarium, Water Plants, and Fish. |

|  |  | +Responsibilities related to the managing of the LMS are as follows: Incorporating units/topics in Library lessons, quarterly delivering unit/topic books to each classroom teachers,special subject teachers, and other supporting staff. After completing a teacher/staff survey, new materials have been ordered to support students and teachers. The computer systems in LMS have been maintained and used for daily lessons. Microsoft 365, Destiny Catalog, WebPath Express have been added to the list of teaching tools. National Geographic, ESP Energy, and Technology software/Office 365, have been added to support learning, lesson extension, and enriching student experiences. Inventory and the addition of over 2,200 items into Watkins collection. |

## Additional Comments (Optional)



DISTRICT OF COLUMBIA PUBLIC SCHOOLS    DCPS IMPACT I 1200 First Street, NE, Washington, DC 20002 I T 202.719.6553 I E impact.dcps@k12.dc.gov I

impactdcps.dc.gov

Other tools    Pictures Software Data charts

v

☐                                                                              .⍟1._ L-

FADISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of the General Counsel
Labor Management & Employee Relations
Investigations Division
3535 V Street N. E. — Washington D. C. — (202) 576-6962 — Fax (202) 576-6593

Statement

| Location | Date | Time | File Number |
|---|---|---|---|
| Watkins Elementary School | December 17, 12021 | 10:30-12:30 | |
| Last Name, First, Middle | | Social Security Number | Date of Birth |
| Berkowitz, MScott | | pall four dighs only) | 4129/1981 |

Organization or Address

Watkins ES

STATEMENT

The following is a summary of my interviews with students in Ms. Moxley's 31d grade homeroom class.
After Ms. Moxley shared what the students reported from the class, I interviewed the following students in
the presence of Mr. Jerenzo Redmond and Ms. La-Tarsha lames.


        reported he felt butterflies in his stomach.
    - He reported that he was sad because he was Jewish and that his family was killed in the Holocaust.
    - When asked why they did the lesson, lie replied: I don't know. He said it was not connected to other
        lessons done in the library.
    - He was assigned the role of Hitler. I-Ie did not knowingly volunteer for that role. He was given it
        after he volunteered to participate in an activity before knowing what the activity would be.
    - He reported that people in the class were told to dig ditches, go in "gas showers," be soldiers shooting
        WS d fall into ditches.
            retended to commit suicide fulfilling the role of Hitler.

09

- He pretended to hold a gun to make suagwther students were "digging the ditches."
- He felt uncomfortable when== and-fell into a ditch after being shot. Someone else pretended to shoot them.
- He reported feeling uncomfortable and being violent.
- He was told not to tell his parents about the lesson.


Felt a little bg&&W because people were shooting. "She told us to shoot the people on the train."

W-, were shooting me and my friends. He didn't want to be part of them.
e people that had to go to the gas tanks were dead. He had to lay down.
Why were you learning this? "1 don't know."

[] - What was the scariest part? "Me dying."
- She told us not to tell our parents about this. The killing part — you don't have to tell them. That
made me feel a little scared.
- When he didn't want to participate, he sat down on the carpet. The teacher said, "come on, get up."
- "I'm scared to go to the library. I don't want to do that again."


Feels bad for Jcwish people in history.
- His role was to build the ditches. Had fun but feel bad because they tricked and killed the Jews.
td it feel to be a shooter? "It didn't feel good. I don't like guns."
laims he did not hear the teacher tell the class not to tell their parents.

- He feels bad that they had to go through this.
- Says he was told that Hitler had a bad Christmas and decided to take it out on peoplc. That's how the
class began.


- He feels butterflies. He's nervous and sad. He didn't like the class.
- They made us act to build pits, gas chambers, and shoot people.
He says it's inappropriate to pretend to shoot people and act dead.
-       oes recall the teacher instructing the class not to tell their parents. He was scared when she
sat that.


INITIALS OF PERSON MAKING
STATEMENT

711

STATEMENT (continued)

EXHIBIT NUMBER                INITIAL OF PERSON MAKING PAGE _OF
                             STATEMENT

                             MB
FILE #:


☐                                    AFFIDAVIT

I, MScott Berkowitz HAVE FULLY READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH
BEGINS ON PAGE _1_ and end on Page _3_ 1 8tlly understand the contents of the entire
statement
made by me. The statement is true. I have initialed all corrections and have initialed the
bottom of each sheet
containing the statement. I have trade statement freely without hope or benefit or reward,
without threat of
punishment, and without coercion, unlawful influence, or unlawful inducement.


                                    (Signature or Person Making Statement)

   Mark Boisver1
                                    (Signature of Person Taking Statement)
(Witness)
INITIAL OF PERSON MAKING STATEMENT 1 Page 3 of Patties 3


                              P0001-23

 Gmail

## Fw: Concerns: Collaboration, Change of Schedule, Change of lesson, Student traveling for E15..

**Jurkowski, Kimberlynn (DCPS)** <Kimberlynn.Jurkowski@k12.dc.gov>    V9SPPLOQ664RKDTTSTTAT    Fri, Oct 29, 2021 at 4:17 AM
To: kimberlynn jurkowski <kjurkowski777@gmail.com>

---

**From:** Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>
**Sent:** Wednesday, May 19, 2021 2:53 PM
**To:** Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>; Boisvert, Mark (DCPS) <mark.boisvert@k12.dc.gov>; Hollis, Joi <Joi.Hollis@k12.dc.gov>
**Cc:** Lamont, Rosalind (DCPS) <rosalind.lamont@k12.dc.gov>; Butler, Duane (DCPS) <Duane.Butler@k12.dc.gov>; Bell, Jaquana (DCPS) <Jaquana.Bell@k12.dc.gov>; Hightower, Rashida (DCPS) <Rashida.Hightower@k12.dc.gov>; Sullivan, Monique (DCPS) <Monique.Sullivan@k12.dc.gov>; Phoenix, Alyse (DCPS) <Alyse.Phoenix@k12.dc.gov>; Elmusa, Layth (DCPS) <Layth.Elmusa@k12.dc.gov>; Dickinson, Coreil R. (DCPS) <coreil.dickinson@k12.dc.gov>; Nover, Rachel (DCPS) <Rachel.Nover@k12.dc.gov>; Moxley, Katherine (DCPS) <Katherine.Moxley@k12.dc.gov>; ONeil, Todd (DCPS) <todd.oneil@k12.dc.gov>; Parler, Brittany (DCPS) <brittany.parler@k12.dc.gov>; Hill-Dyal, Alice (DCPS) <alice.hill-dyal@k12.dc.gov>; Coleman, Stephanie (DCPS) <stephanie.coleman@k12.dc.gov>; Griffin, Kimberly (DCPS) <Kimberly.Griffin@k12.dc.gov>; Sheppard, Tatiana (DCPS) <Tatiana.Sheppard@k12.dc.gov>; Davis, Sunmer (DCPS) <sunmer.davis@k12.dc.gov>; Stewart, Jill (DCPS) <jill.stewart@k12.dc.gov>; Dunning, Lauren (DCPS) <Lauren.Dunning@k12.dc.gov>; ODonnell, Elizabeth (DCPS) <elizabeth.odonnell@k12.dc.gov>; Talisman, Lita (DCPS) <Lita.Talisman@k12.dc.gov>; Michele Buchanan-Tyler <Michele.Buchanan-Tyler@k12.dc.gov>; Hopkins, Allison (DCPS) <Allison.Hopkins@k12.dc.gov>; Thomas, Veturah (DCPS) <Veturah.Thomas@k12.dc.gov>; Pullings, Khristina (DCPS) <Khristina.Pullings@k12.dc.gov>; Rowe, Henri (DCPS) <Henri.Rowe@k12.dc.gov>; Perkins, Zalika (DCPS) <zalika.perkins@k12.dc.gov>; Nagbe, Hillel (DCPS) <Hillel.Nagbe@k12.dc.gov>; Lopez, Jose (DCPS) <Jose.Lopez4@k12.dc.gov>; Gross, Jason (DCPS) <jason.gross@k12.dc.gov>; Denton, Neil (DCPS) <Neil.Denton@k12.dc.gov>
**Subject:** Re: Concerns: Collaboration, Change of Schedule, Change of lesson, Student traveling for E15..

Hello Ms. Jurkowski and everyone else,

Ms. Jurkowski and I talked for some time this afternoon about the issues she raised in this email and the SCAC team also just discussed them briefly. I will try to clarify as best I can in writing. Please realize that I don't have specific examples of situations and that context always matters, Yet I'll try to be as clear and concise as possible.

**Schedules**
- Only school leaders can make changes to the academic schedule. If staff has suggestions for changes (like an outdoor lesson, walking field trip, or extended math block), they need to be discussed with school leaders.
- Teachers may use other spaces in the building for learning or fun (think outdoor classroom, library, computer lab) but again, only with approval from school leaders. Ms. Jurkowski referenced travel – she means traveling inside the building.
  - If for some reason, a class wanted to go to Ms. Watkins' classroom and that class is OUTSIDE Ms. Watkins' two cohorts (or bubbles) it would take a lot of coordinating of people and time to make that happen. Ms. Watkins would not be able to join the class in that space and even occupying it would require a conversation with him and school leaders grounding in the learning or culture building of the experience.

**Collaboration vs Direction**
- Teachers can and should collaborate! Ideally communication is open, decisions are mutually agreed upon, and partners and teams are moving forward in harmony and service of students. If that's not the case, the communication or relationship likely needs some work. School leaders are happy to support with those relationships. Please let us know.
- Only me, AP Boisvert, AP Hollis and DSL Montgomery are to give directives to staff. Others may carry our messages (for example, Ms. Carraway communicating a class coverage adjustment) but when the directives come from us, they should be followed. Staff-to-staff communication should not be directive. If you feel like you are on the receiving end of a directive that doesn't sound right to you (i.e. you don't think it's coming from leadership), I hope you take one or more of the following steps:
  - Take a breath and ask yourself if this directive good for kids and your lesson.
  - Ask the messenger about it for clarity, including why we're doing ____, assuming positive intent the whole time.
  - Check the school handbook or Friday Look Forward or another resource where directives are shared.
  - Check with a school leader.
- All ET-15s have equal authority in our organization! You all make different and valuable contributions to our students! No matter your role, HR teacher, Special Education Teacher, Specials Teacher, other ET-15, the nature of your communication should be collaborative, supportive, in the spirit of serving students.

Given all that, the direct answer to Ms. Jurkowksi's question, *would I be allowed to go into another E15's classroom, tell the E15 what lesson they will do, tell the E15 that the lesson they have planned will be done some other time?* Is **"no."**

The concerns raised in Ms. Jurkowski's email are significant and frankly, surprising to me. I want to support anyone who has had an encounter

---

like this. Please be in touch so I can understand what's happening.

Best,

**MScott Berkowitz**
**Principal**
**Peabody Elementary School and Watkins Elementary School**
**Peabody: 202-698-3277**
**Watkins: 202-698-3355**
**District of Columbia Public Schools**
@PeabodyWatkins **on Instagram and Twitter**

 Capitol Hill Cluster School

*Where Every Child Achieves*

**From:** "Jurkowski, Kimberlynn (DCPS)" <Kimberlynn.Jurkowski@k12.dc.gov>
**Date:** Wednesday, May 19, 2021 at 6:50 AM
**To:** "Berkowitz, MScott (DCPS)" <MScott.Berkowitz@k12.dc.gov>, **Mark Boisvert** <mark.boisvert@k12.dc.gov>, "Hollis, Joi" <Joi.Hollis@k12.dc.gov>
**Cc:** "Lamont, Rosalind (DCPS)" <rosalind.lamont@k12.dc.gov>, "Butler, Duane (DCPS)" <Duane.Butler@k12.dc.gov>, "Bell, Jaquana (DCPS)" <Jaquana.Bell@k12.dc.gov>, "Hightower, Rashida (DCPS)" <Rashida.Hightower@k12.dc.gov>, "Sullivan, Monique (DCPS)" <Monique.Sullivan@k12.dc.gov>, "Phoenix, Alyse (DCPS)" <Alyse.Phoenix@k12.dc.gov>, "Elmusa, Layth (DCPS)" <Layth.Elmusa@k12.dc.gov>, "Dickinson, Coreil R. (DCPS)" <coreil.dickinson@k12.dc.gov>, "Nover, Rachel (DCPS)" <Rachel.Nover@k12.dc.gov>, "Moxley, Katherine (DCPS)" <Katherine.Moxley@k12.dc.gov>, "ONeil, Todd (DCPS)" <todd.oneil@k12.dc.gov>, "Parler, Brittany (DCPS)" <brittany.parler@k12.dc.gov>, "Hill-Dyal, Alice (DCPS)" <alice.hill-dyal@k12.dc.gov>, "Coleman, Stephanie (DCPS)" <stephanie.coleman@k12.dc.gov>, "Griffin, Kimberly (DCPS)" <Kimberly.Griffin@k12.dc.gov>, "Sheppard, Tatiana (DCPS)" <Tatiana.Sheppard@k12.dc.gov>, "Davis, Sunmer (DCPS)" <sunmer.davis@k12.dc.gov>, "Stewart, Jill (DCPS)" <jill.stewart@k12.dc.gov>, "Dunning, Lauren (DCPS)" <Lauren.Dunning@k12.dc.gov>, "ODonnell, Elizabeth (DCPS)" <elizabeth.odonnell@k12.dc.gov>, "Talisman, Lita (DCPS)" <Lita.Talisman@k12.dc.gov>, Michele Buchanan-Tyler <Michele.Buchanan-Tyler@k12.dc.gov>, "Hopkins, Allison (DCPS)" <Allison.Hopkins@k12.dc.gov>, "Thomas, Veturah (DCPS)" <Veturah.Thomas@k12.dc.gov>, "Pullings, Khristina (DCPS)" <Khristina.Pullings@k12.dc.gov>, "Rowe, Henri (DCPS)" <Henri.Rowe@k12.dc.gov>, "Perkins, Zalika (DCPS)" <zalika.perkins@k12.dc.gov>, "Nagbe, Hillel (DCPS)" <Hillel.Nagbe@k12.dc.gov>, "Lopez, Jose (DCPS)" <Jose.Lopez4@k12.dc.gov>, "Gross, Jason (DCPS)" <jason.gross@k12.dc.gov>, "Denton, Neil (DCPS)" <Neil.Denton@k12.dc.gov>, "Jurkowski, Kimberlynn (DCPS)" <Kimberlynn.Jurkowski@k12.dc.gov>
**Subject:** Concerns: Collaboration, Change of Schedule, Change of lesson, Student traveling for E15..

GM, All, there are a few concerns for the E15 collaboration, change of schedule, change of lesson plans, and student travel restriction(Covid). During E15 to E15 collaboration it is acceptable to change E15 schedules, lessons, and students may travel, even during Covid, right? During E15 to Administration collaboration it is acceptable to change schedules, lesson plans, and students may travel even during Covid, right? Based on DCPS policy, is an E15 allowed to change the schedule and lesson of another E15 without written notice from Administration? In other words, would I be allowed to go into another E15's classroom, tell the E15 what lesson they will do, tell the E15 that the lesson they have planned will be done some other time? Have a nice day, All.

Kimberlynn Jurkowski, LMS, Watkins ES, Capitol Hill Cluster

**kimberlynn jurkowski** <kjurkowski777@gmail.com>
To: Rejil Solis <rsolis@wtulocal6.net>

Fri, Oct 29, 2021 at 4:28 AM

———— Forwarded message ————
From: **Jurkowski, Kimberlynn (DCPS)** <Kimberlynn.Jurkowski@k12.dc.gov>
Date: Fri, Oct 29, 2021 at 4:17 AM
Subject: Fw: Concerns: Collaboration, Change of Schedule, Change of lesson, Student traveling for E15..
To: kimberlynn jurkowski <kjurkowski777@gmail.com>

This is where I asked about E15 to E15 schedule changes and Berkowitz responded, but later said he would not have answered this question in a meeting with Stewart, Bloom, and Me. He stated any one talking about this incident in the building would be Impacted.

**Jurkowski, Kimberlynn (DCPS)** <Kimberlynn.Jurkowski@k12.dc.gov>    Sat, Dec 18, 2021 at 8:03 AM
To: kimberlynn jurkowski <kjurkowski777@gmail.com>

---

From: Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
Sent: Friday, October 29, 2021 4:17 AM
To: kimberlynn jurkowski <kjurkowski777@gmail.com>
Subject: Fw: Concerns: Collaboration, Change of Schedule, Change of lesson, Student traveling for E15..

---

**Jurkowski, Kimberlynn (DCPS)** <Kimberlynn.Jurkowski@k12.dc.gov>    Sat, Dec 18, 2021 at 8:04 AM
To: kimberlynn jurkowski <kjurkowski777@gmail.com>

---

From: Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
Sent: Saturday, December 18, 2021 8:03 AM

---

**Jurkowski, Kimberlynn (DCPS)** <Kimberlynn.Jurkowski@k12.dc.gov>    Sat, Dec 18, 2021 at 8:05 AM
To: kimberlynn jurkowski <kjurkowski777@gmail.com>

---

From: Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
Sent: Saturday, December 18, 2021 8:03 AM

---

**Jurkowski, Kimberlynn (DCPS)** <Kimberlynn.Jurkowski@k12.dc.gov>    Sat, Dec 18, 2021 at 8:06 AM
To: kimberlynn jurkowski <kjurkowski777@gmail.com>

---

**Jurkowski, Kimberlynn (DCPS)** <Kimberlynn.Jurkowski@k12.dc.gov>    Sat, Dec 18, 2021 at 8:06 AM
To: kimberlynn jurkowski <kjurkowski777@gmail.com>

---

From: Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
Sent: Wednesday, May 19, 2021 6:50 AM
To: Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>; Boisvert, Mark (DCPS) <mark.boisvert@k12.dc.gov>; Hollis, Joi <Joi.Hollis@k12.dc.gov>
Cc: Lamont, Rosalind (DCPS) <rosalind.lamont@k12.dc.gov>; Butler, Duane (DCPS) <Duane.Butler@k12.dc.gov>; Bell, Jaquana (DCPS) <Jaquana.Bell@k12.dc.gov>; Hightower, Rashida (DCPS) <Rashida.Hightower@k12.dc.gov>; Sullivan, Monique (DCPS) <Monique.Sullivan@k12.dc.gov>; Phoenix, Alyse (DCPS) <Alyse.Phoenix@k12.dc.gov>; Elmusa, Layth (DCPS) <Layth.Elmusa@k12.dc.gov>; Dickinson, Coreil R. (DCPS) <coreil.dickinson@k12.dc.gov>; Nover, Rachel (DCPS) <Rachel.Nover@k12.dc.gov>; Moxley, Katherine (DCPS) <Katherine.Moxley@k12.dc.gov>; ONeil, Todd (DCPS) <todd.oneil@k12.dc.gov>; Parler, Brittany (DCPS) <brittany.parler@k12.dc.gov>; Hill-Dyal, Alice (DCPS) <alice.hill-dyal@k12.dc.gov>; Coleman, Stephanie (DCPS) <stephanie.coleman@k12.dc.gov>; Griffin, Kimberly (DCPS) <Kimberly.Griffin@k12.dc.gov>; Sheppard, Tatiana (DCPS) <Tatiana.Sheppard@k12.dc.gov>; Davis, Sunmer (DCPS) <sunmer.davis@k12.dc.gov>; Stewart, Jill (DCPS) <jill.stewart@k12.dc.gov>; Dunning, Lauren (DCPS) <Lauren.Dunning@k12.dc.gov>; ODonnell, Elizabeth (DCPS) <elizabeth.odonnell@k12.dc.gov>; Talisman, Lita (DCPS) <Lita.Talisman@k12.dc.gov>; Michele Buchanan-Tyler <Michele.Buchanan-Tyler@k12.dc.gov>; Hopkins, Allison (DCPS) <Allison.Hopkins@k12.dc.gov>; Thomas, Veturah (DCPS) <Veturah.Thomas@k12.dc.gov>; Pullings, Khristina (DCPS) <Khristina.Pullings@k12.dc.gov>; Rowe, Henri (DCPS) <Henri.Rowe@k12.dc.gov>; Perkins, Zalika (DCPS) <zalika.perkins@k12.dc.gov>; Nagbe, Hillel (DCPS) <Hillel.Nagbe@k12.dc.gov>; Lopez, Jose (DCPS) <Jose.Lopez4@k12.dc.gov>; Gross, Jason (DCPS) <jason.gross@k12.dc.gov>; Denton, Neil (DCPS) <Neil.Denton@k12.dc.gov>; Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>    V 9 S P P L 0 0 6 6 4 R K D T T S T T A Y
Subject: Concerns: Collaboration, Change of Schedule, Change of lesson, Student traveling for E15..

Case 1:23-cv-03788-ACR    Document 65-2    Filed 01/07/26    Page 102 of 634

**Jurkowski, Kimberlynn (DCPS)** <Kimberlynn.Jurkowski@k12.dc.gov>                                     Sat, Feb 26, 2022 at 8:19 AM
To: Charles Moore <cmoore@wtulocal6.net>
Cc: kimberlynn jurkowski <kjurkowski777@gmail.com>

---

**From:** Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
**Sent:** Saturday, December 18, 2021 8:06 AM
**To:** kimberlynn jurkowski <kjurkowski777@gmail.com>
**Subject:** Fw: Concerns: Collaboration, Change of Schedule, Change of lesson, Student traveling for E15..

https://mail.google.com/mail/u/0/#search/unemployment+decision+dc/KtbnLwGzgtVFjcnkvsfkQFpvzXHZVpg?projector=1&messagePartId=0.1



DISTRICT OF COLUMBIA DEPARTMENT OF EMPLOYMENT SERVICES
OFFICE OF UNEMPLOYMENT COMPENSATION
BENEFITS UNIT
4058 MINNESOTA AVENUE, N.E.
WASHINGTON, D.C. 20019

## DETERMINATION BY CLAIMS EXAMINER

**CLAIMANT:**

KIMBERLYNN JURKOWSKI
3540 CRAIN HIGHWAY SUIT 257
BOWIE, MD-20716-1303

**EMPLOYER:**

DC PUBLIC SCHOOLS
1200 1ST STREET NE
WASHINGTON, DC-20002

**SOCIAL SECURITY NUMBER: 5669**          **ISSUE:** Discharged for Gross Misconduct

### LAW

The District of Columbia Unemployment Compensation Act provides that an individual shall be disqualified from receiving benefits if it is found that he/she was discharged from his/her most recent employer for misconduct occurring in the course of the work. D.C. Code, Title 51-110(b)(1). D.C. Municipal Regulation, Chapter 7-312.3(e) provides gross misconduct means an act which deliberately or willfully violates the employer's rules; deliberately or willfully threatens or violates the employer's interest; shows a repeated disregard for the employee's obligation to the employer; or disregards standards of behavior which an employer has the right to expect of its employee.

### FACTS

The claimant indicated that she was discharged by the employer. The claimant indicated that she was accused of enacting Holocaust incident. The claimant indicated that this incident never happened. The claimant indicated that she was never warned by her employer before her termination. The employer did not provide any separation information to prove job related misconduct by the claimant.

### REASONING

The employer has the responsibility to provide evidence of misconduct. In this case, the employer did not provide any separation information to show that the claimant engaged in misconduct. Therefore, the employer has not met the burden of proof and the claimant is qualified to receive unemployment insurance benefits.

### DECISION

The claimant is hereby qualified to receive unemployment insurance benefits effective 3/13/2022

I certify that a copy of this document was mailed to the above named claimant and employer addresses on 4/4/2022.

*63873*
Claims Examiner

"Pursuant to DC Code §51-111(k)(2), all correspondence, notice, determinations, or decisions issued by the Director may be signed by an electronic signature that complies with the requirements §28-4917 and Mayor's Order 2009-118, issued June 25, 2009. The unique number in the signature line is the claims examiner's electronic signature. It is the attestation of and to all statements in the determination."

**SEE THE ENCLOSED D.C. CODE & NOTICE OF APPEAL RIGHTS**

78783F73-A4B8-4F2C-A86E-F14D78569IC0.jpeg

From : Fuller, Jade (DCPS) [Jade.Fuller@k12.dc.gov] Sent : 5/25/2021 3:23:58 PM To : Berkowitz, MScott (DCPS) [MScott.Berkowitz@k12.dc.gov]; DCPS LMER (DCPS) [dcps.lmer@k12.dc.gov] CC : Gaskins, Sharon (DCPS) [Sharon.Gaskins@k12.dc.gov]; Stover, Shawn (DCPS) [shawn.stover@k12.dc.gov] Subject : RE: Staff history concern Hi Principal Berkowitz, If you need to address it you should limit your statements to affirming that all DCPS employees are required to clear a background check prior to being offered employment; do not engage in any specific discussion about this staff member. Thank you, Jade L. Fuller Director, Labor Management & Employee Relations Office of the General Counsel District of Columbia Public Schools T 202-442-5373 E jade.fuller@k12.dc.gov W http://dcps.dc.gov Pronouns: she/her/hers *Take a moment today to do something that makes your heart smile ☺* From: Berkowitz, MScott (DCPS) Sent: Tuesday, May 25, 2021 11:20 AM To: DCPS LMER (DCPS) Cc: Gaskins, Sharon (DCPS) ; Stover, Shawn (DCPS) ; Fuller, Jade (DCPS) Subject: Re: Staff history concern Thank you for the quick work on this. If this becomes as issue for the community (this news is travelling among our staff), do you have any advice or talking points should I need to address it? Or is the language you have in this email sufficient? MScott Berkowitz Principal Peabody Elementary School and Watkins Elementary School Peabody: 202-698-3277 Watkins: 202-698-3355 District of Columbia Public Schools @PeabodyWatkins on Instagram and Twitter signature_1919633254 From: "DCPS LMER (DCPS)" Date: Tuesday, May 25, 2021 at 10:39 AM To: "Berkowitz, MScott (DCPS)" Cc: "Gaskins, Sharon (DCPS)" , "Stover, Shawn (DCPS)" , "Fuller, Jade (DCPS)" Subject: RE: Staff history concern Greetings Principal Berkowski, Following up on the below. After review of Ms. Jurkowskic's clearance, it is shown that she has completed the clearance process which took into consideration her criminal background. Upon completion of the review, Ms. Jurkowski was cleared to work for DCPS. Feel free to reach out if we can be of further support. Best, LMER Team From: DCPS LMER (DCPS) Sent: Friday, May 21, 2021 12:04 PM To: Berkowitz, MScott (DCPS) Cc: Gaskins, Sharon (DCPS) ; Stover, Shawn (DCPS) Subject: RE: Staff history concern Greetings Principal Berkowitz, The below has been forwarded to LMER's management team. We will be in contact with next steps. Best, Lynette D. LMER, Coordinator From: Berkowitz, MScott (DCPS) Sent: Thursday, May 20, 2021 6:36 PM To: DCPS LMER (DCPS) Cc: Gaskins, Sharon (DCPS) ; Stover, Shawn (DCPS) Subject: Re: Staff history concern 202-264-0969 of you need it. MScott Berkowitz Principal Peabody and Watkins Elementary Schools From: Berkowitz, MScott (DCPS) Sent: Thursday, May 20, 2021 6:33:52 PM To: DCPS LMER (DCPS) Cc: Gaskins, Sharon (DCPS) ; Stover, Shawn (DCPS) Subject: Staff history concern Hello team, One Watkins staff member shared this with me this afternoon and I have some concerns. The subject of both articles is also a Watkins staff member. Ple‿ ⸱ let me know if there is anything I should do.
https://pres⸱         ⸱icity.com/education/a-c-school-librarian-convicted-in-tutoring-scam-must-forfeit-job/         ⸱84-6f76-11e5-952d-8b556788153c.html https://nj1015.com/nj-woman-and-cop⸱         ⸱-cold-until-one-died/ Thank you. I am off tomorrow but will be availabl⸱         ⸱ent matter. AP Boisvert was sent this information first. MScott
Berko⸱                    ⸱tkins Elementary Schools

Message

| | |
|---|---|
| **From:** | Bartolomeo, Elizabeth (DCPS) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D066FF1BBC774F62A351AE7D92163A58-ELIZABETH.B] |
| **Sent:** | 12/17/2021 10:46:12 PM |
| **To:** | Berkowitz, MScott (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8eda85080f0e40d3a25476ef228242a4-MsCott Berk]; Hoffman, Paige (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=5d489845ce2a49858019720c319176ab-Hoffman, Pa]; Harper, Robyn (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a0b988eb9d144f919bde21b690756d06-Robyn.Harpe]; Stover, Shawn (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=5170a04b846d4a93ad531583e872d03c-Shawn Stove]; Equity, Response (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8be12906883748f08da4d371fadc5e0a-equity.resp]; Equity Response (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=80e4f64ce411476d86540e82a320b132-Equity Resp] |
| **CC:** | Fuller, Jade (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f01ab00a69a844cca6edf2d13060679a-Jade Fuller]; Lamb, Michael (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c68c651641cc46e9ad561b8ffa54934e-Michael Lam]; McClain, Justin (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f8868e41efb04e16baa088f954e55267-Mcclain, Ju]; Jackson, Nigel (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=419fa6832f1c4b29b0d11a81dd214af3-Nigel.Jacks]; CARE, DCPS (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=05622905aca84d8e9ab529d29991ec0c-DCPS CARE]; Cole, Karen (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ed6c24b4398a4566a60074aed1165d13-Karen Cole]; Williams, Alison (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=5c157c73a8b94e74b4973fafb7d80f05-Alison Will]; Bryant-Mallory, Deitra (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f19c44aa1edb4765815c9f92bff01789-Bryant-Mall]; Jennings, Jessica (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=38733194351e44829d737d33704f6439-Jessica Jen]; Heller, Alisha (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c5c2af77186f45deae6a57446162c015-Alisha Hell]; Howard-Stroud, Adia (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e0be51882acd42aea4a8a6ce6062606e-Margaret Ho] |
| **Subject:** | Re: For review - Watkins hate-bias response messages |
| **Attachments:** | Staff-2021.12.17_WatkinsES_Hate_Bias_notice_v2.docx; Community-2021.12.17_WatkinsES_Hate_Bias_notice_v2.docx; Classroom-2021.12.17_WatkinsES_Hate_Bias_notice_v2.docx |

Re-attaching!                                                    D9SPPLOPT93660

Will set the community notice for 6:15 pm.


**From:** Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>
**Date:** Friday, December 17, 2021 at 5:43 PM
**To:** Hoffman, Paige (DCPS) <Paige.Hoffman@k12.dc.gov>, Bartolomeo, Elizabeth (DCPS) <Elizabeth.Bartolomeo@k12.dc.gov>, Harper, Robyn (DCPS) <Robyn.Harper@k12.dc.gov>, Stover, Shawn (DCPS) <shawn.stover@k12.dc.gov>, Equity, Response (DCPS) <equityresponse@k12.dc.gov>, Equity Response (DCPS) <Equity.response@k12.dc.gov>
**Cc:** Fuller, Jade (DCPS) <Jade.Fuller@k12.dc.gov>, Lamb, Michael (DCPS) <Michael.Lamb@k12.dc.gov>,

McClain, Justin (DCPS) <Justin.Mcclain@k12.dc.gov>, Jackson, Nigel (DCPS) <Nigel.Jackson3@k12.dc.gov>,
CARE, DCPS (DCPS) <dcps.care@k12.dc.gov>, Cole, Karen (DCPS) <Karen.Cole@k12.dc.gov>, Williams, Alison
(DCPS) <Alison.Williams@k12.dc.gov>, Bryant-Mallory, Deitra (DCPS) <deitra.bryant-mallory@k12.dc.gov>,
Jennings, Jessica (DCPS) <Jessica.Jennings@k12.dc.gov>, Heller, Alisha (DCPS) <Alisha.Heller@k12.dc.gov>,
Howard-Stroud, Adia (DCPS) <Adia.Howard-Stroud@k12.dc.gov>
**Subject:** Re: For review - Watkins hate-bias response messages

Yes.  Staff was emailed it. I tried to hand deliver but she was gone.

**MScott Berkowitz**
**Principal**
**Peabody Elementary School and Watkins Elementary School**
**Peabody: 202-698-3277**
**Watkins: 202-698-3355**
**District of Columbia Public Schools**
@PeabodyWatkins **on Instagram and Twitter**



Capitol Hill Cluster School
*Where Every Child Achieves*

**From:** Hoffman, Paige (DCPS) <Paige.Hoffman@k12.dc.gov>
**Date:** Friday, December 17, 2021 at 5:41 PM
**To:** Bartolomeo, Elizabeth (DCPS) <Elizabeth.Bartolomeo@k12.dc.gov>, Harper, Robyn (DCPS)
<Robyn.Harper@k12.dc.gov>, Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>, Stover, Shawn
(DCPS) <shawn.stover@k12.dc.gov>, Equity, Response (DCPS) <equityresponse@k12.dc.gov>, Equity Response
(DCPS) <Equity.response@k12.dc.gov>
**Cc:** Fuller, Jade (DCPS) <Jade.Fuller@k12.dc.gov>, Lamb, Michael (DCPS) <Michael.Lamb@k12.dc.gov>,
McClain, Justin (DCPS) <Justin.Mcclain@k12.dc.gov>, Jackson, Nigel (DCPS) <Nigel.Jackson3@k12.dc.gov>,
CARE, DCPS (DCPS) <dcps.care@k12.dc.gov>, Cole, Karen (DCPS) <Karen.Cole@k12.dc.gov>, Williams, Alison
(DCPS) <Alison.Williams@k12.dc.gov>, Bryant-Mallory, Deitra (DCPS) <deitra.bryant-mallory@k12.dc.gov>,
Jennings, Jessica (DCPS) <Jessica.Jennings@k12.dc.gov>, Heller, Alisha (DCPS) <Alisha.Heller@k12.dc.gov>,
Howard-Stroud, Adia (DCPS) <Adia.Howard-Stroud@k12.dc.gov>
**Subject:** Re: For review - Watkins hate-bias response messages

Just to confirm, Mscott has received notice that the NOI has been issued?

**From:** Bartolomeo, Elizabeth (DCPS) <Elizabeth.Bartolomeo@k12.dc.gov>
**Sent:** Friday, December 17, 2021 5:39 PM
**To:** Harper, Robyn (DCPS) <Robyn.Harper@k12.dc.gov>; Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>;
Stover, Shawn (DCPS) <shawn.stover@k12.dc.gov>; Equity, Response (DCPS) <equityresponse@k12.dc.gov>; Equity
Response (DCPS) <Equity.response@k12.dc.gov>
**Cc:** Hoffman, Paige (DCPS) <Paige.Hoffman@k12.dc.gov>; Fuller, Jade (DCPS) <Jade.Fuller@k12.dc.gov>; Lamb, Michael
(DCPS) <Michael.Lamb@k12.dc.gov>; McClain, Justin (DCPS) <Justin.Mcclain@k12.dc.gov>; Jackson, Nigel (DCPS)
<Nigel.Jackson3@k12.dc.gov>; CARE, DCPS (DCPS) <dcps.care@k12.dc.gov>; Cole, Karen (DCPS)
<Karen.Cole@k12.dc.gov>; Williams, Alison (DCPS) <Alison.Williams@k12.dc.gov>; Bryant-Mallory, Deitra (DCPS)
<deitra.bryant-mallory@k12.dc.gov>; Jennings, Jessica (DCPS) <Jessica.Jennings@k12.dc.gov>; Heller, Alisha (DCPS)

<Alisha.Heller@k12.dc.gov>; Howard-Stroud, Adia (DCPS) <Adia.Howard-Stroud@k12.dc.gov>
**Subject:** Re: For review - Watkins hate-bias response messages

Mscott – thanks for connecting by phone and to all for reviewing.

Please see attached the final communications to use.

You will send the classroom and staff notices ASAP and comms will send the community notice at 6 pm.

Thanks,
Liz

---

**From:** Bartolomeo, Elizabeth (DCPS) <Elizabeth.Bartolomeo@k12.dc.gov>
**Date:** Friday, December 17, 2021 at 4:35 PM
**To:** Harper, Robyn (DCPS) <Robyn.Harper@k12.dc.gov>, Berkowitz, MScott (DCPS)
<MScott.Berkowitz@k12.dc.gov>, Stover, Shawn (DCPS) <shawn.stover@k12.dc.gov>, Equity, Response
(DCPS) <equityresponse@k12.dc.gov>, Equity Response (DCPS) <Equity.response@k12.dc.gov>
**Cc:** Hoffman, Paige (DCPS) <Paige.Hoffman@k12.dc.gov>, Fuller, Jade (DCPS) <Jade.Fuller@k12.dc.gov>, Lamb,
Michael (DCPS) <Michael.Lamb@k12.dc.gov>, McClain, Justin (DCPS) <Justin.Mcclain@k12.dc.gov>, Jackson,
Nigel (DCPS) <Nigel.Jackson3@k12.dc.gov>, CARE, DCPS (DCPS) <dcps.care@k12.dc.gov>, Cole, Karen (DCPS)
<Karen.Cole@k12.dc.gov>, Williams, Alison (DCPS) <Alison.Williams@k12.dc.gov>, Bryant-Mallory, Deitra
(DCPS) <deitra.bryant-mallory@k12.dc.gov>, Jennings, Jessica (DCPS) <Jessica.Jennings@k12.dc.gov>, Heller,
Alisha (DCPS) <Alisha.Heller@k12.dc.gov>, Howard-Stroud, Adia (DCPS) <Adia.Howard-Stroud@k12.dc.gov>
**Subject:** For review - Watkins hate-bias response messages

Good afternoon. Please find attached a draft of communications in response to this incident.

FOR REVIEW -- https://dck12-
my.sharepoint.com/:w:/g/personal/elizabeth_bartolomeo_k12_dc_gov/EUIl270iH7lAtPiu60et0lYBmqVk8R7aiK-
A7qud2D2-kg?e=8kvgDr

Page 1 = classroom note
Page 2 = school community message
Page 3 = staff note (thanks Shawn and Mscott and Robyn!)

Thanks,
Liz

---

**From:** Robyn.Harper@k12.dc.gov
**When:** 2:15 PM - 2:45 PM December 17, 2021
**Subject:** Central Equity Response Meeting (Watkins ES)
**Location:** Microsoft Teams Meeting

09SPPLOPT938808

-----Original Appointment-----
**From:** Harper, Robyn (DCPS) <Robyn.Harper@k12.dc.gov>
**Sent:** Friday, December 17, 2021 1:45 PM

**To:** Harper, Robyn (DCPS); Equity Response (DCPS); Berkowitz, MScott (DCPS); Stover, Shawn (DCPS); Equity, Response (DCPS)
**Subject:** Central Equity Response Meeting (Watkins ES)
**When:** Friday, December 17, 2021 2:15 PM-2:45 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Microsoft Teams Meeting

Thank you for submitting the IRT for the alleged incident of hate/bias below. As you know, by doing so, you have officially completed the first step in our District protocol for responding to incidents of hate and bias.

-- [DEC-17-21 12:54 PM Mscott (DCPS) Berkowitz] ----------
Ms. Moxley's HR class attended their regular library class today. The lesson was for students to act out the atrocities of the Holocaust. One student was given the role of Hitler. Others were told to be people that shot Jews. Some students were given roles to dig ditches. Other jobs were to put classmates in gas chambers. Many students were directed to pretend to die. At the end of the lesson, the student playing Hitler was told to act out his suicide. Before the class ended the librarian told students not to tell their parents.

The librarian's name is Kimberlynn Jurkowski. All students in the homeroom were involved.

As a next step, we would like meet and identify specific support/next steps from members of our Central Equity Response Team (outlined in Phase 3 of the protocol). **Please reply to this email with your availability to have a 30 minute meeting today or early next week to determine short-term and long-term supports for impacted parties.** The primary purpose of this meeting is identifying immediate and long-term strategies to restore community and repair harm.

**Central Equity Response Team, please note that due to the nature of this incident we are aiming to schedule this response meeting as soon as possible. We prioritize the school leaders availability and hope that it will be possible for you to have a representative from your team join the meeting. Please let me know if this will not be possible and we will determine how to ensure your team is kept informed on the situation and required next steps.**

# Microsoft Teams meeting

**Join on your computer or mobile app**
Click here to join the meeting

**Or call in (audio only)**
+1 202-539-1291,,949108608#   United States, Washington DC

Phone Conference ID: 949 108 608#
Find a local number | Reset PIN

Learn More | Meeting options



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS

Via Electronic Mail (Kimberlynn.Jurkowski@k12.dc.gov; kjurkowski777@gmail.com)

February 14, 2022

Kimberlynn Jurkowski
317 New Road
Northfield, NJ 08225

Re:    Notice of Termination
       Library/Media Specialist
       Watkins ES
       Jurkowski, Kimberlynn (x5669; EmplID: 00082524)

Dear Ms. Jurkowski:

This letter serves to notify you that the District of Columbia Public Schools (DCPS) has concluded Investigation No. 22-0068, into an allegation of misconduct in office made against you, and has determined the allegation to be substantiated.

In accordance with Title 5-E, Chapter 14 of the District of Columbia Municipal Regulations (DCMR), as well as relevant provisions of the Collective Bargaining Agreement between the Washington Teachers' Union (WTU) and the District of Columbia Public Schools (WTU Agreement), this letter serves as official notice that you will be terminated from your position as a Library/Media Specialist, effective March 8, 2022. The WTU Agreement requires that you receive notification of this action ten (10) school days prior to the effective date of your termination.  Your notification period begins on February 15, 2022. You will remain on paid administrative leave through March 7, 2022.

The grounds and reasons for your termination are as follows:

Grounds:    Violations of 5-E DCMR Section 1401.2 (b) Grave Misconduct; and 5-E DCMR Section 1401.2 (v) Other Conduct During and Outside of Duty Hours That Would Affect Adversely the Employee's or the Agency's Ability to Perform Effectively

Reasons:    You had students conduct a reenactment of the Holocaust during class. Students describe playing different roles in the reenactment, including: pretending to shoot other students who were portraying Jewish people; digging ditches; placing students in gas chambers; and building trains to transport Jewish people to the gas chambers. One student in particular was made to portray Adolf Hitler. You then instructed the students not to tell their parents about the reenactment.

Based on an investigation conducted by DCPS, we have concluded that an adverse action is warranted and that termination is the appropriate action.  At no time during your period of administrative leave or

PPLOPT9388

Ms. Kimberlynn Jurkowski
February 14, 2022
Page 2

thereafter are you to be in or on the grounds of Watkins ES or on DCPS property, unless cleared in advance by Labor Management & Employee Relations.

As required by the WTU Agreement, within five (5) days of your receipt of this notice, you have the right to review any documents supportive of the charges, to reply in writing or in person to all charges and to furnish any statements in support of your reply. Your request must be directed to Labor Management & Employee Relations, 1200 First Street, N.E., 10th Floor, Washington, D.C. 20002. Your adverse action will be effective as stated above unless upon consideration of any additional relevant facts, DCPS determines that a modification of the action is warranted. If DCPS makes such a determination, you and the WTU will be notified in writing. If you do not receive such communication, this letter will serve as your final notice of termination.

Any documents provided to you regarding the details of the investigation and/or disciplinary action are being provided in accordance with the relevant provisions of the WTU DCPS Collective Bargaining Agreement (CBA). As these documents contain sensitive information, please do not share them outside of those persons necessary to assist in any rebuttal, defense, or grievance actions you may undertake. Please also be advised that any harassment, retaliation or coercion against any individuals for their participation in an investigation is strictly prohibited and may lead to disciplinary action.[1]

You may elect to file a grievance concerning this action in accordance with Article VI, Grievance and Arbitration, of the WTU Agreement. In addition, if you are a permanent employee of the District of Columbia Public Schools, you may elect to file an appeal with the Office of Employee Appeals (OEA). You may not, however, do both.

You are to immediately return all keys, security badge(s), pass card(s), uniforms, cell phone(s), and any and all government property issued to you as a DCPS employee. Please call the Office of School Security at (202) 576-6950 to make arrangements to deliver your items. DCPS will take all appropriate action until all DCPS property is returned. This includes all DCPS paper-based or computer-based documents contained on computer disks, hard drives, storage drives and on any other type of electronic media containing such documents in your possession.

If you file a grievance, it must be in writing, clearly state your reasons for grieving this action and be filed with your union within fourteen (14) school days of the effective date of this termination.

If you file an appeal with OEA, you must do so within thirty (30) calendar days of the effective date of your termination. A copy of the OEA Rules and the appeal form are enclosed. This information also is available at http://oea.dc.gov/oea/site/default.asp. The OEA is located at 1100 4th Street, SW, Suite 620E, Washington, DC 20024.

Your health benefit coverage will end thirty one (31) days after your termination. If you are interested in continuing your health insurance and/or life insurance coverage beyond the 31-day extension, please

---

[1] See DCMR § 2–1402.61. Coercion or retaliation; 5-E 1401. Grounds for Adverse Action; Employees Rights and Responsibilities Policy

Ms. Kimberlynn Jurkowski
February 14, 2022
Page 3

read the enclosed document which provides additional information regarding Temporary Continuation of Coverage (TCC) insurance.   Please contact DCPS Employee Services (202-442-4090) if you have any questions regarding TCC insurance, or other benefits.


Sincerely,

Aimee D. Peoples
Deputy Chief, Labor Management &
    Employee Relations

Enclosures

cc:      MScott Berkowitz, Principal
         Shawn Stover, Instructional Superintendent
         Jacqueline Pogue-Lyons, President, WTU
         Regina Bell, Vice President, WTU
         Kim Jackson, Chief, Elementary Schools
         Scott Barash, Esq., Chief, General Counsel
         Jana Woods-Jefferson, Deputy Chief, Employee Services
         Anita Berry, Director, HR Processing
         DCPS Offboarding
         Tisa McGhee, Finance Division
         LMER Investigations
         Office of School Security
         Official Personnel Folder


PPLOPT9388


DISTRICT OF COLUMBIA
PUBLIC SCHOOLS

Via Electronic Mail (Kimberlynn.Jurkowski@k12.dc.gov; kjurkowski777@gmail.com)

January 28, 2022

Kimberlynn Jurkowski
317 New Road
Northfield, NJ 08225

Re:    Notice of Initiation of Disciplinary Action
       Jurkowski, Kimberlynn (x5669; EmplID: 00082524)

Dear Ms. Jurkowski:

This letter serves to notify you that the District of Columbia Public Schools (DCPS) has concluded
Investigation No. 22-0068, into an allegation of misconduct in office made against you, and has
determined the allegation to be substantiated. Enclosed, please find a copy of the investigative report.

In accordance with Title 5-E, Chapter 14 of the District of Columbia Municipal Regulations (DCMR), as
well as relevant provisions of the Collective Bargaining Agreement between the Washington Teachers'
Union (WTU) and DCPS (WTU Agreement), this letter serves as official notice that DCPS is initiating
disciplinary action against you based on the findings of the aforementioned investigation.

In the coming days, DCPS will issue you separate correspondence providing the details of your
disciplinary action and how to challenge the discipline should you choose to do so. Until then, you are to
remain on paid administrative leave per the instructions in your Notice of Administrative Leave
dated December 17, 2021.

If you have any questions, you may reach out to Labor Management & Employee Relations (LMER) at
202-442-5373.

Sincerely,

Aimee D. Peoples
Deputy Chief, Labor Management &
    Employee Relations

cc:    MScott Berkowitz, Principal
       Shawn Stover, Instructional Superintendent
       Jacqueline Pogue Lyons, President, WTU
       Regina Bell, Vice President, WTU
       Louis Blount, WTU

P0001-2345



**DISTRICT OF COLUMBIA**
PUBLIC SCHOOLS

<u>Via Electronic Mail</u> (kimberlynn.jurkowski@k12.dc.gov; kjurkowski777@gmail.com)

December 17, 2021

Kimberlynn Jurkowski
317 New Road
Northfield, NJ 08225

Re:    Administrative Leave
       Library Media Specialist, Watkins ES
       Jurkowski, Kimberlynn (x5669; EMPLID: 00082524)

Dear Ms. Jurkowski:

Kindly be advised that you are being placed on paid administrative leave effective immediately. This action is warranted pending an investigation into employee misconduct on or about December 17, 2021. Following your receipt of this letter, you are not to report to Watkins ES or be on District of Columbia Public Schools (DCPS) property, unless cleared in advance by Labor Management & Employee Relations (LMER).

Kindly further be advised that this matter is being investigated and that the results of the investigation will help to determine what, if any, future actions will be taken. In order to facilitate the investigation, you are to make yourself available to the Division of Security and/or other appropriate DCPS offices, as well as the Metropolitan Police Department, should they need to contact you. You have the right to have a union or other representative accompany you to any investigatory meeting. You are to be accessible and responsive to any and all requests and calls to you. Failure to adhere to the specifications detailed in this letter may result in disciplinary action up to and including termination.

If you have any questions or concerns, please contact LMER at (202) 442-5373.

Sincerely,

Jade L. Fuller
Deputy Chief, Labor Management & Employee Relations

cc:    Mscott Berkowitz, Principal, Watkins ES
       Shawn Stover, Instructional Superintendent
       Scott Barash, General Counsel
       Matthew Thompson, Specialist, LMER
       Tisa McGhee, Payroll
       Jacque Pogue-Lyons, President, Washington Teachers Union          PPLOPT93
       Terrence Ngwa, Executive Director, Washington Teachers Union
       Kim Jackson, Chief, Elementary Schools
       LMER, Investigations Division
       Office of School Security

Christopher Harden
September 9, 2016
Page 2


**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**

**Via Electronic Mail (**kimberlynn.jurkowski@k12.dc.gov; kjurkowski777@gmail.com**)**

December 17, 2021

Kimberlynn Jurkowski
317 New Road
Northfield, NJ 08225

Re:    Notice of Pending Investigation
        Library Media Specialist, Watkins ES
        Jurkowski, Kimberlynn (x5669; EMPLID: 00082524)

Dear Ms. Kimberlynn Jurkowski:

Kindly be advised that the District of Columbia Public Schools (DCPS) is beginning an investigation into allegations that you employee misconduct on or about December 17, 2021. If appropriate, DCPS will issue follow-up correspondence in the coming days placing you on administrative detail or administrative leave. You will be permitted to continue working during the pendency of the investigation unless you have received or receive additional correspondence placing you on administrative leave or detail.

Be advised that this matter is being investigated and that the results of the investigation will help to determine what, if any, future actions will be taken. In order to facilitate the investigation, you are to make yourself available to the Division of Security and/or other appropriate DCPS offices, as well as the Metropolitan Police Department, should they need to contact you. You have the right to have a union or other representative accompany you to any investigatory meeting. You are to be accessible and responsive to any and all requests and calls to you. Failure to adhere to the specifications detailed in this letter may result in disciplinary action up to and including termination.

If you have any questions or concerns, please contact LMER at (202) 442-5373.

Sincerely,

Jade L. Fuller
Deputy Chief, Labor Management & Employee Relations

cc:    Mscott Berkowitz, Principal, Watkins ES
        Shawn Stover, Instructional Superintendent
        Scott Barash, General Counsel
        Matthew Thompson, Specialist, LMER
        Jacque Pogue-Lyons, President, Washington Teachers Union
        Terrence Ngwa, Executive Director, Washington Teachers Union

Message

| | |
|---|---|
| **From:** | Bloom, Susan (DCPS) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=E145BBB0F5DE4A95AC8DA358A871CE37-SUSAN BLOOM] |
| **Sent:** | 7/1/2020 5:24:16 PM |
| **To:** | Katie Cushman [ponymama01@yahoo.com] |
| **Subject:** | Fwd: Welcome to the Cluster School! |

Get Outlook for iOS

**From:** MScott Berkowitz <peabodywatkinsprincipal@gmail.com>
**Sent:** Friday, June 26, 2020 8:01 AM
**To:** Bloom, Susan (DCPS)
**Subject:** Re: Welcome to the Cluster School!

CAUTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

Hi Sue!

Thank you so much for your kind and welcoming words. I couldn't be more excited to meet you and engage with the entire community. I will be in touch soon!

On Thu, Jun 25, 2020 at 1:17 PM Bloom, Susan (DCPS) <Susan.Bloom@k12.dc.gov> wrote:
Dear Mr. Berkowitz,

Thank you so much for your email and for your introduction letter. As a longtime member of the Cluster School community (as a parent and then as the Peabody librarian), I really appreciate you reaching out to us so soon after the announcement of your selection and for your warm introduction letter. We are all very excited to meet you, to get to know you, and to begin the collaborative work of preparing for the coming school year. As I know you will hear very soon, we have a "Reopening Committee" at Peabody and we look forward to discussing how best to resume our important educational work in these unique pandemic and social justice times.

Best of luck as you get settled into this new position and again, let me say, "Welcome to the Cluster School!" It's an amazing and unique school community!

Sincerely,
Sue Bloom

Library Media Specialist
Peabody Primary School
Capitol Hill Cluster School
425 C Street NE
Washington DC 20002
school: 202-698-3277
cell: 202-270-9623

000509SPPLOPT63107QDP77

@PeabodyLibrary1

Peabody's Specials Website: https://sites.google.com/site/peabodyspecialsteam/

---

**From:** MScott Berkowitz <peabodywatkinsprincipal@gmail.com>
**Sent:** Wednesday, June 24, 2020 7:49 PM
**To:** Hollis, Joi <Joi.Hollis@k12.dc.gov>; Tate, Lauren M. (DCPS) <lauren.tate@k12.dc.gov>; Young, Betty (DCPS) <betty.young@k12.dc.gov>; Taylor, Stacy (DCPS) <Stacy.Taylor2@k12.dc.gov>; Mingo, Lisa (DCPS) <Lisa.Mingo@k12.dc.gov>; Burrus, Anna (DCPS) <Anna.Burrus@k12.dc.gov>; Williams, Zelda (DCPS) <Zelda.Williams@k12.dc.gov>; Egan, Kerry (DCPS) <kerry.egan@k12.dc.gov>; Judy, Beth (DCPS) <beth.judy@k12.dc.gov>; McPherson, Ebon (DCPS) <Ebon.McPherson@k12.dc.gov>; Dickson, Jijuan (DCPS) <Jijuan.Dickson@k12.dc.gov>; Slattery, Anne-Marie (DCPS) <annie.slattery@k12.dc.gov>; Johnson, LaBrea (DCPS) <labrea.johnson@k12.dc.gov>; Houghton, Rachel E. (DCPS) <rachel.houghton@k12.dc.gov>; Carraway, Karlene (DCPS) <Karlene.Carraway@k12.dc.gov>; Friedman, Sara (DCPS) <Sara.Friedman@k12.dc.gov>; Smith, Angela J. (DCPS) <angelaj.smith@k12.dc.gov>; BLOT, EDLINE (DCPS) <EDLINE.BLOT@k12.dc.gov>; Blagburn, Kimberlie F. (DCPS) <kimberlie.blagburn@k12.dc.gov>; Griffin, Kimberly (DCPS) <Kimberly.Griffin@k12.dc.gov>; Tippett, Angela (DCPS) <angela.tippett@k12.dc.gov>; Hinrichs, Caitlin (DCPS) <Caitlin.Hinrichs@k12.dc.gov>; Williams, Claudette (DCPS) <claudette.williams@k12.dc.gov>; D'Antonio, Stephanie (DCPS) <stephanie.dantonio@k12.dc.gov>; Nelson, Valerie (DCPS) <Valerie.Nelson@k12.dc.gov>; King, Chelsa (DCPS) <Chelsa.King@k12.dc.gov>; Cushman, Katie (DCPS) <Katie.Cushman@k12.dc.gov>; Bloom, Susan (DCPS) <Susan.Bloom@k12.dc.gov>; Coleman, Priscilla (DCPS) <Priscilla.Coleman@k12.dc.gov>; Turner, Virginia (DCPS) <virginia.turner@k12.dc.gov>; rhelgerson@gmail.com <rhelgerson@gmail.com>; Lobban, Alexandra (DCPS) <Alexandra.Lobban@k12.dc.gov>; Hopkins, Allison (DCPS) <Allison.Hopkins@k12.dc.gov>; glenn.gibbjr@gmail.com <glenn.gibbjr@gmail.com>; Williams, Jennifer (DCPS) <jennifer.williams@k12.dc.gov>; Warren, Zena (DCPS) <Zena.Warren@k12.dc.gov>; Faulkner, Camilla (DCPS) <Camilla.Faulkner@k12.dc.gov>; Michele Buchanan-Tyler <Michele.Buchanan-Tyler@k12.dc.gov>; Hooker, Ronnie B. (DCPS) <Ronnie.Hooker@k12.dc.gov>; Preston, Sherman (DCPS) <Sherman.Preston2@k12.dc.gov>; hill, delton (DCPS) <delton.hill@k12.dc.gov>; rita.hines@yahoo.com <rita.hines@yahoo.com>; deebLKink@aol.com <deebLKink@aol.com>; Bell, Elena (DCPS) <elena.bell@k12.dc.gov>; Boisvert, Mark (DCPS) <mark.boisvert@k12.dc.gov>; Angry, Katrel (DCPS) <katrel.angry@k12.dc.gov>; Davis, Sunmer (DCPS) <sunmer.davis@k12.dc.gov>; ODonnell, Elizabeth (DCPS) <elizabeth.odonnell@k12.dc.gov>; Wecker, Kelly (DCPS) <Kelly.Wecker@k12.dc.gov>; Stewart, Jill (DCPS) <jill.stewart@k12.dc.gov>; Nigro, Elizabeth (DCPS) <Elizabeth.Nigro@k12.dc.gov>; Sheppard, Tatiana (DCPS) <Tatiana.Sheppard@k12.dc.gov>; Daddario, Christen (DCPS) <Christen.Daddario@k12.dc.gov>; Hill-Dyal, Alice (DCPS) <alice.hill-dyal@k12.dc.gov>; Coleman, Stephanie (DCPS) <stephanie.coleman@k12.dc.gov>; Moxley, Katherine (DCPS) <Katherine.Moxley@k12.dc.gov>; Nover, Rachel (DCPS) <Rachel.Nover@k12.dc.gov>; Parler, Brittany (DCPS) <brittany.parler@k12.dc.gov>; ONeil, Todd (DCPS) <todd.oneil@k12.dc.gov>; Dickinson, Coreil R. (DCPS) <coreil.dickinson@k12.dc.gov>; Elmusa, Layth (DCPS) <Layth.Elmusa@k12.dc.gov>; Sullivan, Monique (DCPS) <Monique.Sullivan@k12.dc.gov>; Phoenix, Alyse (DCPS) <Alyse.Phoenix@k12.dc.gov>; Butler, Duane (DCPS) <Duane.Butler@k12.dc.gov>; Dunning, Lauren (DCPS) <Lauren.Dunning@k12.dc.gov>; Bell, Jaquana (DCPS) <Jaquana.Bell@k12.dc.gov>; Lamont, Rosalind (DCPS) <rosalind.lamont@k12.dc.gov>; Davila-Irving, Sharonda (DCPS) <sharonda.davila-irving@k12.dc.gov>; Harrell, Dionne (DCPS) <dionne.harrell@k12.dc.gov>; Lopez, Jose (DCPS) <Jose.Lopez4@k12.dc.gov>; Nagbe, Hillel (DCPS) <Hillel.Nagbe@k12.dc.gov>; Perkins, Zalika (DCPS) <zalika.perkins@k12.dc.gov>; Washington, Nikko (DCPS) <Nikko.Washington@k12.dc.gov>; Gross, Jason (DCPS) <jason.gross@k12.dc.gov>; Thomas, Pearilya (DCPS) <Pearilya.Thomas@k12.dc.gov>; Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>; Roy, Shelia A. (DCPS) <shelia.roy@k12.dc.gov>; beulah.brock@k12.gov <beulah.brock@k12.dc.gov>; Carraway, Terrie (DCPS) <Terrie.Carraway@k12.dc.gov>; Kayne, Kathryn (DCPS) <kathryn.kayne@k12.dc.gov>; Rowe, Henri (DCPS) <Henri.Rowe@k12.dc.gov>; Pullings, Khristina (DCPS) <Khristina.Pullings@k12.dc.gov>; Wall, Lakeisha (DCPS) <Lakeisha.Wall@k12.dc.gov>; Thomas, Veturah (DCPS) <Veturah.Thomas@k12.dc.gov>; Gianella, Nathalia (DCPS) <nathalia.gianella@k12.dc.gov>; Hay, Joan (DCPS) <Joan.Hay@k12.dc.gov>; DelMedico, Stephanie (DCPS) <Stephanie.DelMedico@k12.dc.gov>; Thompson, Kelvin (DCPS) <Kelvin.Thompson@k12.dc.gov>; Harris, Jamekia (DCPS) <jamekia.harris@k12.dc.gov>; Cockerham, Rachel (DCPS) <Rachel.Cockerham@k12.dc.gov>; Henderson, Troy (DCPS) <Troy.Henderson@k12.dc.gov>; donnell.starkey@k12.dc.gov <donnell.starkey@k12.dc.gov>;

benjamin.thomas@k12.dc.gov <benjamin.thomas@k12.dc.gov>; **Benson, Charles (DCPS)**
<Charles.Benson@k12.dc.gov>; **Williams, Torain (DCPS)** <Torain.Williams@k12.dc.gov>; **Cafeteria Manager, Watkins**
**(DCPS)** <cafe.watkins@k12.dc.gov>
**Subject:** Intro letter from Principal Berkowitz

CAUTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you
recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to
phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

Hello fantastic staffs!

I'm excited to begin my journey with you and wrote the attached note to introduce myself. Please note this
email address is temporary and my DCPS email will hopefully be up and running soon. I will be in touch!

I hope you're all safe and well.

Best,

MScott

ᴜᴜᴜ509SPPLOPT631070DP77

Fwd Fw: Written Warning 10.20.21


kimberlynnjurkowski <kjurkcwski777@gmailcom>

Fri 2021-10-22 &32 AM

To:Stoyer. Shawn (DCPS) <3hawnzwvw@kl2.dc.gov>;Washbum, Kevin (DCPS)
<Kevin.WashburnVk12dcgov>;Michele
Buchanan-Tyler <boctoomt@icloud.com>;Hopkins, Allison (DCPS) <Alliwn.Hopkins6k12dcgar>
CcRogl Sole <rs01-is@wtu1oca1&net>;Elmusa, Layth (DCPS)
<Layth.Elmusa@kl2.de.gov>;Berkovrit& MScott(DCPS)
<MSmtLBerkow'rb*kl2.dcyovr,Bonvert, Mark (DCPS)
<mark.boiymt@kl2dcgov>;tani5ha.monbwmery@kl2.dc9ov
<tarti3hamontagomery@k124c.gov>;kimbertynnjuriumv3id <I urkuwsld7T7@gmail.com>


 1 attach rnemb (459 KB)

Kimberiynn Jurkowski Written Warning 10.2021.pdf,


CAUTION: This snail originated fromoutsideof the DCGovernment Do not click on links or
open atmchmmis unless you
recognize the sender and know that the conterrtis mfe.Ifyou believe that this trail is
suspicious, please forward to
phlshing@dc.gov for addltk nol analysis by OCIPO Security Operations Center (SOC).




---------- Forwarded message ---------

From: JtwkowsK IGmbraHrn (DCPS) <KimberlyMJurkows1dAk12-dc9Qy>

Date: Fri, Oct 22, 2021 at 6:08 AM

Subject: Fw: Written blaming 10.20.21

To: Idmberiynnjurkowsld <@urkows@mail.com>


Glut Instructional Superintendent Stover and library Director Washbum, I am inviting you
to this

meeting because I am sure this is a matter that should include stateholders and
othersupporters(Ms.

Tyler and Ms Hopkins from Watkins). I am working with WTU and Watkins' WTU Building

Representative Mr. Elmusa to Team the facts as the facts are shared by all persons involved based on a

verbal warning received during a Scholastic Book Fair and Library Club planning meeting on Teams (1-

-20-21 ) with Mr. Boisvertand Ms. Montgomery (V%btkdnsAdminstrators). Mr. Boisvert emailed the

letter of waring minutes after the planning meeting ended on Teams (10-20-21). I have included the

email below, I hope you will make time to join this meeting and find a date and time can be set for all

of us to discuss this matter. Thank you, have a nice day.


Kimberiynn Jurkowskk, LMS, Watkins

Caool HI Cluster School

Watkins EfementarySchool

42012th St. SE
-- -------------- ---
Washington, DC 20003
-------------------------
Offlce: 202 B88-3355

Cea: 608 481-8878




From: Bolsvert, Mark (DCPS) <mark.bolsvertRk]Zdc.gvy>

Sant: Wednesday, October 20, 20213.06PM

Tb:Jurkowskl, KlmbeHynn (DCPS)<Klmberlynn.JurkowskiOkIldc.gay>

Cc: Elmusa, Layth (DCPS) <L nrth.Elmusa@kl2.dQgoy>,Berkowl%MSoott (DCPS)

[]<MSwtt BerkowitzOk12 do jrrna; Montgomery, Tanisha (DCPS) <tanisha.man merv@k12 do srov>
Subject: Written Warning 10.20.21

Hello Ms. Jurkowskl,

Thank for taking the time to meet with me thls aftemoon. Per your request, I have Included Mr. Elmusa, as the
school WfU representathre, on thls emall. If you would Iike to schedule a meeting with

union representation,
we can arrange for that to happen. I wlII provide 3 options of dates/tImes for us to meet
In a follow-up emal1.

Sincerely,
Mark Bolsvert


Mirk Bolseert I AWSCOM Pdadpol
Watkins Elementary School
42012d' Street SE
Washington, D.C. 20003
School: (202)698.3355
Cell: (202) 699-1812

VV9SPPLOQ664RKDTTSTTATX

 Gmail

kimberlynn jurkowski <kjurkowski77@gmail.com>

## Fw: Battle of the Books...

**Jurkowski, Kimberlynn (DCPS)** <Kimberlynn.Jurkowski@k12.dc.gov>          Wed, Jan 19, 2022 at 4:12 PM
To: kimberlynn jurkowski <kjurkowski777@gmail.com>

Applebaum BOBDT meeting note from Kytja Weir 12/12/21

**From:** Kytja Weir <kytja.weir@gmail.com>
**Sent:** Sunday, December 12, 2021 9:33 PM
**To:** Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
**Cc:** bappelbaum@gmail.com <bappelbaum@gmail.com>
**Subject:** Battle of the Books...

> **CAUTION:** This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

Evening, Ms. Jurkowski,

I wanted to let you know that Tomas was very excited to join you all for Battle of the Books on Friday but got a serious case of nerves when he went on Friday morning. He hovered outside of the door the whole time too nervous to go in with all the 4th and 5th graders there.

But we've talked about it and he's still interested in participating, if it's not too late to come in midstream. Could he join you all this coming Friday?

Thank you,
Kytja
Mom of Tomas Appelbaum, grade 3.

—
Kytja Weir
cell: 646-256-0877
kytja.weir@gmail.com

---

**Jurkowski, Kimberlynn (DCPS)** <Kimberlynn.Jurkowski@k12.dc.gov>          Wed, Jan 19, 2022 at 4:14 PM
To: kimberlynn jurkowski <kjurkowski777@gmail.com>

Applebaum BOBDT

**From:** Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
**Sent:** Wednesday, January 19, 2022 4:12 PM
**To:** kimberlynn jurkowski <kjurkowski777@gmail.com>
**Subject:** Fw: Battle of the Books...

[Quoted text hidden]                                    VV9SPPLOQ664RKDTTSTTAT

DCPS Response Filed: December 23, 2022

Complainant: Kimberlynn Jurkowski

EEOC Charge Number: 570-2022-02003

**POSITION STATEMENT**

The District of Columbia Public Schools ("DCPS" or "the Agency") submits the following Position Statement in response to Complainant's September 7, 2022, Charge of Discrimination ("Charge"). DCPS firmly denies any wrongdoing or violation of Complainant's rights under any federal or State law.

1. "In August 2014, I was hired by DC Public School in the position of Librarian/Media Specialist."

**Response**: DCPS confirms that Ms. Jurkowski was hired in August of 2014 as a Library Media Specialist.

2. "In May 2021, I began experiencing disparate treatment by Mscott Berkowitz, Principal."

**Response**: DCPS denies that Ms. Jurkowski has experienced any form of discrimination or disparate treatment by the agency, or her leadership.

3. "Mr. Berkowitz changed my performance evaluation, changed my schedule, took programs away from the library, did not support my reading initiatives, did not allow me to advertise my programs and took me off the bookfair program in comparison to Susan Bloom, Librarian/Media Specialist who given all those opportunities."

**Response**: Ms. Jurkowski's IMPACT1 Evaluation was completed by Assistant Principal (AP) Boisvert, without input from Principal Berkowitz. Ms. Jurkowski received a score of Highly Effective (the highest possible score), see Exhibit 1. There is no evidence to support any changes were made to Ms. Jurkowski's score by Principal Berkowitz. One of the responsibilities of the Principal is to ensure operational efficiency within the school to meet the student's educational needs. For the 2021-2022 school year, after meeting with the entire specials team,

Principal Berkowitz made the decision to change all of the specials teacher's schedules, including Ms. Jurkowski's schedule.

Ms. Jurkowski does not specify what programs or initiatives were removed. However, Ms. Jurkowski lead initiatives such as Battle of the Books, and debate club. Neither initiative was removed. According to Principal Berkowitz, both initiatives were very successful.

1 IMPACT is the DCPS Evaluation and Feedback System for School-Based Personnel

DCPS denies that Ms. Jurkowski was removed from the book fair program. It is the understanding of Principal Berkowitz that, after meeting with the Peabody Elementary School librarian and AP Boisvert, Ms. Jurkowski decided not to co-host the book fair. The expectation was that the two Librarians would share responsibilities since the Peabody ES building was closed, and Watkins ES was hosting Peabody students and staff.

4. "I complained multiple times to the Union, and nothing was done."
   **Response**: DCPS is unable to confirm the communication took place between Ms. Jurkowski and her Union representatives, or any actions taken by the Union as a result of their communication.
   th
5. "On December 17 , 2021, I was placed on paid administrative leave after I was accused of
   having students reenacting the Holocaust while in the library with me."
   **Response**: DCPS confirms that Ms. Jurkowski was placed on Administrative Leave effective December 17, 2021 due to allegations of employee misconduct. The Agency confirms that the allegations involved Ms. Jurkowski facilitating a reenactment of the Holocaust by students under her supervision.
   th
6. "The investigation concluded in February 2022, and I was terminated on March 8 , 2022, for
   violated [sic] school policy."
   **Response**: DCPS confirms that Ms. Jurkowski was issued a Notice of

Termination on February 14, 2021, communicating March 8, 2022 as the effective date of her termination for "Violations of 5-E DCMR Section 1401.2 (b) Grave Misconduct; and 5-E DCMR Section 1401.2 (v) Other Conduct During and Outside of Duty Hours that would affect adversely the Employee's or the Agency's ability to perform effectively." See Exhibit 2.

7. "I believe I was discriminated against on the basis of my race (African American), National Origin (Nigerian) and retaliated against for engaging in protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended."

**Response**: DCPS vehemently denies that Ms. Jurkowski was discriminated against on any basis including race (African American), National Origin (Nigerian) and retaliated against for engaging in protected activity as outlined within Title VII of the Civil Rights Act of 1964, as amended.

DCPS remains dedicated to fostering a safe and inclusive place of work and education for its staff and school community. Please let me know if I can provide any additional information that may be helpful to this investigation.

Respectfully submitted,

Ahsaki Anokye
Director, Labor Management and Employee Relations

Exhibit List

1. K. Jurkowski IMPACT Evaluation (2020-2021)
2. Notice of Termination (February 2021)

## EEO-ADA, DCPS (DCPS)

| | |
|---|---|
| **From:** | Berkowitz, MScott (DCPS) |
| **Sent:** | Thursday, October 6, 2022 2:21 PM |
| **To:** | EEO-ADA, DCPS (DCPS) |
| **Subject:** | Re: Kymberlynn Jurkowski - EEOC Complaint Inquiry |

I notice that the signature on the page indicates that this was submitted in September of this year. She was terminated after an investigation *months* before making these allegations and these allegations are unrelated to the cause for her termination. That seems like it should. Does it?

In response to the allegations:

- I never did her evaluation nor weighed in on it. AP Boisvert completed her impact.
- I did change all of the specials teachers' schedules for the SY21-22 school year after collaboration with the entire specials team. Her schedule was the same as the music, art, and Spanish teacher's schedules.
- I'm not sure what programs were "taken away" or any initiatives that were proposed and were not allowed. She led a few initiatives that were very successful (battle of the books, debate club) that I supported. She and I also worked closely on the virtual class that I hosted with her support during the first year.
- My recollection is that Ms. Jurkowski backed out of co-hosting the book fair with the Peabody librarian after a meeting with the two of them and AP Boisvert. AP Boisvert was working with the two librarians to share responsibilities since Peabody was closed and Watkins was hosting Peabody students and staff when we came back from the pandemic closure.

Best,

**MScott Berkowitz**
**Principal**
**Peabody Elementary School and Watkins Elementary School**
**Peabody: 202-698-3277**
**Watkins: 202-698-3355**
**District of Columbia Public Schools**
**@PeabodyWatkins on Instagram and Twitter**



## Capitol Hill Cluster School
*Where Every Child Achieves*

---

**From:** EEO-ADA, DCPS (DCPS) <DCPS.EEO-ADA@k12.dc.gov>
**Date:** Thursday, October 6, 2022 at 1:15 PM
**To:** Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>
**Subject:** Kymberlynn Jurkowski - EEOC Complaint Inquiry

PPLOPT93880

Good afternoon Principal Berkowitz,

We are responding to the EEOC complaint filed by Ms. Jurkowski. We would benefit from your input regarding her allegations. Could you please review the attached complaint and respond to the allegations directly related to your interactions with Ms. Jurkowski? I have attached the complaint for reference.

*"Mr. Berkowitz changed my performance evaluation, changed my schedule, took programs away from the library, did not support my reading initiatives, did not allow me to advertise my programs and took me off the bookfair program in comparison to Susan Bloom, Librarian/Media Specialist who given all those opportunities."*

As this is a time sensitive matter, a response as soon as possible would be greatly appreciated.

Warm Regards,

**Melody**

**Melody Miller**
EEO Specialist
Pronouns: she/her

Office of the General Counsel
District of Columbia Public Schools

2

Tuesday, August 27, 2024 at 13:15:46 Eastern Daylight Time

Subject:       Book Fair inquiry
Date:          Wednesday, January 19, 2022 at 9:58:47 AM Eastern Standard Time
From:          Boisvert, Mark (DCPS)
To:            Berkowitz, MScott (DCPS), Davis, Lynette (DCPS)
Attachments:   image001.png, image002.png, image003.png, Jurkowski email 5.25.21.pdf,
Jurkowski email2 5.25.21.pdf, Boisvert email 6.2.21.pdf


Hello Ms. Davis,

Please see the a1ached emails that document the following informa;on:
    Ms. Jurkowski's request to not par;cipate in the book fair
    My email outlining the expecta;ons of the co-chairs (Bloom and Jurkowski)
        Ms. Jurkowski did not a1end any of the book fair dates/;mes in-person

Thank you,
Mark Boisvert

From: "Berkowitz, MSco1 (DCPS)" <MSco1.Berkowitz@k12.dc.gov>
Date: Wednesday, January 19, 2022 at 8:00 AM
To: "Davis, Lyne1e (DCPS)" <lyne1e.davis@k12.dc.gov>, "Boisvert, Mark (DCPS)"
<mark.boisvert@k12.dc.gov>
Subject: Re: J. Bell Complaint Follow Up

Hi Ms. Davis,

Mr. Boisvert worked closely with Ms. Jurkowski and Ms. Bloom on the bookfair. We either have
an email or verbal confirma;on that she decided not to
con;nue on as chair. Ms. Bloom (Peabody librarian) could verify this too, but I'd rather not
involve her if possible.


Mr. Boisvert, can you look to see if you have any emails from her that state she would back
away from chairing the fair?

MSco1 Berkowitz
Principal
Peabody Elementary School and Watkins Elementary School
Peabody: 202-698-3277
Watkins: 202-698-3355
District of Columbia Public Schools
@PeabodyWatkins on Instagram and Twi1er

P0001-23458

F r o m : Davis, Lyne1e (DCPS) <lyne1e.davis@k12.dc.gov>
D a t e : Tuesday, January 18, 2022 at 5:25 PM
To: Berkowitz, MSco1 (DCPS) <MSco1.Berkowitz@k12.dc.gov>
S u b j e c t : RE: J. Bell Complaint Follow Up

Greetings Principal Berkowitz,

Thank you for your response.
The employment status of individuals interviewed for this investigation has been noted.

Can you share more about Ms. Jurkowski's involvement in the book fair by answering the following:

  1. Describe the expectations of a book fair chairperson.
  2. What duties did Ms. Jurkowski fulfill as co-chair of the book fair? If there were duties unfulfilled, was the responsibility shifted to the other chairperson?

Thank you for your cooperation.

Best,
Lynette Davis
Specialist, Labor Management and Employee Relations
Sexual Harassment, CSO, WTU


F r o m : Berkowitz, MSco1 (DCPS) <MSco1.Berkowitz@k12.dc.gov>


1 of 4


--- OCR From Images ---
 A
II Am


   Capitol Hill Cluster School

,k Where Every Child Achieves
MMM

S e n t : Wednesday, January 12, 2022 7:06 PM
To: Davis, Lyne1e (DCPS) <lyne1e.davis@k12.dc.gov>
S u b j e c t : Re: J. Bell Complaint Follow Up

Got it. I can speak to those.

   1. Ms. Bell's sugges;on was dismissed because the decision had already been made and communicated to the community about 5th grade gradua;on. That
   decision was made during a mee;ng with the custodial foreman, 5th grade team lead, 5th grade sped teacher, a 5th grade teammate closely involved,
   office staff, director of strategy and logis;cs, and AP Boisvert. Everyone in that group is a person of color except for AP Boisvert and all of us agreed on
   our decision before finalizing it and communica;ng it to all of staff and families. If I recall correctly, a mee;ng a few days later with Ms. Bell was called by
   her to confront me with her disagreement of the decision that was collec;vely made with that group. Given the end of the year calendar, we didn't have
   any wiggle room from our original plan given the weather and the unexpected Juneteenth Holiday. I wanted to honor the holiday by not expec;ng our
   staff, especially our staff or color to work on the DC Government Holiday, which resulted in moving the gradua;on. Ms. Bell thought the right thing to do
   was to hold the gradua;on on the city-wide holiday. When Ms. Bell brought it up, the holiday, observed on June 18, had already passed. I think her
   purpose of mee;ng was to share her disagreement of the team's decision.
   2. I can't recall the instance with Mr. Butler. I don't remember using sarcasm or a malfunc;oning device of his. I'm not sure why superstar was interpreted
   as sarcas;c vs complimentary. I'd be happy to talk with him and apologize.
   3. If the du;es that Ms. Jurkowski is referring to the book fair I can share more. I'm not, I'm at a loss. I'm almost certain we never took responsibility from
   her. If it is the book fair, Ms. Jurkowski and another staff member went into the book fair as co-chairs. If I recall, she decided not to fulfill those du;es
   through the dura;on of the fair. I can circle back with AP Boisvert to confirm that as he supported the book fair closely if you'd like to hear more about
   this.

None of these folks are currently serving at Watkins. Does that fact influence your inves;ga;on at all?

Best,

P0001-23456

M S c o 1 B e r ko w i t z
Principal
Pe a b o d y E l e m e nta r y S c h o o l a n d Wat k i n s E l e m e nta r y S c h o o l
Pe a b o d y : 2 0 2 - 6 9 8 - 3 2 7 7
Watkins: 202-698-3355
District of Columbia Public Schools
@ P e a b o d y Wa t k i n s o n I n s t a g r a m a n d Tw i 1 e r

F r o m : Davis, Lyne1e (DCPS) <lyne1e.davis@k12.dc.gov>
D a t e : Wednesday, January 12, 2022 at 5:34 PM
To: Berkowitz, MSco1 (DCPS) <MSco1.Berkowitz@k12.dc.gov>
S u b j e c t : RE: J. Bell Complaint Follow Up

Hello Principal Berkowitz,
Please see my feedback below in blue and provide a response by COB Friday, January 14th.

Best,
Lynette Davis
Specialist, Labor Management and Employee Relations
Sexual Harassment, CSO, WTU

F r o m : Davis, Lyne1e (DCPS)
S e n t : Wednesday, January 12, 2022 9:26 AM
To: Berkowitz, MSco1 (DCPS) <msco1.berkowitz@k12.dc.gov>
S u b j e c t : RE: J. Bell Complaint Follow Up

Greetings Principal Berkowitz,

Confirming receipt of your email.
I will follow up with feedback to the below shortly.

Best,
Lynette Davis
Specialist, Labor Management and Employee Relations
Sexual Harassment, CSO, WTU

2 of 4

--- OCR From Images ---
Z
II Capitol Hill Cluster School
AAA Where Every Child Achieves
MMM

F r o m : Berkowitz, MSco1 (DCPS) <MSco1.Berkowitz@k12.dc.gov>
S e n t : Monday, January 10, 2022 9:06 PM
To: Davis, Lyne1e (DCPS) <lyne1e.davis@k12.dc.gov>
S u b j e c t : Re: J. Bell Complaint Follow Up

Hello Ms. Davis,

Thank you for sharing these concerns. But I'm afraid I don't understand what you're asking me to respond to. If this is about 5th grade gradua;on, that took
place in June 2021. When was this compliant filed?

For each item you noted, I have these ques;ons:

    1. What was the sugges;on? Who made it? What was my response?
       a. It is alleged that when Ms. Bell suggested an alterna;ve date for the 5th grade parade the tone in which you responded was dismissive.
    2. What was the incidence of sarcasm?
       a. Mr. Duane Butler recalled an incident when his laptop was malfunc;oning. While with another Watkins staff member, it is alleged that you approached him
          saying "Hey Superstar" in a sarcas;c tone.
    3. I'm not sure what this references.
       a. Ms. Jurkowski states that job du;es have been taken away from her and re-assigned to Caucasian staff members.
    4. Was this blank on purpose?
       a. Please disregard.
You also men;on staff "members" – plural in your email. Is there more than one? You only reference Ms. Bell.

M S c o 1 B e r k o w i t z
Principal
P e a b o d y E l e m e n t a r y S c h o o l a n d W a t k i n s E l e m e n t a r y S c h o o l

P 0 0 0 1 - 2 3 4 5 6

Peabody:202-698-3277
Watkins: 202-698-3355
District of Columbia Public Schools
@PeabodyWatkinsonInstagramandTwi1er

From: Davis, Lyne1e (DCPS) <lyne1e.davis@k12.dc.gov>
Date: Monday, January 10, 2022 at 4:57 PM
To: Berkowitz, MSco1 (DCPS) <MSco1.Berkowitz@k12.dc.gov>
Subject: J. Bell Complaint Follow Up

Greetings Principal Berkowitz,

I hope this message finds you well. In reviewing the complaint filed by Jaquana Bell an
allegation of differential treatment by you towards staff members of color
and their Caucasian counterparts came to surface, and we must look into these allegations
since they were brought to our attention. Staff members of color
specifically mentioned a difference in your body language, demeanor, and a tone reflecting
disregard when communicating to them. There is also mention of
more instances of pushback when expressing themselves on various matters.
The incidents mentioned are below:

1. Dismissively responding to a suggestion regarding the 5th grade graduation.
2. Speaking sarcastically to a staff member.
3. Job duties being removed and re-assigned to Caucasian staff members.
4.

Please provide a response to the most recent allegation by COB Wednesday, January 13th.

Thank you.

Best,
Lynette Davis
Specialist, Labor Management and Employee Relations
Sexual Harassment, CSO, WTU

Office of the General Counsel
District of Columbia Public Schools
1200 First Street, NE
Washington, DC  20002
T  202.442.5373

--- OCR From Images ---
 A
II Am


   Capitol Hill Cluster School

,k A, Where Every Child Achieves
MMM


F  202.535.2817
E  lynette.davis@k12.dc.gov
W http://dcps.dc.gov/

Other tools    Pictures Software Data charts

v

⬜                                                                                    .⬤1._ L-

FADISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of the General Counsel
Labor Management & Employee Relations
Investigations Division
3535 V Street N. E. — Washington D. C. — (202) 576-6962 — Fax (202) 576-6593

Statement

| Location | Date | Time | File Number |
|---|---|---|---|
| Watkins Elementary School | December 17, 12021 | 10:30-12:30 | |
| Last Name, First, Middle Berkowitz, MScott | | Social Security Number pall four dighs only) | Date of Birth 4129/1981 |

Organization or Address

Watkins ES

STATEMENT

The following is a summary of my interviews with students in Ms. Moxley's 31d grade homeroom class.
After Ms. Moxley shared what the students reported from the class, I interviewed the following students in
the presence of Mr. Jerenzo Redmond and Ms. La-Tarsha lames.


          reported he felt butterflies in his stomach.
    - He reported that he was sad because he was Jewish and that his family was killed in the Holocaust.
    - When asked why they did the lesson, lie replied: I don't know. He said it was not connected to other
          lessons done in the library.
    - He was assigned the role of Hitler. I-Ie did not knowingly volunteer for that role. He was given it
          after he volunteered to participate in an activity before knowing what the activity would be.
    - He reported that people in the class were told to dig ditches, go in "gas showers," be soldiers shooting
          WS d fall into ditches.
                retended to commit suicide fulfilling the role of Hitler.

0001=234567890

09

- He pretended to hold a gun to make suagwther students were "digging the ditches."
- He felt uncomfortable when== and-fell into a ditch after being shot. Someone
  else pretended to shoot them.
- He reported feeling uncomfortable and being violent.
- He was told not to tell his parents about the lesson.


Felt a little bg&&W because people were shooting. "She told us to shoot the people on the train."

W-, were shooting me and my friends. He didn't want to be part of them.
  e people that had to go to the gas tanks were dead. He had to lay down.
Why were you learning this? "1 don't know."

[] - What was the scariest part? "Me dying."
- She told us not to tell our parents about this. The killing part — you don't have to tell them. That
  made me feel a little scared.
- When he didn't want to participate, he sat down on the carpet. The teacher said, "come on, get up."
- "I'm scared to go to the library. I don't want to do that again."


Feels bad for Jcwish people in history.
- His role was to build the ditches. Had fun but feel bad because they tricked and killed the Jews.
  td it feel to be a shooter? "It didn't feel good. I don't like guns."
  laims he did not hear the teacher tell the class not to tell their parents.


- He feels bad that they had to go through this.
- Says he was told that Hitler had a bad Christmas and decided to take it out on peoplc. That's how the
  class began.


- He feels butterflies. He's nervous and sad. He didn't like the class.
- They made us act to build pits, gas chambers, and shoot people.
  He says it's inappropriate to pretend to shoot people and act dead.
-       oes recall the teacher instructing the class not to tell their parents. He was scared when she
  sat that.


INITIALS OF PERSON MAKING
STATEMENT

711

STATEMENT (continued)

EXHIBIT NUMBER            INITIAL OF PERSON MAKING PAGE _OF
                         STATEMENT

                         MB

FILE #:


☐                              AFFIDAVIT

I, MScott Berkowitz HAVE FULLY READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH
BEGINS ON PAGE _1_ and end on Page _3_ 1 8tlly understand the contents of the entire
statement
made by me. The statement is true. I have initialed all corrections and have initialed the
bottom of each sheet
containing the statement. I have trade statement freely without hope or benefit or reward,
without threat of
punishment, and without coercion, unlawful influence, or unlawful inducement.


                                      (Signature or Person Making Statement)


   Mark Boisver1

                                      (Signature of Person Taking Statement)

(Witness)
INITIAL OF PERSON MAKING STATEMENT 1 Page 3 of Patties 3


P 0 0 0 1- 2 3 4 5 6 7 8 9 0



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of the General Counsel
Labor Management & Employee Relations
Investigations Division
3535 V Street N. E. – Washington D. C. – (202) 576-6962 – Fax (202) 576-6593

## Statement

| Location Watkins Elementary School | Date December 17, 2021 | Time 10:30-12:30 | File Number |
|---|---|---|---|
| Last Name, First, Middle Berkowitz, MScott | | Social Security Number (last four digits only) | Date of Birth 4/29/1981 |

Organization or Address

**Watkins ES**

STATEMENT

The following is a summary of my interviews with students in Ms. Moxley's 3rd grade homeroom class. After Ms. Moxley shared what the students reported from the class, I interviewed the following students in the presence of Mr. Jerenzo Redmond and Ms. La-Tarsha James.

- ▮▮▮ reported he felt butterflies in his stomach.
- He reported that he was sad because he was Jewish and that his family was killed in the Holocaust.
- When asked why they did the lesson, he replied: I don't know. He said it was not connected to other lessons done in the library.
- He was assigned the role of Hitler. He did not knowingly volunteer for that role. He was given it after he volunteered to participate in an activity before knowing what the activity would be.
- He reported that people in the class were told to dig ditches, go in "gas showers," be soldiers shooting Jews, and fall into ditches.
- ▮▮▮ pretended to commit suicide fulfilling the role of Hitler.

 

- ▮▮▮ felt bad, saying he was assigned to Hitler's team.
- He pretended to hold a gun to make sure the other students were "digging the ditches."
- He felt uncomfortable when ▮▮▮, ▮▮▮, and ▮▮▮ fell into a ditch after being shot. Someone else pretended to shoot them.
- He reported feeling uncomfortable and being violent.
- He was told not to tell his parents about the lesson.

 

- ▮▮▮ Felt a little bit scared because people were shooting. "She told us to shoot the people on the train."
- ▮▮▮, ▮▮▮ were shooting me and my friends. He didn't want to be part of them.
- The people that had to go to the gas tanks were dead. He had to lay down.
- Why were you learning this? "I don't know."

- What was the scariest part? "Me dying."
- She told us not to tell our parents about this. The killing part – you don't have to tell them. That made me feel a little scared.
- When he didn't want to participate, he sat down on the carpet. The teacher said, "come on, get up."
- "I'm scared to go to the library. I don't want to do that again."

▮▮▮▮▮▮

- Feels bad for Jewish people in history.
- His role was to build the ditches. Had fun but feel bad because they tricked and killed the Jews.
- How did it feel to be a shooter? "It didn't feel good. I don't like guns."
- ▮▮▮▮ claims he did not hear the teacher tell the class not to tell their parents.

▮▮▮▮▮

- He feels bad that they had to go through this.
- Says he was told that Hitler had a bad Christmas and decided to take it out on people. That's how the class began.

▮▮▮▮▮▮▮

- He feels butterflies. He's nervous and sad. He didn't like the class.
- They made us act to build pits, gas chambers, and shoot people.
  - He says it's inappropriate to pretend to shoot people and act dead.
- ▮▮▮▮ does recall the teacher instructing the class not to tell their parents. He was scared when she said that.

| EXHIBIT | INITIALS OF PERSON MAKING STATEMENT | PAGE ___ OF ___ |
|---|---|---|
| | MB | |

**STATEMENT**

STATEMENT (continued)

| EXHIBIT NUMBER | INITIAL OF PERSON MAKING STATEMENT | PAGE ___ OF ___ |
|---|---|---|
| | MB | |
| FILE #: | | |

Statement (Continued)

**AFFIDAVIT**

I, MScott Berkowitz HAVE FULLY READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE __1___ and end on Page ____3___. I fully understand the contents of the entire statement made by me. The statement is true. I have initialed all corrections and have initialed the bottom of each sheet containing the statement. I have made statement freely without hope or benefit or reward, without threat of punishment, and without coercion, unlawful influence, or unlawful inducement.

|  |  |
|---|---|
|  | (Signature of Person Making Statement) |
| *Mark Boisvert* |  |
|  | (Signature of Person Taking Statement) |
| (Witness) |  |
| INITIAL OF PERSON MAKING STATEMENT | Page __3__  of  Pages ____3___ |

"Berkowitz, MScott (DCPS)" <MScott.Berkowitz@k12.dc.gov> 12/17/2021 8:07 PM Hi Jade. i
just sent the report over. That should be in for the NOI, right?
"Fuller, Jade (DCPS)" <Jade.Fuller@k12.dc.gov> 12/17/2021 8:10 PM yep. it's being drafted
as we speak.
"Berkowitz, MScott (DCPS)" <MScott.Berkowitz@k12.dc.gov> 12/17/2021 8:20 PM thanks
"Fuller, Jade (DCPS)" <Jade.Fuller@k12.dc.gov> 12/17/2021 8:32 PM the letters were just
sent. I pinged Liz Bartolomeo
"Berkowitz, MScott (DCPS)" <MScott.Berkowitz@k12.dc.gov> 12/17/2021 8:34 PM Am I supposed
to hand deliver that?
"Fuller, Jade (DCPS)" <Jade.Fuller@k12.dc.gov> 12/17/2021 8:36 PM yes, if she is still in
the building
"Berkowitz, MScott (DCPS)" <MScott.Berkowitz@k12.dc.gov> 1/7/2022 5:04 PM Hi Jade. I got
your email. Any chance we can do an quick call to clarify things?
"Berkowitz, MScott (DCPS)" <MScott.Berkowitz@k12.dc.gov> 1/7/2022 5:05 PM Thanks for the
quick response!
"Berkowitz, MScott (DCPS)" <MScott.Berkowitz@k12.dc.gov> 1/7/2022 5:05 PM I'll reply in
email in the meantime.
"Berkowitz, MScott (DCPS)" <MScott.Berkowitz@k12.dc.gov> 1/7/2022 5:05 PM But I do have a
separate question about the library investigation if we can speak in Person

P O O O 1 - 2 3 4 5 6 7 6 9 0 3 8 7 8 9 0 3



Kimberlynn Jurkowski                Empl ID   00082524              Empl Record   0          FileNet Employee Documents

**Data Control**                                                                          🔍  I  ◄  ◄   1 of 2 ▼   ►   ►I   I  View All

Actual Effective Date   03/08/2022              Proposed Effective Date   03/09/2022

Transaction Nbr   2          Sequence   1              Not-to-Exceed Date

Action   RET      Retirement          Par Status              PRO      Processed by Human Resources

Reason Code   VRE      Voluntary Retirement

NOA Code   302      Retirement-Voluntary

Authority (1)   033          Descr (1)   DC Code 1-608.01a              Descr (1) Part 2   Educ. Service Employees

Authority (2)   033          Descr (2)   DC Code 1-608.01a              Descr (2) Part 2   Educ. Service Employees

| Print SF-52 | Print SF-50 |          PAR Remarks                              Tracking Data

D9SPPLOPT9388082

**Peabody Elementary School and Watkins Elementary School**
**Peabody: 202-698-3277**
**Watkins: 202-698-3355**
**District of Columbia Public Schools**
**@PeabodyWatkins on Instagram and Twitter**

 Capitol Hill Cluster School
*Where Every Child Achieves*

---

**From:** Carey, Stacey (DCPS) <Stacey.Carey@k12.dc.gov>
**Date:** Wednesday, December 22, 2021 at 3:25 PM
**To:** Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>
**Subject:** Improper conduct (re-enactment of the Holocaust)

Good Evening Principal Berkowitz

My name is Investigator Carey with DCPS, LMER. We have spoken in the past during a previous investigation involving Ms. Jurkowski. I am the lead Investigator of this new administrative investigation involving the Holocaust assignment with Ms. Jurkowski. I want to schedule a meeting with you via phone call tomorrow, Thursday, December 23, 2021, after 1 pm. Can I also get a roster of the students and their parents' information that was a part of the assignment?

I look forward to speaking with you on the phone tomorrow.

Thanks for your cooperation.

Stacey R Carey
Investigator, Investigation Division
Office of General Counsel (LMER)
Desk: 202-576-5024
Cell: 202-631-9297

6605D9SPPLOQ864RKDYT

Message

| From: | Berkowitz, MScott (DCPS) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8EDA85080F0E40D3A25476EF228242A4-MSCOTT BERK] |
|---|---|
| Sent: | 12/28/2021 5:50:49 PM |
| To: | Carey, Stacey (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d577b4d2d2f34e8d9a6085c26dd9c3e4-Stacey Care] |
| Subject: | Re: Improper conduct (re-enactment of the Holocaust) |

They are submitted

MScott Berkowitz
Principal
Peabody and Watkins Elementary Schools

---

**From:** Carey, Stacey (DCPS) <Stacey.Carey@k12.dc.gov>
**Sent:** Monday, December 27, 2021 9:38:21 AM
**To:** Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>
**Subject:** RE: Improper conduct (re-enactment of the Holocaust)

Good Morning Principal Berkowitz

I interviewed Ms. Moxley this morning, and she advised me that she had the students write a statement on Friday, December 27, 2021.  Can I get a copy of the statement written by the students?  Thanks for your cooperation.

Stacey R Carey
Investigator, Investigation Division
Office of General Counsel (LMER)
Desk:  202-576-5024
Cell:  202-631-9297

**From:** Carey, Stacey (DCPS)
**Sent:** Thursday, December 23, 2021 2:35 PM
**To:** Berkowitz, MScott (DCPS) <mscott.berkowitz@k12.dc.gov>
**Subject:** RE: Improper conduct (re-enactment of the Holocaust)

Thank you for your written statement.  I have spoken with Teacher Ms. Moxley, and we have a Microsoft Team interview on Monday, December 27, 2021.  I have also sent AP Boisvert a text message to check his email for a Microsoft Team date for an interview.

Thank you for your cooperation

000509SPPL00664RKDTT

Stacey R Carey
Investigator, Investigation Division
Office of General Counsel (LMER)
Desk:  202-576-5024
Cell:  202-631-9297

**From:** Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>
**Sent:** Thursday, December 23, 2021 2:24 PM

**To:** Carey, Stacey (DCPS) <Stacey.Carey@k12.dc.gov>
**Subject:** Re: Improper conduct (re-enactment of the Holocaust)

**MScott Berkowitz**
**Principal**
**Peabody Elementary School and Watkins Elementary School**
**Peabody: 202-698-3277**
**Watkins: 202-698-3355**
**District of Columbia Public Schools**
**@PeabodyWatkins on Instagram and Twitter**

 Capitol Hill Cluster School
*Where Every Child Achieves*

**From:** Carey, Stacey (DCPS) <Stacey.Carey@k12.dc.gov>
**Date:** Thursday, December 23, 2021 at 1:51 PM
**To:** Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>
**Subject:** RE: Improper conduct (re-enactment of the Holocaust)

Good Evening

Per our conversation, attached is a blank statement form.  Would you please fill out the affidavit section and sign and date the last page?

Thank you for your cooperation

Stacey R Carey
Investigator, Investigation Division
Office of General Counsel (LMER)
Desk:  202-576-5024
Cell:  202-631-9297

**From:** Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>
**Sent:** Wednesday, December 22, 2021 4:51 PM
**To:** Carey, Stacey (DCPS) <Stacey.Carey@k12.dc.gov>
**Subject:** Re: Improper conduct (re-enactment of the Holocaust)

Hi Stacey,

Glad you reached out. I can be available at 1pm.  Please let me know what information I might need to provide as I might be away from my computer.  The contact info you requested is attached.

Please call 202-264-0969. You may need to text me bc I screen everyone! 

**MScott Berkowitz**
**Principal**

Message

| | |
|---|---|
| **From:** | Berkowitz, MScott (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8eda85080f0e40d3a25476ef228242a4-MsCott Berk] |
| **Sent:** | 5/25/2021 3:19:58 PM |
| **To:** | DCPS LMER (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=cd567a2bec4c497f801a8a23c12e6c04-DCPS LMER] |
| **CC:** | Gaskins, Sharon (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ab304e2833bc4fefaa0b795fc2219147-Sharon.Gask]; Stover, Shawn (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=5170a04b846d4a93ad531583e872d03c-Shawn Stove]; Fuller, Jade (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f01ab00a69a844cca6edf2d13060679a-Jade Fuller] |
| **Subject:** | Re: Staff history concern |

Thank you for the quick work on this.

If this becomes as issue for the community (this news is travelling among our staff), do you have any advice or talking points should I need to address it?  Or is the language you have in this email sufficient?

**MScott Berkowitz**
**Principal**
**Peabody Elementary School and Watkins Elementary School**
**Peabody: 202-698-3277**
**Watkins: 202-698-3355**
**District of Columbia Public Schools**
@PeabodyWatkins **on Instagram and Twitter**



Capitol Hill Cluster School
*Where Every Child Achieves*

**From:** "DCPS LMER (DCPS)" <dcps.lmer@k12.dc.gov>
**Date:** Tuesday, May 25, 2021 at 10:39 AM
**To:** "Berkowitz, MScott (DCPS)" <MScott.Berkowitz@k12.dc.gov>
**Cc:** "Gaskins, Sharon (DCPS)" <Sharon.Gaskins@k12.dc.gov>, "Stover, Shawn (DCPS)" <shawn.stover@k12.dc.gov>, "Fuller, Jade (DCPS)" <Jade.Fuller@k12.dc.gov>
**Subject:** RE: Staff history concern

Greetings Principal Berkowski,

Following up on the below. After review of Ms. Jurkowskic's clearance, it is shown that she has completed the clearance process which took into consideration her criminal background. Upon completion of the review, Ms. Jurkowski was cleared to work for DCPS.

Feel free to reach out if we can be of further support.

Best,
LMER Team

P 0 0 0 1 - 2 3 4 5 6 7 8 9 0

**From:** DCPS LMER (DCPS)
**Sent:** Friday, May 21, 2021 12:04 PM
**To:** Berkowitz, MScott (DCPS) <mscott.berkowitz@k12.dc.gov>
**Cc:** Gaskins, Sharon (DCPS) <Sharon.Gaskins@k12.dc.gov>; Stover, Shawn (DCPS) <shawn.stover@k12.dc.gov>
**Subject:** RE: Staff history concern

Greetings Principal Berkowitz,

The below has been forwarded to LMER's management team. We will be in contact with next steps.

Best,
Lynette D.
LMER, Coordinator

**From:** Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>
**Sent:** Thursday, May 20, 2021 6:36 PM
**To:** DCPS LMER (DCPS) <dcps.lmer@k12.dc.gov>
**Cc:** Gaskins, Sharon (DCPS) <Sharon.Gaskins@k12.dc.gov>; Stover, Shawn (DCPS) <shawn.stover@k12.dc.gov>
**Subject:** Re: Staff history concern

202-264-0969 of you need it.

MScott Berkowitz
Principal
Peabody and Watkins Elementary Schools

**From:** Berkowitz, MScott (DCPS)
**Sent:** Thursday, May 20, 2021 6:33:52 PM
**To:** DCPS LMER (DCPS) <dcps.lmer@k12.dc.gov>
**Cc:** Gaskins, Sharon (DCPS) <Sharon.Gaskins@k12.dc.gov>; Stover, Shawn (DCPS) <shawn.stover@k12.dc.gov>
**Subject:** Staff history concern

Hello team,

One Watkins staff member shared this with me this afternoon and I have some concerns. The subject of both articles is also a Watkins staff member. Please let me know if there is anything I should do.

https://pressofatlanticcity.com/education/a-c-school-librarian-convicted-in-tutoring-scam-must-forfeit-job/article_f0d64184-6f76-11e5-952d-8b5S6788153c.html

https://nj1015.com/nj-woman-and-cops-left-dogs-in-freezing-cold-until-one-died/

Thank you. I am off tomorrow but will be available by phone if this is an urgent matter. AP Boisvert was sent this information first.

MScott Berkowitz
Principal
Peabody and Watkins Elementary Schools

**From:** Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>
**Date:** Friday, December 17, 2021 at 5:43 PM
**To:** Hoffman, Paige (DCPS) <Paige.Hoffman@k12.dc.gov>, Bartolomeo, Elizabeth (DCPS)
<Elizabeth.Bartolomeo@k12.dc.gov>, Harper, Robyn (DCPS) <Robyn.Harper@k12.dc.gov>, Stover, Shawn
(DCPS) <shawn.stover@k12.dc.gov>, Equity, Response (DCPS) <equityresponse@k12.dc.gov>, Equity Response
(DCPS) <Equity.response@k12.dc.gov>
**Cc:** Fuller, Jade (DCPS) <Jade.Fuller@k12.dc.gov>, Lamb, Michael (DCPS) <Michael.Lamb@k12.dc.gov>,
McClain, Justin (DCPS) <Justin.Mcclain@k12.dc.gov>, Jackson, Nigel (DCPS) <Nigel.Jackson3@k12.dc.gov>,
CARE, DCPS (DCPS) <dcps.care@k12.dc.gov>, Cole, Karen (DCPS) <Karen.Cole@k12.dc.gov>, Williams, Alison
(DCPS) <Alison.Williams@k12.dc.gov>, Bryant-Mallory, Deitra (DCPS) <deitra.bryant-mallory@k12.dc.gov>,
Jennings, Jessica (DCPS) <Jessica.Jennings@k12.dc.gov>, Heller, Alisha (DCPS) <Alisha.Heller@k12.dc.gov>,
Howard-Stroud, Adia (DCPS) <Adia.Howard-Stroud@k12.dc.gov>
**Subject:** Re: For review - Watkins hate-bias response messages

Yes.  Staff was emailed it. I tried to hand deliver but she was gone.

**MScott Berkowitz**
**Principal**
**Peabody Elementary School and Watkins Elementary School**
**Peabody: 202-698-3277**
**Watkins: 202-698-3355**
**District of Columbia Public Schools**
@PeabodyWatkins **on Instagram and Twitter**



**Capitol Hill Cluster School**
*Where Every Child Achieves*

**From:** Hoffman, Paige (DCPS) <Paige.Hoffman@k12.dc.gov>
**Date:** Friday, December 17, 2021 at 5:41 PM
**To:** Bartolomeo, Elizabeth (DCPS) <Elizabeth.Bartolomeo@k12.dc.gov>, Harper, Robyn (DCPS)
<Robyn.Harper@k12.dc.gov>, Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>, Stover, Shawn
(DCPS) <shawn.stover@k12.dc.gov>, Equity, Response (DCPS) <equityresponse@k12.dc.gov>, Equity Response
(DCPS) <Equity.response@k12.dc.gov>
**Cc:** Fuller, Jade (DCPS) <Jade.Fuller@k12.dc.gov>, Lamb, Michael (DCPS) <Michael.Lamb@k12.dc.gov>,
McClain, Justin (DCPS) <Justin.Mcclain@k12.dc.gov>, Jackson, Nigel (DCPS) <Nigel.Jackson3@k12.dc.gov>,
CARE, DCPS (DCPS) <dcps.care@k12.dc.gov>, Cole, Karen (DCPS) <Karen.Cole@k12.dc.gov>, Williams, Alison
(DCPS) <Alison.Williams@k12.dc.gov>, Bryant-Mallory, Deitra (DCPS) <deitra.bryant-mallory@k12.dc.gov>,
Jennings, Jessica (DCPS) <Jessica.Jennings@k12.dc.gov>, Heller, Alisha (DCPS) <Alisha.Heller@k12.dc.gov>,
Howard-Stroud, Adia (DCPS) <Adia.Howard-Stroud@k12.dc.gov>
**Subject:** Re: For review - Watkins hate-bias response messages

Just to confirm, Mscott has received notice that the NOI has been issued?

**From:** Bartolomeo, Elizabeth (DCPS) <Elizabeth.Bartolomeo@k12.dc.gov>
**Sent:** Friday, December 17, 2021 5:39 PM
**To:** Harper, Robyn (DCPS) <Robyn.Harper@k12.dc.gov>; Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>;

Stover, Shawn (DCPS) <shawn.stover@k12.dc.gov>; Equity, Response (DCPS) <equityresponse@k12.dc.gov>; Equity
Response (DCPS) <Equity.response@k12.dc.gov>
**Cc:** Hoffman, Paige (DCPS) <Paige.Hoffman@k12.dc.gov>; Fuller, Jade (DCPS) <Jade.Fuller@k12.dc.gov>; Lamb, Michael
(DCPS) <Michael.Lamb@k12.dc.gov>; McClain, Justin (DCPS) <Justin.Mcclain@k12.dc.gov>; Jackson, Nigel (DCPS)
<Nigel.Jackson3@k12.dc.gov>; CARE, DCPS (DCPS) <dcps.care@k12.dc.gov>; Cole, Karen (DCPS)
<Karen.Cole@k12.dc.gov>; Williams, Alison (DCPS) <Alison.Williams@k12.dc.gov>; Bryant-Mallory, Deitra (DCPS)
<deitra.bryant-mallory@k12.dc.gov>; Jennings, Jessica (DCPS) <Jessica.Jennings@k12.dc.gov>; Heller, Alisha (DCPS)
<Alisha.Heller@k12.dc.gov>; Howard-Stroud, Adia (DCPS) <Adia.Howard-Stroud@k12.dc.gov>
**Subject:** Re: For review - Watkins hate-bias response messages

Mscott – thanks for connecting by phone and to all for reviewing.

Please see attached the final communications to use.

You will send the classroom and staff notices ASAP and comms will send the community notice at 6 pm.

Thanks,
Liz

**From:** Bartolomeo, Elizabeth (DCPS) <Elizabeth.Bartolomeo@k12.dc.gov>
**Date:** Friday, December 17, 2021 at 4:35 PM
**To:** Harper, Robyn (DCPS) <Robyn.Harper@k12.dc.gov>, Berkowitz, MScott (DCPS)
<MScott.Berkowitz@k12.dc.gov>, Stover, Shawn (DCPS) <shawn.stover@k12.dc.gov>, Equity, Response
(DCPS) <equityresponse@k12.dc.gov>, Equity Response (DCPS) <Equity.response@k12.dc.gov>
**Cc:** Hoffman, Paige (DCPS) <Paige.Hoffman@k12.dc.gov>, Fuller, Jade (DCPS) <Jade.Fuller@k12.dc.gov>, Lamb,
Michael (DCPS) <Michael.Lamb@k12.dc.gov>, McClain, Justin (DCPS) <Justin.Mcclain@k12.dc.gov>, Jackson,
Nigel (DCPS) <Nigel.Jackson3@k12.dc.gov>, CARE, DCPS (DCPS) <dcps.care@k12.dc.gov>, Cole, Karen (DCPS)
<Karen.Cole@k12.dc.gov>, Williams, Alison (DCPS) <Alison.Williams@k12.dc.gov>, Bryant-Mallory, Deitra
(DCPS) <deitra.bryant-mallory@k12.dc.gov>, Jennings, Jessica (DCPS) <Jessica.Jennings@k12.dc.gov>, Heller,
Alisha (DCPS) <Alisha.Heller@k12.dc.gov>, Howard-Stroud, Adia (DCPS) <Adia.Howard-Stroud@k12.dc.gov>
**Subject:** For review - Watkins hate-bias response messages

Good afternoon. Please find attached a draft of communications in response to this incident.

FOR REVIEW -- https://dck12-
my.sharepoint.com/:w:/g/personal/elizabeth_bartolomeo_k12_dc_gov/EUIl270iH7lAtPiu60et0IYBmqVk8R7aiK-
A7qud2D2-kg?e=8kvgDr

Page 1 = classroom note
Page 2 = school community message
Page 3 = staff note (thanks Shawn and Mscott and Robyn!)

Thanks,
Liz

**From:** Robyn.Harper@k12.dc.gov
**When:** 2:15 PM - 2:45 PM December 17, 2021
**Subject:** Central Equity Response Meeting (Watkins ES)
**Location:** Microsoft Teams Meeting

-----Original Appointment-----
**From:** Harper, Robyn (DCPS) <Robyn.Harper@k12.dc.gov>
**Sent:** Friday, December 17, 2021 1:45 PM
**To:** Harper, Robyn (DCPS); Equity Response (DCPS); Berkowitz, MScott (DCPS); Stover, Shawn (DCPS); Equity, Response (DCPS)
**Subject:** Central Equity Response Meeting (Watkins ES)
**When:** Friday, December 17, 2021 2:15 PM-2:45 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Microsoft Teams Meeting

Thank you for submitting the IRT for the alleged incident of hate/bias below. As you know, by doing so, you have officially completed the first step in our District protocol for responding to incidents of hate and bias.

-- [DEC-17-21 12:54 PM Mscott (DCPS) Berkowitz] ------------
Ms. Moxley's HR class attended their regular library class today. The lesson was for students to act out the atrocities of the Holocaust. One student was given the role of Hitler. Others were told to be people that shot Jews. Some students were given roles to dig ditches. Other jobs were to put classmates in gas chambers. Many students were directed to pretend to die. At the end of the lesson, the student playing Hitler was told to act out his suicide. Before the class ended the librarian told students not to tell their parents.

The librarian's name is Kimberlynn Jurkowski. All students in the homeroom were involved.

As a next step, we would like meet and identify specific support/next steps from members of our Central Equity Response Team (outlined in Phase 3 of the protocol). **Please reply to this email with your availability to have a 30 minute meeting today or early next week to determine short-term and long-term supports for impacted parties.** The primary purpose of this meeting is identifying immediate and long-term strategies to restore community and repair harm.

**Central Equity Response Team, please note that due to the nature of this incident we are aiming to schedule this response meeting as soon as possible. We prioritize the school leaders availability and hope that it will be possible for you to have a representative from your team join the meeting. Please let me know if this will not be possible and we will determine how to ensure your team is kept informed on the situation and required next steps.**

# Microsoft Teams meeting

**Join on your computer or mobile app**
Click here to join the meeting

**Or call in (audio only)**
+1 202-539-1291,,949108608#   United States, Washington DC

Phone Conference ID: 949 108 608#
Find a local number | Reset PIN

Learn More | Meeting options

| Message |
| --- |

**From:** Bill Serra [info@caps1971.com]
**Sent:** 12/22/2021 5:02:21 PM
**To:** Berkowitz, MScott (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8eda85080f0e40d3a25476ef228242a4- MsCott Berk]
**Subject:** Kimberlynn Jurkowski

You don't often get email from info@caps1971.com. Learn why this is important

CAUTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

Mr. Berkowitz,

How does a person like this with her "record" (re: committing fraud) manage to attain a job anywhere in public education?

This is the kind of nonsense that makes parents far more likely to home school their kids.

Who hires these people?

Have you seen the documentary film "Waiting for Superman"?

Another nail in the coffin of public education—which has been exposed during the pandemic as another corrupt institution.

Systemic Racism is the least of your problems,

Bill Serra
Ramona, CA

0 D 0 5 0 9 S P P L 0 0 6 6 4 R K D T T S T

"Cole, Karen (DCPS)" <Karen.Cole@k12.dc.gov> 12/17/2021 7:29 PM Kevin Washburn and I are happy to support with information about the library program and district resources
"McClain, Justin (DCPS)" <Justin.Mcclain@k12.dc.gov> 12/17/2021 7:30 PM School Culture can support with healing circles for both staff and student
"Anokye, Ahsaki (DCPS)" <ahsaki.anokye@k12.dc.gov> 12/17/2021 7:34 PM I have to drop off. Chelsea Meheux from CARE will remain on the call. Thanks for your collaboration!
"Stover, Shawn (DCPS)" <shawn.stover@k12.dc.gov> 12/17/2021 7:36 PM Thank you team for your great support. I appreciate the speed we got everyone together. The CS team has really helped us out.
"Cole, Karen (DCPS)" <Karen.Cole@k12.dc.gov> 12/17/2021 7:36 PM Berkowitz, MScott (DCPS)That makes it feel even more urgent to support
"Cole, Karen (DCPS)" <Karen.Cole@k12.dc.gov> 12/17/2021 7:37 PM I appreciate you making the bigger point
"Bryant-Mallory, Deitra (DCPS)" <deitra.bryant-mallory@k12.dc.gov> 12/17/2021 7:38 PM Who would coordinate the virtual experience with the students? Berkowitz, MScott (DCPS) do they have laptops? We would need set up calendar invites for a few people to support today.
"McClain, Justin (DCPS)" <Justin.Mcclain@k12.dc.gov> 12/17/2021 7:40 PM Bryant-Mallory, Deitra (DCPS) He stated his AP will handle that
"Bryant-Mallory, Deitra (DCPS)" <deitra.bryant-mallory@k12.dc.gov> 12/17/2021 7:40 PM Great. Name please? Thanks!
"Berkowitz, MScott (DCPS)" <MScott.Berkowitz@k12.dc.gov> 12/17/2021 7:41 PM Mark Boisvert
"Berkowitz, MScott (DCPS)" <MScott.Berkowitz@k12.dc.gov> 12/17/2021 7:41 PM can we ahve your number?
"Hoffman, Paige (DCPS)" <Paige.Hoffman@k12.dc.gov> 12/17/2021 7:41 PM Bryant-Mallory, Deitra (DCPS)Principal B is wondering if there is a number he can send his AP to call?
"Bryant-Mallory, Deitra (DCPS)" <deitra.bryant-mallory@k12.dc.gov> 12/17/2021 7:41 PM Hoffman, Paige (DCPS) Nigel and I will call him on Teams. That's the best vehicle at present.
"Hoffman, Paige (DCPS)" <Paige.Hoffman@k12.dc.gov> 12/17/2021 7:42 PM Sounds good - Mark is awaiting the call
"Stover, Shawn (DCPS)" <shawn.stover@k12.dc.gov> 12/17/2021 7:43 PM Having to hop off. I will liaison with Principal Berkowitz later
"Cole, Karen (DCPS)" <Karen.Cole@k12.dc.gov> 12/17/2021 7:43 PM I have to as well - let me know if OTL can support in any way
"McClain, Justin (DCPS)" <Justin.Mcclain@k12.dc.gov> 12/17/2021 7:45 PM Shadow sounds like a great idea!
"McClain, Justin (DCPS)" <Justin.Mcclain@k12.dc.gov> 12/17/2021 7:46 PM With that being said, We can lean into student support and staff. Should Family Engagement support the families?
"Fields, Arthur (DCPS)" <arthur.fields@k12.dc.gov> 12/17/2021 7:46 PM Yes
"Bartolomeo, Elizabeth (DCPS)" <Elizabeth.Bartolomeo@k12.dc.gov> 12/17/2021 7:47 PM that is correct for comms!
"Berkowitz, MScott (DCPS)" <MScott.Berkowitz@k12.dc.gov> 12/17/2021 7:49 PM Michele.buchanan-tyler
"Bartolomeo, Elizabeth (DCPS)" <Elizabeth.Bartolomeo@k12.dc.gov> 12/17/2021 9:36 PM <!--
[if lte mso 15 || CheckWebRef]-->
2021.12.17_WatkinsES_Hate_Bias_notice.docx
<!--[endif]-->
just sent around comms for review - https://dck12-
my.sharepoint.com/:w:/g/personal/elizabeth_bartolomeo_k12_dc_gov/EUI1270iH7lAtPiu60et0IYBm
qVk8R7aiK-A7qud2D2-kg?e=8kvgDr
Attachment: 2021.12.17_WatkinsES_Hate_Bias_notice.docx
https://dck12-
my.sharepoint.com/personal/elizabeth_bartolomeo_k12_dc_gov/Documents/2021.12.17_WatkinsES_
Hate_Bias_notice.docx

PDOOP123456789033453

Jennifer Parker 12/21/2021 11:02 PM quick question - is this a good meeting for kiddos or just caregivers?

Jennifer Parker 12/21/2021 11:02 PM (I have a very interested kiddo)

Message edited: "McClain, Justin (DCPS)" <Justin.Mcclain@k12.dc.gov> 12/21/2021 11:04 PM Nealin Parker preferably to keep it caregivers, as we cannot be held accountable for what others might say or voice during this conversation. Its your best judgement.

Jennifer Parker 12/21/2021 11:06 PM Thank you, Justin. Amelia is going to stay for Principal Berkowitz's talk and then head out

Interpreter-Allyson (she/her) 12/21/2021 11:17 PM Can someone promote both the interpreters to presenters so they can be viewed

Josie Miller 12/21/2021 11:18 PM How long do we expect the investigation to take?

Norah Seidler 12/21/2021 11:18 PM An announcement to all students was mentioned in an email yesterday. Could you give us an idea of what's been shared with other (particularly younger) students?

Alex Bloom (Guest) 12/21/2021 11:18 PM what day did the incident occur ? how long did it take to report it?

Jackson Cranor 12/21/2021 11:20 PM Background checks aside - what does DCPS do when it learns about criminal issues between background checks?

Eva Petrillo-Groh 12/21/2021 11:20 PM Can you describe the investigation process and the timeline?

"Odom, Patricia (DCPS)" <patricia.odom@k12.dc.gov> 12/21/2021 11:20 PM How are teachers being impacted by the staff member absence? (i.e, are the homeroom teachers responsible for coverage?)

Edwin Smith 12/21/2021 11:20 PM To build on that, what additional screening does Watkins undertake, understanding the DCPS handles the background check processes

Jackson Crowell 12/21/2021 11:21 PM Unknown User
what day did the incident occur ? how long did it take to report it?
I believe the incident occurred Friday and was reported Friday.

20038608@students.k12.dc.us <20038608atstudents.k12.dc.us@teams.microsoft.com> 12/21/2021 11:21 PM Something clearly went awry with the supposed background check process. This process must be re-examined, DCPS. You can do better. A basic google search would have disqualified her from ever entering a school in a professional capacity, given the nature of her crimes.

Hannah Mareino 12/21/2021 11:21 PM anyone who requires ASL can right-click and use the "pin" function to keep Faith pinned

Edwin Smith 12/21/2021 11:22 PM And social media

Interpreter-Allyson (she/her) 12/21/2021 11:22 PM ASL Interpreters will switch every 15 minutes so make sure to pin both Allyson and Faith

"Berkowitz, MScott (DCPS)" <MScott.Berkowitz@k12.dc.gov> 12/21/2021 11:23 PM Odom, Patricia (DCPS) we will either find coverage, a sub, or pay teachers admin premium for missed planning

Jhoi Wright 12/21/2021 11:23 PM Do you employee the staff member while the background check is being conducted?

Hannah Mareino 12/21/2021 11:23 PM If Watkins uses a google search, why didn't DCPS Central Office do something based on the information about her background earlier?

Edwin Smith 12/21/2021 11:24 PM But again, to another parent's point, a google search likely would've uncovered some of this, no

Peter Metz 12/21/2021 11:24 PM Many of us don't know what happened still other than the first email.  Can you elaborate on what occurred so we have context?

James Pregmon 12/21/2021 11:25 PM What's the best route for parents to advocate for DCPS to change its stance on background checks and what DCPS considers disqualifying? We understand that other neighboring counties (PG County, Loudoun County, Montgomery County) have a more stringent policy that would have disqualified someone with a criminal record, convicted of crimes against vulnerable populations.

McNoel Zigah (Guest) 12/21/2021 11:26 PM for some of us to be in the loop can someone give a little background about what is this investigation about?

Jhoi Wright 12/21/2021 11:26 PM Why doesn't this egregious mishap, trigger a re-examination of all current employees
Santana Jones 12/21/2021 11:26 PM I used Google and saw the other cases on the staff member well before the news picked up the story.
Jackson Cranor 12/21/2021 11:27 PM Jackson Cranor
Background checks aside - what does DCPS do when it learns about criminal issues between background checks?
The response to this is unacceptable. DCPS KNEW about the animal cruelty charges against her during the last school year and sent her, a convicted liar, back into our building. That is the issue I think DCPS needs to be addressing with us as parents.
Eva Petrillo-Groh 12/21/2021 11:27 PM Principal Berkowitz, you mentioned investigating a program geared toward teaching the kids to speak out to report an incident- even when the trusted adult tells them not to. This is valuable. When will this be available to students and will it be taught to the Peabody students as well?
Karen Pence 12/21/2021 11:30 PM First, thanks to all of you — I know this is a wretched and difficult situation and I appreciate the transparency and professionalism.  I guess my question is existential and unanswerable — how could something this awful happen in our loving community?
"Berkowitz, MScott (DCPS)" <MScott.Berkowitz@k12.dc.gov> 12/21/2021 11:31 PM Eva Petrillo-Groh we can certainly check if it's ece appropriate. I learned about it today!
Elliot Wayne 12/21/2021 11:31 PM Question: one of the violations here is that she allegedly asked the kids to keep the "lesson" a secret. We of course teach our kids that no grown-up should ever ask them to keep a secret. I'd like assurances that is also an element of the DCPS investigation. \ Alex Wayne
"McClain, Justin (DCPS)" <Justin.Mcclain@k12.dc.gov> 12/21/2021 11:32 PM Comprehensive Alternative Resolutions of Equity (CARE) care.dcps@k12.dc.gov
Eva Petrillo-Groh 12/21/2021 11:32 PM Berkowitz, MScott (DCPS)
Eva Petrillo-Groh we can certainly check if it's ece appropriate. I learned about it today!
Thank you. This could help save lives.
James Pregmon 12/21/2021 11:32 PM Reposting: What's the best route for parents to advocate for DCPS to change its stance on background checks and what DCPS considers disqualifying? We understand that other neighboring counties (PG County, Loudoun County, Montgomery County) have a more stringent policy that would have disqualified someone with a criminal record, convicted of crimes against vulnerable populations.
"Berkowitz, MScott (DCPS)" <MScott.Berkowitz@k12.dc.gov> 12/21/2021 11:32 PM Elliot Wayne we are aware and have included it in the report
Karen Pence 12/21/2021 11:33 PM Thank you!
Hannah Mareino 12/21/2021 11:34 PM We need to talk more about the failed background check process. We are worried for other children in other DCPS schools that may have dangerous staff members!
McNoel Zigah (Guest) 12/21/2021 11:35 PM what is the investigation about, please some of us aren't in the loop
James Pregmon 12/21/2021 11:35 PM Thank you. Our school is now an international news story. It would be great if good change could come from this incident (Arielle, Mom to James)
Julia Speed 12/21/2021 11:35 PM The Cluster PTA is prepared to advocate for transparency and changes to background checks moving forward.
Olivia Halleck 12/21/2021 11:36 PM Assuming the fraud issue from NJ even appeared on a background check (which it very well may not due to the fact that the case went to diversion) would that be a matter that would prevent hiring?
Edwin Smith 12/21/2021 11:36 PM While we wait for bureaucratic change, can we ask that Watkins and Peabody commit to more proactive and comprehensive screenings
20038608@students.k12.dc.us <20038608atstudents.k12.dc.us@teams.microsoft.com> 12/21/2021 11:37 PM This individual had a disturbing criminal background. What went wrong with her particular background check? How did her significant and disturbing criminal record slip through the cracks? Not a single red flag appears to have been raised.

We need answers. Again, DCPS, we need to do better by our kids.
Sharmeela Jefferson 12/21/2021 11:37 PM Yes I agree with Peter
Josephine Stivers 12/21/2021 11:38 PM Is there anything in the press that you have seen that you know is NOT accurate or that you have no evidence for?
Jennifer Parker 12/21/2021 11:38 PM I agree with Peter as well
Elinor Cissna 12/21/2021 11:38 PM It's 100% a topic of conversation on the Watkins playground as well as S-H.
Riah- Zsa Cherie's Mom 12/21/2021 11:38 PM Totally agreed with the last question
Delilah Roseboro 12/21/2021 11:39 PM Are the students been included in the investigation?
McNoel Zigah (Guest) 12/21/2021 11:39 PM what class was it please?
"Friedman, Sara (DCPS)" <Sara.Friedman@k12.dc.gov> 12/21/2021 11:39 PM Are we able to confirm that this individual completed a panel interview with Watkins administrators and the elected members of Peabody/Watkins personnel committee? If so do we know the recommendation made by the committee? What happens when a committee recommends against hiring but an administrator hires anyway? Is there any additional process or it's just principal discretion?
Micah Palmer 12/21/2021 11:40 PM Sorry my wifi is going in and out but was language used or were they forced to reenact as I've seen in some reports?
Chris Blanchard CRS (Guest) 12/21/2021 11:40 PM the friday message went to Blackboard, which notoriously does not reach all families
Abraham Gibbons 12/21/2021 11:41 PM I would like to echo Kathy's point that it will be important to address the antisemitic comments about "ruining Christmas". In addition to the inappropriateness of how the Holocaust was introduced, there were so many things that were inappropriate and wrong about this incident - including introducing/portraying suicide and gun violence. I hope that all of this will be addressed.
- Holly (mom to Abraham, grade 3, Mr. O'Neil's class)
Jhoi Wright 12/21/2021 11:41 PM The conversation on the playground is that the teacher is a criminal.
Jessica Salzman 12/21/2021 11:42 PM I have had parents reach out to me for resources on the Holocaust--if there is anything that can be provided in the short term, I think that would be helpful--people need things now. I know that's a big ask.
Jessica Salzman 12/21/2021 11:43 PM Thanks Robyn, this sounds good and hopefully it will be helpful.
Edwin Smith 12/21/2021 11:43 PM Reposting: While we wait for bureaucratic change, can we ask that Watkins and Peabody commit to more proactive and comprehensive screenings
Chris Blanchard CRS (Guest) 12/21/2021 11:45 PM the Holocaust Museum is an important local resource on the issue of pedagogy and age appropriateness
Lisa McCabe (Guest) 12/21/2021 11:46 PM I do hope included in the investigation is why the individual deviated from the approved lesson plan, which was a research project, except for this one third grade classes.
Santana Jones 12/21/2021 11:47 PM agreed!
Shane Sokolov 12/21/2021 11:47 PM 100%
James Pregmon 12/21/2021 11:47 PM Agree 100 percent! If the Administration's hands are tied, if they are aware of things like this in their community but unable to make a personnel change---can they work to ensure an aide or someone else is with the staff member when there are children there?
Caleb Lee 12/21/2021 11:48 PM This looks like a case of Negligent Hiring. Employers must use care in selecting and retaining employees, and can face civil liabilities if the lack of such care causes injury to a third party (i.e. our students and community).
Shane Sokolov 12/21/2021 11:48 PM Will DCPS pursue hate crime charges?
Micah Palmer 12/21/2021 11:50 PM Yes Nealin, that's my question.
"Friedman, Sara (DCPS)" <Sara.Friedman@k12.dc.gov> 12/21/2021 11:51 PM I think that by the comment "the Jews ruined Christmas" would suggest the latter
Jessica Salzman 12/21/2021 11:51 PM I really do not think this was a lesson for educational purposes. It really feels intentional when she asked them not to tell adults about it. I don't think we will ever know why, but I do not think we should frame as it as education gone awry. This seems like it was hate speech from the beginning.

Shane Sokolov 12/21/2021 11:51 PM moreover, the Holocaust is not an appropriate topic for 9 year olds regardless.

Dr. Ramona Burton (Guest) 12/21/2021 11:52 PM Background checks for employees are done by HR, not a Principal. So the issue is what criminal offenses would preclude employment. And the animal cruelty charge (seen via Google) was in 2019 while she was employed at Watkins ES. IS Stover said that employees are required to inform their supervisor when they are arrested. If the investigation reveals that she did inform her supervisor and she was not fired as a result of it, then would that mean that Animal Cruelty is not on the list of offenses that preclude employment in DCPS?

James Pregmon 12/21/2021 11:53 PM Reposting: I presume that a Principal's hands are tied, if you discover something on Google (Please correct if I am wrong). If the Administration's hands are tied, but they become aware of things like this in their community but unable to make a personnel change---can they work to ensure an aide or someone else is with the staff member when there are children there? Are there other options?

Julia Speed 12/21/2021 11:54 PM Montgomery and Prince George's Counties include a clause regarding charges/crimes against "vulnerable populations". That -- in theory -- would have caught the animal cruelty charges from 2019.

Jessica Salzman 12/21/2021 11:55 PM Ramona, it is not on the list. It would have been discretionary. Depending on if the fraud resulted in losing her license or just her job, it may or may not have been discretionary based on DC Law.

Shane Sokolov 12/21/2021 11:55 PM then the process is broken. I take no comfort in the fact that she passed the DCPS background check

Hannah Mareino 12/21/2021 11:56 PM I would like to think that the Washington Teachers Union has no interest in protecting people convicted of defrauding schools, or of graphically documented animal abuse.

Dr. Ramona Burton (Guest) 12/21/2021 11:56 PM @ Lona - It's not just Prince George's & Montgomery Counties, its the law in the state of Maryland. She would be ineligible for employment in ANY Maryland school district.

Chris Blanchard CRS (Guest) 12/21/2021 11:56 PM can we have your commitment to provide a clear LMER explanation on these issues? what would be flagged, what is deiscretionary, etc?

Olivia Halleck 12/21/2021 11:58 PM The real question is, do these reported past misdeed indicate future behavior such as what happened Friday.  It's highly unlikely.

James Pregmon 12/21/2021 11:59 PM Thanks. I appreciate the answer but you are right, that's not comforting--and makes me fear we will be back here again. And that we are powerless to stop it.

children to their highest potential?
"Cartagena, Gabriel (DCPS)" <gabriel.cartagena@k12.dc.gov> 7/28/2021
7:36 PM "Your school is already the prison it is not a pipeline"

Dr. Love
"McCall, Porshia (DCPS)" <Porshia.McCall@k12.dc.gov> 7/28/2021 7:36 PM
*enters Dr. Bennita Love's entire keynote*
"Thomas, Adair (DCPS)" <Adair.Thomas@k12.dc.gov> 7/28/2021 7:36 PM
Trust is EARNED
"Elliott, Brenda (DCPS)" <brenda.elliott@k12.dc.gov> 7/28/2021 7:36 PM
"I am the most invested in NOT seeing my own collusion."
"Grady, Carla" <carla.grady@k12.dc.gov> 7/28/2021 7:36 PM "Reach
further than you think you can reach"- Abby Phillip
"Goedeke, Janice (DCPS)" <Janice.Goedeke@k12.dc.gov> 7/28/2021 7:36 PM
Be a co-conspirator. Leverage your power.
"Smith, Dyana (DCPS)" <dyana.smith@k12.dc.gov> 7/28/2021 7:36 PM Black
people's role in this work is to be well  and take care of ourselves -
Dr.Love
"Martin, Kimberly (DCPS)" <kimberly.martin@k12.dc.gov> 7/28/2021 7:36
PM "No nation can enslave a race for hundreds of years, set them free
debraggled and penniless, pit them without assistance in a hostile
environment against privileged victimizes, and then reasonably expect
the gap between the heirs of the two groups to narrow."
"Golden, Malaika (DCPS)" <malaika.golden@k12.dc.gov> 7/28/2021 7:36 PM
"Racism - Anti-Blackness - Spirit Murderer" Dr. Love
"Thompson, Jamila A. (DCPS)" <jamila.thompson@k12.dc.gov> 7/28/2021
7:36 PM "Be steadfast in knowing that there is power in telling the
truth." -Abby Phillips
"Brown, Natalie (DCPS)" <Natalie.Brown@k12.dc.gov> 7/28/2021 7:36 PM
"Racism is a system, not an event."
"Wright, ShaVon (DCPS)" <shavon.wright@k12.dc.gov> 7/28/2021 7:37 PM A
take and a spin off of the words of Abby Phillips: We know so much,
but know nothing at the same time. It is the time taken to learn
additional context to address the problem (any problem) appropriately
and succinctly.
Message edited: "Jacobs, Suzanne (DCPS)" <Suzanne.Jacobs@k12.dc.gov>
7/28/2021 7:37 PM trust is earned
"Hunt, Amelia (DCPS)" <Amelia.Hunt@k12.dc.gov> 7/28/2021 7:37 PM
(Paraphrasing) I had the benefit of working with people who allowed me
to be vulnerable and ask questions about what I didn't know.
"Lee, Antwan (DCPS)" <Antwan.Lee@k12.dc.gov> 7/28/2021 7:37 PM "Trust
has to be earned not expected or demanded" R. DiAngelo
"Shands, Samantha (DCPS)" <Samantha.Shands@k12.dc.gov> 7/28/2021 7:37
PM Dr. Love....."we don't want to be saved....just remove the
barriers!"
"Miles, Morrell (DCPS)" <Morrell.Miles@k12.dc.gov> 7/28/2021 7:37 PM
"Every inch of Black progress has been met with White rage."
-R.DiAngelo
"Dabney, Doris T. (DCPS)" <doris.dabney@k12.dc.gov> 7/28/2021 7:37 PM
Notice the student like Abby who are sitting back to make them great!

"Sawyer, Moniqua R. (DCPS)" <moniqua.sawyer@k12.dc.gov> 7/28/2021 7:37 PM It's not if we are racists but how we are racists

"Hunter, Angel (DCPS)" <angel.hunter@k12.dc.gov> 7/28/2021 7:37 PM Black children are not permitted to display a range of emotions— Dr. Love

"BATIE, MELANIE (DCPS)" <MELANIE.BATIE@k12.dc.gov> 7/28/2021 7:37 PM Dr. DiAngelo's reflections.

"Boyd, Lakia (DCPS)" <Lakia.Boyd@k12.dc.gov> 7/28/2021 7:37 PM We need to fix systems, not students

"Tukeva, Maria (DCPS)" <maria.tukeva@k12.dc.gov> 7/28/2021 7:37 PM Everything Dr. Clint Smith said

"Chang, Sunny (DCPS)" <sunny.chang@k12.dc.gov> 7/28/2021 7:37 PM Racism and the system of white supremacy exist. Racist ideology is circulating at all times. No one is exempt from these social and institutional forces. ....Racism must be continually identified, analyzed and challenged. No one is ever done

"Green, Andrew R. (DCPS)" <Andrew.Green@k12.dc.gov> 7/28/2021 7:38 PM Does XYZ lead to more inclusiveness or more suppression?

"Ferguson, Rhonda (DCPS)" <rhonda.ferguson@k12.dc.gov> 7/28/2021 7:38 PM The emotions/feelings of black families are rationale.

"Lee, Antwan (DCPS)" <Antwan.Lee@k12.dc.gov> 7/28/2021 7:38 PM Assume that it is you!

"Broom, Lisa (DCPS)" <Lisa.Broom@k12.dc.gov> 7/28/2021 7:38 PM Thinking about "gaps" as debts owed

"Hankton, Khadijah (DCPS)" <Khadijah.Hankton@k12.dc.gov> 7/28/2021 7:38 PM "Student deficits are debts that we own them."

"Miles, Morrell (DCPS)" <Morrell.Miles@k12.dc.gov> 7/28/2021 7:38 PM "Racism is a system not an event." R. DiAngelo

"Broquard, Carrie (DCPS)" <carrie.broquard@k12.dc.gov> 7/28/2021 7:38 PM Assume it's you.

"Martinez, Veronica (DCPS)" <veronica.martinez@k12.dc.gov> 7/28/2021 7:38 PM "Classroom community should replace classroom managemnt"—Dr. Love

"Stephens, Gina (DCPS)" <Gina.Stephens@k12.dc.gov> 7/28/2021 7:38 PM Respecting and leaning into Dr. DiAngelo...

"McDonough, Jacqueline (DCPS)" <Jacqueline.McDonough@k12.dc.gov> 7/28/2021 7:39 PM "no one is ever done"

"Cole, Marcia (DCPS)" <Marcia.Cole@k12.dc.gov> 7/28/2021 7:39 PM 'Intentions are irrelevant— to the impact." R. DiAngelo

"Thompson, Jamila A. (DCPS)" <jamila.thompson@k12.dc.gov> 7/28/2021 7:39 PM "What have we lost when we don't educate black and brown students to their fullest potential?" Dr. Love

"Geremia, Robert (DCPS)" <robert.geremia@k12.dc.gov> 7/28/2021 7:39 PM "Niceness is not antiracism."

"Morino, Fabiola (DCPS)" <fabiola.morino@k12.dc.gov> 7/28/2021 7:39 PM "No nation can enslave a race of people for hundreds of years, set them free bedraggled and penniless, put them without assistance in a hostile environment against privileged victimizers and then reasonably expect the gap between the heirs of the two group to narrow."

"Snell, Tacora (DCPS)" <Tacora.Snell@k12.dc.gov> 7/28/2021 7:40 PM

Violence is children going to school for 12 years and receiving 6 years worth of education!

"Ferguson, Rhonda (DCPS)" <rhonda.ferguson@k12.dc.gov> 7/28/2021 7:40 PM Ruby Bridges is only in her 60s ....so this work is still very very new. It has not been that long ago.

"Lewis-Samuels, Janice (DCPS)" <janice.lewis-samuels@k12.dc.gov> 7/28/2021 7:40 PM Black Joy!

"Berry-Young, Zara (DCPS)" <Zara.Berry-Young@k12.dc.gov> 7/28/2021 7:40 PM Racism is a system, not an event. J. Kehaulani Kauanui

"Sykes, Angelique (DCPS)" <angelique.sykes@k12.dc.gov> 7/28/2021 7:40 PM Dr Love - Work on healthy racial identity...

"Morino, Fabiola (DCPS)" <fabiola.morino@k12.dc.gov> 7/28/2021 7:41 PM Niceness is not antiracism.

"Otoole, Molly (DCPS)" <Molly.Otoole@k12.dc.gov> 7/28/2021 7:41 PM "Black parents mistrust of white educators and administrators is reasonable" -R. DiAngelo

"Smith, Lakira (DCPS)" <Lakira.Smith@k12.dc.gov> 7/28/2021 7:41 PM "The opposite of racist isnt 'not racist.' It is antiracist"

"Samball, Elizabeth (DCPS)" <elizabeth.samball@k12.dc.gov> 7/28/2021 7:42 PM "Respect is not given. It's earned."

"Morrison, Brian (DCPS)" <Brian.Morrison@k12.dc.gov> 7/28/2021 7:44 PM Community stakeholders too

"Hoffman, Paige (DCPS)" <Paige.Hoffman@k12.dc.gov> 7/28/2021 7:45 PM Agreed Morrison, Brian (DCPS) ! But there were only so many spidermen in the meme LOL

"Hoffman, Paige (DCPS)" <Paige.Hoffman@k12.dc.gov> 7/28/2021 7:45 PM We had to selectively pick on folks 😊😊

"Morrison, Brian (DCPS)" <Brian.Morrison@k12.dc.gov> 7/28/2021 7:46 PM Hoffman, Paige (DCPS)  no shade 😊😊

"Hoffman, Paige (DCPS)" <Paige.Hoffman@k12.dc.gov> 7/28/2021 7:49 PM We promise we read the chats and see the calls for policy shifts!!

"Kim, Melissa (DCPS)" <Melissa.Kim@k12.dc.gov> 7/28/2021 7:49 PM We have a long way to go, but we are diving in!

"Morrison, Brian (DCPS)" <Brian.Morrison@k12.dc.gov> 7/28/2021 7:49 PM It has to be live in budget policy at the center!

"Kim, Melissa (DCPS)" <Melissa.Kim@k12.dc.gov> 7/28/2021 7:49 PM Thanks the plan Morrison, Brian (DCPS)

"Caruthers, Andria (DCPS)" <andria.caruthers@k12.dc.gov> 7/28/2021 7:50 PM Anti-black...yes call it out! We need to name it more

"Griffin, Taeneress (DCPS)" <Taeneress.Griffin@k12.dc.gov> 7/28/2021 7:50 PM This!!!!!!!!!!

"Jackson, Nikeysha (DCPS)" <Nikeysha.Jackson@k12.dc.gov> 7/28/2021 7:51 PM Thank you for naming that! Martin, Kimberly (DCPS) !

"Fils-Aime, Samantha (DCPS)" <Samantha.Fils-Aime@k12.dc.gov> 7/28/2021 7:51 PM Yes Martin, Kimberly (DCPS) !!! NAME.IT.

"Dogbe, Akela (DCPS)" <akela.dogbe@k12.dc.gov> 7/28/2021 7:51 PM YES!

"Wilkerson, Courtney (DCPS)" <courtney.wilkerson@k12.dc.gov> 7/28/2021 7:51 PM So grateful for your powerful voice in your new role Martin, Kimberly (DCPS)

"McDuffie, Staci (DCPS)" <staci.mcduffie@k12.dc.gov> 7/28/2021 7:51 PM

Your comments are SO appreciated! Martin, Kimberly (DCPS)
"Edwards, Leslie (DCPS)" <leslie.edwards@k12.dc.gov> 7/28/2021 7:51 PM
Truly appreciate your leadership IS Martin - Thank you for saying this
directly!
"Ocansey, Bregeneve (DCPS)" <bregeneve.ocansey@k12.dc.gov> 7/28/2021
7:52 PM Thank you for naming that!!!! Martin, Kimberly (DCPS) !!!
"Jackson, Janee (DCPS)" <Janee.Jackson@k12.dc.gov> 7/28/2021 7:52 PM
Thank you!!! Martin, Kimberly (DCPS)
"Mitchell-Patterson, Tiffany (DCPS)" <Tiffany.Mitchell-
Patterson@k12.dc.gov> 7/28/2021 7:52 PM THIS!
"Dogbe, Akela (DCPS)" <akela.dogbe@k12.dc.gov> 7/28/2021 7:52 PM
LISTEN!!!!!
"McDuffie, Staci (DCPS)" <staci.mcduffie@k12.dc.gov> 7/28/2021 7:52 PM
PREACH!!!
"Daniel, Shaunte (DCPS)" <shaunte.daniel@k12.dc.gov> 7/28/2021 7:52 PM
YESSSS! Martin, Kimberly (DCPS)
"Ball, Tomiko D. (DCPS)" <tomiko.ball@k12.dc.gov> 7/28/2021 7:52 PM IS
Martin, Kimberly (DCPS)  You are not alone we got your back!!!
"Wilkerson, Courtney (DCPS)" <courtney.wilkerson@k12.dc.gov> 7/28/2021
7:52 PM We are standing right next you Martin, Kimberly (DCPS) as you
speak truth!
"Fuller, Terri (DCPS)" <Terri.Fuller@k12.dc.gov> 7/28/2021 7:52 PM
Thank you Martin, Kimberly (DCPS)!
"Young, Tynika (DCPS)" <tynika.young@k12.dc.gov> 7/28/2021 7:52 PM
thank you for your transparency, insight and leadership Martin,
Kimberly (DCPS)
"Johnson, Diane B. (DCPS)" <Diane.Johnson6@k12.dc.gov> 7/28/2021 7:52
PM This level of transparency is way past over due!!! Thank you for
SAYING it!!!! Martin, Kimberly (DCPS)
"Ocansey, Bregeneve (DCPS)" <bregeneve.ocansey@k12.dc.gov> 7/28/2021
7:52 PM Colorism is real!
"Carter, Stacey (DCPS)" <Stacey.Carter@k12.dc.gov> 7/28/2021 7:52 PM
Thank you! Thank you!
"Dogbe, Akela (DCPS)" <akela.dogbe@k12.dc.gov> 7/28/2021 7:52 PM And
how Black women leaders are handled by central office units.
"Alexander, Demetrius (DCPS)" <Demetrius.Alexander@k12.dc.gov>
7/28/2021 7:52 PM This is Leadership... thank you!
Jessica Greer (Guest) 7/28/2021 7:52 PM Thank you!
Message edited: "McCall, Porshia (DCPS)" <Porshia.McCall@k12.dc.gov>
7/28/2021 7:53 PM Thank you for naming all of the above Martin,
Kimberly (DCPS)
"Hodge, Destinee" <destinee.hodge@k12.dc.gov> 7/28/2021 7:53 PM Wow,
thank you so much Martin, Kimberly (DCPS)
"Goff, Angela (DCPS)" <angela.goff@k12.dc.gov> 7/28/2021 7:53 PM Yes!
I appreciate that!
"Robinson, Cynthia (DCPS)" <Cynthia.Robinson@k12.dc.gov> 7/28/2021
7:53 PM Yes Martin, Kimberly (DCPS) Thank you
"Bucciero, Marie-Elena (DCPS)" <Marie-Elena.Bucciero@k12.dc.gov>
7/28/2021 7:53 PM ◐◑ Martin, Kimberly (DCPS) that was powerful
"Dix, Shawna (DCPS)" <shawna.dix@k12.dc.gov> 7/28/2021 7:53 PM Thanks

Martin, Kimberly
"Ferguson, Rhonda (DCPS)" <rhonda.ferguson@k12.dc.gov> 7/28/2021 7:53
PM Thank-you. Courageous Conversation in this way!
"Goodman, Tiffany (DCPS)" <Tiffany.Goodman2@k12.dc.gov> 7/28/2021 7:53
PM Thank you Dr. Martin, Kimberly (DCPS) ! Powerful message!
"Golden, Malaika (DCPS)" <malaika.golden@k12.dc.gov> 7/28/2021 7:53 PM
Thank you Martin, Kimberly (DCPS)  for acknowledging some oof our
struggles. I appreciate your vulnerability and honesty.
"Zeigler, Sheena (DCPS)" <Sheena.Zeigler@k12.dc.gov> 7/28/2021 7:53 PM
Well said! Martin, Kimberly (DCPS)
"Smith, Nadine (DCPS)" <Nadine.Smith@k12.dc.gov> 7/28/2021 7:54 PM
Thank you Martin, Kimberly (DCPS)
"Williams, Benjamin (DCPS)" <benjamin.williams@k12.dc.gov> 7/28/2021
7:54 PM Great message Martin, Kimberly (DCPS)
"Vialpando, Jacqueline M. (DCPS)" <jacqueline.vialpando@k12.dc.gov>
7/28/2021 7:54 PM Martin, Kimberly (DCPS)  Thanks for being
courageous, committed and leveraging power.
"Williams, Benjamin (DCPS)" <benjamin.williams@k12.dc.gov> 7/28/2021
7:54 PM Thank you for being brave and courageous!
"Hooks, Calvin (DCPS)" <Calvin.Hooks@k12.dc.gov> 7/28/2021 7:54 PM
Thank you, Martin, Kimberly (DCPS) .
"Rene, Elizabeth (DCPS)" <elizabeth.rene@k12.dc.gov> 7/28/2021 7:55 PM
"Upset the setup." - Michaels, Sharon (DCPS)
"Stephens, Gina (DCPS)" <Gina.Stephens@k12.dc.gov> 7/28/2021 7:56 PM
Yes...@Sharon Michaels!
"McCall, Porshia (DCPS)" <Porshia.McCall@k12.dc.gov> 7/28/2021 7:56 PM
Michaels, Sharon (DCPS) SPEAK
"Dembry, Tumeka (DCPS)" <tumeka.dembry@k12.dc.gov> 7/28/2021 7:56 PM
Michaels, Sharon (DCPS)  ~Upset the Setup!!!
"Snyder, Vanessa W. (DCPS)" <vanessa.snyder@k12.dc.gov> 7/28/2021 7:56
PM Look for joy! Yes!
"Robinson, Camille (DCPS)" <camille.robinson4@k12.dc.gov> 7/28/2021
7:56 PM ABSOLUTELY
"Davidson, Stephanie (DCPS)" <stephanie.davidson@k12.dc.gov> 7/28/2021
7:56 PM WELL SAID AP MICHAELS!
"Martin, Kimberly (DCPS)" <kimberly.martin@k12.dc.gov> 7/28/2021 7:56
PM Yes! I love this!!
"Mitchell-Patterson, Tiffany (DCPS)" <Tiffany.Mitchell-
Patterson@k12.dc.gov> 7/28/2021 7:56 PM All of this!
"Martin, Kimberly (DCPS)" <kimberly.martin@k12.dc.gov> 7/28/2021 7:56
PM Upset the set up!
"Rene, Elizabeth (DCPS)" <elizabeth.rene@k12.dc.gov> 7/28/2021 7:56 PM
YASSS!
"Vialpando, Jacqueline M. (DCPS)" <jacqueline.vialpando@k12.dc.gov>
7/28/2021 7:56 PM Martin, Kimberly (DCPS)  I'd like to see a combined
group of immigrant girls with black girls. We grow and learn together
to thrive.
"Ball, Tomiko D. (DCPS)" <tomiko.ball@k12.dc.gov> 7/28/2021 7:56 PM
Speak this truth Michaels, Sharon (DCPS) Thank you
"Fuller, Terri (DCPS)" <Terri.Fuller@k12.dc.gov> 7/28/2021 7:56 PM Yes

Sharon!
"Carter, Stacey (DCPS)" <Stacey.Carter@k12.dc.gov> 7/28/2021 7:56 PM
Upset the Setup needs to be a poster!
"Edwards, Leslie (DCPS)" <leslie.edwards@k12.dc.gov> 7/28/2021 7:56 PM
Celebrating our black and brown students for simply being...Thank you
AP Michaels!
"Rene, Elizabeth (DCPS)" <elizabeth.rene@k12.dc.gov> 7/28/2021 7:57 PM
We want to do more than survive!
Amy Collins <ascollins28@gmail.com> 7/28/2021 7:57 PM Love that so
much. So, so important to take care of yourself, and remember that it
is NOT your job to explain racism to white people.
"BATIE, MELANIE (DCPS)" <MELANIE.BATIE@k12.dc.gov> 7/28/2021 7:57 PM
This conversation is SO IMPORTANT!
"Marcel-Herbert, Tenisha" <Tenisha.Marcel-Herbert@k12.dc.gov>
7/28/2021 7:57 PM Yes ma'am!!! Looking for joy!!! Upset the setup!
"Walker, James (DCPS)" <James.Walker4@k12.dc.gov> 7/28/2021 7:57 PM
Self care is how we have the energy to care for others!
"Wilkerson, Courtney (DCPS)" <courtney.wilkerson@k12.dc.gov> 7/28/2021
7:57 PM Quote is from Mayor Tubbs in Stockton
"Ameyaw, Grace (DCPS)" <grace.ameyaw@k12.dc.gov> 7/28/2021 7:57 PM Yes
🙌
Jessica Greer (Guest) 7/28/2021 7:57 PM Thank you Dr. Michaels!!
"Goff, Angela (DCPS)" <angela.goff@k12.dc.gov> 7/28/2021 7:57 PM Well
said Michaels, Sharon (DCPS)  – Upset the Set-UP...thanks for the
truth
"Nelson, Jennifer (DCPS)" <jennifer.nelson@k12.dc.gov> 7/28/2021 7:58
PM NO END....ongoing work!!!
"Bucciero, Marie-Elena (DCPS)" <Marie-Elena.Bucciero@k12.dc.gov>
7/28/2021 7:58 PM So powerful to hear these reflections from our
internal DCPS leadership and not just the keynote speakers – thank you
for this!
"Rene, Elizabeth (DCPS)" <elizabeth.rene@k12.dc.gov> 7/28/2021 7:59 PM
AP Michaels, Sharon (DCPS)  has an AMAZING Anti-Racist Educator
University session on, "Learning Radical Self-Care from Black,
Indigenous Women of Color Who Disrupt." Worth taking a look! We'll
share the link in a follow-up.
"Thompson, Page (DCPS)" <page.thompson@k12.dc.gov> 7/28/2021 7:59 PM
Thank you AP Michael's! Your statements were courageous, respectful
and bold. It should cause all of us to take a pause and reflect on our
leadership.
"Wright, ShaVon (DCPS)" <shavon.wright@k12.dc.gov> 7/28/2021 7:59 PM
Thank you, sir!
"Caruthers, Andria (DCPS)" <andria.caruthers@k12.dc.gov> 7/28/2021
7:59 PM Yes, being able to interrupt of others' actions too
Message deleted: 7/28/2021 7:59 PM "Martin, Kimberly (DCPS)"
<kimberly.martin@k12.dc.gov> 7/28/2021 7:59 PM Thank you, Berkowitz,
MScott (DCPS) ! Courageous Leadership!
Message edited: "Caruthers, Andria (DCPS)"
<andria.caruthers@k12.dc.gov> 7/28/2021 8:00 PM Yes, being able to
interrupt others' actions...

ρ U 0 0 1 - 2 3 4 5 6 7 8 9 0 1

"Byrd, Stephanie (DCPS)" <stephanie.byrd@k12.dc.gov> 7/28/2021 8:00 PM
Thank you Capitol HIll Principal Berkowitz, MScott (DCPS)
"Haith, William (DCPS)" <william.haith@k12.dc.gov> 7/28/2021 8:00 PM
C5
"Ball, Tomiko D. (DCPS)" <tomiko.ball@k12.dc.gov> 7/28/2021 8:00 PM
Feeling of belonging is essential
Jessica Greer (Guest) 7/28/2021 8:01 PM Yay Berkowitz, MScott (DCPS)
repping Cluster 4!! :)
"Thompson, Page (DCPS)" <page.thompson@k12.dc.gov> 7/28/2021 8:01 PM
Thank you for being vulnerable to your staff, and being a
Transformational Leader at your school!
"Caruthers, Andria (DCPS)" <andria.caruthers@k12.dc.gov> 7/28/2021
8:02 PM MJP represent! Cohort 5 stand up! 💀💀
"Green, Andrew R. (DCPS)" <Andrew.Green@k12.dc.gov> 7/28/2021 8:03 PM
Dismantling American racism is a radical stance. And we and the
chancellor are to the left of a lot of the country, probably to the
left of a lot of DCPS staff. So we may agree with the truth of what's
happening, but we aren't going to be in agreement with all of DCPS or
even all of our schools.
Part of me feels like we're a good step forward into a new era, part
of me feels like we're taking a brave step into an uncertain domain,
where many people we like and work with *will* be against what we
believe
"Hunt, Amelia (DCPS)" <Amelia.Hunt@k12.dc.gov> 7/28/2021 8:03 PM Thank
you, Principal Berkowitz, MScott (DCPS) !!
"Green, Andrew R. (DCPS)" <Andrew.Green@k12.dc.gov> 7/28/2021 8:03 PM
But I'm excited to be there
"Golden, Malaika (DCPS)" <malaika.golden@k12.dc.gov> 7/28/2021 8:03 PM
Thank you for sharing Berkowitz, MScott (DCPS)
"Gorham, Derek (DCPS)" <Derek.Gorham@k12.dc.gov> 7/28/2021 8:03 PM
Nice job Berkowitz, MScott (DCPS) MJP C5!!!
"Rene, Elizabeth (DCPS)" <elizabeth.rene@k12.dc.gov> 7/28/2021 8:04 PM
Thank you for sharing! Berkowitz, MScott (DCPS)
"Rene, Elizabeth (DCPS)" <elizabeth.rene@k12.dc.gov> 7/28/2021 8:04 PM
After breakouts, we will all return to the main room by 4:25pm EST. 💀💀
See you soon!
"Bengtson, Kristopher (DCPS)" <Kristopher.Bengtson@k12.dc.gov>
7/28/2021 8:04 PM Thank you, Berkowitz, MScott (DCPS) ! Excited for
you in this new role.
"Hoffman, Paige (DCPS)" <Paige.Hoffman@k12.dc.gov> 7/28/2021 8:06 PM
Please come back at 4:25 after your school team debrief! If your
school is interested in sharing out how they will be addressing a
specific policy or practice please message me.
"Haith, William (DCPS)" <william.haith@k12.dc.gov> 7/28/2021 8:07 PM
💀💀
Message edited: "Lamb, Michael (DCPS)" <Michael.Lamb@k12.dc.gov>
7/28/2021 8:12 PM Feel free to use your Whole Child Inventory Data
from Monday to spur your team's thinking!
Message edited: "Martin, Kimberly (DCPS)" <kimberly.martin@k12.dc.gov>
7/28/2021 8:08 PM If you are interested in joining the Black Women

Principal Affinity group, please email me at
kimberly.martin@k12.dc.gov
"Martin, Kimberly (DCPS)" <kimberly.martin@k12.dc.gov> 7/28/2021 8:09
PM Thanks to all who have already sent an email. ❤
"Hoffman, Paige (DCPS)" <Paige.Hoffman@k12.dc.gov> 7/28/2021 8:09
PM ::looking at my DMs for volunteers::
"Nelson, Jennifer (DCPS)" <jennifer.nelson@k12.dc.gov> 7/28/2021 8:18
PM Time check: 7 more minutes in school team breakouts!
"Hoffman, Paige (DCPS)" <Paige.Hoffman@k12.dc.gov> 7/28/2021 8:23 PM
Friendly reminder — 2 minutes!
Message edited: "Pritchard, Tenia N. (DCPS)"
<tenia.pritchard@k12.dc.gov> 7/28/2021 8:25 PM I was also impressed
with their bookshelves.


"Hoffman, Paige (DCPS)" <Paige.Hoffman@k12.dc.gov> 7/28/2021 8:24
PM :Jeopardy music:
Message edited: "Marcel-Herbert, Tenisha" <Tenisha.Marcel-
Herbert@k12.dc.gov> 7/28/2021 8:25 PM Pritchard, Tenia N. (DCPS)
everyone of them were CNN ready!
"Nelson, Jennifer (DCPS)" <jennifer.nelson@k12.dc.gov> 7/28/2021 8:26
PM Dr. Love! She was a WHOLE MOOD!
"Marcel-Herbert, Tenisha" <Tenisha.Marcel-Herbert@k12.dc.gov>
7/28/2021 8:27 PM Loved the neatness of Dr. Smith's shelf.
"Grau, David (DCPS)" <david.grau@K12.dc.gov> 7/28/2021 8:27 PM image
"Rene, Elizabeth (DCPS)" <elizabeth.rene@k12.dc.gov> 7/28/2021 8:27 PM
Wow, Abby was the only one without a bookshelf!
"Kreisman, Florence (DCPS)" <florence.kreisman@k12.dc.gov> 7/28/2021
8:28 PM Gotta love the flex of the book they authored as the prominent
one
"Lyons-Lucas, O'Kiyyah (DCPS)" <okiyyah.lyons-lucas@k12.dc.gov>
7/28/2021 8:28 PM Dr. Love!!!
"Wright, Pierre (DCPS)" <Pierre.Wright@k12.dc.gov> 7/28/2021 8:28 PM
Dr. Love
Amy Collins <ascollins28@gmail.com> 7/28/2021 8:30 PM Dr. Love's
bookshelf was my fav. (But she was my fav, too...so...)
"Lamb, Michael (DCPS)" <Michael.Lamb@k12.dc.gov> 7/28/2021 8:30 PM
Love taking the honus on as adults!
"Rene, Elizabeth (DCPS)" <elizabeth.rene@k12.dc.gov> 7/28/2021 8:30 PM
Thank you for sharing! Principal Delabar, Amanda (DCPS)
"Kim, Melissa (DCPS)" <Melissa.Kim@k12.dc.gov> 7/28/2021 8:30 PM
reflect and act on what you can do that is meaningful for you! Thanks
Delabar, Amanda (DCPS)  and Golden, Malaika (DCPS) for sharing!
"Hall, Morgan (DCPS)" <morgan.hall@k12.dc.gov> 7/28/2021 8:30 PM Yes
to student leadership Golden, Malaika (DCPS) !
"Byrd, Stephanie (DCPS)" <stephanie.byrd@k12.dc.gov> 7/28/2021 8:31 PM
Thank you Principal Golden, Malaika (DCPS)
"Lappi, Jacob (DCPS)" <Jacob.Lappi@k12.dc.gov> 7/28/2021 8:31 PM
Golden, Malaika (DCPS)  models that leadership in Cluster 3 so I know
the kids at Aiton will do the same!

"Gorham, Derek (DCPS)" <Derek.Gorham@k12.dc.gov> 7/28/2021 8:31 PM
Love it Golden, Malaika (DCPS) ! We are leaning in the same direction
and are implementing The Leader In Me program.
"Alexander, Demetrius (DCPS)" <Demetrius.Alexander@k12.dc.gov>
7/28/2021 8:31 PM Aiton ES♥
"Hall, Morgan (DCPS)" <morgan.hall@k12.dc.gov> 7/28/2021 8:31 PM Ditto
Tukeva, Maria (DCPS) ! Yes to unity!
"Kim, Melissa (DCPS)" <Melissa.Kim@k12.dc.gov> 7/28/2021 8:31 PM
thanks Tukeva, Maria (DCPS)  for that! unity is power!
"Delabar, Amanda (DCPS)" <Amanda.Delabar@k12.dc.gov> 7/28/2021 8:32 PM
Yes Tukeva, Maria (DCPS) !!! Lets work together!
"McDonough, Jacqueline (DCPS)" <Jacqueline.McDonough@k12.dc.gov>
7/28/2021 8:33 PM YESSSSS!!!!!!!
"Nelson, Jennifer (DCPS)" <jennifer.nelson@k12.dc.gov> 7/28/2021 8:33
PM Yesssss! Byrd, Stephanie (DCPS)
"Wilkerson, Courtney (DCPS)" <courtney.wilkerson@k12.dc.gov> 7/28/2021
8:33 PM Ase! Byrd, Stephanie (DCPS)
"Kreisman, Florence (DCPS)" <florence.kreisman@k12.dc.gov> 7/28/2021
8:33 PM Byrd, Stephanie (DCPS)  thank you 🙌
"Lee, Christina (DCPS)" <christina.lee2@k12.dc.gov> 7/28/2021 8:33 PM
Love that Byrd, Stephanie (DCPS)
"Goodman, Tiffany (DCPS)" <Tiffany.Goodman2@k12.dc.gov> 7/28/2021 8:33
PM Absolutely Byrd, Stephanie (DCPS) ! I LOVE IT!
"Kim, Melissa (DCPS)" <Melissa.Kim@k12.dc.gov> 7/28/2021 8:33 PM Byrd,
Stephanie (DCPS)  so important! Thanks for making space for that so
our kids can feel and feel no shame in it!! Love it!
"Johnson, Diane B. (DCPS)" <Diane.Johnson6@k12.dc.gov> 7/28/2021 8:33
PM YES!!!! We have to stop policing our little black boys emotions.
They should be able to cry or be angry. Emotions are normal.
"Johnson, Tiffany R. (DCPS)" <Tiffany.Johnson3@k12.dc.gov> 7/28/2021
8:33 PM Yes, black boys deserves to grow up too!!!
"Goedeke, Janice (DCPS)" <Janice.Goedeke@k12.dc.gov> 7/28/2021 8:33 PM
How do we make space for our children to be children. Love that!
"Wilkerson, Courtney (DCPS)" <courtney.wilkerson@k12.dc.gov> 7/28/2021
8:34 PM Black kids are not allowed to be children and seen as adults
by the time they are three. That is good Byrd, Stephanie (DCPS)
"Martin, Kimberly (DCPS)" <kimberly.martin@k12.dc.gov> 7/28/2021 8:34
PM That made me cry, Byrd, Stephanie (DCPS) !
"Alexander, Demetrius (DCPS)" <Demetrius.Alexander@k12.dc.gov>
7/28/2021 8:34 PM Excellent practices to leverage Principal Byrd.
"Marcel-Herbert, Tenisha" <Tenisha.Marcel-Herbert@k12.dc.gov>
7/28/2021 8:34 PM So much power in that space!
"Preston, Masi (DCPS)" <masi.preston@k12.dc.gov> 7/28/2021 8:34 PM
Excellent, Principal Byrd!
"Rosser, Brynn (DCPS)" <brynn.rosser@k12.dc.gov> 7/28/2021 8:34 PM Hey
hey PrincipalByrd, Stephanie!!  Very dope!!
"Snell, Tacora (DCPS)" <Tacora.Snell@k12.dc.gov> 7/28/2021 8:34 PM
Meaningful, Empowering Partnerships with Parents that promote student
advancement and commitment to excellence.
"Lappi, Jacob (DCPS)" <Jacob.Lappi@k12.dc.gov> 7/28/2021 8:34 PM Yes

Byrd, Stephanie (DCPS) ! Always great vision what's importan!
"Kim, Melissa (DCPS)" <Melissa.Kim@k12.dc.gov> 7/28/2021 8:35 PM YES!
Morrison, Brian (DCPS)  space for more parent and student voices! That
was the core to the redesign! Thanks for looking for more space to
expand that!
"Lamb, Michael (DCPS)" <Michael.Lamb@k12.dc.gov> 7/28/2021 8:35 PM
<!--[if lte mso 15 || CheckWebRef]-->
Whole Child-Anti-Racist Planning Support.xlsx
<!--[endif]-->
If you would like thought partnership or coaching around your Whole
Child/Anti-Racist work, we've reserved 40+ hours for schools to sign
up for an hour next week: Whole Child-Anti-Racist Planning
Support.xlsx
Attachment: Whole Child-Anti-Racist Planning Support.xlsx
https://dck12-my.sharepoint.com/personal/michael_lamb_k12_dc_gov/
Documents/Whole%20Child-Anti-Racist%20Planning%20Support.xlsx
"Anderson, Jacqueline A. (DCPS)" <jacqueline.anderson@k12.dc.gov>
7/28/2021 8:35 PM Morrison, Brian (DCPS)  thank you for lifting that
up! Parent and student voice matters!
"Kim, Melissa (DCPS)" <Melissa.Kim@k12.dc.gov> 7/28/2021 8:36 PM
THanks for raising that Shelby, Katreena (DCPS) ! We cannot go back to
suspending students. they have to stay in our classrooms (and be
welcomed there) to achieve! Appreciating you!
"Ferguson, Mya (DCPS)" <Mya.Ferguson@k12.dc.gov> 7/28/2021 8:36 PM
Ameyaw, Grace (DCPS) thank you.
"Dix, Shawna (DCPS)" <shawna.dix@k12.dc.gov> 7/28/2021 8:36 PM YES
Shelby, Katreena (DCPS) !!!!!!
"Ball, Tomiko D. (DCPS)" <tomiko.ball@k12.dc.gov> 7/28/2021 8:37 PM
Using "I..." statements
"Wilkerson, Courtney (DCPS)" <courtney.wilkerson@k12.dc.gov> 7/28/2021
8:37 PM I recommend Street Data for the book study
"Morrison, Brian (DCPS)" <Brian.Morrison@k12.dc.gov> 7/28/2021 8:38 PM
This is the REAL work of anti-racism. Identifying how we are promoting
and sustaining racist structures and then making plans to address and
dismantle them. This is powerful stuff!!!
"Wilkerson, Courtney (DCPS)" <courtney.wilkerson@k12.dc.gov> 7/28/2021
8:38 PM Safir & Dugan (2021)
"Fils-Aime, Samantha (DCPS)" <Samantha.Fils-Aime@k12.dc.gov> 7/28/2021
8:38 PM Yes Shelby, Katreena (DCPS) ! The black experience in America
is SOOOO varied and those variations impact how we see and treat each
other!
"Wilkerson, Courtney (DCPS)" <courtney.wilkerson@k12.dc.gov> 7/28/2021
8:39 PM We be lovin' Black children (Swindler et al, 2021)
"Byrd, Stephanie (DCPS)" <stephanie.byrd@k12.dc.gov> 7/28/2021 8:39 PM
Love that Salahuddin, Naimah (DCPS)  is always so intentional.
"Wilkerson, Courtney (DCPS)" <courtney.wilkerson@k12.dc.gov> 7/28/2021
8:39 PM Teaching to Transgress (hooks, 1994)
"Kim, Melissa (DCPS)" <Melissa.Kim@k12.dc.gov> 7/28/2021 8:39 PM
Salahuddin, Naimah (DCPS)  Great resouce. "LOVING the communities that
our students come from." LOVE it!

"Lappi, Jacob (DCPS)" <Jacob.Lappi@k12.dc.gov> 7/28/2021 8:39 PM
Yessss Salahuddin, Naimah (DCPS) , showing the limitless possibilities
by bringing it into every piece of the work!
"Dix, Shawna (DCPS)" <shawna.dix@k12.dc.gov> 7/28/2021 8:40 PM
YES!!!!!!
"Wannamaker, Tora (DCPS)" <Tora.Wannamaker@k12.dc.gov> 7/28/2021 8:41
PM Yes! Recognize all EL students!!
"Green, Brittany (DCPS)" <Brittany.Green@k12.dc.gov> 7/28/2021 8:41 PM
Yes data drive!
"Geremia, Robert (DCPS)" <robert.geremia@k12.dc.gov> 7/28/2021 8:41 PM
Sewell, Gretchen — love this: Loved, Challenged, and Prepared.
"Edgecombe, Brooke (DCPS)" <Brooke.Edgecombe@k12.dc.gov> 7/28/2021
8:42 PM @Roosevelt STAY the ELL Department is reading a book on
TRANSLANGUAGING which is the idea of honoring all linguistic
backgrounds in the classroom.
"Vialpando, Jacqueline M. (DCPS)" <jacqueline.vialpando@k12.dc.gov>
7/28/2021 8:42 PM Black and Brown Joy!
"Wannamaker, Tora (DCPS)" <Tora.Wannamaker@k12.dc.gov> 7/28/2021 8:42
PM I'm excited to see what the scholars CAN do!!
"Edgecombe, Brooke (DCPS)" <Brooke.Edgecombe@k12.dc.gov> 7/28/2021
8:42 PM Translanguaging was a concept shared at TESOL this year. It
has been implemented by CUNY in NY at various schools.
"Aggarwal, Alka (DCPS)" <alka.aggarwal@k12.dc.gov> 7/28/2021 8:43 PM
Edgecombe, Brooke (DCPS)  Love this: honoring all linguistics
backgrounds!!
"Guillen, Melissa (DCPS)" <melissa.guillen@k12.dc.gov> 7/28/2021 8:43
PM Uplifting neurodiversity too
"Trahan, Jaimee (DCPS)" <jaimee.trahan@k12.dc.gov> 7/28/2021 8:44 PM
Acknowledge that our students are already YOUNG, GIFTED, and BLACK.
See them, they already are, they already do!!!!!!
"Bucciero, Marie-Elena (DCPS)" <Marie-Elena.Bucciero@k12.dc.gov>
7/28/2021 8:44 PM Hodge, Destinee led an amazing book club for our
staff this year with Caste and Chocolate City.
"Wilkerson, Courtney (DCPS)" <courtney.wilkerson@k12.dc.gov> 7/28/2021
8:44 PM For those interested in practical systems level policy reform.
The Politics of Education Policy in an Era of Inequality Possibilities
for Democratic Schooling Sonya Douglass Horsford (2019)
"Brawley, Jade L. (DCPS)" <jade.brawley@k12.dc.gov> 7/28/2021 8:44 PM
Awesome text from a DCPS alum
"English, Shanice (DCPS)" <Shanice.English@k12.dc.gov> 7/28/2021 8:45
PM Yesssss Trahan, Jaimee
"Anderson, Jacqueline A. (DCPS)" <jacqueline.anderson@k12.dc.gov>
7/28/2021 8:45 PM Just want to shout out that Isabel Wilkerson is a
graduate of @Eaton ES!
"Edgecombe, Brooke (DCPS)" <Brooke.Edgecombe@k12.dc.gov> 7/28/2021
8:45 PM Aggarwal, Alka (DCPS)   It is a very comprehensive look into
the linguistic capacities we all possess. Not just the language in
textbooks, as an example.
"Clemmons, LaTasha (DCPS)" <LaTasha.Clemmons@k12.dc.gov> 7/28/2021
8:45 PM Pushout: The Criminalization of Black Girls in Schools. I

could only think about this book from a book study I participated with
at MacFarland. I recommend it!
"Rene, Elizabeth (DCPS)" <elizabeth.rene@k12.dc.gov> 7/28/2021 8:45 PM
Amazing! Anderson, Jacqueline A. (DCPS)
"Trahan, Jaimee (DCPS)" <jaimee.trahan@k12.dc.gov> 7/28/2021 8:45 PM
WE need to work on SEEING them!!!!
"Wannamaker, Tora (DCPS)" <Tora.Wannamaker@k12.dc.gov> 7/28/2021 8:46
PM "Deconstructing our unconscious bias takes consistent work. We
can't address
it once and be done. We need to recognize these unwanted, deep rooted
beliefs and limit their influence on us. Then our actions will match
our intentions."
—Sarah Fiarman, Unconscious Bias: When Good Intentions Aren't Enough
"Miller, Chris (DCPS)" <Chris.Miller@k12.dc.gov> 7/28/2021 8:46 PM
Wilkerson, Courtney (DCPS)  Loved Street Data...would love to thought
partner if you're thinking of applying any ideas
"Aggarwal, Alka (DCPS)" <alka.aggarwal@k12.dc.gov> 7/28/2021 8:46 PM
Edgecombe, Brooke (DCPS)  Very interested in this study/concept
"McDonough, Jacqueline (DCPS)" <Jacqueline.McDonough@k12.dc.gov>
7/28/2021 8:47 PM STREET DATA!!!!!!
"Perry, Jeanette P. (DCPS)" <jeanette.perry@k12.dc.gov> 7/28/2021 8:47
PM Clemmons, LaTasha (DCPS)The book Push Out inspired me Sooooo
greatly to advocate for Black Girls!!!!!
"Gay, Allecyn (DCPS)" <Allecyn.Gay.Howard@k12.dc.gov> 7/28/2021 8:47
PM Thank you!!!!
"Lamb, Michael (DCPS)" <Michael.Lamb@k12.dc.gov> 7/28/2021 8:47 PM
<!--[if lte mso 15 || CheckWebRef]-->
Whole Child-Anti-Racist Planning Support.xlsx
<!--[endif]-->
If you would like thought partnership or coaching around your Whole
Child/Anti-Racist work, we've reserved 40+ hours for schools to sign
up for an hour next week: Whole Child-Anti-Racist Planning
Support.xlsx
Attachment: Whole Child-Anti-Racist Planning Support.xlsx
https://dck12-my.sharepoint.com/personal/michael_lamb_k12_dc_gov/
Documents/Whole%20Child-Anti-Racist%20Planning%20Support.xlsx
"Edwards, Leslie (DCPS)" <leslie.edwards@k12.dc.gov> 7/28/2021 8:47 PM
Please register today: https://whova.com/web/latin_202108/
"Wilkerson, Courtney (DCPS)" <courtney.wilkerson@k12.dc.gov> 7/28/2021
8:48 PM Our ALT and admin team read it too and it is the center of our
LEAP, PBL, and cultural centering work
"Creppy Hetherington, Gladys A. (DCPS)"
<Gladys.CreppyHetherington@k12.dc.gov> 7/28/2021 8:48 PM Thank you !!!
"Clemmons, LaTasha (DCPS)" <LaTasha.Clemmons@k12.dc.gov> 7/28/2021
8:48 PM Perry, Jeanette P. (DCPS)  absolutely, I have so many ideas to
do just that!
"McDonough, Jacqueline (DCPS)" <Jacqueline.McDonough@k12.dc.gov>
7/28/2021 8:48 PM I cant see slide
"Tate, Triva (DCPS)" <Triva.Tate@k12.dc.gov> 7/28/2021 8:48 PM cant
see the slide....

"Jackson, Kimbria (DCPS)" <kimbria.jackson@k12.dc.gov> 7/28/2021 8:48 PM Can't see slide
"Edgecombe, Brooke (DCPS)" <Brooke.Edgecombe@k12.dc.gov> 7/28/2021 8:49 PM Aggarwal, Alka (DCPS)    https://www.barnesandnoble.com/w/translanguaging-and-transformative-teaching-for-emergent-bilingual-students-city-university-of-new-york-new-york-state-initiative-on-emergent-bilinguals/1137074033;jsessionid=824330D4F7B1B7C8C57767B17076C0F2.prodny_store02-atgap04?ean=9781000216721
"Lee, Christina (DCPS)" <christina.lee2@k12.dc.gov> 7/28/2021 8:49 PM I was able to see it
"Greer, Jessica (DCPS)" <Jessica.Greer@k12.dc.gov> 7/28/2021 8:49 PM I could see them on my phone but not on my computer
"Zeigler, Sheena (DCPS)" <Sheena.Zeigler@k12.dc.gov> 7/28/2021 8:49 PM no
"Shaw, Charise D. (DCPS)" <charise.shaw@k12.dc.gov> 7/28/2021 8:49 PM They keep stopping unexpectedly
"Ahmic, Begaeta (DCPS)" <begaeta.ahmic@k12.dc.gov> 7/28/2021 8:49 PM I was able to as well
"Boyd, Lakia (DCPS)" <Lakia.Boyd@k12.dc.gov> 7/28/2021 8:49 PM no
"McCall, Porshia (DCPS)" <Porshia.McCall@k12.dc.gov> 7/28/2021 8:49 PM No
"Fuller, Terri (DCPS)" <Terri.Fuller@k12.dc.gov> 7/28/2021 8:49 PM no
"Snell, Tacora (DCPS)" <Tacora.Snell@k12.dc.gov> 7/28/2021 8:49 PM no
"Jackson, Kimbria (DCPS)" <kimbria.jackson@k12.dc.gov> 7/28/2021 8:49 PM No
"Butler, Valerie (DCPS)" <valerie.butler@k12.dc.gov> 7/28/2021 8:49 PM no
"Cannon, Latoshia (DCPS)" <latoshia.cannon@k12.dc.gov> 7/28/2021 8:49 PM no
"Ocansey, Bregeneve (DCPS)" <bregeneve.ocansey@k12.dc.gov> 7/28/2021 8:49 PM no
"Ahmic, Begaeta (DCPS)" <begaeta.ahmic@k12.dc.gov> 7/28/2021 8:49 PM Not now
"Davis, Donnita (DCPS)" <Donnita.Davis@k12.dc.gov> 7/28/2021 8:49 PM image
"McKenzie, Tomeka (DCPS)" <tomeka.mckenzie@k12.dc.gov> 7/28/2021 8:49 PM no
"Brewer, Chelsea (DCPS)" <Chelsea.Brewer3@k12.dc.gov> 7/28/2021 8:49 PM No
"Avila, Kathrine (DCPS)" <kathrine.avila@k12.dc.gov> 7/28/2021 8:49 PM no
"Carter, Stacey (DCPS)" <Stacey.Carter@k12.dc.gov> 7/28/2021 8:49 PM No
"Humble, ShaQUanda (DCPS)" <ShaQUanda.Humble@k12.dc.gov> 7/28/2021 8:49 PM no
"Battaglia, Luca (DCPS)" <Luca.Battaglia@k12.dc.gov> 7/28/2021 8:49 PM it says can't display content
"Merlos, Jaime (DCPS)" <jaime.merlos@k12.dc.gov> 7/28/2021 8:49 PM I could before ... Not now

"Bradford, Ronald (DCPS)" <ronald.bradford@k12.dc.gov> 7/28/2021 8:49 PM yes
"McPherson, Ebon (DCPS)" <Ebon.McPherson@k12.dc.gov> 7/28/2021 8:49 PM I cannot see them
"McCammon, Wesley (DCPS)" <wesley.mccammon@k12.dc.gov> 7/28/2021 8:49 PM I can
"Branch, Kennard (DCPS)" <Kennard.Branch@k12.dc.gov> 7/28/2021 8:50 PM image
"Byrd, Stephanie (DCPS)" <stephanie.byrd@k12.dc.gov> 7/28/2021 8:50 PM just send me my swag. I don't have to see my name on the slide
"Guillen, Melissa (DCPS)" <melissa.guillen@k12.dc.gov> 7/28/2021 8:50 PM https://whova.com/web/latin_202108/

Latinx Summit, adelante! Great topics from instruction to immigration. Join us !!
"Henggeler, Christopher (DCPS)" <christopher.henggeler@k12.dc.gov> 7/28/2021 8:50 PM Permissions
"Edwards, Leslie (DCPS)" <leslie.edwards@k12.dc.gov> 7/28/2021 8:50 PM Let's act on all of the learning from today and join us at Adelante on August 10th in solidarity! All Latino/Latinx educators and leaders, teachers of Latino/Latinx students, and ALL allies of the Latino/Latinx community!
"Perry, Jeanette P. (DCPS)" <jeanette.perry@k12.dc.gov> 7/28/2021 8:50 PM Clemmons, LaTasha (DCPS)Let me know your thoughts. I'm in!
"Greer, Jessica (DCPS)" <Jessica.Greer@k12.dc.gov> 7/28/2021 8:50 PM Trahan, Jaimee you were a winner for one of the most upvoted quotes 🍬
"Branch, Kennard (DCPS)" <Kennard.Branch@k12.dc.gov> 7/28/2021 8:50 PM I guess all our names are on the slide DESHIELDS, JUDONN (DCPS)
"Torres, Veronica (DCPS)" <veronica.torres@k12.dc.gov> 7/28/2021 8:50 PM https://whova.com/web/latin_202108/

Latinx Summit, adelante! Great topics from instruction to immigration. Join us !!
"Guillen, Melissa (DCPS)" <melissa.guillen@k12.dc.gov> 7/28/2021 8:51 PM Who won the SWAG??
"Latham, Katie (DCPS)" <katie.latham@k12.dc.gov> 7/28/2021 8:51 PM image
"Dix, Shawna (DCPS)" <shawna.dix@k12.dc.gov> 7/28/2021 8:52 PM Thanks everyone!
"Douglas, Kimberly (DCPS)" <kimberly.douglas@k12.dc.gov> 7/28/2021 8:53 PM Thank you!
"Brewer, Chelsea (DCPS)" <Chelsea.Brewer3@k12.dc.gov> 7/28/2021 8:53 PM Thank You!
"McCall, Porshia (DCPS)" <Porshia.McCall@k12.dc.gov> 7/28/2021 8:53 PM Thank you for the transformative experience!
"Grady, Carla" <carla.grady@k12.dc.gov> 7/28/2021 8:53 PM Thank you!!
"Goodman, Tiffany (DCPS)" <Tiffany.Goodman2@k12.dc.gov> 7/28/2021 8:53 PM Thank you so much to ALL! 💜 SLI was great!
"Lyles, William (DCPS)" <William.Lyles@k12.dc.gov> 7/28/2021 8:53 PM Thank You!

"dohmann, greg (DCPS)" <greg.dohmann@k12.dc.gov> 7/28/2021 8:53 PM
Thank you all!
"Anderson, Jacqueline A. (DCPS)" <jacqueline.anderson@k12.dc.gov>
7/28/2021 8:53 PM Thank you, planning team! This was earth shaking!
"Guillen, Melissa (DCPS)" <melissa.guillen@k12.dc.gov> 7/28/2021 8:53
PM Muchas gracias !
"Mola, Arthur (DCPS)" <arthur.mola@k12.dc.gov> 7/28/2021 8:53 PM
YES!!! THIS TEAM ROCKS!!!!
"Irvin, Jennifer (DCPS)" <Jennifer.Irvin@k12.dc.gov> 7/28/2021 8:53 PM
Thank you!
"Brown, Martha (DCPS)" <Martha.Brown@k12.dc.gov> 7/28/2021 8:53 PM
Thank you all for the informative sessions.
"Martin, Kimberly (DCPS)" <kimberly.martin@k12.dc.gov> 7/28/2021 8:53
PM Thanks for all your work!
"Pineda, Elkin (DCPS)" <Elkin.Pineda@k12.dc.gov> 7/28/2021 8:53 PM
Thank you
"Aggarwal, Alka (DCPS)" <alka.aggarwal@k12.dc.gov> 7/28/2021 8:54 PM
Edgecombe, Brooke (DCPS) Thanks!
Shari Daniel (Guest) 7/28/2021 8:54 PM Thank you!
"McDonough, Jacqueline (DCPS)" <Jacqueline.McDonough@k12.dc.gov>
7/28/2021 8:54 PM Thank you!!!
Amy Collins <ascollins28@gmail.com> 7/28/2021 8:54 PM Thank you, so
much for all the hard work.
"Begazo, Rebecca (DCPS)" <rebecca.begazo@k12.dc.gov> 7/28/2021 8:54 PM
Thanks for the information.
"Foster, Tracy (DCPS)" <Tracy.Foster@k12.dc.gov> 7/28/2021 8:54 PM You
all are appreciated! Thank you!
"Pritchard, Tenia N. (DCPS)" <tenia.pritchard@k12.dc.gov> 7/28/2021
8:54 PM Thank You!!! 💜💜💜
"Rivas, Karen (DCPS)" <Karen.Rivas@k12.dc.gov> 7/28/2021 8:54 PM Thank
you all! Inspiring to join the DCPS team and to get to learn and serve
with this team.
"Wyche, Jaime (DCPS)" <jaime.wyche@k12.dc.gov> 7/28/2021 8:54 PM Thank
you!!!
"Clifton, Nicole (DCPS)" <Nicole.Clifton@k12.dc.gov> 7/28/2021 8:54 PM
Thank you!!!
"pierson, ariel (DCPS)" <ariel.pierson@k12.dc.gov> 7/28/2021 8:54 PM
Thank you!!
"Vaughn, Benjamin (DCPS)" <benjamin.vaughn@k12.dc.gov> 7/28/2021 8:55
PM Thank you for such a strong and inspirational SLI!
"Idemudia, Ophelia (DCPS)" <Ophelia.Idemudia@k12.dc.gov> 7/28/2021
8:55 PM Thank you!
"Morrison, Brian (DCPS)" <Brian.Morrison@k12.dc.gov> 7/28/2021 8:55 PM
Thank you for the context and cohesive messaging SLI provided. 👏🏽♂
"Person, Dawn (DCPS)" <dawn.person@k12.dc.gov> 7/28/2021 8:55 PM This
is a wonderful message!!! Thank you.
"Jones, Robin (DCPS)" <robin.jones@k12.dc.gov> 7/28/2021 8:56 PM Shout
out to ECE facilitators Danielle Robertson, Melissa Cuddy Melissa
Neal, Demetrius Alexander, and Whitney Hollins!
"McCall, Porshia (DCPS)" <Porshia.McCall@k12.dc.gov> 7/28/2021 8:57 PM

Powerful!
"Lewis, Joseph (DCPS)" <Joseph.Lewis@k12.dc.gov> 7/28/2021 8:57 PM
Shout out to the MTSS team! Jen, Daniel, Lauren, Nikki, Stephon,
Samuel, Victoria, and Bode, THANK YOU! Thanks to all the participants
for engaging our sessions this week! We look forward to supporting you
all throughout the year!
"Perry, Jeanette P. (DCPS)" <jeanette.perry@k12.dc.gov> 7/28/2021 8:57
PM Thank you for this inspirational experience! The speakers were so
dynamic! Thank you, again.
"Irvin, Jennifer (DCPS)" <Jennifer.Irvin@k12.dc.gov> 7/28/2021 8:57 PM
YES!!
"Dabney, Doris T. (DCPS)" <doris.dabney@k12.dc.gov> 7/28/2021 8:58 PM
Awesome!
"Lewis, Joseph (DCPS)" <Joseph.Lewis@k12.dc.gov> 7/28/2021 8:58 PM
Avila, Kathrine (DCPS)  That's Maynor in the picture on the right!
Good'ole CHEC days 💜
"Byrd, Stephanie (DCPS)" <stephanie.byrd@k12.dc.gov> 7/28/2021 9:01 PM
Thanks for your leadership Kim, Melissa (DCPS)
"Benjamin, Angela (DCPS)" <angela.benjamin@k12.dc.gov> 7/28/2021 9:01
PM Thank you for a great opportunity to learn and to lead and to make
the best of our students
"Edwards, Leslie (DCPS)" <leslie.edwards@k12.dc.gov> 7/28/2021 9:01 PM
Thank you all for a dynamic several days of learning – See you on
August 10th at Adelante: DCPS' Inaugural Latino/Latinx Summit!
Register today and receive a FREE copy of Dr. Pedro Noguera book,
Excellence Through Equity!https://whova.com/web/latin_202108/
"Anderson, Jacqueline A. (DCPS)" <jacqueline.anderson@k12.dc.gov>
7/28/2021 9:02 PM Kim, Melissa (DCPS) This gardener loves this
analogy!
"McDonough, Jacqueline (DCPS)" <Jacqueline.McDonough@k12.dc.gov>
7/28/2021 9:03 PM our students are the sun 💜
"English, Shanice (DCPS)" <Shanice.English@k12.dc.gov> 7/28/2021 9:03
PM 💜
"Sawyer, Moniqua R. (DCPS)" <moniqua.sawyer@k12.dc.gov> 7/28/2021 9:04
PM Thank you!
"Reid, Grace (DCPS)" <grace.reid@k12.dc.gov> 7/28/2021 9:04 PM
TOGETHER!!!
"Rutherford, Griselda (DCPS)" <griselda.rutherford@k12.dc.gov>
7/28/2021 9:04 PM THANK YOU for all of your WORK!!!
"Aggarwal, Alka (DCPS)" <alka.aggarwal@k12.dc.gov> 7/28/2021 9:04 PM
What a powerful speech!!
"Stinson, MaryAnn (DCPS)" <maryann.stinson@k12.dc.gov> 7/28/2021 9:04
PM ALL means ALL!
"Lewis-Samuels, Janice (DCPS)" <janice.lewis-samuels@k12.dc.gov>
7/28/2021 9:04 PM This is an excellent charge!
"Latham, Katie (DCPS)" <katie.latham@k12.dc.gov> 7/28/2021 9:05 PM
Thank you for attending this year's SLI everyone!

P0001-2345678901

Please complete today's survey to receive credit for attendance, PLUs, and administrative premium. This daily survey can be found on our SLI survey page (https://oedcps.wixsite.com/sli2021/survey) or accessed via this link: https://forms.office.com/Pages/ResponsePage.aspx?id=7kagKk6zM0qSt5md8rwKMgedehcG319MlbHpIc9hulJURVMyR0c4RFU0N1NCUzIxUTc4SEhDMUhZQiQlQCN0PWcu

This must be completed today by 11:59PM. If you are a 10-month employee and you do not submit this survey by 11:59PM today, you will not be paid for attending today's sessions.  You will also receive a reminder email with the survey link later today.

"Stinson, MaryAnn (DCPS)" <maryann.stinson@k12.dc.gov> 7/28/2021 9:05 PM flowers wind GIF by Jean Scuderi (GIF Image)

"Creppy Hetherington, Gladys A. (DCPS)" <Gladys.CreppyHetherington@k12.dc.gov> 7/28/2021 9:05 PM Say it ALL Dr. KIM!!!

"Edwards, Leslie (DCPS)" <leslie.edwards@k12.dc.gov> 7/28/2021 9:05 PM Powerful closing remarks👏👏

"CLEMMONS, TIA (DCPS)" <TIA.CLEMMONS@k12.dc.gov> 7/28/2021 9:05 PM Thank you!

"Little, Dewayne (DCPS)" <Dewayne.Little@k12.dc.gov> 7/28/2021 9:05 PM Thank you

"Brown, Persephone (DCPS)" <Persephone.Brown@k12.dc.gov> 7/28/2021 9:05 PM Thank you to ALL!!! This was EXCELLENT!!!

"McCall, Porshia (DCPS)" <Porshia.McCall@k12.dc.gov> 7/28/2021 9:05 PM Thank you!

"Jackson, Kim (DCPS)" <kim.jackson@k12.dc.gov> 7/28/2021 9:05 PM Awesome ending to SLI. Thank you!!!

"Adutwum, Kim (DCPS)" <kim.adutwum@k12.dc.gov> 7/28/2021 9:05 PM Thanks, everyone!

"Stephens, Gina (DCPS)" <Gina.Stephens@k12.dc.gov> 7/28/2021 9:05 PM 33 DAYS,,,,Here we go...Enjoy the rest of your summer. Thank you.

"Shanahan, Claire (DCPS)" <Claire.Shanahan@k12.dc.gov> 7/28/2021 9:05 PM Thank you!!

"Pilgrim, Chunita (DCPS)" <chunita.pilgrim@k12.dc.gov> 7/28/2021 9:05 PM Thank you!

"Singh, Danielle (DCPS)" <Danielle.Singh@k12.dc.gov> 7/28/2021 9:05 PM Thank you!

"Brann, Jasmine (DCPS)" <jasmine.brann@k12.dc.gov> 7/28/2021 9:06 PM Beautiful!

"Tukeva, Maria (DCPS)" <maria.tukeva@k12.dc.gov> 7/28/2021 9:06 PM Thank you Dr. Kim and team!

"Henggeler, Christopher (DCPS)" <christopher.henggeler@k12.dc.gov> 7/28/2021 9:06 PM Into the breach, all. This is only a beginning

"Lawson, Maleika (DCPS)" <Maleika.Lawson@k12.dc.gov> 7/28/2021 9:06 PM Thank you!!

"Martin, Kimberly (DCPS)" <kimberly.martin@k12.dc.gov> 7/28/2021 9:06 PM Thank you!!!

"Rutherford, Griselda (DCPS)" <griselda.rutherford@k12.dc.gov> 7/28/2021 9:06 PM Well SAID!!!

"Brown, Lisa (DCPS)" <lisa.brown@k12.dc.gov> 7/28/2021 9:06 PM Thank

you so much!
"Williams, Alison (DCPS)" <Alison.Williams@k12.dc.gov> 7/28/2021 9:06
PM Thank you!!!
"Gorham, Derek (DCPS)" <Derek.Gorham@k12.dc.gov> 7/28/2021 9:06 PM
Thank you everyone!!!
"Lappi, Jacob (DCPS)" <Jacob.Lappi@k12.dc.gov> 7/28/2021 9:06 PM
Thanks everyone!
"Goedeke, Janice (DCPS)" <Janice.Goedeke@k12.dc.gov> 7/28/2021 9:06 PM
Thank you!
"Clemmons, LaTasha (DCPS)" <LaTasha.Clemmons@k12.dc.gov> 7/28/2021
9:06 PM Thank you
"Fuller, Terri (DCPS)" <Terri.Fuller@k12.dc.gov> 7/28/2021 9:06 PM
Thank you!
"Payton, Gwendolyn M. (DCPS)" <gwendolyn.payton@k12.dc.gov> 7/28/2021
9:06 PM Thank much.
"Cartagena, Gabriel (DCPS)" <gabriel.cartagena@k12.dc.gov> 7/28/2021
9:06 PM Thank you to everyone especially our school leaders!
"Thweatt, Adrian D. (DCPS)" <adrian.thweatt@k12.dc.gov> 7/28/2021 9:06
PM Thank you!
"Hooks, Calvin (DCPS)" <Calvin.Hooks@k12.dc.gov> 7/28/2021 9:06 PM
Thank you!
"Schooler, Michelle (DCPS)" <michelle.schooler@k12.dc.gov> 7/28/2021
9:06 PM Thank you all!!
"McCray, Harold (DCPS)" <Harold.McCray@k12.dc.gov> 7/28/2021 9:06 PM
Thank you!
"Stinson, MaryAnn (DCPS)" <maryann.stinson@k12.dc.gov> 7/28/2021 9:06
PM Powerful ending!
"Hunt, Amelia (DCPS)" <Amelia.Hunt@k12.dc.gov> 7/28/2021 9:06 PM Thank
you!
"Sykes, Angelique (DCPS)" <angelique.sykes@k12.dc.gov> 7/28/2021 9:06
PM Thank you
"Haith, William (DCPS)" <william.haith@k12.dc.gov> 7/28/2021 9:06 PM
That 70S Show Yes GIF by Laff (GIF Image)
"Plenty, Shenora (DCPS)" <shenora.plenty@k12.dc.gov> 7/28/2021 9:06 PM
Thank you!
"Rubino, Stefania (DCPS)" <Stefania.Rubino@k12.dc.gov> 7/28/2021 9:06
PM Thank you
"Broquard, Carrie (DCPS)" <carrie.broquard@k12.dc.gov> 7/28/2021 9:06
PM Thank you everyone.
"Preston, Masi (DCPS)" <masi.preston@k12.dc.gov> 7/28/2021 9:06 PM
Very profound SLI week! Thank you.
"Lewis-Samuels, Janice (DCPS)" <janice.lewis-samuels@k12.dc.gov>
7/28/2021 9:06 PM Thank you ALL!
"Branch, Kennard (DCPS)" <Kennard.Branch@k12.dc.gov> 7/28/2021 9:06 PM
Have a great year everyone!!!!
"Ford, Shelton (DCPS)" <Shelton.Ford@k12.dc.gov> 7/28/2021 9:06 PM
Thank you.
"Sanders, Mark (DCPS)" <mark.sanders@k12.dc.gov> 7/28/2021 9:06 PM
Thanks! Let;s have an amazing year all!!!
"Isaac, Sylvia A. (DCPS)" <sylvia.isaac@k12.dc.gov> 7/28/2021 9:06 PM

Thank you!
"Elliott, Brenda (DCPS)" <brenda.elliott@k12.dc.gov> 7/28/2021 9:06 PM
AWESOME!!!!
Dawn Foreman <dforeman@tfcusa.org> 7/28/2021 9:06 PM I have chills,
Melissa Kim!
"Wright, Pierre (DCPS)" <Pierre.Wright@k12.dc.gov> 7/28/2021 9:06 PM
Thank you!
"Reid, Grace (DCPS)" <grace.reid@k12.dc.gov> 7/28/2021 9:06 PM Thank
you everyone!
"Shands, Samantha (DCPS)" <Samantha.Shands@k12.dc.gov> 7/28/2021 9:06
PM Thank you!
"Sueing, Sonya (DCPS)" <sonya.sueing@k12.dc.gov> 7/28/2021 9:06 PM
Thank You!
"Beckwith, Lacondria (DCPS)" <lacondria.beckwith@k12.dc.gov> 7/28/2021
9:06 PM Thanks!
"Cole, Marcia (DCPS)" <Marcia.Cole@k12.dc.gov> 7/28/2021 9:06 PM Thank
you to the entire team!
"Jones, Melvina (DCPS)" <melvina.jones@k12.dc.gov> 7/28/2021 9:06 PM
AWESOME!!!
"Muhammad, Andre (DCPS)" <Andre.Muhammad@k12.dc.gov> 7/28/2021 9:06 PM
Thanks!
"Lundgren, Katie (DCPS)" <katie.lundgren@k12.dc.gov> 7/28/2021 9:07 PM
Thank you for this closing message!
"Snell, Tacora (DCPS)" <Tacora.Snell@k12.dc.gov> 7/28/2021 9:07 PM
Thank you.
"Mills, Caneisha (DCPS)" <caneisha.mills@k12.dc.gov> 7/28/2021 9:07 PM
Thank you
"Lacy, Monica (DCPS)" <monica.lacy@k12.dc.gov> 7/28/2021 9:07 PM Thank
you!
"Ager, Lora (DCPS)" <lora.ager@k12.dc.gov> 7/28/2021 9:07 PM Thank
you!!
"James, Darion (DCPS)" <Darion.James@k12.dc.gov> 7/28/2021 9:07 PM
Thank You!
"Ferdinand, Venus (DCPS)" <Venus.Ferdinand@k12.dc.gov> 7/28/2021 9:07
PM Thank you!
"Lyons-Lucas, O'Kiyyah (DCPS)" <okiyyah.lyons-lucas@k12.dc.gov>
7/28/2021 9:07 PM Thank you!
"Thompson, Page (DCPS)" <page.thompson@k12.dc.gov> 7/28/2021 9:07 PM
Thanks everyone!
"McKenzie, Tomeka (DCPS)" <tomeka.mckenzie@k12.dc.gov> 7/28/2021 9:07
PM Thank you !!
"Cartwright, Crystal (DCPS)" <crystal.cartwright@k12.dc.gov> 7/28/2021
9:07 PM Inspiring and Powerful Closing!
"Brann, Jasmine (DCPS)" <jasmine.brann@k12.dc.gov> 7/28/2021 9:07 PM
Thank you DCPS for a wonderful SLI experience!
"Gray, Shelly (DCPS)" <Shelly.Gray@k12.dc.gov> 7/28/2021 9:08 PM Thank
you, colleagues!
"Martin, Martisha (DCPS)" <martisha.martin@k12.dc.gov> 7/28/2021 9:08
PM Did she say 33 days! Wow!
"Miles, Morrell (DCPS)" <Morrell.Miles@k12.dc.gov> 7/28/2021 9:09 PM

Message edited: "Sandler, Ryan (DCPS)" <Ryan.Sandler@k12.dc.gov>
7/28/2021 9:12 PM Play
"Shaw, Tarsha (DCPS)" <tarsha.shaw@k12.dc.gov> 7/28/2021 7:34 PM You
got this! Trust the process.
"Hunt, Amelia (DCPS)" <Amelia.Hunt@k12.dc.gov> 7/28/2021 7:34 PM
"There is no choir!"
"Dogbe, Akela (DCPS)" <akela.dogbe@k12.dc.gov> 7/28/2021 7:34 PM
"Reform tinkers with the edges of injustice." Bettina Love
#liberateschooling
"Simms, Samantha (DCPS)" <samantha.simms@k12.dc.gov> 7/28/2021 7:34 PM
"How do you eat an elephant? One bite at a time."
"Anderson, Jacqueline A. (DCPS)" <jacqueline.anderson@k12.dc.gov>
7/28/2021 7:35 PM Honor the truth!
"Lynch, Rashad (DCPS)" <Rashad.Lynch@k12.dc.gov> 7/28/2021 7:35 PM
"Blackness is bigger than Anti-Blackness"
"Williams, Rachel (DCPS)" <Rachel.Williams4@k12.dc.gov> 7/28/2021 7:35
PM Every single word B. Love dropped on us. If you missed that keynote
you missed one of the best I have ever heard!
"Shaw, Charise D. (DCPS)" <charise.shaw@k12.dc.gov> 7/28/2021 7:35 PM
"what's strong with students, not what's wrong with students"
"McDonough, Jacqueline (DCPS)" <Jacqueline.McDonough@k12.dc.gov>
7/28/2021 7:35 PM "Niceness is not courageous" R.Diangelo
"Marcel-Herbert, Tenisha" <Tenisha.Marcel-Herbert@k12.dc.gov>
7/28/2021 7:35 PM "There is a deep history of harm between Black
children and schools." - Dr. Robin D'Angelo
"Johnson, Tiffany R. (DCPS)" <Tiffany.Johnson3@k12.dc.gov> 7/28/2021
7:35 PM how do we ensure that all of our students have a racial
identity?
"Adutwum, Kim (DCPS)" <kim.adutwum@k12.dc.gov> 7/28/2021 7:35 PM What
is strong about the student?
"Fields, DeChantel (DCPS)" <DeChantel.Fields@k12.dc.gov> 7/28/2021
7:35 PM "My ancestors left me a playbook of hard work. This work is
not 8:30-3:30."--Dr. Love
"McKenzie, Nicola (DCPS)" <nicola.mckenzie@k12.dc.gov> 7/28/2021 7:35
PM "We have to have conflict in love" Thank you Dr.Love !
"Muhammad, Andre (DCPS)" <Andre.Muhammad@k12.dc.gov> 7/28/2021 7:35 PM
"Students are more than numbers."
"Berkowitz, MScott (DCPS)" <MScott.Berkowitz@k12.dc.gov> 7/28/2021
7:35 PM Assume that it's you. - Dr. DiAngelo
"Morrison, Brian (DCPS)" <Brian.Morrison@k12.dc.gov> 7/28/2021 7:35 PM
"Inter-generational plunder." Dr. Clint Smith
"Vialpando, Jacqueline M. (DCPS)" <jacqueline.vialpando@k12.dc.gov>
7/28/2021 7:36 PM "Sweep Your Stoop" n"What do I do?" "Assume that it
is you."
"Snell, Tacora (DCPS)" <Tacora.Snell@k12.dc.gov> 7/28/2021 7:36 PM
"You don't know what kids know or what they can do!"
Message edited: "Warren, Shelina (DCPS)" <Shelina.Warren@k12.dc.gov>
7/28/2021 7:36 PM "Teach kids to change the system." -Bettina Love
Amy Collins <ascollins28@gmail.com> 7/28/2021 7:36 PM From Dr. Love:
What do we lose as a society if we don't educate black and brown

children to their highest potential?
"Cartagena, Gabriel (DCPS)" <gabriel.cartagena@k12.dc.gov> 7/28/2021
7:36 PM "Your school is already the prison it is not a pipeline"

Dr. Love
"McCall, Porshia (DCPS)" <Porshia.McCall@k12.dc.gov> 7/28/2021 7:36 PM
*enters Dr. Bennita Love's entire keynote*
"Thomas, Adair (DCPS)" <Adair.Thomas@k12.dc.gov> 7/28/2021 7:36 PM
Trust is EARNED
"Elliott, Brenda (DCPS)" <brenda.elliott@k12.dc.gov> 7/28/2021 7:36 PM
"I am the most invested in NOT seeing my own collusion."
"Grady, Carla" <carla.grady@k12.dc.gov> 7/28/2021 7:36 PM "Reach
further than you think you can reach"— Abby Phillip
"Goedeke, Janice (DCPS)" <Janice.Goedeke@k12.dc.gov> 7/28/2021 7:36 PM
Be a co-conspirator. Leverage your power.
"Smith, Dyana (DCPS)" <dyana.smith@k12.dc.gov> 7/28/2021 7:36 PM Black
people's role in this work is to be well  and take care of ourselves —
Dr.Love
"Martin, Kimberly (DCPS)" <kimberly.martin@k12.dc.gov> 7/28/2021 7:36
PM "No nation can enslave a race for hundreds of years, set them free
debraggled and penniless, pit them without assistance in a hostile
environment against privileged victimizes, and then reasonably expect
the gap between the heirs of the two groups to narrow."
"Golden, Malaika (DCPS)" <malaika.golden@k12.dc.gov> 7/28/2021 7:36 PM
"Racism - Anti-Blackness - Spirit Murderer" Dr. Love
"Thompson, Jamila A. (DCPS)" <jamila.thompson@k12.dc.gov> 7/28/2021
7:36 PM "Be steadfast in knowing that there is power in telling the
truth." -Abby Phillips
"Brown, Natalie (DCPS)" <Natalie.Brown@k12.dc.gov> 7/28/2021 7:36 PM
"Racism is a system, not an event."
"Wright, ShaVon (DCPS)" <shavon.wright@k12.dc.gov> 7/28/2021 7:37 PM A
take and a spin off of the words of Abby Phillips: We know so much,
but know nothing at the same time. It is the time taken to learn
additional context to address the problem (any problem) appropriately
and succinctly.
Message edited: "Jacobs, Suzanne (DCPS)" <Suzanne.Jacobs@k12.dc.gov>
7/28/2021 7:37 PM trust is earned
"Hunt, Amelia (DCPS)" <Amelia.Hunt@k12.dc.gov> 7/28/2021 7:37 PM
(Paraphrasing) I had the benefit of working with people who allowed me
to be vulnerable and ask questions about what I didn't know.
"Lee, Antwan (DCPS)" <Antwan.Lee@k12.dc.gov> 7/28/2021 7:37 PM "Trust
has to be earned not expected or demanded" R. DiAngelo
"Shands, Samantha (DCPS)" <Samantha.Shands@k12.dc.gov> 7/28/2021 7:37
PM Dr. Love....."we don't want to be saved....just remove the
barriers!"
"Miles, Morrell (DCPS)" <Morrell.Miles@k12.dc.gov> 7/28/2021 7:37 PM
"Every inch of Black progress has been met with White rage."
-R.DiAngelo
"Dabney, Doris T. (DCPS)" <doris.dabney@k12.dc.gov> 7/28/2021 7:37 PM
Notice the student like Abby who are sitting back to make them great!

"Sawyer, Moniqua R. (DCPS)" <moniqua.sawyer@k12.dc.gov> 7/28/2021 7:37
PM It's not if we are racists but how we are racists
"Hunter, Angel (DCPS)" <angel.hunter@k12.dc.gov> 7/28/2021 7:37 PM
Black children are not permitted to display a range of emotions- Dr.
Love
"BATIE, MELANIE (DCPS)" <MELANIE.BATIE@k12.dc.gov> 7/28/2021 7:37 PM
Dr. DiAngelo's reflections.
"Boyd, Lakia (DCPS)" <Lakia.Boyd@k12.dc.gov> 7/28/2021 7:37 PM We need
to fix systems, not students
"Tukeva, Maria (DCPS)" <maria.tukeva@k12.dc.gov> 7/28/2021 7:37 PM
Everything Dr. Clint Smith said
"Chang, Sunny (DCPS)" <sunny.chang@k12.dc.gov> 7/28/2021 7:37 PM
Racism and the system of white supremacy exist. Racist ideology is
circulating at all times. No one is exempt from these social and
institutional forces. ....Racism must be continually identified,
analyzed and challenged. No one is ever done
"Green, Andrew R. (DCPS)" <Andrew.Green@k12.dc.gov> 7/28/2021 7:38 PM
Does XYZ lead to more inclusiveness or more suppression?
"Ferguson, Rhonda (DCPS)" <rhonda.ferguson@k12.dc.gov> 7/28/2021 7:38
PM The emotions/feelings of black families are rationale.
"Lee, Antwan (DCPS)" <Antwan.Lee@k12.dc.gov> 7/28/2021 7:38 PM Assume
that it is you!
"Broom, Lisa (DCPS)" <Lisa.Broom@k12.dc.gov> 7/28/2021 7:38 PM
Thinking about "gaps" as debts owed
"Hankton, Khadijah (DCPS)" <Khadijah.Hankton@k12.dc.gov> 7/28/2021
7:38 PM "Student deficits are debts that we own them."
"Miles, Morrell (DCPS)" <Morrell.Miles@k12.dc.gov> 7/28/2021 7:38 PM
"Racism is a system not an event." R. DiAngelo
"Broquard, Carrie (DCPS)" <carrie.broquard@k12.dc.gov> 7/28/2021 7:38
PM Assume it's you.
"Martinez, Veronica (DCPS)" <veronica.martinez@k12.dc.gov> 7/28/2021
7:38 PM "Classroom community should replace classroom managemnt"-Dr.
Love
"Stephens, Gina (DCPS)" <Gina.Stephens@k12.dc.gov> 7/28/2021 7:38 PM
Respecting and leaning into Dr. DiAngelo...
"McDonough, Jacqueline (DCPS)" <Jacqueline.McDonough@k12.dc.gov>
7/28/2021 7:39 PM "no one is ever done"
"Cole, Marcia (DCPS)" <Marcia.Cole@k12.dc.gov> 7/28/2021 7:39 PM
'Intentions are irrelevant- to the impact." R. DiAngelo
"Thompson, Jamila A. (DCPS)" <jamila.thompson@k12.dc.gov> 7/28/2021
7:39 PM "What have we lost when we don't educate black and brown
students to their fullest potential?" Dr. Love
"Geremia, Robert (DCPS)" <robert.geremia@k12.dc.gov> 7/28/2021 7:39 PM
"Niceness is not antiracism."
"Morino, Fabiola (DCPS)" <fabiola.morino@k12.dc.gov> 7/28/2021 7:39 PM
"No nation can enslave a race of people for hundreds of years, set
them free bedraggled and penniless, put them without assistance in a
hostile environment against privileged victimizers and then reasonably
expect the gap between the heirs of the two group to narrow."
"Snell, Tacora (DCPS)" <Tacora.Snell@k12.dc.gov> 7/28/2021 7:40 PM

Violence is children going to school for 12 years and receiving 6 years worth of education!

"Ferguson, Rhonda (DCPS)" <rhonda.ferguson@k12.dc.gov> 7/28/2021 7:40 PM Ruby Bridges is only in her 60s ....so this work is still very very new. It has not been that long ago.

"Lewis—Samuels, Janice (DCPS)" <janice.lewis—samuels@k12.dc.gov> 7/28/2021 7:40 PM Black Joy!

"Berry—Young, Zara (DCPS)" <Zara.Berry—Young@k12.dc.gov> 7/28/2021 7:40 PM Racism is a system, not an event. J. Kehaulani Kauanui

"Sykes, Angelique (DCPS)" <angelique.sykes@k12.dc.gov> 7/28/2021 7:40 PM Dr Love — Work on healthy racial identity...

"Morino, Fabiola (DCPS)" <fabiola.morino@k12.dc.gov> 7/28/2021 7:41 PM Niceness is not antiracism.

"Otoole, Molly (DCPS)" <Molly.Otoole@k12.dc.gov> 7/28/2021 7:41 PM "Black parents mistrust of white educators and administrators is reasonable" —R. DiAngelo

"Smith, Lakira (DCPS)" <Lakira.Smith@k12.dc.gov> 7/28/2021 7:41 PM "The opposite of racist isnt 'not racist.' It is antiracist"

"Samball, Elizabeth (DCPS)" <elizabeth.samball@k12.dc.gov> 7/28/2021 7:42 PM "Respect is not given. It's earned."

"Morrison, Brian (DCPS)" <Brian.Morrison@k12.dc.gov> 7/28/2021 7:44 PM Community stakeholders too

"Hoffman, Paige (DCPS)" <Paige.Hoffman@k12.dc.gov> 7/28/2021 7:45 PM Agreed Morrison, Brian (DCPS) ! But there were only so many spidermen in the meme LOL

"Hoffman, Paige (DCPS)" <Paige.Hoffman@k12.dc.gov> 7/28/2021 7:45 PM We had to selectively pick on folks 😂😂

"Morrison, Brian (DCPS)" <Brian.Morrison@k12.dc.gov> 7/28/2021 7:46 PM Hoffman, Paige (DCPS)  no shade 😂😂

"Hoffman, Paige (DCPS)" <Paige.Hoffman@k12.dc.gov> 7/28/2021 7:49 PM We promise we read the chats and see the calls for policy shifts!!

"Kim, Melissa (DCPS)" <Melissa.Kim@k12.dc.gov> 7/28/2021 7:49 PM We have a long way to go, but we are diving in!

"Morrison, Brian (DCPS)" <Brian.Morrison@k12.dc.gov> 7/28/2021 7:49 PM It has to be live in budget policy at the center!

"Kim, Melissa (DCPS)" <Melissa.Kim@k12.dc.gov> 7/28/2021 7:49 PM Thanks the plan Morrison, Brian (DCPS)

"Caruthers, Andria (DCPS)" <andria.caruthers@k12.dc.gov> 7/28/2021 7:50 PM Anti-black...yes call it out! We need to name it more

"Griffin, Taeneress (DCPS)" <Taeneress.Griffin@k12.dc.gov> 7/28/2021 7:50 PM This!!!!!!!!!!

"Jackson, Nikeysha (DCPS)" <Nikeysha.Jackson@k12.dc.gov> 7/28/2021 7:51 PM Thank you for naming that! Martin, Kimberly (DCPS) !

"Fils—Aime, Samantha (DCPS)" <Samantha.Fils—Aime@k12.dc.gov> 7/28/2021 7:51 PM Yes Martin, Kimberly (DCPS) !!! NAME.IT.

"Dogbe, Akela (DCPS)" <akela.dogbe@k12.dc.gov> 7/28/2021 7:51 PM YES!

"Wilkerson, Courtney (DCPS)" <courtney.wilkerson@k12.dc.gov> 7/28/2021 7:51 PM So grateful for your powerful voice in your new role Martin, Kimberly (DCPS)

"McDuffie, Staci (DCPS)" <staci.mcduffie@k12.dc.gov> 7/28/2021 7:51 PM

Your comments are SO appreciated! Martin, Kimberly (DCPS)
"Edwards, Leslie (DCPS)" <leslie.edwards@k12.dc.gov> 7/28/2021 7:51 PM
Truly appreciate your leadership IS Martin — Thank you for saying this
directly!
"Ocansey, Bregeneve (DCPS)" <bregeneve.ocansey@k12.dc.gov> 7/28/2021
7:52 PM Thank you for naming that!!!! Martin, Kimberly (DCPS) !!!
"Jackson, Janee (DCPS)" <Janee.Jackson@k12.dc.gov> 7/28/2021 7:52 PM
Thank you!!! Martin, Kimberly (DCPS)
"Mitchell—Patterson, Tiffany (DCPS)" <Tiffany.Mitchell-
Patterson@k12.dc.gov> 7/28/2021 7:52 PM THIS!
"Dogbe, Akela (DCPS)" <akela.dogbe@k12.dc.gov> 7/28/2021 7:52 PM
LISTEN!!!!!
"McDuffie, Staci (DCPS)" <staci.mcduffie@k12.dc.gov> 7/28/2021 7:52 PM
PREACH!!!
"Daniel, Shaunte (DCPS)" <shaunte.daniel@k12.dc.gov> 7/28/2021 7:52 PM
YESSSS! Martin, Kimberly (DCPS)
"Ball, Tomiko D. (DCPS)" <tomiko.ball@k12.dc.gov> 7/28/2021 7:52 PM IS
Martin, Kimberly (DCPS)  You are not alone we got your back!!!
"Wilkerson, Courtney (DCPS)" <courtney.wilkerson@k12.dc.gov> 7/28/2021
7:52 PM We are standing right next you Martin, Kimberly (DCPS) as you
speak truth!
"Fuller, Terri (DCPS)" <Terri.Fuller@k12.dc.gov> 7/28/2021 7:52 PM
Thank you Martin, Kimberly (DCPS)!
"Young, Tynika (DCPS)" <tynika.young@k12.dc.gov> 7/28/2021 7:52 PM
thank you for your transparency, insight and leadership Martin,
Kimberly (DCPS)
"Johnson, Diane B. (DCPS)" <Diane.Johnson6@k12.dc.gov> 7/28/2021 7:52
PM This level of transparency is way past over due!!! Thank you for
SAYING it!!!! Martin, Kimberly (DCPS)
"Ocansey, Bregeneve (DCPS)" <bregeneve.ocansey@k12.dc.gov> 7/28/2021
7:52 PM Colorism is real!
"Carter, Stacey (DCPS)" <Stacey.Carter@k12.dc.gov> 7/28/2021 7:52 PM
Thank you! Thank you!
"Dogbe, Akela (DCPS)" <akela.dogbe@k12.dc.gov> 7/28/2021 7:52 PM And
how Black women leaders are handled by central office units.
"Alexander, Demetrius (DCPS)" <Demetrius.Alexander@k12.dc.gov>
7/28/2021 7:52 PM This is Leadership... thank you!
Jessica Greer (Guest) 7/28/2021 7:52 PM Thank you!
Message edited: "McCall, Porshia (DCPS)" <Porshia.McCall@k12.dc.gov>
7/28/2021 7:53 PM Thank you for naming all of the above Martin,
Kimberly (DCPS)
"Hodge, Destinee" <destinee.hodge@k12.dc.gov> 7/28/2021 7:53 PM Wow,
thank you so much Martin, Kimberly (DCPS)
"Goff, Angela (DCPS)" <angela.goff@k12.dc.gov> 7/28/2021 7:53 PM Yes!
I appreciate that!
"Robinson, Cynthia (DCPS)" <Cynthia.Robinson@k12.dc.gov> 7/28/2021
7:53 PM Yes Martin, Kimberly (DCPS) Thank you
"Bucciero, Marie—Elena (DCPS)" <Marie-Elena.Bucciero@k12.dc.gov>
7/28/2021 7:53 PM 🙌 Martin, Kimberly (DCPS) that was powerful
"Dix, Shawna (DCPS)" <shawna.dix@k12.dc.gov> 7/28/2021 7:53 PM Thanks

Martin, Kimberly
"Ferguson, Rhonda (DCPS)" <rhonda.ferguson@k12.dc.gov> 7/28/2021 7:53
PM Thank-you. Courageous Conversation in this way!
"Goodman, Tiffany (DCPS)" <Tiffany.Goodman2@k12.dc.gov> 7/28/2021 7:53
PM Thank you Dr. Martin, Kimberly (DCPS) ! Powerful message!
"Golden, Malaika (DCPS)" <malaika.golden@k12.dc.gov> 7/28/2021 7:53 PM
Thank you Martin, Kimberly (DCPS)  for acknowledging some oof our
struggles. I appreciate your vulnerability and honesty.
"Zeigler, Sheena (DCPS)" <Sheena.Zeigler@k12.dc.gov> 7/28/2021 7:53 PM
Well said! Martin, Kimberly (DCPS)
"Smith, Nadine (DCPS)" <Nadine.Smith@k12.dc.gov> 7/28/2021 7:54 PM
Thank you Martin, Kimberly (DCPS)
"Williams, Benjamin (DCPS)" <benjamin.williams@k12.dc.gov> 7/28/2021
7:54 PM Great message Martin, Kimberly (DCPS)
"Vialpando, Jacqueline M. (DCPS)" <jacqueline.vialpando@k12.dc.gov>
7/28/2021 7:54 PM Martin, Kimberly (DCPS)  Thanks for being
courageous, committed and leveraging power.
"Williams, Benjamin (DCPS)" <benjamin.williams@k12.dc.gov> 7/28/2021
7:54 PM Thank you for being brave and courageous!
"Hooks, Calvin (DCPS)" <Calvin.Hooks@k12.dc.gov> 7/28/2021 7:54 PM
Thank you, Martin, Kimberly (DCPS) .
"Rene, Elizabeth (DCPS)" <elizabeth.rene@k12.dc.gov> 7/28/2021 7:55 PM
"Upset the setup." - Michaels, Sharon (DCPS)
"Stephens, Gina (DCPS)" <Gina.Stephens@k12.dc.gov> 7/28/2021 7:56 PM
Yes...@Sharon Michaels!
"McCall, Porshia (DCPS)" <Porshia.McCall@k12.dc.gov> 7/28/2021 7:56 PM
Michaels, Sharon (DCPS) SPEAK
"Dembry, Tumeka (DCPS)" <tumeka.dembry@k12.dc.gov> 7/28/2021 7:56 PM
Michaels, Sharon (DCPS)  ~Upset the Setup!!!
"Snyder, Vanessa W. (DCPS)" <vanessa.snyder@k12.dc.gov> 7/28/2021 7:56
PM Look for joy! Yes!
"Robinson, Camille (DCPS)" <camille.robinson4@k12.dc.gov> 7/28/2021
7:56 PM ABSOLUTELY
"Davidson, Stephanie (DCPS)" <stephanie.davidson@k12.dc.gov> 7/28/2021
7:56 PM WELL SAID AP MICHAELS!
"Martin, Kimberly (DCPS)" <kimberly.martin@k12.dc.gov> 7/28/2021 7:56
PM Yes! I love this!!
"Mitchell-Patterson, Tiffany (DCPS)" <Tiffany.Mitchell-
Patterson@k12.dc.gov> 7/28/2021 7:56 PM All of this!
"Martin, Kimberly (DCPS)" <kimberly.martin@k12.dc.gov> 7/28/2021 7:56
PM Upset the set up!
"Rene, Elizabeth (DCPS)" <elizabeth.rene@k12.dc.gov> 7/28/2021 7:56 PM
YASSS!
"Vialpando, Jacqueline M. (DCPS)" <jacqueline.vialpando@k12.dc.gov>
7/28/2021 7:56 PM Martin, Kimberly (DCPS)  I'd like to see a combined
group of immigrant girls with black girls. We grow and learn together
to thrive.
"Ball, Tomiko D. (DCPS)" <tomiko.ball@k12.dc.gov> 7/28/2021 7:56 PM
Speak this truth Michaels, Sharon (DCPS) Thank you
"Fuller, Terri (DCPS)" <Terri.Fuller@k12.dc.gov> 7/28/2021 7:56 PM Yes

Sharon!
"Carter, Stacey (DCPS)" <Stacey.Carter@k12.dc.gov> 7/28/2021 7:56 PM
Upset the Setup needs to be a poster!
"Edwards, Leslie (DCPS)" <leslie.edwards@k12.dc.gov> 7/28/2021 7:56 PM
Celebrating our black and brown students for simply being...Thank you
AP Michaels!
"Rene, Elizabeth (DCPS)" <elizabeth.rene@k12.dc.gov> 7/28/2021 7:57 PM
We want to do more than survive!
Amy Collins <ascollins28@gmail.com> 7/28/2021 7:57 PM Love that so
much. So, so important to take care of yourself, and remember that it
is NOT your job to explain racism to white people.
"BATIE, MELANIE (DCPS)" <MELANIE.BATIE@k12.dc.gov> 7/28/2021 7:57 PM
This conversation is SO IMPORTANT!
"Marcel-Herbert, Tenisha" <Tenisha.Marcel-Herbert@k12.dc.gov>
7/28/2021 7:57 PM Yes ma'am!!! Looking for joy!!! Upset the setup!
"Walker, James (DCPS)" <James.Walker4@k12.dc.gov> 7/28/2021 7:57 PM
Self care is how we have the energy to care for others!
"Wilkerson, Courtney (DCPS)" <courtney.wilkerson@k12.dc.gov> 7/28/2021
7:57 PM Quote is from Mayor Tubbs in Stockton
"Ameyaw, Grace (DCPS)" <grace.ameyaw@k12.dc.gov> 7/28/2021 7:57 PM Yes
👫
Jessica Greer (Guest) 7/28/2021 7:57 PM Thank you Dr. Michaels!!
"Goff, Angela (DCPS)" <angela.goff@k12.dc.gov> 7/28/2021 7:57 PM Well
said Michaels, Sharon (DCPS) – Upset the Set-UP...thanks for the
truth
"Nelson, Jennifer (DCPS)" <jennifer.nelson@k12.dc.gov> 7/28/2021 7:58
PM NO END....ongoing work!!!
"Bucciero, Marie-Elena (DCPS)" <Marie-Elena.Bucciero@k12.dc.gov>
7/28/2021 7:58 PM So powerful to hear these reflections from our
internal DCPS leadership and not just the keynote speakers – thank you
for this!
"Rene, Elizabeth (DCPS)" <elizabeth.rene@k12.dc.gov> 7/28/2021 7:59 PM
AP Michaels, Sharon (DCPS)  has an AMAZING Anti-Racist Educator
University session on, "Learning Radical Self-Care from Black,
Indigenous Women of Color Who Disrupt." Worth taking a look! We'll
share the link in a follow-up.
"Thompson, Page (DCPS)" <page.thompson@k12.dc.gov> 7/28/2021 7:59 PM
Thank you AP Michael's! Your statements were courageous, respectful
and bold. It should cause all of us to take a pause and reflect on our
leadership.
"Wright, ShaVon (DCPS)" <shavon.wright@k12.dc.gov> 7/28/2021 7:59 PM
Thank you, sir!
"Caruthers, Andria (DCPS)" <andria.caruthers@k12.dc.gov> 7/28/2021
7:59 PM Yes, being able to interrupt of others' actions too
Message deleted: 7/28/2021 7:59 PM "Martin, Kimberly (DCPS)"
<kimberly.martin@k12.dc.gov> 7/28/2021 7:59 PM Thank you, Berkowitz,
MScott (DCPS) ! Courageous Leadership!
Message edited: "Caruthers, Andria (DCPS)"
<andria.caruthers@k12.dc.gov> 7/28/2021 8:00 PM Yes, being able to
interrupt others' actions...

"Byrd, Stephanie (DCPS)" <stephanie.byrd@k12.dc.gov> 7/28/2021 8:00 PM
Thank you Capitol HIll Principal Berkowitz, MScott (DCPS)
"Haith, William (DCPS)" <william.haith@k12.dc.gov> 7/28/2021 8:00 PM
C5
"Ball, Tomiko D. (DCPS)" <tomiko.ball@k12.dc.gov> 7/28/2021 8:00 PM
Feeling of belonging is essential
Jessica Greer (Guest) 7/28/2021 8:01 PM Yay Berkowitz, MScott (DCPS)
repping Cluster 4!! :)
"Thompson, Page (DCPS)" <page.thompson@k12.dc.gov> 7/28/2021 8:01 PM
Thank you for being vulnerable to your staff, and being a
Transformational Leader at your school!
"Caruthers, Andria (DCPS)" <andria.caruthers@k12.dc.gov> 7/28/2021
8:02 PM MJP represent! Cohort 5 stand up! 🙌🏾 🙌🏾
"Green, Andrew R. (DCPS)" <Andrew.Green@k12.dc.gov> 7/28/2021 8:03 PM
Dismantling American racism is a radical stance. And we and the
chancellor are to the left of a lot of the country, probably to the
left of a lot of DCPS staff. So we may agree with the truth of what's
happening, but we aren't going to be in agreement with all of DCPS or
even all of our schools.
Part of me feels like we're a good step forward into a new era, part
of me feels like we're taking a brave step into an uncertain domain,
where many people we like and work with *will* be against what we
believe
"Hunt, Amelia (DCPS)" <Amelia.Hunt@k12.dc.gov> 7/28/2021 8:03 PM Thank
you, Principal Berkowitz, MScott (DCPS) !!
"Green, Andrew R. (DCPS)" <Andrew.Green@k12.dc.gov> 7/28/2021 8:03 PM
But I'm excited to be there
"Golden, Malaika (DCPS)" <malaika.golden@k12.dc.gov> 7/28/2021 8:03 PM
Thank you for sharing Berkowitz, MScott (DCPS)
"Gorham, Derek (DCPS)" <Derek.Gorham@k12.dc.gov> 7/28/2021 8:03 PM
Nice job Berkowitz, MScott (DCPS) MJP C5!!!
"Rene, Elizabeth (DCPS)" <elizabeth.rene@k12.dc.gov> 7/28/2021 8:04 PM
Thank you for sharing! Berkowitz, MScott (DCPS)
"Rene, Elizabeth (DCPS)" <elizabeth.rene@k12.dc.gov> 7/28/2021 8:04 PM
After breakouts, we will all return to the main room by 4:25pm EST. 🙌🏾
See you soon!
"Bengtson, Kristopher (DCPS)" <Kristopher.Bengtson@k12.dc.gov>
7/28/2021 8:04 PM Thank you, Berkowitz, MScott (DCPS) ! Excited for
you in this new role.
"Hoffman, Paige (DCPS)" <Paige.Hoffman@k12.dc.gov> 7/28/2021 8:06 PM
Please come back at 4:25 after your school team debrief! If your
school is interested in sharing out how they will be addressing a
specific policy or practice please message me.
"Haith, William (DCPS)" <william.haith@k12.dc.gov> 7/28/2021 8:07 PM
🙌🏾
Message edited: "Lamb, Michael (DCPS)" <Michael.Lamb@k12.dc.gov>
7/28/2021 8:12 PM Feel free to use your Whole Child Inventory Data
from Monday to spur your team's thinking!
Message edited: "Martin, Kimberly (DCPS)" <kimberly.martin@k12.dc.gov>
7/28/2021 8:08 PM If you are interested in joining the Black Women

Principal Affinity group, please email me at
kimberly.martin@k12.dc.gov
"Martin, Kimberly (DCPS)" <kimberly.martin@k12.dc.gov> 7/28/2021 8:09
PM Thanks to all who have already sent an email. 💜
"Hoffman, Paige (DCPS)" <Paige.Hoffman@k12.dc.gov> 7/28/2021 8:09
PM ::looking at my DMs for volunteers::
"Nelson, Jennifer (DCPS)" <jennifer.nelson@k12.dc.gov> 7/28/2021 8:18
PM Time check: 7 more minutes in school team breakouts!
"Hoffman, Paige (DCPS)" <Paige.Hoffman@k12.dc.gov> 7/28/2021 8:23 PM
Friendly reminder – 2 minutes!
Message edited: "Pritchard, Tenia N. (DCPS)"
<tenia.pritchard@k12.dc.gov> 7/28/2021 8:25 PM I was also impressed
with their bookshelves.


"Hoffman, Paige (DCPS)" <Paige.Hoffman@k12.dc.gov> 7/28/2021 8:24
PM :Jeopardy music:
Message edited: "Marcel–Herbert, Tenisha" <Tenisha.Marcel–
Herbert@k12.dc.gov> 7/28/2021 8:25 PM Pritchard, Tenia N. (DCPS)
everyone of them were CNN ready!
"Nelson, Jennifer (DCPS)" <jennifer.nelson@k12.dc.gov> 7/28/2021 8:26
PM Dr. Love! She was a WHOLE MOOD!
"Marcel–Herbert, Tenisha" <Tenisha.Marcel–Herbert@k12.dc.gov>
7/28/2021 8:27 PM Loved the neatness of Dr. Smith's shelf.
"Grau, David (DCPS)" <david.grau@K12.dc.gov> 7/28/2021 8:27 PM image
"Rene, Elizabeth (DCPS)" <elizabeth.rene@k12.dc.gov> 7/28/2021 8:27 PM
Wow, Abby was the only one without a bookshelf!
"Kreisman, Florence (DCPS)" <florence.kreisman@k12.dc.gov> 7/28/2021
8:28 PM Gotta love the flex of the book they authored as the prominent
one
"Lyons–Lucas, O'Kiyyah (DCPS)" <okiyyah.lyons–lucas@k12.dc.gov>
7/28/2021 8:28 PM Dr. Love!!!
"Wright, Pierre (DCPS)" <Pierre.Wright@k12.dc.gov> 7/28/2021 8:28 PM
Dr. Love
Amy Collins <ascollins28@gmail.com> 7/28/2021 8:30 PM Dr. Love's
bookshelf was my fav. (But she was my fav, too...so...)
"Lamb, Michael (DCPS)" <Michael.Lamb@k12.dc.gov> 7/28/2021 8:30 PM
Love taking the honus on as adults!
"Rene, Elizabeth (DCPS)" <elizabeth.rene@k12.dc.gov> 7/28/2021 8:30 PM
Thank you for sharing! Principal Delabar, Amanda (DCPS)
"Kim, Melissa (DCPS)" <Melissa.Kim@k12.dc.gov> 7/28/2021 8:30 PM
reflect and act on what you can do that is meaningful for you! Thanks
Delabar, Amanda (DCPS)  and Golden, Malaika (DCPS) for sharing!
"Hall, Morgan (DCPS)" <morgan.hall@k12.dc.gov> 7/28/2021 8:30 PM Yes
to student leadership Golden, Malaika (DCPS) !
"Byrd, Stephanie (DCPS)" <stephanie.byrd@k12.dc.gov> 7/28/2021 8:31 PM
Thank you Principal Golden, Malaika (DCPS)
"Lappi, Jacob (DCPS)" <Jacob.Lappi@k12.dc.gov> 7/28/2021 8:31 PM
Golden, Malaika (DCPS)  models that leadership in Cluster 3 so I know
the kids at Aiton will do the same!

"Gorham, Derek (DCPS)" <Derek.Gorham@k12.dc.gov> 7/28/2021 8:31 PM
Love it Golden, Malaika (DCPS) ! We are leaning in the same direction
and are implementing The Leader In Me program.
"Alexander, Demetrius (DCPS)" <Demetrius.Alexander@k12.dc.gov>
7/28/2021 8:31 PM Aiton ES
"Hall, Morgan (DCPS)" <morgan.hall@k12.dc.gov> 7/28/2021 8:31 PM Ditto
Tukeva, Maria (DCPS) ! Yes to unity!
"Kim, Melissa (DCPS)" <Melissa.Kim@k12.dc.gov> 7/28/2021 8:31 PM
thanks Tukeva, Maria (DCPS)  for that! unity is power!
"Delabar, Amanda (DCPS)" <Amanda.Delabar@k12.dc.gov> 7/28/2021 8:32 PM
Yes Tukeva, Maria (DCPS) !!! Lets work together!
"McDonough, Jacqueline (DCPS)" <Jacqueline.McDonough@k12.dc.gov>
7/28/2021 8:33 PM YESSSSS!!!!!!!
"Nelson, Jennifer (DCPS)" <jennifer.nelson@k12.dc.gov> 7/28/2021 8:33
PM Yesssss! Byrd, Stephanie (DCPS)
"Wilkerson, Courtney (DCPS)" <courtney.wilkerson@k12.dc.gov> 7/28/2021
8:33 PM Ase! Byrd, Stephanie (DCPS)
"Kreisman, Florence (DCPS)" <florence.kreisman@k12.dc.gov> 7/28/2021
8:33 PM Byrd, Stephanie (DCPS)  thank you
"Lee, Christina (DCPS)" <christina.lee2@k12.dc.gov> 7/28/2021 8:33 PM
Love that Byrd, Stephanie (DCPS)
"Goodman, Tiffany (DCPS)" <Tiffany.Goodman2@k12.dc.gov> 7/28/2021 8:33
PM Absolutely Byrd, Stephanie (DCPS) ! I LOVE IT!
"Kim, Melissa (DCPS)" <Melissa.Kim@k12.dc.gov> 7/28/2021 8:33 PM Byrd,
Stephanie (DCPS)  so important! Thanks for making space for that so
our kids can feel and feel no shame in it!! Love it!
"Johnson, Diane B. (DCPS)" <Diane.Johnson6@k12.dc.gov> 7/28/2021 8:33
PM YES!!!! We have to stop policing our little black boys emotions.
They should be able to cry or be angry. Emotions are normal.
"Johnson, Tiffany R. (DCPS)" <Tiffany.Johnson3@k12.dc.gov> 7/28/2021
8:33 PM Yes, black boys deserves to grow up too!!!
"Goedeke, Janice (DCPS)" <Janice.Goedeke@k12.dc.gov> 7/28/2021 8:33 PM
How do we make space for our children to be children. Love that!
"Wilkerson, Courtney (DCPS)" <courtney.wilkerson@k12.dc.gov> 7/28/2021
8:34 PM Black kids are not allowed to be children and seen as adults
by the time they are three. That is good Byrd, Stephanie (DCPS)
"Martin, Kimberly (DCPS)" <kimberly.martin@k12.dc.gov> 7/28/2021 8:34
PM That made me cry, Byrd, Stephanie (DCPS) !
"Alexander, Demetrius (DCPS)" <Demetrius.Alexander@k12.dc.gov>
7/28/2021 8:34 PM Excellent practices to leverage Principal Byrd.
"Marcel-Herbert, Tenisha" <Tenisha.Marcel-Herbert@k12.dc.gov>
7/28/2021 8:34 PM So much power in that space!
"Preston, Masi (DCPS)" <masi.preston@k12.dc.gov> 7/28/2021 8:34 PM
Excellent, Principal Byrd!
"Rosser, Brynn (DCPS)" <brynn.rosser@k12.dc.gov> 7/28/2021 8:34 PM Hey
hey PrincipalByrd, Stephanie!!  Very dope!!
"Snell, Tacora (DCPS)" <Tacora.Snell@k12.dc.gov> 7/28/2021 8:34 PM
Meaningful, Empowering Partnerships with Parents that promote student
advancement and commitment to excellence.
"Lappi, Jacob (DCPS)" <Jacob.Lappi@k12.dc.gov> 7/28/2021 8:34 PM Yes

Byrd, Stephanie (DCPS) ! Always great vision what's importan!
"Kim, Melissa (DCPS)" <Melissa.Kim@k12.dc.gov> 7/28/2021 8:35 PM YES!
Morrison, Brian (DCPS)  space for more parent and student voices! That
was the core to the redesign! Thanks for looking for more space to
expand that!
"Lamb, Michael (DCPS)" <Michael.Lamb@k12.dc.gov> 7/28/2021 8:35 PM
<!--[if lte mso 15 || CheckWebRef]-->
Whole Child-Anti-Racist Planning Support.xlsx
<!--[endif]-->
If you would like thought partnership or coaching around your Whole
Child/Anti-Racist work, we've reserved 40+ hours for schools to sign
up for an hour next week: Whole Child-Anti-Racist Planning
Support.xlsx
Attachment: Whole Child-Anti-Racist Planning Support.xlsx
https://dck12-my.sharepoint.com/personal/michael_lamb_k12_dc_gov/
Documents/Whole%20Child-Anti-Racist%20Planning%20Support.xlsx
"Anderson, Jacqueline A. (DCPS)" <jacqueline.anderson@k12.dc.gov>
7/28/2021 8:35 PM Morrison, Brian (DCPS)  thank you for lifting that
up! Parent and student voice matters!
"Kim, Melissa (DCPS)" <Melissa.Kim@k12.dc.gov> 7/28/2021 8:36 PM
THanks for raising that Shelby, Katreena (DCPS) ! We cannot go back to
suspending students. they have to stay in our classrooms (and be
welcomed there) to achieve! Appreciating you!
"Ferguson, Mya (DCPS)" <Mya.Ferguson@k12.dc.gov> 7/28/2021 8:36 PM
Ameyaw, Grace (DCPS) thank you.
"Dix, Shawna (DCPS)" <shawna.dix@k12.dc.gov> 7/28/2021 8:36 PM YES
Shelby, Katreena (DCPS) !!!!!!
"Ball, Tomiko D. (DCPS)" <tomiko.ball@k12.dc.gov> 7/28/2021 8:37 PM
Using "I..." statements
"Wilkerson, Courtney (DCPS)" <courtney.wilkerson@k12.dc.gov> 7/28/2021
8:37 PM I recommend Street Data for the book study
"Morrison, Brian (DCPS)" <Brian.Morrison@k12.dc.gov> 7/28/2021 8:38 PM
This is the REAL work of anti-racism. Identifying how we are promoting
and sustaining racist structures and then making plans to address and
dismantle them. This is powerful stuff!!!
"Wilkerson, Courtney (DCPS)" <courtney.wilkerson@k12.dc.gov> 7/28/2021
8:38 PM Safir & Dugan (2021)
"Fils-Aime, Samantha (DCPS)" <Samantha.Fils-Aime@k12.dc.gov> 7/28/2021
8:38 PM Yes Shelby, Katreena (DCPS) ! The black experience in America
is SOOOO varied and those variations impact how we see and treat each
other!
"Wilkerson, Courtney (DCPS)" <courtney.wilkerson@k12.dc.gov> 7/28/2021
8:39 PM We be lovin' Black children (Swindler et al, 2021)
"Byrd, Stephanie (DCPS)" <stephanie.byrd@k12.dc.gov> 7/28/2021 8:39 PM
Love that Salahuddin, Naimah (DCPS)  is always so intentional.
"Wilkerson, Courtney (DCPS)" <courtney.wilkerson@k12.dc.gov> 7/28/2021
8:39 PM Teaching to Transgress (hooks, 1994)
"Kim, Melissa (DCPS)" <Melissa.Kim@k12.dc.gov> 7/28/2021 8:39 PM
Salahuddin, Naimah (DCPS)  Great resouce. "LOVING the communities that
our students come from." LOVE it!

"Lappi, Jacob (DCPS)" <Jacob.Lappi@k12.dc.gov> 7/28/2021 8:39 PM
Yessss Salahuddin, Naimah (DCPS) , showing the limitless possibilities
by bringing it into every piece of the work!
"Dix, Shawna (DCPS)" <shawna.dix@k12.dc.gov> 7/28/2021 8:40 PM
YES!!!!!!
"Wannamaker, Tora (DCPS)" <Tora.Wannamaker@k12.dc.gov> 7/28/2021 8:41
PM Yes! Recognize all EL students!!
"Green, Brittany (DCPS)" <Brittany.Green@k12.dc.gov> 7/28/2021 8:41 PM
Yes data drive!
"Geremia, Robert (DCPS)" <robert.geremia@k12.dc.gov> 7/28/2021 8:41 PM
Sewell, Gretchen - love this: Loved, Challenged, and Prepared.
"Edgecombe, Brooke (DCPS)" <Brooke.Edgecombe@k12.dc.gov> 7/28/2021
8:42 PM @Roosevelt STAY the ELL Department is reading a book on
TRANSLANGUAGING which is the idea of honoring all linguistic
backgrounds in the classroom.
"Vialpando, Jacqueline M. (DCPS)" <jacqueline.vialpando@k12.dc.gov>
7/28/2021 8:42 PM Black and Brown Joy!
"Wannamaker, Tora (DCPS)" <Tora.Wannamaker@k12.dc.gov> 7/28/2021 8:42
PM I'm excited to see what the scholars CAN do!!
"Edgecombe, Brooke (DCPS)" <Brooke.Edgecombe@k12.dc.gov> 7/28/2021
8:42 PM Translanguaging was a concept shared at TESOL this year. It
has been implemented by CUNY in NY at various schools.
"Aggarwal, Alka (DCPS)" <alka.aggarwal@k12.dc.gov> 7/28/2021 8:43 PM
Edgecombe, Brooke (DCPS)  Love this: honoring all linguistics
backgrounds!!
"Guillen, Melissa (DCPS)" <melissa.guillen@k12.dc.gov> 7/28/2021 8:43
PM Uplifting neurodiversity too
"Trahan, Jaimee (DCPS)" <jaimee.trahan@k12.dc.gov> 7/28/2021 8:44 PM
Acknowledge that our students are already YOUNG, GIFTED, and BLACK.
See them, they already are, they already do!!!!!!
"Bucciero, Marie-Elena (DCPS)" <Marie-Elena.Bucciero@k12.dc.gov>
7/28/2021 8:44 PM Hodge, Destinee led an amazing book club for our
staff this year with Caste and Chocolate City.
"Wilkerson, Courtney (DCPS)" <courtney.wilkerson@k12.dc.gov> 7/28/2021
8:44 PM For those interested in practical systems level policy reform.
The Politics of Education Policy in an Era of Inequality Possibilities
for Democratic Schooling Sonya Douglass Horsford (2019)
"Brawley, Jade L. (DCPS)" <jade.brawley@k12.dc.gov> 7/28/2021 8:44 PM
Awesome text from a DCPS alum
"English, Shanice (DCPS)" <Shanice.English@k12.dc.gov> 7/28/2021 8:45
PM Yesssss Trahan, Jaimee
"Anderson, Jacqueline A. (DCPS)" <jacqueline.anderson@k12.dc.gov>
7/28/2021 8:45 PM Just want to shout out that Isabel Wilkerson is a
graduate of @Eaton ES!
"Edgecombe, Brooke (DCPS)" <Brooke.Edgecombe@k12.dc.gov> 7/28/2021
8:45 PM Aggarwal, Alka (DCPS)   It is a very comprehensive look into
the linguistic capacities we all possess. Not just the language in
textbooks, as an example.
"Clemmons, LaTasha (DCPS)" <LaTasha.Clemmons@k12.dc.gov> 7/28/2021
8:45 PM Pushout: The Criminalization of Black Girls in Schools. I

"Jackson, Kimbria (DCPS)" <kimbria.jackson@k12.dc.gov> 7/28/2021 8:48 PM Can't see slide
"Edgecombe, Brooke (DCPS)" <Brooke.Edgecombe@k12.dc.gov> 7/28/2021 8:49 PM Aggarwal, Alka (DCPS)    https://www.barnesandnoble.com/w/translanguaging-and-transformative-teaching-for-emergent-bilingual-students-city-university-of-new-york-new-york-state-initiative-on-emergent-bilinguals/
1137074033;jsessionid=824330D4F7B1B7C8C57767B17076C0F2.prodny_store02-atgap04?ean=9781000216721
"Lee, Christina (DCPS)" <christina.lee2@k12.dc.gov> 7/28/2021 8:49 PM I was able to see it
"Greer, Jessica (DCPS)" <Jessica.Greer@k12.dc.gov> 7/28/2021 8:49 PM I could see them on my phone but not on my computer
"Zeigler, Sheena (DCPS)" <Sheena.Zeigler@k12.dc.gov> 7/28/2021 8:49 PM no
"Shaw, Charise D. (DCPS)" <charise.shaw@k12.dc.gov> 7/28/2021 8:49 PM They keep stopping unexpectedly
"Ahmic, Begaeta (DCPS)" <begaeta.ahmic@k12.dc.gov> 7/28/2021 8:49 PM I was able to as well
"Boyd, Lakia (DCPS)" <Lakia.Boyd@k12.dc.gov> 7/28/2021 8:49 PM no
"McCall, Porshia (DCPS)" <Porshia.McCall@k12.dc.gov> 7/28/2021 8:49 PM No
"Fuller, Terri (DCPS)" <Terri.Fuller@k12.dc.gov> 7/28/2021 8:49 PM no
"Snell, Tacora (DCPS)" <Tacora.Snell@k12.dc.gov> 7/28/2021 8:49 PM no
"Jackson, Kimbria (DCPS)" <kimbria.jackson@k12.dc.gov> 7/28/2021 8:49 PM No
"Butler, Valerie (DCPS)" <valerie.butler@k12.dc.gov> 7/28/2021 8:49 PM no
"Cannon, Latoshia (DCPS)" <latoshia.cannon@k12.dc.gov> 7/28/2021 8:49 PM no
"Ocansey, Bregeneve (DCPS)" <bregeneve.ocansey@k12.dc.gov> 7/28/2021 8:49 PM no
"Ahmic, Begaeta (DCPS)" <begaeta.ahmic@k12.dc.gov> 7/28/2021 8:49 PM Not now
"Davis, Donnita (DCPS)" <Donnita.Davis@k12.dc.gov> 7/28/2021 8:49 PM image
"McKenzie, Tomeka (DCPS)" <tomeka.mckenzie@k12.dc.gov> 7/28/2021 8:49 PM no
"Brewer, Chelsea (DCPS)" <Chelsea.Brewer3@k12.dc.gov> 7/28/2021 8:49 PM No
"Avila, Kathrine (DCPS)" <kathrine.avila@k12.dc.gov> 7/28/2021 8:49 PM no
"Carter, Stacey (DCPS)" <Stacey.Carter@k12.dc.gov> 7/28/2021 8:49 PM No
"Humble, ShaQUanda (DCPS)" <ShaQUanda.Humble@k12.dc.gov> 7/28/2021 8:49 PM no
"Battaglia, Luca (DCPS)" <Luca.Battaglia@k12.dc.gov> 7/28/2021 8:49 PM it says can't display content
"Merlos, Jaime (DCPS)" <jaime.merlos@k12.dc.gov> 7/28/2021 8:49 PM I could before ... Not now

could only think about this book from a book study I participated with
at MacFarland. I recommend it!
"Rene, Elizabeth (DCPS)" <elizabeth.rene@k12.dc.gov> 7/28/2021 8:45 PM
Amazing! Anderson, Jacqueline A. (DCPS)
"Trahan, Jaimee (DCPS)" <jaimee.trahan@k12.dc.gov> 7/28/2021 8:45 PM
WE need to work on SEEING them!!!!
"Wannamaker, Tora (DCPS)" <Tora.Wannamaker@k12.dc.gov> 7/28/2021 8:46
PM "Deconstructing our unconscious bias takes consistent work. We
can't address
it once and be done. We need to recognize these unwanted, deep rooted
beliefs and limit their influence on us. Then our actions will match
our intentions."
—Sarah Fiarman, Unconscious Bias: When Good Intentions Aren't Enough
"Miller, Chris (DCPS)" <Chris.Miller@k12.dc.gov> 7/28/2021 8:46 PM
Wilkerson, Courtney (DCPS)  Loved Street Data...would love to thought
partner if you're thinking of applying any ideas
"Aggarwal, Alka (DCPS)" <alka.aggarwal@k12.dc.gov> 7/28/2021 8:46 PM
Edgecombe, Brooke (DCPS)  Very interested in this study/concept
"McDonough, Jacqueline (DCPS)" <Jacqueline.McDonough@k12.dc.gov>
7/28/2021 8:47 PM STREET DATA!!!!!!
"Perry, Jeanette P. (DCPS)" <jeanette.perry@k12.dc.gov> 7/28/2021 8:47
PM Clemmons, LaTasha (DCPS)The book Push Out inspired me Sooooo
greatly to advocate for Black Girls!!!!!
"Gay, Allecyn (DCPS)" <Allecyn.Gay.Howard@k12.dc.gov> 7/28/2021 8:47
PM Thank you!!!!
"Lamb, Michael (DCPS)" <Michael.Lamb@k12.dc.gov> 7/28/2021 8:47 PM
<!--[if lte mso 15 || CheckWebRef]-->
Whole Child-Anti-Racist Planning Support.xlsx
<!--[endif]-->
If you would like thought partnership or coaching around your Whole
Child/Anti-Racist work, we've reserved 40+ hours for schools to sign
up for an hour next week: Whole Child-Anti-Racist Planning
Support.xlsx
Attachment: Whole Child-Anti-Racist Planning Support.xlsx
https://dck12-my.sharepoint.com/personal/michael_lamb_k12_dc_gov/
Documents/Whole%20Child-Anti-Racist%20Planning%20Support.xlsx
"Edwards, Leslie (DCPS)" <leslie.edwards@k12.dc.gov> 7/28/2021 8:47 PM
Please register today: https://whova.com/web/latin_202108/
"Wilkerson, Courtney (DCPS)" <courtney.wilkerson@k12.dc.gov> 7/28/2021
8:48 PM Our ALT and admin team read it too and it is the center of our
LEAP, PBL, and cultural centering work
"Creppy Hetherington, Gladys A. (DCPS)"
<Gladys.CreppyHetherington@k12.dc.gov> 7/28/2021 8:48 PM Thank you !!!
"Clemmons, LaTasha (DCPS)" <LaTasha.Clemmons@k12.dc.gov> 7/28/2021
8:48 PM Perry, Jeanette P. (DCPS)  absolutely, I have so many ideas to
do just that!
"McDonough, Jacqueline (DCPS)" <Jacqueline.McDonough@k12.dc.gov>
7/28/2021 8:48 PM I cant see slide
"Tate, Triva (DCPS)" <Triva.Tate@k12.dc.gov> 7/28/2021 8:48 PM cant
see the slide....

"Bradford, Ronald (DCPS)" <ronald.bradford@k12.dc.gov> 7/28/2021 8:49
PM yes
"McPherson, Ebon (DCPS)" <Ebon.McPherson@k12.dc.gov> 7/28/2021 8:49 PM
I cannot see them
"McCammon, Wesley (DCPS)" <wesley.mccammon@k12.dc.gov> 7/28/2021 8:49
PM I can
"Branch, Kennard (DCPS)" <Kennard.Branch@k12.dc.gov> 7/28/2021 8:50 PM
image
"Byrd, Stephanie (DCPS)" <stephanie.byrd@k12.dc.gov> 7/28/2021 8:50 PM
just send me my swag. I don't have to see my name on the slide
"Guillen, Melissa (DCPS)" <melissa.guillen@k12.dc.gov> 7/28/2021 8:50
PM https://whova.com/web/latin_202108/

Latinx Summit, adelante! Great topics from instruction to immigration.
Join us !!
"Henggeler, Christopher (DCPS)" <christopher.henggeler@k12.dc.gov>
7/28/2021 8:50 PM Permissions
"Edwards, Leslie (DCPS)" <leslie.edwards@k12.dc.gov> 7/28/2021 8:50 PM
Let's act on all of the learning from today and join us at Adelante on
August 10th in solidarity! All Latino/Latinx educators and leaders,
teachers of Latino/Latinx students, and ALL allies of the Latino/
Latinx community!
"Perry, Jeanette P. (DCPS)" <jeanette.perry@k12.dc.gov> 7/28/2021 8:50
PM Clemmons, LaTasha (DCPS)Let me know your thoughts. I'm in!
"Greer, Jessica (DCPS)" <Jessica.Greer@k12.dc.gov> 7/28/2021 8:50 PM

Trahan, Jaimee you were a winner for one of the most upvoted quotes 🍸
"Branch, Kennard (DCPS)" <Kennard.Branch@k12.dc.gov> 7/28/2021 8:50 PM
I guess all our names are on the slide DESHIELDS, JUDONN (DCPS)
"Torres, Veronica (DCPS)" <veronica.torres@k12.dc.gov> 7/28/2021 8:50
PM https://whova.com/web/latin_202108/

Latinx Summit, adelante! Great topics from instruction to immigration.
Join us !!
"Guillen, Melissa (DCPS)" <melissa.guillen@k12.dc.gov> 7/28/2021 8:51
PM Who won the SWAG??
"Latham, Katie (DCPS)" <katie.latham@k12.dc.gov> 7/28/2021 8:51 PM
image
"Dix, Shawna (DCPS)" <shawna.dix@k12.dc.gov> 7/28/2021 8:52 PM Thanks
everyone!
"Douglas, Kimberly (DCPS)" <kimberly.douglas@k12.dc.gov> 7/28/2021
8:53 PM Thank you!
"Brewer, Chelsea (DCPS)" <Chelsea.Brewer3@k12.dc.gov> 7/28/2021 8:53
PM Thank You!
"McCall, Porshia (DCPS)" <Porshia.McCall@k12.dc.gov> 7/28/2021 8:53 PM
Thank you for the transformative experience!
"Grady, Carla" <carla.grady@k12.dc.gov> 7/28/2021 8:53 PM Thank you!!
"Goodman, Tiffany (DCPS)" <Tiffany.Goodman2@k12.dc.gov> 7/28/2021 8:53
PM Thank you so much to ALL! 💜 SLI was great!
"Lyles, William (DCPS)" <William.Lyles@k12.dc.gov> 7/28/2021 8:53 PM
Thank You!

"dohmann, greg (DCPS)" <greg.dohmann@k12.dc.gov> 7/28/2021 8:53 PM
Thank you all!
"Anderson, Jacqueline A. (DCPS)" <jacqueline.anderson@k12.dc.gov>
7/28/2021 8:53 PM Thank you, planning team! This was earth shaking!
"Guillen, Melissa (DCPS)" <melissa.guillen@k12.dc.gov> 7/28/2021 8:53
PM Muchas gracias !
"Mola, Arthur (DCPS)" <arthur.mola@k12.dc.gov> 7/28/2021 8:53 PM
YES!!! THIS TEAM ROCKS!!!!
"Irvin, Jennifer (DCPS)" <Jennifer.Irvin@k12.dc.gov> 7/28/2021 8:53 PM
Thank you!
"Brown, Martha (DCPS)" <Martha.Brown@k12.dc.gov> 7/28/2021 8:53 PM
Thank you all for the informative sessions.
"Martin, Kimberly (DCPS)" <kimberly.martin@k12.dc.gov> 7/28/2021 8:53
PM Thanks for all your work!
"Pineda, Elkin (DCPS)" <Elkin.Pineda@k12.dc.gov> 7/28/2021 8:53 PM
Thank you
"Aggarwal, Alka (DCPS)" <alka.aggarwal@k12.dc.gov> 7/28/2021 8:54 PM
Edgecombe, Brooke (DCPS) Thanks!
Shari Daniel (Guest) 7/28/2021 8:54 PM Thank you!
"McDonough, Jacqueline (DCPS)" <Jacqueline.McDonough@k12.dc.gov>
7/28/2021 8:54 PM Thank you!!!
Amy Collins <ascollins28@gmail.com> 7/28/2021 8:54 PM Thank you, so
much for all the hard work.
"Begazo, Rebecca (DCPS)" <rebecca.begazo@k12.dc.gov> 7/28/2021 8:54 PM
Thanks for the information.
"Foster, Tracy (DCPS)" <Tracy.Foster@k12.dc.gov> 7/28/2021 8:54 PM You
all are appreciated! Thank you!
"Pritchard, Tenia N. (DCPS)" <tenia.pritchard@k12.dc.gov> 7/28/2021
8:54 PM Thank You!!! 🤍🤍🤍
"Rivas, Karen (DCPS)" <Karen.Rivas@k12.dc.gov> 7/28/2021 8:54 PM Thank
you all! Inspiring to join the DCPS team and to get to learn and serve
with this team.
"Wyche, Jaime (DCPS)" <jaime.wyche@k12.dc.gov> 7/28/2021 8:54 PM Thank
you!!!
"Clifton, Nicole (DCPS)" <Nicole.Clifton@k12.dc.gov> 7/28/2021 8:54 PM
Thank you!!!
"pierson, ariel (DCPS)" <ariel.pierson@k12.dc.gov> 7/28/2021 8:54 PM
Thank you!!
"Vaughn, Benjamin (DCPS)" <benjamin.vaughn@k12.dc.gov> 7/28/2021 8:55
PM Thank you for such a strong and inspirational SLI!
"Idemudia, Ophelia (DCPS)" <Ophelia.Idemudia@k12.dc.gov> 7/28/2021
8:55 PM Thank you!
"Morrison, Brian (DCPS)" <Brian.Morrison@k12.dc.gov> 7/28/2021 8:55 PM
Thank you for the context and cohesive messaging SLI provided. 👏👏♂️
"Person, Dawn (DCPS)" <dawn.person@k12.dc.gov> 7/28/2021 8:55 PM This
is a wonderful message!!! Thank you.
"Jones, Robin (DCPS)" <robin.jones@k12.dc.gov> 7/28/2021 8:56 PM Shout
out to ECE facilitators Danielle Robertson, Melissa Cuddy Melissa
Neal, Demetrius Alexander, and Whitney Hollins!
"McCall, Porshia (DCPS)" <Porshia.McCall@k12.dc.gov> 7/28/2021 8:57 PM

Powerful!

"Lewis, Joseph (DCPS)" <Joseph.Lewis@k12.dc.gov> 7/28/2021 8:57 PM
Shout out to the MTSS team! Jen, Daniel, Lauren, Nikki, Stephon,
Samuel, Victoria, and Bode, THANK YOU! Thanks to all the participants
for engaging our sessions this week! We look forward to supporting you
all throughout the year!

"Perry, Jeanette P. (DCPS)" <jeanette.perry@k12.dc.gov> 7/28/2021 8:57
PM Thank you for this inspirational experience! The speakers were so
dynamic! Thank you, again.

"Irvin, Jennifer (DCPS)" <Jennifer.Irvin@k12.dc.gov> 7/28/2021 8:57 PM
YES!!

"Dabney, Doris T. (DCPS)" <doris.dabney@k12.dc.gov> 7/28/2021 8:58 PM
Awesome!

"Lewis, Joseph (DCPS)" <Joseph.Lewis@k12.dc.gov> 7/28/2021 8:58 PM
Avila, Kathrine (DCPS)  That's Maynor in the picture on the right!

Good'ole CHEC days 💜

"Byrd, Stephanie (DCPS)" <stephanie.byrd@k12.dc.gov> 7/28/2021 9:01 PM
Thanks for your leadership Kim, Melissa (DCPS)

"Benjamin, Angela (DCPS)" <angela.benjamin@k12.dc.gov> 7/28/2021 9:01
PM Thank you for a great opportunity to learn and to lead and to make
the best of our students

"Edwards, Leslie (DCPS)" <leslie.edwards@k12.dc.gov> 7/28/2021 9:01 PM
Thank you all for a dynamic several days of learning — See you on
August 10th at Adelante: DCPS' Inaugural Latino/Latinx Summit!
Register today and receive a FREE copy of Dr. Pedro Noguera book,
Excellence Through Equity!https://whova.com/web/latin_202108/

"Anderson, Jacqueline A. (DCPS)" <jacqueline.anderson@k12.dc.gov>
7/28/2021 9:02 PM Kim, Melissa (DCPS) This gardener loves this
analogy!

"McDonough, Jacqueline (DCPS)" <Jacqueline.McDonough@k12.dc.gov>

7/28/2021 9:03 PM our students are the sun 💜

"English, Shanice (DCPS)" <Shanice.English@k12.dc.gov> 7/28/2021 9:03
PM 💜

"Sawyer, Moniqua R. (DCPS)" <moniqua.sawyer@k12.dc.gov> 7/28/2021 9:04
PM Thank you!

"Reid, Grace (DCPS)" <grace.reid@k12.dc.gov> 7/28/2021 9:04 PM
TOGETHER!!!

"Rutherford, Griselda (DCPS)" <griselda.rutherford@k12.dc.gov>
7/28/2021 9:04 PM THANK YOU for all of your WORK!!!

"Aggarwal, Alka (DCPS)" <alka.aggarwal@k12.dc.gov> 7/28/2021 9:04 PM
What a powerful speech!!

"Stinson, MaryAnn (DCPS)" <maryann.stinson@k12.dc.gov> 7/28/2021 9:04
PM ALL means ALL!

"Lewis-Samuels, Janice (DCPS)" <janice.lewis-samuels@k12.dc.gov>
7/28/2021 9:04 PM This is an excellent charge!

"Latham, Katie (DCPS)" <katie.latham@k12.dc.gov> 7/28/2021 9:05 PM
Thank you for attending this year's SLI everyone!

Please complete today's survey to receive credit for attendance, PLUs, and administrative premium. This daily survey can be found on our SLI survey page (https://oedcps.wixsite.com/sli2021/survey) or accessed via this link: https://forms.office.com/Pages/ResponsePage.aspx?id=7kagKk6zM0qSt5md8rwKMgedehcG319MlbHpIc9hulJURVMyR0c4RFU0N1NCUzIxUTc4SEhDMUhZQiQlQCN0PWcu

This must be completed today by 11:59PM. If you are a 10-month employee and you do not submit this survey by 11:59PM today, you will not be paid for attending today's sessions. You will also receive a reminder email with the survey link later today.

"Stinson, MaryAnn (DCPS)" <maryann.stinson@k12.dc.gov> 7/28/2021 9:05 PM flowers wind GIF by Jean Scuderi (GIF Image)

"Creppy Hetherington, Gladys A. (DCPS)" <Gladys.CreppyHetherington@k12.dc.gov> 7/28/2021 9:05 PM Say it ALL Dr. KIM!!!

"Edwards, Leslie (DCPS)" <leslie.edwards@k12.dc.gov> 7/28/2021 9:05 PM Powerful closing remarks👏👏

"CLEMMONS, TIA (DCPS)" <TIA.CLEMMONS@k12.dc.gov> 7/28/2021 9:05 PM Thank you!

"Little, Dewayne (DCPS)" <Dewayne.Little@k12.dc.gov> 7/28/2021 9:05 PM Thank you

"Brown, Persephone (DCPS)" <Persephone.Brown@k12.dc.gov> 7/28/2021 9:05 PM Thank you to ALL!!! This was EXCELLENT!!!

"McCall, Porshia (DCPS)" <Porshia.McCall@k12.dc.gov> 7/28/2021 9:05 PM Thank you!

"Jackson, Kim (DCPS)" <kim.jackson@k12.dc.gov> 7/28/2021 9:05 PM Awesome ending to SLI. Thank you!!!

"Adutwum, Kim (DCPS)" <kim.adutwum@k12.dc.gov> 7/28/2021 9:05 PM Thanks, everyone!

"Stephens, Gina (DCPS)" <Gina.Stephens@k12.dc.gov> 7/28/2021 9:05 PM 33 DAYS,,,,Here we go...Enjoy the rest of your summer. Thank you.

"Shanahan, Claire (DCPS)" <Claire.Shanahan@k12.dc.gov> 7/28/2021 9:05 PM Thank you!!

"Pilgrim, Chunita (DCPS)" <chunita.pilgrim@k12.dc.gov> 7/28/2021 9:05 PM Thank you!

"Singh, Danielle (DCPS)" <Danielle.Singh@k12.dc.gov> 7/28/2021 9:05 PM Thank you!

"Brann, Jasmine (DCPS)" <jasmine.brann@k12.dc.gov> 7/28/2021 9:06 PM Beautiful!

"Tukeva, Maria (DCPS)" <maria.tukeva@k12.dc.gov> 7/28/2021 9:06 PM Thank you Dr. Kim and team!

"Henggeler, Christopher (DCPS)" <christopher.henggeler@k12.dc.gov> 7/28/2021 9:06 PM Into the breach, all. This is only a beginning

"Lawson, Maleika (DCPS)" <Maleika.Lawson@k12.dc.gov> 7/28/2021 9:06 PM Thank you!!

"Martin, Kimberly (DCPS)" <kimberly.martin@k12.dc.gov> 7/28/2021 9:06 PM Thank you!!!

"Rutherford, Griselda (DCPS)" <griselda.rutherford@k12.dc.gov> 7/28/2021 9:06 PM Well SAID!!!

"Brown, Lisa (DCPS)" <lisa.brown@k12.dc.gov> 7/28/2021 9:06 PM Thank

you so much!

"Williams, Alison (DCPS)" <Alison.Williams@k12.dc.gov> 7/28/2021 9:06 PM Thank you!!!

"Gorham, Derek (DCPS)" <Derek.Gorham@k12.dc.gov> 7/28/2021 9:06 PM Thank you everyone!!!

"Lappi, Jacob (DCPS)" <Jacob.Lappi@k12.dc.gov> 7/28/2021 9:06 PM Thanks everyone!

"Goedeke, Janice (DCPS)" <Janice.Goedeke@k12.dc.gov> 7/28/2021 9:06 PM Thank you!

"Clemmons, LaTasha (DCPS)" <LaTasha.Clemmons@k12.dc.gov> 7/28/2021 9:06 PM Thank you

"Fuller, Terri (DCPS)" <Terri.Fuller@k12.dc.gov> 7/28/2021 9:06 PM Thank you!

"Payton, Gwendolyn M. (DCPS)" <gwendolyn.payton@k12.dc.gov> 7/28/2021 9:06 PM Thank much.

"Cartagena, Gabriel (DCPS)" <gabriel.cartagena@k12.dc.gov> 7/28/2021 9:06 PM Thank you to everyone especially our school leaders!

"Thweatt, Adrian D. (DCPS)" <adrian.thweatt@k12.dc.gov> 7/28/2021 9:06 PM Thank you!

"Hooks, Calvin (DCPS)" <Calvin.Hooks@k12.dc.gov> 7/28/2021 9:06 PM Thank you!

"Schooler, Michelle (DCPS)" <michelle.schooler@k12.dc.gov> 7/28/2021 9:06 PM Thank you all!!

"McCray, Harold (DCPS)" <Harold.McCray@k12.dc.gov> 7/28/2021 9:06 PM Thank you!

"Stinson, MaryAnn (DCPS)" <maryann.stinson@k12.dc.gov> 7/28/2021 9:06 PM Powerful ending!

"Hunt, Amelia (DCPS)" <Amelia.Hunt@k12.dc.gov> 7/28/2021 9:06 PM Thank you!

"Sykes, Angelique (DCPS)" <angelique.sykes@k12.dc.gov> 7/28/2021 9:06 PM Thank you

"Haith, William (DCPS)" <william.haith@k12.dc.gov> 7/28/2021 9:06 PM That 70S Show Yes GIF by Laff (GIF Image)

"Plenty, Shenora (DCPS)" <shenora.plenty@k12.dc.gov> 7/28/2021 9:06 PM Thank you!

"Rubino, Stefania (DCPS)" <Stefania.Rubino@k12.dc.gov> 7/28/2021 9:06 PM Thank you

"Broquard, Carrie (DCPS)" <carrie.broquard@k12.dc.gov> 7/28/2021 9:06 PM Thank you everyone.

"Preston, Masi (DCPS)" <masi.preston@k12.dc.gov> 7/28/2021 9:06 PM Very profound SLI week! Thank you.

"Lewis-Samuels, Janice (DCPS)" <janice.lewis-samuels@k12.dc.gov> 7/28/2021 9:06 PM Thank you ALL!

"Branch, Kennard (DCPS)" <Kennard.Branch@k12.dc.gov> 7/28/2021 9:06 PM Have a great year everyone!!!!

"Ford, Shelton (DCPS)" <Shelton.Ford@k12.dc.gov> 7/28/2021 9:06 PM Thank you.

"Sanders, Mark (DCPS)" <mark.sanders@k12.dc.gov> 7/28/2021 9:06 PM Thanks! Let;s have an amazing year all!!!

"Isaac, Sylvia A. (DCPS)" <sylvia.isaac@k12.dc.gov> 7/28/2021 9:06 PM

Thank you!
"Elliott, Brenda (DCPS)" <brenda.elliott@k12.dc.gov> 7/28/2021 9:06 PM
AWESOME!!!!
Dawn Foreman <dforeman@tfcusa.org> 7/28/2021 9:06 PM I have chills,
Melissa Kim!
"Wright, Pierre (DCPS)" <Pierre.Wright@k12.dc.gov> 7/28/2021 9:06 PM
Thank you!
"Reid, Grace (DCPS)" <grace.reid@k12.dc.gov> 7/28/2021 9:06 PM Thank
you everyone!
"Shands, Samantha (DCPS)" <Samantha.Shands@k12.dc.gov> 7/28/2021 9:06
PM Thank you!
"Sueing, Sonya (DCPS)" <sonya.sueing@k12.dc.gov> 7/28/2021 9:06 PM
Thank You!
"Beckwith, Lacondria (DCPS)" <lacondria.beckwith@k12.dc.gov> 7/28/2021
9:06 PM Thanks!
"Cole, Marcia (DCPS)" <Marcia.Cole@k12.dc.gov> 7/28/2021 9:06 PM Thank
you to the entire team!
"Jones, Melvina (DCPS)" <melvina.jones@k12.dc.gov> 7/28/2021 9:06 PM
AWESOME!!!
"Muhammad, Andre (DCPS)" <Andre.Muhammad@k12.dc.gov> 7/28/2021 9:06 PM
Thanks!
"Lundgren, Katie (DCPS)" <katie.lundgren@k12.dc.gov> 7/28/2021 9:07 PM
Thank you for this closing message!
"Snell, Tacora (DCPS)" <Tacora.Snell@k12.dc.gov> 7/28/2021 9:07 PM
Thank you.
"Mills, Caneisha (DCPS)" <caneisha.mills@k12.dc.gov> 7/28/2021 9:07 PM
Thank you
"Lacy, Monica (DCPS)" <monica.lacy@k12.dc.gov> 7/28/2021 9:07 PM Thank
you!
"Ager, Lora (DCPS)" <lora.ager@k12.dc.gov> 7/28/2021 9:07 PM Thank
you!!
"James, Darion (DCPS)" <Darion.James@k12.dc.gov> 7/28/2021 9:07 PM
Thank You!
"Ferdinand, Venus (DCPS)" <Venus.Ferdinand@k12.dc.gov> 7/28/2021 9:07
PM Thank you!
"Lyons-Lucas, O'Kiyyah (DCPS)" <okiyyah.lyons-lucas@k12.dc.gov>
7/28/2021 9:07 PM Thank you!
"Thompson, Page (DCPS)" <page.thompson@k12.dc.gov> 7/28/2021 9:07 PM
Thanks everyone!
"McKenzie, Tomeka (DCPS)" <tomeka.mckenzie@k12.dc.gov> 7/28/2021 9:07
PM Thank you !!
"Cartwright, Crystal (DCPS)" <crystal.cartwright@k12.dc.gov> 7/28/2021
9:07 PM Inspiring and Powerful Closing!
"Brann, Jasmine (DCPS)" <jasmine.brann@k12.dc.gov> 7/28/2021 9:07 PM
Thank you DCPS for a wonderful SLI experience!
"Gray, Shelly (DCPS)" <Shelly.Gray@k12.dc.gov> 7/28/2021 9:08 PM Thank
you, colleagues!
"Martin, Martisha (DCPS)" <martisha.martin@k12.dc.gov> 7/28/2021 9:08
PM Did she say 33 days! Wow!
"Miles, Morrell (DCPS)" <Morrell.Miles@k12.dc.gov> 7/28/2021 9:09 PM

Please do not let these words live in the moment, let them empower you to action! Be well family!

| Message | |
|---------|---|
| **From:** | Edwin Black [eblack@featuregroup.com] |
| **Sent:** | 1/4/2022 1:28:36 PM |
| **To:** | Gutierrez, Enrique (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=3c2df4828b3d4f49972f6dc4e3ae70d8-Enrique Gut] |
| **Subject:** | Re: Media > The Edwin Black Show > Watkins > 3pm ET Jan06 |

CAUTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

Dear Enrique
I hope the snow is not disrupting you too much. TY for prior courtesy.

There has been a significant shift in the focus for our show, and this episode will be followed by my bylined article syndicating to my 35 outlets. Hence, the topic will be explored in greater detail.

I will need to ask you some questions via phone Thursday morning (on a tight deadline basis) ... and I am here to confer with you at any time before that. I do seek more basic facts and the absence of clear basic facts  (in spite of the professionalism and courtesy by you) will be a show focus. None of the impacted communities—and this actually includes the accused, are helped by lack of specificity of what actually occurred.

yours, edwin

On 12/22/2021 3:10 PM, Gutierrez, Enrique (DCPS) wrote:

> As you know, this impacted all of our diverse community at Watkins.
>
> **From:** Edwin Black <eblack@featuregroup.com>
> **Sent:** Wednesday, December 22, 2021 3:09 PM
> **To:** Gutierrez, Enrique (DCPS) <Enrique.Gutierrez@k12.dc.gov>
> **Subject:** Re: Media > The Edwin Black Show > Watkins > 3pm ET Jan06

You don't often get email from eblack@featuregroup.com. Learn why this is important

CAUTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

Mr. Gutierrez..
TY for your reply and caution.
this may not be :new" so you can reply pls--was this impacting Jewish kids only or other kids as well eg non-J kids. then let us stay in touch in case I want a guest from DC Schools. TY for fast reply. any reply is background.
yours, edwin

On 12/22/2021 3:05 PM, Gutierrez, Enrique (DCPS) wrote:

> Thank you Mr. Black for reaching out.
>
> As you are aware this incident at WatkinsES is under investigation and at the moment
> we have nothing new to share.

ᏟᏟ0509SPPL0Q664RKDTTSTTA

I will include DCPS original statement and background information we provided to other outlets, and the letter (attached) that DCPS sent out to WatkinsES families after we were notified of the incident for context.

**Statement:**
"DC Public Schools is committed to creating a welcoming environment for all students. Last week, we received a report of a classroom of students receiving a lesson that included portraying different perspectives of the Holocaust. Students should never be tasked with acting out any atrocity, especially genocide and war. Additionally, there were allegations of a staff member using hate speech during the lesson, which is unacceptable and not tolerated at any of our schools. This was not an approved lesson plan, and we sincerely apologize to our students and families who were subjected to this incident. We have launched an investigation, and students are being supported by our DCPS Comprehensive Alternative Resolution & Equity Team."

**Background:**
The staff member involved int his incident has been placed on leave pending an investigation.

**From:** Edwin Black <eblack@featuregroup.com>
**Sent:** Wednesday, December 22, 2021 1:57 PM
**To:** Gutierrez, Enrique (DCPS) <Enrique.Gutierrez@k12.dc.gov>
**Subject:** Media > The Edwin Black Show > Watkins > 3pm ET Jan06

You don't often get email from eblack@featuregroup.com. Learn why this is important

CAUTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

https://theedwinblackshow.com/sites/default/files/2021-12/EB%20Show%20S3%20E01%20Watkins%20Holocaust%20Outrage%2003.pdf

Hello-- we have preempted our Jan06 show for the Watkins matter. Can you pls immediately brief me off the record on factuality... and also give us a guest for Jan06 3pm ET. I am mobilizing contact with you now.

I am at 301 924-5104--and btw, in Monty county next door. See below links as well.

https://theedwinblackshow.com/
https://theedwinblackshow.com/flyers
https://www.youtube.com/c/TheEdwinBlackShow
https://edwinblack.com/

https://theedwinblackshow.com/
https://theedwinblackshow.com/flyers
https://www.youtube.com/c/TheEdwinBlackShow
https://edwinblack.com/

--
https://theedwinblackshow.com/
https://theedwinblackshow.com/flyers
https://www.youtube.com/c/TheEdwinBlackShow
https://edwinblack.com/

--
https://theedwinblackshow.com/
https://theedwinblackshow.com/flyers
https://www.youtube.com/c/TheEdwinBlackShow
https://edwinblack.com/

From : Lona Valmoro [lvalmoro@yahoo.com] Sent : 12/19/2021 11:15:28 PM To : Berkowitz, MScott (DCPS) [MScott.Berkowitz@k12.dc.gov]; Stover, Shawn (DCPS) [shawn.stover@k12.dc.gov] CC : Ramona Burton [ramona51dst@gmail.com] Subject : Re: Watkins CAUTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC). Shawn, thank you for your response. I did want to follow up on two points: When the terrible incident happened on Friday, Ms. Jurkowski told students not to tell any adults. According to several parents, this was not the first time that she has told students to stay silent. Assuming that can be verified, that has to be addressed in the communication this week. Secondly, I did want to share that both the Washington Post and FOX News have reached out to me for comment. I do not have any plans to respond to either reporter. Sincerely, Lona On Sunday, December 19, 2021, 03:29:44 PM EST, Stover, Shawn (DCPS) wrote: Hello Lona, Thank you for your advocacy and thank you for flagging these issues. We are working on an aggressive and comprehensive restorative strategy for the 3rd grade and the entire school community. I know Principal Berkowitz is currently developing a timeline and specific asks of support from our Central Services Response Team. While there is nothing fortunate about this entire situation, we were made aware that this so called simulation - really aberration - soon after it occurred and we took immediate steps, which included meeting with a broad Central Office response team who comes together specifically for incidents of hate and bias. We will continue to meet to ensure we can respond as effectively as possible to one of the worst situations I have experienced in my over thirty year career. With regards to the other questions - while I can't say much right now, I can say that when Principal Berkowitz flagged that he had been sent articles on Ms. Jurkowski's past, right after he started as principal, we alerted HR to ensure all DCPS policies and clearances were properly followed. Additionally, we have already ensured our comms team and other senior central services leaders were also alerted to what has been reported and that we made HR aware as soon as we were made aware - almost a year and a half ago. Sincerely, John O. Stover III (Shawn) District of Columbia Public Schools 1200 First St. NE Washington, DC 20002 C 202-907-1147 P 202-729-3293 E shawn.stover@dc.gov From: Lona Valmoro Sent: Sunday, December 19, 2021 2:09 PM To: Berkowitz, MScott (DCPS) ; Stover, Shawn (DCPS) Cc: Ramona Burton Subject: Watkins CAUTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC). Principal Berkowitz and IS Stover, I am writing to you regarding the horrible experience at Watkins on Friday involving our 3rd grade classroom and Ms. Jurkowski. It will come as no surprise to you that I have heard from many parents since Friday evening. After talking to several Watkins parents, I am flagging two specific follow ups for your consideration. Watkins families are anxious to know what the next steps are for both the 3rd grade class and the school as a whole. I would urge that a "next steps" email goes out to the community tomorrow, including a plan to restore our community/repair harm by the DCPS Central Equity Response Team. If there are no immediate "next steps" yet due to the DCPS investigation, we need to say that to our community before Winter Break and tell parents when they can expect the investigation to be concluded. Many parents knew of Ms. Jurkowski's criminal record in New Jersey, including animal cruelty charges in 2019 and the tutoring scam which she was convicted of 2013, resulting in the loss of her teacher's license in New Jersey. The questions need to be asked -- did DCPS know about both of these criminal charges? Assuming DCPS knew about both of these charges, how was she allowed to teach elementary school children in DC public schools? Did she submit a full background check when she applied to work in DC? Who cleared her to work in DC public schools? I would strongly recommend that a member of DC Central Office is present at our January 4th LSAT meeting to answer those questions and explain why she was hired to be in a position of trust in our school. Thank you for your attention to this very serious situation that has effected our elementary school community. Sincerely, Lona Valmoro President, PTA Capitol Hill Cluster Schools

P00PF1234587080334

Message From: Moxley, Katherine (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=96845a0e231b4dc784c2d551788004ff-Katherine M] Sent: 12/18/2021 1:11:51 PM To: Nover, Rachel (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=bdbe6949b60e4c6facbbb16920781778-Rachel Nove] Subject: Fwd: Todays Incident Get Outlook for iOS From: J Maz Sent: Friday, December 17, 2021 11:08 PM To: Berkowitz, MScott (DCPS) Cc: bappelbaum@gmail.com; dawanabrown4@gmail.com; kytja.weir@gmail.com; Gerty Johnson; eric.ship@gmail.com; Shawn Johnson; ash.amber.j@gmail.com; amandahilligas@gmail.com; beckyclaster@gmail.com; lindsayludc@yahoo.com; lauren.edler90@gmail.com; kamillah2417@gmail.com; Ashlyn Finch; Carmen.coles@gmail.com; mktull09@gmail.com; Moxley, Katherine (DCPS); Michele Buchanan- Tyler Subject: Todays Incident CAUTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC). Dear Principal Berkowitz, First, the actions taken by the school thus far and the transparency regarding them are appreciated and I hope they continue. I thank you for acknowledging the gravity of this as you wrote. IMhas been on and off sobbing since he got he home after todays incident. Even his hockey coach noted he was having a rough day. When I arrived to pick him up from skating after school( an activity he absolutely adores) I found him sitting on the sideline with his head down. I would like the following message to be submitted to the investigation file. This message is meant to reflect the thoughts our family only and I do not speak for all families in the class. If there is another venue to submit such material please let me/us know ( I have CC'd parents from Ms. Moxley's email group). Also, If there is any attempt to glean more information from the children regarding this incident for the purposes of official employment actions, I respectfully request to be notified ahead of any such inquiry of my child. Although he too was given various Holocaust related roles to play, he seems to be grieving, as is our family, for his classmate- who, according to my son's account is a Jewish boy that was tasked to play Hitler. As you rightly noted in your email this evening, other roles were just as gruesome. I am utterly aghast that I just had to type that. 1-23-cv-03788-ACR-00001678 I am not even going to begin to discuss what subjects should or should not be taught and when they should be taught- although it is a valuable conversation and, in my opinion , we should all be so bold to find productive ways for our children to learn of the historical trauma that still effects persecuted groups and communities of color. HOWEVER, I will say unequivocally, that the details of todays events- as reported back to my wife and I, are abhorrent, ignorant, and incensing. It strains the imagination how this employee, a person who the children are told to trust, thought that her actions would not cause harm to those in her care. Just as concerning, and possibly of value to further investigation, is that my son says this is not the first time this subject has been brought up by the librarian, and that each time, it has been accompanied by a request for silence. That the person in question ACTUALLY SAID, " Don't tell your parents". No matter the intent here, this iS "grooming" behavior from a person of trust and nothing positive can follow. Mr. Berkowitz, statements made by this "educator" during this role-playing session(s) seemed rooted in ignorance and bigotry and little else. With respect to you and to a fair investigation, it is very hard to read the part of your email where you refer to this as simply a "poor instructional decision." I am sad for these children, angry that such an important topic was corrupted, and deeply concerned by the requests for secrecy. Moving forward, I thank you for taking this seriously. I look forward to a very high degree of transparency regarding further actions taken. PLEASE NOTE: Depite confidentiality of investigation process I believe we are entitled to know the outcome and findings in real time. Despite some social trends, It does feel good to advocate for someone to be fired. However, at this time, should this person return from her administrative leave, I would be hesitant to allow my child to have any more contact. Sincerely, Richard Mazloom Amanda Hilligas Parents 1-23-cv-03788-AC R-00001679

Message

| From: | Cole, Karen (DCPS) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ED6C24B4398A4566A60074AED1165D13-KAREN COLE] |
|---|---|
| Sent: | 12/22/2021 2:55:52 PM |
| To: | Berkowitz, MScott (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8eda85080f0e40d3a25476ef228242a4-MsCott Berk] |
| Subject: | RE: For review - Watkins hate-bias response messages |

Hi Principal Berkowitz,

Just sending you a note of gratitude – I can't imagine the week you've had but hopefully your community is even stronger as a result, thanks to your leadership. I appreciate your words about transparency – may they guide the way forward beyond this issue! Please don't hesitate to reach out to Kevin Washburn as you consider next steps for your library program – I know he's eager to help where he can.

Have a wonderful holiday,



Dr. Karen A. Cole
Deputy Chief, Academic and Creative Empowerment
Office of Teaching and Learning
Social Emotional Academic Development
DC Public Schools
karen.cole@k12.dc.gov
(202)321-3881

**From:** Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>
**Sent:** Wednesday, December 22, 2021 6:42 AM
**To:** Bartolomeo, Elizabeth (DCPS) <Elizabeth.Bartolomeo@k12.dc.gov>; Hoffman, Paige (DCPS) <Paige.Hoffman@k12.dc.gov>; Harper, Robyn (DCPS) <Robyn.Harper@k12.dc.gov>; Stover, Shawn (DCPS) <shawn.stover@k12.dc.gov>; Equity, Response (DCPS) <equityresponse@k12.dc.gov>; Equity Response (DCPS) <Equity.response@k12.dc.gov>
**Cc:** Fuller, Jade (DCPS) <Jade.Fuller@k12.dc.gov>; Lamb, Michael (DCPS) <Michael.Lamb@k12.dc.gov>; McClain, Justin (DCPS) <Justin.Mcclain@k12.dc.gov>; Jackson, Nigel (DCPS) <Nigel.Jackson3@k12.dc.gov>; CARE, DCPS (DCPS) <dcps.care@k12.dc.gov>; Cole, Karen (DCPS) <Karen.Cole@k12.dc.gov>; Williams, Alison (DCPS) <Alison.Williams@k12.dc.gov>; Bryant-Mallory, Deitra (DCPS) <deitra.bryant-mallory@k12.dc.gov>; Jennings, Jessica (DCPS) <Jessica.Jennings@k12.dc.gov>; Heller, Alisha (DCPS) <Alisha.Heller@k12.dc.gov>; Howard-Stroud, Adia (DCPS) <Adia.Howard-Stroud@k12.dc.gov>
**Subject:** Re: For review - Watkins hate-bias response messages

Hello team,

I think last night was a success and great step forward. We've taken many this week. Thank you all for your leadership and support. I've received a number of appreciative notes about our response and you all are as much deserving of that kindness as I am. Thank you.

Below I have an outline of the last message I intend to send about this in 2021. Ideally it can go tonight. I've made some assignments (thanks in advance) to those who I think should craft the messages. Please use the doc we've been working in to do so.

P L O P T 2 3 4 5 6 7 8 8 0 3 3 4 5 9 0

1-23-cv-03788-ACR-00002038

I imagine the background check info will be the stickiest topic. I really hope we can be as transparent and upfront around the questions as that is biggest concern for the community and, as you know, is now a city-wide issue. **When it comes to community trust in our school system and our students' safety this is the biggest factor and the most obvious failure.** We we can get this right by being acknowledging some hard truths, being transparent and over communicating on this front, even if it it's unfavorable short term.

Here's the link to the doc: https://dck12-my.sharepoint.com/:w:/g/personal/elizabeth_bartolomeo_k12_dc_gov/EUlI270iH7lAtPiu60et0lYBmqVk8R7aiK-A7qud2D2-kg?e=27xv68

Summary to date (MScott)

Talking about the Holocaust resources (Robyn)
- Please share the discussions you've had with what groups.
- Please share the resources we think could be made available to parents at this time, and what might be available further in the future.

Kindred connection (MScott/Kindred)
- How our equity audit and dialogue groups align with our healing process and will strengthen our skill and will to create even more inclusive and safe spaces for our community members.

Mental Health Supports over Break (MScott via Nigel)
- Mental Health Professionals from DCPS's Central Services have been, and will be, available to our school community when we return
- Students that would like to receive on-going individual counseling have that available to them. That support may be general counseling, play therapy or art therapy.
- Watkins ES's school mental health team is equipped to provide evidenced based treatments and a range of mental health supports targeting anxiety, trauma and other challenges.
- For support during break or any other time out of school, caregivers and students can access a mental health professional using the Department of Behavioral Health's AccessHelp line.

LMER Background checks (LMER)
- What details can you provide the community on the background check policy and practices? Any confirmation that the person successfully completed the check? Why weren't the previous issues caught? Why were they allowed?
- I know this one is tough, but please try to be as transparent as possible.

Library Re-Entry planning (MScott and PTA)
- Our Mental Health team will give the library a facelift, with community engagement, and plan a welcome back event for students in January.

JCRJ, ADL, DCPS Joint statement. (Comms)
- I think we just draw some attention to this statement to show that these groups support us and that the Chancellor is working with them.
- Can comms make connections here?

**MScott Berkowitz**

**Click here to join the meeting**

**Or call in (audio only)**
+1 202-539-1291,,949108608#   United States, Washington DC
Phone Conference ID: 949 108 608#
Find a local number | Reset PIN

Learn More | Meeting options

PL0PT234567890334590

1-23-cv-03788-ACR-00002044

**Principal**
**Peabody Elementary School and Watkins Elementary School**
**Peabody: 202-698-3277**
**Watkins: 202-698-3355**
**District of Columbia Public Schools**
@PeabodyWatkins **on Instagram and Twitter**

 Capitol Hill Cluster School
*Where Every Child Achieves*

---

**From:** Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>
**Date:** Friday, December 17, 2021 at 5:53 PM
**To:** Bartolomeo, Elizabeth (DCPS) <Elizabeth.Bartolomeo@k12.dc.gov>, Hoffman, Paige (DCPS) <Paige.Hoffman@k12.dc.gov>, Harper, Robyn (DCPS) <Robyn.Harper@k12.dc.gov>, Stover, Shawn (DCPS) <shawn.stover@k12.dc.gov>, Equity, Response (DCPS) <equityresponse@k12.dc.gov>, Equity Response (DCPS) <Equity.response@k12.dc.gov>
**Cc:** Fuller, Jade (DCPS) <Jade.Fuller@k12.dc.gov>, Lamb, Michael (DCPS) <Michael.Lamb@k12.dc.gov>, McClain, Justin (DCPS) <Justin.Mcclain@k12.dc.gov>, Jackson, Nigel (DCPS) <Nigel.Jackson3@k12.dc.gov>, CARE, DCPS (DCPS) <dcps.care@k12.dc.gov>, Cole, Karen (DCPS) <Karen.Cole@k12.dc.gov>, Williams, Alison (DCPS) <Alison.Williams@k12.dc.gov>, Bryant-Mallory, Deitra (DCPS) <deitra.bryant-mallory@k12.dc.gov>, Jennings, Jessica (DCPS) <Jessica.Jennings@k12.dc.gov>, Heller, Alisha (DCPS) <Alisha.Heller@k12.dc.gov>, Howard-Stroud, Adia (DCPS) <Adia.Howard-Stroud@k12.dc.gov>
**Subject:** Re: For review - Watkins hate-bias response messages

My messages are out. Thanks so much team.

**MScott Berkowitz**
**Principal**
**Peabody Elementary School and Watkins Elementary School**
**Peabody: 202-698-3277**
**Watkins: 202-698-3355**
**District of Columbia Public Schools**
@PeabodyWatkins **on Instagram and Twitter**

 Capitol Hill Cluster School
*Where Every Child Achieves*

---

**From:** Bartolomeo, Elizabeth (DCPS) <Elizabeth.Bartolomeo@k12.dc.gov>
**Date:** Friday, December 17, 2021 at 5:46 PM
**To:** Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>, Hoffman, Paige (DCPS) <Paige.Hoffman@k12.dc.gov>, Harper, Robyn (DCPS) <Robyn.Harper@k12.dc.gov>, Stover, Shawn (DCPS) <shawn.stover@k12.dc.gov>, Equity, Response (DCPS) <equityresponse@k12.dc.gov>, Equity Response (DCPS) <Equity.response@k12.dc.gov>
**Cc:** Fuller, Jade (DCPS) <Jade.Fuller@k12.dc.gov>, Lamb, Michael (DCPS) <Michael.Lamb@k12.dc.gov>,

P L OPT23456789033453 ' P L OPT23456789033459 12.dc.gov>,

P L OPT23456789033450    P L OPT234567890334590

McClain, Justin (DCPS) <Justin.Mcclain@k12.dc.gov>, Jackson, Nigel (DCPS) <Nigel.Jackson3@k12.dc.gov>, CARE, DCPS (DCPS) <dcps.care@k12.dc.gov>, Cole, Karen (DCPS) <Karen.Cole@k12.dc.gov>, Williams, Alison (DCPS) <Alison.Williams@k12.dc.gov>, Bryant-Mallory, Deitra (DCPS) <deitra.bryant-mallory@k12.dc.gov>, Jennings, Jessica (DCPS) <Jessica.Jennings@k12.dc.gov>, Heller, Alisha (DCPS) <Alisha.Heller@k12.dc.gov>, Howard-Stroud, Adia (DCPS) <Adia.Howard-Stroud@k12.dc.gov>
**Subject:** Re: For review - Watkins hate-bias response messages

Re-attaching!

Will set the community notice for 6:15 pm.


**From:** Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>
**Date:** Friday, December 17, 2021 at 5:43 PM
**To:** Hoffman, Paige (DCPS) <Paige.Hoffman@k12.dc.gov>, Bartolomeo, Elizabeth (DCPS) <Elizabeth.Bartolomeo@k12.dc.gov>, Harper, Robyn (DCPS) <Robyn.Harper@k12.dc.gov>, Stover, Shawn (DCPS) <shawn.stover@k12.dc.gov>, Equity, Response (DCPS) <equityresponse@k12.dc.gov>, Equity Response (DCPS) <Equity.response@k12.dc.gov>
**Cc:** Fuller, Jade (DCPS) <Jade.Fuller@k12.dc.gov>, Lamb, Michael (DCPS) <Michael.Lamb@k12.dc.gov>, McClain, Justin (DCPS) <Justin.Mcclain@k12.dc.gov>, Jackson, Nigel (DCPS) <Nigel.Jackson3@k12.dc.gov>, CARE, DCPS (DCPS) <dcps.care@k12.dc.gov>, Cole, Karen (DCPS) <Karen.Cole@k12.dc.gov>, Williams, Alison (DCPS) <Alison.Williams@k12.dc.gov>, Bryant-Mallory, Deitra (DCPS) <deitra.bryant-mallory@k12.dc.gov>, Jennings, Jessica (DCPS) <Jessica.Jennings@k12.dc.gov>, Heller, Alisha (DCPS) <Alisha.Heller@k12.dc.gov>, Howard-Stroud, Adia (DCPS) <Adia.Howard-Stroud@k12.dc.gov>
**Subject:** Re: For review - Watkins hate-bias response messages

Yes.  Staff was emailed it. I tried to hand deliver but she was gone.

**MScott Berkowitz**
**Principal**
**Peabody Elementary School and Watkins Elementary School**
**Peabody: 202-698-3277**
**Watkins: 202-698-3355**
**District of Columbia Public Schools**
**@PeabodyWatkins on Instagram and Twitter**



**Capitol Hill Cluster School**
*Where Every Child Achieves*


**From:** Hoffman, Paige (DCPS) <Paige.Hoffman@k12.dc.gov>
**Date:** Friday, December 17, 2021 at 5:41 PM
**To:** Bartolomeo, Elizabeth (DCPS) <Elizabeth.Bartolomeo@k12.dc.gov>, Harper, Robyn (DCPS) <Robyn.Harper@k12.dc.gov>, Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>, Stover, Shawn (DCPS) <shawn.stover@k12.dc.gov>, Equity, Response (DCPS) <equityresponse@k12.dc.gov>, Equity Response (DCPS) <Equity.response@k12.dc.gov>
**Cc:** Fuller, Jade (DCPS) <Jade.Fuller@k12.dc.gov>, Lamb, Michael (DCPS) <Michael.Lamb@k12.dc.gov>, McClain, Justin (DCPS) <Justin.Mcclain@k12.dc.gov>, Jackson, Nigel (DCPS) <Nigel.Jackson3@k12.dc.gov>,

CARE, DCPS (DCPS) <dcps.care@k12.dc.gov>, Cole, Karen (DCPS) <Karen.Cole@k12.dc.gov>, Williams, Alison (DCPS) <Alison.Williams@k12.dc.gov>, Bryant-Mallory, Deitra (DCPS) <deitra.bryant-mallory@k12.dc.gov>, Jennings, Jessica (DCPS) <Jessica.Jennings@k12.dc.gov>, Heller, Alisha (DCPS) <Alisha.Heller@k12.dc.gov>, Howard-Stroud, Adia (DCPS) <Adia.Howard-Stroud@k12.dc.gov>
Subject: Re: For review - Watkins hate-bias response messages

Just to confirm, Mscott has received notice that the NOI has been issued?

From: Bartolomeo, Elizabeth (DCPS) <Elizabeth.Bartolomeo@k12.dc.gov>
Sent: Friday, December 17, 2021 5:39 PM
To: Harper, Robyn (DCPS) <Robyn.Harper@k12.dc.gov>; Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>; Stover, Shawn (DCPS) <shawn.stover@k12.dc.gov>; Equity, Response (DCPS) <equityresponse@k12.dc.gov>; Equity Response (DCPS) <Equity.response@k12.dc.gov>
Cc: Hoffman, Paige (DCPS) <Paige.Hoffman@k12.dc.gov>; Fuller, Jade (DCPS) <Jade.Fuller@k12.dc.gov>; Lamb, Michael (DCPS) <Michael.Lamb@k12.dc.gov>; McClain, Justin (DCPS) <Justin.Mcclain@k12.dc.gov>; Jackson, Nigel (DCPS) <Nigel.Jackson3@k12.dc.gov>; CARE, DCPS (DCPS) <dcps.care@k12.dc.gov>; Cole, Karen (DCPS) <Karen.Cole@k12.dc.gov>; Williams, Alison (DCPS) <Alison.Williams@k12.dc.gov>; Bryant-Mallory, Deitra (DCPS) <deitra.bryant-mallory@k12.dc.gov>; Jennings, Jessica (DCPS) <Jessica.Jennings@k12.dc.gov>; Heller, Alisha (DCPS) <Alisha.Heller@k12.dc.gov>; Howard-Stroud, Adia (DCPS) <Adia.Howard-Stroud@k12.dc.gov>
Subject: Re: For review - Watkins hate-bias response messages

Mscott – thanks for connecting by phone and to all for reviewing.

Please see attached the final communications to use.

You will send the classroom and staff notices ASAP and comms will send the community notice at 6 pm.

Thanks,
Liz

From: Bartolomeo, Elizabeth (DCPS) <Elizabeth.Bartolomeo@k12.dc.gov>
Date: Friday, December 17, 2021 at 4:35 PM
To: Harper, Robyn (DCPS) <Robyn.Harper@k12.dc.gov>, Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>, Stover, Shawn (DCPS) <shawn.stover@k12.dc.gov>, Equity, Response (DCPS) <equityresponse@k12.dc.gov>, Equity Response (DCPS) <Equity.response@k12.dc.gov>
Cc: Hoffman, Paige (DCPS) <Paige.Hoffman@k12.dc.gov>, Fuller, Jade (DCPS) <Jade.Fuller@k12.dc.gov>, Lamb, Michael (DCPS) <Michael.Lamb@k12.dc.gov>, McClain, Justin (DCPS) <Justin.Mcclain@k12.dc.gov>, Jackson, Nigel (DCPS) <Nigel.Jackson3@k12.dc.gov>, CARE, DCPS (DCPS) <dcps.care@k12.dc.gov>, Cole, Karen (DCPS) <Karen.Cole@k12.dc.gov>, Williams, Alison (DCPS) <Alison.Williams@k12.dc.gov>, Bryant-Mallory, Deitra (DCPS) <deitra.bryant-mallory@k12.dc.gov>, Jennings, Jessica (DCPS) <Jessica.Jennings@k12.dc.gov>, Heller, Alisha (DCPS) <Alisha.Heller@k12.dc.gov>, Howard-Stroud, Adia (DCPS) <Adia.Howard-Stroud@k12.dc.gov>
Subject: For review - Watkins hate-bias response messages

Good afternoon. Please find attached a draft of communications in response to this incident.

FOR REVIEW -- https://dck12-my.sharepoint.com/:w:/g/personal/elizabeth_bartolomeo_k12_dc_gov/EUII270iH7lAtPiu60et0IYBmqVk8R7aiK-A7qud2D2-kg?e=8kvgDr

PLOPT234567890334590

Page 1 = classroom note
Page 2 = school community message
Page 3 = staff note (thanks Shawn and Mscott and Robyn!)

Thanks,
Liz

**From:** Robyn.Harper@k12.dc.gov
**When:** 2:15 PM - 2:45 PM December 17, 2021
**Subject:** Central Equity Response Meeting (Watkins ES)
**Location:** Microsoft Teams Meeting

-----Original Appointment-----
**From:** Harper, Robyn (DCPS) <Robyn.Harper@k12.dc.gov>
**Sent:** Friday, December 17, 2021 1:45 PM
**To:** Harper, Robyn (DCPS); Equity Response (DCPS); Berkowitz, MScott (DCPS); Stover, Shawn (DCPS); Equity, Response (DCPS)
**Subject:** Central Equity Response Meeting (Watkins ES)
**When:** Friday, December 17, 2021 2:15 PM-2:45 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Microsoft Teams Meeting

Thank you for submitting the IRT for the alleged incident of hate/bias below. As you know, by doing so, you have officially completed the first step in our District protocol for responding to incidents of hate and bias.

-- [DEC-17-21 12:54 PM  Mscott (DCPS) Berkowitz] -----------
Ms. Moxley's HR class attended their regular library class today.  The lesson was for students to act out the atrocities of the Holocaust.  One student was given the role of Hitler.  Others were told to be people that shot Jews.  Some students were given roles to dig ditches.  Other jobs were to put classmates in gas chambers.  Many students were directed to pretend to die.  At the end of the lesson, the student playing Hitler was told to act out his suicide.  Before the class ended the librarian told students not to tell their parents.

The librarian's name is Kimberlynn Jurkowski.  All students in the homeroom were involved.

As a next step, we would like meet and identify specific support/next steps from members of our Central Equity Response Team (outlined in Phase 3 of the protocol). **Please reply to this email with your availability to have a 30 minute meeting today or early next week to determine short-term and long-term supports for impacted parties.** The primary purpose of this meeting is identifying immediate and long-term strategies to restore community and repair harm.

**Central Equity Response Team, please note that due to the nature of this incident we are aiming to schedule this response meeting as soon as possible. We prioritize the school leaders availability and hope that it will be possible for you to have a representative from your team join the meeting. Please let me know if this will not be possible and we will determine how to ensure your team is kept informed on the situation and required next steps.**

# Microsoft Teams meeting

**Join on your computer or mobile app**

**Click here to join the meeting**

**Or call in (audio only)**

+1 202-539-1291,,949108608#    United States, Washington DC

Phone Conference ID: **949 108 608#**

Find a local number | Reset PIN

Learn More | Meeting options

_____

PLOPT234567890334590

Page 1 = classroom note
Page 2 = school community message
Page 3 = staff note (thanks Shawn and Mscott and Robyn!)

Thanks,
Liz

**From:** Robyn.Harper@k12.dc.gov
**When:** 2:15 PM - 2:45 PM December 17, 2021
**Subject:** Central Equity Response Meeting (Watkins ES)
**Location:** Microsoft Teams Meeting

-----Original Appointment-----
**From:** Harper, Robyn (DCPS) <Robyn.Harper@k12.dc.gov>
**Sent:** Friday, December 17, 2021 1:45 PM
**To:** Harper, Robyn (DCPS); Equity Response (DCPS); Berkowitz, MScott (DCPS); Stover, Shawn (DCPS); Equity, Response (DCPS)
**Subject:** Central Equity Response Meeting (Watkins ES)
**When:** Friday, December 17, 2021 2:15 PM-2:45 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Microsoft Teams Meeting

Thank you for submitting the IRT for the alleged incident of hate/bias below. As you know, by doing so, you have officially completed the first step in our District protocol for responding to incidents of hate and bias.

> -- [DEC-17-21 12:54 PM  Mscott (DCPS) Berkowitz] --------------
> Ms. Moxley's HR class attended their regular library class today.  The lesson was for students to act out the atrocities of the Holocaust.  One student was given the role of Hitler.  Others were told to be people that shot Jews.  Some students were given roles to dig ditches.  Other jobs were to put classmates in gas chambers.  Many students were directed to pretend to die.  At the end of the lesson, the student playing Hitler was told to act out his suicide.  Before the class ended the librarian told students not to tell their parents.
>
> The librarian's name is Kimberlynn Jurkowski.  All students in the homeroom were involved.

As a next step, we would like meet and identify specific support/next steps from members of our Central Equity Response Team (outlined in Phase 3 of the protocol). Please reply to this email with your availability to have a 30 minute meeting today or early next week to determine short-term and long-term supports for impacted parties. The primary purpose of this meeting is identifying immediate and long-term strategies to restore community and repair harm.

Central Equity Response Team, please note that due to the nature of this incident we are aiming to schedule this response meeting as soon as possible. We prioritize the school leaders availability and hope that it will be possible for you to have a representative from your team join the meeting. Please let me know if this will not be possible and we will determine how to ensure your team is kept informed on the situation and required next steps.

# Microsoft Teams meeting

**Join on your computer or mobile app**

CARE, DCPS (DCPS) <dcps.care@k12.dc.gov>, Cole, Karen (DCPS) <Karen.Cole@k12.dc.gov>, Williams, Alison
(DCPS) <Alison.Williams@k12.dc.gov>, Bryant-Mallory, Deitra (DCPS) <deitra.bryant-mallory@k12.dc.gov>,
Jennings, Jessica (DCPS) <Jessica.Jennings@k12.dc.gov>, Heller, Alisha (DCPS) <Alisha.Heller@k12.dc.gov>,
Howard-Stroud, Adia (DCPS) <Adia.Howard-Stroud@k12.dc.gov>
**Subject:** Re: For review - Watkins hate-bias response messages

Just to confirm, Mscott has received notice that the NOI has been issued?

**From:** Bartolomeo, Elizabeth (DCPS) <Elizabeth.Bartolomeo@k12.dc.gov>
**Sent:** Friday, December 17, 2021 5:39 PM
**To:** Harper, Robyn (DCPS) <Robyn.Harper@k12.dc.gov>; Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>;
Stover, Shawn (DCPS) <shawn.stover@k12.dc.gov>; Equity, Response (DCPS) <equityresponse@k12.dc.gov>; Equity
Response (DCPS) <Equity.response@k12.dc.gov>
**Cc:** Hoffman, Paige (DCPS) <Paige.Hoffman@k12.dc.gov>; Fuller, Jade (DCPS) <Jade.Fuller@k12.dc.gov>; Lamb, Michael
(DCPS) <Michael.Lamb@k12.dc.gov>; McClain, Justin (DCPS) <Justin.Mcclain@k12.dc.gov>; Jackson, Nigel (DCPS)
<Nigel.Jackson3@k12.dc.gov>; CARE, DCPS (DCPS) <dcps.care@k12.dc.gov>; Cole, Karen (DCPS)
<Karen.Cole@k12.dc.gov>; Williams, Alison (DCPS) <Alison.Williams@k12.dc.gov>; Bryant-Mallory, Deitra (DCPS)
<deitra.bryant-mallory@k12.dc.gov>; Jennings, Jessica (DCPS) <Jessica.Jennings@k12.dc.gov>; Heller, Alisha (DCPS)
<Alisha.Heller@k12.dc.gov>; Howard-Stroud, Adia (DCPS) <Adia.Howard-Stroud@k12.dc.gov>
**Subject:** Re: For review - Watkins hate-bias response messages

Mscott – thanks for connecting by phone and to all for reviewing.

Please see attached the final communications to use.

You will send the classroom and staff notices ASAP and comms will send the community notice at 6 pm.

Thanks,
Liz

**From:** Bartolomeo, Elizabeth (DCPS) <Elizabeth.Bartolomeo@k12.dc.gov>
**Date:** Friday, December 17, 2021 at 4:35 PM
**To:** Harper, Robyn (DCPS) <Robyn.Harper@k12.dc.gov>, Berkowitz, MScott (DCPS)
<MScott.Berkowitz@k12.dc.gov>, Stover, Shawn (DCPS) <shawn.stover@k12.dc.gov>, Equity, Response
(DCPS) <equityresponse@k12.dc.gov>, Equity Response (DCPS) <Equity.response@k12.dc.gov>
**Cc:** Hoffman, Paige (DCPS) <Paige.Hoffman@k12.dc.gov>, Fuller, Jade (DCPS) <Jade.Fuller@k12.dc.gov>, Lamb,
Michael (DCPS) <Michael.Lamb@k12.dc.gov>, McClain, Justin (DCPS) <Justin.Mcclain@k12.dc.gov>, Jackson,
Nigel (DCPS) <Nigel.Jackson3@k12.dc.gov>, CARE, DCPS (DCPS) <dcps.care@k12.dc.gov>, Cole, Karen (DCPS)
<Karen.Cole@k12.dc.gov>, Williams, Alison (DCPS) <Alison.Williams@k12.dc.gov>, Bryant-Mallory, Deitra
(DCPS) <deitra.bryant-mallory@k12.dc.gov>, Jennings, Jessica (DCPS) <Jessica.Jennings@k12.dc.gov>, Heller,
Alisha (DCPS) <Alisha.Heller@k12.dc.gov>, Howard-Stroud, Adia (DCPS) <Adia.Howard-Stroud@k12.dc.gov>
**Subject:** For review - Watkins hate-bias response messages

Good afternoon. Please find attached a draft of communications in response to this incident.

FOR REVIEW – https://dck12-
my.sharepoint.com/:w:/g/personal/elizabeth_bartolomeo_k12_dc_gov/EUIl270iH7lAtPiu60et0lYBmqVk8R7aiK-
A7qud2D2-kg?e=8kvgDr

· L Ụ P T 2 3 4 5 8 7 8 9 0 3 3 4 5 9 0

McClain, Justin (DCPS) <Justin.Mcclain@k12.dc.gov>, Jackson, Nigel (DCPS) <Nigel.Jackson3@k12.dc.gov>, CARE, DCPS (DCPS) <dcps.care@k12.dc.gov>, Cole, Karen (DCPS) <Karen.Cole@k12.dc.gov>, Williams, Alison (DCPS) <Alison.Williams@k12.dc.gov>, Bryant-Mallory, Deitra (DCPS) <deitra.bryant-mallory@k12.dc.gov>, Jennings, Jessica (DCPS) <Jessica.Jennings@k12.dc.gov>, Heller, Alisha (DCPS) <Alisha.Heller@k12.dc.gov>, Howard-Stroud, Adia (DCPS) <Adia.Howard-Stroud@k12.dc.gov>
**Subject:** Re: For review - Watkins hate-bias response messages

Re-attaching!

Will set the community notice for 6:15 pm.


**From:** Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>
**Date:** Friday, December 17, 2021 at 5:43 PM
**To:** Hoffman, Paige (DCPS) <Paige.Hoffman@k12.dc.gov>, Bartolomeo, Elizabeth (DCPS) <Elizabeth.Bartolomeo@k12.dc.gov>, Harper, Robyn (DCPS) <Robyn.Harper@k12.dc.gov>, Stover, Shawn (DCPS) <shawn.stover@k12.dc.gov>, Equity, Response (DCPS) <equityresponse@k12.dc.gov>, Equity Response (DCPS) <Equity.response@k12.dc.gov>
**Cc:** Fuller, Jade (DCPS) <Jade.Fuller@k12.dc.gov>, Lamb, Michael (DCPS) <Michael.Lamb@k12.dc.gov>, McClain, Justin (DCPS) <Justin.Mcclain@k12.dc.gov>, Jackson, Nigel (DCPS) <Nigel.Jackson3@k12.dc.gov>, CARE, DCPS (DCPS) <dcps.care@k12.dc.gov>, Cole, Karen (DCPS) <Karen.Cole@k12.dc.gov>, Williams, Alison (DCPS) <Alison.Williams@k12.dc.gov>, Bryant-Mallory, Deitra (DCPS) <deitra.bryant-mallory@k12.dc.gov>, Jennings, Jessica (DCPS) <Jessica.Jennings@k12.dc.gov>, Heller, Alisha (DCPS) <Alisha.Heller@k12.dc.gov>, Howard-Stroud, Adia (DCPS) <Adia.Howard-Stroud@k12.dc.gov>
**Subject:** Re: For review - Watkins hate-bias response messages

Yes.  Staff was emailed it. I tried to hand deliver but she was gone.

**MScott Berkowitz**
**Principal**
**Peabody Elementary School and Watkins Elementary School**
**Peabody: 202-698-3277**
**Watkins: 202-698-3355**
**District of Columbia Public Schools**
**@PeabodyWatkins on Instagram and Twitter**



Capitol Hill Cluster School
*Where Every Child Achieves*


**From:** Hoffman, Paige (DCPS) <Paige.Hoffman@k12.dc.gov>
**Date:** Friday, December 17, 2021 at 5:41 PM
**To:** Bartolomeo, Elizabeth (DCPS) <Elizabeth.Bartolomeo@k12.dc.gov>, Harper, Robyn (DCPS) <Robyn.Harper@k12.dc.gov>, Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>, Stover, Shawn (DCPS) <shawn.stover@k12.dc.gov>, Equity, Response (DCPS) <equityresponse@k12.dc.gov>, Equity Response (DCPS) <Equity.response@k12.dc.gov>
**Cc:** Fuller, Jade (DCPS) <Jade.Fuller@k12.dc.gov>, Lamb, Michael (DCPS) <Michael.Lamb@k12.dc.gov>, McClain, Justin (DCPS) <Justin.Mcclain@k12.dc.gov>, Jackson, Nigel (DCPS) <Nigel.Jackson3@k12.dc.gov>,

**Principal**
**Peabody Elementary School and Watkins Elementary School**
**Peabody: 202-698-3277**
**Watkins: 202-698-3355**
**District of Columbia Public Schools**
@PeabodyWatkins **on Instagram and Twitter**



Capitol Hill Cluster School

*Where Every Child Achieves*

---

**From:** Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>
**Date:** Friday, December 17, 2021 at 5:53 PM
**To:** Bartolomeo, Elizabeth (DCPS) <Elizabeth.Bartolomeo@k12.dc.gov>, Hoffman, Paige (DCPS) <Paige.Hoffman@k12.dc.gov>, Harper, Robyn (DCPS) <Robyn.Harper@k12.dc.gov>, Stover, Shawn (DCPS) <shawn.stover@k12.dc.gov>, Equity, Response (DCPS) <equityresponse@k12.dc.gov>, Equity Response (DCPS) <Equity.response@k12.dc.gov>
**Cc:** Fuller, Jade (DCPS) <Jade.Fuller@k12.dc.gov>, Lamb, Michael (DCPS) <Michael.Lamb@k12.dc.gov>, McClain, Justin (DCPS) <Justin.Mcclain@k12.dc.gov>, Jackson, Nigel (DCPS) <Nigel.Jackson3@k12.dc.gov>, CARE, DCPS (DCPS) <dcps.care@k12.dc.gov>, Cole, Karen (DCPS) <Karen.Cole@k12.dc.gov>, Williams, Alison (DCPS) <Alison.Williams@k12.dc.gov>, Bryant-Mallory, Deitra (DCPS) <deitra.bryant-mallory@k12.dc.gov>, Jennings, Jessica (DCPS) <Jessica.Jennings@k12.dc.gov>, Heller, Alisha (DCPS) <Alisha.Heller@k12.dc.gov>, Howard-Stroud, Adia (DCPS) <Adia.Howard-Stroud@k12.dc.gov>
**Subject:** Re: For review - Watkins hate-bias response messages

My messages are out.  Thanks so much team.

**MScott Berkowitz**
**Principal**
**Peabody Elementary School and Watkins Elementary School**
**Peabody: 202-698-3277**
**Watkins: 202-698-3355**
**District of Columbia Public Schools**
@PeabodyWatkins **on Instagram and Twitter**



Capitol Hill Cluster School

*Where Every Child Achieves*

---

**From:** Bartolomeo, Elizabeth (DCPS) <Elizabeth.Bartolomeo@k12.dc.gov>
**Date:** Friday, December 17, 2021 at 5:46 PM
**To:** Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>, Hoffman, Paige (DCPS) <Paige.Hoffman@k12.dc.gov>, Harper, Robyn (DCPS) <Robyn.Harper@k12.dc.gov>, Stover, Shawn (DCPS) <shawn.stover@k12.dc.gov>, Equity, Response (DCPS) <equityresponse@k12.dc.gov>, Equity Response (DCPS) <Equity.response@k12.dc.gov>
**Cc:** Fuller, Jade (DCPS) <Jade.Fuller@k12.dc.gov>, Lamb, Michael (DCPS) <Michael.Lamb@k12.dc.gov>,

P L 0 P 1 2 3 4 5 6 7 8 9 0 3 3 4 5 9 :

I imagine the background check info will be the stickiest topic. I really hope we can be as transparent and upfront around the questions as that is biggest concern for the community and, as you know, is now a city-wide issue. **When it comes to community trust in our school system and our students' safety this is the biggest factor and the most obvious failure.** We we can get this right by being acknowledging some hard truths, being transparent and over communicating on this front, even if it it's unfavorable short term.

Here's the link to the doc: https://dck12-
my.sharepoint.com/:w:/g/personal/elizabeth_bartolomeo_k12_dc_gov/EUIl270iH7lAtPiu60et0lYBmqVk8R7aiK-
A7qud2D2-kg?e=27xv68

Summary to date (MScott)

Talking about the Holocaust resources (Robyn)
- Please share the discussions you've had with what groups.
- Please share the resources we think could be made available to parents at this time, and what might be available further in the future.

Kindred connection (MScott/Kindred)
- How our equity audit and dialogue groups align with our healing process and will strengthen our skill and will to create even more inclusive and safe spaces for our community members.

Mental Health Supports over Break (MScott via Nigel)
- Mental Health Professionals from DCPS's Central Services have been, and will be, available to our school community when we return
- Students that would like to receive on-going individual counseling have that available to them. That support may be general counseling, play therapy or art therapy.
- Watkins ES's school mental health team is equipped to provide evidenced based treatments and a range of mental health supports targeting anxiety, trauma and other challenges.
- For support during break or any other time out of school, caregivers and students can access a mental health professional using the Department of Behavioral Health's AccessHelp line.

LMER Background checks (LMER)
- What details can you provide the community on the background check policy and practices? Any confirmation that the person successfully completed the check? Why weren't the previous issues caught? Why were they allowed?
- I know this one is tough, but please try to be as transparent as possible.

Library Re-Entry planning (MScott and PTA)
- Our Mental Health team will give the library a facelift, with community engagement, and plan a welcome back event for students in January.

JCRJ, ADL, DCPS Joint statement. (Comms)
- I think we just draw some attention to this statement to show that these groups support us and that the Chancellor is working with them.
- Can comms make connections here?

**MScott Berkowitz**

Message edited: "Sandler, Ryan (DCPS)" <Ryan.Sandler@k12.dc.gov>
7/28/2021 9:12 PM Play
"Shaw, Tarsha (DCPS)" <tarsha.shaw@k12.dc.gov> 7/28/2021 7:34 PM You
got this! Trust the process.
"Hunt, Amelia (DCPS)" <Amelia.Hunt@k12.dc.gov> 7/28/2021 7:34 PM
"There is no choir!"
"Dogbe, Akela (DCPS)" <akela.dogbe@k12.dc.gov> 7/28/2021 7:34 PM
"Reform tinkers with the edges of injustice." Bettina Love
#liberateschooling
"Simms, Samantha (DCPS)" <samantha.simms@k12.dc.gov> 7/28/2021 7:34 PM
"How do you eat an elephant? One bite at a time."
"Anderson, Jacqueline A. (DCPS)" <jacqueline.anderson@k12.dc.gov>
7/28/2021 7:35 PM Honor the truth!
"Lynch, Rashad (DCPS)" <Rashad.Lynch@k12.dc.gov> 7/28/2021 7:35 PM
"Blackness is bigger than Anti-Blackness"
"Williams, Rachel (DCPS)" <Rachel.Williams4@k12.dc.gov> 7/28/2021 7:35
PM Every single word B. Love dropped on us. If you missed that keynote
you missed one of the best I have ever heard!
"Shaw, Charise D. (DCPS)" <charise.shaw@k12.dc.gov> 7/28/2021 7:35 PM
"what's strong with students, not what's wrong with students"
"McDonough, Jacqueline (DCPS)" <Jacqueline.McDonough@k12.dc.gov>
7/28/2021 7:35 PM "Niceness is not courageous" R.Diangelo
"Marcel-Herbert, Tenisha" <Tenisha.Marcel-Herbert@k12.dc.gov>
7/28/2021 7:35 PM "There is a deep history of harm between Black
children and schools." - Dr. Robin D'Angelo
"Johnson, Tiffany R. (DCPS)" <Tiffany.Johnson3@k12.dc.gov> 7/28/2021
7:35 PM how do we ensure that all of our students have a racial
identity?
"Adutwum, Kim (DCPS)" <kim.adutwum@k12.dc.gov> 7/28/2021 7:35 PM What
is strong about the student?
"Fields, DeChantel (DCPS)" <DeChantel.Fields@k12.dc.gov> 7/28/2021
7:35 PM "My ancestors left me a playbook of hard work. This work is
not 8:30-3:30."--Dr. Love
"McKenzie, Nicola (DCPS)" <nicola.mckenzie@k12.dc.gov> 7/28/2021 7:35
PM "We have to have conflict in love" Thank you Dr.Love !
"Muhammad, Andre (DCPS)" <Andre.Muhammad@k12.dc.gov> 7/28/2021 7:35 PM
"Students are more than numbers."
"Berkowitz, MScott (DCPS)" <MScott.Berkowitz@k12.dc.gov> 7/28/2021
7:35 PM Assume that it's you. - Dr. DiAngelo
"Morrison, Brian (DCPS)" <Brian.Morrison@k12.dc.gov> 7/28/2021 7:35 PM
"Inter-generational plunder." Dr. Clint Smith
"Vialpando, Jacqueline M. (DCPS)" <jacqueline.vialpando@k12.dc.gov>
7/28/2021 7:36 PM "Sweep Your Stoop" n"What do I do?" "Assume that it
is you."
"Snell, Tacora (DCPS)" <Tacora.Snell@k12.dc.gov> 7/28/2021 7:36 PM
"You don't know what kids know or what they can do!"
Message edited: "Warren, Shelina (DCPS)" <Shelina.Warren@k12.dc.gov>
7/28/2021 7:36 PM "Teach kids to change the system." -Bettina Love
Amy Collins <ascollins28@gmail.com> 7/28/2021 7:36 PM From Dr. Love:
What do we lose as a society if we don't educate black and brown

Message

| From: | Cole, Karen (DCPS) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ED6C24B4398A4566A60074AED1165D13-KAREN COLE] |
|---|---|
| Sent: | 12/22/2021 2:55:52 PM |
| To: | Berkowitz, MScott (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8eda85080f0e40d3a25476ef228242a4-MsCott Berk] |
| Subject: | RE: For review - Watkins hate-bias response messages |

Hi Principal Berkowitz,

Just sending you a note of gratitude – I can't imagine the week you've had but hopefully your community is even stronger as a result, thanks to your leadership. I appreciate your words about transparency – may they guide the way forward beyond this issue! Please don't hesitate to reach out to Kevin Washburn as you consider next steps for your library program – I know he's eager to help where he can.

Have a wonderful holiday,



Dr. Karen A. Cole
Deputy Chief, Academic and Creative Empowerment
Office of Teaching and Learning
Social Emotional Academic Development
DC Public Schools
karen.cole@k12.dc.gov
(202)321-3881


**From:** Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>
**Sent:** Wednesday, December 22, 2021 6:42 AM
**To:** Bartolomeo, Elizabeth (DCPS) <Elizabeth.Bartolomeo@k12.dc.gov>; Hoffman, Paige (DCPS) <Paige.Hoffman@k12.dc.gov>; Harper, Robyn (DCPS) <Robyn.Harper@k12.dc.gov>; Stover, Shawn (DCPS) <shawn.stover@k12.dc.gov>; Equity, Response (DCPS) <equityresponse@k12.dc.gov>; Equity Response (DCPS) <Equity.response@k12.dc.gov>
**Cc:** Fuller, Jade (DCPS) <Jade.Fuller@k12.dc.gov>; Lamb, Michael (DCPS) <Michael.Lamb@k12.dc.gov>; McClain, Justin (DCPS) <Justin.Mcclain@k12.dc.gov>; Jackson, Nigel (DCPS) <Nigel.Jackson3@k12.dc.gov>; CARE, DCPS (DCPS) <dcps.care@k12.dc.gov>; Cole, Karen (DCPS) <Karen.Cole@k12.dc.gov>; Williams, Alison (DCPS) <Alison.Williams@k12.dc.gov>; Bryant-Mallory, Deitra (DCPS) <deitra.bryant-mallory@k12.dc.gov>; Jennings, Jessica (DCPS) <Jessica.Jennings@k12.dc.gov>; Heller, Alisha (DCPS) <Alisha.Heller@k12.dc.gov>; Howard-Stroud, Adia (DCPS) <Adia.Howard-Stroud@k12.dc.gov>
**Subject:** Re: For review - Watkins hate-bias response messages

Hello team,

I think last night was a success and great step forward. We've taken many this week. Thank you all for your leadership and support. I've received a number of appreciative notes about our response and you all are as much deserving of that kindness as I am. Thank you.

Below I have an outline of the last message I intend to send about this in 2021. Ideally it can go tonight. I've made some assignments (thanks in advance) to those who I think should craft the messages. Please use the doc we've been working in to do so.      P L O P T 2 3 4 5 6 7 8 8 0 3 3 4 5 9 0

I imagine the background check info will be the stickiest topic. I really hope we can be as transparent and upfront around the questions as that is biggest concern for the community and, as you know, is now a city-wide issue. **When it comes to community trust in our school system and our students' safety this is the biggest factor and the most obvious failure.** We we can get this right by being acknowledging some hard truths, being transparent and over communicating on this front, even if it it's unfavorable short term.

Here's the link to the doc: https://dck12-my.sharepoint.com/:w:/g/personal/elizabeth_bartolomeo_k12_dc_gov/EUIl270iH7IAtPiu60et0IYBmqVk8R7aiK-A7qud2D2-kg?e=27xv68

Summary to date (MScott)

Talking about the Holocaust resources (Robyn)
- Please share the discussions you've had with what groups.
- Please share the resources we think could be made available to parents at this time, and what might be available further in the future.

Kindred connection (MScott/Kindred)
- How our equity audit and dialogue groups align with our healing process and will strengthen our skill and will to create even more inclusive and safe spaces for our community members.

Mental Health Supports over Break (MScott via Nigel)
- Mental Health Professionals from DCPS's Central Services have been, and will be, available to our school community when we return
- Students that would like to receive on-going individual counseling have that available to them. That support may be general counseling, play therapy or art therapy.
- Watkins ES's school mental health team is equipped to provide evidenced based treatments and a range of mental health supports targeting anxiety, trauma and other challenges.
- For support during break or any other time out of school, caregivers and students can access a mental health professional using the Department of Behavioral Health's AccessHelp line.

LMER Background checks (LMER)
- What details can you provide the community on the background check policy and practices? Any confirmation that the person successfully completed the check? Why weren't the previous issues caught? Why were they allowed?
- I know this one is tough, but please try to be as transparent as possible.

Library Re-Entry planning (MScott and PTA)
- Our Mental Health team will give the library a facelift, with community engagement, and plan a welcome back event for students in January.

JCRJ, ADL, DCPS Joint statement. (Comms)
- I think we just draw some attention to this statement to show that these groups support us and that the Chancellor is working with them.
- Can comms make connections here?

**MScott Berkowitz**

Message

_____

**From**: Berkowitz, MScott (DCPS) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8EDA85080F0E40D3A25476EF228242A4-MSCOTT BERK]
**Sent**: 12/28/2021 5:50:49 PM
**To**: Carey, Stacey (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d577b4d2d2f34e8d9a6085c26dd9c3e4-Stacey Care]
**Subject**: Re: Improper conduct (re-enactment of the Holocaust)

They are submitted

MScott Berkowitz
Principal
Peabody and Watkins Elementary Schools

_____

**From:** Carey, Stacey (DCPS) <Stacey.Carey@k12.dc.gov>
**Sent:** Monday, December 27, 2021 9:38:21 AM
**To:** Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>
**Subject:** RE: Improper conduct (re-enactment of the Holocaust)

Good Morning Principal Berkowitz

I interviewed Ms. Moxley this morning, and she advised me that she had the students write a statement on Friday, December 27, 2021.  Can I get a copy of the statement written by the students?  Thanks for your cooperation.

Stacey R Carey
Investigator, Investigation Division
Office of General Counsel (LMER)
Desk:  202-576-5024
Cell:  202-631-9297

**From:** Carey, Stacey (DCPS)
**Sent:** Thursday, December 23, 2021 2:35 PM
**To:** Berkowitz, MScott (DCPS) <mscott.berkowitz@k12.dc.gov>
**Subject:** RE: Improper conduct (re-enactment of the Holocaust)

Thank you for your written statement.  I have spoken with Teacher Ms. Moxley, and we have a Microsoft Team interview on Monday, December 27, 2021.  I have also sent AP Boisvert a text message to check his email for a Microsoft Team date for an interview.

Thank you for your cooperation

ᴜᴜ0509SPPL00664RKDTT

Stacey R Carey
Investigator, Investigation Division
Office of General Counsel (LMER)
Desk:  202-576-5024
Cell:  202-631-9297

**From:** Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>
**Sent:** Thursday, December 23, 2021 2:24 PM

**From:** "Glasser, William" <William.Glasser@fox.com>
**Date:** December 18, 2021 at 10:09:43 PM EST
**To:** "Watts, Lindsay" <Lindsay.Watts@fox.com>
**Subject: FW: Incident today in library class - Ms. Moxley's homeroom**

**From:** Amanda Hilligas <amandahilligas@gmail.com>
**Sent:** Saturday, December 18, 2021 9:40 PM
**To:** DESK, WTTG <WTTG.DESK@FOX.COM>
**Subject:** Fwd: Incident today in library class - Ms. Moxley's homeroom

Sent from my iPhone

Begin forwarded message:

> **From:** "Berkowitz, MScott (DCPS)" <MScott.Berkowitz@k12.dc.gov>
> **Date:** December 17, 2021 at 5:52:00 PM EST
> **Cc:** "Boisvert, Mark (DCPS)" <mark.boisvert@k12.dc.gov>, "Montgomery, Tanisha
> (DCPS)" <tanisha.montgomery@k12.dc.gov>, "Moxley, Katherine (DCPS)"
> <Katherine.Moxley@k12.dc.gov>, "Nover, Rachel (DCPS)" <Rachel.Nover@k12.dc.gov>,
> "Langhorne, Taren (DCPS)" <Taren.Langhorne@k12.dc.gov>
> **Subject: Incident today in library class - Ms. Moxley's homeroom**
>
> Dear Watkins Families of Ms. Moxley's class,
>
> At Watkins Elementary, we highly value and are committed to fostering a safe and
> loving learning environment for our students. Communicating about issues that impact
> our school community is critical to maintaining strong partnerships with families.
>
> This week, the 3rd grade has been working on self-directed research project to culminate
> in a classroom presentation before winter break. Unfortunately, during research time in
> the library today, we received reports that students in the class were asked to re-enact
> the Holocaust as part of their library time. According to the report, the re-enactment
> included students being asked to portray participants from the Holocaust like Adolf
> Hitler, digging ditches to serve as mass graves, and simulated shootings. It was also
> alleged that the staff member leading the lesson also made anti-Semitic statements.
>
> I want to acknowledge the gravity of this poor instructional decision, as students should
> never be tasked to act out or portray any atrocity, especially genocide, war, or murder.
> In no way is this lesson supported by the school leadership or DCPS curriculum.
>
> Per DC Public Schools' protocol for responding to incidents of hate and bias, this has
> been reported to DCPS' Central Equity Response Team. No matter the intent of an
> incident, we are always required to report it so that we can move forward to restore our
> community and repair harm.

Message

| | |
|---|---|
| **From:** | Gutierrez, Enrique (DCPS) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3C2DF4828B3D4F49972F6DC4E3AE70D8-ENRIQUE GUT] |
| **Sent:** | 12/19/2021 10:38:08 PM |
| **To:** | Watts, Lindsay [Lindsay.Watts@FOX.COM] |
| **Subject:** | RE: Fox5DC request: Incident today in library class - Ms. Moxley's homeroom |

**Statement:**
"DC Public Schools is committed to creating a welcoming environment for all students. Last week, we received a report of a classroom of students receiving a lesson that included portraying different perspectives of the Holocaust. Students should never be tasked with acting out any atrocity, especially genocide and war. Additionally, there were allegations of a staff member using hate speech during the lesson, which is unacceptable and not tolerated at any of our schools. This was not an approved lesson plan, and we sincerely apologize to our students and families who were subjected to this incident. We have launched an investigation, and students are being supported by our DCPS Comprehensive Alternative Resolution & Equity Team."

**Background:**
The staff member involved int his incident has been placed on leave pending an investigation.


**From:** Watts, Lindsay <Lindsay.Watts@FOX.COM>
**Sent:** Sunday, December 19, 2021 3:26 PM
**To:** Jennings, Jessica (DCPS) <Jessica.Jennings@k12.dc.gov>; Gutierrez, Enrique (DCPS) <Enrique.Gutierrez@k12.dc.gov>; Isaac, Deborah (DCPS) <Deborah.Isaac2@k12.dc.gov>
**Cc:** Castillo, Susana (EOM) <susana.castillo@dc.gov>
**Subject:** Fox5DC request: Incident today in library class - Ms. Moxley's homeroom

Some people who received this message don't often get email from lindsay.watts@fox.com. Learn why this is important

CAUTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

Hello,

I'm working on a story about this incident for tonight. I want to confirm the authenticity of this email that went out to families. I've reached out to the principal as well as Superintendent Stover, but have not heard back.

I wanted to verify that the employee involved is on paid leave. Can you provide details on how long that employee has been employed with the school system and her specific role? Have there been any other disciplinary issues involving this employee in the past?

Thank you,

**Lindsay Watts**
**Reporter**
**Fox5DC**
**202-823-2447**
**Twitter @LindsayAWatts**
**Insta @LindsayWatts**

Begin forwarded message:

All students in Ms. Moxley's homeroom class met with members of the Mental Health Team and administration to process and talk through what they need to move forward. Additionally, our Mental Health Team will continue to work closely with Ms. Moxley's students and continue class check-ins to help rebuild community and trust. Parents can reach out to a member of our Mental Health Team for additional support. Please contact via email: Michele.Buchanan-Tyler@k12.dc.gov.

Any allegations of conduct that does not align with the vision and core values of our school community are taken seriously. The staff member who reportedly led this lesson has been placed on administrative leave while an investigation is underway.

Please reach out should you have questions about this process. We want to be as transparent with our families as possible while honoring the confidentiality of DCPS' reporting and investigation process.  The entire community will also receive a message about this incident shortly.

In service,

**MScott Berkowitz**
**Principal**
**Peabody Elementary School and Watkins Elementary School**
**Peabody: 202-698-3277**
**Watkins: 202-698-3355**
**District of Columbia Public Schools**
**@PeabodyWatkins on Instagram and Twitter**



**This message and its attachments may contain legally privileged or confidential information. It is intended solely for the named addressee(s). If you are not an addressee indicated in this message (or responsible for delivery of the message to an addressee), you may not copy or deliver this message or its attachments to anyone. Rather, you should permanently delete this message and its attachments and kindly notify the sender by reply e-mail. Any content of this message and its attachments that does not relate to the official business of Fox Corporation, or its subsidiaries must be taken not to have been sent or endorsed by any of them. No representation is made that this email or its attachments are without defect.**

**Peabody Elementary School and Watkins Elementary School**
**Peabody: 202-698-3277**
**Watkins: 202-698-3355**
**District of Columbia Public Schools**
**@PeabodyWatkins on Instagram and Twitter**

 Capitol Hill Cluster School
*Where Every Child Achieves*

**From:** Carey, Stacey (DCPS) <Stacey.Carey@k12.dc.gov>
**Date:** Wednesday, December 22, 2021 at 3:25 PM
**To:** Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>
**Subject:** Improper conduct (re-enactment of the Holocaust)

Good Evening Principal Berkowitz

My name is Investigator Carey with DCPS, LMER. We have spoken in the past during a previous investigation involving Ms. Jurkowski. I am the lead Investigator of this new administrative investigation involving the Holocaust assignment with Ms. Jurkowski. I want to schedule a meeting with you via phone call tomorrow, Thursday, December 23, 2021, after 1 pm. Can I also get a roster of the students and their parents' information that was a part of the assignment?

I look forward to speaking with you on the phone tomorrow.

Thanks for your cooperation.

Stacey R Carey
Investigator, Investigation Division
Office of General Counsel (LMER)
Desk: 202-576-5024
Cell: 202-631-9297

000508SPPL00664RKDTT

Message

| | |
|---|---|
| **From:** | Berkowitz, MScott (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8eda85080f0e40d3a25476ef228242a4-MsCott Berk] |
| **Sent:** | 12/22/2021 1:45:19 AM |
| **To:** | Gutierrez, Enrique (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=3c2df4828b3d4f49972f6dc4e3ae70d8-Enrique Gut] |
| **Subject:** | Fwd: Media Inquiry |

Would love to thank you in person some time! I appreciate everything tour doing.

MScott Berkowitz
Principal
Peabody and Watkins Elementary Schools

---

**From:** Elizabeth Faddis <efaddis@washingtonexaminer.com>
**Sent:** Tuesday, December 21, 2021 7:00:46 PM
**To:** Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>
**Subject:** Media Inquiry

You don't often get email from efaddis@washingtonexaminer.com. Learn why this is important

CAUTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

Hi,

My name is Elizabeth Faddis. I'm a Breaking News Reporter with the Washington Examiner.

I'm reaching out for a statement regarding the criminal past of Kimberlynn Jurkowski who allegedly had a class of third-grade students to a reenactment of the Holocaust.

You can reach me at 570-960-1752 or at my email address: efaddis@washingtonexaminer.com

Thank you for your time,

Elizabeth Faddis

000509SPPL00664RKDTTS

Message

| | |
|---|---|
| **From:** | Berkowitz, MScott (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8eda85080f0e40d3a25476ef228242a4-MsCott Berk] |
| **Sent:** | 12/21/2021 11:25:38 AM |
| **To:** | Fuller, Jade (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f01ab00a69a844cca6edf2d13060679a-Jade Fuller]; Stover, Shawn (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=5170a04b846d4a93ad531583e872d03c-Shawn Stove] |
| **Subject:** | FW: Report of concerning language |

For the investigators...

**MScott Berkowitz**
**Principal**
**Peabody Elementary School and Watkins Elementary School**
**Peabody: 202-698-3277**
**Watkins: 202-698-3355**
**District of Columbia Public Schools**
**@PeabodyWatkins on Instagram and Twitter**

 Capitol Hill Cluster School
*Where Every Child Achieves*

**From:** Jonathan Stivers <jonstivers@gmail.com>
**Date:** Monday, December 20, 2021 at 10:11 AM
**To:** Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>
**Cc:** Ramsey Alwin <ramseyalwin@gmail.com>
**Subject:** Report of concerning language

0 0 0 5 0 9 S P P L 0 0 6 6 4 R K D T T S T T

> CAUTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

Dear Principal Berkowitz,

Thank you for your leadership during this difficult situation. We appreciate what you have said so far and the actions you are taking.

We did want to make you and any appropriate school officials aware of a conversation I had this morning with our daughter, J██████ S████ (4th grade, Ms. Sullivan). I asked generally if, in library, they were learning anything about WWII. It was a quick conversation on the way to school and J███ didn't describe anything out of the ordinary except she relayed that sometimes, when kids were misbehaving, Ms. Jurkowski would tell them to stop and that they "didn't want to grow up and be like Hitler."

It goes without saying why this sort of language is wrong in so many ways that we can't begin to describe in this email.

Thank you for your attention to this issue.

Jon Stivers and Ramsey Alwin

Message

| | |
|---|---|
| **From:** | Berkowitz, MScott (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group<br>(FYDIBOHF23SPDLT)/cn=Recipients/cn=8eda85080f0e40d3a25476ef228242a4-MsCott Berk] |
| **Sent:** | 12/22/2021 1:45:19 AM |
| **To:** | Gutierrez, Enrique (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group<br>(FYDIBOHF23SPDLT)/cn=Recipients/cn=3c2df4828b3d4f49972f6dc4e3ae70d8-Enrique Gut] |
| **Subject:** | Fwd: Media Inquiry |

Would love to thank you in person some time! I appreciate everything tour doing.

MScott Berkowitz
Principal
Peabody and Watkins Elementary Schools

**From:** Elizabeth Faddis <efaddis@washingtonexaminer.com>
**Sent:** Tuesday, December 21, 2021 7:00:46 PM
**To:** Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>
**Subject:** Media Inquiry

You don't often get email from efaddis@washingtonexaminer.com. Learn why this is important

CAUTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

Hi,

My name is Elizabeth Faddis. I'm a Breaking News Reporter with the Washington Examiner.

I'm reaching out for a statement regarding the criminal past of Kimberlynn Jurkowski who allegedly had a class of third-grade students to a reenactment of the Holocaust.

You can reach me at 570-960-1752 or at my email address: efaddis@washingtonexaminer.com

Thank you for your time,

Elizabeth Faddis

000509SPPL00064RKDTTS

(FYDIBOHF23SPDLT)/cn=Recipients/cn=cf1c455b2933468a807b5922c5439f97-Torain Will];
aliweisbrot@medstarwise.org; Tyra.Hedgepeth@bison.howard.edu

**BCC:**          zakiya [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=userec19fbb5]
**Subject:**    Next steps for processing and healing - staff

Dear staff,

I hope you all had a restful and safe weekend. The events that took place on Friday have significantly impacted our students, our staff, and our community. We are feeling a range of emotions after hearing about the abhorrent experience that our students had. In the coming days some of us may want to process, to ask questions, and hopefully begin to heal. It's important that we make time and space for us to heal as a staff and community.

To support any individual staff members, we will have counseling available on Monday and throughout the week. Additionally, I would encourage anyone to also consider taking advantage of the DCPS Employee Assistance program offered by Inova. This service is available 24 hours a day, every day. For more information use this link.

We will also hold space at 3:40 pm tomorrow, Monday, to gather (virtually) as a staff on the Watkins Teams Channel. A member of the central office Hate and Bias Response Team and I will answer some questions (I may not be able to speak to all of them) and create space for group processing and healing. Staff can submit questions anonymously here.

For Ms. Moxley's homeroom students, healing spaces will be held tomorrow morning for class-wide processing. Students that are at home will be provided with virtual access to the meeting. Additionally, Watkins' Mental Health Team and SEL team members from central office will be available for additional student support on Monday and throughout the week.

We will also hold space for the caregivers of Ms. Moxley's homeroom to ask questions, process, and ideally heal. A member of the central office Hate and Bias Response Team and I will hold a virtual meeting tomorrow, Monday December 20th. A question catcher and meeting link will be sent directly to the caregivers of the impacted class.

For all other community members, we'll hold a Community Meeting on Wednesday, December 22nd at 6pm. Instructional Superintendent Stover and other central office staff will support my facilitation of the meeting. Any community member can submit questions here and access the meeting with this link. I will send a version of this email to the community shortly.

We start every day at Watkins celebrating each other for showing Panther P.R.I.D.E - perseverance, respect, integrity, and dedication to excellence. On Friday our students showed their integrity by speaking up for what did not feel right for them. They courageously advocated for themselves which enabled processing to start as soon as it did. I'm proud that our school-based and central office teams were able to provide on-site and virtual counseling to our students on Friday and that they will continue to support student and staff well-being this week. Through this healing, I hope we can come together as a community to restore a sense of trust and pride in the school we love so much.

000508SPPL00864RKD

In service,

MScott Berkowitz

**Principal**
**Peabody Elementary School and Watkins Elementary School**
**Peabody: 202-698-3277**
**Watkins: 202-698-3355**
**District of Columbia Public Schools**
@PeabodyWatkins **on Instagram and Twitter**

 Capitol Hill Cluster School
*Where Every Child Achieves*

Message
_____

From:     Berkowitz, MScott (DCPS) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
          (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8EDA85080F0E40D3A25476EF228242A4-MSCOTT BERK]
Sent:     12/20/2021 1:44:52 AM
To:       Amuzie, Cindy (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group
          (FYDIBOHF23SPDLT)/cn=Recipients/cn=2317d6d1d33c4806b7a18a86c43f3853-Cindy Amuzi]; Anyangwe, Esther
          (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group
          (FYDIBOHF23SPDLT)/cn=Recipients/cn=0a7c221d306d46e19c41876f3ae8ccb4-Esther Anya]; Benson, Charles (DCPS)
          [/o=ExchangeLabs/ou=Exchange Administrative Group
          (FYDIBOHF23SPDLT)/cn=Recipients/cn=7bd1647df9434fddb0f81c82fca8f88d-Charles Ben]; Berkowitz, MScott
          (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group
          (FYDIBOHF23SPDLT)/cn=Recipients/cn=8eda85080f0e40d3a25476ef228242a4-MsCott Berk]; Boisvert, Mark (DCPS)
          [/o=ExchangeLabs/ou=Exchange Administrative Group
          (FYDIBOHF23SPDLT)/cn=Recipients/cn=693cc37040ae41e48c8d3da36c2f8c8f-Mark Boisve]; Cafeteria Manager,
          Watkins (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group
          (FYDIBOHF23SPDLT)/cn=Recipients/cn=74896a9437e542348921c5fc33cb9f8e-Cafeteria M]; Faulkner, Camilla (DCPS)
          [/o=ExchangeLabs/ou=Exchange Administrative Group
          (FYDIBOHF23SPDLT)/cn=Recipients/cn=711925e502c94f848a111f7a1067bf80-Faulkner, C]; Carraway, Terrie (DCPS)
          [/o=ExchangeLabs/ou=Exchange Administrative Group
          (FYDIBOHF23SPDLT)/cn=Recipients/cn=d93d53ce33a3452db29d641d7a6034ee-Carraway, T]; CARTER, Denzelle
          (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group
          (FYDIBOHF23SPDLT)/cn=Recipients/cn=183f21c299534902acda03b5729a7df3-Denzelle.Ca]; Cato, Marnie (DCPS)
          [/o=ExchangeLabs/ou=Exchange Administrative Group
          (FYDIBOHF23SPDLT)/cn=Recipients/cn=34d75a7d67d944b7821a302ab345c118-Cato, Marni]; Cockerham, Rachel
          (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group
          (FYDIBOHF23SPDLT)/cn=Recipients/cn=fd324d80a0494e928ca1fe745709ca83-Rachel Cock]; Coleman, Stephanie
          (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group
          (FYDIBOHF23SPDLT)/cn=Recipients/cn=6d1d1d07fd5d445ca8881028ed3916e3-Coleman, St]; Davis, Sunmer (DCPS)
          [/o=ExchangeLabs/ou=Exchange Administrative Group
          (FYDIBOHF23SPDLT)/cn=Recipients/cn=de45f0a588a5411fb8d1497112203a0d-Davis, Sunm]; deebLKink@aol.com;
          Dickinson, Coreil R. (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group
          (FYDIBOHF23SPDLT)/cn=Recipients/cn=f847a6a0da7d4d69af7dd02b6cb7bb4d-Coreil R. D]; Donathan, Larry (DCPS)
          [/o=ExchangeLabs/ou=Exchange Administrative Group
          (FYDIBOHF23SPDLT)/cn=Recipients/cn=28a017423a4649cc926ca8bf67f4294c-Donathan, L]; Drakeford-Allen, LaTavia
          (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group
          (FYDIBOHF23SPDLT)/cn=Recipients/cn=56756d6fde00421bab7780497662f9a1-LaTavia Dra]; Dunning, Lauren (DCPS)
          [/o=ExchangeLabs/ou=Exchange Administrative Group
          (FYDIBOHF23SPDLT)/cn=Recipients/cn=281d350de94b4fd3996d2732cddbfb9c-Lauren Dunn]; Elmusa, Layth (DCPS)
          [/o=ExchangeLabs/ou=Exchange Administrative Group
          (FYDIBOHF23SPDLT)/cn=Recipients/cn=9ebc701d4ad440e987b7d3b755324a61-Layth Elmus]; Evans, Marvin (DCPS)
          [/o=ExchangeLabs/ou=Exchange Administrative Group
          (FYDIBOHF23SPDLT)/cn=Recipients/cn=45bb1b44374b41308b46d879cd57195e-Marvin.Evan]; Goedeke, Janice
          (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group
          (FYDIBOHF23SPDLT)/cn=Recipients/cn=4873a956a37a4845b642daacabc6cdb2-Janice Goed]; Kwari Harvey
          [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=user44ba315e]; Hay,
          Joan (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group
          (FYDIBOHF23SPDLT)/cn=Recipients/cn=5f2134c563b44ebf834c657c8455bcdc-Joan Hay]; anna.heath@cc-dc.org;
          Hightower, Rashida (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group
          (FYDIBOHF23SPDLT)/cn=Recipients/cn=5ca36b691ac64c759aacc119867f56cb-Rashida Gre]; Hill, Dawayne (DCPS)
          [/o=ExchangeLabs/ou=Exchange Administrative Group
          (FYDIBOHF23SPDLT)/cn=Recipients/cn=a5134e24a0554b45acaa34ae5370ab3d-Dawayne Hil]; HOOVER, Brooklyn
          (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group
          (FYDIBOHF23SPDLT)/cn=Recipients/cn=05778bc4de3644ba8a73d5761e8400bf-Brooklyn.Ho]; Hopkins, Allison
          (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group
          (FYDIBOHF23SPDLT)/cn=Recipients/cn=9a1293fff541444fb9f393cd1271b427-Allison Hop]; Josephs, Tabitha (DCPS)
          [/o=ExchangeLabs/ou=Exchange Administrative Group
          (FYDIBOHF23SPDLT)/cn=Recipients/cn=858f3b06675f40b789426452cadb7152-Tabitha Jos]; Jurkowski, Kimberlynn

DCPS 0505PPL0088AKD

(DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=0199b315637a4aac919e78b8dadaf481-Kimberlynn]; Kayne, Kathryn (DCPS)
[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=ea95b2d0dab041dd99b167a7d2f07cc8-Kathryn Kay]; Lamont, Rosalind
(DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=9c6ebd0f892448848fcffa078585078f-Rosalind La]; Cafeteria Manager,
Watkins (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=74896a9437e542348921c5fc33cb9f8e-Cafeteria M]; Langhorne, Taren
(DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=084431d0aa454bb7a05b9d5273d4c914-Taren Langh]; Lopez, Jose (DCPS)
[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=e902dc2782484a2a9fa63d02d3972aa2-Jose Lopez]; MCDUFFEY, Terika
(DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=fe2c4526c7b240ad9a38ce9a4274366b-Terika.McDu]; McPhail, Valencia
(DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=de97d9fc28194ca78e3920f78cb06542-Valencia.Mc]; Montgomery, Tanisha
(DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=494859a0edf64af38c5847004b164dd9-Tanisha Dou]; Moxley, Katherine
(DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=96845a0e23fb4dc784c2d551788004ff-Katherine M]; Nagbe, Hillel (DCPS)
[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=256237e2a30b46b882b885086dd994c2-Hillel Nagb]; Nover, Rachel (DCPS)
[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=bdbe6949b60e4c6facbbb16920781778-Rachel Nove]; ONeil, Todd (DCPS)
[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=de4436db59854324b65ec1328f7fba0e-Todd ONeil]; Parler, Brittany (DCPS)
[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=52349681340f4ff69f51e960ebcd8c69-Brittany Pa]; Perkins, Zalika (DCPS)
[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=6e05c8148e284ba496b624e6e40ad6d7-Zalika Perk]; Phoenix, Alyse (DCPS)
[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=11825b365cee49968bc3e6c3cf014aa6-Alyse Phoen]; Pullings, Khristina
(DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=b6af682422014d34b007ad5eda53ea77-Khristina P]; rita.hines@yahoo.com;
Redmon, Jerenzo (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=95d43f7228d645c5bf4e784cd86dfa7b-Jerenzo Red]; Rowe, Henri (DCPS)
[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=51f71327417740f19b6bf555f92cee87-Henri Rowe]; Roy, Shelia A. (DCPS)
[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=6086a53583c641a29d73f17ceaa89999-Roy, Shelia]; Sheppard, Tatiana
(DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=50da3468a6794c39bee103d38f07e7a2-Tatiana She]; Starkey, Donnell (DCPS)
[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=07b33564a993466983ea4029c00ba3cd-Donnell.Sta]; Stewart, Jill (DCPS)
[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=93ed9ba6d7534cf8a978b40dca3bc2a6-Jill Stewar]; Sullivan, Monique (DCPS)
[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=066a544ddd8c4df2b46da5de37456ee2-Monique Sul]; Thomas, Benjamin
(DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=65c10760f9c446e29f9821a2363e3fb4-Benjamin Th]; Cafeteria Manager,
Watkins (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=74896a9437e542348921c5fc33cb9f8e-Cafeteria M]; Michele Buchanan-Tyler
[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=e498e78710b844f3881694440a86dff5-Michele Buc]; Young, Keshia (DCPS)
[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=d8c8f8cf309a462598830b8e632dcad5-Keshia Youn]; Williams, Torain (DCPS)
[/o=ExchangeLabs/ou=Exchange Administrative Group

Message

| | |
|---|---|
| **From:** | Berkowitz, MScott (DCPS) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8EDA85080F0E40D3A25476EF228242A4-MSCOTT BERK] |
| **Sent:** | 12/20/2021 1:44:52 AM |
| **To:** | Amuzie, Cindy (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2317d6d1d33c4806b7a18a86c43f3853-Cindy Amuzi]; Anyangwe, Esther (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0a7c221d306d46e19c41876f3ae8ccb4-Esther Anya]; Benson, Charles (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7bd1647df9434fddb0f81c82fca8f88d-Charles Ben]; Berkowitz, MScott (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8eda85080f0e40d3a25476ef228242a4-MsCott Berk]; Boisvert, Mark (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=693cc37040ae41e48c8d3da36c2f8c8f-Mark Boisve]; Cafeteria Manager, Watkins (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=74896a9437e542348921c5fc33cb9f8e-Cafeteria M]; Faulkner, Camilla (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=711925e502c94f848a111f7a1067bf80-Faulkner, C]; Carraway, Terrie (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d93d53ce33a3452db29d641d7a6034ee-Carraway, T]; CARTER, Denzelle (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=183f21c299534902acda03b5729a7df3-Denzelle.Ca]; Cato, Marnie (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=34d75a7d67d944b7821a302ab345c118-Cato, Marni]; Cockerham, Rachel (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=fd324d80a0494e928ca1fe745709ca83-Rachel Cock]; Coleman, Stephanie (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=6d1d1d07fd5d445ca8881028ed3916e3-Coleman, St]; Davis, Sunmer (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=de45f0a588a5411fb8d1497112203a0d-Davis, Sunm]; deebLKink@aol.com; Dickinson, Coreil R. (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f847a6a0da7d4d69af7dd02b6cb7bb4d-Coreil R. D]; Donathan, Larry (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=28a017423a4649cc926ca8bf67f4294c-Donathan, L]; Drakeford-Allen, LaTavia (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=56756d6fde00421bab7780497662f9a1-LaTavia Dra]; Dunning, Lauren (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=281d350de94b4fd3996d2732cddbfb9c-Lauren Dunn]; Elmusa, Layth (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9ebc701d4ad440e987b7d3b755324a61-Layth Elmus]; Evans, Marvin (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=45bb1b44374b41308b46d879cd57195e-Marvin.Evan]; Goedeke, Janice (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4873a956a37a4845b642daacabc6cdb2-Janice Goed]; Kwari Harvey [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=user44ba315e]; Hay, Joan (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=5f2134c563b44ebf834c657c8455bcdc-Joan Hay]; anna.heath@cc-dc.org; Hightower, Rashida (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=5ca36b691ac64c759aacc119867f56cb-Rashida Gre]; Hill, Dawayne (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a5134e24a0554b45acaa34ae5370ab3d-Dawayne Hil]; HOOVER, Brooklyn (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=05778bc4de3644ba8a73d5761e8400bf-Brooklyn.Ho]; Hopkins, Allison (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9a1293fff541444fb9f393cd1271b427-Allison Hop]; Josephs, Tabitha (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=858f3b06675f40b789426452cadb7152-Tabitha Jos]; Jurkowski, Kimberlyn— |

GO0509SPPL0006 4RKD

(DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0199b315637a4aac919e78b8dadaf481-Kimberlynn]; Kayne, Kathryn (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ea95b2d0dab041dd99b167a7d2f07cc8-Kathryn Kay]; Lamont, Rosalind (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9c6ebd0f892448848fcffa078585078f-Rosalind La]; Cafeteria Manager, Watkins (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=74896a9437e542348921c5fc33cb9f8e-Cafeteria M]; Langhorne, Taren (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=084431d0aa454bb7a05b9d5273d4c914-Taren Langh]; Lopez, Jose (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e902dc2782484a2a9fa63d02d3972aa2-Jose Lopez]; MCDUFFEY, Terika (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=fe2c4526c7b240ad9a38ce9a4274366b-Terika.McDu]; McPhail, Valencia (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=de97d9fc28194ca78e3920f78cb06542-Valencia.Mc]; Montgomery, Tanisha (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=494859a0edf64af38c5847004b164dd9-Tanisha Dou]; Moxley, Katherine (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=96845a0e23fb4dc784c2d551788004ff-Katherine M]; Nagbe, Hillel (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=256237e2a30b46b882b885086dd994c2-Hillel Nagb]; Nover, Rachel (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=bdbe6949b60e4c6facbbb16920781778-Rachel Nove]; ONeil, Todd (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=de4436db59854324b65ec1328f7fba0e-Todd ONeil]; Parler, Brittany (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=52349681340f4ff69f51e960ebcd8c69-Brittany Pa]; Perkins, Zalika (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=6e05c8148e284ba496b624e6e40ad6d7-Zalika Perk]; Phoenix, Alyse (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=11825b365cee49968bc3e6c3cf014aa6-Alyse Phoen]; Pullings, Khristina (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b6af682422014d34b007ad5eda53ea77-Khristina P]; rita.hines@yahoo.com; Redmon, Jerenzo (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=95d43f7228d645c5bf4e784cd86dfa7b-Jerenzo Red]; Rowe, Henri (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=51f71327417740f19b6bf555f92cee87-Henri Rowe]; Roy, Shelia A. (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=6086a53583c641a29d73f17ceaa89999-Roy, Shelia]; Sheppard, Tatiana (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=50da3468a6794c39bee103d38f07e7a2-Tatiana She]; Starkey, Donnell (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=07b33564a993466983ea4029c00ba3cd-Donnell.Sta]; Stewart, Jill (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=93ed9ba6d7534cf8a978b40dca3bc2a6-Jill Stewar]; Sullivan, Monique (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=066a544ddd8c4df2b46da5de37456ee2-Monique Sul]; Thomas, Benjamin (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=65c10760f9c446e29f9821a2363e3fb4-Benjamin Th]; Cafeteria Manager, Watkins (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=74896a9437e542348921c5fc33cb9f8e-Cafeteria M]; Michele Buchanan-Tyler [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e498e78710b844f3881694440a86dff5-Michele Buc]; Young, Keshia (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d8c8f8cf309a462598830b8e632dcad5-Keshia Youn]; Williams, Torain (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group

Message

| | |
|---|---|
| **From:** | Equity, Response (DCPS) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8BE12906883748F08DA4D371FADC5E0A-EQUITY.RESP] |
| **Sent:** | 12/17/2021 6:22:28 PM |
| **To:** | Berkowitz, MScott (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8eda85080f0e40d3a25476ef228242a4-MsCott Berk]; Equity, Response (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8be12906883748f08da4d371fadc5e0a-equity.resp] |
| **CC:** | Stover, Shawn (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=5170a04b846d4a93ad531583e872d03c-Shawn Stove]; Hoffman, Paige (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=5d489845ce2a49858019720c319176ab-Hoffman, Pa] |
| **Subject:** | Central Equity Response Team Meeting with |

Good Afternoon Principal Berkowitz,

Thank you for submitting the IRT for the alleged incident of hate/bias below. As you know, by doing so, you have officially completed the first step in our District protocol for responding to incidents of hate and bias.

-- [DEC-17-21 12:54 PM  Mscott (DCPS) Berkowitz] -----------
Ms. Moxley's HR class attended their regular library class today. The lesson was for students to act out the atrocities of the Holocaust. One student was given the role of Hitler. Others were told to be people that shot Jews. Some students were given roles to dig ditches. Other jobs were to put classmates in gas chambers. Many students were directed to pretend to die. At the end of the lesson, the student playing Hitler was told to act out his suicide. Before the class ended the librarian told students not to tell their parents.

The librarian's name is Kimberlynn Jurkowski. All students in the homeroom were involved.

As a next step, we would like meet and identify specific support/next steps from members of our Central Equity Response Team (outlined in Phase 3 of the protocol). **Please reply to this email with your availability to have a 30 minute meeting today or early next week to determine short-term and long-term supports for impacted parties.** The primary purpose of this meeting is identifying immediate and long-term strategies to restore community and repair harm.

**Central Equity Response Team, please note that due to the nature of this incident we are aiming to schedule this response meeting as soon as possible. We prioritize the school leaders availability and hope that it will be possible for you to have a representative from your team join the meeting. Please let me know if this will not be possible and we will determine how to ensure your team is kept informed on the situation and required next steps.**

Do not hesitate to let us know if you have clarifying questions or concerns.

Best,
Robyn

## Equity Strategy & Programming Team



EQUITY
STRATEGY & PROGRAMMING
IN DCPS

600509SPPL00064RK

Office of School Improvement and Supports

District of Columbia Public Schools
1200 First Street, NE - 11th Floor
Washington, DC 20002

### Re: Jurkowski, Kimberlynn, Notice of Investigation

**Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>**

Fri 12/17/2021 4:11 PM

To: DCPS LMER (DCPS) <dcps.lmer@k12.dc.gov>; Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>; kjurkowski777@gmail.com <kjurkowski777@gmail.com>

Cc: Shaw, Karen (DCPS) <karen.shaw2@k12.dc.gov>; Tynes, Michael (DCPS) <michael.tynes@k12.dc.gov>; Stover, Shawn (DCPS) <shawn.stover@k12.dc.gov>; Jacqueline Pogue Lyons <jpoguelyons@wtulocal6.net>; Terence Ngwa <tngwa@wtulocal6.net>; Louis Blount <lblount@wtulocal6.net>

Hello all,

I attempted to hand deliver the letter with AP Boisvert at 3:40 and did not find Ms. Jurkowski.

**MScott Berkowitz**
**Principal**
**Peabody Elementary School and Watkins Elementary School**
**Peabody: 202-698-3277**
**Watkins: 202-698-3355**
**District of Columbia Public Schools**
**@PeabodyWatkins on Instagram and Twitter**



## Capitol Hill Cluster School
*Where Every Child Achieves*

**From:** DCPS LMER (DCPS) <dcps.lmer@k12.dc.gov>
**Date:** Friday, December 17, 2021 at 3:29 PM
**To:** Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>, kjurkowski777@gmail.com <kjurkowski777@gmail.com>
**Cc:** Shaw, Karen (DCPS) <karen.shaw2@k12.dc.gov>, Tynes, Michael (DCPS) <michael.tynes@k12.dc.gov>, Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>, Stover, Shawn (DCPS) <shawn.stover@k12.dc.gov>, Jacqueline Pogue Lyons <jpoguelyons@wtulocal6.net>, Terence Ngwa <tngwa@wtulocal6.net>, Louis Blount <lblount@wtulocal6.net>
**Subject:** Jurkowski, Kimberlynn, Notice of Investigation

Dear Ms. Jurkowski,

An Investigator from LMER will be contacting you in the near future to discuss the allegations made against you.

See the attached notice of investigation and sign the acknowledge receipt. Kindly return the signed receipt to Karen.shaw2@k12.dc.gov and DCPS.LMER@dc.gov.

Best,
**Lynette Davis**
Specialist, Labor Management and Employee Relations
*Sexual Harassment, CSO, WTU*

**Office of the General Counsel**
District of Columbia Public Schools
1200 First Street, NE
Washington, DC 20002
T  202.442.5373
F  202.535.2817
E  lynette.davis@k12.dc.gov
W http://dcps.dc.gov/

PL 0PT23458789033459

### Re: Jurkowski, Kimberlynn, Notice of Investigation

**Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>**

Fri 12/17/2021 4:11 PM

To: DCPS LMER (DCPS) <dcps.lmer@k12.dc.gov>; Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>; kjurkowski777@gmail.com <kjurkowski777@gmail.com>

Cc: Shaw, Karen (DCPS) <karen.shaw2@k12.dc.gov>; Tynes, Michael (DCPS) <michael.tynes@k12.dc.gov>; Stover, Shawn (DCPS) <shawn.stover@k12.dc.gov>; Jacqueline Pogue Lyons <jpoguelyons@wtulocal6.net>; Terence Ngwa <tngwa@wtulocal6.net>; Louis Blount <lblount@wtulocal6.net>

Hello all,

I attempted to hand deliver the letter with AP Boisvert at 3:40 and did not find Ms. Jurkowski

**MScott Berkowitz**
**Principal**
**Peabody Elementary School and Watkins Elementary School**
**Peabody: 202-698-3277**
**Watkins: 202-698-3355**
**District of Columbia Public Schools**
**@PeabodyWatkins on Instagram and Twitter**



## Capitol Hill Cluster School

*Where Every Child Achieves*

**From:** DCPS LMER (DCPS) <dcps.lmer@k12.dc.gov>
**Date:** Friday, December 17, 2021 at 3:29 PM
**To:** Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>, kjurkowski777@gmail.com <kjurkowski777@gmail.com>
**Cc:** Shaw, Karen (DCPS) <karen.shaw2@k12.dc.gov>, Tynes, Michael (DCPS) <michael.tynes@k12.dc.gov>, Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>, Stover, Shawn (DCPS) <shawn.stover@k12.dc.gov>, Jacqueline Pogue Lyons <jpoguelyons@wtulocal6.net>, Terence Ngwa <tngwa@wtulocal6.net>, Louis Blount <lblount@wtulocal6.net>
**Subject:** Jurkowski, Kimberlynn, Notice of Investigation

Dear Ms, Jurkowski,

An Investigator from LMER will be contacting you in the near future to discuss the allegations made against you.

See the attached notice of investigation and sign the acknowledge receipt. Kindly return the signed receipt to Karen.shaw2@k12.dc.gov and DCPS.LMER@dc.gov.

Best,
**Lynette Davis**
Specialist, Labor Management and Employee Relations
*Sexual Harassment, CSO, WTU*

**Office of the General Counsel**
District of Columbia Public Schools
1200 First Street, NE
Washington, DC 20002
T 202.442.5373
F 202.535.2817
E lynette.davis@k12.dc.gov
W http://dcps.dc.gov/

VV9SPPL00664RKDTTSTTATX

```
From    : Berkowitz, MScott (DCPS) [MScott.Berkowitz@k12.dc.gov]
Sent    : 12/19/2021 11:00:33 PM
To      : Bartolomeo, Elizabeth (DCPS) [Elizabeth.Bartolomeo@k12.dc.gov]; Harper, Robyn
(DCPS) [Robyn.Harper@k12.dc.gov]; Stover, Shawn (DCPS) [shawn.stover@k12.dc.gov]; Equity,
Response (DCPS) [equityresponse@k12.dc.gov]; Equity Response (DCPS)
[Equity.response@k12.dc.gov]
CC      : Hoffman, Paige (DCPS) [Paige.Hoffman@k12.dc.gov]; Fuller, Jade (DCPS)
[Jade.Fuller@k12.dc.gov]; Lamb, Michael (DCPS) [Michael.Lamb@k12.dc.gov]; McClain, Justin
(DCPS) [Justin.Mcclain@k12.dc.gov]; Jackson, Nigel (DCPS) [Nigel.Jackson3@k12.dc.gov];
CARE, DCPS (DCPS) [dcps.care@k12.dc.gov]; Cole, Karen (DCPS) [Karen.Cole@k12.dc.gov];
Williams, Alison (DCPS) [Alison.Williams@k12.dc.gov]; Bryant-Mallory, Deitra (DCPS)
[deitra.bryant-mallory@k12.dc.gov]; Jennings, Jessica (DCPS)
[Jessica.Jennings@k12.dc.gov]; Heller, Alisha (DCPS) [Alisha.Heller@k12.dc.gov]; Howard-
Stroud, Adia (DCPS) [Adia.Howard-Stroud@k12.dc.gov]
Subject : Re: For review - Watkins hate-bias response messages
```

Hello all,

I drafted another note that I want to send out tonight to my staff.  Then, chunk it to
send to community and the caregivers of the impacted class.  I need

https://dck12-
my.sharepoint.com/:w:/g/personal/elizabeth_bartolomeo_k12_dc_gov/EUIl270iH7lAtPiu60et0IYBm
qVk8R7aiK-A7qud2D2-kg?e=pnpNBV


MScott Berkowitz
Principal
Peabody Elementary School and Watkins Elementary School
Peabody: 202-698-3277
Watkins: 202-698-3355
District of Columbia Public Schools
@PeabodyWatkins on Instagram and Twitter
signature_1807467403


From: Bartolomeo, Elizabeth (DCPS) <Elizabeth.Bartolomeo@k12.dc.gov>
Date: Friday, December 17, 2021 at 4:35 PM
To: Harper, Robyn (DCPS) <Robyn.Harper@k12.dc.gov>, Berkowitz, MScott (DCPS)
<MScott.Berkowitz@k12.dc.gov>, Stover, Shawn (DCPS) <shawn.stover@k12.dc.gov>, Equity,
Response (DCPS) <equityresponse@k12.dc.gov>, Equity Response (DCPS)
<Equity.response@k12.dc.gov>
Cc: Hoffman, Paige (DCPS) <Paige.Hoffman@k12.dc.gov>, Fuller, Jade (DCPS)
<Jade.Fuller@k12.dc.gov>, Lamb, Michael (DCPS) <Michael.Lamb@k12.dc.gov>, McClain, Justin
(DCPS) <Justin.Mcclain@k12.dc.gov>, Jackson, Nigel (DCPS) <Nigel.Jackson3@k12.dc.gov>,
CARE, DCPS (DCPS) <dcps.care@k12.dc.gov>, Cole, Karen (DCPS) <Karen.Cole@k12.dc.gov>,
Williams, Alison (DCPS) <Alison.Williams@k12.dc.gov>, Bryant-Mallory, Deitra (DCPS)
<deitra.bryant-mallory@k12.dc.gov>, Jennings, Jessica (DCPS)
<Jessica.Jennings@k12.dc.gov>, Heller, Alisha (DCPS) <Alisha.Heller@k12.dc.gov>, Howard-
Stroud, Adia (DCPS) <Adia.Howard-Stroud@k12.dc.gov>
Subject: For review - Watkins hate-bias response messages
Good afternoon. Please find attached a draft of communications in response to this
incident.

FOR REVIEW -- https://dck12-
my.sharepoint.com/:w:/g/personal/elizabeth_bartolomeo_k12_dc_gov/EUIl270iH7lAtPiu60et0IYBm

qVk8R7aiK-A7qud2D2-kg?e=8kvgDr

Page 1 = classroom note
Page 2 = school community message
Page 3 = staff note (thanks Shawn and Mscott and Robyn!)

Thanks,
Liz


From: Robyn.Harper@k12.dc.gov
When: 2:15 PM - 2:45 PM December 17, 2021
Subject: Central Equity Response Meeting (Watkins ES)
Location: Microsoft Teams Meeting


-----Original Appointment-----
From: Harper, Robyn (DCPS) <Robyn.Harper@k12.dc.gov>
Sent: Friday, December 17, 2021 1:45 PM
To: Harper, Robyn (DCPS); Equity Response (DCPS); Berkowitz, MScott (DCPS); Stover, Shawn (DCPS); Equity, Response (DCPS)
Subject: Central Equity Response Meeting (Watkins ES)
When: Friday, December 17, 2021 2:15 PM-2:45 PM (UTC-05:00) Eastern Time (US & Canada).
Where: Microsoft Teams Meeting

Thank you for submitting the IRT for the alleged incident of hate/bias below. As you know, by doing so, you have officially completed the first step in our District protocol for responding to incidents of hate and bias.

-- [DEC-17-21 12:54 PM  Mscott (DCPS) Berkowitz] --------------
Ms. Moxley's HR class attended their regular library class today.  The lesson was for students to act out the atrocities of the Holocaust.  One student was given the role of Hitler.  Others were told to be people that shot Jews.  Some students were given roles to dig ditches.  Other jobs were to put classmates in gas chambers.  Many students were directed to pretend to die.  At the end of the lesson, the student playing Hitler was told to act out his suicide.  Before the class ended the librarian told students not to tell their parents.

The librarian's name is Kimberlynn Jurkowski.  All students in the homeroom were involved.

As a next step, we would like meet and identify specific support/next steps from members of our Central Equity Response Team (outlined in Phase 3 of the protocol). Please reply to this email with your availability to have a 30 minute meeting today or early next week to determine short-term and long-term supports for impacted parties. The primary purpose of this meeting is identifying immediate and long-term strategies to restore community and repair harm.

Central Equity Response Team, please note that due to the nature of this incident we are aiming to schedule this response meeting as soon as possible. We prioritize the school leaders availability and hope that it will be possible for you to have a representative from your team join the meeting. Please let me know if this will not be possible and we will determine how to ensure your team is kept informed on the situation and required next steps.

Microsoft Teams meeting
Join on your computer or mobile app
Click here to join the meeting
Or call in (audio only)
+1 202-539-1291,,949108608#    United States, Washington DC
Phone Conference ID: 949 108 608#
Find a local number | Reset PIN
Learn More | Meeting options

P0001-2

Other tools /`P ictures` Software Data charts

00


L

[]Team Name:+\●i Homeroom
Topieoo'f W \- Topic:
First nam●

First name(              Last Name

First name              Last Name

First name Last Name

        Demonstration Illustrations Summary notes

Photos Powerpoint Sora Follette Britannice

Other tools Pictures Software Data charts Quotes


[] Team Name:00●a11n● Homeroom wt i grade
 Topic: %c+6`^ ●' , Topic:
 First name _ Last Name

 First nam Last Nam

 First nam Last Nam

 First nam Last Nam
G%itatioId emonstration Illustrations Summary notes

Photos Powerpoint Sora Follette Britannica

Other tools Pictures Software Data charts


[] i


    COOI`;n5
 Team Name:MDL.. ●ioeroom t'^S/r4O/-f 1
 Topic:L c, TopicC●
 First nam Last Name _ '

 First nam Last Namur

 First nam Last Name

0 0 0 5 0 9 S P P L 0 0 6 6

Other tools    Pictures Software Data charts


                                v


☐                                                            .☻1._ L–


                        FADISTRICT OF COLUMBIA
                            PUBLIC SCHOOLS
                        Office of the General Counsel
                    Labor Management & Employee Relations
                            Investigations Division
            3535 V Street N. E. — Washington D. C. — (202) 576-6962 — Fax (202) 576-6593


                                    Statement
Location                    Date            Time                File Number
Watkins Elementary          December 17,    10:30-12:30
School                      12021
Last Name, First, Middle                    Social Security Number Date of Birth
Berkowitz, MScott                           pall four dighs only)  4129/1981


Organization or Address

Watkins ES

STATEMENT

The following is a summary of my interviews with students in Ms. Moxley's 31d grade
homeroom class.
After Ms. Moxley shared what the students reported from the class, I interviewed the
following students in
the presence of Mr. Jerenzo Redmond and Ms. La-Tarsha lames.



            reported he felt butterflies in his stomach.
    – He reported that he was sad because he was Jewish and that his family was killed in
the Holocaust.
    – When asked why they did the lesson, lie replied: I don't know. He said it was not
connected to other
        lessons done in the library.
    – He was assigned the role of Hitler. I-Ie did not knowingly volunteer for that role.
He was given it
        after he volunteered to participate in an activity before knowing what the activity
would be.
    – He reported that people in the class were told to dig ditches, go in "gas showers,"
be soldiers shooting
            WS d fall into ditches.
                retended to commit suicide fulfilling the role of Hitler.

First name Last Name

ton Cemonsltrs🔵fin Illustrations Summary notes

Photos Powerpoint Sora Follette Britannica

her tools Pictures Software Data charts Quotes


2 ,T🔵

☐         omeroom
        ' kz
First am Last
Topic: Aimint

Fimdnanne Last


First name Last


First name Leo


:🔵i! 🔵at i o DenlonotnaU iOns


Photos PowerPoint / Sona '


Other tools Pictures Software

☐    z


Team Name: L-146P\                          grade
Top ic-?'Oi 🔵
First namig 0                    Last Name=

First nam                                    000509SPPL0066

First name

-FJ 🔵e

  Ita)tio s Demonstration :"Allustrations Summary notes

Photos Powerpoint Sora Follette Britannica ,

EXHIBIT NUMBER          INITIAL OF PERSON MAKING PAGE _OF
                        STATEMENT

                        MB
FILE #:

□                          AFFIDAVIT

I, MScott Berkowitz HAVE FULLY READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH
BEGINS ON PAGE _1_ and end on Page _3_ 1 8tlly understand the contents of the entire
statement
made by me. The statement is true. I have initialed all corrections and have initialed the
bottom of each sheet
containing the statement. I have trade statement freely without hope or benefit or reward,
without threat of
punishment, and without coercion, unlawful influence, or unlawful inducement.


                                    (Signature or Person Making Statement)


   Mark Boisverl
                                    (Signature of Person Taking Statement)
(Witness)
INITIAL OF PERSON MAKING STATEMENT 1 Page 3 of Patties 3


VV9SPPL00864RKDTTSTTATX

09
- He pretended to hold a gun to make suagwther students were "digging the ditches."
- He felt uncomfortable when== and-fell into a ditch after being shot. Someone else pretended to shoot them.
- He reported feeling uncomfortable and being violent.
- He was told not to tell his parents about the lesson.


Felt a little bg&&W because people were shooting. "She told us to shoot the people on the train."
W-, were shooting me and my friends. He didn't want to be part of them.
e people that had to go to the gas tanks were dead. He had to lay down.
Why were you learning this? "1 don't know."

[] - What was the scariest part? "Me dying."
- She told us not to tell our parents about this. The killing part — you don't have to tell them. That
made me feel a little scared.
- When he didn't want to participate, he sat down on the carpet. The teacher said, "come on, get up."
- "I'm scared to go to the library. I don't want to do that again."


Feels bad for Jcwish people in history.
- His role was to build the ditches. Had fun but feel bad because they tricked and killed the Jews.
td it feel to be a shooter? "It didn't feel good. I don't like guns."
laims he did not hear the teacher tell the class not to tell their parents.


- He feels bad that they had to go through this.
- Says he was told that Hitler had a bad Christmas and decided to take it out on peoplc. That's how the
class began.


- He feels butterflies. He's nervous and sad. He didn't like the class.
- They made us act to build pits, gas chambers, and shoot people.
He says it's inappropriate to pretend to shoot people and act dead.
-        oes recall the teacher instructing the class not to tell their parents. He was scared when she
sat that.


INITIALS OF PERSON MAKING          000509SPPL0066
STATEMENT

711

STATEMENT (continued)

**From:** DCPS LMER (DCPS)
**Sent:** Friday, May 21, 2021 12:04 PM
**To:** Berkowitz, MScott (DCPS) <mscott.berkowitz@k12.dc.gov>
**Cc:** Gaskins, Sharon (DCPS) <Sharon.Gaskins@k12.dc.gov>; Stover, Shawn (DCPS) <shawn.stover@k12.dc.gov>
**Subject:** RE: Staff history concern

Greetings Principal Berkowitz,

The below has been forwarded to LMER's management team. We will be in contact with next steps.

Best,
Lynette D.
LMER, Coordinator

**From:** Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>
**Sent:** Thursday, May 20, 2021 6:36 PM
**To:** DCPS LMER (DCPS) <dcps.lmer@k12.dc.gov>
**Cc:** Gaskins, Sharon (DCPS) <Sharon.Gaskins@k12.dc.gov>; Stover, Shawn (DCPS) <shawn.stover@k12.dc.gov>
**Subject:** Re: Staff history concern

202-264-0969 of you need it.

MScott Berkowitz
Principal
Peabody and Watkins Elementary Schools

**From:** Berkowitz, MScott (DCPS)
**Sent:** Thursday, May 20, 2021 6:33:52 PM
**To:** DCPS LMER (DCPS) <dcps.lmer@k12.dc.gov>
**Cc:** Gaskins, Sharon (DCPS) <Sharon.Gaskins@k12.dc.gov>; Stover, Shawn (DCPS) <shawn.stover@k12.dc.gov>
**Subject:** Staff history concern

Hello team,

One Watkins staff member shared this with me this afternoon and I have some concerns. The subject of both articles is also a Watkins staff member. Please let me know if there is anything I should do.

https://pressofatlanticcity.com/education/a-c-school-librarian-convicted-in-tutoring-scam-must-forfeit-job/article_f0d64184-6f76-11e5-952d-8b556788153c.html

https://nj1015.com/nj-woman-and-cops-left-dogs-in-freezing-cold-until-one-died/

Thank you. I am off tomorrow but will be available by phone if this is an urgent matter. AP Boisvert was sent this information first.

MScott Berkowitz
Principal
Peabody and Watkins Elementary Schools

VV9SPPL0Q664RKDITSTTATX

Message

| | |
|---|---|
| **From:** | Berkowitz, MScott (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8eda85080f0e40d3a25476ef228242a4-MsCott Berk] |
| **Sent:** | 5/25/2021 3:19:58 PM |
| **To:** | DCPS LMER (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=cd567a2bec4c497f801a8a23c12e6c04-DCPS LMER] |
| **CC:** | Gaskins, Sharon (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ab304e2833bc4fefaa0b795fc2219147-Sharon.Gask]; Stover, Shawn (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=5170a04b846d4a93ad531583e872d03c-Shawn Stove]; Fuller, Jade (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f01ab00a69a844cca6edf2d13060679a-Jade Fuller] |
| **Subject:** | Re: Staff history concern |

Thank you for the quick work on this.

If this becomes as issue for the community (this news is travelling among our staff), do you have any advice or talking points should I need to address it? Or is the language you have in this email sufficient?

**MScott Berkowitz**
**Principal**
**Peabody Elementary School and Watkins Elementary School**
**Peabody: 202-698-3277**
**Watkins: 202-698-3355**
**District of Columbia Public Schools**
@PeabodyWatkins **on Instagram and Twitter**



**Capitol Hill Cluster School**
*Where Every Child Achieves*

**From:** "DCPS LMER (DCPS)" <dcps.lmer@k12.dc.gov>
**Date:** Tuesday, May 25, 2021 at 10:39 AM
**To:** "Berkowitz, MScott (DCPS)" <MScott.Berkowitz@k12.dc.gov>
**Cc:** "Gaskins, Sharon (DCPS)" <Sharon.Gaskins@k12.dc.gov>, "Stover, Shawn (DCPS)"
<shawn.stover@k12.dc.gov>, "Fuller, Jade (DCPS)" <Jade.Fuller@k12.dc.gov>
**Subject:** RE: Staff history concern

Greetings Principal Berkowski,

Following up on the below. After review of Ms. Jurkowskic's clearance, it is shown that she has completed the clearance process which took into consideration her criminal background. Upon completion of the review, Ms. Jurkowski was cleared to work for DCPS.

Feel free to reach out if we can be of further support.

Best,
LMER Team

P0001-234567

| Message | |
|---|---|
| **From:** | Allyson Kitchel [allyson.kitchel@gmail.com] |
| **Sent:** | 11/29/2021 5:56:26 PM |
| **To:** | Berkowitz, MScott (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8eda85080f0e40d3a25476ef228242a4-MsCott Berk] |
| **Subject:** | Following up about Ms. Jurkowski |

CAUTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

Hi Principal Berkowitz,

I recently reached out to our LSAT Chair about my concerns about Ms. Jurkowski - that she has been convicted of fraud, that she's therefore known to be untrustworthy, and more recently, convicted animal cruelty. The combination of being both untrustworthy and negligent with the safety of the vulnerable entrusted in her care, in my mind, disqualifies her from employment with children. DCPS apparently thinks otherwise.

I'm torn between pitching a massive, public fit over this and trusting that there are precautions in place. Ms. Burton told me she shared my concerns with you and that you'd get in touch - I'd like us to please have a discussion. As a parent yourself, I'm sure you can imagine how I'm feeling, particularly since one of my 9 year olds is very excited about Battle of the Books and will now be spending time with Ms. Jurkowski. I'm open to hearing from you before I take further action.

I'm in a meeting today until about 3 pm but should be reachable afterward - 571-212-8259.

Allyson



## DISTRICT OF COLUMBIA
## PUBLIC SCHOOLS
**Office of the General Counsel**
INVESTIGATIONS DIVISION
3535 V Street N. E. – Washington D. C. – (202) 576-6962 – Fax (202) 576-6593
REPORT OF INVESTIGATION

**Date:** January 28, 2022

**DCPS CASE NUMBER**: AD22-0068

**DATE OF REPORT OF OCCURRENCE**: Friday, December 17, 2021

**LOCATION OF OCCURRENCE**: Watkins Elementary School, 420 12th Street NE, Washington, DC 20003

**DATE & TIME OF OCCURRENCE**: Friday, December 17, 2021, at 10:30 am

**DATE & TIME REPORTED**: Friday, December 17, 2021, at 11:30 am

**INVESTIGATOR**: Stacey R. Carey (DCPS Office of the General Counsel; 3535 V Street N.E. Washington, D.C. 20018; (202-576-5024)

**EMPLOYMENT STATUS**: Subject on Administrative Leave during this investigation

**SUBJECT**: Kimberlynn Jurkowski (Specialist, Library/Media; Employee I.D. No. 000█████; D.O.B.█████

**COMPLAINANT(S)**:
MScott Berkowitz (Principal; Peabody and Watkins Elementary School (Watkins: 202-698-3355; Peabody: 202-698-3277)

**WITNESS(ES)**:
Mark Boisvert (Assistant Principal of Watkins ES)
Katherine A. Moxley (3rd Grade homeroom teacher at Watkins ES)
█████ (3rd Grade Student at Watkins ES)
█████ (3rd Grade Student at Watkins ES)
█████ (3rd Grade Student at Watkins ES)
█████ (3rd Grade Student at Watkins ES)

09SPPLOPT93880820P

AD22-0068

## REGULATIONS VIOLATED

**DCMR Title 5, Section 1401.2 (b)** – Grave misconduct in office (directing student reenactment of the Holocaust and telling students not to tell their parents) **Substantiated.**

**DCMR Title 5, Section 1401.2 (s)** – Other failure of good behavior during duty hours which is of such a nature that it causes discredit to the employees' agency or employment (directing student reenactment of the Holocaust and telling students not to tell their parents) **Substantiated.**

**DCMR Title 5, Section 1401.2 (v)** – Other conduct during and outside of duty hours that would affect adversely the employee's or the agency's ability to perform effectively (directing student reenactment of the Holocaust, including simulated violence and insensitive depictions that frightened and offended students and members of the school community) **Substantiated.**

## INVESTIGATION

On Friday, December 17, 2021, DCPS Investigations Division received School Security incident report number 54019 (exhibit #1). In the report, Watkins Elementary School Principal MScott Berkowitz reported that Library/Media Specialist Ms. Kimberlynn Jurkowski had Ms. Moxley's Third (3rd) grade students reenact the Holocaust. Principal Berkowitz summarized the event in his subsequent statement, writing that "[t]he lesson was for students to act out the atrocities of the Holocaust. One student was given the role of Hitler. Others were told to be people that shot Jews. Some students were given roles to dig ditches. Other jobs were to put classmates in gas chambers. Many students were directed to pretend to die. At the end of the lesson, the student playing Hitler was told to act out his suicide. Before the class ended the librarian told students not to tell their parents" (see exhibit 2).

On Thursday, December 23, 2021, this Investigator interviewed the complainant, Principal MScott Berkowitz, the Principal of Watkins and Peabody Elementary Schools (ES), via phone regarding Incident Report 54019, and a statement was obtained (see exhibit #2). Principal Berkowitz confirmed his report that Ms. Jurkowski had Third (3rd) Grade students act out the Holocaust during the class's library time on Friday, December 17, 2021. During the reenactment, students played Hitler and his supporters, pretended to shoot Jewish people, pretended to dig ditches as graves for Jewish people, and pretended to place other students in gas chambers. Many students pretended to die, and the student who had the part of Hitler acted out his suicide. Principal Berkowitz reported that at the end of the library class, students stated that Ms. Jurkowski asked them not to tell their parents about the assignment.

On Monday, December 27, 2021, third (3rd) Grade teacher Ms. Katherine Moxley of Watkins ES was interviewed by this Investigator via Microsoft Teams, and an emailed statement was obtained (see exhibit # 3). Ms. Moxley stated that she had been a teacher at Watkins ES since August 2013, and this 2021-2022 School Year, she has a 3rd-grade homeroom and teaches math and science. Ms. Moxley advised that her class goes to the library every Tuesday, Thursday, and Friday from 9:35 am until 10:20 am. According to Ms. Moxley, the students usually work on assignments,

AD22-0068

Page 2

09SPPLDPT93880820P

check out books, and work on the computer during their library time. On Friday, December 17, 2021, Ms. Moxley stated that she dropped the students off at the library at 9:35 am and left for her planning period. Ms. Moxley later went to retrieve the class from the library at 10:20 am, and she noticed that the students were lined up and ready to leave when they are usually scattered in the library either reading, checking out books, or working on the computer.

Ms. Moxley stated that she noticed that the students were rambunctious during the walk back to the class, and she asked them, "What did you do in the library?" Ms. Moxley recalled that one (1) student said they played a game, while another said they put on a play. The students stated that the play was about the Holocaust and the students played the roles of Hitler; students were digging ditches, students were pretending to shoot other students, and other students played dead. Ms. Moxley stated that one student who she could not name said she did not want to participate, but Ms. Jurkowski forced her to join the play. The students also told her that Ms. Jurkowski told them "not to tell their parents." When the class arrived back to homeroom, Ms. Moxley had each student write down what happened in the library (see exhibit #4).

On Monday, January 3, 2022, this Investigator interviewed Assistant Principal Boisvert via Microsoft Teams, and a written statement was provided (see exhibit #5). AP Boisvert advised that Ms. Jurkowski typically engages students with project learning lessons and activities in the (ELA, Math, Science, and Social Studies) curriculum for the third-grade level. The program is unique and considered a special class that works on various assignments and projects. AP Boisvert advised that Ms. Jurkowski does not have to get prior approval for lessons or activities; however, the studies must be aligned with the third-grade curriculum subject units accessible on DCPS Passport to Learning. See https://dcps.dc.gov/publication/curriculum-dcps. The third-grade ELA curriculum consists of people, laws, democracy, overcoming adversity, animal habitats, forces and magnetism, and the history of Washington, DC.

On Friday, January 7, 2022, Principal Berkowitz conducted a Microsoft Teams meeting with some of parents of the students in Ms. Moxley's homeroom class and AP Boisvert, Ms. Moxley, and social worker Ms. Michele Buchanan-Tyler to discuss options regarding participation in the investigation. During the meeting, parents expressed concern about their children talking about a traumatic incident after providing statements and talking to school administrators on the day of the incident. Other parents were concerned that their child's name could be released publicly. On Friday, January 7, 2022, Principal Berkowitz sent the parents an email (see exhibit #6) addressing the three (3) options to participate in the interview phase of the investigation. Option one (1) was to allow the child to be interviewed on Microsoft Teams by the Investigator, option two (2) to write a statement and have the child sign the witness statement form, and option three (3) to not participate in the investigation. Four (4) of the fifteen (15) students participated in the interview process.

On Tuesday, January 11, 2022, after obtaining consent from their parents (see exhibits #7 and #8), students ▮▮▮▮ and ▮▮▮▮ were interviewed independently via Microsoft Teams by this Investigator; also on the Teams meeting were their parents, AP Boisvert, and Social Worker

AD22-0068

Ms. Buchanan-Tyler (see videos #9 and #10). Both students confirmed that on December 17, 2022, they participated in a play or reenactment of the historical events surrounding Hitler and the Holocaust and that a week prior, the class participated in a debate surrounding Hitler and the Holocaust.

██████ stated that she was present in the library on December 17, 2021 and participated in the reenactment of the Holocaust. According to ██████, the play continued the debate of the Holocaust from a week earlier. ██████ recalled Ms. Jurkowski assigning roles for the students to play, and ██████ played the role of United States President. Ms. Jurkowski explained that she wanted the class to visualize the era. ██████ said that Ms. Jurkowski started by giving them the history of the Holocaust, and the students began by building imaginary gas chambers and trains. While Ms. Jurkowski narrated the history, some students played out the violent parts, and, at some point, student ██████████, who was playing Hitler, acted out the role of shooting himself. ██████ stated that, in her opinion, some of the students seemed confused about the assignment. Lastly, ██████ heard Ms. Jurkowski tell the class not to tell their parents about the reenactment.

██████ went on to say that a week before December 17, 2021, the class did a debate on Hitler and the Holocaust. On that day, Ms. Jurkowski had the class sit on the carpet and start the debate discussion. Ms. Jurkowski's position was defending Hitler, while ██████ debated opposing views. The Holocaust debate assignment was in the first half of the class, then the rest of the class time, they discussed the January 6th incident at the Capital. After the course, Ms. Jurkowski told the students not to tell their parents about the assignments or discussion.

While the class was heading back to homeroom on December 17, 2021, a student told Ms. Moxley about the play, and said to her that Ms. Jurkowski told the students not to tell their parents. Once in class, Ms. Moxley had the students write statements (see exhibit #4).

██████ advised that during library time on December 17, 2021, Ms. Jurkowski stated they were going to do a play, and she asked who wanted to be the lead role in the production, and ██████ ████████ volunteered to play the lead. Ms. Jurkowski stated that the play was about Adolf Hitler and the Holocaust. The parts in the play were the President of the United States, played by ██████, Jewish citizens, soldiers, and builders of gas chambers and trains. ██████ also stated December 17, 2021, ██████ said that Ms. Jurkowski did a debate lesson about Adolf Hitler and the Holocaust. ██████ debated why Hitler was wrong, and Ms. Jurkowski argued why Hitler was a good person. During the debate, Ms. Jurkowski stated that Hitler did nothing wrong, and ██████ had to address opposite views and outline what was terrible about Hitler. ██████ went on to say that she knew Ms. Jurkowski did not believe Hitler was a good person, but that was Ms. Jurkowski's position in the debate. ██████ also stated that she did not see the discussion as bad, but Ms. Jurkowski told the class not to tell their parents about the assignment.

██████ stated that she started off building the gas chamber, and she did like the role and decided to switch roles began playing a soldier. During the reenactment, some of the students built gas chambers and trains, some students were shot and played dead, and student playing the part of

Hitler pretended to commit suicide. ▓▓▓▓ stated that she did not think the debate was bad, but she felt that the December 17, 2021, reenactment was "really bad."

At the end of the library time, Ms. Moxley picked up the class, and a couple of students told her about the reenactment of the Holocaust play and that Ms. Jurkowski told the students not to tell their parents. When they went back to homeroom, Ms. Moxley had the class members prepare handwritten statements (see exhibit #4). The student statements confirm the essence of what occurred and provide more detail. One student, for example, wrote that "I was a little scared. I mean I got shot." Another student wrote "I had killed many people. Just because Hitler." A third student wrote that "I was a die poesin [person]. I come ba[c]k to live and ask why did you kill me." A different student wrote that "I was kill[e]d and I was put in a ... sta[c]k with a lot of dead peop[l]e" (see exhibit #4 for all student statements). The student statements are highly instructive as to what occurred in the library and how it made the students feel.

On Wednesday, January 12, 2022, student ▓▓▓▓▓▓▓▓'s father consented to an interview (see exhibit #11).▓▓▓▓ was interviewed via Microsoft Teams by this Investigator; also present was AP Boisvert, and Ms. Buchanan-Tyler (see exhibit #12). ▓▓▓▓ stated she and classmate ▓▓▓▓ were working on an art project, and their library time consisted of working on their PowerPoint. On December 17, 2021, ▓▓▓▓ stated that Ms. Jurkowski noted that the class would be working on a different assignment. Ms. Jurkowski told the class that they were doing a play, and that ▓▓▓▓▓▓▓▓ volunteered to star in the production before knowing what the position entailed. Ms. Jurkowski told the class that the assignment would be about the history of Hitler and the Holocaust. The students were divided into two sides: Hitler and his soldiers, the other students who built gas chambers and trains and played dead, and the President and her soldiers.

▓▓▓▓ stated that she did not participate nor was forced to join in the assignment; however, she began participating in building trains and gas chambers. ▓▓▓▓ recalled Ms. Jurkowski telling them that they would be presenting the play in front of their parents. ▓▓▓▓ also recalled that Ms. Jurkowski looked at the cameras during the class and told the students not to tell their parents.

When ▓▓▓▓ was asked if they discussed the topic of the Holocaust before December 17, 2021, she stated that they participated in a debate about Hitler and the Holocaust. ▓▓▓▓ noted that a couple of weeks before December 17, 2021, the class did a debate assignment for or against Hitler and the Holocaust. On that day, Ms. Jurkowski was for, and ▓▓▓▓ was against Hitler and the Holocaust. During the debate, ▓▓▓▓ recalled that Ms. Jurkowski took the position that Jewish people ruin Christmas and ▓▓▓▓ had to debate the opposing view. ▓▓▓▓ ended her interview by stating that Ms. Jurkowski made a wrong choice in the assignment and that the subject topic was a college-level subject.

On Wednesday, January 19, 2022, this investigator interviewed student ▓▓▓▓▓▓ via Microsoft Teams; also, was ▓▓▓▓, AP Boisvert, and Social Worker Ms. Buchanan-Tyler office (see exhibits #13 and #14). When ▓▓▓ was asked about the December 17, 2021, assignment in the library,▓▓▓ stated that Ms. Jurkowski told the students not to tell their parents at the start of class.

AD22-0068

Ms. Jurkowski told the class that they would reenact the history of Hitler and the Holocaust and that everyone had to participate. Ms. Jurkowski gave every student their part, ▆▆▆▆▆▆ was Hitler, and ▆▆▆▆▆ was the President. Other students played dead, some were shooters, and others built gas chamber trains and dug ditches. Ms. Jurkowski would narrate, and the students would play out the parts. ▆▆▆ stated that everyone participated, and she did not recall any students saying that they did not want to participate. ▆▆▆ stated that after the assignment, she was confused and just saw students doing different acts, but she could not understand the project. According to ▆▆▆, Ms. Moxley picked the class up from the library, and while walking back to homeroom, ▆▆▆ told Ms. Moxley that he played Hitler in a play in the library and that Ms. Jurkowski told the class not to tell their parents. Once back inside their classroom, Ms. Moxley had all the students write down what happened in the library (see exhibit #14).

On Wednesday, January 19, 2022, Ms. Kimberlynn Jurkowski was interviewed through Microsoft Teams with WTU Field Services Specialist Washington Teachers' Union representative Mr. Rejil Solis (see exhibit #15). Ms. Jurkowski acknowledged receiving her letter from LMER about her administrative investigation, and she admitted to signing the Warning and Assurance form (see exhibit #16 and #17).

During the interview, Ms. Jurkowski stated that she had been employed with DCPS for eight (8) years and is presently Watkins ES Librarian as their Library/Media Specialist. Ms. Jurkowski explained that she has Ms. Moxley's third-grade class on Mondays, Wednesdays, and Fridays for forty-five (45) minutes. During their library time, the students worked on PowerPoint presentations on a topic of their choice. The students also learn research tools and view online demos lessons on unfamiliar subjects. The students can discuss different topics or ideas of their choosing and have conversations about biographies, authors, non-fiction topics, and historical events. Ms. Jurkowski also noted that some of the students in Ms. Moxley's class are also a part of the "Battle of the Books," a debate team, and those students meet in the library on Mondays and Fridays at 7:30 am. Ms. Jurkowski advised that the debate team is a reading incentive program to get students to read more and practice their speaking and critical thinking skills. The students pick a specific subject, and the chosen topic is researched and debated. Ms. Jurkowski has been working on getting more students to join the team. Ms. Jurkowski has allowed students to pick a topic that is debated.

Ms. Jurkowski was asked about the December 17, 2021, reenactment of the Holocaust with Ms. Moxley's third-grade class. Ms. Jurkowski stated that the students did not reenact the Holocaust. She offered a more detailed version of her explanation of the class assignment in her written statement (see exhibit #18). Ms. Jurkowski noted that students were working on individual projects, and the students were supposed to present their projects to their parents in the library before the December break. On Thursday, December 9, 2021, Ms. Jurkowski attempted to get Principal Berkowitz to confirm the dates to present the student's projects (see exhibit #19). The students were given an option to continue to work on their PowerPoint presentations, illustrate their presentations, or select and read a book. ▆▆▆▆ asked if they could practice debating since they were not presenting their project. The class voted, and several students wanted to develop questions and practice discussing them.

D9SPPLDPT93880820P

Students ████, ████, ████, ████, and ████ reminded Ms. Jurkowski that she stated on Friday, December 3, 2021, they would practice their debating skills since the third graders are allowed to participate in Watkins's Battle of the Book debate team. Ms. Jurkowski advised the students that they had to develop debate questions, and they would vote on several questions, and then the students would discuss the opposing views. The class voted on three (3) debate questions: one question related to fire safety and why students should not get their coats during drills, the second question was about different ways to learn for high-energy students, and the third question was ████'s questions about World War II.

Ms. Jurkowski stated that student ████████'s question related to jobs during World War II. ████ stated he had read his father's books on World War II and Hitler. According to Ms. Jurkowski, ████ began talking about the history of Hitler and the jobs that caused many people to die and that in the end, Hitler committed suicide. Ms. Jurkowski stated that she thanked ████ for sharing, but she was not knowledgeable about the details of World War II and the ending of Hitler's life. ████ noted that he was knowledgeable and that his father's book collection was informative. Ms. Jurkowski told the students that many books and resources had different ideas about Hitler and how his life ended. Ms. Jurkowski reminded the class to be good debaters, and they would have to learn other points of view about the topic.

Students ████ and ████ asked if they could debate ████, ████, ████, and ████ on the question of World War II and if certain jobs were unfair and caused problems. ████ stated he was knowledgeable about Hitler and could speak on the job and how people felt during that time. ████ and ████ stood at the far end of the library to prepare for the discussion. ████ was going to debate the United States President's role and why the U.S. did not enter until Pearl Harbor. ████ explained that Hitler set up trains, camps, gas showers and placed people in ditches. ████ explained that the gas showers were dangerous, ████ discussed why the trains were built and carried people to the ditches, and ████ demonstrated how ditches were dug. Ms. Jurkowski stated that she asked the class, "how did they think people felt about the jobs based on the discussion?" ████ said they were forced, ████ said people could do jobs, and ████ said they did not like the job. ████, ████, and ████ were unsure how people felt about their jobs. The assignment ended with ████ saying that it would be good to have more books about jobs and what people think about work. Ms. Jurkowski told the students there are books in Watkins's library, and the DC Public Library in the historical non-fiction section that could be helpful. Lastly, Ms. Jurkowski stated that she reminded the students that they could search for eBooks to read, and she told the students that class was over, and they selected a book and to leave it on her desk with a tag and line up. Ms. Jurkowski stated that the students were excited and happy during the discussion, and they waited in line for Ms. Moxley to pick them up.

Ms. Jurkowski stated she did not have the students do a play or reenactment of the Holocaust on December 17, 2021, nor did she have students shoot other students. However, during that discussion, she did hear a student unknown making possible shooting and water noises.

Page 7

AD22-0068

Ms. Jurkowski was asked whether Ms. Moxley's class discussed Hitler and the Holocaust and January 6, one week before December 17, 2021. Ms. Jurkowski stated that the students were likely referring to Friday, December 3, 2021, when the class asked to do something different from their projects. Ms. Jurkowski told the students that they had to finish their projects because they would present them before the Christmas break.  On December 3, 2021, ████ asked about Hitler and talked about his father's book collection. ████ explained to the class that Hitler died by suicide, and that he was interested the sharing his knowledge of World War II.  Ms. Jurkowski advised the students if they were interested in the history of World War II, they should look and the library's print section or search other known databases. However, on December 3, 2021, the class spent their library time accessing and scoring other classmate projects (see exhibit # 20). Ms. Jurkowski denied discussing or debating the history of Hitler or the Holocaust on December 3, 2021, and also denied discussing the events of January 6, 2021.

## FINDINGS

The investigation found credible evidence that Ms. Kimberlynn Jurkowski violated **DCMR Title 5, Section 1401.2 (b)** – Grave misconduct in office (reenactment of the Holocaust) and/or **DCMR Title5, Section 1401.2 (s)** – Other failures of good behavior during duty hours which is of such a nature that it causes discredit to the employees' agency or employment is (reenactment of the Holocaust). On December 17, 2021, the students reported participating in a reenactment or play of the Holocaust and Hitler. Among other things as set forth above and reflected in the exhibits, the students described pretending to shoot the students playing Jewish roles, digging ditches, placing students in gas chambers, and building trains to transport students to gas chambers. The student statements and the statements of Ms. Moxley, Principal Berkowitz, and AP Boisvert were consistent that the Holocaust reenactment occurred, that the students were directed to perform the inappropriate roles described above, and that it was directed by Ms. Jurkowski. In the face of this evidence, Ms. Jurkowski's denials are not credible. Therefore, the allegations are **Substantiated.**

The investigation found credible evidence that Ms. Kimberlynn Jurkowski violated **DCMR Title 5, Section 1401.2 (b)** – Grave misconduct in office (telling students not to tell their parents about the class assignment) and/or **DCMR Title5, Section 1401.2(s)** – Other failures of good behavior during duty hours which is of such a nature that it causes discredit to the employees' agency or employment is (telling students not to tell their parents about the class assignment). There are consistent statements from the interviewed witnesses to support the fact that Ms. Jurkowski told the students not to tell their parents about the class discussion about the Holocaust and the Holocaust reenactment. In the face of this evidence, Ms. Jurkowski's denials are not credible. Therefore, the allegations are **Substantiated**.

The investigation found credible evidence that Ms. Kimberlynn Jurkowski violated **DCMR Title 5, Section 1401.2 (v)** – Other conduct during and outside of duty hours that would affect adversely the employee's or the agency's ability to perform effectively (directing student reenactment of the Holocaust, including simulated violence and insensitive depictions that frightened and offended students and members of the school community). As set forth above and reflected in the exhibits, there are consistent statements from the interviewed witnesses to support the fact that, among other

AD22-0068

D9SPPLOPT93880820P

things, students felt that having to reenact shooting one another, and being shot, made them feel scared. Therefore, the allegation is **Substantiated.**

**EXHIBITS**

1. Incident report
2. Principal MScott Berkowitz typewritten statement
3. Katherine Moxley typewritten statement
4. Student handwritten statements
5. Assistant Principal Mark Boisvert typewritten statement
6. Principal Berkowitz emails sent to the parents
7. Juvenile Witness Form for student ▮▮▮▮▮▮
8. Juvenile Witness Form for student ▮▮▮▮▮
9. Juvenile Witness Form for student ▮▮▮▮▮▮▮
10. Juvenile Witness Form for student ▮▮▮▮▮
11. Warning and Assurance
12. Letter for LMER pertaining to this investigation
13. Kimberlynn Jurkowski typewritten statement
14. Kimberlynn Jurkowski December 9, 2021, email to M Principal Berkowitz
15. Students' presentation scoring documents
16. Principal Berkowitz statement of his student interviews

**STATUS**: This is a final report.

**Prepared by:**                                    **Reviewed by:**

Stacey R Carey                                       Michael Tynes
Investigator, Investigations Division      Director, Investigations Division

DISTRIBUTION:
1 – DCPS Legal
1 - File

AD22-0068

#54019



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**
DIVISION OF SCHOOL SECURITY
INCIDENT REPORT



To: Tiffanie Scherd
Karen Shaw

RECEIVED 12-17-21

SCHOOL: Watkins          Address 420 12th ST SE

1. INCIDENT TYPE Bias          (See page 4)     LOCATION: _____

2. DATE OF INCIDENT: Dec 17, 2021 TIME: 1030   DATE INCIDENT REPORTED: 12/17/21  Time: 11:30

3. REPORTING OFFICER: K. King          CONTACT Number: 202-427-6782

4. SUPERVISOR'S COMPLETE NAME: T Johnson          CLUSTER 4 WARD 6

5. NAME AND TITLE OF SCHOOL OFFICIAL NOTIFIED: Watkins ES          DATE: 12/17/21

6. CATEGORY:          ___ Disruptive     ___ Violent     _X_ Non-Violent

7. Was property damaged or stolen? _X_ No  ___ Yes _____   Estimate value  Ø

8. Property Type          Ø

   Make____ Model____ Serial #____          (If more than one add an attachment)

AD 22-0068 Carey

OSSPPLOPT93800820P

...........tion:   MPD Notified _____ Yes _X_ No     Date MPD Notified: _____

MPD SCHOOL RESOURSE OFFICER  COMPLETE NAME

| MPD Action | BADGE NUMBER | |
| | | MPD CCNII |
| | MPD Outcome | |

**10.**   **Weapons and illegal substance Information;** Were weapons or illegal substances involved? (If yes please specify and proceed to complete this section) _X_ No _____ Yes   Weapon(s)_____ How many_____

Description of Weapon(s)

Weapon Disposition; Were the weapons/drugs turned over to MPD? _____ Yes _____ No (Please explain)

Description of illegal substance

**11.**   **Injury sustained?** _____ Yes _X_ No

Cause of Injury: _____ Falling Object _____ Tripped _____ Fall _____ Inflicted _____ Other;_____

Description of Injury

Condition of Area: _____ Liquid Spill _____ Food Spill _____ Uneven Surface _____ Dark area _____ No Adverse Condition   Other;_____

**12.**   **Medical Services contacted?** _X_ No _____ Yes  (If yes, proceed to complete this section)

Responding Unit

Transported to

2

---mber(s) _____

Date _____ Time _____

**13.** Narrative:

Teacher directed students to re-enact the Holocaust

**14.** Person(s) Involved:     C-Complaint     V-Victim     S-Suspect     W-Witness

| CVSW | STUDENT ID | LAST NAME | FIRST | DOB | GRADE | RACE | STATUS | GENDER | SPEC. ED |
|------|-----------|-----------|-------|-----|-------|------|--------|--------|----------|
|      |           |           |       |     |       |      |        |        |          |
|      |           |           |       |     |       |      |        |        |          |
|      |           |           |       |     |       |      |        |        |          |
|      |           |           |       |     |       |      |        |        |          |

Revised-9-19-16     FAX: 202-576-6593 to School Security, attention Director of School Security

3

Ms. Moxley's homeroom

D9SPPLOPT93880820P

## Incident Report #10723

### Step 1: School Information

| | | | | | |
|---|---|---|---|---|---|
| **School/Facility** | Watkins ES (Capitol Hill Cluster) | **Principal/Facility POC** | Berkowitz, Mscott (DCPS) | | |
| **Incident/COVID POC #1** | montgomery, tanisha | **Incident/COVID POC #2** | Boisvert, Mark (DCPS) | **Incident POC #3** | |
| **DSL/MSL Name** | montgomery, tanisha | | | | |
| **Street Address** | 1830 Constitution Ave. NE, Washington, DC 20002 | **Phone Number (202)** | (202) 698-3355 | | |
| **Ward** | 6 | **Cluster** | 4 | | |
| **Cluster Superintendent Name** | Shawn Stover | | | | |
| **Ops Specialist** | Irvine, Brittany | **Manager** | Moreau, Sydney (DCPS) | **School - Contact Tracing POC** | McDaniel, Emmanuel |

### Step 2: Incident Information

| | | | |
|---|---|---|---|
| **Date of Incident** | 12-17-2021 | **Time of Incident** | 9:30 am |
| **Date Incident Reported** | 12-17-2021 | **Time Incident Reported** | 10:30 am |

**Incident Category**  Alleged Bias Incident or Hate Crime ; Alleged Staff/Student Misconduct

**Incident Location**  In-Person

After completing this IRT form, e-mail Equity.Response@k12.dc.gov to schedule a meeting with the Central Equity Response Team to determine immediate, short-term and long-term supports for impacted parties.

**Impacted**  Staff/Student

**Was the incident related to instructional content and/or curriculum?**  No

**Type of Incident**  Religion

**Type**

**Impacted**  Student/Student

**Narrative:**

**Please provide a detailed description of the incident that occurred.**

— [DEC-17-21 12:54 PM  Mscott (DCPS) Berkowitz] ———
Ms. Moxley's HR class attended their regular library class today. The lesson was for students to act out the atrocities of the Holocaust. One student was given the role of Hitler. Others were told to be people that shot Jews. Some students were given roles to dig ditches. Other jobs were to put classmates in gas chambers. Many students were directed to pretend to die. At the end of the lesson, the student playing Hitler was told to act out his suicide. Before the class ended the librarian told students not to tell their parents.

The librarian's name is Kimberlynn Jurkowski. All students in the homeroom were involved.

**Upload School Security**

**Incident Report**
**Here**

**Optional** Library Statements Watkins Dec 17 2021.pdf
**Attachments**

This is a friendly reminder that Student Name, DOB, and/or Student ID should be redacted from the School Security Incident Report and any optional attachments. To redact Student Information from original reports and attachments, you can make a copy of the original, black out identifying information and scan this copy into the IRT. You could also place a sticky note over the identifying information on the original report and scan the original report into the IRT.

## Step 3: Actions Taken

**Actions** Consulted with Central Equity Response Team ; LMER Notified ; Parent/ Guardian Contacted ; Social Worker/School
**Taken** Psychologist Notified

**NEXT STEPS:**

1. Based on the severity of the situation, immediately contact the *Metropolitan Police Department (MPD)* or *Fire & Emergency Services (FEMS)* by calling 911 and or *Child and Family Services Administration (CFSA)* at (202) 671-SAFE.

2. Contact your immediate supervisor and your assigned *Strategic School Operations Specialist* or *Operations Manager*. If neither are available, contact your *Chief of Schools* and the *Strategic School Operations Call Center* at (202) 442-5192.

3. *Loop in your school-based contract security officer* to ensure that an incident report is completed and submitted. If an incident occurs between the hours of 6:00 p.m. and 8:00 a.m. or on a weekend, contact the *DCPS Security 24-hour Command Center* at (202) 576-6950 to ensure an immediate response.

4. When a staff member is suspected of misconduct which may pose a safety concern to a student/students and/or staff or the staff member's own safety may be at risk by external parties (i.e. parents), contact *Labor Management and Employee Relations (LMER)* at (202) 442-5373 or *dcps.lmer@k12.dc.gov* right away to discuss leave and detail options. For incidents involving alleged bullying, harassment or intimidations contact *Central Office CARE Team* at (202) 442-5405 or email *dcps.care@k12.dc.gov*.

5. When entering an Alleged Bias Incident or Hate Crime, principals should review the bias incident information and utilize the protocol – regardless of the involved parties or perceived level of severity.
If you suspect a hate crime*, start here.
If applicable, Metropolitan Police Department (MPD) or Fire & Emergency Services (FEMS) should be contacted and or the Child and Family Services Administration (CFSA) at (202) 671-SAFE

## Step 4: Incident Status *for Program Use

**Strategic School Operations**
**Program Status**

**Equity Program Status**

**Other Program Status**
**Updates**

**Program - Optional**
**Attachments**

## Step 5: Incident Status *for School/Facility Use

**Incident Status**
**School/Facility Updates**

School/Facility Resolution - No Action Needed

School/Facility Resolution - Pending

School/Facility certifies incident is resolved

**Date Resolved by**
**School/Facility**

U9SPPL0PT93080020P

**Name of School/Facility POC**
**Certifying Issue is Resolved**

## Step 6

**Are You Ready to Submit this**    Yes        **Incident Submission Time**    12-17-2021 12:53 PM
**Incident Report?**

Created today at 12:54 PM (EST). Last updated by Berkowitz, Mscott (DCPS) today at 12:54 PM (EST). Owned by Berkowitz, Mscott (DCPS).





**DISTRICT OF COLUMBIA**
PUBLIC SCHOOLS
Office of the General Counsel
Labor Management & Employee Relations
Investigations Division
3535 V Street N. E. – Washington D. C. – (202) 576-6962 – Fax (202) 576-6593

## Statement

| Location | Date | Time | File Number |
|---|---|---|---|
| **Watkins** | **Dec 17, 2021** | **9:30am** | |
| **Last Name, First, Middle** **Berkowitz, MScott, Coulter** | | **Social Security Number** (last four digits only) | **Date of Birth** |

| Organization or Address |
|---|
| **420 12st SE, Washington DC** |

**STATEMENT**

The following statement is the summary of the alleged incident after interviewing students and reading their statements.

Ms. Moxley's HR class attended their regular library class today. The lesson was for students to act out the atrocities of the Holocaust. One student was given the role of Hitler. Others were told to be people that shot Jews. Some students were given roles to dig ditches. Other jobs were to put classmates in gas chambers. Many students were directed to pretend to die. At the end of the lesson, the student playing Hitler was told to act out his suicide. Before the class ended the librarian told students not to tell their parents.

ᴜ9SPPLOPT93880820P

| EXHIBIT | INITIALS OF PERSON MAKING STATEMENT | PAGE_____ OF _____ |
|---|---|---|

**STATEMENT**

**STATEMENT (continued)**

| EXHIBIT NUMBER | INITIAL OF PERSON MAKING STATEMENT | PAGE _____ OF _____ |
|---|---|---|
| FILE #: | | |

**Statement (Continued)**

**AFFIDAVIT**

I, _MScott Berkowitz_ HAVE FULLY READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE _____ and end on Page _____. I fully understand the contents of the entire statement made by me. The statement is true. I have initialed all corrections and have initialed the bottom of each sheet containing the statement. I have made statement freely without hope or benefit or reward, without threat of punishment, and without coercion, unlawful influence, or unlawful inducement.

_M. Be_

**(Signature of Person Making Statement)**

**(Signature of Person Taking Statement)**

| (Witness) | |
|---|---|
| **INITIAL OF PERSON MAKING STATEMENT** | **Page _____ of Pages** |



**DISTRICT OF COLUMBIA**
PUBLIC SCHOOLS
Office of the General Counsel
Labor Management & Employee Relations
Investigations Division
3535 V Street N. E. – Washington D. C. – (202) 576-6962 – Fax (202) 576-6593

## Statement

| Location | Date 12/27/21 | Time 9:00 AM | File Number |
|---|---|---|---|
| **Last Name, First, Middle** **Moxley, Katherine, Anne** | | **Social Security Number** (last four digits only) | **Date of Birth** |

**Organization or Address**
**DC Public Schools- Watkins Elementary School**
**420 12th Street SE**
**Washington, D.C 20003**

**STATEMENT**

On Friday December 17, 2021. I, Katherine Moxley, arrived at the school library to retrieve my class at 10:20 A.M. My class was lined up and ready to leave the library, when ordinarily they are scattered about the library either: reading, checking out books, or on the computer. As we walked from the library back to my classroom the students appeared a bit rambunctious, so I asked the students: "What did you do in library today?" One student replied and said they played a game. Another student chimed in and said that they put on a play. So I asked, "What was the play about?" They told me it was about Hitler. One student said that he was in charge of the gas chambers. Another student said he was in charge of digging ditches. Another student was told to be Hitler- this student is Jewish. He was instructed to shoot his peers and have them fall to the ground, step on them, and laugh at them repeatedly. Another student told me that she did not want to participate so she sat off to the side, but the librarian forced her to stand and participate.

When we arrived back to our classroom, I gave everyone a sheet of paper and asked the students to write down everything that happened in library class. Students then told me the librarian, Ms. Jurkowski, told them not to tell their parents. This lesson was not approved, nor is it a third grade standard, so there is no reason that this play should have occurred at all.

At 10:30 AM, I collected the papers and brought them downstairs to my principal, MScott Berkowitz, and reported to him what the students told me.

| EXHIBIT | INITIALS OF PERSON MAKING STATEMENT<br>KM | PAGE __1__ OF __1__ |
|---|---|---|

<div align="center">STATEMENT</div>

STATEMENT (continued)

| EXHIBIT NUMBER | INITIAL OF PERSON MAKING STATEMENT | PAGE _____ OF _____ |
|---|---|---|

FILE #:

---

**Statement (Continued)**

**AFFIDAVIT**

I, _Katherine Moxley HAVE FULLY READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE ___1___ and end on Page ___1_____. I fully understand the contents of the entire statement made by me. The statement is true. I have initialed all corrections and have initialed the bottom of each sheet containing the statement. I have made statement freely without hope or benefit or reward, without threat of punishment, and without coercion, unlawful influence, or unlawful inducement.

|  |  |
|--|--|
|  | **(Signature of Person Making Statement)** |

09SPPLOPT93880820P

x 95

Katherine Moxley

Date: 12/27/21

**(Signature of Person Taking Statement)**

**(Witness)**

**INITIAL OF PERSON MAKING STATEMENT** | Page _____ of  Pages _____



I Killed Billins of People. We Build up Ditches me and ███, dro answer to problem of the Day is 98 and the Dead People came Back to Life and Filed their comple I shot People But they fake Die.

#4

███████

███████ was the Prestendent

███████ was bither he ld not wall a good christmas so
he wanted to make others hated bad Christmas so
he said to different people that your trust
do gus chajebers and you must turn them
on when the people get in the shower. If you
dont you will die and you need to take them
on a train you will die too. The president
in amarica did not help and in the game
███████ shot me ███████ and in the game
a little scared. I mean ███████ I was
I got shot

09SPPLOPT93880820P

header

D9SPPLOPT9380807ZOP



Hitler Hiyevbi People
to killeã Us and
The alot of people Help
alot of people People/
I also got also
ans people
got starvea



12/17/21

# Hitler Play

I was one of the dead people who got shot and dug in the ditch and president (⬛ ⬛) cep getting calls about how people died and i think this inappeit!!

# Hitler

I was on hitlers side I made a train that led them to the ditches. I made a 2 train that led them to a gas chamber. I was the gas chamber. I had killed many people. Just because Hitler.



HPL+R by the Kids.
I Bilt i train
and I was on
hilters team
I Kild lots of
pepele and alos
pretly the presdint
I ran,

D9SPPLOPT93880820P





09SPPLOPT93880820P

I Was a die psoein.
I come blak to live and ask
Why did you kill me.

09SPPLOPT93880820P



HitLeR
I Playd Dead

I was Killd and i was
Put in a din Stak Whth a
Lot of Dead Peop the dead
Peop was me and



09SPPLOPT93680820P

world wor 2 play
1 Bilt " Goss
showers and
also perjercted
the presodent
then at the
end I was at
[redacted] me and
[redacted] were
Going to Get
in jail or sewed
I thoght it was
not approeriate



( Hitler )

( Acters )

( ▮▮ ) pesiet

( ▮▮ ) Deid poeple

( ▮▮ ) Died poeple

( ▮▮ ) Hitler

( ▮▮ ) gase chamde person

( ▮▮ ) Jubge

( ▮▮ ) Jintrol

09SPPLOPT93880820P

World War two dc t ████

I bull trains, ditches
was Gasshowers
Hitler US. Joins
I shot Kill me
himself Story is

We and hitler we
Peltennows wilhe ur oom
Russia
califor
chose
diferine



09SPPLOPT93880820P



[redacted]

hitler Play

I was a Person
Who hellPt hitler so
I got a gun
and a tank.
[redacted] was hitler
the resone he was a wfel
was becose he didint have
a Good chrismas.
[redacted] [redacted] and [redacted]
dug up the hole. [redacted]
bilt a train. and evreywone els
died. the reason why we did this
is becose we were soposeto see wat
I realy looked like. I didint
shoot enywone.

D9SPPLOPT93880820P

hitler ass
it was cool i had a gun the
love to shot people
it was fun (shooting) the
I was the like it +
shot the best that +
role to shot it
the Just people but it
was still so)
now i feel bad for Q?
now i Just people.





DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of the General Counsel
Labor Management & Employee Relations
Investigations Division
3535 V Street N. E. – Washington D. C. – (202) 576-6962 – Fax (202) 576-6593

## Statement

| Location | Date | Time | File Number |
|---|---|---|---|
| **Watkins ES** | **January 11, 2022** | **12:25pm** | |
| Last Name, First, Middle | | Social Security Number (last four digits only) | Date of Birth |
| **Boisvert, Mark** | | | |

| Organization or Address |
|---|
| **Watkins ES** |
| **420 12ᵗʰ Street, SE** |
| **Washington, DC 20003** |

**STATEMENT**

1. **Your name and title**
   - Mark Boisvert, Assistant Principal

2. **Explain the duties of the library and Ms. Jurkowski**
   - The duties of the librarian during SY21-22 includes facilitating instruction to all grade levels in classroom, according to the specials schedule, which is set by term. During library classes, Ms. Jurkowski engages students in project-based learning lessons and activities. These activities are often aligned to their core content curriculum (ELA, Math, Science, Social Studies).

3. **What subjects and units she is supposed to address regarding the 3rd-grade curriculum?**
   - The following units are included in the 3ʳᵈ grade ELA curriculum:
   - People, Laws, Democracy
   - Overcoming Adversity
   - Animal Habitats
   - Forces and Magnetism
   - Washington, DC

4. **Explain if you have to get prior approval to address subjects outside the 3rd-grade curriculum**
   - Prior approval of lessons or activities is not required. Ms. Jurkowski has sought approval for the content of before and afterschool clubs (i.e. Pokemon, Rocks and Minerals, Debate Club, etc).

5. **Where the 3rd-grade class working on any assignments would lead to the history of the Holocaust?**
   - No.

6. **What grade level learn the history of the Holocaust?**
   - This question would be better answered by the DCPS Office of Teaching and Learning.



| EXHIBIT | INITIALS OF PERSON MAKING STATEMENT | PAGE _____ OF _____ |
|---------|-------------------------------------|---------------------|

D9SPPLOPT93880820P

STATEMENT

STATEMENT (continued)



| EXHIBIT NUMBER | INITIAL OF PERSON MAKING STATEMENT | PAGE ____ OF ____ |
|---|---|---|
| FILE #: | | |

Watkins: 202-698-3355

**District of Columbia Public Schools**

@PeabodyWatkins **on Instagram and Twitter**

 **Capitol Hill Cluster School**
*Where Every Child Achieves*

09SPPLOPT93880820P

**Option #2**

You give permission for your child's written statement to be provided. The statement can be a student dictation and scribed by you. The initial statement written by the student on December 17 can also be copied and serve as the child's statement but the original statement from your child must be transcribed on the "New Blank Statement Form" and sent in.

- The attached Juvenile Permission Form must be signed and returned to the main office or emailed to school leaders and Ms. Carey (cc'ed).
- The attached New Blank Statement Form must be completed, signed, returned to main office or emailed to school leaders and Ms. Carey (cc'ed).
- Request the student statement from Mr. Berkowitz. He will send it to you via email.

**Option #3**

You choose to not have your child participate in any part of the investigation.

- Please email the above statement to school leaders and Ms. Carey (cc'ed).

I was able to talk to General Counsel Scott Barash, cc'ed. He shared that student privacy is a top priority for his office. Any student specific information that passes through the Office of General Counsel will be kept in confidence. In the event that documentation is required to be shared by them, all student names will be redacted. He also assured me that a FOIA request would not require student statements with names attached to be shared. If parents have further questions about this concern, he welcomes your email.

We will continue to take care in navigating the sensitives of this event while thoroughly completing the investigation. Thank you so much for your cooperation.

In service,

**MScott Berkowitz**

**Principal**

**Peabody Elementary School and Watkins Elementary School**

**Peabody: 202-698-3277**

2

**Carey, Stacey (DCPS)**

| | |
|---|---|
| **From:** | ▉▉▉▉▉▉▉ ◄ ▉▉▉▉▉▉▉ > |
| **Sent:** | Monday, January 17, 2022 10:42 PM |
| **To:** | Berkowitz, MScott (DCPS); Carey, Stacey (DCPS) |
| **Cc:** | ▉▉▉▉▉▉ |
| **Subject:** | Re: Investigator conversation follow up |
| **Attachments:** | ▉▉▉▉▉ statement.doc |

---

CAUTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

---

Attached please find ▉▉▉▉▉▉▉▉ s statement, transcribed from his original statement of December 17.



On Fri, Jan 7, 2022 at 5:52 PM Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov> wrote:

Good evening caregivers,

Thank you for our conversation this morning with DCPS Investigator Carey. We're about two weeks from December 17 and by no means are the events of that day easy to talk about. We are trying to be as sensitive to our students' needs and still complete a full and thorough investigation. It's clear from our conversation that you want the same thing. Thank you for your willingness to participate despite the difficulty in doing so.

For those unable to attend, I have recapped the next steps in this investigative process. Below are three options that were discussed during the meeting. Please indicate via email, which option you choose that is best for your child and family.

**Option #1**

You give permission for your child to be interviewed by Investigator Stacey Carey for the purpose of the investigation. The interviews will be facilitated on Microsoft Teams. Our school social worker, Ms. Tyler will be present to support the student, as well as a me or Mr. Boisvert. Students will sit with Ms. Tyler in her office and log on to Teams to talk with Ms. Carey. Parents are welcome in the room or on the Teams call, tentatively mid-week next week.

- The attached Juvenile Permission Form must be signed and returned to the main office (paper copy) or emailed to school leaders and Ms. Carey (cc'ed).

09SPPLOPT93880820P

**Statement (Continued)**



**AFFIDAVIT**

I, Mark Boisvert    HAVE FULLY READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE __1__ and end on Page __1__. I fully understand the contents of the entire statement made by me.  The statement is true.  I have initialed all corrections and have initialed the bottom of each sheet containing the statement.  I have made statement freely without hope or benefit or reward, without threat of punishment, and without coercion, unlawful influence, or unlawful inducement.

_____
(Signature of Person Making Statement)

_____
(Signature of Person Taking Statement)

(Witness)

| INITIAL OF PERSON MAKING STATEMENT | Page | of Pages 2 |



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**
**Office of the General Counsel**
**Labor Management & Employee Relations**
**Investigations Division**

3535 V Street N. E. – Washington D. C. – (202) 576-6962 – Fax (202) 576-6593

## INVESTIGATIVE REPORTS

### JUVENILE WITNESS FORM

CASE NUMBER: ___AD22-048___

EXHIBIT NUMBER: ___13___

I, _____ █████ _____,    ___Mother_____
    (NAME)                               (POSITION/TITLE HELD)

gave permission for, and was present during the interview of ___█████████___
                                                            (STUDENT'S NAME)

on ____1/11/2022_____ , at ____Watkins Elementary School_____
        (DATE)                      (LOCATION)

by DCPS Investigator ___Stacey Carey_____ , and can attest to the
accuracy of the statement associated with this document.

_____█████████_____                    __1__ / __11__ / __22__
        (SIGNATURE)                                  (DATE)

D9SPPLOPT93880820P



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
**Office of the General Counsel**
**Labor Management & Employee Relations**
**Investigations Division**

3535 V Street N. E. – Washington D. C. – (202) 576-6962 – Fax (202) 576-6593

## INVESTIGATIVE REPORTS

### JUVENILE WITNESS FORM

CASE NUMBER: ___A522-0069___

EXHIBIT NUMBER: ___11___

I, ___███████___,  ___**Father of student witness**___
           (NAME)                              (POSITION/TITLE HELD)

gave permission for, and was present during the interview of ___███████___
                                                            (STUDENT'S NAME)

on ___1 / 12 / 2022___, at ___**Watkins Elementary School (via Teams)**___
          (DATE)                              (LOCATION)

by DCPS Investigator ___Carey___, and can attest to the accuracy of the

statement associated with this document.

___███████___          ___01 / 11 / 2022___
        (SIGNATURE)                   (DATE)



**DISTRICT OF COLUMBIA**
PUBLIC SCHOOLS
**Office of the General Counsel**
**Labor Management & Employee Relations**
**Investigations Division**

<u>3535 V Street N. E. – Washington D. C. – (202) 576-6962 – Fax (202) 576-6593</u>

## INVESTIGATIVE REPORTS

### JUVENILE WITNESS FORM

CASE NUMBER: AD22-0068

EXHIBIT NUMBER: 8

I, _____, _____*Parent*_____
　　　　　(NAME)　　　　　　　　　　(POSITION/TITLE HELD)

gave permission for, and was present during the interview of _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　(STUDENT'S NAME)

on _*Date agreed with parents*_ at _*Watkins Elementary School*_
　　\_ /\_\_ /2022,　　　　　　(LOCATION)
　　　(DATE)

by DCPS Investigator _*Ms. Stacey Carey*_ , and can attest to the accuracy of the

statement associated with this document.

_____　　　_*Jan. / 10 / 2022*_
　　　　(SIGNATURE)　　　　　　　　　　　(DATE)

09SPPLOPT93880820P



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
**Office of the General Counsel**
**Labor Management & Employee Relations**
**Investigations Division**

3535 V Street N. E. – Washington D. C. – (202) 576-6962 – Fax (202) 576-6593

## INVESTIGATIVE REPORTS

### JUVENILE WITNESS FORM

CASE NUMBER: AD22-0068

EXHIBIT NUMBER: 7

I. ▮▮▮▮▮▮▮▮▮▮, _Father_
  (NAME)                    (POSITION/TITLE HELD)

gave permission for, and was present during the interview of ▮▮▮▮▮▮▮
                                                          (STUDENT'S NAME)

on 1 /11/ 2019 2022 , at Watkins Elementary School
   (DATE)                   (LOCATION)

by DCPS Investigator _Stacey Carey_ , and can attest to the accuracy of the

statement associated with this document.

▮▮▮▮▮▮▮                     1 , 10 , 2022
(SIGNATURE)                    (DATE)

CASE #: AD 22-0068

EXHIBIT #: 16

# GOVERNMENT OF THE DISTRICT OF COLUMBIA



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS

## WARNINGS AND ASSURANCES TO EMPLOYEE REQUIRED
## TO PROVIDE INFORMATION

This is an administrative inquiry regarding allegations of misconduct or conduct that affects your capacity to carry out your official duties. Authority to conduct this interview is provided by the District of Columbia Government Comprehensive Merit Personnel Act of 1978 at D.C. Code § 1-601.01 *et. seq.*, and its accompanying regulations at 6-B DCMR § 1605.2, which requires District agencies to conduct an inquiry into any apparent misconduct or performance deficiency to ensure objective consideration of all relevant facts.

The purpose of this interview is to obtain information which will assist in the determination of whether administrative action is warranted.

You are going to be asked a number of specific questions regarding the performance of your official duties and conduct that affects your capacity to carry out your official duties.

You have a duty to reply to these questions and disciplinary action, including dismissal, may be undertaken if you refuse to answer or fail to reply fully and truthfully. In addition, according to DC Code § 1-1162.21, obstruction of this investigation may result in a civil or criminal penalty.

Neither your answers nor any information or evidence gained by reason of your answers can be used against you in any criminal proceeding, except that if you knowingly and willfully provide false statements or information in your answers, you may be criminally prosecuted for that action. The answers you furnish and any information or evidence resulting therefore may be used in the course of disciplinary proceedings which could result in disciplinary action, including dismissal.

### ACKNOWLEDGEMENT

**I have read and understand my rights and obligations as set forth above.**

_____            _____
Investigation Division                            Subject's Signature
Investigator Conducting Inquiry

                                                          1-14-22
_____            _____
Witness                                                   Date

_____            _____
Time                                                      Place

09SPPL0PT93080820P

Revised 10/22



 DISTRICT OF COLUMBIA

Via Electronic Mail (kimberlynn.jurkowski@k12.dc.gov; kjurkowski777@gmail.com)

December 17, 2021

Kimberlynn Jurkowski
317 New Road
Northfield, NJ 08225

Re:     Notice of Pending Investigation
        Library Media Specialist, Watkins ES
        Jurkowski, Kimberlynn (x5669; EMPLID: 00082524)

Dear Ms. Kimberlynn Jurkowski:

Kindly be advised that the District of Columbia Public Schools (DCPS) is beginning an investigation into allegations that you employee misconduct on or about December 17, 2021. If appropriate, DCPS will issue follow-up correspondence in the coming days placing you on administrative detail or administrative leave. You will be permitted to continue working during the pendency of the investigation unless you have received or receive additional correspondence placing you on administrative leave or detail.

Be advised that this matter is being investigated and that the results of the investigation will help to determine what, if any, future actions will be taken. In order to facilitate the investigation, you are to make yourself available to the Division of Security and/or other appropriate DCPS offices, as well as the Metropolitan Police Department, should they need to contact you. You have the right to have a union or other representative accompany you to any investigatory meeting. You are to be accessible and responsive to any and all requests and calls to you. Failure to adhere to the specifications detailed in this letter may result in disciplinary action up to and including termination.

If you have any questions or concerns, please contact LMER at (202) 442-5373.

Sincerely,

Jade L. Fuller
Deputy Chief, Labor Management & Employee Relations

cc:     Mscott Berkowitz, Principal, Watkins ES
        Shawn Stover, Instructional Superintendent
        Scott Barash, General Counsel
        Matthew Thompson, Specialist, LMER
        Jacque Pogue-Lyons, President, Washington Teachers Union
        Terrence Ngwa, Executive Director, Washington Teachers Union



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS

Via Electronic Mail (kimberlynn.jurkowski@k12.dc.gov; kjurkowski777@gmail.com)

December 17, 2021

Kimberlynn Jurkowski
317 New Road
Northfield, NJ 08225

Re:    Administrative Leave
       Library Media Specialist, Watkins ES
       Jurkowski, Kimberlynn (x5669; EMPLID: 00082524)

Dear Ms. Jurkowski:

Kindly be advised that you are being placed on paid administrative leave effective immediately. This action is warranted pending an investigation into employee misconduct on or about December 17, 2021. Following your receipt of this letter, you are not to report to Watkins ES or be on District of Columbia Public Schools (DCPS) property, unless cleared in advance by Labor Management & Employee Relations (LMER).

Kindly further be advised that this matter is being investigated and that the results of the investigation will help to determine what, if any, future actions will be taken. In order to facilitate the investigation, you are to make yourself available to the Division of Security and/or other appropriate DCPS offices, as well as the Metropolitan Police Department, should they need to contact you. You have the right to have a union or other representative accompany you to any investigatory meeting. You are to be accessible and responsive to any and all requests and calls to you. Failure to adhere to the specifications detailed in this letter may result in disciplinary action up to and including termination.

If you have any questions or concerns, please contact LMER at (202) 442-5373.

Sincerely,

Jade L. Fuller
Deputy Chief, Labor Management & Employee Relations

cc:    Mscott Berkowitz, Principal, Watkins ES
       Shawn Stover, Instructional Superintendent
       Scott Barash, General Counsel
       Matthew Thompson, Specialist, LMER
       Tisa McGhee, Payroll
       Jacque Pogue-Lyons, President, Washington Teachers Union        U9SFrLOP1Y3880820P
       Terrence Ngwa, Executive Director, Washington Teachers Union
       Kim Jackson, Chief, Elementary Schools
       LMER, Investigations Division
       Office of School Security



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS

## Labor Management & Employee Relations

## Acknowledgement of Receipt Form

## Hand Delivery Confidential

**School/Office:**

**Deliver to:**

**Signature of Administrator**
**acknowledging receipt:** _____

**Date:** 12 / 19 / 21

**Employee Signature**
**acknowledging receipt:** _____

**Date:** 12 , / 9 , 21

If the employee does not accept notification.

**Witness signature**
**acknowledging employee refusal:** _____

**Witness name:** _____



 DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of the General Counsel
Labor Management & Employee Relations
Investigations Division
3535 V Street N. E. – Washington D. C. – (202) 576-6962 – Fax (202) 576-6593

## Statement

| Location | Date | Time | File Number |
|---|---|---|---|
| **Watkins ES** | 1/24/22 | 4:15pm | AD22-0068 |
| **Last Name, First, Middle** | | **Social Security Number** (last four digits only) | **Date of Birth** |
| **Jurkowski, Kimberlynn** | | | |

**Organization or Address**
**Watkins ES, 420 12th Street, SE, Washington, DC 20003**

**STATEMENT**
 Background details:  Statement case (AD22-0068)  Jurkowski LMER investigator Stacey Carey January 19, 2022

How did we get here? History with Principal Berkowitz and his Administrative team events timeline Watkins Library and Watkins 2020-Present

According to John J. Mearsheimer, in "Why Leaders Lie: The Truth about Lying in International Politics (New York: Oxford University Press, 2011), iSBN-13:978-0199758739, 142pp.

Spin involves downplaying or ignoring certain facts that would create a negative perception, and emphasizing those that create a positive perception. The emphasis is on making the individual or organization look as good as possible by focusing attention on the positives. According to Mearsheimer "The thin line between spin and sin lies somewhere between the creation of a true impression and a false impression, resulting from which decisions or facts are included, which facts are omitted, and how the facts are structured." In other words, when the facts are correct and good, however, if the facts are untrue,  people in the organization know the facts they presented to be untrue, and presented as facts is false or misleading, then the organization is lying. According to Mearsheimer: "The only protection someone has against deception, lies or spin is asking questions."

I believe Principal Berkowitz has fabricated claims and spins untrue facts to create a negative perception of me (Kimberlynn Jurkowski, Library Media Specialist at Watkins). This investigation is based on a second allegation and I am the subject. I am concerned about the damage that has occurred based on Principal Berkowski's fabrication of claims against me and his lack of integrity as a leader. I am sharing a timeline with some of the concerns I have as follows:.  Kj page 1 of 28

U 9 S P P L O P T 9 3 8 8 0 8 2 0 P

On December 17, 2021, Principal Berkowitz emailed to all staff email 5:53pm claims about an incident in the Watkins Library which included a description of trauma to Ms. Moxley's students, a team of support to manage the traumatized students, support for staff, and that the staff member who led the lesson was put on Administrative Leave pending an investigation. Principal Berkowitz's 5:53pm 12/17/21 email was the first time I heard and realized there was a problem in the Watkins Library and I was placed on Administrative Leave pending an investigation.  None of the claims in Principal Berkowitz claimed in his all staff email are true about the Moxley class Library lesson on 12/17/21. I never noticed any trauma or sadness in Ms. Moxley students during Library class nor even when the lesson ended and students were in line as Ms. Moxley arrived and they exited the Library at 10:20am on 12/17/21. I also did not notice any trauma when I visited Ms. Moxley's classroom at 1 pm on 12/17/21 to deliver a book ticket for her student███████████. I continued my teaching when Ms. Sullivan arrived with her class 4th graders at 10:25am, they exited at 11:15am, I enjoyed my lunch 11:15am-11:50am, I arrived for my 2nd grade recess/lunch duty for Ms. McPhil in her classroom on the first floor. I returned to the Library on the second floor at 12:55pm, processed books and  just after 1pm, I went to Ms. Moxley's room to deliver a book ticket to ███████████ because he was missing 3 books and the limit is 2 books before you may check out more books. Ms. Moxley, accepted the yellow ticket, smiled and said thank you. I said you are welcome and I went into the staff restroom which is several feet away from Ms. Moxley's classroom.  I continued my work day and returned to the Library, I set up for Ms. Amuzie's 1st graders who arrived with Mr. Davis at 1:25pm and Mr. Davis picked up Ms. Amuzie's students at 2:10pm. Ms. Sheppard arrived at 2:20pm with her 2nd graders and she picked them up at 3:10pm.  I exited the Library to the hall, completed my hall duty, returned to the Library, cleared items and set the room up for next time.  I packed my things and exited the Library for home, near 4pm. Again, I do not realized there is a problem at Watkins, no one has mentioned a word that would help me understand trauma has occurred in the Library and that many Watkins staff, DCPS Central Service Staff and others, worked with several students to calm and support and work all the things that Principal Berkowitz described in his 5:56pm 12/17/21 email which I did not see and read until near 7pm on 12/17/21.  It does not make sense that other Watkins teacher were allowed to bring their students to the Library (Sullivan 4th grader, McPhal 2nd grader (lunch and recess), Davis/Amuzie 1st graders, and Sheppard 2nd graders) after what Principal Berkowtiz described and explained in his email to all staff, the many details to manage trauma in Ms. Moxley's students and the traumatic experience they had in the Library? How did we get here is a good question. I think the following may help people understand that many negative things were in the background and the Library's debate and question development lesson was an opportunity to twist the facts and manufacture something that looked and smelled like a hate/bias event that needed to be reported, managed, and communicated as an all hands on deck solution for Watkins. As I continue to reflect on the negative things that occurred over several months between Principal Berkowitz, Watkins Library programs, and Ms. Jurkowski as follows:
On October 20,2021, Mark Boisvert, Assistant Principal and Tanisha Montgomery ( Director, Strategy and Logistics ) sent me an online invite for a Library Meeting 2:20pm-3:05pm.

Kj page 2 of 28

The goal of the meeting was to discuss the in-person Watkins Scholastic book fair and Watkins in-person Library clubs. The meeting bagan at 2:20pm and it included Mr. Boisvert, Ms. Montgomery, and Kimberlynn Jurkowski. We discussed details about Scholastic Book Fair and Library Clubs, near the end of the meeting, Mr. Boisvert informed me that we were in a discipline meeting and I had been given many opportunities to return DCPS school property and failed to return the 6 iPads and as a result he was given me a written discipline warning which would be emailed just after the online meeting ended. Ms. Jurkowski asked why WTU had not been invited to the meeting? Mr. Boisvert said he would include Mr. Elmusa on the email for the warning but he would not send the warning to WTU. Mr. Boisvert also said he would offer 3 options for meeting with the building representative and WTU which would be included in the email. In this meeting I was denied my rights to have WTU representation. On September 22, 2021 several Watkins' teachers demanded Ms. Jurkowski give them the iPads. Ms. Kathryn Kayne (Reading Support Specialist at Watkins ES, came to the Library, requested the Ipads in a strong demanding voice (" I need the iPads, where are they, I can help you find them!" ) and offered to help Ms. Jurkowski find the iPads. Ms. Montgomery came to the Watkins Library minutes after Ms. Kayne, also Montgomery " asking for the iPads and asking for the location of the iPads". I stated "that I did not know where the Library Makerspace iPads were and would look for them" Montgomery exited the Library. I went to the first floor to deliver books and other Watkins teachers asked me "Do you have our iPads" (Tatiana Sheppard) .

On September 29, 2021, Tanisha Montgomery came to the Library to inform ( "Ms. Jurkowski I need to talk to you about a positive Covid case from Mr. O'neal's class, a student that was in your WIN class" ) Ms. Jurkowski there was a positive Covid case in Mr. ( "O'neal's class" ). Montgomery had several questions ("Where were the students sitting?", "Did you work with students for 15 minutes or more?", "Did you keep the students 3 feet or more apart?", "Which students were close

contacts with the positive student?", "Do you have any symptoms and how much time did you spend with the positive student?"). I asked Ms. Montgomery "Who was the ONeal positive student?" Ms. Montgomery said "You know I can not tell you the name of the positive student from O'Neal's class." Ms. Jurkowski questioned ( " What is the name of the positive O'neil student.", "When did you learn about the positive case." "How will I answer your questions, Ms. Montgomery without the answer to the questions that you refuse to answer.? ) Ms. Montgomery exited the Library. Ms. Jurkowski went to O'Neals' room, and asked questions("What is the name of the positive student?"). Oneal informed me that the Administration had to answer the question. I thanked Mr. Oneal and went to Mr. Nagbe's room, asked the same question about the positive O'Neal case. Nagbe (Music) had the same students. And Mr. Nagbe stated the name of the positive Oneal student. I thanked him and went back to the Library. Other teachers expressed their concern about the Administration not giving information to all teachers fairly. On September 29, 2021 evening Mr. Berkowitz called Ms. Jurkowski and connected Ms. Montgomery into the call. Ms. Jurkowski asked him for the name of the positive Oneil case, and he did state the name.

Kj page 3 of 28

D9SPPLOPT93880820P

Principal Berkowitz requested Ms. Jurkowski state if she had been vaccinated, and Ms. Jurkowski did not answer the question. Ms. Jurkowski informed Principal Berkowski and Ms. Montgomery that she would make a call and get back to him. At 7:45pm that evening , Ms. Jurkowski sent email 9/30/21 to Principal ( MScott Berkowitz ) informing him, she was a close contact and that Principal Berkowitz confirmed the name of the student by phone to Jurkowski. Jurkowski would quarantine and visit her doctor based on in-school close contact and symptoms and positive case at Watkins in Library.

On 10/4/2 Principal Berkowitz, Ms. Montgomery, Contractor DCPS Covid tracer, I talked (by Berkowitz phone 9:00am by phone from Watkins Library. I was cleared to return to work at Watkins based on clearance to return to work from the Contract Tracer, Mr. McDaniel and Jurkowski's doctor note clearance. Principal Berkowitz decided I (Ms. Jurkowski) took the wrong test and had returned several days too early to school and I needed to return home. According to Principal Berkowitz,I (Ms. Jurkowski) took the wrong test, but Mr. McDaniels conferred with other people in his office and noted the test was allowed because Jurkowski was under doctor's care and she should be allowed to return to work. Principal Berkowitz argued that "Ms. Jurkowski was two or three days early and needed to go home." Mr. McDaniel said "Jurkowski could return the next day (Tuesday ( 10/05/21 )." I ( Ms. Jurkowski) sent an email to Mr. Emmanuel McDaniel (Contract Tracer for DCPS) to request details and confirmation of phone conversation with return to work as discussed with Principal Berkowitz, Ms. Montgomery, and I (Ms. Jurkowski) in Watkins Library at 9am on 10/4/21. Upon Berkowitz 'suggestion to McDaniel, Jurkowski would only receive official directions already sent by Mr. Berkowitz and Mcdaniel agreed. The official directions did not contain many details ( the details about being allowed to use the rapid test if under a doctor's care and teachers are allowed to return not on days calculated by the Principal and teachers are allowed to receive confirmation based on details that are not part of a standard letter from the Principal. ) from the phone conversation and that is what Ms. Jurkowski was requesting Mr. Mcdaniel email not just the standard letter that Principal Berkowitz sent to all as a general document. Ms. Jurkowski was also trying to receive the details that were explained during the phone conversation in writing in case she arrived at work on Tuesday and an issue came up which would not allow her to return to school (example I sent my doctor's note by email sent to (Berkowitz, McDaniel,and it appeared I could return to work based on a conversation with McDaniel 10/2/21 and a email from Principal Berkowitz I was clear and would be allowed in school that Monday, 10/4/21 but upon arrival Boisvert set up a substitute for Library and Berkowitz and Montgomery were in the Library telling convincing McDaniel he made an error and not to allow Jurkowski to remain in school but send her home). I tried to make sure that did not happen again by requesting the summary note based on the telephone conversation and not the general letter from Principal Berkowitz.

On September 28, 2021, Dr. Kevin Washburn emailed Watkins Admin copying (Tanisha Montgomery, Director, Strategy and Logistics ) requested an update for the DCPS Library issued laptop for Jurkowski, which was delivered on September 9, 2021 to Watkins Admin, but not delivered to Jurkowski. On September 28, 2021 Montgomery confirmed the laptop was at Watkins ES and would be given to Jurkowski on October 1, 2021. Jurkowski received the laptop about two weeks later (October 8, 2021).

kj page 4 of 28

On March 8, 2021, Ms. Susan Bloom (Peabody Librarian housed at Watkins ES due to flood at Peabody ES) began a series of emails ( summary of emails include not including Ms. Jurkowski in conversations which impact her class schedule, plans for use of Library regardless of Jurkowski class schedule, E15 allowed to change Jurkowski's schedule, ) regarding a Pre-K author visit and several emails between Susan Bloom, Jill Stewart, Principal MScott Berkowitz, and Mr. Mark Boisvert began. The result was a verbal warning to stop the conversation (Stewart, Jurkowski, and Bloom) and end the email about issues on E15 being allowed to change other E15 schedules and room use. Principal Berkowitz said silence or be Impacted in an in-person meeting in the science lab at Watkins on May 21, 2021 (2021).

This image includes a copy of the conversation at Watkins Science Lab on May 21, 2021 with Principal Berkowitz, VP Boisvert, Kimberlynn Jurkowski,LMS, Jill Stewart, Watkins 1st leader, and Susan Bloom, LMS Peabody.

Preview attachment New Recording 114.m4aNew Recording 114.m4aShared in Drive

On May 27, 2021, Ms. Susan Bloom (Peabody Librarian housed at Watkins due to flood at Peabody) sent an email to Scholastic Book Fair Consultant (Ms. Kayte Pellerito,), Jurkowski was not included on the emails, Jurkowski received no cc from Watkins Administration on the Watkins' Scholastic Book Fair and Jurkowski was locked out of the management of the Watkins book fair. Ms. Pellerito was concerned and confused that Jurkowski's name was not included on Watkins' Scholastic Book Fair emails, so she emailed Ms. Jurkowski to find out what was going on at Watkins? After the Peabody/Watkins book fair ended with Bloom and Boisvert handling the funds. On September 29, 2021 Scholastic made a final request for the cash payment of $666.02 before the Watkins October 2021 fair could be delivered. Scholastic requested reason for non-payment for several months to note the Watkins account. VP Boisvert, claimed Scholastic was paid on 9/29/21. I have had a very respectful and good relationship with Scholastic. I always paid the balance within a week of closing the book fair. Now Scholastic is short and more demanding in what is accepted and as they wrote to inform me that the October 29, 2021 book fair would not be delivered until the payment has been received.d. The long term effect of not paying the balance on time, will show in future treatment of Scholastic. In the past, I have been in schools that did not pay Scholastic and they could not even get a box fair and certainly not a full fair. This is sad and the students and community will feel the effect of not being allowed to have a full fair which is very nice to have. I have noticed with this current fair, even the Capitol Hill Cluster PTA has not worked hard to promote Watkins Book air this time. Mr. Boisvert and Principal Berkowitz have not added the nice Watkins photos of students creating illustrations and drawings for the book fair promotions is an unfair thing to do. I have emails from Watkins parents complaining that the Capitol Hill Cluster is not working to promote Watkins' book fair. I now see the difference between an Administration and PTA that supports Library programs and the new Administration and PTA that does not support the Library programs. The difference is truly amazing .

On June 16 2021, Principal Berkowitz arranged to pay for food, juice, and snacks from Domino's Pizza for BBB celebration 11:00am-12pm and Battle of the Books Debate celebration at 12:15- 1:00pm. Principal Berkowitz would be reimbursed from DCPS funds.  Principal Bekowitz was not spending his own money but rather school funds.  Domino's delivered the BBB order,

kj page 5 of 28

_9SFPLOPT93880820P

but did not deliver the Battle of the Books Debate order and the manager of Domino's said "Mr. Berkowitz refused to give his credit card for the order, we would have delivered the order fast, but he refused" This was unfair treatment for me, students, and parents ( trust and promise to celebrate our students' success is broken when we refuse to do our part. Watkins students join BOB each year and expect to celebrate in style when the battle is done. It is also unfair to see the confused faces and unspoken words of disappointment that I could see and hear from my BOBDT Battle of the Books Debate Team) families. "I (Kimberlynn Jurkowski) established Watkins' BOB in 2018 when I arrived at Watkins and the 4th and 5th grade students won 1st place district wide in DCPS 2018! We have celebrated in style each year, except this year 2021. The purpose of the National Battle of the Books is a voluntary reading incentive program for students in grades 3-12. The purpose is simply to encourage students to read good books and have fun while competing with peers. BOBDT has not experienced this type of unfair treatment before. 2018-2020, the previous Watkins Administration and the previous Capitol Hill Cluster PTA were amazing and generous. 2018-2020, Principal Bell, VP Ashley Croft, and Capitol Hill Cluster PTA  loved and supported Watkins Library and the Library Programs (BOB, Makerspace, no specialist rotation for the library lessons, Daily library and classroom teacher collaboration/support for DCPS Cornerstones and Unit topics 1st-5th for every classroom. Watkins was very lucky for that moment in time. Unfortunately some things are going wrong for Watkins Library and Library

Programs under Principal Berkowitz Administration. Principal Berkowitz put in an order for Domino's Pizza 900 M St, SE, DC to deliver food which was never delivered to Watkins for the Battle of the Books/Debate Team Celebration June 16, 2021 at 12:30pm, but the order for Principal Berkowitz Books and Belonging Celebration and Domino's Pizza food was delivered on June 16, 2021 at 11:00am. How sad and confused I felt when the people at Domino's later explained that Principal Berkowitz refused to pay for the second order (BOBDT) Battle of the Book Debate Team food for their celebration on June 16, 2021 scheduled at 12:15pm-1pm.

Kj page 6 of 28

**Response to Investigator Carey's questions based on the interview (DCPS Teams) of Kimberlynn Jurkowski on Wednesday, January 19, 2022 at 12pm-**

What were Moxley students working and why did the assignment change from Powerpoint? Students voted for a Debate lesson as a result of no confirmation date on Library Student Presentation for Parents 6pm visit 12/21/21.

Debate Discussion: Why and What Questions to Debate: December 17, 2021 9:35am-10:20am ( Moxley Class 3rd grade Tuesday, Thursday, and Friday) 20 students in class, there are two cameras in the library on the upper back wall (one left and one right).

**Professional Background Kimberlynn Jurkowski, Library Media Specialist (LMS):**

Kimberlynn Jurkowski: background, teaching, and learning: I have been an educator for over 25 years. My students range from 3 years old to 40 years old. Most of my teaching career has been with elementary students. My favorite part of being a Librarian is to support the learner in developing critical thinking skills and tools for reading/learning (print books, digital tools, primary interviews, and project based learning). It is a shining moment when students learn and apply the evidence to their topic research paper, Power Point, book reviews, summary notes, book quotes, poem, song, display boards, illustrations, discussion, and other ways of showing what they have learned and what they are interested in sharing with others. "It is not the topic, it is the resources to support your topic and point of view." Also, another shining moment in teaching is when you know the student is deep in learning and willing to do extra work to find answers, write papers, willing to share their work, and helping others learn about ideas, resources, and encouragement to enjoy being a lifelong learner. I began my teaching career in 1996-1998 at City Colleges of Chicago, Illinois for two years with a short time at Oakton Community College in Des Plaines, Illinois where I was effective and enjoyed working with young adults and older students, I arrived in Atlantic City Public Schools in Atlantic City, New Jersey, 2005-2013 which was my first experience with public elementary schools K-8th grade, and no real resources for the library. I learned to build a collection and library programs in Atlantic City, New Jersey with an amazing Principal Sylvia Stewart? I learned it is not the resources, it is engaging and inspiring life long learners as you work with parents, teachers, and community! I arrived in DCPS 2014-2016 at Simon Elementary, SE DC where 2 years of Impact scores recorded as developing to highly effective, 2016-2018 at M.L. King, SE DC where 2 years of Impact scores recorded as effective to highly effective, and 2018-present, SE DC where 4 years of Impact scores recorded as highly effective provides evidence that I am a proper teacher who can teach with very few resources and many resources, I can teach the low low income to the high income student with success. I can build the book and resource collections, collaborate with the community, and I love being an Educator and Librarian!

Kj page 7 of 28

09SPPLOPT93880820P

**Watkins Library lesson December 17, 2021 Moxley Class 3rd grade: Developing Debate Questions and learning the importance of background information**

**Goal:** Listening & Speaking about Questions that people can debate the Why and What if (topics for debate) based on 3rd grade Cornerstones: Overcoming Adversity unit 2 and People, Laws, and Democracy Unit 1

Accountable talk: Accountable talk raises the level of academic discourse among students and requires that students ask for and furnish evidence to support their statements. 1. Students will learn that When participating in a discussion, your goal is often to persuade others of your ideas. To do this, they need evidence to support the statement. Evidence can be straight from the text, as well as quoting other people accountable talk, students ask one another about their thinking and build on the responses of others. They cite evidence, ask for elaborations and clarifications and extend understanding by using the statements they have heard from their classmates to form new ideas. 2. Challenge students to be active listeners and ask follow-up questions to gain a better understanding of what their peers think. 3. It may be helpful to facilitate this discussion and to create guidelines for respectfully taking turns speaking.

**Objective:** Select a topic to debate, set up teams, and discuss topic

**Title:** Debate skills (Listening, Speaking, and Accountable talk)

**Resources:** 2 teams (affirmative and negative), questions, and routine

**Introduction:** Students will select a topic to discuss, they will separate into teams, identify issues and work to answer the questions at issue.

Vocabulary:

**Informational Text (Reading Levels for 3rd grade RI 3:1)**

RI.3.1: Ask and answer questions to demonstrate understanding of a text, referring explicitly to the text as the basis for the answers.

RI.3.2: Determine the main idea of a text, recount the key details, and explain how they support the main idea.

RI.3.4: Determine the meaning of general academic and domain-specific words and phrases in a text relevant to a grade 3 topic or subject area.

**Content Vocabulary** emotion, motivation, narrative, trait, voice

Academic Vocabulary (from standards) figurative language, recount, retell, central message, moral, lesson, key detail, action, event, sequence, and story.

**Activity:Practice:**

**Listening, Speaking, and Accountable talk routines:**

**Whip Around:** Each student gives a quick response, - group engagement

Why: explicitly turn taking, validate multiple responses, and practice concise responses

**Merry-Go-Round:** Each student shares a response with his/her team: When: responding to literature, expression, and ideas.

**Team-Pair-Solo:** Students respond as a group: Students recap/ go more in depth with a partner Students respond alone When: brainstorming, and reviewing content.

Why: scaffolding learning, encouraging students to handle difficult prompts

**Three-Step Interview**(Discussion) Students interview their partners: Partners reverse roles Student's share their findings with their team:

kj page 8 of 28

When: Analyzing characters, literary discussion

Why: allows a student to create and answer questions, and use creativity

My Turn, Your Turn (Behavioral) Explicitly indicate when "jumping in" is inappropriate

Explicitly deference, such as when two students speak at the same time one can say,

"you go ahead." When: direct instruction, presentations, and when there are guests

Why: explicit turn-taking, practice with natural discussion flow?

**Debate questions: students selected 3 debate questions and discussed ideas for the three debate questions (9:35am- 10:20am 12/17/21):**

Why should students be allowed to return to the classroom for personal items during a fire drill?

Why do students with more energy need a different style of learning?

Why did some people do their job and how did they feel about the work during WWII?

**In brief summary my Watkins' Library schedule on Friday 12/17/21 7:30am-3:30pm:** Students (in class 12/17/21) learned that Principal Berkowitz was not available for the Student Library Presentation event set for 6pm on Monday 12/20/21 1st-2nd grade and 6pm on Tuesday 12/21/21 set for 3rd-5th grade parents and students in Watkins' Library. We would wait for Principal Berkowitz to confirm a date for the event after winter break. I met with the Watkins Battle of the Books debate team (BOBDT) at 7:30am-8:10am, 5th grade students arrived for book selection and checked out books from 8:10am-8:45am, and I picked up Mr. Evans 5th grade students for Library class 8:45am-10:15am. Ms. Moxley arrived (9:35am-10:20am) and it was time to go. Class ended, and they all exited the library. The next library class arrived at 10:25am-11:10am (4th grade Sullivan) Students learned that Principal Berkowitz was not available for the Student Library Presentation event set for 12/20/21 1st-2nd grade and 12/21/21 set for 3rd-5th grade. We would wait for Principal Berkowitz to confirm a date for the event after winter break. students worked on their Power Point presentation, read books, created illustration drawings, worked on news paper samples, and selected books for checkout. 11:10am-11:50am is my lunch break, 11:55am-12:15pm is recess duty (Mcphail 2nd grade), 12:15pm-12:45pm is lunch duty (Mcphail 2nd grade), and I return to the library to set the room up for the afternoon class, process books, and return books to the shelf. 1:25pm-2:10pm the next class arrives (Ms. Amuzie 1st grade), students worked on their Then and Now Cornerstone and selected books, and the last class of the day at 2:20pm-3:05pm (Ms. Sheppard), they worked on their Then and Now Cornerstone is a focus produced a writing sample about their project, and selected books to read and for check out. After Ms. In Sheppard's class, I report to the end of the day duty at the exit near the library, and I return to the library, gather my bags and exit Watkins for home by 4pm.

**When did you (Ms. Jurkowski) learn that there was a library incident with Ms. Moxley class?**

While at home on 12/17/21 near 6:30pm, I read an all staff email notice sent by Principal Berkowitz (5:53pm on 12/17/21). The email contents were a spinning of lies, shocking deception, bold face lies, concealing of truth, painful, hurtful, destructive,traumatic, filled with lies from Watkins' leader Principal Berkowitz. This is the saddest, insulting, dishonest, email that I have ever received and the worst thing of all, Watkins's leader never came to ask me one word to verify any problem.

Kj page 9 of 28

09SPPLOPT93880820P

I am not clear where the trauma to students occurred and was discovered. No trauma, no mention of Holocaust, no killing each other or any traumatic ideas came from the Watkins Library lesson or me (Ms. Kimberlynn Jurkowski, LMS) ever. Principal Berkowitz's email alleges there was a Holocaust re-enactment lesson in the Library on 12/17/21 during Ms. Moxley's class. There was never a Holocaust re-enactment, there was never any lesson plan for a Holocaust re-enactment, and Ms. Moxley's students never received directions to do a Holocaust re-enactment in library class nor any class I have taught at Watkins or any school in my career of over 25 years! In my DCPS email sent by Principal Berkowitz that there was a 3rd grade incident in the library on Friday, 12/17/21 (Moxley class) and several students were traumatized, mental health support staff managed the traumatized students and the staff member who caused the problem has been put on administrative leave pending an investigation. I did not hear about this incident at school on Friday, 12/17/21, no one came to the library with questions or information about a Holocaust incident. I did not see or hear about any of Ms. Moxley's students complaning about sadness or a Holocaust re-enactment. I did not hear from teacher Moxley that there was any complaint or incident in the library nor did I hear from anyone at Watkins that there was an incident in the library during Ms. Moxley's class time. Therefore there was no trauma, no Holocaust re-enactment, and no lesson about the Holocaust. In Principal Berkowitz's all staff email he claimed "Today we received a report that students in Ms. Moxley's 3rd grade class were asked to re-enact the Holocaust as part of their library time." The events claimed in Principal Berkowitz's all staff email on Friday, December 17, 2021 at 5:53 pm did not occur in the Library. There was no Holocaust re-enactment in the Library on December 17, 2021. The events claimed in Principal Berkowitz's email as "students in Ms. Moxley's 3 rd grade class were asked to re-enact the Holocaust as part of their library time are not true." Principal Berkowitz claims the report included claims that students were asked to portray participants from the Holocaust like Adolf Hitler, digging ditches to serve as mass graves, and simulated shootings." No such request occurred and no such actions occurred in the Library. These events did not happen in the Library. Principal Berkowitz's all staff email communications 12/17/21 5:53pm is based on false assumptions.

**The following is an accurate account of what happened in Moxley class for Library on Friday, December 17, 2021 9:35am-10:20am.**

**Note:** (some student questions & response, and just listen & learning during Moxley's 3rd grade library class) 12/17/21:

### Responding to Investigator Carey's interview questions 12/19/21 12pm-

**When does Moxley class come to the Watkins Library? Three times each week:** Tuesday, Thursday, and Friday 9:35am-10:20am

**What is BOBDT (Battle of the Books Debate Team) and support documents urban debate league and Stuart Hobson Middle School?**

Kj page 10 of 28

When I arrived at Watkins ES in 2018 we began the DCPS elementary debate team and won 1st place district wide which was amazing! America's Battle of the Books is a national reading incentive program for 3rd thru 12th graders. Students read books and come together to show off their knowledge about the books in friendly competitions. https://www.battleofthebooks.org

DCPS BOB only allows elementary 4th & 5th graders, Middle School, and High School. Watkins switched to the Washington Urban Debate League and collaborated with Stuart Hobson which is our feeder school in 2020 and we did well and they allowed 3rd-5th grade to participate. Washington Urban Debate League and Watkins' feeder middle school Stuart Hobson collaborate with DCPS elementary schools to support and teach debate skills to students. Watkins participated 2020 in the Washington Urban League debate pilot for elementary, which is the first time elementary schools were allowed to participate and the first time 3rd grade were allowed to join with 4th and 5th graders in the competition. Watkins did very well on Saturday, May 22, 2021 WUDL Tournament.. See WUDL: link provided

https://www.urbandebatewashingtondc.org

**What books are for BOBDT and details about the book and debate process?**

Each year with WUDL (Washington Urban Debate league) there is a theme for debate and this year the theme is about protecting the U.S. water resources. There are several books we will read, but we have begun with "A Long Walk to Water" by Linda Sue Park, and we meet weekly on Friday, 7:30am-8:10am in the Library. Students are expected to write chapter summary, join the discussion, identify questions for the author of the book, check facts and do research about the area of focus which the author is concerned about and make connections to U.S. current news, history, and any relevant details that help us understand issues and solutions for water. Weather by Scholastic, True Book: Understanding Climate Change: Animals in Danger, Extreme Weather and Rising Seas, Facing a Warming World, and the Greenhouse Effect.

**What are the Library programs, clubs, times, and what they do?**

Watkins Library Clubs meet 7:30am-8:10am M (Pokemon/Dinosaurs)students read, calculate energy/math, collaborate strategy, build game boards, and support friends in learning.

T (Rocks & Minerals)students read & learn about earth rocks, maps, examine rocks samples, draw, discuss types of rocks and care of rocks.

W(Genealogy)students learn to create a family tree, interview family, research databases, write details, read and compile evidence, social science, people history, draw, and discuss.

R (Comics) students will learn drawing techniques, power of color, line, images, texture, words, page layout, and character development, research, write, and discuss.

Kj page 11 of 28

⊍9SPPLOPT93880820P

and F(Battle of the Books Debate Team only 3rd-5th)students learn debate skills, read, write, discuss, collaborate, and practice debate skills.

**How did Dec. 17, 2021 assignment happen and why did it change from Powerpoint?**

Option to discuss debate question development or work on presentation:

Class began with listening to me explain the status of the Library student presentation announcement and update. I told students "Principal Berkowitz is not available for either of the dates set for the Library student presentation Monday, 12/20/21 for 1st and 2nd grade nor is he available for theTuesday 12/21/21 for 3rd-5th grade." I informed the students that "It would be after the holiday break when Principal Berkowitz would confirm the dates and times for the Library student presentation." I told students "They could continue working on their Power Point presentation, work on illustration for the presentation, or select and read a book." ███████ raised her hand and asked "May we work on debate today, since 3 weeks ago they were not allowed to practice debate, because we were working on the Library student presentation for parents to see?" Students raised their hands "they asked to vote for the debate discussion, and several Moxley students (████, ██████ ██████, ████ and█████ reminded me of my promise (Dec. 3, 2021) that we would work on debate since the 3rd graders are now allowed to participate in the Watkins Battle of the Book debate team." I explained to students that "Debate questions are a part of the debate process. When we learn and use listening and speaking skills to communicate items such as: Why is it a great question and the What if questions may give us examples of what is possible next time." I asked students "May you give a few examples of questions that we could debate." ██████████ raised a hand and the conversation began as follows:

Moxley Student: ██████████ raised her hand and explained: "Fire safety is important, but students should be allowed to get their coat for a fire drill when it is cold outside, since the fire drill is fake." ██████ felt a good debate question would be that students should not be allowed to go outside without their coat and should be allowed to return to the classroom during a fire drill. ███████ also stated "Some of the learning tools could include ideas about fire safety. I explained to the class that "█████ made some good points for a debate question, however, the fire drill allows us to practice in case there is a real emergency some day." Students felt this would be a good debate question as follows:

Why should students be allowed to return to the classroom for personal items during a fire drill? After discussion, it was decided they would not return for many reasons but most of all safety. And the discussion helped students to understand why it is important to follow fire safety rules in school and at home.

Moxley Student: █████████████ raised his hand and said " He wished for a different way to learn because of his high energy and movement. He said it would be good to debate a different style of learning for kids with lots of energy and movement." "I asked students to raise their hand if they felt that it would be a good debate topic to have a class to support the learning style of high energy kids? "

kj page 12 of 28

I could see that 6 students raised their hands. I noticed that ███████ moved around, rolled on the floor, made noises and really could not sit in one place or be silent for long. I asked him to move from the solar system carpet to the hand print carpet and he continued the behavior." When student ██████████ was talking to the class about jobs during WWII (trains, ditches, showers and gas, ████████ made noises that sound like guns and water)." "When ████ and ████ were sitting on the handprint carpet, ██████ continued to make noises, and I asked him to stop." "I agreed with ██████ that different styles of learning for high energy kids would be a good debate topic." ██████ said "It would be good to read about jobs, and resources that may help us learn more about how to learn in the way that we learn, and we can also learn about how to stay safe." Students felt this would be a good debate question as follows: Why do students with more energy need a different style of learning? After discussion, it was decided that students with high levels of energy (moving around, not focused, distracting others and not sure what to do next) is a problem for all learners in the classroom and that type of student needs to have additional support (they can be allowed to stand as their work is being done, hold objects which help them focus, and move around to a different space in the classroom).

Moexley Student: ████████: explained: His father's books about WWII and Hitler were the best books and he learned many things about WWII and Hitler. ██████ said "Hitler's job caused many people to die and then Hitler committed suicide." In response to ████, I stated "Thank you ████ for sharing those details and I am not sure about things that happened during WWII and how Hitler's life ended, and I am sure your father's books are informative. I reminded students that there are many books and resources that have different ideas about what Hitler did and how Hitler's life ended." Our job is to read more books, and learn different points of view about people, jobs, and how others feel about their jobs." ██████ further described the things that Hitler's job included like trains, camps, showers with gas, ditches that people were placed into, and how people were starved before the Americans came to help." I asked the class when did the Americans enter WWII? Student ████████ said "Pearl Harbor and he said I have read all about that, the Axis included Germany, Italy, Japan, and Russia and the Allies were US, France, and Britain." "I asked the class if this would be a good debate question based on why America did not enter WWII until Pearl Harbor?" Student, ████████ said, "Yes, this would be a good debate question and I can debate as President of the US." I asked ████████ who was the president of the US at that time, ██████ gave a confused look and said that she did not know the answer." I said "Roosevelt?" ████ said, "No, I would be called President ██ in the debate?" Student: ████████ added he would be the vice president of the US." ████████ stated "I want to be the vice president of the US, and ████ said "No to ████████ s request to be the vice president." ████ said "Because ████████ would be the vice president of the US in the debate." "I said to ██████ "That was not nice of you, say sorry to ████████, and ██████ said sorry."
Students: ████ and ████ "asked to debate ████████, ████ and ████ on the question of WWII jobs, feelings of unfair jobs and jobs that caused problems." ████ said he knows the most details about Hitler and could speak about what Hitler's jobs were and how people felt at the time of WWII."
Students ████ and ████ stood down at the other end of the room as Students ████████ ████████ and ████████ began the debate.
Kj page 13 of 28

09SPPLOPT93880820P

███ explained "Hitler's job was to set up trains, camps, gas showers, and ditches where people had jobs." ███ explained that the showers were dangerous because of the gas." ███ described the trains as being made to carry the people to the ditches." Student ███ showed that people would dig ditches." I asked students how people felt about the job based on our discussion?" Student ███ said "They were forced to do the job by the boss." Student, ███ said "That was the job that people could do." Student ███ said "They did not like the job." Students, ███ , ███ and ███ were not sure how people felt about their jobs." ███ said "It would be a good idea to have more books about jobs and people's feelings about work." I ended the talk with the following: "There are some books in Watkins' library and the DCPL (public library) in the history and fiction sections, that may be useful to any subject you are interested in learning and writing about." I reminded students that they could search for eBooks to read using keywords such as: feelings, jobs, and history in Clever, Follett, and Sora." Time for class was near the end (10:16am), I said "Stop, select a book, leave it on the desk with a tag and line up."

Students were excited, happy during the discussion.
Students felt this would be a good debate questions as follows:
Why did some people do their job and how did they feel about the work during WWII? The discussion helped students to understand that some jobs are difficult and unfair, and some jobs cause problems. Reading Resources and learning other perspectives may help us understand people, jobs, and history during WWII.

I talked as students waited in line for Ms. Moxley, I said "Comments: Background needed, use resources from 900, 300, biography, and online tools/SORA/Follett/DCPL..history, geography, fire safety, learning space, engineering schools, furniture for classrooms. Debate requires us to know background, context knowledge, and explain it well or other teams will gain points, we would need to read and write notes to help answer debate questions. The development of debate questions is important (judges will decide on the questions), but to understand the process is key." Ms. Moxley arrived and they exited the library on time.

**When was first time the class talked about Holocaust in class?** They did not talk about Holocaust, there were questions about WWII.

Dec. 3: ███ asked questions about Hitler and talked about his father's Book collection, ███ explained that Hitler died by suicide, ███ was interested in sharing more things that he knew about WWII. I thanked ███ for the information. I explained to the class that many historical resources have not confirmed how Hitler died. Any student that is interested in History including WWII, they should look in our Library print sections or search on Destiny Follett under 900's, 300's, and Biography. I added that students interested in any subject should also search using keywords for eBooks on SORA and Destiny Follett, and check the DCPL for even more items.
Kj page 14 of 28

**Dec. 3, did you read a book about Hitler/Holocaust on the carpert to kids and did you do a debate about the Holocaust with kids?**

No I did not read a book about Hitler, Holocaust, nor have an debate about Hitler and the Holocaust. We worked on Powerpoint and scoring Powerpoint presentations. (See PP images in Library 12/3/21 9:35am-10:20am) (See Moxley slide presentation scoring documents for PP).

**The first image** is December 3, 2021, students presenting and scoring slide review documents.



**Dec. 3. Did you discuss the good and bad of the Holocaust and have a debate about the Holocaust?** No

**Dec. 3 Debate affirmative and negative ideas and how it works in the debate process, explain this?**

Debate is based on two teams (affirmative who agree with ideas and negative who do not agree with idea) the two teams debate the issue of idea and gain points for applying the background and details about the idea. Reality is that many people do not agree with negative ideas, but they have the skill to debate the ideas which is not a personal position, just the ability to debate the side which the judge requires you to debate.

Kj page 15 of 28

ᴜ9Տᴏᴘᴌᴏᴘᴛ93888820ᴘ

**Did Moxley's class do a debate on Holocaust and Hitler?** No

**Did you discuss Jan. 6th Capital incident and after have a debate about the incident on the Capital?** No

**Did you tell students not to tell the parents about what they learned in the library, it is a secret?** No

**Dec. 17 class is called what...Holocaust re-inactment, debate or what?** Debate:developing questions for debate is the lesson.

**Why did you change class projects on Dec. 17, explain in detail?**
Students were given the option, since there was no Library presentation for parents 6pm 12/20/21 or 12/21/21 according to Principal Berkowitz not being available and not giving a confirmation date. Also, most students did not seem to be interested in doing more work, they did work on the project for several weeks and were waiting to show their work to the parents. And, I did not mind promoting debate, it would be nice to have more 3rd grade students join our Watkins BOBTD.

**Dec. 3rd, students asked to do debate, but Powerpoint project work was needed, explain?**
We had some time before 12/20/21 6pm and 12/21/21 6pm date which Principal Berkowitz seemed to confirm, but later confirmed he was not available for either date and he did not give a date of confirmation. Students did work for several weeks and they did not need to work on Powerpoint more unless they desired to do it. I prefer to avoid overworking them and allow another activity while we wait for the Principal to give a date.

**How did you get to Tomas's questions?  Did you do all the questions in the discussion?**



Time spent (6-8 minutes) on ▓▓▓▓▓▓▓▓▓ 's question
Time spent (6-8 minutes) on ▓▓▓▓▓▓▓▓▓ s question
Time spent (6-8 minutes) on ▓▓▓▓▓▓▓▓▓ s question
Time spent (6-8 minutes) on resources tools, process, and summary

**Explain how we got to WWII jobs?**
When Student, ▓▓▓▓ said  train jobs, ditch diggers, showers engineer, and camps.  Student ▓▓▓▓ added shower  and gas, Student ▓▓▓▓ said the U.S. president did not do his job, and Students ▓▓▓▓ and ▓▓▓▓ said there was a vice president who has a job. Kj page 16 of 28

Student ██ was talking about why the U.S. president did not help at first and Student ██ said the U.S. president only helped after Pearl Harbor. The discussion was about WWII jobs.

**The debate process of developing questions to discuss, explain?**

Debate questions are important ideas that impact many people, places, and things. It should be a question that people may not all agree on and that will cause debate, such as Global Warming, Income, Education, Food quality, Covid vaccines, War, and Fairness.

**How is it that kids believe there was an re-inactment of the Holocaust?**

There must have been confusion as the conversation about the jobs began, but the focus was there to discuss jobs, as ██ said people were forced to do certain jobs, ██ said they did not have other job choice, and ██ said they were not sure. Holocaust was never mentioned, re-enactment was never mentioned, but WWII was part of the conversation. The first time I learned that Holocaust was connected to the lesson is when I read Principal Berkowitz's email 12/17/21 5:53pm. I wonder where he got the vocabulary of Holocaust from? He never talked to me, Ms. Moxley did not say a word to me, no one came to say a word to me on 12/17/21 about an incident in the library with Ms. Moxley's class.

**Did Jewish people die, did kids shoot other kids, playing parts to kill each other?**

No kids died, no kids were shooting kids. ██ made sounds and I told him to stop the noise. I did not hear students say Jewish people died.  No student spoke about killing each other.

**Did you give kids jobs or did they choose?**

Students decided what job focus they were concerned about. Students who were not saying much or engaged, I asked more questions to that student (██ and ██, who responded "I do not know why people would do the job or how they felt about the job."

**Did you notice trauma in kids, what was the energy of the students during the class and at the end of the class?**

No, I did not notice any trauma, I did not see or feel any student was traumatized and the energy of the students was good as our class normally has good energy. No one said they felt sad, no one looked sad, they lined up, looked normal, their energy was good, and they exited with Ms. Moxley.

09SPPLOPT93880820P

**When did you discover you were on Administrative leave, explain?**

As I read Principal Berkowitz's 5;53pm email to all Watkins staff 12/17/21 at about 7pm and that is when I realized something happened in the Library. Principal Berkowitz  5:53pm email on 12/17/21 claimed "Often even hearing about traumatic incidents like this can trigger unexpected reactions and repressed memories."  I did not see any thing that looked sad or out of order during the class, at the end of the class, or when I visited Ms. Moxley at 1pm on 12/17/21 to deliver the book ticket for ██████ ███████. Ms. Moxley smiled and said "Thank you", and I said "You are welcome."  Ms. Moxley did not look worried, sad, she looked normal. I walked several feet from her classroom to the teacher's rest room and returned to the Library. The image below is the all staff email 12/17/21 5:53pm from Principal Berkowitz.

**Did you tell students not to tell parents about library lessons?** No.

**Explain what you were working on Dec. 3 and Dec 17?**

December 3, 2021 we worked on Powerpoint presentations and did scoring documents. December 17, 2021 we worked on Debate: developing questions, 3 debate questions were discussed.

Kj page 18 of 28

**Explain Powerpoint assignment, questions, images, and collaboration?**

Students worked in teams & tools document 11/16/21 to decide who would be on their team, choice of topic, which resource tools were needed (citation, SORA, ebooks, print books, drawings, interviews, images, encyclopedias, data charts, maps, quotes..). Each week (T,R,F 40 minutes), they would work to create a presentation with a friend (s), or alone and students would practice slide presentation review by scoring each other's work. This is an image of Moxley students using slide presentation review sheets to score each other's work on 12/16/21 at 10am. The next four images are as follows:  2 images with Moxley student project details, team members, and quotes 11/16/21 and the



kj page 19 of 28

09SPPLOPT93880820P

This image is Moxley class 12/16/21 watching a student present a Powerpoint as they use the slide review presentation score documents.

This image is Moxley class slide review presentation score documents showing two students were given scores.

**Dec. 3rd scoring Powerpoints, discuss, and question and score each team, explain?**
Each day (Tuesday, Thursday, or Friday) a student team that was ready to show the class their Powerpoint and receive a score by looking at the students show the Powerpoint, read slides, and entertain questions about the presentation. Once they were done, students would applaud and students would use the "Slide Presentation Review form" (1 lower-5 higher point), for word/vocabulary, subject/topic, explained well or not so well, pictures, and Q & A. Presenters do not score themselves as a rule, but they could score other presentators.
This gives students a sense of things that need to be improved, things people like, things people do not

understand, and things they can show others how to do such as when slides fade or turn or spin software tools in Powerpoint.

This is an image of Moxley student presenting her project and students working on the slide review presentation document 12/16/21 at 9:35am-10:20am

**Did you discuss the pros and cons of the Holocaust on Dec. 3rd?** No.

**Did you give out jobs and positions for assignments or did kids choose?**
No, student choice, students who did not have much to say, were asked questions to check and engage them.

**Engagement Questions example:** What would you say to people who did the jobs? Important job or not, why?

**Did you say anything before class, during, or after class to kids to make them believe they should not tell their parents about the lesson?** No

**What was the energy of the class before the lesson, during the lesson, and after the lesson?** Moxley students are excited, happy, and willing to work. The energy did not change, they were normal. I did not sense any sad, anger, there were no changes in Moxley students' energy.

**What is the name of the student who did not get the book, but you gave the ticket to Ms. Moxley?** ███████

kj page 21 of 28

**What did Moxley say after you gave her the ticket and what time did you give her the ticket for**

09SPPL0PT93880820P

**student missing books?**

I arrived at Ms. Moxley's classroom about 1pm 12/17/21, gave her the yellow ticket, and she smiled and said "thank you." I said "you are welcome" and I turned, walked several feet from her door to the staff restroom.

**What is the past and current relationship with Principal Berkowitz and how did we get her, explain, describe, give examples?**

"When I arrived at Watkins in 2018, Principal Bell and the Watkin Administration were great! PTA, staff, students, no problems. The PTA gave lots of funds for the Makerspace Ipads, Robots, games,Legos. PTA helped with BOB (funds for books, party celebration, t-shirts, and mini-battle to compete for 5 4th graders and 5 5th graders to participate in DCPS district wide BOB. PTA made sure we had transportation, lunch, gifts, and things were very nice. Now, Administration has tried to lower my Impact score, closed the Makerspace room in the Library, made a mess of Library program advertising, lack support for Scholastic Book Fair, scheduled me for extra duties, file misconduct complaints against me, they do not deliver resources from the district unless others question them and they are forced to give the materials to the Library, it is real not good. I miss the previous Principal Bell & that Administration, and PTA. Principal Berkowitz works to destroy the Library and any Library programs. Watkin students are persistent and willing to show up at 7:30am-8:10am to participate in Library programs. This is so sad and I have only heard people talk about Principals who do not like the Library. Now I know, wow!"

**Why would Watkins teachers be allowed to bring their class to the Library on 12/17/21 after the traumatizing library incident at 9:35am-10:20am?**

"I am surprised no one came to talk to me with questions about the incident while I was at school the entire day."

**Who reported the trauma to Principal Berkowitz and at what time?**

"I do not know where the report came from or the details of how it was discovered." Principal his report claim in the all staff email 12/17/21 at 5:53pm, he said we received a report that students in ... According to the report claim in Principal Berkowitz's email to all staff "a hate/bias event.. "Often even hearing about traumatic incidents like this can trigger unexpected reactions and repressed memories." "Simulations of hateful acts of any kind are never appropriate."

The intent and goal of the Moxley student library lesson 12/3/21 and 12/17/21  as follows:

Watkins' BOBDT recruitment and training goal and strategy for 3rd-5th grade?

Current news, books/authors, discussion on Fridays 7:30am-8:10am, book reviews, book summary notes, questions for the author, quotes, Powerpoints, maps and background information resources, and chapter notes. The Debate process, questions, background knowledge, speaking skills, collaboration, affirmative/negative response teams, how to gain points, how to support your partner, Urban Debate League DC, Stuart Hobson middle school, writing focus, practice, have fun, build great skills. The next image is BOBDT meeting the Library 12/10/21 at 7:30am-8:10am.

**How did we get here is a question that Investigator Carey asked?**

I believe we get to places like this when Leadership (groups of people fabricate claims, spin negative stories and give poor support to other people) Principal Berkowitz fabricates claims, and spins stories that are not true.

For example: 11/16/21 at 1:02pm eating my lunch and looking out of the window at Watkins' Library "I watched from the Library window as Principal Berkowitz (I have noticed police are often called to Watkins to remove students of color during October and November 2021, staff are silent, but not happy about this removal of students of color) DC police, Watkins' parent and Watkins' students of color are encouraged to leave school property, Finally, one student did get into the police car and the other student got into the black care with the parent as Principal Berkowitz closed their car door, they left, the police car left school property and Principal Berkowitz stood in front of Watkins watching them leave.

kj page 23 of 28

This is an image of a DC police officer, parent, student, and Principal Berkowitz in front of

09SPPLOPT93880820P

Watkins.

This is an image of Principal Berkowitz closing the door of the parent's car.

Just seeing this from the Library window, and walking down the halls (1st-4th floor), feels sad, staff talk in groups about the police and removal of Watkins' students of color, but it continues.

**How did we get here another example?:** June 2021,According to Mr. Nagbe, Watkins' Music teacher, Principal Berkowitz tells the Music teacher to get back in the field (Mr. Nagbe volunteer to help Principal Berkowitz with an outdoor event June 2021 after 5pm in the Watkins field, which is in the back of the school, after over an hour of the activity, Nagbe was tired and asked to leave and go home. According to Nagbe he was told by Berkowtiz to "Get back in the field" several time, kj page 24 of 28
as VP Boisvert watched and said nothing, Nagbe asked VP Boisvert did he hear what

Principal Berkowitz was saying to him, VP Boisvert did not respond and Nagbe just walked away off the field, frustrated.

Watkins' parent Ms. ▇▇▇▇▇ complained to me that DPR participants (most students of color receiving free after care) were told to only use the back door to pick up their children from after care and the other parents who pay for after care (most students of non-color pay for after care) could use the front door to pick up their children from Watkins' after care program. According to Ms. ▇▇▇▇ this did not happen when Ms. Bell was Watkins' Principal. This is an image of email from Ms. ▇▇▇▇ 5th grade parent about after care backdoor.

How did we get here: Another example: 12/17/22 as part of Principal Berkowitz's all staff email at 5:53pm and because Principal Berkowitz never came to me (Ms. Kimberlynn Jurkowski, Watkins' Librarian and Media Specialist) to see or ask about the lesson and activities, but he made a claim, to explain and describe the claims of his all staff email as he did on 12/17/22 at 5:53pm. That is how we have arrived at this investigation and the allegations. I never did a Holocaust re-enactment, I never told students not to tell their parents what they were learning in Library, and I never forced students to harm each other in my 25 year career as an Educator.

I received a Notice of Completed Investigation Report #22-0033 from Director Jade Fuller on 1/21/2022, clearing me. I have reason to believe that Principal Berkowitz fabricates his claims that I am stealing Ipads, Re-enacting Holocaust, and encouraging students do harm. This is a waste of resources, time, energy, and it needs to stop immediately.   Kj page 25 of 28

09SPPLOPT93880820P

Thank you for taking the time to investigate. I know that this information I have provided helps DCPS to confirm that I am innocent.

| EXHIBIT | INITIALS OF PERSON MAKING STATEMENT kj | PAGE__26__ OF ___28__ |
|---|---|---|

STATEMENT

**STATEMENT (continued)**

| EXHIBIT NUMBER | INITIAL OF PERSON MAKING STATEMENT KJ | PAGE _27____ OF __28__ |
|---|---|---|
| FILE #: | | |

09SPPLOPT93880820P

Statement (Continued)

**AFFIDAVIT**

I, _____HAVE FULLY READ OR HAVE HAD READ TO ME THIS STATEMENT
WHICH BEGINS ON PAGE _____ and end on Page _____. I fully understand the contents of the entire
statement made by me. The statement is true. I have initialed all corrections and have initialed the bottom of
each sheet containing the statement. I have made statement freely without hope or benefit or reward, without threat
of punishment, and without coercion, unlawful influence, or unlawful inducement.

|  |  |
|---|---|
|  | **(Signature of Person Making Statement)** |
|  | *Kimberlynn Jurkowski* |
|  | **(Signature of Person Taking Statement)** |
| **(Witness)** | |
| KJ | |
| **INITIAL OF PERSON MAKING STATEMENT** | Page __28__ of Pages __28__ |

# 2

 DISTRICT OF COLUMBIA
## PUBLIC SCHOOLS
Office of the General Counsel
Labor Management & Employee Relations
Investigations Division
3535 V Street N. E. – Washington D. C. – (202) 576-6962 – Fax (202) 576-6593

## Statement

| Location<br>Watkins | Date<br>Dec 17, 2021 | Time<br>9:30am | File Number |
|---|---|---|---|
| Last Name, First, Middle<br>Berkowitz, MScott, Coulter | | Social Security Number<br>(last four digits only) | Date of Birth |

| Organization or Address<br>420 12st SE, Washington DC |
|---|

## STATEMENT

The following statement is the summary of the alleged incident after interviewing students and reading their statements.

Ms. Moxley's HR class attended their regular library class today. The lesson was for students to act out the atrocities of the Holocaust. One student was given the role of Hitler. Others were told to be people that shot Jews. Some students were given roles to dig ditches. Other jobs were to put classmates in gas chambers. Many students were directed to pretend to die. At the end of the lesson, the student playing Hitler was told to act out his suicide. Before the class ended the librarian told students not to tell their parents.

D9SPPLOPT93880820P



 DISTRICT OF COLUMBIA
# PUBLIC SCHOOLS
Office of the General Counsel
Labor Management & Employee Relations
Investigations Division
3535 V Street N. E. – Washington D. C. – (202) 576-6962 – Fax (202) 576-6593

## Statement

| Location | Date | Time | File Number |
|---|---|---|---|
| Watkins | Dec 17, 2021 | 9:30am | |

| Last Name, First, Middle | Social Security Number (last four digits only) | Date of Birth |
|---|---|---|
| Berkowitz, MScott, Coulter | | ████ |

**Organization or Address**
420 12st SE, Washington DC

**STATEMENT**

The following statement is the summary of the alleged incident after interviewing students and reading their statements.

Ms. Moxley's HR class attended their regular library class today.  The lesson was for students to act out the atrocities of the Holocaust.  One student was given the role of Hitler.  Others were told to be people that shot Jews.  Some students were given roles to dig ditches.  Other jobs were to put classmates in gas chambers.  Many students were directed to pretend to die.  At the end of the lesson, the student playing Hitler was told to act out his suicide.  Before the class ended the librarian told students not to tell their parents.

09SPPLOPT93880820P



 DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of the General Counsel
Labor Management & Employee Relations
Investigations Division
3535 V Street N. E. – Washington D. C. – (202) 576-6962 – Fax (202) 576-6593

## Statement

| Location Watkins | Date Dec 17, 2021 | Time 9:30am | File Number |
|---|---|---|---|
| Last Name, First, Middle Berkowitz, MScott, Coulter | | Social Security Number (last four digits only) | Date of Birth |

| Organization or Address 420 12st SE, Washington DC |
|---|

**STATEMENT**

The following statement is the summary of the alleged incident after interviewing students and reading their statements.

Ms. Moxley's HR class attended their regular library class today. The lesson was for students to act out the atrocities of the Holocaust. One student was given the role of Hitler. Others were told to be people that shot Jews. Some students were given roles to dig ditches. Other jobs were to put classmates in gas chambers. Many students were directed to pretend to die. At the end of the lesson, the student playing Hitler was told to act out his suicide. Before the class ended the librarian told students not to tell their parents.

D9SPPLOPT93880820P

Other tools    Pictures Software Data charts

v

☐                                                                                          .①._ L-

FADISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of the General Counsel
Labor Management & Employee Relations
Investigations Division
3535 V Street N. E. — Washington D. C. — (202) 576-6962 — Fax (202) 576-6593

Statement

| Location | Date | Time | File Number |
|---|---|---|---|
| Watkins Elementary School | December 17, 12021 | 10:30-12:30 | |
| Last Name, First, Middle Berkowitz, MScott | | Social Security Number pall four dighs only) | Date of Birth 4129/1981 |

Organization or Address

Watkins ES

STATEMENT

The following is a summary of my interviews with students in Ms. Moxley's 31d grade
homeroom class.
After Ms. Moxley shared what the students reported from the class, I interviewed the
following students in
the presence of Mr. Jerenzo Redmond and Ms. La-Tarsha lames.


reported he felt butterflies in his stomach.
    - He reported that he was sad because he was Jewish and that his family was killed in
the Holocaust.
    - When asked why they did the lesson, lie replied: I don't know. He said it was not
connected to other
        lessons done in the library.
    - He was assigned the role of Hitler. I-Ie did not knowingly volunteer for that role.
He was given it
        after he volunteered to participate in an activity before knowing what the activity
would be.
    - He reported that people in the class were told to dig ditches, go in "gas showers,"
be soldiers shooting
        WS d fall into ditches.
                retended to commit suicide fulfilling the role of Hitler.

09

- He pretended to hold a gun to make suagwther students were "digging the ditches."
- He felt uncomfortable when== and fell into a ditch after being shot. Someone else pretended to shoot them.
- He reported feeling uncomfortable and being violent.
- He was told not to tell his parents about the lesson.


   Felt a little bg&&W because people were shooting. "She told us to shoot the people on the train."
   W-, were shooting me and my friends. He didn't want to be part of them.
      e people that had to go to the gas tanks were dead. He had to lay down.
   Why were you learning this? "1 don't know."

☐ - What was the scariest part? "Me dying."
  - She told us not to tell our parents about this. The killing part — you don't have to tell them. That
   made me feel a little scared.
  - When he didn't want to participate, he sat down on the carpet. The teacher said, "come on, get up."
  - "I'm scared to go to the library. I don't want to do that again."


   Feels bad for Jcwish people in history.
  - His role was to build the ditches. Had fun but feel bad because they tricked and killed the Jews.
      td it feel to be a shooter? "It didn't feel good. I don't like guns."
      laims he did not hear the teacher tell the class not to tell their parents.


  - He feels bad that they had to go through this.
  - Says he was told that Hitler had a bad Christmas and decided to take it out on peoplc. That's how the
   class began.


  - He feels butterflies. He's nervous and sad. He didn't like the class.
  - They made us act to build pits, gas chambers, and shoot people.
      He says it's inappropriate to pretend to shoot people and act dead.
  -      oes recall the teacher instructing the class not to tell their parents. He was scared when she
   sat that.



                    INITIALS OF PERSON MAKING
                    STATEMENT

                    711

STATEMENT (continued)

EXHIBIT NUMBER                    INITIAL OF PERSON MAKING PAGE _OF
                                 STATEMENT

                                 MB
FILE #:


☐                                    AFFIDAVIT

I, MScott Berkowitz HAVE FULLY READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH
BEGINS ON PAGE _1_ and end on Page _3_ 1 8tlly understand the contents of the entire
statement
made by me. The statement is true. I have initialed all corrections and have initialed the
bottom of each sheet
containing the statement. I have trade statement freely without hope or benefit or reward,
without threat of
punishment, and without coercion, unlawful influence, or unlawful inducement.


                                        (Signature or Person Making Statement)

    Mark Boisverl
                                        (Signature of Person Taking Statement)
(Witness)
INITIAL OF PERSON MAKING STATEMENT 1 Page 3 of Patties 3


                                     ᵣ ᵤ ᵤ ᵤ 1- 234567890

Message

| | |
|---|---|
| **From:** | Bloom, Susan (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e145bbb0f5de4a95ac8da358a871ce37-Susan Bloom] |
| **Sent:** | 12/21/2021 12:46:37 AM |
| **To:** | ebloom@rootchange.org; Adam Bloom [adam.bloom2012@gmail.com]; Mikaela Bloom [mikaelabloom@gmail.com]; Sue BLOOM [suereedbloom@gmail.com] |
| **Subject:** | Message from Berkowitz 1st day of healing |

Get Outlook for iOS

---

**From:** Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>
**Sent:** Monday, December 20, 2021 6:25 PM
**To:** ALLEN-THOMPSON, Noreen (DCPS); Amuzie, Cindy (DCPS); Anyangwe, Esther (DCPS); Taylor, Stacy (DCPS); Benson, Charles (DCPS); Berkowitz, MScott (DCPS); Blagburn, Kimberlie F. (DCPS); Bloom, Susan (DCPS); Boisvert, Mark (DCPS); Brooks, Lisa (DCPS); Cafeteria Manager, Watkins (DCPS); Faulkner, Camilla (DCPS); Carraway, Karlene (DCPS); Carraway, Terrie (DCPS); Carroll, Jordyn (DCPS); CARTER, Denzelle (DCPS); Cato, Marnie (DCPS); Cockerham, Rachel (DCPS); Coleman, Stephanie (DCPS); Davis, Sunmer (DCPS); deebLKink@aol.com; Dickinson, Coreil R. (DCPS); Dickson, Jijuan (DCPS); Donathan, Larry (DCPS); Doolin, Katherine (DCPS); Drakeford-Allen, LaTavia (DCPS); Dunning, Lauren (DCPS); Elmusa, Layth (DCPS); Evans, Marvin (DCPS); Friedman, Sara (DCPS); Goedeke, Janice (DCPS); hartman, shannah (DCPS); Kwari Harvey; Hay, Joan (DCPS); anna.heath@cc-dc.org; hill, delton (DCPS); Hightower, Rashida (DCPS); Hinrichs, Caitlin (DCPS); Hill, Dawayne (DCPS); HOOVER, Brooklyn (DCPS); James, La-Tarsha (DCPS); Johnson, LaBrea (DCPS); Hopkins, Allison (DCPS); Josephs, Tabitha (DCPS); King, Chelsa (DCPS); Kayne, Kathryn (DCPS); Lamont, Rosalind (DCPS); Cafeteria Manager, Watkins (DCPS); Langhorne, Taren (DCPS); Syquia, Maria (DCPS); Lopez, Jose (DCPS); MCDUFFEY, Terika (DCPS); McPherson, Ebon (DCPS); Mingo, Lisa (DCPS); McPhail, Valencia (DCPS); Montgomery, Tanisha (DCPS); Moxley, Katherine (DCPS); Nelson, Valerie (DCPS); Nagbe, Hillel (DCPS); Nover, Rachel (DCPS); Paige, Edline (DCPS); ONeil, Todd (DCPS); Pavlik, Anna (DCPS); Parler, Brittany (DCPS); Perkins, Zalika (DCPS); Phoenix, Alyse (DCPS); Pullings, Khristina (DCPS); rita.hines@yahoo.com; Hooker, Ronnie B. (DCPS); Redmon, Jerenzo (DCPS); Rowe, Henri (DCPS); SHAHID, Najah (DCPS); Roy, Shelia A. (DCPS); Preston, Sherman (DCPS); Slattery, Anne-Marie (DCPS); Smith, Angela J. (DCPS); Smith, Nicole (DCPS); Sheppard, Tatiana (DCPS); Starkey, Donnell (DCPS); Stewart, Jill (DCPS); Swan, YaShauna (DCPS); Sullivan, Monique (DCPS); Thomas, Benjamin (DCPS); Turner, Virginia (DCPS); Cafeteria Manager, Watkins (DCPS); Williams, Claudette (DCPS); Williams, Jennifer (DCPS); Williams, Sheresse (DCPS); Michele Buchanan-Tyler; Williams, Zelda (DCPS); Young, Betty (DCPS); Young, Keshia (DCPS); Williams, Torain (DCPS); aliweisbrot@medstarwise.org; Heinrich, Hannah (DCPS); Weddle, Vanessa (DCPS); agray5@cnmc.org; Tyra.Hedgepeth@bison.howard.edu
**Subject:** 1st day of healing

Dear Watkins staff,

Today our community took our first steps in healing. The day started with the school-wide announcements acknowledging the feelings that have been articulated since the reported incident on Friday. We also offered counselling to all staff and all students. Our school-based team collaborated with the four counselors on site from the DCPS Mental Health Crisis Response Team to organize and strategize support for the day. Some of the team prioritized the 3rd grade class most impacted and the other team members went door to door checking in on classrooms all morning. Our school-based team and our supporting guests met with 13 students in small groups, one-on-one, and even virtually.

ꙨꙨꙢ509SPPL00864RKDTTSTT

For the homeroom most impacted by the incident, the day started with a morning meeting led by their homeroom teacher and supported by Watkins 3ʳᵈ grade social worker. The homeroom teacher provided a "typical" morning meeting structure to bring a sense of routine to her class. Our social worker then supported students in processing their feelings and sharing the level of support they may need later in the day. Our social worker and our guest counselors met with those students throughout the day. Lastly, a member of the DCPS Culture Team led the class through a healing circle. We talked about what we like about this time of year and talked in depth about the sense of trust that was broken but how trust remains strong with their homeroom teachers.

Later in the morning, I met with the DCPS Bias and Hate Response team to develop a longer-term response to this incident. The school will collaborate with the DCPS Equity Team and the DCPS Office of Teaching and Learning to plan age-appropriate lessons about the Holocaust. We acknowledged that this incident resulted in an inappropriate exposure to this historical event that is not a constructive way to learn about an important part of world history. The team will also seek external support from Jewish and/or Holocaust remembrance groups to provide an added level of insight and expertise.

Later today, I met with caregivers of the impacted homeroom and our staff to continue with the healing process. I decided to move our **community-wide meeting to 6pm on Tuesday**. I'm hearing from the community that gathering soon is better. Please join us virtually using this link. Please be advised that only DCPS accounts will be able to access the meeting. Parents should use their child's account.

On a personal level, time with our third graders today has given me the hope I need to continue to address these difficult circumstances in the most responsive and supportive way possible. Students in the impacted class were able to share their enthusiasm for life, love for their school, and optimism for the future. And of course, their excitement for Winter Break. Despite the difficult circumstances, their effervescent joy has strengthened my resolve.

I will continue to update the community on our steps forward. Thank you to everyone who has sent words of kindness to me, our team, our teachers, our students and our caregivers. They make a difference. Thank you.

I will send this message to our families soon.

In service,


**MScott Berkowitz**
**Principal**
**Peabody Elementary School and Watkins Elementary School**
**Peabody: 202-698-3277**
**Watkins: 202-698-3355**
**District of Columbia Public Schools**
**@PeabodyWatkins on Instagram and Twitter**



Capitol Hill Cluster School
*Where Every Child Achieves*

Message

---

| | |
|---|---|
| **From:** | Bloom, Susan (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e145bbb0f5de4a95ac8da358a871ce37-Susan Bloom] |
| **Sent:** | 12/21/2021 12:46:37 AM |
| **To:** | ebloom@rootchange.org; Adam Bloom [adam.bloom2012@gmail.com]; Mikaela Bloom [mikaelabloom@gmail.com]; Sue BLOOM [suereedbloom@gmail.com] |
| **Subject:** | Message from Berkowitz 1st day of healing |

Get Outlook for iOS

---

**From:** Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>
**Sent:** Monday, December 20, 2021 6:25 PM
**To:** ALLEN-THOMPSON, Noreen (DCPS); Amuzie, Cindy (DCPS); Anyangwe, Esther (DCPS); Taylor, Stacy (DCPS); Benson, Charles (DCPS); Berkowitz, MScott (DCPS); Blagburn, Kimberlie F. (DCPS); Bloom, Susan (DCPS); Boisvert, Mark (DCPS); Brooks, Lisa (DCPS); Cafeteria Manager, Watkins (DCPS); Faulkner, Camilla (DCPS); Carraway, Karlene (DCPS); Carraway, Terrie (DCPS); Carroll, Jordyn (DCPS); CARTER, Denzelle (DCPS); Cato, Marnie (DCPS); Cockerham, Rachel (DCPS); Coleman, Stephanie (DCPS); Davis, Sunmer (DCPS); deebLKink@aol.com; Dickinson, Coreil R. (DCPS); Dickson, Jijuan (DCPS); Donathan, Larry (DCPS); Doolin, Katherine (DCPS); Drakeford-Allen, LaTavia (DCPS); Dunning, Lauren (DCPS); Elmusa, Layth (DCPS); Evans, Marvin (DCPS); Friedman, Sara (DCPS); Goedeke, Janice (DCPS); hartman, shannah (DCPS); Kwari Harvey; Hay, Joan (DCPS); anna.heath@cc-dc.org; hill, delton (DCPS); Hightower, Rashida (DCPS); Hinrichs, Caitlin (DCPS); Hill, Dawayne (DCPS); HOOVER, Brooklyn (DCPS); James, La-Tarsha (DCPS); Johnson, LaBrea (DCPS); Hopkins, Allison (DCPS); Josephs, Tabitha (DCPS); King, Chelsa (DCPS); Kayne, Kathryn (DCPS); Lamont, Rosalind (DCPS); Cafeteria Manager, Watkins (DCPS); Langhorne, Taren (DCPS); Syquia, Maria (DCPS); Lopez, Jose (DCPS); MCDUFFEY, Terika (DCPS); McPherson, Ebon (DCPS); Mingo, Lisa (DCPS); McPhail, Valencia (DCPS); Montgomery, Tanisha (DCPS); Moxley, Katherine (DCPS); Nelson, Valerie (DCPS); Nagbe, Hillel (DCPS); Nover, Rachel (DCPS); Paige, Edline (DCPS); ONeil, Todd (DCPS); Pavlik, Anna (DCPS); Parler, Brittany (DCPS); Perkins, Zalika (DCPS); Phoenix, Alyse (DCPS); Pullings, Khristina (DCPS); rita.hines@yahoo.com; Hooker, Ronnie B. (DCPS); Redmon, Jerenzo (DCPS); Rowe, Henri (DCPS); SHAHID, Najah (DCPS); Roy, Shelia A. (DCPS); Preston, Sherman (DCPS); Slattery, Anne-Marie (DCPS); Smith, Angela J. (DCPS); Smith, Nicole (DCPS); Sheppard, Tatiana (DCPS); Starkey, Donnell (DCPS); Stewart, Jill (DCPS); Swan, YaShauna (DCPS); Sullivan, Monique (DCPS); Thomas, Benjamin (DCPS); Turner, Virginia (DCPS); Cafeteria Manager, Watkins (DCPS); Williams, Claudette (DCPS); Williams, Jennifer (DCPS); Williams, Sheresse (DCPS); Michele Buchanan-Tyler; Williams, Zelda (DCPS); Young, Betty (DCPS); Young, Keshia (DCPS); Williams, Torain (DCPS); aliweisbrot@medstarwise.com; Heinrich, Hannah (DCPS); Weddle, Vanessa (DCPS); agray5@cnmc.org; Tyra.Hedgepeth@bison.howard.edu
**Subject:** 1st day of healing

Dear Watkins staff,

Today our community took our first steps in healing. The day started with the school-wide announcements acknowledging the feelings that have been articulated since the reported incident on Friday. We also offered counselling to all staff and all students. Our school-based team collaborated with the four counselors on site from the DCPS Mental Health Crisis Response Team to organize and strategize support for the day. Some of the team prioritized the 3rd grade class most impacted and the other team members went door to door checking in on classrooms all morning. Our school-based team and our supporting guests met with 13 students in small groups, one-on-one, and even virtually.

0 0 0 5 0 9 S P P L 0 0 0 6 6 4 R K 0 T T S T T

For the homeroom most impacted by the incident, the day started with a morning meeting led by their homeroom teacher and supported by Watkins 3rd grade social worker. The homeroom teacher provided a "typical" morning meeting structure to bring a sense of routine to her class. Our social worker then supported students in processing their feelings and sharing the level of support they may need later in the day. Our social worker and our guest counselors met with those students throughout the day. Lastly, a member of the DCPS Culture Team led the class through a healing circle. We talked about what we like about this time of year and talked in depth about the sense of trust that was broken but how trust remains strong with their homeroom teachers.

Later in the morning, I met with the DCPS Bias and Hate Response team to develop a longer-term response to this incident. The school will collaborate with the DCPS Equity Team and the DCPS Office of Teaching and Learning to plan age-appropriate lessons about the Holocaust. We acknowledged that this incident resulted in an inappropriate exposure to this historical event that is not a constructive way to learn about an important part of world history. The team will also seek external support from Jewish and/or Holocaust remembrance groups to provide an added level of insight and expertise.

Later today, I met with caregivers of the impacted homeroom and our staff to continue with the healing process. I decided to move our **community-wide meeting to 6pm on Tuesday**. I'm hearing from the community that gathering soon is better. Please join us virtually using this link. Please be advised that only DCPS accounts will be able to access the meeting. Parents should use their child's account.

On a personal level, time with our third graders today has given me the hope I need to continue to address these difficult circumstances in the most responsive and supportive way possible. Students in the impacted class were able to share their enthusiasm for life, love for their school, and optimism for the future. And of course, their excitement for Winter Break. Despite the difficult circumstances, their effervescent joy has strengthened my resolve.

I will continue to update the community on our steps forward. Thank you to everyone who has sent words of kindness to me, our team, our teachers, our students and our caregivers. They make a difference. Thank you.

I will send this message to our families soon.

In service,


**MScott Berkowitz**
**Principal**
**Peabody Elementary School and Watkins Elementary School**
**Peabody: 202-698-3277**
**Watkins: 202-698-3355**
**District of Columbia Public Schools**
@PeabodyWatkins **on Instagram and Twitter**

 Capitol Hill Cluster School
Where Every Child Achieves

| Message | |
|---|---|
| **From:** | Allyson Kitchel [allyson.kitchel@gmail.com] |
| **Sent:** | 11/29/2021 5:56:26 PM |
| **To:** | Berkowitz, MScott (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8eda85080f0e40d3a25476ef228242a4-MsCott Berk] |
| **Subject:** | Following up about Ms. Jurkowski |

CAUTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

Hi Principal Berkowitz,

I recently reached out to our LSAT Chair about my concerns about Ms. Jurkowski - that she has been convicted of fraud, that she's therefore known to be untrustworthy, and more recently, convicted animal cruelty. The combination of being both untrustworthy and negligent with the safety of the vulnerable entrusted in her care, in my mind, disqualifies her from employment with children. DCPS apparently thinks otherwise.

 I'm torn between pitching a massive, public fit over this and trusting that there are precautions in place. Ms. Burton told me she shared my concerns with you and that you'd get in touch - I'd like us to please have a discussion. As a parent yourself, I'm sure you can imagine how I'm feeling, particularly since one of my 9 year olds is very excited about Battle of the Books and will now be spending time with Ms. Jurkowski. I'm open to hearing from you before I take further action.

I'm in a meeting today until about 3 pm but should be reachable afterward - 571-212-8259.

Allyson

## Re: Jurkowski, Kimberlynn, Notice of Investigation

**Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>**

Fri 12/17/2021 4:11 PM

To: DCPS LMER (DCPS) <dcps.lmer@k12.dc.gov>; Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>; kjurkowski777@gmail.com <kjurkowski777@gmail.com>

Cc: Shaw, Karen (DCPS) <karen.shaw2@k12.dc.gov>; Tynes, Michael (DCPS) <michael.tynes@k12.dc.gov>; Stover, Shawn (DCPS) <shawn.stover@k12.dc.gov>; Jacqueline Pogue Lyons <jpoguelyons@wtulocal6.net>; Terence Ngwa <tngwa@wtulocal6.net>; Louis Blount <lblount@wtulocal6.net>

Hello all,

I attempted to hand deliver the letter with AP Boisvert at 3:40 and did not find Ms. Jurkowski.

**MScott Berkowitz**
**Principal**
**Peabody Elementary School and Watkins Elementary School**
**Peabody: 202-698-3277**
**Watkins: 202-698-3355**
**District of Columbia Public Schools**
**@PeabodyWatkins on Instagram and Twitter**

 Capitol Hill Cluster School
*Where Every Child Achieves*

**From:** DCPS LMER (DCPS) <dcps.lmer@k12.dc.gov>
**Date:** Friday, December 17, 2021 at 3:29 PM
**To:** Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>, kjurkowski777@gmail.com <kjurkowski777@gmail.com>
**Cc:** Shaw, Karen (DCPS) <karen.shaw2@k12.dc.gov>, Tynes, Michael (DCPS) <michael.tynes@k12.dc.gov>, Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>, Stover, Shawn (DCPS) <shawn.stover@k12.dc.gov>, Jacqueline Pogue Lyons <jpoguelyons@wtulocal6.net>, Terence Ngwa <tngwa@wtulocal6.net>, Louis Blount <lblount@wtulocal6.net>
**Subject:** Jurkowski, Kimberlynn, Notice of Investigation

Dear Ms. Jurkowski,

An Investigator from LMER will be contacting you in the near future to discuss the allegations made against you.

See the attached notice of investigation and sign the acknowledge receipt. Kindly return the signed receipt to Karen.shaw2@k12.dc.gov and DCPS.LMER@dc.gov.

Best,
**Lynette Davis**
Specialist, Labor Management and Employee Relations
*Sexual Harassment, CSO, WTU*

**Office of the General Counsel**
District of Columbia Public Schools
1200 First Street, NE
Washington, DC  20002
T  202.442.5373
F  202.535.2817
E  lynette.davis@k12.dc.gov
W  http://dcps.dc.gov/

PL OPT23456789033459



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**

December 17, 2021

Dear Watkins Parents and Families,

At Watkins, we highly value and are committed to fostering a safe and loving learning environment for our students. Communicating home about issues that impact our school community is critical to maintaining strong partnerships with families.

Earlier today, we received a report of a classroom of students receiving a lesson that included portraying different perspectives of the Holocaust. Students should never be tasked with acting out any atrocity, especially genocide and war. Additionally, there were allegations of a staff member using hate speech during the lesson, which is unacceptable and not tolerated at our school.

Per DC Public Schools' protocol for responding to incidents of hate and bias, this has been reported to DCPS' Central Equity Response Team. No matter the intent of an incident, we are always required to report it so that we can move forward to restore our community and repair harm. Please reach out should you have questions about this process. We want to be as transparent with our families as possible while honoring the confidentially of DCPS' reporting process.

If you ever experience, witness, or hear about an incident of hate or bias within our school community – virtually or in-person – report the incident to a member of our staff as soon as you are made aware.

The well-being of our students is paramount. If you have any questions or concerns, please contact me via email at mscott.berkowitz@k12.dc.gov.

Sincerely,

MScott Berkowitz
Principal, Watkins Elementary

ᲘᲘ0509SPPL00664R

Coordinator, Equity Strategy and Programming



**EQUITY**
STRATEGY & PROGRAMMING

**Office of School Improvement and Student Supports**
District of Columbia Public Schools
**E-Mail:** dcps.equity@k12.dc.gov
**Twitter:** @DCPSEquity
**Canvas:** bit.ly/DCPSEquity
**Website:** dcps.dc.gov/equity

**From:** Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>
**Sent:** Wednesday, December 22, 2021 6:42 AM
**To:** Bartolomeo, Elizabeth (DCPS) <Elizabeth.Bartolomeo@k12.dc.gov>; Hoffman, Paige (DCPS) <Paige.Hoffman@k12.dc.gov>; Harper, Robyn (DCPS) <Robyn.Harper@k12.dc.gov>; Stover, Shawn (DCPS) <shawn.stover@k12.dc.gov>; Equity, Response (DCPS) <equityresponse@k12.dc.gov>; Equity Response (DCPS) <Equity.response@k12.dc.gov>
**Cc:** Fuller, Jade (DCPS) <Jade.Fuller@k12.dc.gov>; Lamb, Michael (DCPS) <Michael.Lamb@k12.dc.gov>; McClain, Justin (DCPS) <Justin.Mcclain@k12.dc.gov>; Jackson, Nigel (DCPS) <NigelJackson3@k12.dc.gov>; CARE, DCPS (DCPS) <dcps.care@k12.dc.gov>; Cole, Karen (DCPS) <Karen.Cole@k12.dc.gov>; Williams, Alison (DCPS) <Alison.Williams@k12.dc.gov>; Bryant-Mallory, Deitra (DCPS) <deitra.bryant-mallory@k12.dc.gov>; Jennings, Jessica (DCPS) <Jessica.Jennings@k12.dc.gov>; Heller, Alisha (DCPS) <Alisha.Heller@k12.dc.gov>; Howard-Stroud, Adia (DCPS) <Adia.Howard-Stroud@k12.dc.gov>
**Subject:** Re: For review - Watkins hate-bias response messages

Hello team,

I think last night was a success and great step forward. We've taken many this week. Thank you all for your leadership and support. I've received a number of appreciative notes about our response and you all are as much deserving of that kindness as I am. Thank you.

Below I have an outline of the last message I intend to send about this in 2021. Ideally it can go tonight. I've made some assignments (thanks in advance) to those who I think should craft the messages. Please use the doc we've been working in to do so.

I imagine the background check info will be the stickiest topic. I really hope we can be as transparent and upfront around the questions as that is biggest concern for the community and, as you know, is now a city-wide issue. **When it comes to community trust in our school system and our students' safety this is the biggest factor and the most obvious failure.** We can get this right by being acknowledging some hard truths, being transparent and over communicating on this front, even if it it's unfavorable short term.

Here's the link to the doc: https://dck12-my.sharepoint.com/:w:/g/personal/elizabeth_bartolomeo_k12_dc_gov/EUIl270iH7lAtPiu60et0IYBmqVk8R7aiK-A7qud2D2-kg?e=27xv68


Summary to date (MScott)

Talking about the Holocaust resources (Robyn)

| Message |
| --- |

| **From:** | watkinses_chcs@googlegroups.com [watkinses_chcs@googlegroups.com] |
| on behalf of | Roberta [robertajstewart@gmail.com] |
| **Sent:** | 12/20/2021 2:12:40 AM |
| **To:** | WatkinsES_CHCS [watkinses_chcs@googlegroups.com] |
| **Subject:** | [WatkinsES_CHCS] WaPo article & |

CAUTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

Dear Watkins Community-

For your info- If you don't know what Principal Berkowitz is referring to in his latest message, here are more details. I think this goes well beyond a "poor instructional decision."

https://www.washingtonpost.com/education/2021/12/19/holocaust-reenactment-watkins-school-dc/

Roberta Stewart, 3rd grade parent

--
You received this message because you are subscribed to the Google Groups "WatkinsES_CHCS" group.
To unsubscribe from this group and stop receiving emails from it, send an email to watkinses_chcs+unsubscribe@googlegroups.com.
To view this discussion on the web visit https://groups.google.com/d/msgid/watkinses_chcs/B64E97FE-BF7C-45C9-AD62-974298DCC871%40gmail.com.

Message

| | |
|---|---|
| **From:** | Berkowitz, MScott (DCPS) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8EDA85080F0E40D3A25476EF228242A4-MSCOTT BERK] |
| **Sent:** | 12/22/2021 7:29:02 PM |
| **To:** | Bartolomeo, Elizabeth (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d066ff1bbc774f62a351ae7d92163a58-Elizabeth.B]; DeAnda, Courtney (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0e03aefff31c4da3a346fad9f4b56a76-Courtney De]; Harper, Robyn (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a0b988eb9d144f919bde21b690756d06-Robyn.Harpe] |
| **CC:** | Rene, Elizabeth (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0cee7be390444e74bfdf36ab2748dcb5-Elizabeth R] |
| **Subject:** | Re: For review - Watkins hate-bias response messages |

**From:** Bartolomeo, Elizabeth (DCPS) <Elizabeth.Bartolomeo@k12.dc.gov>
**Date:** Wednesday, December 22, 2021 at 10:09 AM
**To:** Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>, DeAnda, Courtney (DCPS) <Courtney.DeAnda@k12.dc.gov>, Harper, Robyn (DCPS) <Robyn.Harper@k12.dc.gov>
**Cc:** Rene, Elizabeth (DCPS) <elizabeth.rene@k12.dc.gov>
**Subject:** Re: For review - Watkins hate-bias response messages

Thanks, Courtney!

**From:** Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>
**Date:** Wednesday, December 22, 2021 at 10:06 AM
**To:** DeAnda, Courtney (DCPS) <Courtney.DeAnda@k12.dc.gov>, Bartolomeo, Elizabeth (DCPS) <Elizabeth.Bartolomeo@k12.dc.gov>, Harper, Robyn (DCPS) <Robyn.Harper@k12.dc.gov>
**Cc:** Rene, Elizabeth (DCPS) <elizabeth.rene@k12.dc.gov>
**Subject:** Re: For review - Watkins hate-bias response messages

I think it's a good idea.

MScott Berkowitz
Principal
Peabody and Watkins Elementary Schools

**From:** DeAnda, Courtney (DCPS) <Courtney.DeAnda@k12.dc.gov>
**Sent:** Wednesday, December 22, 2021 9:32:40 AM
**To:** Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>; Bartolomeo, Elizabeth (DCPS) <Elizabeth.Bartolomeo@k12.dc.gov>; Harper, Robyn (DCPS) <Robyn.Harper@k12.dc.gov>
**Cc:** Rene, Elizabeth (DCPS) <elizabeth.rene@k12.dc.gov>
**Subject:** RE: For review - Watkins hate-bias response messages

Thank you so much.
That last link – draw attention to this statement – it's on twitter. Verifying that this is ok to retweet from our equity account? We want to support in however we can!

**Courtney DeAnda** (pronunciation)
she/her/ella

P 0 0 0 1 - 2 3 4 5 6 7

Coordinator, Equity Strategy and Programming



**EQUITY**
STRATEGY & PROGRAMMING

**Office of School Improvement and Student Supports**
District of Columbia Public Schools
**E-Mail:** dcps.equity@k12.dc.gov
**Twitter:** @DCPSEquity
**Canvas:** bit.ly/DCPSEquity
**Website:** dcps.dc.gov/equity

**From:** Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>
**Sent:** Wednesday, December 22, 2021 6:42 AM
**To:** Bartolomeo, Elizabeth (DCPS) <Elizabeth.Bartolomeo@k12.dc.gov>; Hoffman, Paige (DCPS) <Paige.Hoffman@k12.dc.gov>; Harper, Robyn (DCPS) <Robyn.Harper@k12.dc.gov>; Stover, Shawn (DCPS) <shawn.stover@k12.dc.gov>; Equity, Response (DCPS) <equityresponse@k12.dc.gov>; Equity Response (DCPS) <Equity.response@k12.dc.gov>
**Cc:** Fuller, Jade (DCPS) <Jade.Fuller@k12.dc.gov>; Lamb, Michael (DCPS) <Michael.Lamb@k12.dc.gov>; McClain, Justin (DCPS) <Justin.Mcclain@k12.dc.gov>; Jackson, Nigel (DCPS) <Nigel.Jackson3@k12.dc.gov>; CARE, DCPS (DCPS) <dcps.care@k12.dc.gov>; Cole, Karen (DCPS) <Karen.Cole@k12.dc.gov>; Williams, Alison (DCPS) <Alison.Williams@k12.dc.gov>; Bryant-Mallory, Deitra (DCPS) <deitra.bryant-mallory@k12.dc.gov>; Jennings, Jessica (DCPS) <Jessica.Jennings@k12.dc.gov>; Heller, Alisha (DCPS) <Alisha.Heller@k12.dc.gov>; Howard-Stroud, Adia (DCPS) <Adia.Howard-Stroud@k12.dc.gov>
**Subject:** Re: For review - Watkins hate-bias response messages

Hello team,

I think last night was a success and great step forward. We've taken many this week. Thank you all for your leadership and support. I've received a number of appreciative notes about our response and you all are as much deserving of that kindness as I am. Thank you.

Below I have an outline of the last message I intend to send about this in 2021. Ideally it can go tonight. I've made some assignments (thanks in advance) to those who I think should craft the messages. Please use the doc we've been working in to do so.

I imagine the background check info will be the stickiest topic. I really hope we can be as transparent and upfront around the questions as that is biggest concern for the community and, as you know, is now a city-wide issue. **When it comes to community trust in our school system and our students' safety this is the biggest factor and the most obvious failure.** We we can get this right by being acknowledging some hard truths, being transparent and over communicating on this front, even if it it's unfavorable short term.

Here's the link to the doc: https://dck12-my.sharepoint.com/:w:/g/personal/elizabeth_bartolomeo_k12_dc_gov/EUIl270iH7lAtPiu60et0lYBmqVk8R7aiK-A7qud2D2-kg?e=27xv68

Summary to date (MScott)

Talking about the Holocaust resources (Robyn)

Message

| From: | Berkowitz, MScott (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group |
| --- | --- |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=8eda85080f0e40d3a25476ef228242a4-MsCott Berk] |
| Sent: | 12/21/2021 11:25:38 AM |
| To: | Fuller, Jade (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=f01ab00a69a844cca6edf2d13060679a-Jade Fuller]; Stover, Shawn (DCPS) |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=5170a04b846d4a93ad531583e872d03c-Shawn Stove] |
| Subject: | FW: Report of concerning language |

For the investigators...

**MScott Berkowitz**
**Principal**
**Peabody Elementary School and Watkins Elementary School**
**Peabody: 202-698-3277**
**Watkins: 202-698-3355**
**District of Columbia Public Schools**
**@PeabodyWatkins on Instagram and Twitter**

 Capitol Hill Cluster School
*Where Every Child Achieves*

**From:** Jonathan Stivers <jonstivers@gmail.com>          000509SPPLO0664RKDTTSTT
**Date:** Monday, December 20, 2021 at 10:11 AM
**To:** Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>
**Cc:** Ramsey Alwin <ramseyalwin@gmail.com>
**Subject:** Report of concerning language

CAUTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

Dear Principal Berkowitz,

Thank you for your leadership during this difficult situation. We appreciate what you have said so far and the actions you are taking.

We did want to make you and any appropriate school officials aware of a conversation I had this morning with our daughter, J██████ St████ (4th grade, Ms. Sullivan). I asked generally if, in library, they were learning anything about WWII. It was a quick conversation on the way to school and J███ didn't describe anything out of the ordinary except she relayed that sometimes, when kids were misbehaving, Ms. Jurkowski would tell them to stop and that they "didn't want to grow up and be like Hitler."

It goes without saying why this sort of language is wrong in so many ways that we can't begin to describe in this email.

Thank you for your attention to this issue.

**Jon Stivers and Ramsey Alwin**

| Message |
| --- |

**From:** Bill Serra [info@caps1971.com]
**Sent:** 12/22/2021 5:02:21 PM
**To:** Berkowitz, MScott (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8eda85080f0e40d3a25476ef228242a4-MsCott Berk]
**Subject:** Kimberlynn Jurkowski

You don't often get email from info@caps1971.com. Learn why this is important

CAUTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

Mr. Berkowitz,

How does a person like this with her "record" (re: committing fraud) manage to attain a job anywhere in public education?

This is the kind of nonsense that makes parents far more likely to home school their kids.

Who hires these people?

Have you seen the documentary film "Waiting for Superman"?

Another nail in the coffin of public education—which has been exposed during the pandemic as another corrupt institution.

Systemic Racism is the least of your problems,

Bill Serra

Ramona, CA

000509SPPL00664RKDTTST

Message
_____

From:       Berkowitz, MScott (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group
            (FYDIBOHF23SPDLT)/cn=Recipients/cn=8eda85080f0e40d3a25476ef228242a4-MsCott Berk]
Sent:       12/22/2021 1:45:19 AM
To:         Gutierrez, Enrique (DCPS) [/o=ExchangeLabs/ou=Exchange Administrative Group
            (FYDIBOHF23SPDLT)/cn=Recipients/cn=3c2df4828b3d4f49972f6dc4e3ae70d8-Enrique Gut]
Subject:    Fwd: Media Inquiry


Would love to thank you in person some time!  I appreciate everything tour doing.

MScott Berkowitz
Principal
Peabody and Watkins Elementary Schools


**From:** Elizabeth Faddis <efaddis@washingtonexaminer.com>
**Sent:** Tuesday, December 21, 2021 7:00:46 PM
**To:** Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>
**Subject:** Media Inquiry

You don't often get email from efaddis@washingtonexaminer.com. Learn why this is important

CAUTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

Hi,

My name is Elizabeth Faddis. I'm a Breaking News Reporter with the Washington Examiner.

I'm reaching out for a statement regarding the criminal past of Kimberlynn Jurkowski who allegedly had a class of third-grade students to a reenactment of the Holocaust.

You can reach me at 570-960-1752 or at my email address: efaddis@washingtonexaminer.com

Thank you for your time,

Elizabeth Faddis

ÜÜ05D9SPPLÜÜ864RKDTTS

# growtherapy

| | | | |
|---|---|---|---|
| CLIENT NAME | MEMBER NUMBER | DATE OF BIRTH | AFTER VISIT SUMMARY PAGE # |
| **Kimberlynn Jurkowski** | **W272762676** | **02/20/1960** | **1 / 1** |
| SESSION TYPE | DATE OF VISIT | START & END TIME | PLACE OF SERVICE |
| **Follow Up** | **09/29/2025** | **12:00 – 1:01 PM EDT** | **Virtual** |
| CLINICIAN NAME | CLINICIAN LICENSURE (ID #) | ICD CODE | CPT CODE |
| **JAMAL FLETCHER** | **LCSW (0904018256)** | **F33.1** | **90837** |
| FACE-TO-FACE TIME | NON-FACE-TO-FACE TIME | | |
| **61 minutes** | **0 minutes** | | |

## After Visit Summary

**Provider Message**

Hi Kimberlynn! Thank you for meeting with me last week. Below you will find the plan we identified in session, as well as a recap of what we discussed.

**Plan Summary**

Please continue tracking your thoughts and emotions. Write down two to three times when negative thoughts and feelings arise, how you feel, and if you experience any triggers. This will help identify patterns and understand what affects your mood.

**Discussion Summary**

We explored the concept of advocacy and what it has meant for you and your family, especially in the context of your children's education. We also discussed the emotional toll of being an advocate and the importance of acknowledging your own distress. We covered your feelings of fatigue and emotional distress, and how comparing your struggles to others can impact you. We discussed validating your emotions and accepting treatment for depression. Lastly, we explored core beliefs and emotional avoidance.

You worked on recognizing the importance of advocating for your family and understanding the emotional costs involved. You became more aware of comparing your experiences to others, which might lead to invalidating your feelings. We introduced the concept of core beliefs, how they impact your view of yourself, and began to acknowledge the necessity of emotional validation.

, , 9 S P P L 0 Q 6 6 4 R K 0 T T S T T A T X

# growtherapy

| | | | |
|---|---|---|---|
| CLIENT NAME | MEMBER NUMBER | DATE OF BIRTH | CLAIM PAGE # |
| **Kimberlynn Jurkowski** | **W272762676** | **02/20/1960** | **1 / 6** |
| SESSION TYPE | DATE OF VISIT | START & END TIME | PLACE OF SERVICE |
| **Follow Up** | **10/08/2025** | **2:00 - 3:01 PM EDT** | **Virtual** |
| CLINICIAN NAME | CLINICIAN LICENSURE (ID #) | ICD CODE | CPT CODE |
| **JAMAL FLETCHER** | **LCSW (0904018256)** | **F33.1** | **90837** |
| FACE-TO-FACE TIME | NON-FACE-TO-FACE TIME | | |
| **61 minutes** | **0 minutes** | | |

*Kimberlynn Jurkowski (Self) consented to Grow Therapy practice policies and telemental health services on 09/09/2025*

## Appointment Details

**Attendees other than client (if applicable)**

Not recorded.

**Location of service**

Televideo

**I confirm that the client agreed for this visit to occur via telehealth. The client's full name and address of their physical location was confirmed at the start of the session and the client is located in the state where I am licensed to practice.**

Yes

**I confirm that the client is clinically appropriate for service delivery via telehealth.**

Yes

## Clinical Presentation

**Focus of the session/topics discussed**

The session focused on understanding how harmful core beliefs, such as 'I'm not good enough,' contribute to the client's depression, the emotional ramifications of these beliefs, and their impact on behavior. The client shared specific thoughts that evoke feelings of sadness and inadequacy. The discussion included both emotional and rational decision-making, with a particular focus on how the client's social interactions, such as family communication, are influenced. A 'feelings wheel' was introduced to aid in naming and understanding emotions more accurately.

**Symptoms**

**Changes in mood**

Yes

**Persistent sadness or feelings of emptiness**

**Changes in behavior**

Yes

**Social withdrawal, isolation or avoidance, Decreased interest in activities once enjoyed**

# growtherapy

| | | | |
|---|---|---|---|
| CLIENT NAME | MEMBER NUMBER | DATE OF BIRTH | CLAIM PAGE # |
| **Kimberlynn Jurkowski** | **W272762676** | **02/20/1960** | **2 / 6** |
| SESSION TYPE | DATE OF VISIT | START & END TIME | PLACE OF SERVICE |
| **Follow Up** | **10/08/2025** | **2:00 – 3:01 PM EDT** | **Virtual** |
| CLINICIAN NAME | CLINICIAN LICENSURE (ID #) | ICD CODE | CPT CODE |
| **JAMAL FLETCHER** | **LCSW (0904018256)** | **F33.1** | **90837** |
| FACE-TO-FACE TIME | NON-FACE-TO-FACE TIME | | |
| **61 minutes** | **0 minutes** | | |

**Cognitive symptoms**

No

**Physical symptoms**

Yes

**Fatigue or low energy**

**Emotional symptoms**

Yes

Feelings of hopelessness or helplessness, Persistent sadness or tearfulness, Excessive guilt or shame

**Sleep disturbances**

No

**Psychotic symptoms**

No

**Other**

No

**Severity of symptoms**

Moderate

**Client reports the following symptom frequency**

Client reports experiencing depressive symptoms, including negative self-talk, depressed mood, low energy, and social withdrawal. Client reported experiencing negative thoughts such as 'I'm not good enough' multiple times during the week, accompanied by related feelings of sadness and disappointment.

**Impact on functioning**

Client's depressive symptoms impact their functioning by leading to social withdrawal, such as avoiding family interactions to prevent discussing personal matters, which hinders maintaining supportive relationships.

**Were any risk issues suspected or disclosed?**

No suicidal or homicidal ideation suspected or disclosed

# growtherapy

| | | | |
|---|---|---|---|
| CLIENT NAME | MEMBER NUMBER | DATE OF BIRTH | CLAIM PAGE # |
| **Kimberlynn Jurkowski** | **W272762676** | **02/20/1960** | **3 / 6** |
| SESSION TYPE | DATE OF VISIT | START & END TIME | PLACE OF SERVICE |
| **Follow Up** | **10/08/2025** | **2:00 – 3:01 PM EDT** | **Virtual** |
| CLINICIAN NAME | CLINICIAN LICENSURE (ID #) | ICD CODE | CPT CODE |
| **JAMAL FLETCHER** | **LCSW (0904018256)** | **F33.1** | **90837** |
| FACE-TO-FACE TIME | NON-FACE-TO-FACE TIME | | |
| **61 minutes** | **0 minutes** | | |

## Therapist Interventions

**Treatment approaches used in this session**

Solution-focused therapy, Supportive therapy

**Therapist interventions used in this session**

The therapist facilitated cognitive behavioral interventions by encouraging the client to observe their thoughts and link them to corresponding emotions. Emotion identification was fostered using a 'feelings wheel,' and emphasis was placed on differentiating between emotional and rational decision-making. Acceptance and commitment strategies were introduced by discussing values-based decision making. The therapist guided the client in identifying core beliefs about herself and others, as well as how they impacted her sense of self-worth and acceptance.

**Interventions were used to**

Build rapport, Address symptoms, Reduce symptoms

**Additional info (optional)**

Therapist engaged the client in using a 'feelings wheel' to expand emotional vocabulary and identification of feelings linked to specific thoughts.

**Client's response to interventions**

The client responded positively to interventions, engaging with the 'feelings wheel' exercise and openly discussing their thoughts and emotions. The client identified core beliefs, such as "I'm not good enough", taking note of her own thoughts and feelings that followed.

## Client Progress

**Overall assessment of client progress towards treatment plan goals**

Working towards goals

**Additional info (optional)**

The client reports increased ability to monitor and observe her thoughts and emotions as they occur each day.

**Client progress is evidenced by:**

**Symptom change**

Yes

**growtherapy**

| | | | |
|---|---|---|---|
| CLIENT NAME | MEMBER NUMBER | DATE OF BIRTH | CLAIM PAGE # |
| **Kimberlynn Jurkowski** | **W272762676** | **02/20/1960** | **4 / 6** |
| SESSION TYPE | DATE OF VISIT | START & END TIME | PLACE OF SERVICE |
| **Follow Up** | **10/08/2025** | **2:00 - 3:01 PM EDT** | **Virtual** |
| CLINICIAN NAME | CLINICIAN LICENSURE (ID #) | ICD CODE | CPT CODE |
| **JAMAL FLETCHER** | **LCSW (0904018256)** | **F33.1** | **90837** |
| FACE-TO-FACE TIME | NON-FACE-TO-FACE TIME | | |
| **61 minutes** | **0 minutes** | | |

Improved

**Functional change**

Yes

Decreased daily activity / work / school abilities, Deterioration of relationships

**Behavioral change**

No

**Self-management**

Yes

Withdrawn / not using support systems when struggling, Monitoring moods and warning signs

**Treatment engagement**

Yes

Engaging meaningfully in therapy sessions

**Additional info (optional)**

Not recorded.

**What the client will do outside of sessions to make progress towards goals**

Client will continue tracking behaviors and emotional avoidance patterns to improve understanding of emotional responses. Client will practice exploring core beliefs related to the thoughts and feelings she experiences.

## Treatment Plan

**Will you be reviewing and updating the client's treatment plan?**

Reviewed, no updates needed

**Client reports the following goal**

"The client would like to reduce sleep disturbance. "

**Status**

# growtherapy

| | | | |
|---|---|---|---|
| CLIENT NAME | MEMBER NUMBER | DATE OF BIRTH | CLAIM PAGE # |
| **Kimberlynn Jurkowski** | **W272762676** | **02/20/1960** | **5 / 6** |
| SESSION TYPE | DATE OF VISIT | START & END TIME | PLACE OF SERVICE |
| **Follow Up** | **10/08/2025** | **2:00 - 3:01 PM EDT** | **Virtual** |
| CLINICIAN NAME | CLINICIAN LICENSURE (ID #) | ICD CODE | CPT CODE |
| **JAMAL FLETCHER** | **LCSW (0904018256)** | **F33.1** | **90837** |
| FACE-TO-FACE TIME | NON-FACE-TO-FACE TIME | | |
| **61 minutes** | **0 minutes** | | |

In progress

**Client's goal is to**

Reduce symptoms

**Objectives**

**Steps the client will take to achieve this goal**

The client will continue mediation management and talk therapy simultaneously to identify and address issues leading to sleep disturbance. The client will track and manage sleep hygiene and use evidence-based practices to reduce daily anxiety with the goal of increasing sleep quality.

**This therapist will provide the following modality of treatment**

Individual therapy

**Key treatment methods to be used to help the client meet this goal**

Cognitive Behavioral Therapy (CBT), Meditation/ mindfulness, Solution-focused therapy

**The client's goal will be measured in the following way**

Progress will be measured by tracking the number of days the client has had more than 6 hours of sleep in one night , in a 1 to 2-week time period, when compared to baseline.

**Frequency of treatment**

Once / week

**Estimated time to achieve this goal**

3-6 months

---

**Client reports the following goal**

"The client would like to increase basic self-care practices. "

**Status**

In progress

**Client's goal is to**

Improve daily functioning

**growtherapy**

| | | | |
|---|---|---|---|
| CLIENT NAME | MEMBER NUMBER | DATE OF BIRTH | CLAIM PAGE # |
| **Kimberlynn Jurkowski** | **W272762676** | **02/20/1960** | **6 / 6** |
| SESSION TYPE | DATE OF VISIT | START & END TIME | PLACE OF SERVICE |
| **Follow Up** | **10/08/2025** | **2:00 – 3:01 PM EDT** | **Virtual** |
| CLINICIAN NAME | CLINICIAN LICENSURE (ID #) | ICD CODE | CPT CODE |
| **JAMAL FLETCHER** | **LCSW (0904018256)** | **F33.1** | **90837** |
| FACE-TO-FACE TIME | NON-FACE-TO-FACE TIME | | |
| **61 minutes** | **0 minutes** | | |

### Objectives

**Steps the client will take to achieve this goal**

The client will practice CBT and ACT-informed emotional management and behavioral activation techniques to address depressive symptoms that lead to poor self-care.

**This therapist will provide the following modality of treatment**

Individual therapy

**Key treatment methods to be used to help the client meet this goal**

Acceptance & Commitment Therapy, Cognitive Behavioral Therapy (CBT), Motivational interviewing, Supportive therapy

**The client's goal will be measured in the following way**

Progress will be measured by an increase in the Client's daily self-care practices when compared to baseline.

**Frequency of treatment**

Once / week

**Estimated time to achieve this goal**

3-6 months

## Follow Up Plan

## Confirmation

**I confirm that I have reviewed all AI-generated suggestions and take full responsibility for the accuracy and completeness of the note. I am aware that this technology can make mistakes and is not a substitute for my clinical judgment.**

Yes

**Electronically signed:**

JAMAL FLETCHER, LCSW
10/21/2025 3:33 PM

# growtherapy

| CLIENT NAME | MEMBER NUMBER | DATE OF BIRTH | CLINICIAN NAME | CLINICIAN LICENSURE (ID #) |
|---|---|---|---|---|
| Kimberlynn Jurkowski | W272762676 | 02/20/1960 | JAMAL FLETCHER | LCSW (0904018256) |

## Phq - Patient Health Questionnaire - Score: 22

*Submitted 10/12/2025*

**Little interest or pleasure in doing things**

0

**Feeling down, depressed, or hopeless**

3

**Trouble falling or staying asleep, or sleeping too much**

3

**Feeling tired or having little energy**

3

**Poor appetite or overeating**

3

**Feeling bad about yourself – or that you are a failure or have let yourself or your family down**

3

**Trouble concentrating on things, such as reading the newspaper or watching television**

3

**Moving or speaking so slowly that other people could have noticed. Or the opposite – being so fidgety or restless that you have been moving around a lot more than usual**

3

**Thoughts that you would be better off dead, or of hurting yourself**

1

**Score Category**

severe

**growtherapy**

| CLIENT NAME | MEMBER NUMBER | DATE OF BIRTH | CLINICIAN NAME | CLINICIAN LICENSURE (ID #) |
|---|---|---|---|---|
| Kimberlynn Jurkowski | W272762676 | 02/20/1960 | JAMAL FLETCHER | LCSW (0904018256) |

## Gad - Generalized Anxiety Disorder - Score: 21

*Submitted 10/12/2025*

**Feeling nervous, anxious, or on edge**

3

**Not being able to stop or control worrying**

3

**Worrying too much about different things**

3

**Trouble relaxing**

3

**Being so restless that it is hard to sit still**

3

**Becoming easily annoyed or irritable**

3

**Feeling afraid as if something awful might happen**

3

**Score Category**

severe

V/3SPPLOQ664RKDTTSTTATX

**growtherapy**

| CLIENT NAME | MEMBER NUMBER | DATE OF BIRTH | CLINICIAN NAME | CLINICIAN LICENSURE (ID #) |
|---|---|---|---|---|
| Kimberlynn Jurkowski | W272762676 | 02/20/1960 | JAMAL FLETCHER | LCSW (0904018256) |

## Ta - Therapeutic Alliance - Score: 15

*Submitted 10/12/2025*

**I feel understood by my therapist.**

3

**I feel comfortable opening up to my therapist.**

3

**I feel a sense of mutual respect in our interactions.**

3

**I can trust my therapist.**

3

**We agree on what is important for me to work on to reach my goals.**

3

**Score Category**

strong

**growtherapy**

| CLIENT NAME | MEMBER NUMBER | DATE OF BIRTH | CLINICIAN NAME | CLINICIAN LICENSURE (ID #) |
|---|---|---|---|---|
| Kimberlynn Jurkowski | W272762676 | 02/20/1960 | JAMAL FLETCHER | LCSW (0904018256) |

## Qol - Quality Of Life - Score: 0

*Submitted 10/12/2025*

**Thinking about both the good and bad things that make up your quality of life, how would you rate the quality of your life as a whole?**

0

**Score Category**

very-low

**growtherapy**

| CLIENT NAME | MEMBER NUMBER | DATE OF BIRTH | CLINICIAN NAME | CLINICIAN LICENSURE (ID #) |
|---|---|---|---|---|
| Kimberlynn Jurkowski | W272762676 | 02/20/1960 | JAMAL FLETCHER | LCSW (0904018256) |

## Cage-Aid - Substance Use (Adult) - Score: 0

*Submitted 10/12/2025*

**Have you ever felt you ought to cut down on your drinking or drug use?**

0

**Have people annoyed you by criticizing your drinking or drug use?**

0

**Have you felt bad or guilty about your drinking or drug use?**

0

**Have you ever had a drink or used drugs first thing in the morning to steady your nerves or to get rid of a hangover?**

0

**Score Category**

no-concern

# growtherapy

| | | | |
|---|---|---|---|
| CLIENT NAME | MEMBER NUMBER | DATE OF BIRTH | CLAIM PAGE # |
| **Kimberlynn Jurkowski** | **W272762676** | **02/20/1960** | **1 / 6** |
| SESSION TYPE | DATE OF VISIT | START & END TIME | PLACE OF SERVICE |
| **Follow Up** | **10/15/2025** | **2:00 – 3:03 PM EDT** | **Virtual** |
| CLINICIAN NAME | CLINICIAN LICENSURE (ID #) | ICD CODE | CPT CODE |
| **JAMAL FLETCHER** | **LCSW (0904018256)** | **F33.1** | **90837** |
| FACE-TO-FACE TIME | NON-FACE-TO-FACE TIME | | |
| **63 minutes** | **0 minutes** | | |

*Kimberlynn Jurkowski (Self) consented to Grow Therapy practice policies and telemental health services on 09/09/2025*

## Appointment Details

**Attendees other than client (if applicable)**

Not recorded.

**Location of service**

Televideo

**I confirm that the client agreed for this visit to occur via telehealth. The client's full name and address of their physical location was confirmed at the start of the session and the client is located in the state where I am licensed to practice.**

Yes

**I confirm that the client is clinically appropriate for service delivery via telehealth.**

Yes

## Clinical Presentation

**Focus of the session/topics discussed**

The session focused on the client's ongoing sadness while managing family life. The session included the completion of a safety assessment related to passive suicidal thoughts linked to chronic depression. The client shared thoughts on spirituality and religion, discussing negative experiences with perceived corruption in religious institutions. They expressed interest in exploring personal spirituality beyond family influences.

**Symptoms**

**Changes in mood**

Yes

**Persistent sadness or feelings of emptiness**

**Changes in behavior**

Yes

Social withdrawal, isolation or avoidance, Decreased interest in activities once enjoyed

# growtherapy

| | | | |
|---|---|---|---|
| CLIENT NAME | MEMBER NUMBER | DATE OF BIRTH | CLAIM PAGE # |
| **Kimberlynn Jurkowski** | **W272762676** | **02/20/1960** | **2 / 6** |
| SESSION TYPE | DATE OF VISIT | START & END TIME | PLACE OF SERVICE |
| **Follow Up** | **10/15/2025** | **2:00 - 3:03 PM EDT** | **Virtual** |
| CLINICIAN NAME | CLINICIAN LICENSURE (ID #) | ICD CODE | CPT CODE |
| **JAMAL FLETCHER** | **LCSW (0904018256)** | **F33.1** | **90837** |
| FACE-TO-FACE TIME | NON-FACE-TO-FACE TIME | | |
| **63 minutes** | **0 minutes** | | |

**Cognitive symptoms**

No

**Physical symptoms**

Yes

Fatigue or low energy

**Emotional symptoms**

Yes

Suicidal thoughts or behaviors, Feelings of hopelessness or helplessness, Persistent sadness or tearfulness, Excessive guilt or shame

**Sleep disturbances**

No

**Psychotic symptoms**

No

**Other**

No

**Severity of symptoms**

Moderate

**Client reports the following symptom frequency**

Client experiences persistent sadness regularly, impacting their emotional state, self-worth, and worldview.

**Impact on functioning**

The client's depressive symptoms impair the quality of their intimate and family relationships. The client reports feelings of low self-worth and passive suicidal ideation. The client reports social isolation and withdrawal.

**Were any risk issues suspected or disclosed?**

Yes

# growtherapy

| | | | |
|---|---|---|---|
| CLIENT NAME | MEMBER NUMBER | DATE OF BIRTH | CLAIM PAGE # |
| **Kimberlynn Jurkowski** | **W272762676** | **02/20/1960** | **3 / 6** |
| SESSION TYPE | DATE OF VISIT | START & END TIME | PLACE OF SERVICE |
| **Follow Up** | **10/15/2025** | **2:00 – 3:03 PM EDT** | **Virtual** |
| CLINICIAN NAME | CLINICIAN LICENSURE (ID #) | ICD CODE | CPT CODE |
| **JAMAL FLETCHER** | **LCSW (0904018256)** | **F33.1** | **90837** |
| FACE-TO-FACE TIME | NON-FACE-TO-FACE TIME | | |
| **63 minutes** | **0 minutes** | | |

**Risk issues**

Client reports thoughts of SI

VV9SPPLOU664RKOTTSTTATX

## Therapist Interventions

**Treatment approaches used in this session**

Solution-focused therapy, Supportive therapy

**Therapist interventions used in this session**

The therapist used cognitive behavioral techniques to help reframe the client's narrative around sadness, explored values and meaning to aid in understanding personal spirituality, and provided empathetic support in discussing the client's experiences with religion. Education about the difference between social isolation and solitude was offered to reframe the client's experiences. The therapist educated the client about suicide risk, specifically lethal means, preventative factors, and the difference between passive and active suicidal ideation.

**Interventions were used to**

Build rapport, Address symptoms, Reduce symptoms

**Additional info (optional)**

Therapist conducted a safety assessment for suicidal thoughts and provided clarity on the impact of isolation versus solitude.

**Client's response to interventions**

Client was actively engaged, exploring the role of values and spirituality, and expressed understanding of the need to address and reshape thoughts about sadness. The client completed the safety assessment. The client described their history with spirituality and family life, and how this informs their self-image and worldview.

## Client Progress

**Overall assessment of client progress towards treatment plan goals**

Working towards goals

**Additional info (optional)**

The client demonstrates increased ability to observe thoughts and emotions that contribute to depressive symptoms.

**Client progress is evidenced by:**

**Symptom change**

# growtherapy

| | | | |
|---|---|---|---|
| CLIENT NAME | MEMBER NUMBER | DATE OF BIRTH | CLAIM PAGE # |
| **Kimberlynn Jurkowski** | **W272762676** | **02/20/1960** | **4 / 6** |
| SESSION TYPE | DATE OF VISIT | START & END TIME | PLACE OF SERVICE |
| **Follow Up** | **10/15/2025** | **2:00 - 3:03 PM EDT** | **Virtual** |
| CLINICIAN NAME | CLINICIAN LICENSURE (ID #) | ICD CODE | CPT CODE |
| **JAMAL FLETCHER** | **LCSW (0904018256)** | **F33.1** | **90837** |
| FACE-TO-FACE TIME | NON-FACE-TO-FACE TIME | | |
| **63 minutes** | **0 minutes** | | |

No

**Functional change**

Yes

Enhanced coping skills / self-management

**Behavioral change**

No

**Self-management**

Yes

Monitoring moods and warning signs, Displaying insight into condition

**Treatment engagement**

Yes

Engaging meaningfully in therapy sessions

**Additional info (optional)**

Not recorded.

**What the client will do outside of sessions to make progress towards goals**

Client will engage in self-reflection about their spiritual beliefs and values, considering what a meaningful spiritual life looks like for them independently of family norms.

## Treatment Plan

**Will you be reviewing and updating the client's treatment plan?**

Reviewed, no updates needed

---

**Client reports the following goal**

"The client would like to reduce sleep disturbance. "

**Status**

# growtherapy

| | | | |
|---|---|---|---|
| CLIENT NAME | MEMBER NUMBER | DATE OF BIRTH | CLAIM PAGE # |
| **Kimberlynn Jurkowski** | **W272762676** | **02/20/1960** | **5 / 6** |
| SESSION TYPE | DATE OF VISIT | START & END TIME | PLACE OF SERVICE |
| **Follow Up** | **10/15/2025** | **2:00 – 3:03 PM EDT** | **Virtual** |
| CLINICIAN NAME | CLINICIAN LICENSURE (ID #) | ICD CODE | CPT CODE |
| **JAMAL FLETCHER** | **LCSW (0904018256)** | **F33.1** | **90837** |
| FACE-TO-FACE TIME | NON-FACE-TO-FACE TIME | | |
| **63 minutes** | **0 minutes** | | |

In progress

, / 9 5 P P L 0 0 6 6 4 R K 0 T T S T T A T X

**Client's goal is to**

Reduce symptoms

**Objectives**

**Steps the client will take to achieve this goal**

The client will continue mediation management and talk therapy simultaneously to identify and address issues leading to sleep disturbance. The client will track and manage sleep hygiene and use evidence-based practices to reduce daily anxiety with the goal of increasing sleep quality.

**This therapist will provide the following modality of treatment**

Individual therapy

**Key treatment methods to be used to help the client meet this goal**

Cognitive Behavioral Therapy (CBT), Meditation/ mindfulness, Solution-focused therapy

**The client's goal will be measured in the following way**

Progress will be measured by tracking the number of days the client has had more than 6 hours of sleep in one night , in a 1 to 2-week time period, when compared to baseline.

**Frequency of treatment**

Once / week

**Estimated time to achieve this goal**

3-6 months

**Client reports the following goal**

"The client would like to increase basic self-care practices. "

**Status**

In progress

**Client's goal is to**

Improve daily functioning

# growtherapy

| | | | |
|---|---|---|---|
| CLIENT NAME | MEMBER NUMBER | DATE OF BIRTH | CLAIM PAGE # |
| **Kimberlynn Jurkowski** | **W272762676** | **02/20/1960** | **6 / 6** |
| SESSION TYPE | DATE OF VISIT | START & END TIME | PLACE OF SERVICE |
| **Follow Up** | **10/15/2025** | **2:00 - 3:03 PM EDT** | **Virtual** |
| CLINICIAN NAME | CLINICIAN LICENSURE (ID #) | ICD CODE | CPT CODE |
| **JAMAL FLETCHER** | **LCSW (0904018256)** | **F33.1** | **90837** |
| FACE-TO-FACE TIME | NON-FACE-TO-FACE TIME | | |
| **63 minutes** | **0 minutes** | | |

### Objectives

**Steps the client will take to achieve this goal**

The client will practice CBT and ACT-informed emotional management and behavioral activation techniques to address depressive symptoms that lead to poor self-care.

**This therapist will provide the following modality of treatment**

Individual therapy

**Key treatment methods to be used to help the client meet this goal**

Acceptance & Commitment Therapy, Cognitive Behavioral Therapy (CBT), Motivational interviewing, Supportive therapy

**The client's goal will be measured in the following way**

Progress will be measured by an increase in the Client's daily self-care practices when compared to baseline.

**Frequency of treatment**

Once / week

**Estimated time to achieve this goal**

3-6 months

## Follow Up Plan

## Confirmation

I confirm that I have reviewed all AI-generated suggestions and take full responsibility for the accuracy and completeness of the note. I am aware that this technology can make mistakes and is not a substitute for my clinical judgment.

Yes

**Electronically signed:**

JAMAL FLETCHER, LCSW
10/24/2025 12:38 PM

**growtherapy**

| CLIENT NAME | MEMBER NUMBER | DATE OF BIRTH | CLINICIAN NAME | CLINICIAN LICENSURE (ID #) |
|---|---|---|---|---|
| Kimberlynn Jurkowski | W272762676 | 02/20/1960 | JAMAL FLETCHER | LCSW (0904018256) |

## C-Ssrs - Columbia Suicide Severity Rating Scale - Score: 300

*Submitted 10/15/2025*

**Score Category**

medium

.,ɔɔɼɼL0Q664RKDTTSTTATX

**growtherapy**

| CLIENT NAME | MEMBER NUMBER | DATE OF BIRTH | CLINICIAN NAME | CLINICIAN LICENSURE (ID #) |
|---|---|---|---|---|
| Kimberlynn Jurkowski | W272782676 | 02/20/1960 | JAMAL FLETCHER | LCSW (0904018256) |

## Phq - Patient Health Questionnaire - Score: 23

*Submitted 10/19/2025*

Little interest or pleasure in doing things

3

Feeling down, depressed, or hopeless

3

Trouble failing or staying asleep, or sleeping too much

3

Feeling tired or having little energy

3

Poor appetite or overeating

3

Feeling bad about yourself - or that you are a failure or have let yourself or your family down

3

Trouble concentrating on things, such as reading the newspaper or watching television

3

Moving or speaking so slowly that other people could have noticed. Or the opposite - being so fidgety or restless that you have been moving around a lot more than usual

0

Thoughts that you would be better off dead, or of hurting yourself

2

Score Category

severe

# growtherapy

| CLIENT NAME | MEMBER NUMBER | DATE OF BIRTH | CLINICIAN NAME | CLINICIAN LICENSURE (ID #) |
|---|---|---|---|---|
| Kimberlynn Jurkowski | W272762676 | 02/20/1960 | JAMAL FLETCHER | LCSW (0904018256) |

## Gad - Generalized Anxiety Disorder - Score: 19

*Submitted 10/19/2025*

**Feeling nervous, anxious, or on edge**

3

**Not being able to stop or control worrying**

3

**Worrying too much about different things**

3

**Trouble relaxing**

3

**Being so restless that it is hard to sit still**

2

**Becoming easily annoyed or irritable**

2

**Feeling afraid as if something awful might happen**

3

**Score Category**

severe

**growtherapy**

| CLIENT NAME | MEMBER NUMBER | DATE OF BIRTH | CLINICIAN NAME | CLINICIAN LICENSURE (ID #) |
|---|---|---|---|---|
| Kimberlynn Jurkowski | W272762676 | 02/20/1960 | JAMAL FLETCHER | LCSW (0904018256) |

## Ta - Therapeutic Alliance - Score: 15

*Submitted 10/19/2025*

**I feel understood by my therapist.**

3

**I feel comfortable opening up to my therapist.**

3

**I feel a sense of mutual respect in our interactions.**

3

**I can trust my therapist.**

3

**We agree on what is important for me to work on to reach my goals.**

3

**Score Category**

strong

**growtherapy**

| CLIENT NAME | MEMBER NUMBER | DATE OF BIRTH | CLINICIAN NAME | CLINICIAN LICENSURE (ID #) |
|---|---|---|---|---|
| Kimberlynn Jurkowski | W272762676 | 02/20/1960 | JAMAL FLETCHER | LCSW (0904018256) |

## Qol - Quality Of Life - Score: 3

*Submitted 10/19/2025*

**Thinking about both the good and bad things that make up your quality of life, how would you rate the quality of your life as a whole?**

0

**Score Category**

low

**growtherapy**

| CLIENT NAME | MEMBER NUMBER | DATE OF BIRTH | CLINICIAN NAME | CLINICIAN LICENSURE (ID #) |
|---|---|---|---|---|
| Kimberlynn Jurkowski | W272762676 | 02/20/1960 | JAMAL FLETCHER | LCSW (0904018256) |

## Cage-Aid - Substance Use (Adult) - Score: 0

*Submitted 10/19/2025*

**Have you ever felt you ought to cut down on your drinking or drug use?**

0

**Have people annoyed you by criticizing your drinking or drug use?**

0

**Have you felt bad or guilty about your drinking or drug use?**

0

**Have you ever had a drink or used drugs first thing in the morning to steady your nerves or to get rid of a hangover?**

0

**Score Category**

no-concern

**growtherapy**

| | | | |
|---|---|---|---|
| CLIENT NAME | MEMBER NUMBER | DATE OF BIRTH | CLAIM PAGE # |
| **Kimberlynn Jurkowski** | **W272762676** | **02/20/1960** | **1 / 6** |
| SESSION TYPE | DATE OF VISIT | START & END TIME | PLACE OF SERVICE |
| **Follow Up** | **10/22/2025** | **1:59 - 2:57 PM EDT** | **Virtual** |
| CLINICIAN NAME | CLINICIAN LICENSURE (ID #) | ICD CODE | CPT CODE |
| **JAMAL FLETCHER** | **LCSW (0904018256)** | **F33.1** | **90837** |
| FACE-TO-FACE TIME | NON-FACE-TO-FACE TIME | | |
| **58 minutes** | **0 minutes** | | |

*Kimberlynn Jurkowski (Self) consented to Grow Therapy practice policies and telemental health services on 09/09/2025*

## Appointment Details

**Attendees other than client (if applicable)**

Not recorded.

**Location of service**

Televideo

**I confirm that the client agreed for this visit to occur via telehealth. The client's full name and address of their physical location was confirmed at the start of the session and the client is located in the state where I am licensed to practice.**

Yes

**I confirm that the client is clinically appropriate for service delivery via telehealth.**

Yes

## Clinical Presentation

**Focus of the session/topics discussed**

The session focused on the client's exploration of spirituality, especially in the family context, and how it contributes to patterns of avoidance and poor self-image. The client expressed concerns about setting boundaries with family, particularly related to spirituality, without causing conflict or social isolation. The client shared experiences of avoiding family gatherings due to these concerns and moving out of state partly to manage this conflict. The client reported discomfort when suppressing personal beliefs in family situations.

**Symptoms**

**Changes in mood**

Yes

**Excessive worry or anxiety**

**Changes in behavior**

Yes

**Social withdrawal, isolation or avoidance**

# growtherapy

| | | | |
|---|---|---|---|
| CLIENT NAME | MEMBER NUMBER | DATE OF BIRTH | CLAIM PAGE # |
| **Kimberlynn Jurkowski** | **W272762676** | **02/20/1960** | **2 / 6** |
| SESSION TYPE | DATE OF VISIT | START & END TIME | PLACE OF SERVICE |
| **Follow Up** | **10/22/2025** | **1:59 – 2:57 PM EDT** | **Virtual** |
| CLINICIAN NAME | CLINICIAN LICENSURE (ID #) | ICD CODE | CPT CODE |
| **JAMAL FLETCHER** | **LCSW (0904018256)** | **F33.1** | **90837** |
| FACE-TO-FACE TIME | NON-FACE-TO-FACE TIME | | |
| **58 minutes** | **0 minutes** | | |

**Cognitive symptoms**

No

**Physical symptoms**

Yes

Fatigue or low energy

**Emotional symptoms**

Yes

Excessive worry or anxiety, Excessive guilt or shame

**Sleep disturbances**

No

**Psychotic symptoms**

No

**Other**

No

**Severity of symptoms**

Moderate

**Client reports the following symptom frequency**

The client reports persistent depressive symptoms, including rumination, social isolation, hopelessness, poor self-image, and fatigue. The Client reports patterns of emotional avoidance, including family interactions, particularly during gatherings or holidays.

**Impact on functioning**

Emotional avoidance patterns have impacted the client's social and familial relationships, contributing to social isolation and poor self-worth.

**Were any risk issues suspected or disclosed?**

No suicidal or homicidal ideation suspected or disclosed

# growtherapy

| | | | |
|---|---|---|---|
| CLIENT NAME | MEMBER NUMBER | DATE OF BIRTH | CLAIM PAGE # |
| **Kimberlynn Jurkowski** | **W272762676** | **02/20/1960** | **9 / 12** |
| SESSION TYPE | DATE OF VISIT | START & END TIME | PLACE OF SERVICE |
| **Intake** | **09/10/2025** | **4:01 – 5:03 PM EDT** | **Virtual** |
| CLINICIAN NAME | CLINICIAN LICENSURE (ID #) | ICD CODE | CPT CODE |
| **JAMAL FLETCHER** | **LCSW (0904018256)** | **F33.1** | **90791** |
| FACE-TO-FACE TIME | NON-FACE-TO-FACE TIME | | |
| **62 minutes** | **0 minutes** | | |

No

**Obsessions / compulsions**

No

**Phobias**

No

**Assessment of risk of harm to self**

**Previous suicide attempts**

No / denies

**Current suicidal ideation**

No / denies

**Current suicide plan**

No / denies

**Current self-harm behaviors**

No / denies

**Historical self-harm behaviors**

No / denies

**Access to means to harm self**

No / denies

**Additional info (optional)**

Not recorded.

**Assessment of risk to harm others**

**History of harm to others or destruction of property**

No / denies

**Current thoughts of harm to others or destruction of property**

# growtherapy

| | | | |
|---|---|---|---|
| CLIENT NAME | MEMBER NUMBER | DATE OF BIRTH | CLAIM PAGE # |
| **Kimberlynn Jurkowski** | **W272762676** | **02/20/1960** | **10 / 12** |
| SESSION TYPE | DATE OF VISIT | START & END TIME | PLACE OF SERVICE |
| **Intake** | **09/10/2025** | **4:01 – 5:03 PM EDT** | **Virtual** |
| CLINICIAN NAME | CLINICIAN LICENSURE (ID #) | ICD CODE | CPT CODE |
| **JAMAL FLETCHER** | **LCSW (0904018256)** | **F33.1** | **90791** |
| FACE-TO-FACE TIME | NON-FACE-TO-FACE TIME | | |
| **62 minutes** | **0 minutes** | | |

No / denies

**Current plans to harm others**
No / denies

**Current intent to harm others**
No / denies

**Access to weapon or means to harm others**
No / denies

**Additional info (optional)**
Not recorded.

## Treatment Plan

**Client reports the following goal**
"The client would like to reduce sleep disturbance. "

**Status**
In progress

**Client's goal is to**
Reduce symptoms

**Objectives**

**Steps the client will take to achieve this goal**
The client will continue mediation management and talk therapy simultaneously to identify and address issues leading to sleep disturbance. The client will track and manage sleep hygiene and use evidence-based practices to reduce daily anxiety with the goal of increasing sleep quality.

**This therapist will provide the following modality of treatment**
Individual therapy

**Key treatment methods to be used to help the client meet this goal**

# growtherapy

| | | | |
|---|---|---|---|
| CLIENT NAME | MEMBER NUMBER | DATE OF BIRTH | CLAIM PAGE # |
| **Kimberlynn Jurkowski** | **W272762676** | **02/20/1960** | **8 / 12** |
| SESSION TYPE | DATE OF VISIT | START & END TIME | PLACE OF SERVICE |
| **Intake** | **09/10/2025** | **4:01 – 5:03 PM EDT** | **Virtual** |
| CLINICIAN NAME | CLINICIAN LICENSURE (ID #) | ICD CODE | CPT CODE |
| **JAMAL FLETCHER** | **LCSW (0904018256)** | **F33.1** | **90791** |
| FACE-TO-FACE TIME | NON-FACE-TO-FACE TIME | | |
| **62 minutes** | **0 minutes** | | |

**Attitude**
Cooperative

**Behavior**
Cooperative

**Speech**
Normal

**Eye contact**
Appropriate

**Mood**
Depressed

**Affect**
Normal range

**Insight / judgement**
Good

**Thought process**
Coherent

**Thought content**

**Suicidality**
No

**Homicidality**
No

**Delusions**
No

**Hallucinations**

VV9SPPLOU664RKDTTSTTATX

# growtherapy

| | | | |
|---|---|---|---|
| CLIENT NAME | MEMBER NUMBER | DATE OF BIRTH | CLAIM PAGE # |
| **Kimberlynn Jurkowski** | **W272762676** | **02/20/1960** | **11 / 12** |
| SESSION TYPE | DATE OF VISIT | START & END TIME | PLACE OF SERVICE |
| **Intake** | **09/10/2025** | **4:01 - 5:03 PM EDT** | **Virtual** |
| CLINICIAN NAME | CLINICIAN LICENSURE (ID #) | ICD CODE | CPT CODE |
| **JAMAL FLETCHER** | **LCSW (0904018256)** | **F33.1** | **90791** |
| FACE-TO-FACE TIME | NON-FACE-TO-FACE TIME | | |
| **62 minutes** | **0 minutes** | | |

Cognitive Behavioral Therapy (CBT), Meditation/ mindfulness, Solution-focused therapy

**The client's goal will be measured in the following way**

Progress will be measured by tracking the number of days the client has had more than 6 hours of sleep in one night , in a 1 to 2-week time period, when compared to baseline.

**Frequency of treatment**

Once / week

**Estimated time to achieve this goal**

3-6 months

---

**Client reports the following goal**

"The client would like to increase basic self-care practices. "

**Status**

In progress

**Client's goal is to**

Improve daily functioning

**Objectives**

**Steps the client will take to achieve this goal**

The client will practice CBT and ACT-informed emotional management and behavioral activation techniques to address depressive symptoms that lead to poor self-care.

**This therapist will provide the following modality of treatment**

Individual therapy

**Key treatment methods to be used to help the client meet this goal**

Acceptance & Commitment Therapy, Cognitive Behavioral Therapy (CBT), Motivational interviewing, Supportive therapy

**The client's goal will be measured in the following way**

Progress will be measured by an increase in the Client's daily self-care practices when compared to baseline.

# growtherapy

| CLIENT NAME | MEMBER NUMBER | DATE OF BIRTH | CLAIM PAGE # |
|---|---|---|---|
| **Kimberlynn Jurkowski** | **W272762676** | **02/20/1960** | **12 / 12** |
| SESSION TYPE | DATE OF VISIT | START & END TIME | PLACE OF SERVICE |
| **Intake** | **09/10/2025** | **4:01 – 5:03 PM EDT** | **Virtual** |
| CLINICIAN NAME | CLINICIAN LICENSURE (ID #) | ICD CODE | CPT CODE |
| **JAMAL FLETCHER** | **LCSW (0904018256)** | **F33.1** | **90791** |
| FACE-TO-FACE TIME | NON-FACE-TO-FACE TIME | | |
| **62 minutes** | **0 minutes** | | |

**Frequency of treatment**

Once / week

**Estimated time to achieve this goal**

3–6 months

## Follow Up Plan

## Confirmation

I confirm that I have reviewed all AI-generated suggestions and take full responsibility for the accuracy and completeness of the note. I am aware that this technology can make mistakes and is not a substitute for my clinical judgment.

Yes

**Electronically signed:**

JAMAL FLETCHER, LCSW
09/11/2025 2:55 PM

# growtherapy

| | | | |
|---|---|---|---|
| CLIENT NAME | MEMBER NUMBER | DATE OF BIRTH | AFTER VISIT SUMMARY PAGE # |
| **Kimberlynn Jurkowski** | **W272762676** | **02/20/1960** | **1 / 1** |
| SESSION TYPE | DATE OF VISIT | START & END TIME | PLACE OF SERVICE |
| **Intake** | **09/10/2025** | **4:01 – 5:03 PM EDT** | **Virtual** |
| CLINICIAN NAME | CLINICIAN LICENSURE (ID #) | ICD CODE | CPT CODE |
| **JAMAL FLETCHER** | **LCSW (0904018256)** | **F33.1** | **90791** |
| FACE-TO-FACE TIME | NON-FACE-TO-FACE TIME | | |
| **62 minutes** | **0 minutes** | | |

## After Visit Summary

### Provider Message

Hi Kimberlynn! Thank you for meeting with me yesterday. Below you will find the plan we identified in session as well as a recap of what we discussed.

### Plan Summary

You will keep track of how many days you maintain personal hygiene, grooming, and nutrition for the next week to establish a baseline. You will also take note of any thoughts or fears you have when waking up during your sleep disturbances.

### Discussion Summary

You discussed feeling emotionally and physically drained since being terminated from your teaching job, leading to social withdrawal and diminished self-care. You mentioned receiving threats after your dismissal, causing fear and anxiety. You're experiencing sleep disturbances and depressive feelings despite family support. You hope to regain your old sense of self and improve your emotional well-being.
We discussed the importance of establishing a baseline for your self-care activities to better track progress in therapy. You were open to the idea of identifying specific areas for improvement in self-care.

VV9SPPLOO864RKDTTSTTATX

# growtherapy

| | | | |
|---|---|---|---|
| CLIENT NAME | MEMBER NUMBER | DATE OF BIRTH | CLAIM PAGE # |
| **Kimberlynn Jurkowski** | **W272762676** | **02/20/1960** | **1 / 7** |
| SESSION TYPE | DATE OF VISIT | START & END TIME | PLACE OF SERVICE |
| **Follow Up** | **09/17/2025** | **2:00 - 3:00 PM EDT** | **Virtual** |
| CLINICIAN NAME | CLINICIAN LICENSURE (ID #) | ICD CODE | CPT CODE |
| **JAMAL FLETCHER** | **LCSW (0904018256)** | **F33.1** | **90837** |
| FACE-TO-FACE TIME | NON-FACE-TO-FACE TIME | | |
| **60 minutes** | **0 minutes** | | |

*Kimberlynn Jurkowski (Self) consented to Grow Therapy practice policies and telemental health services on 09/09/2025*

## Appointment Details

**Attendees other than client (if applicable)**

Not recorded.

**Location of service**

Televideo

**I confirm that the client agreed for this visit to occur via telehealth. The client's full name and address of their physical location was confirmed at the start of the session and the client is located in the state where I am licensed to practice.**

Yes

**I confirm that the client is clinically appropriate for service delivery via telehealth.**

Yes

## Clinical Presentation

**Focus of the session/topics discussed**

Today, the session focused on exploring client's current emotional state and the impact of past job losses, which were connected to social injustices and politics. Client shared experiences of ongoing headaches and upset stomach, likely linked to adjustments with new medication. The discussion also centered on examining client's advocacy efforts as a source of emotional exhaustion and acknowledging the need for boundary setting to manage burnout. Client expressed continued feelings of sadness, reflecting on their past advocacy battles and tiredness from fighting against perceived injustices. Client asked the therapist questions to clarify the process of assessment and diagnosing mental health disorders. The client reports a history of advocating for her children, who were misdiagnosed and mistreated within school settings several years ago.

**Symptoms**

**Changes in mood**

Yes

**Persistent sadness or feelings of emptiness**

**Changes in behavior**

Yes

**growtherapy**

| | | | |
|---|---|---|---|
| CLIENT NAME | MEMBER NUMBER | DATE OF BIRTH | CLAIM PAGE # |
| Kimberlynn Jurkowski | W272762676 | 02/20/1960 | 2 / 7 |
| SESSION TYPE | DATE OF VISIT | START & END TIME | PLACE OF SERVICE |
| Follow Up | 09/17/2025 | 2:00 – 3:00 PM EDT | Virtual |
| CLINICIAN NAME | CLINICIAN LICENSURE (ID #) | ICD CODE | CPT CODE |
| JAMAL FLETCHER | LCSW (0904018256) | F33.1 | 90837 |
| FACE-TO-FACE TIME | NON-FACE-TO-FACE TIME | | |
| 60 minutes | 0 minutes | | |

Social withdrawal, isolation or avoidance

**Cognitive symptoms**

Yes

Specific phobias or fears that interfere with daily life

**Physical symptoms**

Yes

Headaches or bodily aches and pains, Digestive problems, Fatigue or low energy

**Emotional symptoms**

Yes

Feelings of hopelessness or helplessness, Persistent sadness or tearfulness

**Sleep disturbances**

Yes

Insomnia or difficulty falling asleep

**Psychotic symptoms**

No

**Other**

No

**Severity of symptoms**

Severe

**Client reports the following symptom frequency**

Client reported experiencing sadness frequently and has headaches and stomach upset since the last session.

**Impact on functioning**

# growtherapy

| | | | |
|---|---|---|---|
| CLIENT NAME | MEMBER NUMBER | DATE OF BIRTH | CLAIM PAGE # |
| **Kimberlynn Jurkowski** | **W272762676** | **02/20/1960** | **3 / 7** |
| SESSION TYPE | DATE OF VISIT | START & END TIME | PLACE OF SERVICE |
| **Follow Up** | **09/17/2025** | **2:00 - 3:00 PM EDT** | **Virtual** |
| CLINICIAN NAME | CLINICIAN LICENSURE (ID #) | ICD CODE | CPT CODE |
| **JAMAL FLETCHER** | **LCSW (0904018256)** | **F33.1** | **90837** |
| FACE-TO-FACE TIME | NON-FACE-TO-FACE TIME | | |
| **60 minutes** | **0 minutes** | | |

Client's depressive symptoms, increased by advocating efforts and lack of self-care, significantly impact client's emotional well-being and contribute to feelings of exhaustion and burnout.

**Were any risk issues suspected or disclosed?**

No suicidal or homicidal ideation suspected or disclosed

## Therapist Interventions

**Treatment approaches used in this session**

Solution-focused therapy, Supportive therapy

**Therapist interventions used in this session**

Therapist engaged in supportive therapy by validating client's experiences and concerns. Therapist used solution-focused strategies to help client identify costs associated with their advocacy efforts and consider setting boundaries to manage emotional exhaustion. Psychoeducation was provided about critical thinking in the diagnostics process and the impact of advocacy work on mental health.

**Interventions were used to**

Build rapport, Address symptoms, Reduce symptoms

**Additional info (optional)**

Therapist encouraged client to take inventory of personal sacrifices related to advocacy efforts as a means to explore the impact of emotional burnout.

**Client's response to interventions**

Client responded with appreciation and was receptive to discussing the impact of their advocacy efforts and the importance of establishing boundaries. Client engaged in reflection and was open to exploring personal costs and sacrifices for future action.

## Client Progress

**Overall assessment of client progress towards treatment plan goals**

Working towards goals

**Additional info (optional)**

Not recorded.

**growtherapy**

| | | | |
|---|---|---|---|
| CLIENT NAME | MEMBER NUMBER | DATE OF BIRTH | CLAIM PAGE # |
| Kimberlynn Jurkowski | W272762676 | 02/20/1960 | 4 / 7 |
| SESSION TYPE | DATE OF VISIT | START & END TIME | PLACE OF SERVICE |
| Follow Up | 09/17/2025 | 2:00 – 3:00 PM EDT | Virtual |
| CLINICIAN NAME | CLINICIAN LICENSURE (ID #) | ICD CODE | CPT CODE |
| JAMAL FLETCHER | LCSW (0904018256) | F33.1 | 90837 |
| FACE-TO-FACE TIME | NON-FACE-TO-FACE TIME | | |
| 60 minutes | 0 minutes | | |

**Client progress is evidenced by:**

**Symptom change**

Yes

**Symptoms worsening**

**Functional change**

Yes

**Decreased daily activity / work / school abilities**

**Behavioral change**

Yes

**Increased isolation**

**Self-management**

No

**Treatment engagement**

Yes

**Engaging meaningfully in therapy sessions**

**Additional info (optional)**

Not recorded.

**What the client will do outside of sessions to make progress towards goals**

Client will take inventory of personal sacrifices related to advocacy efforts as part of self-reflection and exploration for setting healthier boundaries and managing emotional exhaustion.

## Treatment Plan

**Will you be reviewing and updating the client's treatment plan?**

Reviewed, no updates needed

# growtherapy

| | | | |
|---|---|---|---|
| CLIENT NAME | MEMBER NUMBER | DATE OF BIRTH | CLAIM PAGE # |
| **Kimberlynn Jurkowski** | **W272762676** | **02/20/1960** | **5 / 7** |
| SESSION TYPE | DATE OF VISIT | START & END TIME | PLACE OF SERVICE |
| **Follow Up** | **09/17/2025** | **2:00 – 3:00 PM EDT** | **Virtual** |
| CLINICIAN NAME | CLINICIAN LICENSURE (ID #) | ICD CODE | CPT CODE |
| **JAMAL FLETCHER** | **LCSW (0904018256)** | **F33.1** | **90837** |
| FACE-TO-FACE TIME | NON-FACE-TO-FACE TIME | | |
| **60 minutes** | **0 minutes** | | |

**Client reports the following goal**

"The client would like to reduce sleep disturbance. "

**Status**

In progress

**Client's goal is to**

Reduce symptoms

**Objectives**

**Steps the client will take to achieve this goal**

The client will continue mediation management and talk therapy simultaneously to identify and address issues leading to sleep disturbance. The client will track and manage sleep hygiene and use evidence-based practices to reduce daily anxiety with the goal of increasing sleep quality.

**This therapist will provide the following modality of treatment**

Individual therapy

**Key treatment methods to be used to help the client meet this goal**

Cognitive Behavioral Therapy (CBT), Meditation/ mindfulness, Solution-focused therapy

**The client's goal will be measured in the following way**

Progress will be measured by tracking the number of days the client has had more than 6 hours of sleep in one night , in a 1 to 2-week time period, when compared to baseline.

**Frequency of treatment**

Once / week

**Estimated time to achieve this goal**

3-6 months

**Client reports the following goal**

"The client would like to increase basic self-care practices. "

# growtherapy

| | | | |
|---|---|---|---|
| CLIENT NAME | MEMBER NUMBER | DATE OF BIRTH | CLAIM PAGE # |
| **Kimberlynn Jurkowski** | **W272762676** | **02/20/1960** | **6 / 7** |
| SESSION TYPE | DATE OF VISIT | START & END TIME | PLACE OF SERVICE |
| **Follow Up** | **09/17/2025** | **2:00 – 3:00 PM EDT** | **Virtual** |
| CLINICIAN NAME | CLINICIAN LICENSURE (ID #) | ICD CODE | CPT CODE |
| **JAMAL FLETCHER** | **LCSW (0904018256)** | **F33.1** | **90837** |
| FACE-TO-FACE TIME | NON-FACE-TO-FACE TIME | | |
| **60 minutes** | **0 minutes** | | |

**Status**

In progress

**Client's goal is to**

Improve daily functioning

**Objectives**

**Steps the client will take to achieve this goal**

The client will practice CBT and ACT-informed emotional management and behavioral activation techniques to address depressive symptoms that lead to poor self-care.

**This therapist will provide the following modality of treatment**

Individual therapy

**Key treatment methods to be used to help the client meet this goal**

Acceptance & Commitment Therapy, Cognitive Behavioral Therapy (CBT), Motivational interviewing, Supportive therapy

**The client's goal will be measured in the following way**

Progress will be measured by an increase in the Client's daily self-care practices when compared to baseline.

**Frequency of treatment**

Once / week

**Estimated time to achieve this goal**

3-6 months

---

## Follow Up Plan

## Confirmation

I confirm that I have reviewed all AI-generated suggestions and take full responsibility for the accuracy and completeness of the note. I am aware that this technology can make mistakes and is not a substitute for my clinical judgment.

Yes

**Electronically signed:**

**growtherapy**

| | | | |
|---|---|---|---|
| CLIENT NAME | MEMBER NUMBER | DATE OF BIRTH | CLAIM PAGE # |
| **Kimberlynn Jurkowski** | **W272762676** | **02/20/1960** | **7 / 7** |
| SESSION TYPE | DATE OF VISIT | START & END TIME | PLACE OF SERVICE |
| **Follow Up** | **09/17/2025** | **2:00 - 3:00 PM EDT** | **Virtual** |
| CLINICIAN NAME | CLINICIAN LICENSURE (ID #) | ICD CODE | CPT CODE |
| **JAMAL FLETCHER** | **LCSW (0904018256)** | **F33.1** | **90837** |
| FACE-TO-FACE TIME | NON-FACE-TO-FACE TIME | | |
| **60 minutes** | **0 minutes** | | |

JAMAL FLETCHER, LCSW
09/25/2025 11:49 AM

# growtherapy

| | | | |
|---|---|---|---|
| CLIENT NAME | MEMBER NUMBER | DATE OF BIRTH | AFTER VISIT SUMMARY PAGE # |
| **Kimberlynn Jurkowski** | **W272762676** | **02/20/1960** | **1 / 1** |
| SESSION TYPE | DATE OF VISIT | START & END TIME | PLACE OF SERVICE |
| **Follow Up** | **09/17/2025** | **2:00 - 3:00 PM EDT** | **Virtual** |
| CLINICIAN NAME | CLINICIAN LICENSURE (ID #) | ICD CODE | CPT CODE |
| **JAMAL FLETCHER** | **LCSW (0904018256)** | **F33.1** | **90837** |
| FACE-TO-FACE TIME | NON-FACE-TO-FACE TIME | | |
| **60 minutes** | **0 minutes** | | |

## After Visit Summary

**Provider Message**

Hi Kimberlynn! Thank you for meeting with me last week. Below you will find the plan we identified in session, as well as a recap of what we discussed. Although we did not meet this week, I hope this summary serves as a helpful reminder of the topics we discussed.

**Plan Summary**

Please take inventory of the various costs you might pay for your fights and advocacy, such as emotional burnout or missed activities, to enhance awareness of personal sacrifices. This is not to say that any of these costs are or are not worthwhile. This is just an awareness practice.

**Discussion Summary**

During the session, you shared your continued feelings of sadness and the ongoing headaches and upset stomach you are experiencing, possibly due to medication. You reflected on past experiences with losing jobs, attributing some of the issues to social injustices and politics. You expressed concerns about the impact of your advocacy efforts on your emotional well-being. We also discussed the importance of setting boundaries to manage emotional exhaustion and the necessity of engaging in self-care. Finally, we identified the burnout and fatigue you're experiencing as a critical area to address in therapy.

....rLDu664RKDTTSTTATX

**growtherapy**

| CLIENT NAME | MEMBER NUMBER | DATE OF BIRTH | CLINICIAN NAME | CLINICIAN LICENSURE (ID #) |
|---|---|---|---|---|
| Kimberlynn Jurkowski | W272762676 | 02/20/1960 | JAMAL FLETCHER | LCSW (0904018256) |

## Phq - Patient Health Questionnaire - Score: 23

*Submitted 09/22/2025*

**Little interest or pleasure in doing things**

3

**Feeling down, depressed, or hopeless**

3

**Trouble falling or staying asleep, or sleeping too much**

3

**Feeling tired or having little energy**

3

**Poor appetite or overeating**

3

**Feeling bad about yourself - or that you are a failure or have let yourself or your family down**

3

**Trouble concentrating on things, such as reading the newspaper or watching television**

3

**Moving or speaking so slowly that other people could have noticed. Or the opposite - being so fidgety or restless that you have been moving around a lot more than usual**

0

**Thoughts that you would be better off dead, or of hurting yourself**

2

**Score Category**

severe

**growtherapy**

| CLIENT NAME | MEMBER NUMBER | DATE OF BIRTH | CLINICIAN NAME | CLINICIAN LICENSURE (ID #) |
|---|---|---|---|---|
| Kimberlynn Jurkowski | W272762676 | 02/20/1960 | JAMAL FLETCHER | LCSW (0904018256) |

## Gad - Generalized Anxiety Disorder - Score: 20

*Submitted 09/22/2025*

**Feeling nervous, anxious, or on edge**

2

**Not being able to stop or control worrying**

3

**Worrying too much about different things**

3

**Trouble relaxing**

3

**Being so restless that it is hard to sit still**

3

**Becoming easily annoyed or irritable**

3

**Feeling afraid as if something awful might happen**

3

**Score Category**

severe

**growtherapy**

| CLIENT NAME | MEMBER NUMBER | DATE OF BIRTH | CLINICIAN NAME | CLINICIAN LICENSURE (ID #) |
|---|---|---|---|---|
| Kimberlynn Jurkowski | W272762676 | 02/20/1960 | JAMAL FLETCHER | LCSW (0904018256) |

## Ta - Therapeutic Alliance - Score: 10

*Submitted 09/22/2025*

**I feel understood by my therapist.**

2

**I feel comfortable opening up to my therapist.**

2

**I feel a sense of mutual respect in our interactions.**

2

**I can trust my therapist.**

2

**We agree on what is important for me to work on to reach my goals.**

2

**Score Category**

**average**

**growtherapy**

| CLIENT NAME | MEMBER NUMBER | DATE OF BIRTH | CLINICIAN NAME | CLINICIAN LICENSURE (ID #) |
|---|---|---|---|---|
| Kimberlynn Jurkowski | W272762676 | 02/20/1960 | JAMAL FLETCHER | LCSW (0904018256) |

## Qol - Quality Of Life - Score: 1

*Submitted 09/22/2025*

**Thinking about both the good and bad things that make up your quality of life, how would you rate the quality of your life as a whole?**

1

**Score Category**

low

vvvSPPL00664RKDTTSTTATX

**growtherapy**

| CLIENT NAME | MEMBER NUMBER | DATE OF BIRTH | CLINICIAN NAME | CLINICIAN LICENSURE (ID #) |
|---|---|---|---|---|
| Kimberlynn Jurkowski | W272762676 | 02/20/1960 | JAMAL FLETCHER | LCSW (0904018256) |

## Cage-Aid - Substance Use (Adult) - Score: 0

*Submitted 09/22/2025*

**Have you ever felt you ought to cut down on your drinking or drug use?**

0

**Have people annoyed you by criticizing your drinking or drug use?**

0

**Have you felt bad or guilty about your drinking or drug use?**

0

**Have you ever had a drink or used drugs first thing in the morning to steady your nerves or to get rid of a hangover?**

0

**Score Category**

no-concern

# growtherapy

| | | | |
|---|---|---|---|
| CLIENT NAME | MEMBER NUMBER | DATE OF BIRTH | CLAIM PAGE # |
| **Kimberlynn Jurkowski** | **W272762676** | **02/20/1960** | **1 / 6** |
| SESSION TYPE | DATE OF VISIT | START & END TIME | PLACE OF SERVICE |
| **Follow Up** | **09/29/2025** | **12:00 - 1:01 PM EDT** | **Virtual** |
| CLINICIAN NAME | CLINICIAN LICENSURE (ID #) | ICD CODE | CPT CODE |
| **JAMAL FLETCHER** | **LCSW (0904018256)** | **F33.1** | **90837** |
| FACE-TO-FACE TIME | NON-FACE-TO-FACE TIME | | |
| **61 minutes** | **0 minutes** | | |

*Kimberlynn Jurkowski (Self) consented to Grow Therapy practice policies and telemental health services on 09/09/2025*

## Appointment Details

**Attendees other than client (if applicable)**

Not recorded.

**Location of service**

Televideo

**I confirm that the client agreed for this visit to occur via telehealth. The client's full name and address of their physical location was confirmed at the start of the session and the client is located in the state where I am licensed to practice.**

Yes

**I confirm that the client is clinically appropriate for service delivery via telehealth.**

Yes

## Clinical Presentation

**Focus of the session/topics discussed**

The session focused on the concept of advocacy and its emotional costs, especially regarding the client's children and their educational experience. The client and therapist explored feelings of being tired and emotionally worn out. The client empathized with the historical struggles of other advocates, who she feels faced much more difficult challenges. The therapist reflected and explored the client's reluctance to acknowledge depression and the impact of core beliefs and emotional avoidance on their mental state.

**Symptoms**

**Changes in mood**

Yes

**Persistent sadness or feelings of emptiness**

**Changes in behavior**

Yes

**Social withdrawal, isolation or avoidance**

# growtherapy

| | | | |
|---|---|---|---|
| CLIENT NAME | MEMBER NUMBER | DATE OF BIRTH | CLAIM PAGE # |
| **Kimberlynn Jurkowski** | **W272762676** | **02/20/1960** | **2 / 6** |
| SESSION TYPE | DATE OF VISIT | START & END TIME | PLACE OF SERVICE |
| **Follow Up** | **09/29/2025** | **12:00 - 1:01 PM EDT** | **Virtual** |
| CLINICIAN NAME | CLINICIAN LICENSURE (ID #) | ICD CODE | CPT CODE |
| **JAMAL FLETCHER** | **LCSW (0904018256)** | **F33.1** | **90837** |
| FACE-TO-FACE TIME | NON-FACE-TO-FACE TIME | | |
| **61 minutes** | **0 minutes** | | |

**Cognitive symptoms**

Yes

Intrusive thoughts or obsessive thinking

**Physical symptoms**

Yes

Fatigue or low energy

**Emotional symptoms**

Yes

Feelings of hopelessness or helplessness, Difficulty managing stress, Excessive guilt or shame

**Sleep disturbances**

No

**Psychotic symptoms**

No

**Other**

No

**Severity of symptoms**

Moderate

**Client reports the following symptom frequency**

Client reported feelings of fatigue, emotional exhaustion, and lack of interest in meaningful activities. The client reports symptoms of rumination, poor self-image, and shame regarding her depressive symptoms and treatment needs.

**Impact on functioning**

Client's symptoms of depression result in poor self-care, social withdrawal, and affect their emotional well-being. Client reports feelings of shame regarding the diagnosis of depression, which harmfully impacts her sense of self-worth.

**Were any risk issues suspected or disclosed?**

# growtherapy

| | | | |
|---|---|---|---|
| CLIENT NAME | MEMBER NUMBER | DATE OF BIRTH | CLAIM PAGE # |
| Kimberlynn Jurkowski | W272762676 | 02/20/1960 | 3 / 6 |
| SESSION TYPE | DATE OF VISIT | START & END TIME | PLACE OF SERVICE |
| Follow Up | 09/29/2025 | 12:00 - 1:01 PM EDT | Virtual |
| CLINICIAN NAME | CLINICIAN LICENSURE (ID #) | ICD CODE | CPT CODE |
| JAMAL FLETCHER | LCSW (0904018256) | F33.1 | 90837 |
| FACE-TO-FACE TIME | NON-FACE-TO-FACE TIME | | |
| 61 minutes | 0 minutes | | |

No suicidal or homicidal ideation suspected or disclosed

## Therapist Interventions

**Treatment approaches used in this session**

Solution-focused therapy, Supportive therapy

**Therapist interventions used in this session**

The therapist explored the client's advocacy experiences and validated the emotional toll of standing up for oneself and one's family. The therapist introduced the concept of core beliefs, how they affect the client's self-perception, and contribute to patterns of emotional avoidance. The therapist encouraged self-validation, self-acceptance, and the necessity of acknowledging one's own mental health needs.

**Interventions were used to**

Build rapport, Address symptoms, Reduce symptoms

**Additional info (optional)**

Therapist discussed core beliefs and emotional avoidance to help client understand and validate their feelings.

**Client's response to interventions**

Client engaged with the discussion on advocacy and emotional costs, becoming more aware of personal invalidation through comparison. Client acknowledged the relevance of core beliefs and seemed open to exploring emotional validation.

## Client Progress

**Overall assessment of client progress towards treatment plan goals**

Working towards goals

**Additional info (optional)**

Client described the difficulty of accepting the diagnosis of depression, but demonstrated willingness to examine core beliefs regarding mental health and self-worth.

**Client progress is evidenced by:**

**Symptom change**

No

# growtherapy

| | | | |
|---|---|---|---|
| CLIENT NAME | MEMBER NUMBER | DATE OF BIRTH | CLAIM PAGE # |
| **Kimberlynn Jurkowski** | **W272762676** | **02/20/1960** | **4 / 6** |
| SESSION TYPE | DATE OF VISIT | START & END TIME | PLACE OF SERVICE |
| **Follow Up** | **09/29/2025** | **12:00 – 1:01 PM EDT** | **Virtual** |
| CLINICIAN NAME | CLINICIAN LICENSURE (ID #) | ICD CODE | CPT CODE |
| **JAMAL FLETCHER** | **LCSW (0904018256)** | **F33.1** | **90837** |
| FACE-TO-FACE TIME | NON-FACE-TO-FACE TIME | | |
| **61 minutes** | **0 minutes** | | |

**Functional change**

No

**Behavioral change**

No

**Self-management**

Yes

Monitoring moods and warning signs, Displaying insight into condition

**Treatment engagement**

Yes

Engaging meaningfully in therapy sessions

**Additional info (optional)**

Not recorded.

**What the client will do outside of sessions to make progress towards goals**

Track and document two to three thoughts and emotions related to core beliefs and emotional avoidance to enhance self-awareness and validation.

## Treatment Plan

**Will you be reviewing and updating the client's treatment plan?**

Reviewed, no updates needed

---

**Client reports the following goal**

"The client would like to reduce sleep disturbance. "

**Status**

In progress

**Client's goal is to**

# growtherapy

| | | | |
|---|---|---|---|
| CLIENT NAME | MEMBER NUMBER | DATE OF BIRTH | CLAIM PAGE # |
| Kimberlynn Jurkowski | W272762676 | 02/20/1960 | 5 / 6 |
| SESSION TYPE | DATE OF VISIT | START & END TIME | PLACE OF SERVICE |
| Follow Up | 09/29/2025 | 12:00 - 1:01 PM EDT | Virtual |
| CLINICIAN NAME | CLINICIAN LICENSURE (ID #) | ICD CODE | CPT CODE |
| JAMAL FLETCHER | LCSW (0904018256) | F33.1 | 90837 |
| FACE-TO-FACE TIME | NON-FACE-TO-FACE TIME | | |
| 61 minutes | 0 minutes | | |

Reduce symptoms

**Objectives**

**Steps the client will take to achieve this goal**

The client will continue mediation management and talk therapy simultaneously to identify and address issues leading to sleep disturbance. The client will track and manage sleep hygiene and use evidence-based practices to reduce daily anxiety with the goal of increasing sleep quality.

**This therapist will provide the following modality of treatment**

Individual therapy

**Key treatment methods to be used to help the client meet this goal**

Cognitive Behavioral Therapy (CBT), Meditation/ mindfulness, Solution-focused therapy

**The client's goal will be measured in the following way**

Progress will be measured by tracking the number of days the client has had more than 6 hours of sleep in one night , in a 1 to 2-week time period, when compared to baseline.

**Frequency of treatment**

Once / week

**Estimated time to achieve this goal**

3-6 months

---

**Client reports the following goal**

"The client would like to increase basic self-care practices. "

**Status**

In progress

**Client's goal is to**

Improve daily functioning

**Objectives**

**Steps the client will take to achieve this goal**

# growtherapy

| | | | |
|---|---|---|---|
| CLIENT NAME | MEMBER NUMBER | DATE OF BIRTH | CLAIM PAGE # |
| **Kimberlynn Jurkowski** | **W272762676** | **02/20/1960** | **6 / 6** |
| SESSION TYPE | DATE OF VISIT | START & END TIME | PLACE OF SERVICE |
| **Follow Up** | **09/29/2025** | **12:00 - 1:01 PM EDT** | **Virtual** |
| CLINICIAN NAME | CLINICIAN LICENSURE (ID #) | ICD CODE | CPT CODE |
| **JAMAL FLETCHER** | **LCSW (0904018256)** | **F33.1** | **90837** |
| FACE-TO-FACE TIME | NON-FACE-TO-FACE TIME | | |
| **61 minutes** | **0 minutes** | | |

The client will practice CBT and ACT-informed emotional management and behavioral activation techniques to address depressive symptoms that lead to poor self-care.

**This therapist will provide the following modality of treatment**

Individual therapy

**Key treatment methods to be used to help the client meet this goal**

Acceptance & Commitment Therapy, Cognitive Behavioral Therapy (CBT), Motivational interviewing, Supportive therapy

**The client's goal will be measured in the following way**

Progress will be measured by an increase in the Client's daily self-care practices when compared to baseline.

**Frequency of treatment**

Once / week

**Estimated time to achieve this goal**

3-6 months

## Follow Up Plan

## Confirmation

I confirm that I have reviewed all AI-generated suggestions and take full responsibility for the accuracy and completeness of the note. I am aware that this technology can make mistakes and is not a substitute for my clinical judgment.

Yes

**Electronically signed:**

JAMAL FLETCHER, LCSW
10/08/2025 11:54 AM

**EJTEMAEE,NASRIN,MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

Phone: (703)**893-8345**
Fax: (703)**356-2730**

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Anuual exam - 3/18/2024**

Visit Summary
Ordered:
CBC (INCLUDES DIFF/PLT)
COMPREHENSIVE METABOLIC PANEL
HEMOGLOBIN A1c
TSH W/REFLEX TO FT4
LIPID PANEL,... (Continued: in Endnote 2)

VV8SPPLOO864RKDTTSTTATX

**Endnotes**

**(1) Visit Date 3/18/2024 Continued:**

| ... | Description |
|---|---|
| Z00.00 | ENCOUNTER FOR GENERAL ADULT MEDICAL EXAMINATION WITHOUT ABN... |
| 99396 | PREV VISIT EST AGE 40-64 |
| 36415 | ROUTINE VENIPUNCTURE |
| 81002 | URINALYSIS NONAUTO W/O SCOPE |

**(2) Visit Date 3/18/2024 Continued:**

...STANDARD
VITAMIN B12
QUESTASSURED 25-OH VIT D, (D2,D3)
Advised for screening colon CA.
Return for follow up appointment in 2-4 wks.

EJTEMAEE,NASRIN,MD
8375 GREENSBORO DR
MC LEAN, VA 22102-3529

Phone: (703)893-8345
Fax: (703)356-2730

JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960
Office Visit - SOAP Style1/ R - 1/8/2025

**Plan**

**BMI Follow-up Plan:**

**Nutrition Counseling:**

V V 9 S P P L O Q O B 4 R K D T T S T T A T X

**Physical Activity Counseling:**

As tolerated

**Visit Summary / Care Plan:**

Visit Summary
Ordered:
CARDIO IQ(R) VITAMIN D, 25 HYDROXY
LYME DISEASE AB W/REFL TO BLOT (IGG,IGM)(REFL)
CBC (H/H, RBC, INDICES, WBC, PLT)
SED RATE BY MODIFIED WESTERGREN
RHEUMATOID ARTHRITIS DIAGNOSTIC IDENTRA(TM) PANEL 4
ANA MULTIPLEX WITH REFLEX TO DSDNA
Return for follow up appointment in 2-4 wks.

**Urinalysis:**

| **Clarity:** | **Color:** | **Glucose:** | **BIL:** |
| --- | --- | --- | --- |
| **KET:** | **SG:** | **PH:** | **PRO:** |
| **URO:** | **NIT:** | **BLO:** | **LEU:** |

**EJTEMAEE,NASRIN,MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

Phone: (703)**893-8345**
Fax: (703)**356-2730**

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Anuual exam - 3/18/2024**

**Start Date / Time:** 03/18/2024 10:12 am

**Historian:** Patient

**Chief Complaint:**

P/E..
Has no complaints, healthy eater, active life.
H/O Talassemia minor

| **Weight (lbs.):** | **Previous Weight (lbs.):** | **Weight Change** (lbs.): |
|---|---|---|
| 132 | 130 | |

| **Height (in.):** | **BMI:** |
|---|---|
| 61 | 24.9 |

| **Temperature:** | **Pulse:** | **Respiration:** |
|---|---|---|
| 98 | 68 | 14 |

| **O2 Sat (%) / Room Air:** | **O2 Sat (%) / Supplemental Oxygen:** | **Supplemental Oxygen Therapy:** |
|---|---|---|
| | | |

**BP 1:**

120    / 70        Arm - Left

## Medical / Surgical History:

Reviewed

- ☐ **Appendectomy**
- ☐ **Bladder / Kidney Infection**
- ☐ **Cholecystectomy**

**EJTEMAEE,NASRIN,MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

Phone: (703)893-8345
Fax: (703)356-2730

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Anuual exam - 3/18/2024**

- ☐ **Coagulation Disorders**
- ☐ **Gallstones**
- ☐ **Hypertension**
- ☐ **Kidney Stones**
- ☐ **Tonsillectomy**

**Other:**   U/R

**Diabetes:**

--

VV8SPPLOU664RKDTTSTTATX

# Social History

--

**Smoking Status:**      Never Smoker

**Smoked Per Day:**      --

**Alcohol Use:**   Current

**Drug Use:**      --

**EJTEMAEE,NASRIN,MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

Phone: (703)893-8345
Fax: (703)356-2730

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Anuual exam - 3/18/2024**

**Lives:**          --

**Other:**

# Family History - First Degree Blood Relatives

**Natural Parents:**

Alzehimer,

**Natural Siblings:**

6 sibb's, clotting disorder,  Brother.CKD, Passed sister kidney transplant, HTN, HLD. Gout.

**Natural Children:**

3 healthy adult kids.

**Functional Status Assessed:**

Desk job

**Cognitive Status Assessed:**

No impairment

**EJTEMAEE,NASRIN,MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

Phone: (703)893-8345
Fax: (703)356-2730

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Anual exam - 3/18/2024**

**Condition Upon Discharge:**          --

**Discharged To:**          --

   **Other:**

**Discharge Date / Time:**

VV9SPPLOU864RKDTTSTTATX

**All Systems Have Been Reviewed and:**

**Are Negative**

**Positive Response / Pertinent Negative:**

No depression symptoms, No nocturia, Normal sleep, Regular BM, Talassemia minor

**History of Present Illness:**

P/E

EJTEMAEE,NASRIN,MD
8375 GREENSBORO DR
MC LEAN, VA 22102-3529

Phone: (703)893-8345
Fax: (703)356-2730

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Anuual exam - 3/18/2024**

**Symptoms:**

**Location:** --

  **Laterality:** --

  **Other:**

**Pain Level:** --                                  out of 10

**Duration:** --

**Context:**

## General

  ✓  **No Acute Distress**

  ✓  **Pale**

  ☐  **Cyanotic**

  ☐  **Cachectic**

  ☐  **Obese**

**Other:**

## HEENT

  ✓  **Normocephalic**

  ✓  **PERRLA**

  ✓  **EOMI**

  ✓  **No Thyromegaly**

  ✓  **Tongue / Oral Mucosa WNL**

  ✓  **Pharynx Clear**

  ☐  **Conjunctival Icterus**

  ☐  **Conjunctival Injection**

  ☐  **Ear - Discharge**

  ☐  **Ear - Foreign Body**

  ☐  **Epistaxis**

  ☐  **Eustachian Tubes Obstructed**

  ☐  **Lymphadenopathy**

  ☐  **Nasal Discharge**

**EJTEMAEE,NASRIN,MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

**Phone: (703)893-8345**
**Fax: (703)356-2730**

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Tele 1 - 5/22/2024**

**Treatment Plan**

Visit Summary
Prescriptions:
SIG: doxycycline monohydrate 100 mg oral capsule, 1 days, Dispense #2 Capsule, 0 Refills, Directions:
2 cap stat

VV86PPL0G864RKDTTSTTATX

**Diagnosis**

| Code | Description |
|------|-------------|
| W57.XXXA | Bitten or stung by nonvenomous insect and other nonvenomous... |
| 99213 | OFFICE/OUTPATIENT VISIT... (Continued: in Endnote 1) |

**Patient Education/Instructions**

Advised local care

**EJTEMAEE,NASRIN,MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

**Phone: (703)893-8345**
**Fax: (703)356-2730**

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Tele 1 - 5/22/2024**

**Referral**
**s**

**Follow-up Appointment**

4-6        Weeks

**Tests Ordered**

❏    Barium Enema
❏    Echocardiogram
❏    Colonoscopy
❏    Chest X-ray
❏    Electrocardiogram
❏    Flexible Sigmoidoscopy
❏    Mammogram
❏    Stress Echo
❏    Stress Test
❏    Ultrasound

**EJTEMAEE,NASRIN,MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

**Phone: (703)893-8345**
**Fax: (703)356-2730**

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Office Visit - SOAP Style1/ R - 1/8/2025**

| | |
|---|---|
| Neurological | ☐ ☐ |
| Psychiatric | ☐ ☐ |

**Abnormal Exam Findings:**

VVOSPPLOUOOORKDTTSTTATX

--

**Smoking Status:**      Never Smoker

**Smoked Per Day:**       --

**Cessation Counseling and Intervention**

--

--

**Referral to Stop-Smoking Clinic:**

**EJTEMAEE, NASRIN, MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

**Phone: (703)893-8345**
**Fax: (703)356-2730**

**JURKOWSKI, KIMBERLYNN - DOB: 2/20/1960**
**Office Visit - SOAP Style1/ R - 1/8/2025**

☐    **Patient Receiving Cessation Assistance**

—

**Comments:**

**Assessment**

**Diagnosis:**

| Code | Description |
|------|-------------|
| M25.561 | Pain in right knee |
| R60.9 | Edema, unspecified |

—

**EJTEMAEE,NASRIN,MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

**Phone: (703)893-8345**
**Fax: (703)356-2730**

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Anuual exam - 9/26/2025**

--

## Skin

| | |
|---|---|
| ✓ **Warm, Dry without Rash** | ☐ **Rash** |
| ✓ **No Ulcerations or Petechiae** | ☐ **Abrasion** |
| | ☐ **Contusion** |

**Other:** ., .ɔɔ ɾ ɾ ʟ ʋ ʋ ʋ ʋ ʋ ʀ ᴋ ᴅ ᴛ ᴛ s ᴛ ᴛ ᴀ ᴛ x

## Musculoskeletal

| | |
|---|---|
| ✓ **Gait WNL** | ☐ **Pedal Edema** |
| ✓ **Strength WNL** | ☐ **Joint Swelling** |
| ✓ **Tone WNL** | ☐ **Fracture** |
| | ☐ **Sprain** |
| | ☐ **Diminished ROM** |

**Other:**

## Neurological / Psych

| | |
|---|---|
| ✓ **Alert, Awake, Oriented x 3** | ☐ **Lethargic** |
| ✓ **Cranial Nerves WNL** | ☐ **Disoriented** |
| ✓ **No Motor Deficits** | ☐ **Motor Loss** |
| ✓ **No Sensory Deficits** | ☐ **Sensory Deficit** |
| | ☐ **Confused** |
| | ☐ **Decreased LOC** |
| | ☐ **Tremors** |
| | ☐ **Ataxia** |

**EJTEMAEE,NASRIN,MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

**Phone: (703)893-8345**
**Fax: (703)356-2730**

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Annual exam - 9/26/2025**

☐    **Slurred Speech**
**Other:**

**Urinalysis:**

see results

| **Clarity:** | **Color:** | **Glucose:** | **BIL:** |
|---|---|---|---|
| c | y | - | - |

| **KET:** | **SG:** | **PH:** | **PRO:** |
|---|---|---|---|
| - | 1.020 | 6.5 | - |

| **URO:** | **NIT:** | **BLO:** | **LEU:** |
|---|---|---|---|
| 0.2 | - | - | - |

**Other Findings:**

**Diagnosis / Procedure:**

Code        ... (Continued: in Endnote 1)

**EJTEMAEE,NASRIN,MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

**Phone: (703)893-8345**
**Fax: (703)356-2730**

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Anuual exam - 9/26/2025**
**Visit Summary / Care Plan:**

Visit Summary
Ordered:
CBC (INCLUDES DIFF/PLT)
COMPREHENSIVE METABOLIC PANEL
HEMOGLOBIN A1c
TSH W/REFLEX TO FT4
LIPID PANEL,... (Continued: in Endnote 2)

VVOSPPLOGO64RKDTTSTTATX

**Endnotes**

**(1) Visit Date 9/26/2025 Continued:**

| ... | Description |
|-----|-------------|
| Z00.00 | ENCOUNTER FOR GENERAL ADULT MEDICAL EXAMINATION WITHOUT ABN... |
| 99396 | PREV VISIT EST AGE 40-64 |
| 36415 | ROUTINE VENIPUNCTURE |
| 81002 | URINALYSIS NONAUTO W/O SCOPE |

**(2) Visit Date 9/26/2025 Continued:**
...STANDARD
VITAMIN B12
QUESTASSURED 25-OH VIT D, (D2,D3)
Return for follow up appointment in 2-4 wks.
Updated for colon CA screening.

**EJTEMAEE, NASRIN, MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

**Phone: (703)893-8345**
**Fax: (703)356-2730**

**JURKOWSKI, KIMBERLYNN - DOB: 2/20/1960**
**Tele 1 - 10/8/2025**

**Treatment Plan**

Visit Summary.
Discussed her labs in detail.
W/U worked up for anemia with none conclusive result.

VV95FrLDU884RKDTTSTTATX

**Diagnosis**

| Code | Description |
|------|-------------|
| D64.9 | Anemia, unspecified |
| Z79.899 | OTHER LONG TERM (CURRENT) DRUG... (Continued: in Endnote 1) |

**Patient Education/Instructions**

Advised healthy diet, regular exercises, and full balanced food

VV9SPPLOU664RKDTTSTTATX

**EJTEMAEE,NASRIN,MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

**Phone: (703)893-8345**
**Fax: (703)356-2730**

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Tele 1 - 10/8/2025**

**Referral
s**

**Follow-up Appointment**

6-12          Months

**Tests Ordered**

- ☐    Barium Enema
- ☐    Echocardiogram
- ☐    Colonoscopy
- ☐    Chest X-ray
- ☐    Electrocardiogram
- ☐    Flexible Sigmoidoscopy
- ☐    Mammogram
- ☐    Stress Echo
- ☐    Stress Test
- ☐    Ultrasound

✠■❄■□▼✹▲

**(1) Visit Date 10/8/2025 Continued:**
...THERAPY
99213          OFFICE/OUTPATIENT VISIT EST
E78.5          Hyperlipidemia, unspecified

VV88PPL00864RKDTTSTTATX

**EJTEMAEE,NASRIN,MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

**Phone: (703)893-8345**
**Fax: (703)356-2730**

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Anuual exam - 9/26/2025**

**Start Date / Time:**        09/26/2025 10:25 am

**Historian:**        Patient

**Chief Complaint:**

P/E
Blood test

**Weight (lbs.):**        **Previous Weight (lbs.):**        **Weight Change (lbs.):**

132

**Height (in.):**        **BMI:**

60        25.8

**Temperature:**        **Pulse:**        **Respiration:**

98.1        63        14

**O2 Sat (%) / Room Air:**        **O2 Sat (%) /**        **Supplemental Oxygen Therapy:**
        **Supplemental Oxygen:**

99

**BP 1:**

107        / 57        Arm - Left

## Medical / Surgical History:

Reviewed

- ☐    **Appendectomy**
- ☐    **Bladder / Kidney Infection**
- ☐    **Cholecystectomy**

**EJTEMAEE,NASRIN,MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

**Phone: (703)893-8345**
**Fax: (703)356-2730**

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Annual exam - 9/26/2025**

- ❑ **Coagulation Disorders**
- ❑ **Gallstones**
- ❑ **Hypertension**
- ❑ **Kidney Stones**
- ❑ **Tonsillectomy**

**Other:**   tubal ligation

**Diabetes:**

--

# Social History

--

**Smoking Status:**   Never Smoker

**Smoked Per Day:**   --

**Alcohol Use:**   Never

**Drug Use:**   Never

**EJTEMAEE, NASRIN, MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

**Phone: (703)893-8345**
**Fax: (703)356-2730**

**JURKOWSKI, KIMBERLYNN - DOB: 2/20/1960**
**Anuual exam - 9/26/2025**

**Lives:**          In Home with Other

**Other:**

# Family History - First Degree Blood Relatives

### Natural Parents:

Alzehimer,

### Natural Siblings:

6 sibb's, clotting disorder,  Brother.CKD, Passed sister kidney transplant, HTN, HLD. Gout.

### Natural Children:

3 healthy adult kids.

### Functional Status Assessed:

Temporary unemployed

### Cognitive Status Assessed:

No impairment

**EJTEMAEE,NASRIN,MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

**Phone: (703)893-8345**
**Fax: (703)356-2730**

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Anuual exam - 9/26/2025**

**Condition Upon Discharge:**      Unchanged

**Discharged To:**      ---

   **Other:**

**Discharge Date / Time:**

VV8SPPL0Q884RKDTTSTTATX

**All Systems Have Been Reviewed and:**

**Are Negative**

**Positive Response / Pertinent Negative:**

Under care of psychiatrist, depression symptoms,i nsomnia, No nocturia, some joint ,muscle pain.

**History of Present Illness:**

EJTEMAEE,NASRIN,MD
8375 GREENSBORO DR
MC LEAN, VA 22102-3529

Phone: (703)893-8345
Fax: (703)356-2730

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Annual exam - 9/26/2025**

P/E..
H/O depression, Under care of psychiatrist.
On zoloft 50 mg, seroquil of 5 mg

**Symptoms:**

**Location:**  --

   **Laterality:** --

   **Other:**

**Pain Level:** --                                        out of 10

**Duration:**                   --

**Context:**


## General

| ✓ | **No Acute Distress** | ☐ | **Pale** |
| | | ☐ | **Cyanotic** |
| | | ☐ | **Cachectic** |
| | | ☐ | **Obese** |
| | | **Other:** | |


## HEENT

| ✓ | **Normocephalic** | ☐ | **Conjunctival Icterus** |
| ✓ | **PERRLA** | ☐ | **Conjunctival Injection** |
| ✓ | **EOMI** | ☐ | **Ear - Discharge** |
| ✓ | **No Thyromegaly** | ☐ | **Ear - Foreign Body** |
| ✓ | **Tongue / Oral Mucosa WNL** | ☐ | **Epistaxis** |
| ✓ | **Pharynx Clear** | ☐ | **Eustachian Tubes Obstructed** |

**EJTEMAEE, NASRIN, MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

Phone: (703)893-8345
Fax: (703)356-2730

**JURKOWSKI, KIMBERLYNN - DOB: 2/20/1960**
**Anual exam - 9/26/2025**

| | |
|---|---|
| ❑ | Lymphadenopathy |
| ❑ | Nasal Discharge |
| ❑ | Nasal - Foreign Body |
| ❑ | Thyromegaly |
| ❑ | Pharynx Erythematous |
| ❑ | Pharynx Exudate |
| ❑ | TM - Erythematous |
| ❑ | TM - Immobile |

Other:

VV8SPPL00864RKOTTSTTATX

## Cardiovascular

| | | | |
|---|---|---|---|
| ✓ | Regular Rate and Rhythm | ❑ | Gallop |
| ✓ | No Murmurs, Rubs, Gallops, or Bruits | ❑ | Jugular Venous Distention |
| ✓ | No Lower Extremity Edema | ❑ | Carotid Bruit |
| ✓ | Strong, Equal, Bilateral Pulses | ❑ | Aortic Bruit |
| | | ❑ | Decreased Peripheral Pulses |

Other:

## Respiratory

| | | | |
|---|---|---|---|
| ✓ | Clear to Auscultation, Bilaterally | ❑ | Rales |
| ✓ | No Adventitious Sounds or Rubs | ❑ | Rhonchi |
| | | ❑ | Rubs |
| | | ❑ | Crackles |
| | | ❑ | Dyspnea |
| | | ❑ | Wheezes |

Other:

## Gastrointestinal

**EJTEMAEE,NASRIN,MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

**Phone: (703)893-8345**
**Fax: (703)356-2730**

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Anuual exam - 9/26/2025**

| | | |
|---|---|---|
| ✓ | Bowel Sounds x 4 | ❏ Guarding |
| ✓ | No Tenderness, Guarding, or Rebound | ❏ Rebound Tenderness |
| | | ❏ Hemoccult + |
| | | ❏ Diarrhea |
| | | ❏ Distention |
| | | ❏ Hepatomegaly |
| | | ❏ Murphy's Sign |
| | | Other: |

## Genitourinary

✓ No Discharge

✓ No Tenderness, Masses, or Swelling

✓ No Hemorrhoids

### Female

| | | |
|---|---|---|
| ❏ Dysmenorrhea | ❏ Urine - Bloody |
| ❏ Vaginal Discharge | ❏ Cystocele |
| ❏ Dysuria | ❏ Rectal Prolapse |
| ❏ Malodorous Urine | ❏ Anal Lesions |
| ❏ Frequent Urination | ❏ Hemorrhoids |
| ❏ Incontinence | Other: |

**Vaginal Bleeding:**

No

**Pelvic Exam:**

**EJTEMAEE,NASRIN,MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

**Phone: (703)893-8345**
**Fax: (703)356-2730**

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Tele 1 - 5/6/2025**

If the patient form Visit - Telemedicine Hx OR Visit - Telemedicine Hx - Consent is filled out previous to the visit and saved to the patient's chart it will auto-fill their responses, if the User Preferences are set to "Fill from Last Field Values.

## Medical History

**What questions, concerns, or problems would you like to discuss during your visit?**

Complaint of cold for 2 wks, negative covid, her husband got covid a wk after she was sick.
Noe has mild cild.
H/O Talassemia minor

VY9SPPLOQOB4RKOTTSTTATX

**List or update your medical and surgical history.**

**List or update any allergies, including your reaction. (Ex. short of breath, hives)**

NKDA

## Social History

**Select your tobacco status.**

**If you quit smoking, what was the date?**

**How many years have you smoked?**

**How often you do drink alcohol?**

**EJTEMAEE,NASRIN,MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

**Phone: (703)893-8345**
**Fax: (703)356-2730**

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Tele 1 - 5/6/2025**

**List any illegal substances you use.**

**Mark the following symptoms that you currently suffer from**

**Constitutional**

| | | |
|---|---|---|
| ❏ Fevers | ❏ Chills | ❏ Sweats |
| ❏ Weakness | ❏ Fatigue | ❏ Decreased Activity |
| ❏ Maliase | ❏ Unexplained Weight Gain | ❏ Unexplained Weight Loss |
| ❏ Low Sex Drive | ❏ Difficulty Sleeping | |

**Eyes**

| | | |
|---|---|---|
| ❏ Blurriness | ❏ Double Vision | ❏ Visual Disturbance |
| ❏ Pain | | |

**Ears/Nose/Throat/Neck**

| | | |
|---|---|---|
| ❏ Hearing Problems | ❏ Ear Pain | ❏ Sinus Problems |
| ❏ Sore Throat | ❏ Nosebleeds | |

**Respiratory**

| | | |
|---|---|---|
| ❏ Shortness Of Breath | ❏ Cough | ❏ Sputum Production |
| ❏ Wheezing | | |

**Cardiovascular**

| | | |
|---|---|---|
| ❏ Chest Pain | ❏ Palpitations | ❏ Swelling in Feet |
| ❏ Bleeding Disorder | ❏ Blood Clots | ❏ Fainting |
| ❏ Shortness Of Breath During Sleep | | |

**Gastrointestinal**

| | | |
|---|---|---|
| ❏ Nausea | ❏ Vomiting | ❏ Diarrhea |

**EJTEMAEE,NASRIN,MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

**Phone: (703)893-8345**
**Fax: (703)356-2730**

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Tele 1 - 5/6/2025**

| ❑ Constipation | ❑ Heartburn | ❑ Abdominal Pain |

**Genitourinary/Nephrology**

| ❑ Painful Urination | ❑ Blood in Urine | ❑ Change in Urine Stream |
| ❑ Unusual Discharge | ❑ Flank Pain | ❑ Urinary Incontinence |

**Musculoskeletal**

| ❑ Back Pain | ❑ Neck Pain | ❑ Joint Pain |
| ❑ Muscle Pain | ❑ Muscle Cramp | ❑ Muscle Spasm |
| ❑ Gait Disturbances | ❑ Joint Stiffness | ❑ Joint Swelling |
| ❑ Trauma | | |

**Integumentary**

| ❑ Rash | ❑ Itching | ❑ Lesions |
| ❑ Bruising | | |

**Neurological**

| ❑ Abnormal Balance | ❑ Confusion | ❑ Numbness |
| ❑ Tingling | ❑ Dizziness | ❑ Headaches |
| ❑ Loss of Coordination | ❑ Memory Loss | ❑ Seizures |
| ❑ Tinnitus | ❑ Tremors | ❑ Vertigo |

**Psychiatric**

| ❑ Feeling Anxious | ❑ Depressed Mood | ❑ Suicidal Thoughts |
| ❑ Hallucinations | ❑ Stress Problems | ❑ Suicidal Planning |
| ❑ Thoughts of Harming Others | | |

**What is your pain level?**          ʏʏ9ꜰʏʟᴏᴜ884ꜱʀᴋᴅᴛᴛꜱᴛᴛᴀᴛx

**Start Time of Consultation**

**EJTEMAEE,NASRIN,MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

**Phone: (703)893-8345**
**Fax: (703)356-2730**

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Tele 1 - 5/6/2025**

01:15 AM

## End Time of Consultation

01:30 AM

## Date of Last Appointment

12/22/2020 10:30:00 AM

## Problem List

| Code | Description | Onset | Status | Status Date |
|------|-------------|-------|--------|-------------|
| E78.5 | HYPERLIPIDEMIA, UNSPECIFIED | 12/22/2020 | Current | 12/22/2020 |
| M25.532 | PAIN IN LEFT WRIST | 12/22/2020 | Current | 12/22/2020 |
| R10.11 | RIGHT UPPER QUADRANT PAIN | 08/01/2020 | Current | 08/01/2020 |
| Z23 | ENCOUNTER FOR IMMUNIZATION | 12/22/2020 | Current | 12/22/2020 |

## Current Medications

naproxen - 500 mg
folic acid - 1 mg

## Allergies

NKDA

## Mental Status

Alert, Oriented to Person, Place, and Time

## Clinical Findings

NAD, Well groomed, well behaved.

**EJTEMAEE,NASRIN,MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

**Phone: (703)893-8345**
**Fax: (703)356-2730**

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Tele 1 - 5/6/2025**

**Treatment Plan**

Visit Summary.
N-S nose mouth wash, Incraese hydration, Vit C.
Return for follow up appointment in 2-4 wks.

**Diagnosis**

| Code  | Description                             |
|-------|-----------------------------------------|
| J00   | Acute nasopharyngitis [common cold]     |
| 99213 | OFFICE/OUTPATIENT VISIT EST             |

**Patient Education/Instructions**

Isolation, Retest in 1 wk, VitC, D, Zinc.

**EJTEMAEE, NASRIN, MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

**Phone: (703)893-8345**
**Fax: (703)356-2730**

**JURKOWSKI, KIMBERLYNN - DOB: 2/20/1960**
**Tele 1 - 5/6/2025**

**Referral
s**

**Follow-up Appointment**

1-2        Weeks

**Tests Ordered**

❏    Barium Enema
❏    Echocardiogram
❏    Colonoscopy
❏    Chest X-ray
❏    Electrocardiogram
❏    Flexible Sigmoidoscopy
❏    Mammogram
❏    Stress Echo
❏    Stress Test
❏    Ultrasound

**EJTEMAEE,NASRIN,MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

**Phone: (703)893-8345**
**Fax: (703)356-2730**

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Office Visit - SOAP Style1/ R - 1/8/2025**

## Subjective

### Chief Complaint / History of Present Illness:

Complaint of R Knee pain after kneeling down on the floor for a while.
Pain is better but swelling is not improved.
Took one day AB post TIC bite few wks ago.

✓    **All Systems Have Been Reviewed and Are Negative**

☐    **All Systems Have Been Reviewed**

—

vv9srrLOU864RKOTTSTTATX

**Positive Response / Pertinent Negative:**

## Objective

**Weight (lbs.):**          **Previous Weight (lbs.):**          **Weight Change (lbs.):**

120

**EJTEMAEE,NASRIN,MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

**Phone: (703)893-8345**
**Fax: (703)356-2730**

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Office Visit - SOAP Style1/ R - 1/8/2025**

| Height (in.): | BMI: |
|---|---|

| Pulse: | Temperature: |
|---|---|
| 79 | 98.2 |

| Respiration: | O2 Sat (%) / Room Air: |
|---|---|

**Previous BP:**

120     / 70

**BP 1:**

104     / 58     Sitting                     Arm - Left

✓     **Functional Status Assessed**          No Impairments

✓     **Cognitive Status Assessed**          No Impairments

**Examined the Following Areas:**

|  | Normal / Abnormal |
|---|---|
| **HEENT** | ✓ ☐ |
| **Respiratory** | ✓ ☐ |
| **Cardiovascular** | ✓ ☐ |
| **Gastrointestinal** | ☐ ☐ |
| **Genitourinary** | ☐ ☐ |
| **Lymphatic** | ☐ ☐ |
| **Musculoskeletal** | ☐ ✓ |
| **Skin** | ☐ ☐ |

**EJTEMAEE,NASRIN,MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

Phone: (703)893-8345
Fax: (703)356-2730

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Office Visit - SOAP Style1/ R - 12/9/2024**

## Subjective

**Chief Complaint / History of Present Illness:**

Complaint of R Knee pain after kneeling down on the floor for a while.

☐    **All Systems Have Been Reviewed and Are Negative**

☐    **All Systems Have Been Reviewed**

--

VV85FFL00884RKDTTSTTATX

**Positive Response / Pertinent Negative:**

## Objective

**Weight (lbs.):**

120

**Previous Weight (lbs.):**

132

**Weight Change (lbs.):**

**EJTEMAEE,NASRIN,MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

**Phone: (703)893-8345**
**Fax: (703)356-2730**

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Office Visit - SOAP Style1/ R - 12/9/2024**

| | |
|---|---|
| **Height (in.):** | **BMI:** |

| | |
|---|---|
| **Pulse:** | **Temperature:** |
| 76 | 98 |

| | |
|---|---|
| **Respiration:** | **O2 Sat (%) / Room Air:** |

**Previous BP:**

120    / 70

**BP 1:**

120    / 70        Sitting                    Arm - Left

✓    **Functional Status Assessed**        No Impairments

✓    **Cognitive Status Assessed**        No Impairments

**Examined the Following Areas:**

| | Normal / Abnormal |
|---|---|
| **HEENT** | ✓ ☐ |
| **Respiratory** | ✓ ☐ |
| **Cardiovascular** | ✓ ☐ |
| **Gastrointestinal** | ☐ ☐ |
| **Genitourinary** | ☐ ☐ |
| **Lymphatic** | ☐ ☐ |
| **Musculoskeletal** | ☐ ✓ |
| **Skin** | ✓ ☐ |

**EJTEMAEE,NASRIN,MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

**Phone: (703)893-8345**
**Fax: (703)356-2730**

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Office Visit - SOAP Style1/ R - 12/9/2024**

| | |
|---|---|
| Neurological | ☐ ☐ |
| Psychiatric | ☐ ☐ |

**Abnormal Exam Findings:**

Alert, oriented X3, R knee mildy swollen upper part of patella area.

VV85FFLOU884RKDTTSTTATX

**Smoking Status:**      Never Smoker

**Smoked Per Day:**      --

**Cessation Counseling and Intervention**

--

--

**Referral to Stop-Smoking Clinic:**

**EJTEMAEE,NASRIN,MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

**Phone: (703)893-8345**
**Fax: (703)356-2730**

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Office Visit - SOAP Style1/ R - 12/9/2024**

☐     **Patient Receiving Cessation Assistance**

--

**Comments:**

**Assessment**

**Diagnosis:**

 M25.561 Pain in right knee
 99213 OFFICE/OUTPATIENT VISIT EST
Code        ... (Continued: in Endnote 1)

--

**growtherapy**

| | | | |
|---|---|---|---|
| CLIENT NAME | MEMBER NUMBER | DATE OF BIRTH | CLAIM PAGE # |
| Kimberlynn Jurkowski | W272762676 | 02/20/1960 | 3 / 6 |
| SESSION TYPE | DATE OF VISIT | START & END TIME | PLACE OF SERVICE |
| Follow Up | 10/22/2025 | 1:59 - 2:57 PM EDT | Virtual |
| CLINICIAN NAME | CLINICIAN LICENSURE (ID #) | ICD CODE | CPT CODE |
| JAMAL FLETCHER | LCSW (0904018256) | F33.1 | 90837 |
| FACE-TO-FACE TIME | NON-FACE-TO-FACE TIME | | |
| 58 minutes | 0 minutes | | |

## Therapist Interventions

**Treatment approaches used in this session**

Solution-focused therapy, Supportive therapy

**Therapist interventions used in this session**

The therapist guided the client in exploring anxious thoughts and emotional responses to family conflict. The therapist engaged the client in a solution-focused discussion to examine methods of setting boundaries with family. The therapist guided the client in identifying core beliefs related to age and emotional management that reinforce poor self-image. Cognitive Behavioral Therapy (CBT) techniques were suggested to manage anxiety around family interactions.

**Interventions were used to**

Build rapport, Address symptoms, Reduce symptoms

**Additional info (optional)**

Therapist introduced anxiety management strategies to help the client prepare for family gatherings.

**Client's response to interventions**

Client responded positively, showing interest in exploring communication techniques and anxiety management strategies for family interactions. The client identified and verbalized core beliefs about age and emotional awareness, thereby challenging the validity of the thoughts associated with them.

## Client Progress

**Overall assessment of client progress towards treatment plan goals**

Working towards goals

**Additional info (optional)**

Not recorded.

**Client progress is evidenced by:**

**Symptom change**

Yes

**Symptoms worsening**

**growtherapy**

| | | | |
|---|---|---|---|
| CLIENT NAME | MEMBER NUMBER | DATE OF BIRTH | CLAIM PAGE # |
| **Kimberlynn Jurkowski** | **W272762676** | **02/20/1960** | **4 / 6** |
| SESSION TYPE | DATE OF VISIT | START & END TIME | PLACE OF SERVICE |
| **Follow Up** | **10/22/2025** | **1:59 - 2:57 PM EDT** | **Virtual** |
| CLINICIAN NAME | CLINICIAN LICENSURE (ID #) | ICD CODE | CPT CODE |
| **JAMAL FLETCHER** | **LCSW (0904018256)** | **F33.1** | **90837** |
| FACE-TO-FACE TIME | NON-FACE-TO-FACE TIME | | |
| **58 minutes** | **0 minutes** | | |

**Functional change**

Yes

Decreased daily activity / work / school abilities, Deterioration of relationships

**Behavioral change**

Yes

Increased isolation

**Self-management**

Yes

Withdrawn / not using support systems when struggling, Monitoring moods and warning signs

**Treatment engagement**

Yes

Engaging meaningfully in therapy sessions

**Additional info (optional)**

Not recorded.

**What the client will do outside of sessions to make progress towards goals**

Client will consider communication strategies for family interactions and work on anxiety management techniques introduced during the session, specifically by defining "Good, Meaningful, Safe" family engagement.

## Treatment Plan

**Will you be reviewing and updating the client's treatment plan?**

Reviewed, no updates needed

---

**Client reports the following goal**

"The client would like to reduce sleep disturbance. "

# growtherapy

| | | | |
|---|---|---|---|
| CLIENT NAME | MEMBER NUMBER | DATE OF BIRTH | CLAIM PAGE # |
| **Kimberlynn Jurkowski** | **W272762676** | **02/20/1960** | **5 / 6** |
| SESSION TYPE | DATE OF VISIT | START & END TIME | PLACE OF SERVICE |
| **Follow Up** | **10/22/2025** | **1:59 - 2:57 PM EDT** | **Virtual** |
| CLINICIAN NAME | CLINICIAN LICENSURE (ID #) | ICD CODE | CPT CODE |
| **JAMAL FLETCHER** | **LCSW (0904018256)** | **F33.1** | **90837** |
| FACE-TO-FACE TIME | NON-FACE-TO-FACE TIME | | |
| **58 minutes** | **0 minutes** | | |

**Status**

In progress

**Client's goal is to**

Reduce symptoms

**Objectives**

**Steps the client will take to achieve this goal**

The client will continue mediation management and talk therapy simultaneously to identify and address issues leading to sleep disturbance. The client will track and manage sleep hygiene and use evidence-based practices to reduce daily anxiety with the goal of increasing sleep quality.

**This therapist will provide the following modality of treatment**

Individual therapy

**Key treatment methods to be used to help the client meet this goal**

Cognitive Behavioral Therapy (CBT), Meditation/ mindfulness, Solution-focused therapy

**The client's goal will be measured in the following way**

Progress will be measured by tracking the number of days the client has had more than 6 hours of sleep in one night , in a 1 to 2-week time period, when compared to baseline.

**Frequency of treatment**

Once / week

**Estimated time to achieve this goal**

3-6 months

---

**Client reports the following goal**

"The client would like to increase basic self-care practices. "

**Status**

In progress

**Client's goal is to**

# growtherapy

| | | | |
|---|---|---|---|
| CLIENT NAME | MEMBER NUMBER | DATE OF BIRTH | CLAIM PAGE # |
| **Kimberlynn Jurkowski** | **W272762676** | **02/20/1960** | **6 / 6** |
| SESSION TYPE | DATE OF VISIT | START & END TIME | PLACE OF SERVICE |
| **Follow Up** | **10/22/2025** | **1:59 - 2:57 PM EDT** | **Virtual** |
| CLINICIAN NAME | CLINICIAN LICENSURE (ID #) | ICD CODE | CPT CODE |
| **JAMAL FLETCHER** | **LCSW (0904018256)** | **F33.1** | **90837** |
| FACE-TO-FACE TIME | NON-FACE-TO-FACE TIME | | |
| **58 minutes** | **0 minutes** | | |

Improve daily functioning

**Objectives**

**Steps the client will take to achieve this goal**

The client will practice CBT and ACT-informed emotional management and behavioral activation techniques to address depressive symptoms that lead to poor self-care.

**This therapist will provide the following modality of treatment**

Individual therapy

**Key treatment methods to be used to help the client meet this goal**

Acceptance & Commitment Therapy, Cognitive Behavioral Therapy (CBT), Motivational interviewing, Supportive therapy

**The client's goal will be measured in the following way**

Progress will be measured by an increase in the Client's daily self-care practices when compared to baseline.

**Frequency of treatment**

Once / week

**Estimated time to achieve this goal**

3-6 months

## Follow Up Plan

## Confirmation

**I confirm that I have reviewed all AI-generated suggestions and take full responsibility for the accuracy and completeness of the note. I am aware that this technology can make mistakes and is not a substitute for my clinical judgment.**

Yes

**Electronically signed:**

JAMAL FLETCHER, LCSW
11/05/2025 1:26 PM

**growtherapy**

| CLIENT NAME | MEMBER NUMBER | DATE OF BIRTH | CLINICIAN NAME | CLINICIAN LICENSURE (ID #) |
|---|---|---|---|---|
| Kimberlynn Jurkowski | W272762676 | 02/20/1960 | JAMAL FLETCHER | LCSW (0904018256) |

*Kimberlynn Jurkowski (Self) consented to Grow Therapy practice policies and telemental health services on 09/09/2025*

## Chart Note

The client's most recent session was attended on October 22nd, 2025, at which time the client mentioned needing to postpone the following week's appointment. The client has subsequently cancelled three additional appointments, on November 5, 12, and 19, according to the Grow appointment calendar. On November 20, 2025, the therapist received a phone call and a message from a MR. Floyd. R. Myers, SR., (202) 251-3703, stating that he is an investigator with the D.C. Office of Arroutney General. Mr. Myers said in his message that he is attempting to provide this therapist with custodial records regarding the client, whom he fully named. Mr. Myers requested a return phone call and mentioned that he left a business card at the therapist's home of record, which I, the therapist, confirmed. Mr. Myers' business card states that he works with the Washington D.C. Family Services Division, Child Protection Section. The therapist immediately called the client at her phone number on record, (609)481-8878. The client did not answer. The therapist left a message checking on the client's well-being, informing her that outside parties are contacting the therapist about unknown business, and requesting a callback. The therapist will not release any client information to any outside parties without the client's written consent, unless legally obligated to do so. The therapist will attempt to contact you again within 24 hours regarding this matter. The therapist will consult with the Grow treatment team regarding this matter.

Electronically signed:

JAMAL FLETCHER, LCSW
11/21/2025 2:43 PM

VV9SPPLOU664RKOTTSTTATX

**growtherapy**

| CLIENT NAME | MEMBER NUMBER | DATE OF BIRTH | CLINICIAN NAME | CLINICIAN LICENSURE (ID #) |
|---|---|---|---|---|
| Kimberlynn Jurkowski | W272762676 | 02/20/1960 | JAMAL FLETCHER | LCSW (0904018256) |

*Kimberlynn Jurkowski (Self) consented to Grow Therapy practice policies and telemental health services on 09/09/2025*

## Chart Note

This note is a follow-up to the non-billable note addressing contact from Mr. Floyd Myers, an investigator from the D.C. Office of the Attorney General, Family Services Division, Child Protection Section. This note documents that Mr. Myers called this therapist again on December 20, 2025, leaving a voice message regarding the client. Additionally, Mr. Myers has contacted this therapist's extended family, who reside out of state. The extended family reports that Mr. Myers contacted them by phone and email, seeking to contact this therapist regarding client records. The extended family states they received an email mentioning a subpoena that included a hyperlink; they did not access or download it. The therapist called the client at 2:27 PM using her phone number on file. This is the second attempt to reach the client directly regarding Mr. Floyd's request. However, the client did not answer. The therapist left a voice message checking on the client's well-being and requesting a return phone call.

**Electronically signed:**

JAMAL FLETCHER, LCSW
11/21/2025 2:52 PM

# growtherapy

| CLIENT NAME | MEMBER NUMBER | DATE OF BIRTH | CLAIM PAGE # |
|---|---|---|---|
| Kimberlynn Jurkowski | W272762676 | 02/20/1960 | 1 / 7 |
| SESSION TYPE | DATE OF VISIT | START & END TIME | PLACE OF SERVICE |
| Follow Up | 11/26/2025 | 1:00 - 1:59 PM EST | Virtual |
| CLINICIAN NAME | CLINICIAN LICENSURE (ID #) | ICD CODE | CPT CODE |
| JAMAL FLETCHER | LCSW (0904018256) | F33.1 | 90837 |
| FACE-TO-FACE TIME | NON-FACE-TO-FACE TIME | | |
| 59 minutes | 0 minutes | | |

*Kimberlynn Jurkowski (Self) consented to Grow Therapy practice policies and telemental health services on 09/09/2025*

## Appointment Details

**Attendees other than client (if applicable)**

Not recorded.

**Location of service**

Televideo

**I confirm that the client agreed for this visit to occur via telehealth. The client's full name and address of their physical location was confirmed at the start of the session and the client is located in the state where I am licensed to practice.**

Yes

**I confirm that the client is clinically appropriate for service delivery via telehealth.**

Yes

## Clinical Presentation

**Focus of the session/topics discussed**

The session partly focused on discussing the client's concerns about a legal subpoena for treatment records, as part of a court case the client is involved in. The therapist confirmed the client's knowledge of this matter, reminded the client of their privacy rights and limitations, and addressed concerns about the client's physical location during routine meetings. The therapist and client explored past and current family dynamics affecting the client's well-being. The client expressed feeling constant vigilance and stress due to perceived external threats. Additionally, the client discussed characteristics of healthy family relationships and shared concerns about safety and legal issues.

**Symptoms**

**Changes in mood**

No

**Changes in behavior**

Yes

Social withdrawal, isolation or avoidance, Decreased interest in activities once enjoyed

# growtherapy

| | | | |
|---|---|---|---|
| CLIENT NAME | MEMBER NUMBER | DATE OF BIRTH | CLAIM PAGE # |
| **Kimberlynn Jurkowski** | **W272762676** | **02/20/1960** | **2 / 7** |
| SESSION TYPE | DATE OF VISIT | START & END TIME | PLACE OF SERVICE |
| **Follow Up** | **11/26/2025** | **1:00 – 1:59 PM EST** | **Virtual** |
| CLINICIAN NAME | CLINICIAN LICENSURE (ID #) | ICD CODE | CPT CODE |
| **JAMAL FLETCHER** | **LCSW (0904018256)** | **F33.1** | **90837** |
| FACE-TO-FACE TIME | NON-FACE-TO-FACE TIME | | |
| **59 minutes** | **0 minutes** | | |

**Cognitive symptoms**

Yes

Intrusive thoughts or obsessive thinking, Specific phobias or fears that interfere with daily life, Other

The client endorses fears that she is being targeted in public places and that others intend to kill or harm her.

**Physical symptoms**

No

**Emotional symptoms**

Yes

Excessive worry or anxiety, Feelings of hopelessness or helplessness, Persistent sadness or tearfulness

**Sleep disturbances**

No

**Psychotic symptoms**

Yes

Other, Delusions

The client endorses fears and beliefs that are consistent with persecutory delusion. Additionally, the client joins session from a location away from her home of record, out of concern that others might track her whereabouts. Further assessment is needed to determine if these are symptoms of psychotic disorder.

**Other**

No

**Severity of symptoms**

Moderate

**Client reports the following symptom frequency**

The client reports symptoms of depressive disorder as well as newly presenting symptoms consistent with psychotic disorders. The client reports symptoms of depressed mood, poor self-image, difficulty managing distress, fatigue, excessive

# growtherapy

| | | | |
|---|---|---|---|
| CLIENT NAME | MEMBER NUMBER | DATE OF BIRTH | CLAIM PAGE # |
| **Kimberlynn Jurkowski** | **W272762676** | **02/20/1960** | **3 / 7** |
| SESSION TYPE | DATE OF VISIT | START & END TIME | PLACE OF SERVICE |
| **Follow Up** | **11/26/2025** | **1:00 - 1:59 PM EST** | **Virtual** |
| CLINICIAN NAME | CLINICIAN LICENSURE (ID #) | ICD CODE | CPT CODE |
| **JAMAL FLETCHER** | **LCSW (0904018256)** | **F33.1** | **90837** |
| FACE-TO-FACE TIME | NON-FACE-TO-FACE TIME | | |
| **59 minutes** | **0 minutes** | | |

worry, and rumination. The client expressed feeling constant vigilance and anxiety due to perceived external threats, impacting their daily sense of safety. This session marks the first time the client disclosed these fears and concerns with this provider. The client reports relocating from one state to another years ago due to concerns about safety and a sense of being targeted by her local school administration.

### Impact on functioning

The client reports that these symptoms impact their social, family, and intimate life. The client reports increased isolation, a sense of shame, and guilt regarding her depressive symptoms. The client describes low motivation and reduced interest in meaningful activities. Client's vigilance and stress about external threats impact their daily functioning and feelings of safety, such as her ability to shop for groceries and her sense of safety joining therapy sessions remotely from her home.

### Were any risk issues suspected or disclosed?

Client denied thoughts of harm to self or others

ᵥᵥₛᵣᵣₗ00664RK0TTSTTATX

## Therapist Interventions

### Treatment approaches used in this session

Solution-focused therapy, Supportive therapy

### Therapist interventions used in this session

The therapist informed the client that the subpoena for her legal records was received on November 23rd, 2025. The therapist reminded the client of her privacy rights and limitations regarding her treatment records. The therapist addressed a concern regarding the client's home of record, noting that it was a Maryland address, but entered into the Grow intake form as Virginia. Returning to clinical focus from the previous session, the therapist facilitated a discussion to explore the client's core beliefs and values regarding healthy family relationships and addressed the importance of establishing boundaries. The therapist normalizes the client's feelings of anxiety in response to perceived external threats. The therapist guided the client in assessing the threats she reported, including their scope, sources, targets, and how long she had been experiencing them. The therapist evaluated how these perceived threats impact the client's functioning, emotional response, and self-image.

### Interventions were used to

Build rapport, Address symptoms, Reduce symptoms

### Additional info (optional)

Therapist explored the importance of defining healthy relationships and boundaries for family dynamics management.

### Client's response to interventions

Client responded openly and shared their thoughts on family dynamics and personal safety concerns. The client listed indicators of quality family life and values that she hopes will guide her family engagement. When asked abuot discrepancies in

# growtherapy

| | | | |
|---|---|---|---|
| CLIENT NAME | MEMBER NUMBER | DATE OF BIRTH | CLAIM PAGE # |
| **Kimberlynn Jurkowski** | **W272762676** | **02/20/1960** | **4 / 7** |
| SESSION TYPE | DATE OF VISIT | START & END TIME | PLACE OF SERVICE |
| **Follow Up** | **11/26/2025** | **1:00 – 1:59 PM EST** | **Virtual** |
| CLINICIAN NAME | CLINICIAN LICENSURE (ID #) | ICD CODE | CPT CODE |
| **JAMAL FLETCHER** | **LCSW (0904018256)** | **F33.1** | **90837** |
| FACE-TO-FACE TIME | NON-FACE-TO-FACE TIME | | |
| **59 minutes** | **0 minutes** | | |

her home of record, the client reports that she resides in the state of Maryland, but has consistently joined telehealth sessions from a location in Virginia, due to concerns that others would track her location. The client shared that she feels her depressive symptoms are a result of being targeted by her local community and school administrations. The client states that she is being targeted by people in her former area of residence as well as those in the D.C. Metro area, due to conroversial beliefs that he holds about historical events. The client reports that this results in difficulty completing IADLs withouthout feeling that her life is in danger.

## Client Progress

**Overall assessment of client progress towards treatment plan goals**

Working towards goals

**Additional info (optional)**

Not recorded.

**Client progress is evidenced by:**

**Symptom change**

Yes

Symptoms worsening, New symptoms presenting

**Functional change**

Yes

Decreased daily activity / work / school abilities

**Behavioral change**

Yes

Increased isolation

**Self-management**

Yes

Withdrawn / not using support systems when struggling

# growtherapy

| | | | |
|---|---|---|---|
| CLIENT NAME | MEMBER NUMBER | DATE OF BIRTH | CLAIM PAGE # |
| Kimberlynn Jurkowski | W272762676 | 02/20/1960 | 5 / 7 |
| SESSION TYPE | DATE OF VISIT | START & END TIME | PLACE OF SERVICE |
| Follow Up | 11/26/2025 | 1:00 – 1:59 PM EST | Virtual |
| CLINICIAN NAME | CLINICIAN LICENSURE (ID #) | ICD CODE | CPT CODE |
| JAMAL FLETCHER | LCSW (0904018256) | F33.1 | 90837 |
| FACE-TO-FACE TIME | NON-FACE-TO-FACE TIME | | |
| 59 minutes | 0 minutes | | |

**Treatment engagement**

No

**Additional info (optional)**

Not recorded.

**What the client will do outside of sessions to make progress towards goals**

Client will reflect on defining healthy family relationships and continue to process family dynamics in future sessions, potentially discuss legal concerns.

## Treatment Plan

**Will you be reviewing and updating the client's treatment plan?**

Reviewed, no updates needed

**Client reports the following goal**

"The client would like to reduce sleep disturbance. "

**Status**

In progress

ᐯᐯ5ᑭᑭᒪᗝᑌᏮᏮᒪᎡKᗝTTЅTTᗩT᙭

**Client's goal is to**

Reduce symptoms

**Objectives**

**Steps the client will take to achieve this goal**

The client will continue mediation management and talk therapy simultaneously to identify and address issues leading to sleep disturbance. The client will track and manage sleep hygiene and use evidence-based practices to reduce daily anxiety with the goal of increasing sleep quality.

**This therapist will provide the following modality of treatment**

Individual therapy

**Key treatment methods to be used to help the client meet this goal**

Cognitive Behavioral Therapy (CBT), Meditation/ mindfulness, Solution-focused therapy

# growtherapy

| CLIENT NAME | MEMBER NUMBER | DATE OF BIRTH | CLAIM PAGE # |
|---|---|---|---|
| **Kimberlynn Jurkowski** | **W272762676** | **02/20/1960** | **6 / 7** |
| SESSION TYPE | DATE OF VISIT | START & END TIME | PLACE OF SERVICE |
| **Follow Up** | **11/26/2025** | **1:00 – 1:59 PM EST** | **Virtual** |
| CLINICIAN NAME | CLINICIAN LICENSURE (ID #) | ICD CODE | CPT CODE |
| **JAMAL FLETCHER** | **LCSW (0904018256)** | **F33.1** | **90837** |
| FACE-TO-FACE TIME | NON-FACE-TO-FACE TIME | | |
| **59 minutes** | **0 minutes** | | |

The client's goal will be measured in the following way

Progress will be measured by tracking the number of days the client has had more than 6 hours of sleep in one night , in a 1 to 2-week time period, when compared to baseline.

**Frequency of treatment**

Once / week

**Estimated time to achieve this goal**

3-6 months

---

**Client reports the following goal**

"The client would like to increase basic self-care practices. "

**Status**

In progress

**Client's goal is to**

Improve daily functioning

**Objectives**

**Steps the client will take to achieve this goal**

The client will practice CBT and ACT-informed emotional management and behavioral activation techniques to address depressive symptoms that lead to poor self-care.

**This therapist will provide the following modality of treatment**

Individual therapy

**Key treatment methods to be used to help the client meet this goal**

Acceptance & Commitment Therapy, Cognitive Behavioral Therapy (CBT), Motivational Interviewing, Supportive therapy

**The client's goal will be measured in the following way**

Progress will be measured by an increase in the Client's daily self-care practices when compared to baseline.

**Frequency of treatment**

Once / week

# growtherapy

| | | | |
|---|---|---|---|
| CLIENT NAME | MEMBER NUMBER | DATE OF BIRTH | CLAIM PAGE # |
| **Kimberlynn Jurkowski** | **W272762676** | **02/20/1960** | **7 / 7** |
| SESSION TYPE | DATE OF VISIT | START & END TIME | PLACE OF SERVICE |
| **Follow Up** | **11/26/2025** | **1:00 - 1:59 PM EST** | **Virtual** |
| CLINICIAN NAME | CLINICIAN LICENSURE (ID #) | ICD CODE | CPT CODE |
| **JAMAL FLETCHER** | **LCSW (0904018256)** | **F33.1** | **90837** |
| FACE-TO-FACE TIME | NON-FACE-TO-FACE TIME | | |
| **59 minutes** | **0 minutes** | | |

**Estimated time to achieve this goal**

3-6 months

## Follow Up Plan

## Confirmation

I confirm that I have reviewed all AI-generated suggestions and take full responsibility for the accuracy and completeness of the note. I am aware that this technology can make mistakes and is not a substitute for my clinical judgment.

Yes

**Electronically signed:**

JAMAL FLETCHER, LCSW
12/10/2025 9:09 PM

**EJTEMAEE,NASRIN,MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

**Phone: (703)893-8345**
**Fax: (703)356-2730**

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Tele 1 - 10/8/2025**

If the patient form Visit - Telemedicine Hx OR Visit - Telemedicine Hx - Consent is filled out previous to the visit and saved to the patient's chart it will auto-fill their responses, if the User Preferences are set to "Fill from Last Field Values.

## Medical History

**What questions, concerns, or problems would you like to discuss during your visit?**

F/U P/E
Discuss lab results of her Blood test

**List or update your medical and surgical history.**

**List or update any allergies, including your reaction. (Ex. short of breath, hives)**

NKDA

ᵛᵛᵞˢᑭᑭᒪ0ᵁ804ᖇᛕ0ᛏᛏˢᛏᛏᗩᛏˣ

## Social History

**Select your tobacco status.**

**If you quit smoking, what was the date?**

**How many years have you smoked?**

**How often you do drink alcohol?**

**EJTEMAEE,NASRIN,MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

**Phone: (703)893-8345**
**Fax: (703)356-2730**

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Tele 1 - 10/8/2025**

**List any illegal substances you use.**

**Mark the following symptoms that you currently suffer from**

**Constitutional**

☐ Fevers          ☐ Chills                      ☐ Sweats
☐ Weakness        ☐ Fatigue                     ☐ Decreased Activity
☐ Maliase         ☐ Unexplained Weight Gain     ☐ Unexplained Weight Loss
☐ Low Sex Drive   ☐ Difficulty Sleeping

**Eyes**

☐ Blurriness      ☐ Double Vision               ☐ Visual Disturbance
☐ Pain

**Ears/Nose/Throat/Neck**

☐ Hearing Problems  ☐ Ear Pain                  ☐ Sinus Problems
☐ Sore Throat       ☐ Nosebleeds

**Respiratory**

☐ Shortness Of Breath  ☐ Cough                  ☐ Sputum Production
☐ Wheezing

**Cardiovascular**

☐ Chest Pain                        ☐ Palpitations   ☐ Swelling in Feet
☐ Bleeding Disorder                 ☐ Blood Clots    ☐ Fainting
☐ Shortness Of Breath During
   Sleep

**Gastrointestinal**

☐ Nausea          ☐ Vomiting                    ☐ Diarrhea

**EJTEMAEE,NASRIN,MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

**Phone: (703)893-8345**
**Fax: (703)356-2730**

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Tele 1 - 10/8/2025**

| | | |
|---|---|---|
| ☐ Constipation | ☐ Heartburn | ☐ Abdominal Pain |

**Genitourinary/Nephrology**

| | | |
|---|---|---|
| ☐ Painful Urination | ☐ Blood in Urine | ☐ Change in Urine Stream |
| ☐ Unusual Discharge | ☐ Flank Pain | ☐ Urinary Incontinence |

**Musculoskeletal**

| | | |
|---|---|---|
| ☐ Back Pain | ☐ Neck Pain | ☐ Joint Pain |
| ☐ Muscle Pain | ☐ Muscle Cramp | ☐ Muscle Spasm |
| ☐ Gait Disturbances | ☐ Joint Stiffness | ☐ Joint Swelling |
| ☐ Trauma | | |

**Integumentary**

| | | |
|---|---|---|
| ☐ Rash | ☐ Itching | ☐ Lesions |
| ☐ Bruising | | |

**Neurological**

| | | |
|---|---|---|
| ☐ Abnormal Balance | ☐ Confusion | ☐ Numbness |
| ☐ Tingling | ☐ Dizziness | ☐ Headaches |
| ☐ Loss of Coordination | ☐ Memory Loss | ☐ Seizures |
| ☐ Tinnitus | ☐ Tremors | ☐ Vertigo |

**Psychiatric**

| | | |
|---|---|---|
| ☐ Feeling Anxious | ☐ Depressed Mood | ☐ Suicidal Thoughts |
| ☐ Hallucinations | ☐ Stress Problems | ☐ Suicidal Planning |
| ☐ Thoughts of Harming Others | | |

*´´9ŦŦLØ∪88ⱮRKⱭŦŦSŦŦATX*

**What is your pain level?**

**Start Time of Consultation**

**EJTEMAEE, NASRIN, MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

**Phone: (703)893-8345**
**Fax: (703)356-2730**

**JURKOWSKI, KIMBERLYNN - DOB: 2/20/1960**
**Tele 1 - 10/8/2025**

01:15 AM

**End Time of Consultation**

01:30 AM

**Date of Last Appointment**

12/22/2020 10:30:00 AM

**Problem List**

| Code | Description | Onset | Status | Status Date |
|------|-------------|-------|--------|-------------|
| E78.5 | HYPERLIPIDEMIA, UNSPECIFIED | 12/22/2020 | Current | 12/22/2020 |
| M25.532 | PAIN IN LEFT WRIST | 12/22/2020 | Current | 12/22/2020 |
| R10.11 | RIGHT UPPER QUADRANT PAIN | 08/01/2020 | Current | 08/01/2020 |
| Z23 | ENCOUNTER FOR IMMUNIZATION | 12/22/2020 | Current | 12/22/2020 |

**Current Medications**

naproxen - 500 mg
folic acid - 1 mg

**Allergies**

NKDA

**Mental Status**

Alert, Oriented to Person, Place, and Time

**Clinical Findings**

NAD, No suicidal, homicidal ideation, Well groomed, well behaved.

**EJTEMAEE,NASRIN,MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

Phone: (**703**)**893-8345**
Fax: (703)**356-2730**

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Anuual exam - 3/18/2024**

Visit Summary
Ordered:
CBC (INCLUDES DIFF/PLT)
COMPREHENSIVE METABOLIC PANEL
HEMOGLOBIN A1c
TSH W/REFLEX TO FT4
LIPID PANEL,... (Continued: in Endnote 2)

VV9SPPL0U664RKDTTSTTATX

**Endnotes**

**(1) Visit Date 3/18/2024 Continued:**

| ... | Description |
|-----|-------------|
| Z00.00 | ENCOUNTER FOR GENERAL ADULT MEDICAL EXAMINATION WITHOUT ABN... |
| 99396 | PREV VISIT EST AGE 40-64 |
| 36415 | ROUTINE VENIPUNCTURE |
| 81002 | URINALYSIS NONAUTO W/O SCOPE |

**(2) Visit Date 3/18/2024 Continued:**

...STANDARD
VITAMIN B12
QUESTASSURED 25-OH VIT D, (D2,D3)
Advised for screening colon CA.
Return for follow up appointment in 2-4 wks.

**EJTEMAEE,NASRIN,MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

Phone: **(703)893-8345**
Fax: (703)356-2730

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Tele 1 - 7/18/2023**

If the patient form Visit - Telemedicine Hx OR Visit - Telemedicine Hx - Consent is filled out previous to the visit and saved to the patient's chart it will auto-fill their responses, if the User Preferences are set to "Fill from Last Field Values.

## Medical History

**What questions, concerns, or problems would you like to discuss during your visit?**

F/U visit.needs Refill on her medication.
Stable, no complaints.

**List or update your medical and surgical history.**

VV9SPPL80664RKDTTSTTATX

**List or update any allergies, including your reaction. (Ex. short of breath, hives)**

NKDA

## Social History

**Select your tobacco status.**

**If you quit smoking, what was the date?**

**How many years have you smoked?**

**How often you do drink alcohol?**

**EJTEMAEE,NASRIN,MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

Phone: **(703)893-8345**
Fax: (703)**356-2730**

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
Tele 1 - 7/18/2023

List any illegal substances you use.

Mark the following symptoms that you currently suffer from

### Constitutional

| | | |
|---|---|---|
| ☐ Fevers | ☐ Chills | ☐ Sweats |
| ☐ Weakness | ☐ Fatigue | ☐ Decreased Activity |
| ☐ Maliase | ☐ Unexplained Weight Gain | ☐ Unexplained Weight Loss |
| ☐ Low Sex Drive | ☐ Difficulty Sleeping | |

### Eyes

| | | |
|---|---|---|
| ☐ Blurriness | ☐ Double Vision | ☐ Visual Disturbance |
| ☐ Pain | | |

### Ears/Nose/Throat/Neck

| | | |
|---|---|---|
| ☐ Hearing Problems | ☐ Ear Pain | ☐ Sinus Problems |
| ☐ Sore Throat | ☐ Nosebleeds | |

### Respiratory

| | | |
|---|---|---|
| ☐ Shortness Of Breath | ☐ Cough | ☐ Sputum Production |
| ☐ Wheezing | | |

### Cardiovascular

| | | |
|---|---|---|
| ☐ Chest Pain | ☐ Palpitations | ☐ Swelling in Feet |
| ☐ Bleeding Disorder | ☐ Blood Clots | ☐ Fainting |
| ☐ Shortness Of Breath During Sleep | | |

### Gastrointestinal

| | | |
|---|---|---|
| ☐ Nausea | ☐ Vomiting | ☐ Diarrhea |

**EJTEMAEE,NASRIN,MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

Phone: (703)893-8345
Fax: (703)356-2730

## JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960
### Tele 1 - 7/18/2023

| ☐ | Constipation | ☐ | Heartburn | ☐ | Abdominal Pain |
|---|---|---|---|---|---|

**Genitourinary/Nephrology**

| ☐ | Painful Urination | ☐ | Blood in Urine | ☐ | Change in Urine Stream |
|---|---|---|---|---|---|
| ☐ | Unusual Discharge | ☐ | Flank Pain | ☐ | Urinary Incontinence |

**Musculoskeletal**

| ☐ | Back Pain | ☐ | Neck Pain | ☐ | Joint Pain |
|---|---|---|---|---|---|
| ☐ | Muscle Pain | ☐ | Muscle Cramp | ☐ | Muscle Spasm |
| ☐ | Gait Disturbances | ☐ | Joint Stiffness | ☐ | Joint Swelling |
| ☐ | Trauma | | | | |

VVSSPPLODB64RKDTTSTTATX

**Integumentary**

| ☐ | Rash | ☐ | Itching | ☐ | Lesions |
|---|---|---|---|---|---|
| ☐ | Bruising | | | | |

**Neurological**

| ☐ | Abnormal Balance | ☐ | Confusion | ☐ | Numbness |
|---|---|---|---|---|---|
| ☐ | Tingling | ☐ | Dizziness | ☐ | Headaches |
| ☐ | Loss of Coordination | ☐ | Memory Loss | ☐ | Seizures |
| ☐ | Tinnitus | ☐ | Tremors | ☐ | Vertigo |

**Psychiatric**

| ☐ | Feeling Anxious | ☐ | Depressed Mood | ☐ | Suicidal Thoughts |
|---|---|---|---|---|---|
| ☐ | Hallucinations | ☐ | Stress Problems | ☐ | Suicidal Planning |
| ☐ | Thoughts of Harming Others | | | | |

**What is your pain level?**

**Start Time of Consultation**

**EJTEMAEE,NASRIN,MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

Phone: (703)**893-8345**
Fax: (703)356-**2730**

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Tele 1 - 7/18/2023**

01:15 AM

### End Time of Consultation

01:30 AM

### Date of Last Appointment

12/22/2020 10:30:00 AM

### Problem List

| Code | Description | Onset | Status | Status Date | | |
|------|-------------|-------|--------|-------------|---|---|
| E78.5 | HYPERLIPIDEMIA, UNSPECIFIED | 12/22/2020 | Curre | | 12/22 2020 |
| M25.532 | PAIN IN LEFT WRIST | 12/22/2020 | Current | | 2/73/2020 |
| R10.11 | RIGHT UPPER QUADRANT PAIN | 08/01/2020 | Current | | 08/01/2020 |
| Z23 | ENCOUNTER FOR IMMUNIZATION | 12/22/2020 | Curre | | 12/22 2020 |

### Current Medications

naproxen - 500 mg
folic acid - 1 mg

### Allergies

NKDA

### Mental Status

Alert, Oriented to Person, Place, and Time

### Clinical Findings

NAD, No suicidal, homicidal ideation, Well groomed, well behaved

**EJTEMAEE,NASRIN,MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

Phone: (703)893-8345
Fax: (703)356-2730

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Tele 1 - 7/18/2023**

**Treatment Plan**

Visit Summary
Prescriptions:
SIG: FOLIC ACID 1MG TABLETS, Dispense # 90, 1 Refills
Directions: TAKE 1 TABLET BY MOUTH ONCE DAILY

**Diagnosis**

D64.9 Anemia, unspecified
99213 OFFICE/OUTPATIENT VISIT EST
Code        ... (Continued: in Endnote 1)

**Patient Education/Instructions**

Benefits and side effects of meds discussed.

**EJTEMAEE,NASRIN,MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

Phone: (703)**893-8345**
Fax: (703)**356-2730**

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Tele 1 - 7/18/2023**

**Referral
s**

**Follow-up Appointment**

12          Months                                    **Tests Ordered**

- ❏    Barium Enema
- ❏    Echocardiogram
- ❏    Colonoscopy
- ❏    Chest X-ray
- ❏    Electrocardiogram
- ❏    Flexible Sigmoidoscopy
- ❏    Mammogram
- ❏    Stress Echo
- ❏    Stress Test
- ❏    Ultrasound

✦■❀■❑▼✿▲

**(1) Visit Date 7/18/2023 Continued:**
... **Description**
D64.9          Anemia, unspecified
99213          OFFICE/OUTPATIENT VISIT EST

V V 9 S P P L 0 0 0 0 4 R K D T T S T T A T X

**EJTEMAEE, NASRIN, MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

Phone: (703)**893-8345**
Fax: (7··3)356-**2730**

**JURKOWSKI, KIMBERLYNN - DOB: 2/20/1960**
**Office Visit - SOAP Style1/ R - 1/4/2023**

## Subjective

**Chief Complaint / History of Present Illness:**

Right upper quadrant pain on and off post eating for 1 month.
Gets relief after 1-2 hours, feels some bloatedness.

✓    **All Systems Have Been Reviewed and Are Negative**

☐    **All Systems Have Been Reviewed**

—

**Positive Response / Pertinent Negative:**

Alert, oriented X3, NAD,

## Objective

| Weight (lbs.): | Previous Weight (lbs.): | Weight Change (lbs.): |
| --- | --- | --- |
| 130 | 125 | |

**EJTEMAEE,NASRIN,MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

Phone: **(703)893-8345**
Fax: (703)**356-2730**

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Office Visit - SOAP Style1/ R - 1/4/2023**

**Height (in.):**                     **BMI:**

**Pulse:**                            **Temperature:**

74                                    98.5

**Respiration:**                      **O2 Sat (%) / Room Air:**

14

**Previous BP:**

106      / 69

**BP 1:**

110      / 70         Sitting

✓   **Functional Status Assessed**         No Impairments

✓   **Cognitive Status Assessed**          No Impairments

**Examined the Following Areas:**

|                      | Normal / Abnormal |
|----------------------|-------------------|
| **HEENT**            | ✓ ☐               |
| **Respiratory**      | ✓ ☐               |
| **Cardiovascular**   | ✓ ☐               |
| **Gastrointestinal** | ✓ ☐               |
| **Genitourinary**    | ☐ ☐               |
| **Lymphatic**        | ☐ ☐               |
| **Musculoskeletal**  | ☐ ☐               |
| **Skin**             | ☐ ☐               |

**EJTEMAEE,NASRIN,MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

Phone: (703)893-8345
Fax: (703)356-2730

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Office Visit - SOAP Style1/ R - 1/4/2023**

| | | |
|---|---|---|
| Neurological | ☐ ☐ | |
| Psychiatric | ☐ ☐ | |

## Abnormal Exam Findings:

Alert, oriented X3, Grossly intact organs., NAD, Well groomed, well beh

--

**Smoking Status:**      Never Smoker

**Smoked Per Day:**      --

## Cessation Counseling and Intervention

--

--

**Referral to Stop-Smoking Clinic:**

EJTEMAEE,NASRIN,MD
8375 GREENSBORO DR
MC LEAN, VA 22102-3529

Phone: (703)893-8345
Fax: (703)356-2730

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Office Visit - SOAP Style1/ R - 1/4/2023**

☐     Patient Receiving Cessation Assistance

--

VV9SPPLOO664RKDTTSTTATX

**Comments:**

**Assessment**

**Diagnosis:**

| Code | Description |
|------|-------------|
| R10.11 | Right upper quadrant pain |
| 99214 | OFFICE/OUTPATIENT VISIT EST |

--

**EJTEMAEE,NASRIN,MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

**Phone: (703)893-8345**
**Fax: (703)356-2730**

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Office Visit - SOAP Style1/ R - 1/4/2023**

## Plan

**BMI Follow-up Plan:**

**Nutrition Counseling:**

Avoid fatty food.

**Physical Activity Counseling:**

As tolerated

**Visit Summary / Care Plan:**

Visit Summary
Slip made for abdominal sonogram.
Return for follow up appointment in 1-2 wks.
Emergency Room visit if sever.

**Urinalysis:**

| Clarity: | Color: | Glucose: | BIL: |
| --- | --- | --- | --- |
| KET: | SG: | PH: | PRO: |
| URO: | NIT: | BLO: | LEU: |

**EJTEMAEE,NASRIN,MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

Phone: **(703)893-8345**
Fax: **(703)356-2730**

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Anuual exam - 5/23/2022**

**Start Date / Time:**

**Historian:**     Patient

**Chief Complaint:**

VV9SPPL00664RKDTTSTTATX

P/E

**Weight (lbs.):**          **Previous Weight (lbs.):**      Weight Change (lbs.):
125

**Height (in.):**          **BMI:**
61                         23.6

**Temperature:**          **Pulse:**                Respiration:
97.5                       70                       14

**O2 Sat (%) / Room Air:**   **O2 Sat (%) /**          Supplemental Oxygen Therapy:
                           **Supplemental Oxygen:**

**BP 1:**
   106      / 69      --

## Medical / Surgical History:

Reviewed

- ☐   **Appendectomy**
- ☐   **Bladder / Kidney Infection**
- ☐   **Cholecystectomy**

**EJTEMAEE,NASRIN,MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

**Phone: (703)893-8345**
**Fax: (703)356-2730**

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Anuual exam - 5/23/2022**

- ☐ **Coagulation Disorders**
- ☐ **Gallstones**
- ☐ **Hypertension**
- ✓ **Kidney Stones**
- ☐ **Tonsillectomy**

**Other:**

**Diabetes:**

--

# Social History

--

**Smoking Status:**       Never Smoker

**Smoked Per Day:**       --

**Alcohol Use:**    Current

**Drug Use:**       --

**EJTEMAEE,NASRIN,MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

Phone: **(703)893-8345**
Fax: **(703)356-2730**

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Anual exam - 5/23/2022**

**Lives:**          In Home with Other

**Other:**

Married wit 3 adult.

VV9SPPLOQ664RKOTTSTTATX

# Family History - First Degree Blood Relatives

**Natural Parents:**

Alzehimer,

**Natural Siblings:**

6 sibb's, clotting disorder,  Brother.CKD, Passed sister kidney transplant, HTN, HLD: Gout.

**Natural Children:**

3 healthy adult kids.

**Functional Status Assessed:**

Librai

**Cognitive Status Assessed:**

No impairment

EJTEMAEE,NASRIN,MD
8375 GREENSBORO DR
MC LEAN, VA 22102-3529

Phone: (703)893-8345
Fax: (703)356-2730

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Anual exam** - 5/23/2022

**Condition Upon Discharge:**    --

**Discharged To:**    --

  **Other:**

**Discharge Date / Time:**

**All Systems Have Been Reviewed and:**

**Selected Systems Have Comments Below**

| | | |
|---|---|---|
| ✓ Constitutional | ☐ **Gastrointestinal** | ☐ **Psychiatric** |
| ☐ Eyes | ☐ **Genitourinary** | ✓ **Endocrine** |
| ☐ E.N.M.T. | ☐ **Musculoskeletal** | ☐ **Lymphatic** |
| ✓ Cardiovascular | ☐ **Skin** | ☐ **Allergic / Immuno** |
| ☐ Respiratory | ☐ **Neurological** | |

**Positive Response / Pertinent Negative:**

No depression symptoms, No nocturia, Normal sleep, Regular BM. kidney stone.

**History of Present Illness:**

P/E

**Symptoms:**

EJTEMAEE,NASRIN,MD
8375 GREENSBORO DR
MC LEAN, VA 22102-3529

Phone: (703)893-8345
Fax: (703)356-2730

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
Anual exam - 5/23/2022

**Location:** --

**Laterality:** --

**Other:**

**Pain Level:** --                                                out of 10

**Duration:**          --          VV9SPPLOO664RKDTTSTTATX

**Context:**

## General

| | |
|---|---|
| ✓  No Acute Distress | ☐  **Pale** |
| | ☐  **Cyanotic** |
| | ☐  **Cachectic** |
| | ☐  **Obese** |
| | **Other:** |

## HEENT

| | |
|---|---|
| ✓  Normocephalic | ☐  Conjunctival Icterus |
| ✓  PERRLA | ☐  Conjunctival Injection |
| ✓  EOMI | ☐  Ear - Discharge |
| ✓  No Thyromegaly | ☐  Ear - Foreign Body |
| ✓  Tongue / Oral **Mucosa WNL** | ☐  Epistaxis |
| ✓  Pharynx Clear | ☐  Eustachian Tubes Obstructed |
| | ☐  Lymphadenopathy |
| | ☐  Nasal Discharge |
| | ☐  Nasal - Foreign Body |
| | ☐  Thyromegaly |
| | ☐  Pharynx Erythematous |

**EJTEMAEE, NASRIN, MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

Phone: **(703)893-8345**
Fax: (703)**356-2730**

**JURKOWSKI, KIMBERLYNN - DOB: 2/20/1960**
**Annual exam** - 5/23/2022

☐   Pharynx Exudate

☐   TM - Erythematous

☐   TM - Immobile

**Other:**

## Cardiovascular

- ✓   **Regular Rate and Rhythm**
- ✓   **No Murmurs, Rubs, Gallops, or Bruits**
- ✓   **No Lower Extremity Edema**
- ✓   **Strong, Equal, Bilateral Pulses**

☐   Gallop

☐   Jugular Venous Distention

☐   Carotid Bruit

☐   Aortic Bruit

☐   Decreased Peripheral Pulses

Other:

## Respiratory

- ✓   **Clear to Auscultation, Bilaterally**
- ✓   **No Adventitious Sounds or Rubs**

☐   Rales

☐   Rhonchi

☐   Rubs

☐   Crackle

☐   Dyspnea

☐   Wheeze

**Other:**

## Gastrointestinal

- ✓   **Bowel Sounds x 4**
- ✓   **No Tenderness, Guarding, or Rebound**

☐   Guarding

☐   Rebound Tenderness

☐   Hemoccult +

☐   Diarrhea

☐   Distention

EJTEMAEE,NASRIN,MD
8375 GREENSBORO DR
MC LEAN, VA 22102-3529

Phone: (703)893-8345
Fax: (703)356-2730

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
Annual exam - 5/23/2022

☐   Hepatomegaly
☐   Murphy's Sign

Other:

## Genitourinary

✓   **No Discharge**

✓   **No Tenderness, Masses, or Swelling**

✓   **No Hemorrhoids**

VV9SPPLOO664RKDTTSTTATX

### Female

☐   Dysmenorrhea
☐   Vaginal Discharge
☐   Dysuria
☐   Malodorous Urine
☐   Frequent Urination
☐   Incontinence

☐   Urine Bloody
☐   Cystocele
☐   Rectal Prolapse
☐   Anal Lesions
☐   Hemorrhoids

Other:

**Vaginal Bleeding:**

No

**Pelvic Exam:**

--

**Skin**

EJTEMAEE,NASRIN,MD
8375 GREENSBORO DR
MC LEAN, VA 22102-3529

Phone: **(703)893-8345**
Fax: (703)**356-2730**

### JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960
Anuual exam - 5/23/2022

| | | | |
|---|---|---|---|
| ✓ | Warm, Dry without Rash | ☐ | Rash |
| ✓ | No Ulcerations or Petechiae | ☐ | Abrasion |
| | | ☐ | Contusion |

Other:

## Musculoskeletal

| | | | |
|---|---|---|---|
| ✓ | Gait WNL | ☐ | Pedal edema |
| ✓ | Strength WNL | ☐ | Joint swelling |
| ✓ | Tone WNL | ☐ | Flexibility |
| | | ☐ | Spasm |
| | | ☐ | Diminished ROM |

Other:

## Neurological / Psych

| | | | |
|---|---|---|---|
| ✓ | Alert, Awake, Oriented x 3 | ☐ | LOC |
| ✓ | Cranial Nerves WNL | ☐ | Disoriented |
| ✓ | No Motor Deficits | ☐ | Motor loss |
| ✓ | No Sensory Deficits | ☐ | Sensory Deficit |
| | | ☐ | Confused |
| | | ☐ | Decreased LOC |
| | | ☐ | Tremor |
| | | ☐ | Aphasia |
| | | ☐ | Slurred Speech |

Other:

**Urinalysis:**

EJTEMAEE,NASRIN,MD
8375 GREENSBORO DR
MC LEAN, VA 22102-3529

Phone: **(703)893-8345**
Fax: (703)**356-2730**

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
Anuual exam - 5/23/2022

results

| | | | |
|---|---|---|---|
| Clarity: | **Color:** | **Glucose:** | uile |
| clear | yellow | – | |
| | **SG:** | **PH:** | PRO: |
| | 1.020 | 7.0 | |
| URO: | **NIT:** | **BLO:** | LEU: |
| 0.2 | – | | |

**Other Findings**:

Had her covid vaccine.

**Diagnosis / Procedure:**

Code    ... (Continued: in Endnote 1)

**Visit Summary / Care Plan:**

EJTEMAEE,NASTAN,MD
8375 GREENSBORO DR
MC LEAN, VA 22102-3529

Phone: (703)893-8345
Fax: (703)356-2730

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Anuual exam - 5/23/2022**

Visit Summary
Ordered:
CBC With Different + Platelet
Comp. Metabolic P    | (14)
Hemoglobin A1c
Lipid... (Continued: n Endnote 2)

**Endnotes**

**(1) Visit Date 5/23/2022 Continued:**

| ... | Description |
|-----|-------------|
| Z00.00 | ENCOUNTER FOR GENERAL ADULT MEDICAL EXAMINATION WITHOUT ABN... |
| 99396 | PREV VISIT EST AGE 40-64 |
| 36415 | ROUTINE VENIPUNCTURE |
| 81002 | URINALYSIS NONAUTO W/O SCOPE |

**(2) Visit Date 5/23/2022 Continued:**
...Panel
TSH
Continue Diet , regular exercises.

VV9SPPLD0664RKDTTSTTATX

**EJTEMAEE,NASRIN,MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

Phone: **(703)893-8345**
Fax: **(703)356-2730**

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Office Visit - SOAP Style1/ R - 10/1/2021**

## Subjective

**Chief Complaint / History of Present Illness:**

L neck pain, muscle spam.
Has been lifting, and some physical work.

☐    **All Systems Have Been Reviewed and Are Negative**

☐    **All Systems Have Been Reviewed**

▬

**Positive Response / Pertinent Negative:**

## Objective

**Weight (lbs.):**                    **Previous Weight (lbs.):**                    **Weight Change (lbs.):**

EJTEMAEE,NASRIN,MD
8375 GREENSBORO DR
MC LEAN, VA 22102-3529

Phone: **(703)893-8345**
Fax: (703)**356-2730**

JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960
Office Visit - SOAP Style1/ R - 10/1/2021

**Height (in.):**                    **BMI:**

**Pulse:**                           **Temperature:**

**Respiration:**                     **O2 Sat (%) / Room Air:**

**Previous BP:**

  105      / 62                       VVУSPPLDU664RKDTTSTTATX

**BP 1:**

  110      / 60       Sitting                     mn – Left

✓    **Functional Status Assessed**      No Impairments

✓    **Cognitive Status Assessed**       No Impairments

**Examined the Following Areas:**

|                  | Normal / Abnormal |
|------------------|-------------------|
| **HEENT**        | ✓ ☐               |
| Respiratory      | ✓ ☐               |
| Cardiovascular   | ✓ ☐               |
| Gastrointestinal | ☐ ☐               |
| Genitourinary    | ☐ ☐               |
| Lymphatic        | ☐ ☐               |
| Musculoskeletal  | ☐ ✓               |
| Skin             | ☐ ☐               |

**EJTEMAEE,NASRIN,MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

Phone: (**703)893-8345**
Fax: (703)**356-2730**

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Office Visit - SOAP Style1/ R - 10/1/2021**

| | |
|---|---|
| Neurological | ☐ ☐ |
| Psychiatric | ☐ ☐ |

**Abnormal Exam Findings:**

Mild ROM tender to the left.

--

**Smoking Status:**      Smoking Status Not Recorded

**Smoked Per Day:**      --

**Cessation Counseling and Intervention**

–

--

**Referral to Stop-Smoking Clinic:**

EJTEMAEE,NASRIN,MD
8375 GREENSBORO DR
MC LEAN, VA 22102-3529

Phone: (703)893-8345
Fax: (703)356-2730

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Office Visit - SOAP Style1/ R - 10/1/2021**

☐     Patient Receiving Cessation Assistance

VV9SPPL00664RKDTTSTTATX

**Comments:**

**Assessment**

**Diagnosis:**

| Code | Description |
|------|-------------|
| M54.2 | Cervicalgia |
| 99213 | OFFICE/OUTPATIENT VISIT EST |

EJTEMAEE,NASRIN,MD
8375 GREENSBORO DR
MC LEAN, VA 22102-3529

Phone: (703)893-8345
Fax: (703)356-2730

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Office Visit - SOAP Style1/ R - 10/1/2021**

## Plan

**BMI** Follow-up Plan:

**Nutrition** Counseling:

**Physical Activity Counseling:**

As tolerated

**Visit Summary / Care Plan:**

Visit Summary.
Advised some local care.
Aleve BID.

**Urinalysis:**

| Clarity: | Color: | Glucose: | BIL: |
|----------|--------|----------|------|
| KET: | SG: | PH: | PRO: |
| URO: | NIT: | BLO: | LEU: |

**EJTEMAEE,NASRIN,MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

Phone: (703)893-8345
Fax: (703)356-2730

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Tele 1 - 7/26/2021**

If the patient form Visit - **Telemedicine Hx OR Visit - Telemedicine Hx - Consent** is filled out previous to the visit and saved to the patient's chart it will auto-fill their responses, if the User Preferences are set to "Fill from Last Field Values.

**Medical** History

**What questions, concerns, or problems would you like to discuss during your visit?**

complaint of itcy scalp after trying a new hair product , feels very uncomfortable.
No lice or sebrrhea.

**List or update your medical and surgical history.** VVYSPPLOU864RKOTTSTTATX

**List or update any allergies, including your reaction. (Ex. short of breath, hives)**
NKDA

**Social History**

**Select your tobacco status.**                    If you quit smoking, what was the date?

**How many years have you smoked?**

**How** often you do drink **alcohol?**

EJTEMAEE, NASRIN, MD
8375 GREENSBORO DR
MC LEAN, VA 22102-3529

Phone: (703)893-8345
Fax: (703)356-2730

**JURKOWSKI, KIMBERLYNN - DOB: 2/20/1960**
Tele 1 - 7/26/2021

**List any illegal substances you use.**

**Mark the following symptoms that you currently suffer from**

### Constitutional

| | | | | | |
|---|---|---|---|---|---|
| ☐ | Fevers | ☐ | Chills | ☐ | Sweats |
| ☐ | Weakness | ☐ | Fatigue | ☐ | Decreased Activity |
| ☐ | Maliase | ☐ | Unexplained Weight Gain | ☐ | Unexplained Weight Loss |
| ☐ | Low Sex Drive | ☐ | Difficulty Sleeping | | |

### Eyes

| | | | | | |
|---|---|---|---|---|---|
| ☐ | Blurriness | ☐ | Double Vision | ☐ | Visual Disturbance |
| ☐ | Pain | | | | |

### Ears/Nose/Throat/Neck

| | | | | | |
|---|---|---|---|---|---|
| ☐ | Hearing Problems | ☐ | Ear Pain | ☐ | Sinus Problems |
| ☐ | Sore Throat | ☐ | Nosebleeds | | |

### Respiratory

| | | | | | |
|---|---|---|---|---|---|
| ☐ | Shortness Of Breath | ☐ | Cough | ☐ | Sputum Production |
| ☐ | Wheezing | | | | |

### Cardiovascular

| | | | | | |
|---|---|---|---|---|---|
| ☐ | Chest Pain | ☐ | Palpitations | ☐ | Swelling in Feet |
| ☐ | Bleeding Disorder | ☐ | Blood Clots | ☐ | Fainting |
| ☐ | Shortness Of Breath During Sleep | | | | |

### Gastrointestinal

| | | | | | |
|---|---|---|---|---|---|
| ☐ | Nausea | ☐ | Vomiting | ☐ | Diarrhea |

**EJTEMAEE,NASRIN,MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

Phone: **(703)893-8345**
Fax: **(703)356-2730**

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
Tele 1 - 7/26/2021

| ☐ | Constipation | ☐ | Heartburn | ☐ | Abdominal Pain |

**Genitourinary/Nephrology**

| ☐ | Painful Urination | ☐ | Blood in Urine | ☐ | Change in Urine Stream |
| ☐ | Unusual Discharge | ☐ | Flank Pain | ☐ | Urinary Incontinence |

**Musculoskeletal**

| ☐ | Back Pain | ☐ | Neck Pain | ☐ | Joint Pain |
| ☐ | Muscle Pain | ☐ | Muscle Cramp | ☐ | Muscle Spasm |
| ☐ | Gait Disturbances | ☐ | Joint Stiffness | ☐ | Joint Swelling |
| ☐ | Trauma | | | | |

**Integumentary**

| ☐ | Rash | ☐ | Itching | ☐ | Lesions |
| ☐ | Bruising | | | | |

**Neurological**

| ☐ | Abnormal Balance | ☐ | Confusion | ☐ | Numbness |
| ☐ | Tingling | ☐ | Dizziness | ☐ | Headaches |
| ☐ | Loss of Coordination | ☐ | Memory Loss | ☐ | Seizures |
| ☐ | Tinnitus | ☐ | Tremors | ☐ | Vertigo |

**Psychiatric**

| ☐ | Feeling Anxious | ☐ | Depressed Mood | ☐ | Suicidal Thoughts |
| ☐ | Hallucinations | ☐ | Stress Problems | ☐ | Suicidal Planning |
| ☐ | Thoughts of Harming Others | | | | |

What is your pain level?

VV9SPPL00864RKDTTSTTATX

**Start** Time of Consultation

EJTEMAEE,NASRIN,MD
8375 GREENSBORO DR
MC LEAN, VA 22102-3529

Phone: (703)893-8345
Fax: (703)356-2730

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Tele 1** - 7/26/2021

1:15 AM


**End Time of Consultation**

1:30 AM


**Date of Last Appointment**

12/22/2020 Tue 9:00 AM


**Problem List**

Code  Description    Onset  Status  Status Date
E78.5  HYPERLIPIDEMIA, UNSPECIFIED          12/22/2020  Current    12/22/2020
M25.532     PAIN IN LEFT WRIST     12/22/2020  Current    12/22/2020
R10.11 RIGHT UPPER QUADRANT PAIN 08/01/2020    Current    08/01/2020
Z23    ENCOUNTER FOR IMMUNIZATION    12/22/2020  Current    12/22/2020


**Current Medications**

naproxen - 500 mg
folic acid - 1 mg


**Allergies**

NKDA


**Mental Status**

Alert, Oriented to Person, Place, and Time

**Clinical Findings**

NAD, Well groomed, well behave

**EJTEMAEE,NASRIN,MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

**Phone: (703)893-8345**
**Fax: (703)356-2730**

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Office Visit - SOAP Style1/ R - 12/9/2024**

## Plan

**BMI Follow-up Plan:**

**Nutrition Counseling:**

Advised healthy diet and regular daily exercises.

**Physical Activity Counseling:**

As tolerated

**Visit Summary / Care Plan:**

Visit Summary
Prescriptions:
SIG: naproxen 500 mg oral tablet, 10 days, Dispense #20 Tablet, 0 Refills, Directions: Take 1 oral tablet 2 times a day
Advised using ICE.

YYUSPPLOU884RKDTTSTTATX

**Urinalysis:**

| Clarity: | Color: | Glucose: | BIL: |
|---|---|---|---|
| KET: | SG: | PH: | PRO: |
| URO: | NIT: | BLO: | LEU: |

**Endnotes**

**(1) Visit Date 12/9/2024 Continued:**
...          Description
M25.561              Pain in right knee
99213          OFFICE/OUTPATIENT VISIT EST

**EJTEMAEE,NASRIN,MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

**Phone: (703)893-8345**
**Fax: (703)356-2730**

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Tele 1 - 5/22/2024**

If the patient form Visit - Telemedicine Hx OR Visit - Telemedicine Hx - Consent is filled out previous to the visit and saved to the patient's chart it will auto-fill their responses, if the User Preferences are set to "Fill from Last Field Values.

## Medical History

**What questions, concerns, or problems would you like to discuss during your visit?**

Had a tic on her body <72 hours.
Has no complaints, healthy eater, active life.
H/O Talassemia minor

**List or update your medical and surgical history.**

**List or update any allergies, including your reaction. (Ex. short of breath, hives)**

NKDA

## Social History

**Select your tobacco status.**

**If you quit smoking, what was the date?**

**How many years have you smoked?**

**How often you do drink alcohol?**

**EJTEMAEE,NASRIN,MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

**Phone: (703)893-8345**
**Fax: (703)356-2730**

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Tele 1 - 5/22/2024**

**List any illegal substances you use.**

**Mark the following symptoms that you currently suffer from**

**Constitutional**

- ❏ Fevers
- ❏ Weakness
- ❏ Maliase
- ❏ Low Sex Drive

- ❏ Chills
- ❏ Fatigue
- ❏ Unexplained Weight Gain
- ❏ Difficulty Sleeping

- ❏ Sweats
- ❏ Decreased Activity
- ❏ Unexplained Weight Loss

**Eyes**

- ❏ Blurriness
- ❏ Pain

- ❏ Double Vision

- ❏ Visual Disturbance

**Ears/Nose/Throat/Neck**

- ❏ Hearing Problems
- ❏ Sore Throat

- ❏ Ear Pain
- ❏ Nosebleeds

- ❏ Sinus Problems

**Respiratory**

- ❏ Shortness Of Breath
- ❏ Wheezing

- ❏ Cough

- ❏ Sputum Production

**Cardiovascular**

- ❏ Chest Pain
- ❏ Bleeding Disorder
- ❏ Shortness Of Breath During Sleep

- ❏ Palpitations
- ❏ Blood Clots

- ❏ Swelling in Feet
- ❏ Fainting

**Gastrointestinal**

- ❏ Nausea

- ❏ Vomiting

- ❏ Diarrhea

**EJTEMAEE,NASRIN,MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

**Phone: (703)893-8345**
**Fax: (703)356-2730**

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Tele 1 - 5/22/2024**

| ❏ | Constipation | ❏ | Heartburn | ❏ | Abdominal Pain |
|---|---|---|---|---|---|

**Genitourinary/Nephrology**

| ❏ | Painful Urination | ❏ | Blood in Urine | ❏ | Change in Urine Stream |
|---|---|---|---|---|---|
| ❏ | Unusual Discharge | ❏ | Flank Pain | ❏ | Urinary Incontinence |

**Musculoskeletal**

| ❏ | Back Pain | ❏ | Neck Pain | ❏ | Joint Pain |
|---|---|---|---|---|---|
| ❏ | Muscle Pain | ❏ | Muscle Cramp | ❏ | Muscle Spasm |
| ❏ | Gait Disturbances | ❏ | Joint Stiffness | ❏ | Joint Swelling |
| ❏ | Trauma | | | | |

**Integumentary**

| ❏ | Rash | ❏ | Itching | ❏ | Lesions |
|---|---|---|---|---|---|
| ❏ | Bruising | | | | |

**Neurological**

| ❏ | Abnormal Balance | ❏ | Confusion | ❏ | Numbness |
|---|---|---|---|---|---|
| ❏ | Tingling | ❏ | Dizziness | ❏ | Headaches |
| ❏ | Loss of Coordination | ❏ | Memory Loss | ❏ | Seizures |
| ❏ | Tinnitus | ❏ | Tremors | ❏ | Vertigo |

**Psychiatric**

| ❏ | Feeling Anxious | ❏ | Depressed Mood | ❏ | Suicidal Thoughts |
|---|---|---|---|---|---|
| ❏ | Hallucinations | ❏ | Stress Problems | ❏ | Suicidal Planning |
| ❏ | Thoughts of Harming Others | | | | |

**What is your pain level?**   ⟨⟨⟩⟩⟨⟨LOU864RKDTTSTTATX

**Start Time of Consultation**

**EJTEMAEE,NASRIN,MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

**Phone: (703)893-8345**
**Fax: (703)356-2730**

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Tele 1 - 5/22/2024**

01:15 AM

## End Time of Consultation

01:30 AM

## Date of Last Appointment

12/22/2020 10:30:00 AM

## Problem List

| Code | Description | Onset | Status | Status Date | |
|------|-------------|-------|--------|-------------|---|
| E78.5 | HYPERLIPIDEMIA, UNSPECIFIED | 12/22/2020 | Current | 12/22/2020 |
| M25.532 | PAIN IN LEFT WRIST | 12/22/2020 | Current | 12/22/2020 |
| R10.11 | RIGHT UPPER QUADRANT PAIN | 08/01/2020 | Current | 08/01/2020 |
| Z23 | ENCOUNTER FOR IMMUNIZATION | 12/22/2020 | Current | 12/22/2020 |

## Current Medications

naproxen - 500 mg
folic acid - 1 mg

## Allergies

NKDA

## Mental Status

Alert, Oriented to Person, Place, and Time

## Clinical Findings

NAD, Well groomed, well behaved.

✦■❅▨□▼❊▲

**(1) Visit Date 5/22/2024 Continued:**
...EST
Z71.89          Other specified counseling

VV95PPL0U664RKDTTSTTATX

**EJTEMAEE,NASRIN,MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

**Phone: (703)893-8345**
**Fax: (703)356-2730**

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Anuual exam - 3/18/2024**

**Start Date / Time:**    03/18/2024 10:12 am

**Historian:**    Patient

**Chief Complaint:**

P/E..
Has no complaints, healthy eater, active life.
H/O Talassemia minor

**Weight (lbs.):**    **Previous Weight (lbs.):**    **Weight Change (lbs.):**
132    130

**Height (in.):**    **BMI:**
61    24.9

**Temperature:**    **Pulse:**    **Respiration:**
98    68    14

**O2 Sat (%) / Room Air:**    **O2 Sat (%) / Supplemental Oxygen:**    **Supplemental Oxygen Therapy:**

**BP 1:**
120    / 70    Arm - Left

## Medical / Surgical History:
Reviewed

- ❏    **Appendectomy**
- ❏    **Bladder / Kidney Infection**
- ❏    **Cholecystectomy**

**EJTEMAEE,NASRIN,MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

**Phone: (703)893-8345**
**Fax: (703)356-2730**

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Anuual exam - 3/18/2024**

☐     **Coagulation Disorders**

☐     **Gallstones**

☐     **Hypertension**

☐     **Kidney Stones**

☐     **Tonsillectomy**

**Other:**    U/R

**Diabetes:**

--

# Social History

--

VV9SPPLOQ664RKDTTSTTATX

**Smoking Status:**    Never Smoker

**Smoked Per Day:**    --

**Alcohol Use:**    Current

**Drug Use:**    --

**EJTEMAEE,NASRIN,MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

**Phone: (703)893-8345**
**Fax: (703)356-2730**

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Anuual exam - 3/18/2024**

**Lives:** --

**Other:**

# Family History - First Degree Blood Relatives

**Natural Parents:**

Alzehimer,

**Natural Siblings:**

6 sibb's, clotting disorder,  Brother.CKD, Passed sister kidney transplant, IITN, HLD. Gout.

**Natural Children:**

3 healthy adult kids.

**Functional Status Assessed:**

Desk job

**Cognitive Status Assessed:**

No impairment

**EJTEMAEE, NASRIN, MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

Phone: (703)893-8345
Fax: (703)356-2730

**JURKOWSKI, KIMBERLYNN - DOB: 2/20/1960**
**Anual exam - 3/18/2024**

**Condition Upon Discharge:**          --

**Discharged To:**          --

   **Other:**

**Discharge Date / Time:**

**All Systems Have Been Reviewed and:**

**Are Negative**

VVYSPPLOUBBIRKDTTSTTATX

**Positive Response / Pertinent Negative:**

No depression symptoms, No nocturia, Normal sleep, Regular BM, Talassemia minor

**History of Present Illness:**

P/E

**EJTEMAEE,NASRIN,MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

Phone: (703)893-8345
Fax: (703)356-2730

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Anuual exam - 3/18/2024**

**Symptoms:**

**Location:**    --

  **Laterality:** --

  **Other:**

**Pain Level:** --                                         out of 10

**Duration:**          --

**Context:**

## General

✓    **No Acute Distress**

✓    **Pale**
☐    **Cyanotic**
☐    **Cachectic**
☐    **Obese**
**Other:**

## HEENT

✓    **Normocephalic**
✓    **PERRLA**
✓    **EOMI**
✓    **No Thyromegaly**
✓    **Tongue / Oral Mucosa WNL**
✓    **Pharynx Clear**

☐    **Conjunctival Icterus**
☐    **Conjunctival Injection**
☐    **Ear - Discharge**
☐    **Ear - Foreign Body**
☐    **Epistaxis**
☐    **Eustachian Tubes Obstructed**
☐    **Lymphadenopathy**
☐    **Nasal Discharge**

**EJTEMAEE,NASRIN,MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

Phone: (703)893-8345
Fax: (703)356-2730

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Anuual exam - 3/18/2024**

☐ **Nasal - Foreign** Body

☐ **Thyromegaly**

☐ **Pharynx Erythematous**

☐ **Pharynx Exudate**

☐ **TM - Erythematous**

☐ **TM - Immobile**

Other: LOU0064RKOTTSTTATX

## Cardiovascular

✓ **Regular Rate and Rhythm**

✓ **No Murmurs, Rubs, Gallops, or Bruits**

✓ **No Lower Extremity Edema**

✓ **Strong, Equal, Bilateral Pulses**

☐ **Gallop**

☐ **Jugular Venous Distention**

☐ **Carotid Bruit**

☐ **Aortic Bruit**

☐ **Decreased Peripheral Pulses**

Other:

## Respiratory

✓ **Clear to Auscultation, Bilaterally**

✓ **No Adventitious Sounds or Rubs**

☐ **Rales**

☐ **Rhonchi**

☐ **Rubs**

☐ **Crackles**

☐ **Dyspnea**

☐ **Wheezes**

Other:

## Gastrointestinal

✓ **Bowel Sounds x 4**

✓ **No Tenderness, Guarding, or Rebound**

☐ **Guarding**

☐ **Rebound Tenderness**

**EJTEMAEE,NASRIN,MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

Phone: (703)893-8345
Fax: (703)356-2730

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Anuual exam - 3/18/2024**

| | |
|---|---|
| ❏ | **Hemoccult +** |
| ❏ | **Diarrhea** |
| ❏ | **Distention** |
| ❏ | **Hepatomegaly** |
| ❏ | **Murphy's Sign** |

**Other:**

## Genitourinary

✓ **No Discharge**

✓ **No Tenderness, Masses, or Swelling**

✓ **No Hemorrhoids**

### Female

| | | | |
|---|---|---|---|
| ❏ | **Dysmenorrhea** | ❏ | **Urine - Bloody** |
| ❏ | **Vaginal Discharge** | ❏ | **Cystocele** |
| ❏ | **Dysuria** | ❏ | **Rectal Prolapse** |
| ❏ | **Malodorous Urine** | ❏ | **Anal Lesions** |
| ❏ | **Frequent Urination** | ❏ | **Hemorrhoids** |
| ❏ | **Incontinence** | | **Other:** |

**Vaginal Bleeding:**

No

**Pelvic Exam:**

--

**EJTEMAEE,NASRIN,MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

Phone: (703)**893-8345**
Fax: (703)**356-2730**

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Anuual exam - 3/18/2024**

## Skin

- ✓ **Warm, Dry without Rash**
- ✓ **No Ulcerations or Petechiae**

- ☐ **Rash**
- ☐ **Abrasion**
- ☐ **Contusion**

Other: VV86PYL00864RKDTTSTTATX

## Musculoskeletal

- ✓ **Gait WNL**
- ✓ **Strength WNL**
- ✓ **Tone WNL**

- ☐ **Pedal Edema**
- ☐ **Joint Swelling**
- ☐ **Fracture**
- ☐ **Sprain**
- ☐ **Diminished ROM**

Other:

## Neurological / Psych

- ✓ **Alert, Awake, Oriented x 3**
- ✓ **Cranial Nerves WNL**
- ✓ **No Motor Deficits**
- ✓ **No Sensory Deficits**

- ☐ **Lethargic**
- ☐ **Disoriented**
- ☐ **Motor Loss**
- ☐ **Sensory Deficit**
- ☐ **Confused**
- ☐ **Decreased LOC**
- ☐ **Tremors**
- ☐ **Ataxia**
- ☐ **Slurred Speech**

Other:

**EJTEMAEE,NASRIN,MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

Phone: (703)893-8345
Fax: (703)356-2730

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Anuual exam - 3/18/2024**

**Urinalysis:**

see results

| Clarity: | Color: | Glucose: | BIL: |
|---|---|---|---|
| c | y | - | - |

| KET: | SG: | PH: | PRO: |
|---|---|---|---|
| - | | | - |

| URO: | NIT: | BLO: | LEU: |
|---|---|---|---|
| 0.2 | - | - | - |

**Other Findings:**

**Diagnosis / Procedure:**

Code        ... (Continued: in Endnote 1)

**Visit Summary / Care Plan:**

**Jurkowski, Kimberlynn**  DOB: **02/20/1960**  Patient Report

**labcorp**

Patient ID: **1901**
Specimen ID: **143-184-2076-0**

Age: **62**
Sex: **Female**

Account Number: **45549760**
Ordering Physician: **N EJTEMAEE**

---

**Patient Details**
**Jurkowski, Kimberlynn**
**3540 CRAIN HIGHWAY 257, BOWIE, MD,**
**20716**

Phone: **609-481-8878**
Date of Birth: **02/20/1960**
Age: **62**
Sex: **Female**
Patient ID: **1901**
Alternate Patient ID: **1901**

**Physician Details**
**N EJTEMAEE**
**NASRIN EJTEMAEE, M.D., P.C.**
**8375-A GREENSBORO DR., MC LEAN, VA,**
**22102**

Phone: **703-893-8345**
Account Number: **45549760**
Physician ID:
NPI: **1497850077**

**Specimen Details**
Specimen ID: **143-184-2076-0**
Control ID: **288429**
Alternate Control Number: **288429**
Date Collected: **05/23/2022 0000 Local**
Date Received: **05/23/2022 0000 ET**
Date Entered: **05/23/2022 2026 ET**
Date Reported: **05/24/2022 0737 ET**
Rte: **GH**

VV9SPPLOU864RKDTTSTTATX

©2022 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version 2.00

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error please call 800-762-4344



| Patient ID: **1901** | Age: **62** | Account Number: **45549760** |
|---|---|---|
| Specimen ID: **143-184-2076-0** | Sex: **Female** | Ordering Physician: **N EJTEMAEE** |

Ordered Items: **CBC With Differential/Platelet; Comp. Metabolic Panel (14); Lipid Panel; Hemoglobin A1c; TSH**

| Date Collected: **05/23/2022** | Date Received: **05/23/2022** | Date Reported: **05/24/2022** | Fasting: **Not Given** |
|---|---|---|---|

## CBC With Differential/Platelet

| | Test | Current Result and Flag | | Previous Result and Date | | Units | Reference Interval |
|---|---|---|---|---|---|---|---|
| | WBC[01] | 3.9 | | 4.2 | 07/06/2020 | x10E3/uL | 3.4-10.8 |
| | RBC[01] | 4.63 | | 4.92 | 07/06/2020 | x10E6/uL | 3.77-5.28 |
| ▼ | Hemoglobin[01] | 10.7 | Low | 11.3 | 07/06/2020 | g/dL | 11.1-15.9 |
| | Hematocrit[01] | 35.3 | | 37.2 | 07/06/2020 | % | 34.0-46.6 |
| ▼ | MCV[01] | 76 | Low | 76 | 07/06/2020 | fL | 79-97 |
| ▼ | MCH[01] | 23.1 | Low | 23.0 | 07/06/2020 | pg | 26.6-33.0 |
| ▼ | MCHC[01] | 30.3 | Low | 30.4 | 07/06/2020 | g/dL | 31.5-35.7 |
| | RDW[01] | 13.9 | | 14.4 | 07/06/2020 | % | 11.7-15.4 |
| | Platelets[01] | 180 | | 206 | 07/06/2020 | x10E3/uL | 150-450 |
| | Neutrophils[01] | 52 | | 54 | 07/06/2020 | % | Not Estab. |
| | Lymphs[01] | 39 | | 36 | 07/06/2020 | % | Not Estab. |
| | Monocytes[01] | 7 | | 8 | 07/06/2020 | % | Not Estab. |
| | Eos[01] | 1 | | 1 | 07/06/2020 | % | Not Estab. |
| | Basos[01] | 1 | | 1 | 07/06/2020 | % | Not Estab. |
| | Neutrophils (Absolute)[01] | 2.0 | | 2.3 | 07/06/2020 | x10E3/uL | 1.4-7.0 |
| | Lymphs (Absolute)[01] | 1.5 | | 1.5 | 07/06/2020 | x10E3/uL | 0.7-3.1 |
| | Monocytes(Absolute)[01] | 0.3 | | 0.3 | 07/06/2020 | x10E3/uL | 0.1-0.9 |
| | Eos (Absolute)[01] | 0.0 | | 0.1 | 07/06/2020 | x10E3/uL | 0.0-0.4 |
| | Baso (Absolute)[01] | 0.0 | | 0.0 | 07/06/2020 | x10E3/uL | 0.0-0.2 |
| | Immature Granulocytes[01] | 0 | | 0 | 07/06/2020 | % | Not Estab. |
| | Immature Grans (Abs)[01] | 0.0 | | 0.0 | 07/06/2020 | x10E3/uL | 0.0-0.1 |

## Comp. Metabolic Panel (14)

| | Test | Current Result and Flag | | Previous Result and Date | | Units | Reference Interval |
|---|---|---|---|---|---|---|---|
| | Glucose[01] | 77 | | 82 | 12/24/2020 | mg/dL | 65-99 |
| | BUN[01] | 15 | | 13 | 12/24/2020 | mg/dL | 8-27 |
| | Creatinine[01] | 0.75 | | 0.71 | 12/24/2020 | mg/dL | 0.57-1.00 |
| | eGFR | 90 | | | | mL/min/1.73 | >59 |
| | BUN/Creatinine Ratio | 20 | | 18 | 12/24/2020 | | 12-28 |
| ▲ | Sodium[01] | 146 | High | 141 | 12/24/2020 | mmol/L | 134-144 |
| | Potassium[01] | 4.3 | | 4.7 | 12/24/2020 | mmol/L | 3.5-5.2 |
| | Chloride[01] | 103 | | 103 | 12/24/2020 | mmol/L | 96-106 |
| | Carbon Dioxide, Total[01] | 24 | | 24 | 12/24/2020 | mmol/L | 20-29 |
| | Calcium[01] | 9.3 | | 9.4 | 12/24/2020 | mg/dL | 8.7-10.3 |
| | Protein, Total[01] | 6.7 | | 6.9 | 12/24/2020 | g/dL | 6.0-8.5 |
| | Albumin[01] | 4.5 | | 4.2* | 12/24/2020 | g/dL | 3.8-4.8 |
| | Globulin, Total | 2.2 | | 2.7 | 12/24/2020 | g/dL | 1.5-4.5 |
| | A/G Ratio | 2.0 | | 1.6 | 12/24/2020 | | 1.2-2.2 |
| | Bilirubin, Total[01] | 0.3 | | 0.2 | 12/24/2020 | mg/dL | 0.0-1.2 |

©2022 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version 2.00

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error please call 800-762-4344

**Jurkowski, Kimberlynn**   DOB: **02/20/1960**   Patient Report   **labcorp**

Patient ID: **1901**
Specimen ID: **143-184-2076-0**

Age: **62**
Sex: **Female**

Account Number: **45549760**
Ordering Physician: **N EJTEMAEE**

## Comp. Metabolic Panel (14) (Cont.)

| | | | | | |
|---|---|---|---|---|---|
| Alkaline Phosphatase[01] | 46 | 65* | 12/24/2020 | IU/L | 44-121 |
| AST (SGOT)[01] | 20 | 22 | 12/24/2020 | IU/L | 0-40 |
| ALT (SGPT)[01] | 17 | 19 | 12/24/2020 | IU/L | 0-32 |

* Previous Reference Intervals: (Albumin: 3.8-4.9 g/dL), (Alkaline Phosphatase: 39-117 IU/L)

## Lipid Panel

| Test | Current Result and Flag | | Previous Result and Date | | Units | Reference Interval |
|---|---|---|---|---|---|---|
| ▲ Cholesterol, Total[01] | 216 | **High** | 226 | 12/24/2020 | mg/dL | 100-199 |
| Triglycerides[01] | 48 | | 73 | 12/24/2020 | mg/dL | 0-149 |
| HDL Cholesterol[01] | 64 | | 56 | 12/24/2020 | mg/dL | >39 |
| VLDL Cholesterol Cal | 8 | | 13 | 12/24/2020 | mg/dL | 5-40 |
| ▲ LDL Chol Calc (NIH) | 144 | **High** | 157 | 12/24/2020 | mg/dL | 0-99 |
| ▲ LDL Chol. (Direct)[01] | 144 | **High** | 158 | 12/24/2020 | mg/dL | 0-99 |

## Hemoglobin A1c

| Test | Current Result and Flag | | Previous Result and Date | | Units | Reference Interval |
|---|---|---|---|---|---|---|
| ▲ Hemoglobin A1c[01] | 5.8 | **High** | 5.8 | 12/24/2020 | % | 4.8-5.6 |

Please Note:[01]

Prediabetes: 5.7 - 6.4
Diabetes: >6.4
Glycemic control for adults with diabetes: <7.0

## TSH

| Test | Current Result and Flag | Previous Result and Date | | Units | Reference Interval |
|---|---|---|---|---|---|
| TSH[01] | 1.380 | 1.14 | 07/06/2020 | uIU/mL | 0.450-4.500 |

**Disclaimer**
The Previous Result is listed for the most recent test performed by Labcorp in the past 5 years where there is sufficient patient demographic data to match the result to the patient. Results from certain tests are excluded from the Previous Result display.

**Icon Legend**
▲ Out of Reference Range   ■ Critical or Alert

VV9SPPLOQ664RKDTTSTTATX

**Performing Labs**
01: BN - Labcorp Burlington 1447 York Court, Burlington, NC, 27215-3361 Dir: Sanjai Nagendra, MD
For Inquiries, the physician may contact Branch: 800-859-0391 Lab: 800-762-4344

**Patient Details**
**Jurkowski, Kimberlynn**
**3540 CRAIN HIGHWAY 257, BOWIE, MD, 20716**

Phone: **609-481-8878**
Date of Birth: **02/20/1960**
Age: **62**
Sex: **Female**
Patient ID: **1901**
Alternate Patient ID: **1901**

**Physician Details**
**N EJTEMAEE**
**NASRIN EJTEMAEE, M.D., P.C.**
**8375-A GREENSBORO DR., MC LEAN, VA, 22102**

Phone: **703-893-8345**
Account Number: **45549760**
Physician ID:
NPI: **1497850077**

**Specimen Details**
Specimen ID: **143-184-2076-0**
Control ID: **288429**
Alternate Control Number: **288429**
Date Collected: **05/23/2022 0000 Local**
Date Received: **05/23/2022 0000 ET**
Date Entered: **05/23/2022 2026 ET**
Date Reported: **05/24/2022 1108 ET**
Rte: **GH**

**labcorp**

Date Created and Stored 05/24/22 1110 ET  **Final Report**  Page 2 of 2

©2022 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version 2.00

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error please call 800-762-4344

# CONFIDENTIAL Fax

**FROM:**

LORI J MACIULLA MD
6707 OLD DOMINION DR, MCLEAN, VA 22101-4503
Phone: (703) 642-7522
Fax: (703) 556-0347

**TO:**

NASRIN EJTEMAEE
Fax: (703) 356-2730

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:517848081-H-8042]

PWH - ANNA - Annandale Ob-Gyn • 6707 OLD DOMINION DR, MCLEAN VA 22101-4503
**JURKOWSKI, Kimberlynn (id #22291101, dob: 02/20/1960)**





**Annandale Ob-Gyn**
6707 OLD DOMINION DR STE 300
MCLEAN, VA 22101-4503
Phone: (703) 642-7522
Fax: (703) 556-0347

VVØSPPLOO6B4RKDTTSTTATX

**Encounter Summary - Progress Note**
Date Printed: 05/18/2022

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:517848081-H-8042]

| Patient | Jurkowski, Kimberlynn (62yo, F) #22291101 |
|---|---|
| DOB | 02/20/1960 |

### Patient Demographics:

| Address | 3540 Crain Hwy/Suite 257 Bowie, MD 20716 | Home Phone | (609) 481-8878 |
|---|---|---|---|
| | | Work Phone | |

### Encounter Notes:

| Encounter Reason/Date | Followup: Disorder of uterus 05/18/2022 - 10:00AM - PWH_ANNA_McLean Office |
|---|---|
| History of Present Illness | Pt here for EMBx for questionable fluid noted on US 5/4/22 |
| Review of Systems | ROS as noted in the HPI |
| Vitals | **Ht:** 5 ft (152.4 cm) 05/18/2022 10:01 am **Wt:** 126 lbs (57.15 kg) 05/18/2022 10:02 am **BMI:** 24.6 05/18/2022 10:02 am<br>**BP:** 114/70 05/18/2022 10:01 am **Pulse:** 72 bpm 05/18/2022 10:01 am |
| Results/Interpretations | None recorded |
| Physical Exam | None recorded |

| Assessment and Plan | **1. Disorder of uterus**<br>N85.8: Other specified noninflammatory disorders of uterus<br>• ENDOMETRIAL BIOPSY<br><br>**Return to Office**<br>• to see Lori J Maciulla MD for Wellness Visit at PWH_ANNA_McLean Office on or around 04/27/2023 |
|---|---|
| Procedures | **Endometrial Biopsy:**<br><br>Risks, benefits and indications for endometrial biopsy procedure fully reviewed. Patient questions answered. Informed consent obtained.<br><br>The patient was placed in a dorsal lithotomy position. The speculum was placed into vagina. Cervix was prepped with antiseptic solution. Tenaculum applied to anterior lip of cervix. Endometrial pipelle introduced without difficulty. Uterus sounded to 7cm. Suction initiated. A total of 1 passes performed. Endometrial tissue obtained and sent to pathology. Cervix was hemostatic.<br><br>Patient tolerated procedure well. Postoperative instructions were given. |

Patient Medical History:

| Allergies List | Allergies not reviewed (last reviewed 04/27/2022) | | |
|---|---|---|---|
| | NKDA | | |

| Medications | Medications not reviewed (last reviewed 04/27/2022) | | |
|---|---|---|---|
| | **clobetasoL 0.05 % lotion**<br>APPLY 1 MILLILITER TOPICALLY ONCE A DAY FOR 30 DAYS | 07/28/21 | filled |
| | **clotrimazole 1 % topical cream** | 12/21/20 | filled |
| | **folic acid 1 mg tablet** TAKE 1 TABLET BY MOUTH ONCE DAILY | 05/01/22 | filled |
| | **Vagifem 10 mcg vaginal tablet**<br>INSERT 1 TABLET VAGINALLY 2 TIMES A WEEK | 04/28/22 | filled |
| | multivits | | |

| Family History | Family History not reviewed (last reviewed 04/21/2021) | |
|---|---|---|
| | Sister | - Malignant tumor of breast (onset age: 56) |
| | Mother | - Cerebrovascular accident (onset age: 85) |

| Past Medical History | Past Medical History not reviewed (last reviewed 04/21/2021)<br>No significant past medical history: **Y** |
|---|---|

| Vaccine History | Vaccines not reviewed (last reviewed 04/21/2021) |
|---|---|

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **COVID-19** | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 100 mcg/0.5 mL dose (Moderna) | 02/15/21 | | | | | | Other manufacturer | | | | |
| COVID-19, mRNA, LNP-S, PF, 100 mcg/0.5 mL dose (Moderna) | 01/28/21 | | | | | | Moderna US, Inc. | | | | |

Electronically Signed by: LORI J MACIULLA MD

_____
Lori J Maciulla MD

VV9SPPLDQ864RKDTTSTTATX

# CONFIDENTIAL Fax

**FROM:**

LORI J MACIULLA MD

6707 OLD DOMINION DR, MCLEAN, VA 22101-4503

Phone: (703) 642-7522

Fax: (703) 556-0347

**TO:**

NASRIN EJTEMAEE

Fax: (703) 356-2730

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:511042161-H-8042]

PWH - ANNA - Annandale Ob-Gyn • 6707 OLD DOMINION DR, MCLEAN VA 22101-4503
**JURKOWSKI, Kimberlynn (id #22291101, dob: 02/20/1960)**

  

**Annandale Ob-Gyn**
6707 OLD DOMINION DR STE 300
MCLEAN, VA 22101-4503
Phone: (703) 642-7522
Fax:  (703) 556-0347

VV9SPPLOQ664RKDTTSTTATX

**Encounter Summary - Progress Note**
Date Printed:  04/27/2022

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:511042161-H-8042]

| Patient | Jurkowski, Kimberlynn (62yo, F) #22291101 |
|---|---|
| DOB | 02/20/1960 |

Patient Demographics:

| Address | 3540 Crain Hwy/Suite 257 Bowie, MD 20716 | Home Phone | (609) 481-8878 |
|---|---|---|---|
| | | Work Phone | |

Encounter Notes:

| Encounter Reason/Date | preventive health – well woman (>50)* 04/27/2022 – 03:15PM – PWH_ANNA_McLean Office |
|---|---|

| History of Present Illness | **Annual Gyn Post - Menopausal**<br>Reported by patient.<br><br>Wellness History: feels well with no/few symptoms; no change in interval history; healthy diet; exercises on a regular basis; does not use tobacco products; no alcohol/does not consume alcohol in excess; normal sleep; uses seatbelts; uses sunscreen/protection; **overweight**<br>Psychological symptoms: normal mood; no depression; no anxiety; no PMDD<br>Gyn Risk History: no gynecologic complaints; no history of CIN II/III; at least three pap smears in past 7 years; no DES exposure; up to date mammogram; HPV 2019<br>Menopausal Symptoms: no menopausal symptoms; normal vaginal lubrication<br>Vaginal Bleeding: history of menopause having occurred; no history of post menopausal bleeding<br>Urinary Symptoms: no hematuria; no incontinence; no nocturia; no urinary frequency<br>Vulva: no genital lesion; no vulvar atrophy<br>Vagina: normal vaginal discharge; no vaginal atrophy<br>Breast: no breast lump; no nipple discharge; no breast pain<br>Sexual Complaints: no sexual complaints<br>Preventive Measures: mammogram performed within the past year; history of recent colonoscopy (**cologuard 2/21 neg**) |
|---|---|
| **Review of Systems** | **ROS as noted in the HPI** |

**Vitals**

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft (152.4 cm)<br>04/27/2022<br>03:24 pm | **Wt:** | 129 lbs (58.51 kg)<br>04/27/2022<br>03:27 pm | **BMI:** | 25.2<br>04/27/2022<br>03:27 pm |
| **BP:** | 88/68<br>04/27/2022<br>03:27 pm | **Pulse:** | 78 bpm<br>04/27/2022<br>03:27 pm | | |

| **Results/Interpretations** | None recorded |
|---|---|
| **Physical Exam** | **Constitutional:** General Appearance: well-developed and **overweight**.<br><br>**Psychiatric:** Orientation: to time, place, and person. Mood and Affect: normal mood and affect and active and alert.<br><br>**Skin:** Appearance: no rashes or lesions.<br><br>**Neck:** Neck: supple, FROM, trachea midline, and no masses. Thyroid: no enlargement or nodules and non-tender.<br><br>**Lungs:** Respiratory Effort: no intercostal retractions or accessory muscle usage. Auscultation: no wheezing, rales/crackles, or rhonchi and clear to auscultation.<br><br>**Cardiovascular:** Auscultation: RRR and no murmur. Peripheral Vascular: no varicosities, LLE edema, or RLE edema.<br><br>**Abdomen:** Auscultation/Inspection/Palpation: soft, non-distended, normal bowel sounds, and no tenderness. Hernia: none palpated.<br><br>**Breast:** Inspection/Palpation: no tenderness, skin changes, abnormal secretions, or distinct masses and nipple appearance normal.<br><br>**Female Genitalia:** Vulva: no masses or lesions and **vulvar atrophy**. Vagina: no tenderness, erythema, cystocele, rectocele, abnormal vaginal discharge, or vesicle(s) or ulcers and **abnormal atrophy**. Cervix: no discharge or cervical motion tenderness and grossly normal. Uterus: normal size and shape and midline, mobile, non-tender, and no uterine prolapse. Bladder/Urethra: no urethral discharge or mass and normal meatus and bladder non distended. Adnexa/Parametria: no adnexal tenderness or ovarian mass.<br><br>**Lymph Nodes:** Palpation: non tender axillary nodes or inguinal nodes.<br><br>**Rectal Exam:** Rectum: normal perianal skin and sphincter tone and no |

hemorrhoids or masses.

| Assessment and Plan | **1. Gynecologic examination**<br>Z01.411: Encounter for gynecological examination (general) (routine) with abnormal findings<br>• PAP W/CYTOLOGY DEPENDENT HPV >=30 YRS OLD |
|---|---|

|  | Source (PAP): CERVICAL ENDOCERVICAL | LMP (Last Menst.Period): 2015 |
|---|---|---|

• MAMMO, SCREENING, DIGITAL, BILATERAL

**2. Atrophic vaginitis**
N95.2: Postmenopausal atrophic vaginitis
• estradiol 10 mcg vaginal tablet - Insert 1 tablet(s) twice a week by vaginal route for 84 days.    Qty: 24 tablet(s)    Refills: 3    Pharmacy: WALGREENS DRUG STORE #18330

**3. Pain in pelvis**    VV9SPPLQQ664RKDTTSTTATX
R10.2: Pelvic and perineal pain
• US, PELVIS, TRANSABDOMINAL + TRANSVAGINAL

Return to Office
• to see Lori J Maciula MD for Wellness Visit at PWH_ANNA_McLean Office on or around 04/27/2023

| Procedures | None recorded |
|---|---|

Patient Medical History:

| Allergies List | Reviewed Allergies |
|---|---|
|  | NKDA |

| Medications | Reviewed Medications | |
|---|---|---|
|  | **clobetasoL 0.05 % lotion**<br>APPLY 1 MILLILITER TOPICALLY ONCE A DAY FOR 30 DAYS | 07/28/21   filled |
|  | **clotrimazole 1 % topical cream** | 12/21/20   filled |
|  | **estradioL 10 mcg vaginal tablet**<br>Insert 1 tablet(s) twice a week by vaginal route for 84 days. | 04/27/22   prescribed |
|  | **folic acid 1 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 01/27/22   filled |
|  | multivits | |

| Family History | Family History not reviewed (last reviewed 04/21/2021) | |
|---|---|---|
|  | Sister | - Malignant tumor of breast (onset age: 56) |
|  | Mother | - Cerebrovascular accident (onset age: 85) |

| Past Medical History | Past Medical History not reviewed (last reviewed 04/21/2021)<br>No significant past medical history: **Y** |
|---|---|

| Vaccine History | Vaccines not reviewed (last reviewed 04/21/2021) |
|---|---|

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **COVID-19** | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 100 mcg/0.5 mL dose (Moderna) | 02/15/21 | | | | | | Other manufacturer | | | | |
| COVID-19, mRNA, LNP-S, PF, 100 mcg/0.5 mL dose (Moderna) | 01/28/21 | | | | | | Moderna US, Inc. | | | | |

**Electronically Signed by: LORI J MACIULLA MD**

Lori J Maciulla MD



**EXACT**
**SCIENCES**
**LABORATORIES**
145 E. Badger Rd. STE 100, Madison, WI 53713
PH: 844-870-8870 | ExactLabs.com

**To:**

Nasrin Ejtemaee, MD

Fax #: 703-356-2730

**From:**

Exact Sciences Laboratories

Fax #: 844-870-8875

*Sent: 1/20/2021 at: 9:01 PM*

Subject: **Cologuard Results: Order #15254906**

If you have any questions about this communication, please call our Customer Care Center at 1-844-870-8870. Our specialists are available 24 hours a day, seven days a week.

Thank you,

Exact Sciences Laboratories

VV96PPLD0664RKDTTSTTATX

This document contains information from Exact Sciences Laboratories which may be confidential in nature. The information is intended for the recipient only; if you are not the intended recipient, disclosure, copying, distribution or use of the contents is prohibited. If you have received this document in error, please notify Exact Sciences Laboratories at 1-844-870-8870.

Exact Sciences Laboratories ● 145 E. Badger Road ● Madison, WI 53713
TEL: 844-870-8870 ● FAX: 844-870-8875 ● www.exactscienceslabs.com
*Page: 1 of 2 (including cover)*



**EXACT
SCIENCES
LABORATORIES**
145 E. Badger Rd, STE 100, Madison, WI 53713
PH: 844-870-8870 | ExactLabs.com

# Cologuard® PATIENT REPORT

## ORDER INFORMATION

Patient: Jarkowski, Kimberlynn
Date of Birth: 2/20/1960
Medical Record #:
Sex: Female
Authorizing Provider: EJTEMAEE, NASRIN

Client Order ID:
Cologuard Specimen ID: 20C363-006718
Specimen Collected: 1/15/2021
Specimen Received: 1/16/2021
Report Date: 1/20/2021

## RESULT:
## Negative

A negative result indicates a low likelihood that a colorectal cancer (CRC) or an advanced adenoma (adenomatous polyps with more advanced pre-malignant features) is present. The chance that a person with a negative Cologuard test has a colorectal cancer is less than 1 in 1500 (negative predictive value >99.9%) or has an advanced adenoma is less than 5.3% (negative predictive value 94.7%). These data are based on a prospective cross-sectional screening study of 10,000 individuals at average risk for colorectal cancer who were screened with both Cologuard and colonoscopy. (Imperiale T. et al, N Engl J Med 2014;370(14):1286-1297) The normal value (reference range) for this assay is negative.

COLOGUARD RE-SCREENING RECOMMENDATION: Periodic routine colorectal cancer screening is an important part of preventive healthcare for asymptomatic persons at average risk for colorectal cancer. Following a negative Cologuard result, the American Cancer Society and U.S. Multi-Society Task Force screening guidelines recommend a Cologuard re-screening interval of 3 years. References: American Cancer Society (ACS). Colorectal cancer prevention and early detection. Atlanta, GA: American Cancer Society; [updated 2016 Apr 24]. https://www.cancer.org/cancer/colon-rectal-cancer/detection-diagnosis-staging/acs-recommendations.html.
Accessed August 31, 2018; Rex DK, Boland CR, Dominitz JK, Colorectal Cancer Screening: Recommendations for Physicians and Patients from the U.S. Multi-Society Task Force on Colorectal Cancer Screening, Am J Gastroenterology 2017; 112:1016-1030.

## COLOGUARD DESCRIPTIVE INFORMATION

TEST TYPE: Composite algorithmic analysis of stool DNA-biomarkers with hemoglobin immunoassay. Quantitative values of individual biomarkers are not reportable and are not associated with individual biomarker result reference ranges.

**Reference Range:** <Not Applicable> **Specimen Type:** Stool
PRECAUTIONS AND LIMITATIONS: Cologuard is intended for colorectal cancer screening of adults of either sex, 45 years or older, who are at average-risk for colorectal cancer (CRC). Cologuard has been approved for use by the U.S. FDA. Cologuard may produce a false negative or false positive result. A negative Cologuard test result does not guarantee the absence of CRC or advanced adenoma (pre-cancer). Patients with a negative Cologuard test result should be advised to continue participating in a colorectal cancer screening program. The screening interval for Cologuard is currently recommended at an interval of every 3 years by the American Cancer Society and U.S. Multi-Society Task Force. A false positive result occurs when Cologuard produces a positive result, even though a colonoscopy may not find colorectal cancer or precancerous polyps. The performance of Cologuard has been established in a cross sectional study (i.e., single point in time) of average-risk adults aged 50-84. Cologuard performance in patients ages 45 to 49 years was estimated by sub-group analysis of near-age groups. Cologuard performance data in a 10,000 patient pivotal study using colonoscopy as the reference method can be accessed at the following location: www.exactlabs.com/results. Additional description of the Cologuard test process, warnings and precautions can be found at www.cologuardtest.com. Rx only.

## Resulting Labs

EXACT SCIENCES LABORATORIES (CLIA #:52D2072838),    844-870-8870
145 E. Badger Rd., MADISON WI 53713
Director: Jennifer Laffin, Ph.D., FACMG

*Order #: 15254906*                    *Page: 2 of 2*                    *Report Generated: 1/20/2021 9:01 PM*

Cologuard is a registered trademark of Exact Sciences Corporation.
©2019 Exact Sciences Corporation. All rights reserved.

**LabCorp** | **Patient Report**

**Specimen ID:** 359-174-6571-0
**Control ID:** 3554

**Acct #:** 45549760 | **Phone:** (703) 893-8345 | **Rte:** GH

**JURKOWSKI, KIMBERLYNN**
3540 CRAIN HWY
BOWIE MD 20716
(609) 481-8878

NASRIN EJTEMAEE, M.D., P.C.
8375-A GREENSBORO DR.
MC LEAN VA 22102

| Patient Details | Specimen Details | Physician Details |
|---|---|---|
| **DOB:** 02/20/1960 | **Date collected:** 12/24/2020 1040 Local | **Ordering:** N EJTEMAEE |
| **Age(y/m/d):** 060/10/04 | **Date received:** 12/24/2020 | **Referring:** |
| **Gender:** F | **Date entered:** 12/24/2020 | **ID:** 1497850077 |
| **Patient ID:** 1901 | **Date reported:** 12/25/2020 0735 ET | **NPI:** 1497850077 |

**General Comments & Additional Information**
**Alternate Control Number:** 3554
**Total Volume:** Not Provided

**Alternate Patient ID:** 1901
**Fasting:** Yes

**Ordered Items**
Comp. Metabolic Panel (14); Lipid Panel; Hemoglobin A1c; Venipuncture

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **Comp. Metabolic Panel (14)** | | | | | |
| Glucose | 82 | | mg/dL | 65-99 | 01 |
| BUN | 13 | | mg/dL | 8-27 | 01 |
| Creatinine | 0.71 | | mg/dL | 0.57-1.00 | 01 |
| eGFR If NonAfricn Am | 93 | | mL/min/1.73 | >59 | |
| eGFR If Africn Am | 107 | | mL/min/1.73 | >59 | |
| BUN/Creatinine Ratio | 18 | | | 12-28 | |
| Sodium | 141 | | mmol/L | 134-144 | 01 |
| Potassium | 4.7 | | mmol/L | 3.5-5.2 | 01 |
| Chloride | 103 | | mmol/L | 96-106 | 01 |
| Carbon Dioxide, Total | 24 | | mmol/L | 20-29 | 01 |
| Calcium | 9.4 | | mg/dL | 8.7-10.3 | 01 |
| Protein, Total | 6.9 | | g/dL | 6.0-8.5 | 01 |
| Albumin | 4.2 | | g/dL | 3.8-4.9 | 01 |
| Globulin, Total | 2.7 | | g/dL | 1.5-4.5 | |
| A/G Ratio | 1.6 | | | 1.2-2.2 | |
| Bilirubin, Total | 0.2 | | mg/dL | 0.0-1.2 | 01 |
| Alkaline Phosphatase | 65 | | IU/L | 39-117 | 01 |
| AST (SGOT) | 22 | | IU/L | 0-40 | 01 |
| ALT (SGPT) | 19 | | IU/L | 0-32 | 01 |
| **Lipid Panel** | | | | | |
| Cholesterol, Total | 226 | High | mg/dL | 100-199 | 01 |
| Triglycerides | 73 | | mg/dL | 0-149 | 01 |
| HDL Cholesterol | 56 | | mg/dL | >39 | 01 |
| VLDL Cholesterol Cal | 13 | | mg/dL | 5-40 | |
| LDL Chol Calc (NIH) | 157 | High | mg/dL | 0-99 | |
| LDL Chol. (Direct) | 158 | High | mg/dL | 0-99 | 01 |

**Hemoglobin A1c**

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 800-762-4344

© 1995-2020 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

**≋LabCorp**                                                                    **Patient Report**

**Patient: JURKOWSKI, KIMBERLYNN**
**DOB:** 02/20/1960        **Patient ID:** 1901        **Control ID:** 3554          **Specimen ID:** 359-174-6571-0
                                                                          **Date collected:** 12/24/2020 1040 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **Hemoglobin A1c** | 5.8 | High | % | 4.8-5.6 | 01 |
| Please Note: | | | | | 01 |

        Prediabetes: 5.7 - 6.4
        Diabetes: >6.4
        Glycemic control for adults with diabetes: <7.0

| | | | |
|---|---|---|---|
| 01 | BN | LabCorp Burlington | Dir: Sanjai Nagendra, MD |
| | | 1447 York Court, Burlington, NC 27215-3361 | |

For inquiries, the physician may contact **Branch: 800-859-0391 Lab: 800-762-4344**

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 800-762-4344

© 1995-2020 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00



**WASHINGTON RADIOLOGY**

| | |
|---|---|
| **NAME:** | JURKOWSKI, KIMBERLYNN |
| **MRN:** | 1098034 |
| **DOS:** | 08/04/2020 |

**DOB:** 02/20/1960
**AGE:** 60
**OUTSIDE MRN:**

**DICTATED:** 08/04/2020 03:16 PM
**EXAM:** US ABDOMINAL COMPLETE
**PERFORMED AT:** 3022 WILLIAMS DRIVE, FAIRFAX, VA 22031
PHONE: 703.698.8800

REFERRING PROVIDER:

NASRIN EJTEMAEE, MD
8375 A GREENSBORO DR
MCLEAN VA 22102

PROCEDURES: ABDOMEN SONOGRAM COMPLETE

CLINICAL HISTORY: Right upper quadrant pain and tenderness Right flank pain. Rule out kidney stones

COMPARISON: None available.

FINDINGS:

Liver: Normal
Gallbladder: Normal
Bile ducts: Normal caliber
Common bile duct in the porta hepatis: 3.9 mm
Pancreas: Normal
Spleen: Normal
Right kidney: Normal; 10.7 cm
Left kidney: Normal; 9.4 cm with a simple cyst measuring 0.8cm in the lower pole
Aorta: Normal
IVC: Normal

IMPRESSION: No significant pathology of the abdomen. Incidentally noted is a 0.8 cm simple cyst in the lower left kidney which is not felt to be of clinical significance.

Results discussed with patient.

V V 9 S P P L 0 0 6 6 6 R K 0 T T S T T A T X

This report was electronically signed by:

GARY L. ROSE MD
COPY FURNISHED:

This fax was sent with GFI FaxMaker fax server. For more information, visit: http://www.gfi.com



**WASHINGTON RADIOLOGY**

| | | | |
|---|---|---|---|
| **NAME:** | JURKOWSKI, KIMBERLYNN | **DOB:** | 02/20/1960 |
| **MRN:** | 1098034 | **AGE:** | 60 |
| **DOS:** | 08/04/2020 | **OUTSIDE MRN:** | |

**DICTATED:** 08/04/2020 03:18 PM
**EXAM:** US PELVIC LIMITED
**PERFORMED AT:** 3022 WILLIAMS DRIVE, FAIRFAX, VA 22031
PHONE: 703.698.8800

REFERRING PROVIDER:

NASRIN EJTEMAEE, MD
8375 A GREENSBORO DR
MCLEAN VA 22102

PROCEDURES: PELVIC SONOGRAM LTD OR FOLLOWUP

CLINICAL HISTORY: Rule out kidney stone Right flank pain

TECHNIQUE: Grayscale and Doppler ultrasound imaging of the kidneys and bladder was performed.

COMPARISON: None available.

FINDINGS:

Bladder: Unremarkable ultrasound appearance
Bladder volume pre-void: 291cc
Bladder volume post-void: 3.0cc

IMPRESSION: Normal renal sonogram and urinary bladder. Please note that small renal calculi may not be seen on sonography. This possibility could be further evaluated by a noncontrast CT as felt clinically appropriate.

Results discussed with patient.

This report was electronically signed by:

MD

GARY L. ROSE MD
COPY FURNISHED:

3015 Williams Drive, Suite 200, Fairfax, VA 22031 ; P: 703.641.9133 ; F: 703.280.5098 ; www.WashingtonRadiology.com   Page 1 of 1

**growtherapy**

## Grow Healthcare Group PA/PC

NPI: 1245845932 I 1154994846 I Tax ID: 852938829

66 West Flagler St., Suite 900

Miami, FL 33130

Patient Name: Kimberlynn Jurkowski

Patient DOB: 02/20/1960

Provider Name: JAMAL FLETCHER

| Date of Service | Insurance | Coding | Charge | Insurance Paid | Patient Paid | Balance |
|---|---|---|---|---|---|---|
| Sep 10, 2025 | Aetna | 90791 | $148.63 | $88.63 | $60.00 | $0.00 |
| Sep 17, 2025 | Aetna | 90837 | $146.78 | $86.78 | $60.00 | $0.00 |
| Sep 29, 2025 | Aetna | 90837 | $146.78 | $86.78 | $60.00 | $0.00 |
| Oct 08, 2025 | Aetna | 90837 | $146.78 | $86.78 | $60.00 | $0.00 |
| Oct 15, 2025 | Aetna | 90837 | $146.78 | $86.78 | $60.00 | $0.00 |
| Oct 22, 2025 | Aetna | 90837 | $146.78 | $86.78 | $60.00 | $0.00 |
| Nov 26, 2025 | Aetna | 90837 | $146.78 | $86.78 | $60.00 | $0.00 |

VV96PPLOOO64RKDTTSTTATX

**EJTEMAEE,NASRIN,MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

**Phone: (703)893-8345**
**Fax: (703)356-2730**

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Office Visit - SOAP Style 1 - 7/29/2020**

## Subjective

**Chief Complaint / History of Present Illness:**

R upper Q pain for a while.
Discus her labs.
No Urinary problem, No change in Bowel habit.

VV86PPL00664RKDTTSTTATX

☐ All Systems Have Been Reviewed and Are Negative

☐ All Systems Have Been Reviewed

These Systems Have Been Reviewed

| | | | |
|---|---|---|---|
| ☐ Constitutional | ✓ **Gastrointestinal** | ☐ **Psychiatric** |
| ☐ Eyes | ☐ **Genitourinary** | ☐ **Endocrine** |
| ☐ E.N.M.T. | ☐ **Musculoskeletal** | ☐ **Lymphatic** |
| ✓ Cardiovascular | ☐ **Skin** | ☐ **Allergic / Immuno** |
| ✓ Respiratory | ☐ **Neurological** | |

**Positive Response / Pertinent Negative:**

Slight pain RUQ, no guarding, fever, N, V.
Has it from 2-3 wks on and off.

## Objective

**Weight (lbs.):**
152

**Previous Weight (lbs.):**

**Weight Change (lbs.):**

EJTEM/   ,NASRIN,MD
8375 G(   NSBORO DR
MC LE/   VA 22102-3529

Phone: (703)893-8345
Fax: (703)356-2730

**JURKO, KI,KIMBERLYNN - DOB: 2/20/1960**
**Office Visit - SOAP Style 1 - 7/29/2020**

| **Height (in.):** | **BMI:** |
|---|---|
| 60 | 29.7 |

| **Pulse:** | **Temperature:** |
|---|---|
| 76 | 98.1 |

| **Respirati** | **O2 Sat (%) / Room Air:** |
|---|---|
| 14 | |

**Previous BP:**

**BP 1:**

| 110 | 70 | Sitting |
|---|---|---|

✓   F   inal Status Assessed    --

✓   C   ve Status Assessed    --

Examin   Following Areas:

| | Normal / Abnormal |
|---|---|
| HEE: | ✓ □ |
| Respi | ✓ □ |
| Cardi   | ✓ □ |
| Gastr   inal | □ ✓ |
| Genit   v | □ □ |
| Lym;- | □ □ |
| Musc.   al | ✓ □ |
| Skin | ✓ □ |

EJTEI    HASRIN,MD
8375 (    NSBORO DR
MC LI    A 22102-3529

Phone: (703)893-8345
Fax: (703)356-2730

JURK    KIMBERLYNN - DOB: 2/20/1960
Office    SOAP Style 1 - 7/29/2020
Neu                              ⊓ ⊡
Psyc                             ⊓ ⊓

**Abno**    m Findings:

Mildl    ( )

VV9SPPLOU664RKOTTSTTATX

Smoki              Never Smoker

**Smoke:** r Day    —

Cessati : Counseling and Intervention

—

--

Refer    p Smoking Clinic:

EJTE.     ASRIN,MD
8375      BORO DR
MC Li     A 22102-3529

Phone: (703)893-8345
Fax: (703)356-2730

JURI      MBERLYNN - DOB: 2/20/1960
Offic     OAP Style 1 - 7/29/2020

☐         ceiving Cessation Assistance

Comp

**Assessment**

Diag

Code      Description
R10       Right upper quadrant pain
9921      OFFICE/OUTPATIENT VISIT EST

EJTF    ...AGRIN,MD
8375    NSBORO DR                              **Phone: (703)893-8345**
MC      VA 2102-3529                           **Fax: (703)356-2730**

**JUR**    KIMBERLYNN - DOB: 2/20/1960
**Offic**    AP Style 1 - 7/29/2020

Plan

BMI    p Plan

disch

Nut    up

discu

Phy    Counseling:

disc

Visit    Care Plan:

Visit
Dis    is, will repeat in 2-3 months.
Slip    ominal sonogram.
retu    up appointment in 2wks.                **VV9SFPLOU664RKOTTSTTATX**
Em     n visit if worse.

Urin

|  | Clarity: | **Color:** | Glucose: | BIL: |
| --- | --- | --- | --- | --- |
|  | KET: | SG: | PH: | PRO: |
|  | URO: | **NIT:** | BLO: | LEU: |



| Patient Information | Specimen Information | Client Information |
|---|---|---|
| JURKOWSKI, KIMBERLYNN | Specimen: CF050731X<br>Requisition: 4275646<br>Lab Ref #: 359322 | Client #: 53264885   8888888<br>EJTEMAEE, NASRIN<br>NASRIN EJTEMAEE, M.D.<br>8375A GREENSBORO DR<br>MC LEAN, VA 22102-3529 |
| DOB: 0 /1960   AGE: 65<br>Gender  F<br>Phone:  609.481.8878<br>Patient ID: 1901 | Collected:  09/26/2025 / 00:00 EDT<br>Received:  09/26/2025 / 23:20 EDT<br>Reported:  10/01/2025 / 12:48 EDT | |

Ward:   53264885

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| LIPID PANEL, STANDARD | | | | |
| CHOLESTEROL, TOTAL | | 245 H | <200 mg/dL | Z99 |
| HDL CHOLESTEROL | 63 | | > OR = 50 mg/dL | Z99 |
| TRIGLYCERIDES | 73 | | <150 mg/dL | Z99 |
| LDL CHOLESTEROL | | 165 H | mg/dL (calc) | Z99 |

reference range: <100

Desirable range <100 mg/dL for primary prevention;
<70 mg/dL for patients with CHD or diabetic patients
with > or   2 CHD risk factors.

LDL-C is now calculated using the Martin-Hopkins
calculation, which is a validated novel method providing
better accuracy than the Friedewald equation in the
estimation of LDL-C.
Martin SS et al. JAMA. 2013;310(19): 2061-2068
(http://education.QuestDiagnostics.com/faq/FAQ164)

| | | | | |
|---|---|---|---|---|
| CHOL/HDLC RATIO | 3.9 | | <5.0 (calc) | Z99 |
| NON HDL CHOLESTEROL | | 182 H | <130 mg/dL (calc) | Z99 |

For patients with diabetes plus 1 major ASCVD risk
factor, leading to a non-HDL-C goal of <100 mg/dL
(LDL-C of <70 mg/dL) is considered a therapeutic
option.

| | | | | |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC | | | | Z99 |
| GLUCOSE | 82 | | 65-99 mg/dL | |

Fasting reference interval

| | | | |
|---|---|---|---|
| UREA NITROGEN (BUN) | 16 | | 7-25 mg/dL |
| CREATININE | 0.60 | | 0.50-1.05 mg/dL |
| EGFR | 100 | | > OR = 60 mL/min/1.73m2 |
| BUN/CREATININE RATIO | SEE NOTE: | | 6-22 (calc) |

Not Reported: BUN and Creatinine are within
reference range.

| | | | |
|---|---|---|---|
| SODIUM | 141 | | 135-146 mmol/L |
| POTASSIUM | 4.4 | | 3.5-5.3 mmol/L |
| CHLORIDE | 104 | | 98-110 mmol/L |
| CARBON DIOXIDE | 30 | | 20-32 mmol/L |
| CALCIUM | 9.6 | | 8.6-10.4 mg/dL |
| PROTEIN, TOTAL | 7.2 | | 6.1-8.1 g/dL |
| ALBUMIN | 4.4 | | 3.6-5.1 g/dL |
| GLOBULIN | 2.8 | | 1.9-3.7 g/dL (calc) |
| ALBUMIN/GLOBULIN RATIO | 1.6 | | 1.0-2.5 (calc) |
| BILIRUBIN, TOTAL | 0.3 | | 0.2-1.2 mg/dL |
| ALKALINE PHOSPHATASE | 48 | | 47-153 U/L |
| AST | 18 | | 10-35 U/L |
| ALT | 15 | | 6-29 U/L |

| | | | | |
|---|---|---|---|---|
| HEMOGLOBIN A1c | | 5.9 H | <5.7 % | Z99 |

For someone without known diabetes, a hemoglobin

CLIENT SERVICES: 800.077.8378          SPECIMEN: CF050731X          PAGE 1 OF 3

Quest   Diagnostics   and the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.



| Patient Information | Specimen Information | Client Information |
|---|---|---|
| JUREKOWSKI, KIMBERLYNN | Specimen: CF050731X | Client #: 53264885 |
| | Collected: 09/26/2025 / 00:00 EDT | EJTEMAEE, NASRIN |
| DOB: 0/1960   AGE: 65 | Received: 09/26/2025 / 23:20 EDT | |
| Gender: F | Reported: 10/01/2025 / 12:48 EDT | |
| Patient: 1901 | | |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| a value between 5.7% and 6.4% is consistent with prediabetes and should be confirmed with a follow-up test. | | | | |
| for someone with known diabetes, a value <7% indicates that their diabetes is well controlled. A1c targets should be individualized based on duration of diabetes, ..., comorbid conditions, and other considerations. | | | | |
| this assay result is consistent with an increased risk of diabetes. | | | | |
| currently no consensus exists regarding use of hemoglobin ... for diagnosis of diabetes for ... | | | | |
| TSH, REFLEX TO FT4 | 0.96 | | 0.40-4.50 mIU/L | Z99 |
| CBC (INCLUDES DIFF/PLT) | | | | Z99 |
| WHITE BLOOD CELL COUNT | 4.0 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.82 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | | 11.0 L | 11.7-15.5 g/dL | |
| HEMATOCRIT | 37.4 | | 35.0-45.0 % | |
| MCV | | 77.6 L | 80.0-100.0 fL | |
| MCH | | 22.8 L | 27.0-33.0 pg | |
| MCHC | | 29.4 L | 32.0-36.0 g/dL | |
| for adult ... slight decrease in the calculated MCHC value (in the range of 30 to 32 g/dL) is most likely not clinically significant; however, it should be interpreted with caution in correlation with other red cell parameters and the patient's clinical conditions. | | | | |
| RDW | | 13.8 | 11.0-15.0 % | |
| PLATELET COUNT | 236 | | 140-400 Thousand/uL | |
| MPV | | 11.9 | 7.5-12.5 fL | |
| ABSOLUTE NEUTROPHILS | 2100 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 1520 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 280 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 60 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 40 | | 0-200 cells/uL | |
| NEUTROPHILS | 52.5 | | | |
| LYMPHOCYTES | 38.0 | | | |
| MONOCYTES | 7.0 | | | |
| EOSINOPHILS | 1.5 | | | |
| BASOPHILS | 1.0 | | | |
| VITAMIN B12 | 960 | | 200-1100 pg/mL | Z99 |

v/9SPPLOQ864RKDTTSTTATX

Quest, ... logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.



**JURKOWSKI, KIMBERLYNN**

| Patient ~~mation~~ | | | Specimen Information | | Client Information |
|---|---|---|---|---|---|
| JUR~~SKI, KIMBERLYNN~~ | | | Specimen: CF050731X | | Client #: 53264885 |
| | | | Collected: 09/26/2025  00;00 EDT | | EJTEMAEE, NASRIN |
| DOB: ~~1960~~ ~~65~~ | | | Received: 09/26/2025  23:20 EDT | | |
| Gend. F | | | Reported: 10/01/2025 / 12:48 EDT | | |
| Patie~~ 00~~ | | | | | |

| QUE~~RED(TM~~ | ~~PROXY~~VITAMIN D(D2,D3) | Re~~ | | Lab AMD |
|---|---|---|---|---|
| Vi | 25-OH, T | 32 | 30-100 ng/ml |  |

Vit~~ 25-Hydroxy~~ ~~concentrations of two common forms, 25-OHD2 and 25-OHD3. 25-OHD3 indicates both endogenous production and
su~~ ation. 25~~ ~~an indicator of exogenous sources such as diet or supplementation. Therapy is based on measurement of Total 25-OHD, with
le~~ ~~ml ind~~ ~~Vitamin D deficiency, while levels between 20 ng/mL and 30 ng/mL suggest insufficiency. Optimal levels are > or = 30 ng/mL.

Fo~~ informa~~ ~~se refer to http://education.QuestDiagnostics.com/faq/F AQ109

(T~~ ~~ing pr~~ informational/ educational purposes only.)

| VI~~ 25-OH, D~~ | 32 | ng/mL |
|---|---|---|

Th~~ s develop~~ ~~analytical performance characteristics have been determined by Quest Diagnostics Nichols Institute Chantilly, VA. It has not
be~~ or app~~ ~~the U.S. Food and Drug Administration. This assay has been validated pursuant to the CLIA regulations and is used for clinical
pu~~

| Vi~~ 25-OH, T~~ | <4 | ~~ng/ml~~ |
|---|---|---|

Th~~ evelop~~ ~~analytical performance characteristics have been determined by Quest Diagnostics Nichols Institute Chantilly, VA. It has not
be~~ or app~~ ~~the U.S. Food and Drug Administration. This assay has been validated pursuant to the CLIA regulations and is used for clinical
p~~

Phy~~ ments:~~

PER~~ SIT~~
AMD ~~OSTIC~~ ~~HANTILLY, 14275 NEWBROOK DRIVE, CHANTILLY, VA 20151~~ ~~Laboratory Director: PATRICK W. MASON,MD,PHD, CLIA: 49D0221801
Z99~~ ~~OSTICS (~~ ~~SIGHTS DRIVE, CLIFTON, NJ 07013~~ ~~55 Laboratory Director: DR.~~ ~~CLIA: 31D0696246.

**Quest** Diagnostics

**JURKOWSKI, KIMBERLYNN**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **JURKOWSKI, KIMBERLYNN**<br><br>**DOB: 02/20/1960    AGE: 65**<br>Gender:    F<br>Phone:      609.481.8878<br>Patient ID: 1901 | Specimen:   CF050731X<br>Requisition: 4275646<br>Lab Ref #:   359322<br><br>Collected:    09/26/2025 / 00:00 EDT<br>Received:     09/26/2025 / 23:20 EDT<br>Reported:     10/01/2025 / 12:48 EDT | Client #: 53264885        8888888<br>EJTEMAEE, NASRIN<br>NASRIN EJTEMAEE, M.D.<br>8375A GREENSBORO DR<br>MC LEAN, VA 22102-3529 |

Ward:      53264885

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| LIPID PANEL, STANDARD | | | | |
| **CHOLESTEROL, TOTAL** | | 245 H | <200 mg/dL | Z99 |
| HDL CHOLESTEROL | 63 | | > OR = 50 mg/dL | Z99 |
| TRIGLYCERIDES | 73 | | <150 mg/dL | Z99 |
| **LDL-CHOLESTEROL** | | 165 H | mg/dL (calc) | Z99 |

     Reference range: <100

     Desirable range <100 mg/dL for primary prevention;
     <70 mg/dL for patients with CHD or diabetic patients
     with > or = 2 CHD risk factors.

     VVYSPPLU0664RKDTTSTTATX

     LDL-C is now calculated using the Martin-Hopkins
     calculation, which is a validated novel method providing
     better accuracy than the Friedewald equation in the
     estimation of LDL-C.
     Martin SS et al. JAMA. 2013;310(19): 2061-2068
     (http://education.QuestDiagnostics.com/faq/FAQ164)

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| CHOL/HDLC RATIO | 3.9 | | <5.0 (calc) | Z99 |
| **NON HDL CHOLESTEROL** | | 182 H | <130 mg/dL (calc) | Z99 |

     For patients with diabetes plus 1 major ASCVD risk
     factor, treating to a non-HDL-C goal of <100 mg/dL
     (LDL-C of <70 mg/dL) is considered a therapeutic
     option.

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC<br>PANEL | | | | Z99 |
| GLUCOSE | 82 | | 65-99 mg/dL | |

                  Fasting reference interval

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| UREA NITROGEN (BUN) | 16 | | 7-25 mg/dL | |
| CREATININE | 0.60 | | 0.50-1.05 mg/dL | |
| EGFR | 100 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | SEE NOTE: | | 6-22 (calc) | |

          Not Reported: BUN and Creatinine are within
          reference range.

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| SODIUM | 141 | | 135-146 mmol/L | |
| POTASSIUM | 4.4 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 104 | | 98-110 mmol/L | |
| CARBON DIOXIDE | 30 | | 20-32 mmol/L | |
| CALCIUM | 9.6 | | 8.6-10.4 mg/dL | |
| PROTEIN, TOTAL | 7.2 | | 6.1-8.1 g/dL | |
| ALBUMIN | 4.4 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.8 | | 1.9-3.7 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.6 | | 1.0-2.5 (calc) | |
| BILIRUBIN, TOTAL | 0.3 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 48 | | 37-153 U/L | |
| AST | 18 | | 10-35 U/L | |
| ALT | 15 | | 6-29 U/L | |
| **HEMOGLOBIN A1c** | | 5.9 H | <5.7 % | Z99 |

     For someone without known diabetes, a hemoglobin

---

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.



| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **JURKOWSKI, KIMBERLYNN**<br><br>**DOB: 02/20/1960    AGE: 65**<br>Gender:   F<br>Patient ID: 1901 | Specimen:   CF050731X<br>Collected:   09/26/2025 / 00:00 EDT<br>Received:   09/26/2025 / 23:20 EDT<br>Reported:   10/01/2025 / 12:48 EDT | Client #: 53264885<br>EJTEMAEE, NASRIN |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| A1c value between 5.7% and 6.4% is consistent with prediabetes and should be confirmed with a follow-up test.<br><br>For someone with known diabetes, a value <7% indicates that their diabetes is well controlled. A1c targets should be individualized based on duration of diabetes, age, comorbid conditions, and other considerations.<br><br>This assay result is consistent with an increased risk of diabetes.<br><br>Currently, no consensus exists regarding use of hemoglobin A1c for diagnosis of diabetes for children. | | | | |
| TSH W/REFLEX TO FT4 | 0.96 | | 0.40-4.50 mIU/L | Z99 |
| CBC (INCLUDES DIFF/PLT) | | | | Z99 |
| WHITE BLOOD CELL COUNT | 4.0 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.82 | | 3.80-5.10 Million/uL | |
| **HEMOGLOBIN** | | 11.0 L | 11.7-15.5 g/dL | |
| HEMATOCRIT | 37.4 | | 35.0-45.0 % | |
| **MCV** | | 77.6 L | 80.0-100.0 fL | |
| **MCH** | | 22.8 L | 27.0-33.0 pg | |
| **MCHC** | | 29.4 L | 32.0-36.0 g/dL | |
| For adults, a slight decrease in the calculated MCHC value (in the range of 30 to 32 g/dL) is most likely not clinically significant; however, it should be interpreted with caution in correlation with other red cell parameters and the patient's clinical condition. | | | | |
| RDW | 13.8 | | 11.0-15.0 % | |
| PLATELET COUNT | 236 | | 140-400 Thousand/uL | |
| MPV | 11.9 | | 7.5-12.5 fL | |
| ABSOLUTE NEUTROPHILS | 2100 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 1520 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 280 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 60 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 40 | | 0-200 cells/uL | |
| NEUTROPHILS | 52.5 | | % | |
| LYMPHOCYTES | 38.0 | | % | |
| MONOCYTES | 7.0 | | % | |
| EOSINOPHILS | 1.5 | | % | |
| BASOPHILS | 1.0 | | % | |
| VITAMIN B12 | 960 | | 200-1100 pg/mL | Z99 |

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

**Quest** Diagnostics

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **JURKOWSKI, KIMBERLYNN**<br><br>**DOB: 02/20/1960    AGE: 65**<br>Gender:   F<br>Patient ID: 1901 | Specimen:  CF050731X<br>Collected:  09/26/2025 / 00:00 EDT<br>Received:  09/26/2025 / 23:20 EDT<br>Reported:  10/01/2025 / 12:48 EDT | Client #: 53264885<br>EJTEMAEE, NASRIN |

### Endocrinology

| Test Name | Result | Reference Range | Lab |
|---|---|---|---|
| QUESTASSURED(TM) 25 HYDROXYVITAMIN D(D2,D3) | | | AMD |
| VITAMIN D, 25-OH, TOTAL | 32 | 30-100 ng/mL | |

Vitamin D, 25-Hydroxy reports concentrations of two common forms, 25-OHD2 and 25-OHD3. 25-OHD3 indicates both endogenous production and supplementation. 25-OHD2 is an indicator of exogenous sources such as diet or supplementation. Therapy is based on measurement of Total 25-OHD, with levels <20 ng/mL indicative of Vitamin D deficiency, while levels between 20 ng/mL and 30 ng/mL suggest insufficiency. Optimal levels are > or = 30 ng/mL.

For additional information, please refer to http://education.QuestDiagnostics.com/faq/FAQ199

(This link is being provided for informational/ educational purposes only.)

| VITAMIN D, 25-OH, D3 | 32 | ng/mL | |

This test was developed and its analytical performance characteristics have been determined by Quest Diagnostics Nichols Institute Chantilly, VA. It has not been cleared or approved by the U.S. Food and Drug Administration. This assay has been validated pursuant to the CLIA regulations and is used for clinical purposes.

| VITAMIN D, 25-OH, D2 | <4 | ng/mL | |

This test was developed and its analytical performance characteristics have been determined by Quest Diagnostics Nichols Institute Chantilly, VA. It has not been cleared or approved by the U.S. Food and Drug Administration. This assay has been validated pursuant to the CLIA regulations and is used for clinical purposes.

Physician Comments:

**PERFORMING SITE:**
AMD   QUEST DIAGNOSTICS/NICHOLS CHANTILLY, 14225 NEWBROOK DRIVE, CHANTILLY, VA 20151-2228 Laboratory Director: PATRICK W. MASON,MD,PHD, CLIA: 49D0221801
Z99   QUEST DIAGNOSTICS CLIFTON, 1 INSIGHTS DRIVE, CLIFTON, NJ 07012-2355 Laboratory Director: DR. PETER E. FISHER, CLIA: 31D0696246



**Quest** Diagnostics

**JURKOWSKI, KIMBERLYNN**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **JURKOWSKI, KIMBERLYNN**<br><br>**DOB: 02/20/1960   AGE: 64**<br>Gender:   F<br>Phone:      609.481.8878<br>Patient ID: 1901 | Specimen:   CF640045E<br>Requisition: 1657014<br>Lab Ref #:   304153<br><br>Collected:   01/08/2025 / 00:00 EST<br>Received:     01/09/2025 / 00:45 EST<br>Reported:     01/15/2025 / 12:22 EST | Client #: 53264885      8888888<br>EJTEMAEE, NASRIN<br>NASRIN EJTEMAEE, M.D.<br>8375A GREENSBORO DR<br>MC LEAN, VA 22102-3529 |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| RHEUMATOID FACTOR (IGA,IGG,IGM) | | | | |
| RHEUMATOID FACTOR (IGG) | <5 | | <=6 U | AMD |
| RHEUMATOID FACTOR (IGA) | <5 | | <=6 U | AMD |
| RHEUMATOID FACTOR (IGM) | <5 | | <=6 U | AMD |
| CARDIO IQ(R) VITAMIN D,<br>25 HYDROXY | | | | Z4M |
| *See Endnote 1* | | | | |
| SED RATE BY MODIFIED | | | | Z99 |
| WESTERGREN | 6 | | < OR = 30 mm/h | |
| CBC (H/H, RBC, INDICES,<br>WBC, PLT) | | | | Z99 |
| **WHITE BLOOD CELL COUNT** | | 3.7 L | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.60 | | 3.80-5.10 Million/uL | |
| **HEMOGLOBIN** | | 10.7 L | 11.7-15.5 g/dL | |
| **HEMATOCRIT** | | 34.8 L | 35.0-45.0 % | |
| **MCV** | | 75.7 L | 80.0-100.0 fL | |
| **MCH** | | 23.3 L | 27.0-33.0 pg | |
| **MCHC** | | 30.7 L | 32.0-36.0 g/dL | |

For adults, a slight decrease in the calculated MCHC
value (in the range of 30 to 32 g/dL) is most likely
not clinically significant; however, it should be
interpreted with caution in correlation with other
red cell parameters and the patient's clinical
condition.

| | | | | |
|---|---|---|---|---|
| RDW | 13.5 | | 11.0-15.0 % | |
| PLATELET COUNT | 198 | | 140-400 Thousand/uL | |
| **MPV** | | 12.9 H | 7.5-12.5 fL | |
| LYME DISEASE AB W/REFL | | | | Z99 |
| TO BLOT (IGG,IGM)(REFL) | | | | |
| LYME AB SCREEN | <0.90 | | index | |

|  Index  |  Interpretation  |
|---|---|
| -----   | ---------------- |
| < 0.90  | Negative |
| 0.90-1.09 | Equivocal |
| > 1.09  | Positive |

As recommended by the Food and Drug Administration
(FDA), all samples with positive or equivocal
results in a Borrelia burgdorferi antibody screen
will be tested using a blot method. Positive or
equivocal screening test results should not be
interpreted as truly positive until verified as such
using a supplemental assay (e.g., B. burgdorferi blot).

The screening test and/or blot for B. burgdorferi
antibodies may be falsely negative in early stages
of Lyme disease, including the period when erythema
migrans is apparent.

**Endnote 1**    Test cancelled per client request.

---

Quest. Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.



**Quest**
Diagnostics

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **JURKOWSKI, KIMBERLYNN**<br><br>**DOB: 02/20/1960    AGE: 64**<br>Gender:    F<br>Patient ID: 1901 | Specimen:    CF640045E<br>Collected:    01/08/2025 / 00:00 EST<br>Received:    01/09/2025 / 00:45 EST<br>Reported:    01/15/2025 / 12:22 EST | Client #: 53264885<br>EJTEMAEE, NASRIN |

| Immunology | | | |
|---|---|---|---|
| **Test Name** | Result | Reference Range | Lab |
| **ANA MULTIPLEX WITH REFLEX TO DSDNA** | | | Z99 |
| ANA SCREEN, IMMUNOASSAY | NEGATIVE | NEGATIVE | |

A negative ANA Multiplex indicates the absence of detectable antibodies to component analytes consisting of double stranded DNA (dsDNA), chromatin, ribonucleoprotein (RNP), Smith/RNP (Sm/RNP), Smith (Sm), SS-A, SS-B, Jo-1, centromere B, Scl-70 and ribosomal P.

A negative result should be interpreted in the context of the clinical and laboratory findings and does not rule out autoimmune disease characterized by other autoantibody specificities such as rheumatoid arthritis, autoimmune hepatitis, primary biliary cirrhosis, autoimmune thyroiditis, Addison's disease, pernicious anemia, autoimmune neuropathies, vasculitis, celiac disease, and bullous disease.

For additional information, please refer to http://education.QuestDiagnostics.com/faq/FAQ177 (This link is being provided for informational/ educational purposes only.)

Physician Comments:

VV95PPLOQ664RKDTTSTTATX

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

**JURKOWSKI, KIMBERLYNN**

**Quest** Diagnostics

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **JURKOWSKI, KIMBERLYNN**<br><br>**DOB: 02/20/1960    AGE: 64**<br>Gender:    F<br>Patient ID: 1901 | Specimen:    CF640045E<br>Collected:    01/08/2025 / 00:00 EST<br>Received:    01/09/2025 / 00:45 EST<br>Reported:    01/15/2025 / 12:22 EST | Client #: 53264885<br>EJTEMAEE, NASRIN |

**Endocrinology**

| Test Name | Result | Reference Range | Lab |
|---|---|---|---|
| QUESTASSURED(TM) 25 HYDROXYVITAMIN D(D2,D3) | | | AMD |
| VITAMIN D, 25-OH, TOTAL | 50 | 30-100 ng/mL | |

Vitamin D, 25-Hydroxy reports concentrations of two common forms, 25-OHD2 and 25-OHD3. 25-OHD3 indicates both endogenous production and supplementation. 25-OHD2 is an indicator of exogenous sources such as diet or supplementation. Therapy is based on measurement of Total 25-OHD, with levels <20 ng/mL indicative of Vitamin D deficiency, while levels between 20 ng/mL and 30 ng/mL suggest insufficiency. Optimal levels are > or = 30 ng/mL.

For additional information, please refer to http://education.QuestDiagnostics.com/faq/FAQ199

(This link is being provided for informational/ educational purposes only.)

| | | | |
|---|---|---|---|
| VITAMIN D, 25-OH, D3 | 50 | ng/mL | |

This test was developed and its analytical performance characteristics have been determined by Quest Diagnostics Nichols Institute Chantilly, VA. It has not been cleared or approved by the U.S. Food and Drug Administration. This assay has been validated pursuant to the CLIA regulations and is used for clinical purposes.

| | | | |
|---|---|---|---|
| VITAMIN D, 25-OH, D2 | <4 | ng/mL | |

This test was developed and its analytical performance characteristics have been determined by Quest Diagnostics Nichols Institute Chantilly, VA. It has not been cleared or approved by the U.S. Food and Drug Administration. This assay has been validated pursuant to the CLIA regulations and is used for clinical purposes.

Physician Comments:

**PERFORMING SITE:**

AMD    QUEST DIAGNOSTICS/NICHOLS CHANTILLY, 14225 NEWBROOK DRIVE, CHANTILLY, VA 20151-2228 Laboratory Director: PATRICK W. MASON,MD,PHD. CLIA: 49D0221801
Z4M    CLEVELAND HEARTLAB INC, 6701 CARNEGIE AVENUE SUITE 500, CLEVELAND, OH 44103-4623 Laboratory Director: SAMI ALBEIROTI,PHD,DABCC, CLIA: 36D1032987
Z99    QUEST DIAGNOSTICS CLIFTON, 1 INSIGHTS DRIVE, CLIFTON, NJ 07012-2355 Laboratory Director: PETER E. FISHER,MD, CLIA: 31D0696246

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

 Quest Diagnostics®

**Report Status: Final**
**JURKOWSKI, KIMBERLYNN**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **JURKOWSKI, KIMBERLYNN** | Specimen: CF640045E | Client #: 53264885    8888888 |
|  | Requisition: 1657014 | EJTEMAEE, NASRIN |
| DOB: 02/20/1960    **AGE: 64** | Lab Ref #: 304153 | NASRIN EJTEMAEE, M.D. |
| Gender:    F | Collected:    01/08/2025 / 00:00 EST | 8375A GREENSBORO DR |
| Phone:    609.481.8878 | Received:    01/09/2025 / 00:45 EST | MC LEAN, VA 22102-3529 |
| Patient ID: 1901 | Reported:    01/11/2025 / 13:39 EST |  |

Ward:    53264885

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| CARDIO IQ(R) VITAMIN D, 25 HYDROXY |  |  |  | Z4M |
| **See Endnote 1** |  |  |  |  |
|  |  |  |  | Z99 |
| SED RATE BY MODIFIED WESTERGREN | 6 |  | < OR = 30 mm/h | Z99 |
| CBC (H/H, RBC, INDICES, WBC, PLT) |  |  |  |  |
| **WHITE BLOOD CELL COUNT** |  | 3.7 L | 3.8-10.8 Thousand/uL |  |
| RED BLOOD CELL COUNT | 4.60 |  | 3.80-5.10 Million/uL |  |
| **HEMOGLOBIN** |  | 10.7 L | 11.7-15.5 g/dL |  |
| **HEMATOCRIT** |  | 34.8 L | 35.0-45.0 % |  |
| **MCV** |  | 75.7 L | 80.0-100.0 fL |  |
| **MCH** |  | 23.3 L | 27.0-33.0 pg |  |
| **MCHC** |  | 30.7 L | 32.0-36.0 g/dL |  |

For adults, a slight decrease in the calculated MCHC
value (in the range of 30 to 32 g/dL) is most likely
not clinically significant; however, it should be
interpreted with caution in correlation with other
red cell parameters and the patient's clinical
condition.

| RDW | 13.5 |  | 11.0-15.0 % |  |
| PLATELET COUNT | 198 |  | 140-400 Thousand/uL |  |
| **MPV** |  | 12.9 H | 7.5-12.5 fL |  |
| LYME DISEASE AB W/REFL TO BLOT (IGG,IGM)(REFL) |  |  |  | Z99 |
| LYME AB SCREEN | <0.90 |  | index |  |

| Index | Interpretation |
|---|---|
| < 0.90 | Negative |
| 0.90-1.09 | Equivocal |
| > 1.09 | Positive |

As recommended by the Food and Drug Administration
(FDA), all samples with positive or equivocal
results in a Borrelia burgdorferi antibody screen
will be tested using a blot method. Positive or
equivocal screening test results should not be
interpreted as truly positive until verified as such
using a supplemental assay (e.g., B. burgdorferi blot).

VV9SPPLOQ6B4RKDTTSTTATX

The screening test and/or blot for B. burgdorferi
antibodies may be falsely negative in early stages
of Lyme disease, including the period when erythema
migrans is apparent.

Z99

TEST IN QUESTION-
MISC QUESTION
QUESTION/PROBLEM:

QUESTION:

The following test is no longer available.
92812 RF PANEL 4

CLIENT SERVICES: 866.697.8378          SPECIMEN: CF640045E          PAGE 1 OF 3

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.



**JURKOWSKI, KIMBERLYNN**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **JURKOWSKI, KIMBERLYNN**<br><br>**DOB: 02/20/1960    AGE: 64**<br>Gender:   F<br>Patient ID: 1901 | Specimen:   CF640045E<br>Collected:   01/08/2025 / 00:00 EST<br>Received:   01/09/2025 / 00:45 EST<br>Reported:   01/11/2025 / 13:39 EST | Client #: 53264885<br>EJTEMAEE, NASRIN |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| REQUESTED INFORMATION | | | | |

AUTHORIZED SIGNATURE _____

TO PREVENT FURTHER DELAYS IN TESTING, PLEASE COMPLETE
INFORMATION ABOVE AND FAX TO 201-526-6640 TO RESOLVE
THIS ORDER.

**Endnote 1**    Test cancelled per client request.

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.



**Quest** Diagnostics

JURKOWSKI, KIMBERLYNN

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **JURKOWSKI, KIMBERLYNN**<br><br>**DOB: 02/20/1960    AGE: 64**<br>Gender:    F<br>Patient ID: 1901 | Specimen:    CF640045E<br>Collected:    01/08/2025  / 00:00 EST<br>Received:    01/09/2025  / 00:45 EST<br>Reported:    01/11/2025  / 13:39 EST | Client #: 53264885<br>EJTEMAEE, NASRIN |

### Immunology

| Test Name | Result | Reference Range | Lab |
|---|---|---|---|
| ANA MULTIPLEX WITH REFLEX  TO DSDNA | | | Z99 |
| ANA SCREEN, IMMUNOASSAY | NEGATIVE | NEGATIVE | |

A negative ANA Multiplex indicates the absence of detectable antibodies to component analytes consisting of double stranded DNA (dsDNA), chromatin, ribonucleoprotein (RNP), Smith/RNP (Sm/RNP), Smith (Sm), SS-A, SS-B, Jo-1, centromere B, Scl-70 and ribosomal P.

A negative result should be interpreted in the context of the clinical and laboratory findings and does not rule out autoimmune disease characterized by other autoantibody specificities such as rheumatoid arthritis, autoimmune hepatitis, primary biliary cirrhosis, autoimmune thyroiditis, Addison's disease, pernicious anemia, autoimmune neuropathies, vasculitis, celiac disease, and bullous disease.

For additional information, please refer to http://education.QuestDiagnostics.com/faq/FAQ177 (This link is being provided for informational/ educational purposes only.)

Physician Comments:

**PERFORMING SITE:**

Z4M    CLEVELAND HEARTLAB INC, 6701 CARNEGIE AVENUE SUITE 500, CLEVELAND, OH 44103-4623 Laboratory Director: SAMI ALBEIROTI,PHD,DABCC, CLIA: 36D1032987

Z99    QUEST DIAGNOSTICS CLIFTON, 1 INSIGHTS DRIVE, CLIFTON, NJ 07012-2355 Laboratory Director: PETER E. FISHER,MD, CLIA: 31D0696246

YV95PPLOQ664RKDTTSTTATX

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

# EXACT SCIENCES LABORATORIES

EXACT SCIENCES LABORATORIES, LLC
145 E. Badger Rd, STF 100, Madison, WI 53716

**Patient Report**
For inquiries, contact 844-870-8870

**Patient:** Jurkowski, Kimberlynn
Date of Birth: 2/20/1960
Medical Record #:
Sex: Female

**Report Date:** 4/3/2024
**Client Order ID:**

## COLOGUARD  (Final result)

| ID: | 24C079-001243 | Order ID | 47761218 |
|---|---|---|---|
| Collected: | 3/28/2024 1100 | Authorized by: | Nasrin Eflemaee, MD |
| Received: | 3/29/2024 1213 | Type: | Stool |
| Resulting Lab: | CLIA 52D2162828 | Source: | Per Rectum |

| Test Result | Value | Normal Value |
|---|---|---|
| | Negative | Negative |

**NEGATIVE TEST RESULT.** A negative Cologuard result indicates a low likelihood that a colorectal cancer (CRC) or advanced adenoma (adenomatous polyps with more advanced pre-malignant features) is present. The chance that a person with a negative Cologuard test has a colorectal cancer is less than 1 in 1500 (negative predictive value >99.9%) or has an advanced adenoma is less than 5.3% (negative predictive value 94.7%). These data are based on a prospective cross-sectional study of 10,000 individuals at average risk for colorectal cancer who were screened with both Cologuard and colonoscopy. (Imperiale T, et al, N Engl J Med 2014;370(14):1286-1297) The normal value (reference range) for this assay is negative.

**COLOGUARD RE-SCREENING RECOMMENDATION.** Periodic colorectal cancer screening is an important part of preventive healthcare for asymptomatic individuals at average risk for colorectal cancer. Following a negative Cologuard result, the American Cancer Society and U.S. Multi-Society Task Force screening guidelines recommend a Cologuard re-screening interval of 3 years.
References: American Cancer Society Guideline for Colorectal Cancer Screening.
https://www.cancer.org/cancer/colon-rectal-cancer/detection-diagnosis-staging/acs-recommendations.html.; Rex DK, Boland CR, Dominitz JK, Colorectal Cancer Screening: Recommendations for Physicians and Patients from the U.S. Multi-Society Task Force on Colorectal Cancer Screening. Am J Gastroenterology 2017; 112:1016-1030.

**TEST DESCRIPTION:** Composite algorithmic analysis of stool DNA-biomarkers with hemoglobin immunoassay. Quantitative values of individual biomarkers are not reportable and are not associated with individual biomarker result reference ranges. Cologuard is intended for colorectal cancer screening of adults of either sex, 45 years or older, who are at average-risk for colorectal cancer (CRC). Cologuard has been approved for use by the U.S. FDA. The performance of Cologuard was established in a cross sectional study of average-risk adults aged 50-84. Cologuard performance in patients ages 45 to 49 years was estimated by sub-group analysis of near-age groups. Colonoscopies performed for a positive result may find as the most clinically significant lesion: colorectal cancer [4.0%], advanced adenoma (including sessile serrated polyps greater than or equal to 1cm diameter) [20%] or non- advanced adenoma [31%]. or no colorectal neoplasia [45%]. These estimates are derived from a prospective cross-sectional screening study of 10,000 individuals at average risk for colorectal cancer who were screened with both Cologuard and colonoscopy (Imperiale T, et al, N Engl J Med 2014;370(14):1286-1297 ) Cologuard may produce a false negative or false positive result (no colorectal cancer or precancerous polyp present at colonoscopy follow up). A negative Cologuard test result does not guarantee the absence of CRC or advanced adenoma (pre-cancer) The current Cologuard screening interval is every 3 years. (American Cancer Society and U.S Multi-Society Task Force). Cologuard performance data in a 10,000 patient pivotal study using colonoscopy as the reference method can be accessed at the following location: www.exactlabs.com/results. Additional description of the Cologuard test process, warnings and precautions can be found at www.cologuard.com.

 

**Quest** Diagnostics

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **JURKOWSKI, KIMBERLYNN**<br><br>**DOB:** 02/20/1960  **AGE:** 64<br>**Gender:** F<br>**Phone:** 609.481.8878<br>**Patient ID:** 1901 | Specimen:  CF980260L<br>Requisition: 8839130<br>Lab Ref #:  300399<br><br>Collected:  03/18/2024 / 00:00 EDT<br>Received:  03/18/2024 / 23:54 EDT<br>Reported:  03/21/2024 / 14:14 EDT | Client #: 53264885    8888888<br>EJTEMAEE, NASRIN<br>NASRIN EJTEMAEE, M.D.<br>8375A GREENSBORO DR<br>MC LEAN, VA 22102-3529 |

| Ward: | 53264885 |
|---|---|

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| LIPID PANEL, STANDARD | | | | |
| **CHOLESTEROL, TOTAL** | | 234 H | <200 mg/dL | Z99 |
| HDL CHOLESTEROL | 60 | | > OR = 50 mg/dL | Z99 |
| TRIGLYCERIDES | 62 | | <150 mg/dL | Z99 |
| **LDL-CHOLESTEROL** | | 159 H | mg/dL (calc) | Z99 |

    Reference range: <100

    Desirable range <100 mg/dL for primary prevention;
    <70 mg/dL for patients with CHD or diabetic patients v v9SPPLOQ664RKDTT5TTATX
    with > or = 2 CHD risk factors.

    LDL-C is now calculated using the Martin-Hopkins
    calculation, which is a validated novel method providing
    better accuracy than the Friedewald equation in the
    estimation of LDL-C.
    Martin SS et al. JAMA. 2013;310(19): 2061-2068
    (http://education.QuestDiagnostics.com/faq/FAQ164)

| | | | | |
|---|---|---|---|---|
| CHOL/HDLC RATIO | 3.9 | | <5.0 (calc) | Z99 |
| **NON HDL CHOLESTEROL** | | 174 H | <130 mg/dL (calc) | Z99 |

    For patients with diabetes plus 1 major ASCVD risk
    factor, treating to a non-HDL-C goal of <100 mg/dL
    (LDL-C of <70 mg/dL) is considered a therapeutic
    option.

| | | | | |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC | | | | Z99 |
| PANEL | | | | |
| GLUCOSE | 79 | | 65-99 mg/dL | |

                     Fasting reference interval

| | | | |
|---|---|---|---|
| UREA NITROGEN (BUN) | 13 | | 7-25 mg/dL |
| CREATININE | 0.71 | | 0.50-1.05 mg/dL |
| EGFR | 95 | | > OR = 60 mL/min/1.73m2 |
| BUN/CREATININE RATIO | SEE NOTE: | | 6-22 (calc) |

                 Not Reported: BUN and Creatinine are within
                 reference range.

| | | | | |
|---|---|---|---|---|
| SODIUM | 143 | | 135-146 mmol/L | |
| POTASSIUM | 4.3 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 106 | | 98-110 mmol/L | |
| CARBON DIOXIDE | 26 | | 20-32 mmol/L | |
| CALCIUM | 9.8 | | 8.6-10.4 mg/dL | |
| PROTEIN, TOTAL | 7.3 | | 6.1-8.1 g/dL | |
| ALBUMIN | 4.6 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.7 | | 1.9-3.7 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.7 | | 1.0-2.5 (calc) | |
| BILIRUBIN, TOTAL | 0.5 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 57 | | 37-153 U/L | |
| AST | 20 | | 10-35 U/L | |
| ALT | 14 | | 6-29 U/L | |
| HEMOGLOBIN A1c | 5.6 | | <5.7 % of total Hgb | Z99 |

    For the purpose of screening for the presence of

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.



Quest
Diagnostics

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **JURKOWSKI, KIMBERLYNN**<br><br>**DOB: 02/20/1960   AGE: 64**<br>Gender:   F<br>Patient ID: 1901 | Specimen:   **CF980260L**<br>Collected:   03/18/2024 / 00:00 EDT<br>Received:    03/18/2024 / 23:54 EDT<br>Reported:    03/21/2024 / 14:14 EDT | Client #: 53264885<br>EJTEMAEE, NASRIN |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| diabetes: | | | | |

```
<5.7%      Consistent with the absence of diabetes
5.7-6.4%   Consistent with increased risk for diabetes
           (prediabetes)
> or =6.5% Consistent with diabetes

This assay result is consistent with a decreased risk
of diabetes.

Currently, no consensus exists regarding use of
hemoglobin A1c for diagnosis of diabetes in children.

According to American Diabetes Association (ADA)
guidelines, hemoglobin A1c <7.0% represents optimal
control in non-pregnant diabetic patients. Different
metrics may apply to specific patient populations.
Standards of Medical Care in Diabetes(ADA).
```

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| TSH W/REFLEX TO FT4 | 0.86 | | 0.40-4.50 mIU/L | Z99 |
| CBC (INCLUDES DIFF/PLT) | | | | Z99 |
| **WHITE BLOOD CELL COUNT** | | **3.5 L** | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.86 | | 3.80-5.10 Million/uL | |
| **HEMOGLOBIN** | | **10.9 L** | 11.7-15.5 g/dL | |
| HEMATOCRIT | 36.1 | | 35.0-45.0 % | |
| **MCV** | | **74.3 L** | 80.0-100.0 fL | |
| **MCH** | | **22.4 L** | 27.0-33.0 pg | |
| **MCHC** | | **30.2 L** | 32.0-36.0 g/dL | |
| RDW | 14.0 | | 11.0-15.0 % | |
| PLATELET COUNT | 246 | | 140-400 Thousand/uL | |
| **MPV** | | **13.1 H** | 7.5-12.5 fL | |
| ABSOLUTE NEUTROPHILS | 1593 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 1572 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 249 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 49 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 39 | | 0-200 cells/uL | |
| NEUTROPHILS | 45.5 | | % | |
| LYMPHOCYTES | 44.9 | | % | |
| MONOCYTES | 7.1 | | % | |
| EOSINOPHILS | 1.4 | | % | |
| BASOPHILS | 1.1 | | % | |
| VITAMIN B12 | 888 | | 200-1100 pg/mL | Z99 |

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

**Quest**
Diagnostics

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **JURKOWSKI, KIMBERLYNN**<br><br>DOB: 02/20/1960    **AGE: 64**<br>Gender:    F<br>Patient ID: 1901 | Specimen:    CF980260L<br>Collected:    03/18/2024 / 00:00 EDT<br>Received:    03/18/2024 / 23:54 EDT<br>Reported:    03/21/2024 / 14:14 EDT | Client #: 53264885<br>EJTEMAEE, NASRIN |

| Endocrinology | | | |
|---|---|---|---|
| **Test Name** | **Result** | **Reference Range** | **Lab** |
| QUESTASSURED(TM) 25 HYDROXYVITAMIN D(D2,D3) | | | AMD |
| VITAMIN D, 25-OH, TOTAL | 35 | 30-100 ng/mL | |

Vitamin D, 25-Hydroxy reports concentrations of two common forms, 25-OHD2 and 25-OHD3. 25-OHD3 indicates both endogenous production and supplementation. 25-OHD2 is an indicator of exogenous sources such as diet or supplementation. Therapy is based on measurement of Total 25-OHD, with levels <20 ng/mL indicative of Vitamin D deficiency, while levels between 20 ng/mL and 30 ng/mL suggest insufficiency. Optimal levels are > or = 30 ng/mL.

For additional information, please refer to http://education.QuestDiagnostics.com/faq/FAQ199

(This link is being provided for informational/ educational purposes only.)

| VITAMIN D, 25-OH, D3 | 35 | ng/mL | |
|---|---|---|---|

This test was developed and its analytical performance characteristics have been determined by Quest Diagnostics Nichols Institute Chantilly, VA. It has not been cleared or approved by the U.S. Food and Drug Administration. This assay has been validated pursuant to the CLIA regulations and is used for clinical purposes.

| VITAMIN D, 25-OH, D2 | <4 | ng/mL | |
|---|---|---|---|

This test was developed and its analytical performance characteristics have been determined by Quest Diagnostics Nichols Institute Chantilly, VA. It has not been cleared or approved by the U.S. Food and Drug Administration. This assay has been validated pursuant to the CLIA regulations and is used for clinical purposes.

Physician Comments:

**PERFORMING SITE:**
AMD    QUEST DIAGNOSTICS/NICHOLS CHANTILLY, 14225 NEWBROOK DRIVE, CHANTILLY, VA 20151-2228 Laboratory Director: PATRICK W. MASON,MD,PHD, CLIA: 49D0221801
Z99    QUEST DIAGNOSTICS CLIFTON, 1 INSIGHTS DRIVE, CLIFTON, NJ 07012-2355 Laboratory Director: PETER E. FISHER,MD, CLIA: 31D0696246

,,9SFPLDU664RKDTTSTTATX

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.



**FAIRFAX RADIOLOGY CENTERS**

JURKOWSKI, KIMBERLYNN
12380551     DOB: 02/20/1960
01/25/2023     AGE:62    Gender:F

EXAM PERFORMED AT:
8503 ARLINGTON BLVD, STE LL100
Physicians Only: 703-698-4443

NASRIN EJTEMAEE MD
8375 A GREENSBORO DR
MCLEAN, VA 22102

[F,W]

ULTRASOUND ABDOMEN COMPLETE

HISTORY: Abdominal pain

COMPARISON: None.

FINDINGS:

Gallbladder: Normal. No gallstones.
Bile ducts: Nondilated. Common bile duct measures 0.4 cm.
Liver: Normal echotexture. No focal mass.
Spleen: Normal.
Pancreas: Visualized portions normal.
Aorta and IVC: Normal caliber.
Kidneys: Right kidney measures 11.5 cm. Left kidney measures 9.8 cm. No
hydronephrosis. There are clear subcentimeter left renal cysts.

IMPRESSION:

1. Clear subcentimeter left renal cysts.
2. Otherwise normal upper abdominal sonogram. No evidence of gallstones.

Electronically signed by: Kathryn Grumbach M.D.
FAIRFAX RADIOLOGICAL CONSULTANTS, PLLC

KG: 01/25/23

This document contains Protected Health information. If you are not the intended recipient,
please notify us at 703-698-4486 and destroy this document.



**Jurkowski, Kimberlynn**  DOB: **02/20/1960**  **Patient Report**

Patient ID: **1901**  Age: **62**  Account Number: **45549760**

Specimen ID: **143-184-2076-0**  Sex: **Female**  Ordering Physician: **N EJTEMAEE**

Ordered Items: **CBC With Differential/Platelet; Comp. Metabolic Panel (14); Lipid Panel; Hemoglobin A1c; TSH**

| Date Collected: 05/23/2022 | Date Received: 05/23/2022 | Date Reported: 05/24/2022  664RKDTTSTTATX | Fasting: **Not Given** |

## CBC With Differential/Platelet

| Test | Current Result and Flag | | Previous Result and Date | | Units | Reference Interval |
|---|---|---|---|---|---|---|
| WBC[01] | 3.9 | | 4.2 | 07/06/2020 | x10E3/uL | 3.4-10.8 |
| RBC[01] | 4.63 | | 4.92 | 07/06/2020 | x10E6/uL | 3.77-5.28 |
| ▼ Hemoglobin[01] | 10.7 | Low | 11.3 | 07/06/2020 | g/dL | 11.1-15.9 |
| Hematocrit[01] | 35.3 | | 37.2 | 07/06/2020 | % | 34.0-46.6 |
| ▼ MCV[01] | 76 | Low | 76 | 07/06/2020 | fL | 79-97 |
| ▼ MCH[01] | 23.1 | Low | 23.0 | 07/06/2020 | pg | 26.6-33.0 |
| ▼ MCHC[01] | 30.3 | Low | 30.4 | 07/06/2020 | g/dL | 31.5-35.7 |
| RDW[01] | 13.9 | | 14.4 | 07/06/2020 | % | 11.7-15.4 |
| Platelets[01] | 180 | | 206 | 07/06/2020 | x10E3/uL | 150-450 |
| Neutrophils[01] | 52 | | 54 | 07/06/2020 | % | Not Estab. |
| Lymphs[01] | 39 | | 36 | 07/06/2020 | % | Not Estab. |
| Monocytes[01] | 7 | | 8 | 07/06/2020 | % | Not Estab. |
| Eos[01] | 1 | | 1 | 07/06/2020 | % | Not Estab. |
| Basos[01] | 1 | | 1 | 07/06/2020 | % | Not Estab. |
| Neutrophils (Absolute)[01] | 2.0 | | 2.3 | 07/06/2020 | x10E3/uL | 1.4-7.0 |
| Lymphs (Absolute)[01] | 1.5 | | 1.5 | 07/06/2020 | x10E3/uL | 0.7-3.1 |
| Monocytes(Absolute)[01] | 0.3 | | 0.3 | 07/06/2020 | x10E3/uL | 0.1-0.9 |
| Eos (Absolute)[01] | 0.0 | | 0.1 | 07/06/2020 | x10E3/uL | 0.0-0.4 |
| Baso (Absolute)[01] | 0.0 | | 0.0 | 07/06/2020 | x10E3/uL | 0.0-0.2 |
| Immature Granulocytes[01] | 0 | | 0 | 07/06/2020 | % | Not Estab. |
| Immature Grans (Abs)[01] | 0.0 | | 0.0 | 07/06/2020 | x10E3/uL | 0.0-0.1 |

## Comp. Metabolic Panel (14)

| Test | Current Result and Flag | | Previous Result and Date | | Units | Reference Interval |
|---|---|---|---|---|---|---|
| Glucose[01] | 77 | | 82 | 12/24/2020 | mg/dL | 65-99 |
| BUN[01] | 15 | | 13 | 12/24/2020 | mg/dL | 8-27 |
| Creatinine[01] | 0.75 | | 0.71 | 12/24/2020 | mg/dL | 0.57-1.00 |
| eGFR | 90 | | | | mL/min/1.73 | >59 |
| BUN/Creatinine Ratio | 20 | | 18 | 12/24/2020 | | 12-28 |
| ▲ Sodium[01] | 146 | High | 141 | 12/24/2020 | mmol/L | 134-144 |
| Potassium[01] | 4.3 | | 4.7 | 12/24/2020 | mmol/L | 3.5-5.2 |
| Chloride[01] | 103 | | 103 | 12/24/2020 | mmol/L | 96-106 |
| Carbon Dioxide, Total[01] | 24 | | 24 | 12/24/2020 | mmol/L | 20-29 |
| Calcium[01] | 9.3 | | 9.4 | 12/24/2020 | mg/dL | 8.7-10.3 |
| Protein, Total[01] | 6.7 | | 6.9 | 12/24/2020 | g/dL | 6.0-8.5 |
| Albumin[01] | 4.5 | | 4.2* | 12/24/2020 | g/dL | 3.8-4.8 |
| Globulin, Total | 2.2 | | 2.7 | 12/24/2020 | g/dL | 1.5-4.5 |
| A/G Ratio | 2.0 | | 1.6 | 12/24/2020 | | 1.2-2.2 |
| Bilirubin, Total[01] | 0.3 | | 0.2 | 12/24/2020 | mg/dL | 0.0-1.2 |

©2022 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version 2.00

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error please call 800-762-4344

**Jurkowski, Kimberlynn**

| | |
|---|---|
| Patient ID: **1901** | Age: **62** |
| Specimen ID: **143-184-2076-0** | Sex: **Female** |

Account Number: **45549760**
Ordering Physician: **N EJTEMAEE**

## Comp. Metabolic Panel (14) (Cont.)

| | | | | | |
|---|---|---|---|---|---|
| Alkaline Phosphatase[01] | 46 | 65* | 12/24/2020 | IU/L | 44-121 |
| AST (SGOT)[01] | 20 | 22 | 12/24/2020 | IU/L | 0-40 |
| ALT (SGPT)[01] | 17 | 19 | 12/24/2020 | IU/L | 0-32 |

* Previous Reference Intervals: (Albumin: 3.8-4.9 g/dL), (Alkaline Phosphatase: 39-117 IU/L)

## Lipid Panel

| | Test | Current Result and Flag | | Previous Result and Date | | Units | Reference Interval |
|---|---|---|---|---|---|---|---|
| ▲ | Cholesterol, Total[01] | **216** | **High** | 226 | 12/24/2020 | mg/dL | 100-199 |
| | Triglycerides[01] | 48 | | 73 | 12/24/2020 | mg/dL | 0-149 |
| | HDL Cholesterol[01] | 64 | | 56 | 12/24/2020 | mg/dL | >39 |
| | VLDL Cholesterol Cal | 8 | | 13 | 12/24/2020 | mg/dL | 5-40 |
| ▲ | **LDL Chol Calc (NIH)** | **144** | **High** | 157 | 12/24/2020 | mg/dL | 0-99 |
| | LDL Chol. (Direct)[01] | Will Follow | | | | | |
| | Comment: | Will Follow | | | | | |

## Hemoglobin A1c

| | Test | Current Result and Flag | | Previous Result and Date | | Units | Reference Interval |
|---|---|---|---|---|---|---|---|
| ▲ | Hemoglobin A1c[01] | **5.8** | **High** | 5.8 | 12/24/2020 | % | 4.8-5.6 |

Please Note:[01]

```
Prediabetes: 5.7 - 6.4
Diabetes: >6.4
Glycemic control for adults with diabetes: <7.0
```

## TSH

| Test | Current Result and Flag | Previous Result and Date | | Units | Reference Interval |
|---|---|---|---|---|---|
| TSH[01] | 1.380 | 1.14 | 07/06/2020 | uIU/mL | 0.450-4.500 |

### Disclaimer
The Previous Result is listed for the most recent test performed by Labcorp in the past 5 years where there is sufficient patient demographic data to match the result to the patient. Results from certain tests are excluded from the Previous Result display.

### Icon Legend
▲ Out of Reference Range    ■ Critical or Alert

### Performing Labs
01: BN - Labcorp Burlington 1447 York Court, Burlington, NC, 27215-3361 Dir: Sanjai Nagendra, MD
For Inquiries, the physician may contact Branch: 800-859-0391 Lab: 800-762-4344

©2022 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version 2.00

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error please call 800-762-4344

EJTEMAEE,NASRIN,MD
8375 GREENSBORO DR
MC LEAN, VA 22102-3529

Phone: (703)893-8345
Fax: (703)356-2730

JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960
Tele 1 - 7/26/2021

**Treatment Plan**

Visit Summary
Prescriptions.
SIG: clobetase  .05 % topical lotion, 30 days, Dispense #30 Milliliter, 0 Refills
Directions: Take 1 topical milliliter once a day

**Diagnosis**

L29.8 Other pruritus
99213 OFFICE OUTPATIENT VISIT EST
Code        ... (Continued: in Endnote 1)

                    ι/ϑϧϜϜΓLOUϭϭϭⴲRKDTTSTTATX

**Patient Education/Instructions**

Advised local care

EJTEMAEE,NASRIN,MD
8375 GREENSBORO DR
MC LEAN, VA 22102-3529

Phone: (703)893-8345
Fax: (703)356-2730

JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960
Tele 1 - 7/26/2021

**Referral**
s

**Follow-up Appointment**

1-2        Weeks

Tests Ordered

☐    Barium Enema
☐    Echocardiogram
☐    Colonoscopy
☐    Chest X-ray
☐    Electrocardiogram
☐    Flexible Sigmoidoscopy
☐    Mammogram
☐    Stress Echo
☐    Stress Test
☐    Ultrasound

✤■❉■⌐▼✳▲

**(1) Visit Date 7/26/2021 Continued:**
...        Description
L29.8        OTHER PRURITUS
99213        OFFICE/OUTPATIENT VISIT EST

**EJTEMAEE,NASRIN,MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

Phone: **(703)893-8345**
Fax: (703)356-2730

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Office Visit - SOAP Style1/ R - 7/2/2021**

## Subjective

**Chief Complaint / History of Present Illness:**

L neck pain, muscle spam.
Has been lifting, and some physical work.

☐  **All Systems Have Been Reviewed and Are Negative**

☐  **All Systems Have Been Reviewed**

These Systems Have Been Reviewed

| | | | | | |
|---|---|---|---|---|---|
| ☐ | **Constitutional** | ☐ | **Gastrointestinal** | ☐ | **Psychiatric** |
| ☐ | **Eyes** | ☐ | **Genitourinary** | ✓ | **Endocrine** |
| ☐ | **E.N.M.T.** | ✓ | **Musculoskeletal** | ☐ | **Lymphatic** |
| ☐ | **Cardiovascular** | ☐ | **Skin** | ☐ | **Allergic / Immuno** |
| ☐ | **Respiratory** | ☐ | **Neurological** | | |

**Positive Response / Pertinent Negative:**

HLD, some muscle, joint pain.

## Objective

**Weight (lbs.):**          **Previous Weight (lbs.):**          **Weight Change (lbs.):**

142

**EJTEMAEE,NASRIN,MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

Phone: **(703)893-8345**
Fax: **(703)356-2730**

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Office Visit - SOAP Style1/ R - 7/2/2021**

Height (in.):                          **BMI:**

**Pulse:**                             **Temperature:**

70                                     98.1

**Respiration:**                       **O2 Sat (%) / Room Air:**

**Previous BP:**

110      / 70

**BP 1:**

105      / 62      Sitting                                      Arm - Left

☐    **Functional Status Assessed**    --

VV9SPPLOQ664RKDTTSTTATX

☐    **Cognitive Status Assessed**     --

Examined the Following Areas:

|                  | Normal / Abnormal |
|------------------|-------------------|
| HEENT            | ✓ ☐               |
| Respiratory      | ✓ ☐               |
| Cardiovascular   | ✓ ☐               |
| Gastrointestinal | ☐ ☐               |
| Genitourinary    | ☐ ☐               |
| Lymphatic        | ☐ ☐               |
| Musculoskeletal  | ☐ ✓               |
| Skin             | ☐ ☐               |

**EJTEMAEE,NASRIN,MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

Phone: (703)893-8345
Fax: (703)356-2730

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Office Visit - SOAP Style1/ R - 7/2/2021**

| | |
|---|---|
| Neurological | ☐ ☐ |
| Psychiatric | ☐ ☐ |

## Abnormal Exam Findings:

Some tender ROM l. shoulder, arm.

--

**Smoking Status:**    Never Smoker

**Smoked Per Day:**    --

## Cessation Counseling and Intervention

--

--

**Referral to Stop-Smoking Clinic:**

**EJTEMAEE,NASRIN,MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

Phone: **(703)893-8345**
Fax: **(703)356-2730**

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Office Visit - SOAP Style1/ R - 7/2/2021**

☐    Patient Receiving **Cessation Assistance**

—

Comments:

VV95PPL00664RKDTTSTTATX

Assessment

Diagnosis:

M25.519 Pain in unspecified shoulder
M54.2 Cervicalgia
99214 OFFICE/OUTPATIENT VISIT... **(Continued: in Endnote**

—

EJTEMAEE,NASRIN,MD
8375 GREENSBORO DR
MC LEAN, VA 22102-3529

Phone: (703)893-8345
Fax: (703)356-2730

JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960
Office Visit - SOAP Style1/ R - 7/2/2021

Plan

BMI Follow-up Plan:

reviewed

Nutrition Counseling:

Advised healthy diet and regular daily exercises.

Physical Activity Counseling:

reviewed. As tolerated

Visit Summary / Care Plan:

Visit Summary
Prescriptions:
SIG: cyclobenzaprine 10 mg oral tablet, 15 days, Dispense #30   ablet, 0 Refills
Directions: Take 1 oral tablet 2 times a day
SIG: naproxen sodium 550 mg oral tablet, 15 days, Dispense #30 Tablet, 0 Refills
Directions: Take 1 oral tablet 2 times a day.
Some PT exercises explained.

Urinalysis:

| Clarity: | Color: | Glucose: | BIL.: |
|----------|--------|----------|-------|
| KET: | SG: | PH: | PRO: |
| URO: | NIT: | BLO: | LEU: |

**Endnotes**

**(1)** Visit Date 7/2/**2021 Continued:**
...EST
Code          Description
M25.519              Pain in unspecified shoulder
M54.2        Cervicalgia
99214        OFFICE/OUTPATIENT VISIT EST

**EJTEMAEE,NASRIN,MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

Phone: (703)893-8345
Fax: (703)356-2730

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
Tele 1 - 3/9/2021

If the patient form Visit - Telemedicine Hx OR Visit - Telemedicine Hx - Consent is filled out previous to the visit and saved to the patient's chart it will auto-fill their responses, if the User Preferences are set to "Fill from Last Field Values.

## Medical History

**What questions, concerns, or problems would you like to discuss during your visit?**

Complaint of some gastric upset and dizziness for 2 days.
No N,V, D, Fever, Cough.

**List or update your medical and surgical history.**

**List or update any allergies, including your reaction. (Ex. short of breath, hives)**

NKDA

## Social History

**Select your tobacco status.**

**If you quit smoking, what was the date?**

**How many years have you smoked?**

**How often you do drink alcohol?**

EJTEMAEE,NASRIN,MD
8375 GREENSBORO DR
MC LEAN, VA 22102-3529

Phone: **(703)893-8345**
Fax: (703)**356-2730**

JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960
Tele 1 - 3/9/2021

List any illegal substances you use.

VV8SPPLOU864RKOTTSTTATX

## Mark the following symptoms that you currently suffer from

### Constitutional

| | | | |
|---|---|---|---|
| ☐ Fevers | ☐ **Chills** | ☐ Sweats | |
| ☐ Weakness | ☐ **Fatigue** | ☐ Decreased Activity | |
| ☐ Maliase | ☐ **Unexplained Weight G :n** | ☐ Unexplained Weight Loss | |
| ☐ Low Sex Drive | ☐ **Difficulty Sleeping** | | |

### Eyes

| | | |
|---|---|---|
| ☐ Blurriness | ☐ **Double Vision** | ☐ Visual Disturbance |
| ☐ Pain | | |

### Ears/Nose/Throat/Neck

| | | |
|---|---|---|
| ☐ Hearing Problems | ☐ **Ear Pain** | ☐ Sinus Problems |
| ☐ Sore Throat | ☐ **Nosebleeds** | |

### Respiratory

| | | |
|---|---|---|
| ☐ Shortness Of Breath | ☐ **Cough** | ☐ Sputum Production |
| ☐ Wheezing | | |

### Cardiovascular

| | | |
|---|---|---|
| ☐ Chest Pain | ☐ **Palpitations** | ☐ Swelling in Feet |
| ☐ Bleeding Disorder | ☐ **Blood Clots** | ☐ Fainting |
| ☐ Shortness Of Breath During Sleep | | |

### Gastrointestinal

| | | |
|---|---|---|
| ☐ Nausea | ☐ **Vomiting** | ☐ Diarrhea |

EJTEMAEE,NASRIN,MD
8375 GREENSBORO DR
MC LEAN, VA 22102-3529

Phone: (703)893-8345
Fax: (703)356-2730

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
Tele 1 - 3/9/2021

| | | | |
|---|---|---|---|
| ☐ Constipation | ☐ Heartburn | ☐ Abdominal Pain |

**Genitourinary/Nephrology**

| | | |
|---|---|---|
| ☐ Painful Urination | ☐ Blood in Urine | ☐ Change in Urine Stream |
| ☐ Unusual Discharge | ☐ Flank Pain | ☐ Urinary Incontinence |

**Musculoskeletal**

| | | |
|---|---|---|
| ☐ Back Pain | ☐ Neck Pain | ☐ Joint Pain |
| ☐ Muscle Pain | ☐ Muscle Cramp | ☐ Muscle Spasm |
| ☐ Gait Disturbances | ☐ Joint Stiffness | ☐ Joint Swelling |
| ☐ Trauma | | |

**Integumentary**

| | | |
|---|---|---|
| ☐ Bite | ☐ Itching | ☐ Lesions |
| ☐ Bruising | | |

**Neurological**

| | | |
|---|---|---|
| ☐ Abnormal Balance | ☐ Confusion | ☐ Numbness |
| ☐ Tingling | ☐ Dizziness | ☐ Headaches |
| ☐ Loss of Coordination | ☐ Memory Loss | ☐ Seizures |
| ☐ Tinnitus | ☐ Tremors | ☐ Vertigo |

**Psychiatric**

| | | |
|---|---|---|
| ☐ Feeling Anxious | ☐ Depressed Mood | ☐ Suicidal Thoughts |
| ☐ Hallucinations | ☐ Stress Problems | ☐ Suicidal Planning |
| ☐ Thoughts of Harming Others | | |

What is your pain level?

Start Time of Consultation

EJTEMAEE,NASRIN,MD
8375 GREENSBORO DR
MC LEAN, VA 22102-3529

Phone: (703)893-8345
Fax: (703)356-2730

JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960
Tele 1 - 2/9/2021
11:15 AM

**End Time of Consultation**

11:30 AM

**Date of Last Appointment**

12/22/2020  9:00 AM

**Problem List**

| Code | | on | Onset | Status | Status Date | | |
|------|--|-----|-------|--------|-------------|--|--|
| E78.5 | | LIPIDEMIA, UNSPECIFIED | 12/22/2020 | Current | 12/22/2020 | | |
| M25.5 | | AIN IN LEFT WRIST | 12/22/2020 | Current | 12/22/2020 | | |
| R10.11 | | UPPER QUADRANT PAIN | 08/01/2020 | Current | 08/01/2020 | | |
| Z23 | | UNTER FOR IMMUNIZATION | 12/22/2020 | Current | 12/22/2020 | | |

**Current Medications**

naproxe
folic ac

**vvUSPPLOUB64RKOTTSTTATX**

**Allergie**

NKDA

**Mental D**

Alert Oriented Person, Place, and Time

**Clinical Findings**

NAD, Well nourished, well behave

EJTEMA. P. NASRIN,MD
8375 GRI SBORO DR
MC LEAN, VA 22102-3529

Phone: (703)893-8345
Fax: (703)356-2730

JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960
Tele 1 - 

---

## Treatment Plan

Visit Summary
Advised on hydration, soft, blend diet, gatorade.
Advised on BP, Fever.

## Diagnosis

| Code | Description |
|------|-------------|
| R42 | Dizziness and giddiness |
| 99213 | OFFICE/OUTPATIENT VISIT EST |

## Patient Education/Instructions

Healthy exercises.
Letter for hours given.

EJTEMAES, ASRIN, MD
8375 GREENSBORO DR
MC LEAN, VA 22102-3529

Phone: (703)893-8345
Fax: (703)356-2730

JURKOWSKI, IMBERLYNN - DOB: 2/20/1960
Tele 1 - 3/91/2021

Referral
s

**Foll**ow-up Appointment

1-2

Tests Ordered

- ☐ Barium Enema
- ☐ Echocardiogram
- ☐ Colonoscopy
- ☐ Chest X-ray
- ☐ Electrocardiogram
- ☐ Flexible Sigmoidoscopy
- ☐ Mammogram
- ☐ Stress Echo
- ☐ Stress Test
- ☐ Ultrasound

VV95PPLDU664RKDTTSTTATX

EJTEMAEE, NASRIN, **MD**
**8375 GREENSBORO DR**
**MC LEAN**, VA 22102-**3529**

Phone: (**703**)**893-8345**
Fax: (703)**356-2730**

**JURKO**WSKI, KIMBE**RLYNN - DOB: 2/20/1960**
**Office Visit - SOAP Style1/ R - 12/22/2020**

## Subjective

**Chief Complaint / History of Present Illness:**

S/P Emergency Room visit, wrist pain.
Needs shingle vaccine.
HLD.
check the glucose.

✓ **All Systems Have Been Reviewed and Are Negative**

☐ **All Systems Have Been Reviewed**

These Systems Have Been Reviewed

| | | |
|---|---|---|
| ✓ Constitutional | ☐ **Gastrointestinal** | ☐ **Psychiatric** |
| ☐ Eyes | ☐ **Genitourinary** | ✓ Endocrine |
| ☐ E.N.M.T. | ✓ **Musculoskeletal** | ☐ Lymphatic |
| ☐ Cardiovascular | ☐ **Skin** | ☐ **Allergic / Immuno** |
| ☐ Respiratory | ☐ **Neurological** | |

**Positive Response / Pertinent Negative:**

L wrist has tender ROM.

## Objective

Weight (lbs.):
142

**Previous Weight (lbs.):**

Weight Change (lbs.):

EJTEMAEE,NASRIN,MD
8375 GREENSBORO DR
MC LEAN, VA 22102-3529

Phone: (**703)893-8345**
Fax: (703)**356-2730**

JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960
Office Visit - SOAP Style1/ R - 12/22/2020

| Height (in.) | BMI: |
|---|---|
| 60 | 27.7 |

| Pulse: | Temperature: |
|---|---|
| 64 | 97.7 |

Respiration

**O2 Sat (%) / Room Air:**

Previous

110    72

**BP 1:**

110    70    Sitting                              Arm - Left

✓   Functional Status **Assessed**        No Impairments

VYSPPLOU664RKDTTSTTATX

✓   Cognitive Status **Assessed**        No Impairments

Examine The Following **Areas:**

|  | Normal / Abnormal |
|---|---|
| HEENT | ✓ ☐ |
| Respiratory | ✓ ☐ |
| Cardiovascular | ✓ ☐ |
| Gastrointestinal | ☐ ☐ |
| Genitourinary | ☐ ☐ |
| Lymphatic | ☐ ☐ |
| Musculoskeletal | ☐ ✓ |
| Skin | ☐ ☐ |

EJTEMAEE,NASRIN,MD
8375 GREENSBORO DR
MC LEAN, VA 22102-3529

Phone: (703)893-8345
Fax: (703)356-2730

## JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960
Office Visit - SOAP Style1/ R - 12/22/2020

| | | |
|---|---|---|
| Neurological | ☐ ☐ | |
| Psychiatric | ☐ ☐ | |

**Abnormal Exam Findings:**

Tender ROM L wrist

—

**Smoking Status:** Never Smoker

Smoked P Never —

**Cessation Counseling and Intervention**

--

--

Referral Non-Smoking Clinic:

EJTEMA___ NASRIN,MD
8375 GRE__ _BORO DR
MC LEAN, VA 22102-3529

Phone: (**703**)**893-8345**
Fax: (**703**)**356-2730**

JURKOWSKI,KIMBERLYNN - **DOB: 2/20/1960**
Office Visit - SOAP Style1/ R - **12/22/2020**

☐   Patient Receiving Cessation Assistance

Comments:

VV9SPPLOO664RKDTTSTTATX

Assessment

Diagnosi

| Code | Description |
|------|-------------|
| M25.532 | Pain in left wrist |
| 223 | Encounter for... (Continued: in Endnote 1) |

EJTEMAEE,NASRIri,MD
8375 GREENSBORO DR
MC LEAN VA 22102-3529

Phone: (703)893-8345
Fax: (703)356-2730

JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960
Office Visit - SOAP Style1/ R - 12/22/2020

Plan

BMI Followup Plan:

Nutrition Counseling:

Advised healthy diet and regular exercises

Physical Activity Counseling:

Reviewed

**Visit Summary / Care Plan:**

Visit Summary
Ordered
Comp. Metabolic Panel (14)
Lipid Panel
Hemoglobin A1c

Shingrix 0.5 ml intramuscular LD.

SIG: naproxen 500 mg oral tablet,delayed release (DR/EC), 15 days,... (Continued: in Endnote 2)

Urinalysis

| Clarity: | Color: | Glucose: | BIL: |
|---|---|---|---|
| KET: | SG: | PH: | PRO: |
| URO: | NIT: | BLO: | LEU: |


**Endnote**

**(1)** Visit date 12/22/2020 **Continued:**
...
90___    IMMUNIZATION ADMIN
E7_._    Hyperlipidemia, unspecified
992__    OFFICE/OUTPATIENT VISIT EST
36___    ROUTINE VENIPUNCTURE
99___    SPECIMEN HANDLING OFFICE-LAB


**(2)** Visit date 12/**22**/2020 **Continued:**
...Dispense ___ Tablet, 0 Refills
Directions: take 1 oral tablet 2 times a day after meal

VV9SPPLQQ664RKOTTSTTATX

EJTEMAEE,NASRIN,MD
8375 GREENSBORO DR
MC LEAN, VA 22102-3529

Phone: (703)893-8345
Fax: (703)356-2730

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Office** Visit - **SO**AP Style1/ R - 10/8/2020

## Subjective

**Chief Complaint / History of Present Illness:**

R upper Q pain for a while.
Needs FLU shot and shingle vaccine.

✓    All Systems Have Been **Reviewed and Are Negative**

☐    All Systems Have Been **Reviewed**

--

**Posit**ive Response / Pertinent **Negative:**

Her on and off pain is still there but not bordering her.

## Objective

Weight (lbs.):              **Previous Weight (lbs.):**         Weight Change (lbs.):
                            152

EJTEMAEE,NASRIN,MD
8375 GREENSBORO DR
MC LEAN VA 22102-3529

Phone: (703)893-8345
Fax: (703)356-2730

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Office Visit - SOAP Style1/ R - 10/8/2020**

Height (in.):                    BMI:

**Pulse:**                       **Temperature:**
72                               97.6

Respiration:                     **O2 Sat (%) / Room Air:**
14

Previous BP:                     VV9SPPLOQ664RKDTTSTTATX

  110      / 70

**BP 1:**

  110      / 72      Sitting                    Arm - Left


✓     Functional Status Assessed      No Impairments

✓     Cognitive Status Assessed       No Impairments


Examine the Following Areas:

|                  | Normal / Abnormal |
|------------------|-------------------|
| HEENT            | ✓ ☐               |
| Respiratory      | ✓ ☐               |
| Cardiovascular   | ✓ ☐               |
| Gastrointestinal | ✓ ☐               |
| Genitourinary    | ☐ ☐               |
| Lymphatic        | ☐ ☐               |
| Musculoskeletal  | ☐ ☐               |
| Skin             | ☐ ☐               |

EJTEMALE,NASRIN,MD
8375 GREENSBORO DR
MC LEAN, VA 22102-3529

Phone: **(703)893-8345**
Fax: **(703)356-2730**

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
Office Visit - SOAP Style**1/ R - 10/8/2020**

| | |
|---|---|
| Neurological | ☐ ☐ |
| Psychiatric | ☐ ☐ |

**Abnorm** Exam Findings:

**Smoking Status:**        Never Smoker

Smoked Per Day:

**Cessation** Counseling **and Intervention**

Referral to Stop-Smoking Clinic:

EJTEMAEE,NASRIN,MD
8375 GREENSBORO DR
MC LEAN, VA 22102-3529

Phone: (703)893-8345
Fax: (703)356-2730

JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960
**Office Visit - SOAP Style1/ R - 10/8/2020**

☐  Patient Receiving Cessation Assistance

VV9SPPLOO884RKOTTSTTATX

Comment

Assessment

Diagnosis

Code         Description
R10.11       Right upper quadrant pain
Z23          Encounter for... (Continued: in Endnote 1)

EJTEN . .E.NASRIN,MD
8375 GREENSBORO DR
MC LEAN, VA 22102-3529

Phone: (703)893-8345
Fax: (703)356-2730

JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960
Office Visit - SOAP Style1/ R - 10/8/2020

Plan

**BMI Follow-up Plan:**

**Nutrition Counseling:**

**Physical Activity Counseling:**

Visit Summary / Care Plan:

Visit Summary
FLU: and shingrix vaccine .5 ml intramuscular LD.
return follow up appointment in 3 months.

Urine

| Clarity: | Color: | **Glucose:** | **BIL:** |

| KET | SG: | **PH:** | PRO: |

| URO: | **NIT:** | **BLO:** | LEU: |

EJT[...] [...],NASRIN,MD
837[...] [...]NSBORO DR
MC [...] VA 22102-3529

Phone: (703)893-8345
Fax: (703)356-2730

JUR[...] [...]KI,KIMBERLYNN - DOB: 2/20/1960
Offic[...] [...] SOAP Style1/ R - 10/8/2020

[...]47v.9: Preventive Care and Screening: Influenza Immunization

TEMPLATE FOR 2020 REPORTING PERIOD

DO [...] [...]SE THIS TEMPLATE if the EHR Immunization Module is used to document an
infl[...] [...]ccine.

Scr[...] [...]atients 6 months and older seen for a visit between October 1st for the year PRIOR to the
stat[...] [...]reporting period THROUGH March 31st of the measurement period.

Adm[...] [...] Flu Vaccine

Sel[...] [...]fluenza Vaccine

Infl[...] [...]accination

[...]ninistered (if different than linked encounter) [...]SPPL00064RKDTTSTTATX

[...] [...])

OR

Sel[...] [...] a patient, medical, system reason, or patient declines prevents an influenza vaccine.
Th[...] [...]ill be a DENOMINATOR EXCEPTION and won't be included in the performance
sc[...]

Updated, March, 2020

EJT... ..NASRIN,MD
837. ... NSBORO DR
MC ... .VA 22102-3529

**Phone: (703)893-8345**
**Fax: (703)356-2730**

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Office Visit - SOAP Style1/ R - 10/8/2020**
***

EJTE
8375
MC L

E,NASRIN,MD
ENSBORO DR
VA 22102-3529

Phone: (703)893-8345
Fax: (703)356-2730

JURK    KI,KIMBERLYNN - DOB: 2/20/1960
Office    t - SOAP Style1/ R - 10/8/2020

****

VV9SPPLOQ664RKDTTSTTATX

**Endn**

**(1) Vi** te 10/8/2020 **Continued:**
...imn      ion
**9921**      OFFICE/OUTPATIENT VISIT EST
**9047**      IMMUNIZATION ADMIN
**9047**      IMMUNIZATION ADMIN EACH ADD

**EJTEMAEE,NASRIN,MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

Phone (703)**893-8345**
Fax: (703)356-**2730**

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Anual exam - 3/18/2024**

- ☐ **Nasal** - Foreign Body
- ☐ **Thyromegaly**
- ☐ **Pharynx** Erythematous
- ☐ **Pharynx** Exudate
- ☐ **TM** - Erythematous
- ☐ **TM** - Immobile

Other: VV9SPPLOU664RKDTTSTTATX

## Cardiovascular

- ✓ **Regular Rate and Rhythm**
- ✓ **No Murmurs, Rubs, Gallops, or Bruits**
- ✓ **No Lower Extremity Edema**
- ✓ **Strong, Equal, Bilateral Pulses**

- ☐ **Gallop**
- ☐ Jugular Venous Distention
- ☐ Carotid Bruit
- ☐ Aortic Bruit
- ☐ Decreased Peripheral **Pulses**
- **Other:**

## Respiratory

- ✓ **Clear to Auscultation, Bilaterally**
- ✓ **No Adventitious Sounds or Rubs**

- ☐ **Rales**
- ☐ **Rhonchi**
- ☐ **Rubs**
- ☐ **Crackles**
- ☐ **Dyspnea**
- ☐ **Wheezes**
- **Other:**

## Gastrointestinal

- ✓ **Bowel Sounds x 4**
- ✓ **No Tenderness, Guarding, or Rebound**

- ☐ Guarding
- ☐ Rebound Tenderness

**EJTEMAEE,NASRIN,MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

Phone: (703)**893-8345**
Fax: (703)**356-2730**

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Anuual exam - 3/18/2024**

- ❐ Hemoccult +
- ❐ Diarrhea
- ❐ Distention
- ❐ Hepatomegaly
- ❐ Murphy's Sign

Other:

## Genitourinary

- ✓ **No Discharge**
- ✓ **No Tenderness, Masses, or Swelling**
- ✓ **No Hemorrhoids**

### Female

- ❐ **Dysmenorrhea**
- ❐ **Vaginal Discharge**
- ❐ **Dysuria**
- ❐ **Malodorous Urine**
- ❐ **Frequent Urination**
- ❐ **Incontinence**

- ❐ Urine - Bloody
- ❐ Cystocele
- ❐ Rectal Prolapse
- ❐ Anal Lesions
- ❐ Hemorrhoids

Other:

**Vaginal Bleeding:**

No

**Pelvic Exam:**

--

**EJTEMAEE,NASRIN,MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

Phone: (703)893-8345
Fax: (703)356-2730

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Anuual exam - 3/18/2024**

## Skin

- ✓ **Warm, Dry without Rash**
- ✓ **No Ulcerations or Petechiae**

- ☐ Rash
- ☐ Abrasion
- ☐ Contusion

Other:  vv9SʔʔLDQ6B4RKDTTSTTATX

## Musculoskeletal

- ✓ **Gait WNL**
- ✓ **Strength WNL**
- ✓ **Tone WNL**

- ☐ Pedal Edema
- ☐ Joint Swelling
- ☐ Fracture
- ☐ Sprain
- ☐ Diminished ROM

Other:

## Neurological / Psych

- ✓ **Alert, Awake, Oriented x 3**
- ✓ **Cranial Nerves WNL**
- ✓ **No Motor Deficits**
- ✓ **No Sensory Deficits**

- ☐ Lethargic
- ☐ Disoriented
- ☐ Motor Loss
- ☐ Sensory Deficit
- ☐ Confused
- ☐ Decreased LOC
- ☐ Tremors
- ☐ Ataxia
- ☐ Slurred Speech

Other:

**EJTEMAEE,NASRIN,MD**
**8375 GREENSBORO DR**
**MC LEAN, VA 22102-3529**

Phone: (703)893-8345
Fax: (703)356-2730

**JURKOWSKI,KIMBERLYNN - DOB: 2/20/1960**
**Anuual exam - 3/18/2024**

---

**Urinalysis:**

see results

| Clarity: | Color: | Glucose: | BIL : |
|----------|--------|----------|-------|
| c | y | - | |

| KET: | SG: | PH: | PRO: |
|------|-----|-----|------|
| - | | | |

| URO: | NIT: | BLO: | LEU: |
|------|------|------|------|
| 0.2 | - | - | |

**Other Findings:**

**Diagnosis / Procedure:**

Code        ... (Continued: in Endnote 1)

**Visit Summary / Care Plan:**

 Gmail

kimberlynn jurkowski <kjurkowski777@gmail.com>

## Thank you for taking time to interview me

**kimberlynn jurkowski** <kjurkowski777@gmail.com>                          Tue, Dec 14, 2021 at 9:29 PM
To: "Davis, Lynette (DCPS)" <lynette.davis@k12.dc.gov>
Cc: Rejil Solis <rsolis@wtulocal6.net>, kimberlynn jurkowski <kjurkowski777@gmail.com>

Hello, Ms. Davis, thank you for taking the time to interview me 12/13/21. I am adding the information for follow up in this email.

1. Email communication that excluded me from the staff meeting 11/5/21. (see attachment "No meeting link"

2. Names of parents that were directed to utilize the back entrance for pick up during aftercare.
Two of the Watkins parents who complained about being sent to the back door for pick up during aftercare. They can explain how aftercare worked under the former principal (Ellea Bell) and the current principal (MScott Berkowitz). And they may have more parents who can give more examples of race/ issues at Watkins to you.
240) 508- 7399 Campbell, Alicia alicia.campbell2@dc.gov

(202) 360-1583 Edwards, Donna    donna.edwards100@gmail.com

3. Email communication pertaining to the Covid-19 exposure incident (Mr. McDaniels and Watkins' administration as it relates to my return to work. (see attachment Jurkowski, McDan., Berkowitz.pdf).

And, Duane Butler is the other math/science 5th grade teacher at Watkins who is no longer at Watkins, but he complained last June that race and racist treatment was applied as he was Impacted out, treated unfairly and discriminated against several times by Principal Berkowitz and Mr. Boisvert: Mr. Duane Butler and Ms. Bell (I told both of them to inform WTU about the details of how they were treated at Watkins). Let me know how I may help. Thank you, have a nice day.



**3 attachments**

 **No meeting link Berkowitz.pdf**
163K

**McDaniel.pdf**
159K

**Berkowitz, I saw your negative results.pdf**
254K

---

**Davis, Lynette (DCPS)** <lynette.davis@k12.dc.gov>                          Wed, Dec 15, 2021 at 10:19 AM
To: kimberlynn jurkowski <kjurkowski777@gmail.com>
Cc: Rejil Solis <rsolis@wtulocal6.net>

Good morning, Ms. Jurkowski,


Confirming receipt.

Thank you for the below. I'll be in touch if I have any questions.


Best,

**Lynette Davis**

Specialist, Labor Management and Employee Relations

*Sexual Harassment, CSO, WTU*



**From:** kimberlynn jurkowski <kjurkowski777@gmail.com>
**Sent:** Tuesday, December 14, 2021 9:29 PM
**To:** Davis, Lynette (DCPS) <lynette.davis@k12.dc.gov>
**Cc:** Rejil Solis <rsolis@wtulocal6.net>; kimberlynn jurkowski <kjurkowski777@gmail.com>
**Subject:** Thank you for taking time to interview me


**CAUTION:** This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).


**kimberlynn jurkowski** <kjurkowski777@gmail.com>                                    Wed, Dec 15, 2021 at 11:25 PM
To: "Davis, Lynette (DCPS)" <lynette.davis@k12.dc.gov>
Cc: Rejil Solis <rsolis@wtulocal6.net>, kimberlynn jurkowski <kjurkowski777@gmail.com>

A few more people who claimed there was discrimination and bias treatment at Watkins was the following:

Nurse Helena Tuitt, (email ?, 413 356-0447), she complained about Principal Berkowitz discrimination and bias treatment, regardless of her advice as the school nurse. Nurse Tuitt stopped Mr. Berkowitz from turning the Watkins Library into the contamination student holding room for Covid-19 last June. Nurse Tuitt, is no longer at Watkins, she decided to take a job with another company last June.

**Ms. Teresa Clark is a DCPS Substitute Teacher (email:** teresa.clark@k12.dc.
gov and phone 202 409 6883) Ms. Clark complained about Principal Berkowitz and Mr. Boisvert discrimination and bias treatment she received from them at Watkins. According to Ms. Clark, Mr. Berkowitz informed her that her service was not needed at Watkins. Ms. Clark, now works for another DCPS school.


P.E. & Health ,Nikko Washington, (email: Nikko.Washington@k12.
dc.gov) Ms. Washington was only at Watkins for a year when Principal Bell left. According to staff at Watkins,
Ms. Washington, witnessed Mr. Berkowitz practicing discrimination and wrong doing in Alexandria, Virginia, where she worked in the same school district with Mr. Berkowitz. Watkins staff stated that when Ms. Washington learned that Mr. Berkowitz was hired as the new Principal for Watkins, she left and took another job asap.

---

**Davis, Lynette (DCPS)** <lynette.davis@k12.dc.gov>                                      Thu, Dec 16, 2021 at 9:40 AM
To: kimberlynn jurkowski <kjurkowski777@gmail.com>
Cc: Rejil Solis <rsolis@wtulocal6.net>

Good morning, Ms. Jurkowski,

Confirming receipt.

Thank you.                                              ΧΙΑΙΙSΙΙΟΧ8Υ99DΟ7ddS6ΛΛ

---

**kimberlynn jurkowski** <kjurkowski777@gmail.com>                                      Sat, Nov 5, 2022 at 6:55 PM
To: Nekeisha Campbell <nekeisha.campbell@leschtlaw.com>
Cc: kimberlynn jurkowski <kjurkowski777@gmail.com>

This is a follow up to the interview with Lynette Davis (LMER/DCPS), she requested information and I sent her this email on
12/14/21 and by 12/17/21 I was placed on administrative leave without know it and the Ipad investigation was not completed until
much later, as well.

---------- Forwarded message ---------
From: **kimberlynn jurkowski** <kjurkowski777@gmail.com>
Date: Tue, Dec 14, 2021 at 9:29 PM
Subject: Thank you for taking time to interview me
To: Davis, Lynette (DCPS) <lynette.davis@k12.dc.gov>

---

**3 attachments**

📄 **No meeting link Berkowitz.pdf**
    163K

📄 **McDaniel.pdf**
    159K

📄 **Berkowitz, I saw your negative results.pdf**
    254K

---

**kimberlynn jurkowski** <kjurkowski777@gmail.com>                                      Sat, Oct 21, 2023 at 11:10 AM
To: "Lee W. Jackson" <lwjackson@jamhoff.com>, "Macy L. Hamlett" <mlhamlett@jamhoff.com>, kimberlynn jurkowski
<kjurkowski777@gmail.com>

This is an DCPS interview investigation 12/14/21 regarding a complaint of discrimination and or harassment  that 5th grade
Watkins's teacher (math/science) Ms. Bell made and DCPS interviewed me online about problems at Watkins on 12/14/21. May
you add this with Ms Campbell's letter 12/25/21?

---------- Forwarded message ---------
From: **kimberlynn jurkowski** <kjurkowski777@gmail.com>
Date: Tue, Dec 14, 2021, 9:29 PM
Subject: Thank you for taking time to interview me
To: Davis, Lynette (DCPS) <lynette.davis@k12.dc.gov>
Cc: Rejil Solis <rsolis@wtulocal6.net>, kimberlynn jurkowski <kjurkowski777@gmail.com>

**3 attachments**

 **No meeting link Berkowitz.pdf**
163K

 **McDaniel.pdf**
159K

 **Berkowitz, I saw your negative results.pdf**
254K

---

**Lee W. Jackson** <LWJackson@jamhoff.com>                                      Sun, Oct 22, 2023 at 2:47 PM
To: kimberlynn jurkowski <kjurkowski777@gmail.com>
Cc: "Jessie M. Beyderman" <jmbeyderman@jamhoff.com>, "Macy L. Hamlett" <mlhamlett@jamhoff.com>


Ms. Jurkowski


Is this information that we have not yet seen?!


Please let us know.

AVA5PP7009▸





**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**
Office of the General Counsel
Labor Management & Employee Relations
Investigations Division
3535 V Street N. E. – Washington D. C. – (202) 576-6962 – Fax (202) 576-6593

## Statement

| Location Watkins Elementary School | Date December 17, 2021 | Time 10:30-12:30 | File Number |
|---|---|---|---|
| Last Name, First, Middle Berkowitz, MScott | | Social Security Number (last four digits only) | Date of Birth 4/29/1981 |

Organization or Address

Watkins ES

STATEMENT

The following is a summary of my interviews with students in Ms. Moxley's 3rd grade homeroom class. After Ms. Moxley shared what the students reported from the class, I interviewed the following students in the presence of Mr. Jerenzo Redmond and Ms. La-Tarsha James.

T▇▇

- T▇▇ reported he felt butterflies in his stomach.
- He reported that he was sad because he was Jewish and that his family was killed in the Holocaust.
- When asked why they did the lesson, he replied: I don't know. He said it was not connected to other lessons done in the library.
- He was assigned the role of Hitler. He did not knowingly volunteer for that role. He was given it after he volunteered to participate in an activity before knowing what the activity would be.
- He reported that people in the class were told to dig ditches, go in "gas showers," be soldiers shooting Jews, and fall into ditches.
- Tomas pretended to commit suicide fulfilling the role of Hitler.

B▇▇

- B▇▇ felt bad, saying he was assigned to Hitler's team.
- He pretended to hold a gun to make sure the other students were "digging the ditches."
- He felt uncomfortable when L▇▇, D▇▇ and N▇▇ fell into a ditch after being shot. Someone else pretended to shoot them.
- He reported feeling uncomfortable and being violent.
- He was told not to tell his parents about the lesson.

I▇▇

- Felt a little bit scared because people were shooting. "She told us to shoot the people on the train."
- K▇▇, N▇▇, M▇▇ were shooting me and my friends. He didn't want to be part of them.
- The people that had to go to the gas tanks were dead. He had to lay down.
- Why were you learning this? "I don't know."

- What was the scariest part? "Me dying."
- She told us not to tell our parents about this. The killing part – you don't have to tell them. That made me feel a little scared.
- When he didn't want to participate, he sat down on the carpet. The teacher said, "come on, get up."
- "I'm scared to go to the library. I don't want to do that again."

**K**▮▮▮▮▮

- Feels bad for Jewish people in history.
- His role was to build the ditches. Had fun but feel bad because they tricked and killed the Jews.
- How did it feel to be a shooter? "It didn't feel good. I don't like guns."
- K▮▮ claims he did not hear the teacher tell the class not to tell their parents.

**N**▮▮▮▮

- He feels bad that they had to go through this.
- Says he was told that Hitler had a bad Christmas and decided to take it out on people. That's how the class began.

**A**▮▮▮▮

- He feels butterflies. He's nervous and sad. He didn't like the class.
- They made us act to build pits, gas chambers, and shoot people.
  - o He says it's inappropriate to pretend to shoot people and act dead.
- A▮▮▮ does recall the teacher instructing the class not to tell their parents. He was scared when she said that.

| EXHIBIT | INITIALS OF PERSON MAKING STATEMENT | PAGE ____ OF ____ |
|---|---|---|
| | MB | |

**STATEMENT**

STATEMENT (continued)

| EXHIBIT NUMBER | INITIAL OF PERSON MAKING STATEMENT | PAGE ____ OF ____ |
|---|---|---|
| | MB | |
| FILE #: | | |

Statement (Continued)

AV9SPPPL0G664RR011S1TA1X

**AFFIDAVIT**

I, MScott Berkowitz HAVE FULLY READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE __1__ and end on Page ___3___. I fully understand the contents of the entire statement made by me. The statement is true. I have initialed all corrections and have initialed the bottom of each sheet containing the statement. I have made statement freely without hope or benefit or reward, without threat of punishment, and without coercion, unlawful influence, or unlawful inducement.

|                                      |                                        |
|--------------------------------------|----------------------------------------|
|                                      | *M. bc*                                |
|                                      | **(Signature of Person Making Statement)** |
| *Mark Boisvert*                      |                                        |
|                                      | **(Signature of Person Taking Statement)** |
| **(Witness)**                        |                                        |
| **INITIAL OF PERSON MAKING STATEMENT** | Page   3   of  Pages      3          |

 Gmail

kimberlynn jurkowski <kjurkowski777@gmail.com>

## Fw: Book Fair Responsibilities and Expectations

**Jurkowski, Kimberlynn (DCPS)** <Kimberlynn.Jurkowski@k12.dc.gov>          Fri, Oct 29, 2021 at 3:32 AM
To: kimberlynn jurkowski <kjurkowski777@gmail.com>

YIVIISIIONᴚᵀ99DOⁿ7ddS6ΛΛ

**From:** Bloom, Susan (DCPS) <Susan.Bloom@k12.dc.gov>
**Sent:** Sunday, June 13, 2021 1:52 PM
**To:** Boisvert, Mark (DCPS) <mark.boisvert@k12.dc.gov>; Jurkowski, Kimberlynn (DCPS)
<Kimberlynn.Jurkowski@k12.dc.gov>
**Cc:** Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>; Hollis, Joi <Joi.Hollis@k12.dc.gov>
**Subject:** Re: Book Fair Responsibilities and Expectations

Hi team,
Just wanted to let you know that I am free most of the day Wednesday except for setting up for BBB event and being at that from 11-12pm.

Best,
Sue

Get Outlook for iOS

**From:** Boisvert, Mark (DCPS) <mark.boisvert@k12.dc.gov>
**Sent:** Thursday, June 10, 2021 2:50:37 PM
**To:** Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>; Bloom, Susan (DCPS)
<Susan.Bloom@k12.dc.gov>
**Cc:** Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>; Hollis, Joi <Joi.Hollis@k12.dc.gov>
**Subject:** Re: Book Fair Responsibilities and Expectations

Hello Ms. Jurkowski and Ms. Bloom,

We are off to a great start to our book fair! Thank you both for your support. I want to reiterate the expectations and responsibilities for the remaining days of the book fair:

### Financial Responsibilities – Admin (Berkowitz, Boisvert, Hollis)
- All reports will be completed by admin at the end of each day. The total proceeds will be shared with both librarians, once the daily reports are complete. All earnings will be locked in the main office. *Please do not print separate copies of the financial summaries. This is a responsibility of admin only. It's causing confusion.

### Peabody - Bloom
- Be present during the book fair times to support volunteers and book purchases. Ms. Jurkowski – are you planning on being present during any of the remaining book fair times? If so, please let me know.

We decided to cancel the book fair this afternoon, due to weather conditions. We will likely need to cancel tomorrow's times, too. I will message the cancellations via Blackboard. Due to these

cancellations, I'd like to extend the fair through next Wednesday. Please let me know if either of you are available to be present on June 16.

Thank you,
Mark B

AAS6PPL066KKXQ11S11IA* *

**From:** Boisvert, Mark (DCPS) <mark.boisvert@k12.dc.gov>
**Date:** Wednesday, June 2, 2021 at 3:11 PM
**To:** Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>, Bloom, Susan (DCPS) <Susan.Bloom@k12.dc.gov>
**Cc:** Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>, Hollis, Joi <Joi.Hollis@k12.dc.gov>, Montgomery, Tanisha (DCPS) <tanisha.montgomery@k12.dc.gov>
**Subject:** Book Fair Responsibilities and Expectations

Good Afternoon Ms. Jurkowski and Ms. Bloom,

I want to set expectations for the upcoming book fair, so that responsibilities are clear. Both of you will be considered co-chairs of the Book Fair. You both have been in communication with Scholastic about the upcoming event. As we prepare for the book fair, please be aware of the following responsibilities.

## Watkins – Jurkowski
- Promote the book fair with all Watkins students and families, including messages on Canvas and email, and distributing hardcopy flyers to IPL students. *Do you have the hardcopy flyers?*
- Posters for the book fair can be displayed in and outside the school.
- I would like for us to use the same flyer to promote the event, in addition to the book flyer that Scholastic provides (I will share with you tomorrow).
- *Do you have the url link for families to purchase books online? I'd like to include that on the flyer.*
- Communicate with PTA to have the Book Fair advertised on Watkins ListServ.
- Develop and distribute book fair incentives for students to earn in library class.

## Peabody - Bloom
- Promote the book fair with all Peabody students and families, including messages on Canvas, email, and distributing hardcopy flyers to IPL students.
- Posters for the book fair can be displayed in and outside the school.
- I would like for us to use the same flyer to promote the event, in addition to the book flyer that Scholastic provides (I will share with you tomorrow).
- Communicate with PTA to have the Book Fair advertised on Peabody's ListServ.
- Communicate with Zach Lowe to have Book Fair advertised on PTA Twitter and website.
- Be present during the book fair times to support volunteers and book purchases.

## Financial Responsibilities – Admin (Berkowitz, Boisvert, Hollis)
- All reports will be completed by admin at the end of each day. The total proceeds will be shared with both librarians, once the daily reports are complete. All earnings will be locked in the main office.
- Admin will provide the "starting cash/coins" for the cash register.
- Mr. Boisvert will send a sign-up genius to the Peabody and Watkins community for parent volunteers.

If you have questions about these responsibilities, please reach out to me. I am looking forward to this FANTASTIC Book Fair and I thank you both in advance for all your support.

Sincerely,
Mark Boisvert

---

**kimberlynn jurkowski** <kjurkowski777@gmail.com>                     Fri, Oct 29, 2021 at 4:55 AM
To: Rejil Solis <rsolis@wtulocal6.net>

——— Forwarded message ———
From: **Jurkowski, Kimberlynn (DCPS)** <Kimberlynn.Jurkowski@k12.dc.gov>
Date: Fri, Oct 29, 2021 at 3:32 AM
Subject: Fw: Book Fair Responsibilities and Expectations
To: kimberlynn jurkowski <kjurkowski777@gmail.com>

Book fair expectations require me to let Admin. know when I would work at the book fair, Bloom (Peabody Library put in charge of Watkins' book fair) claimed $10 was missing and print outs were made that should not be made about the balance of the fair...
[Quoted text hidden]

---

**Jurkowski, Kimberlynn (DCPS)** <Kimberlynn.Jurkowski@k12.dc.gov>          Fri, Dec 17, 2021 at 6:33 PM
To: kimberlynn jurkowski <kjurkowski777@gmail.com>

[Quoted text hidden]

---

**Jurkowski, Kimberlynn (DCPS)** <Kimberlynn.Jurkowski@k12.dc.gov>          Fri, Dec 17, 2021 at 6:35 PM
To: kimberlynn jurkowski <kjurkowski777@gmail.com>

---

**From:** Bloom, Susan (DCPS) <Susan.Bloom@k12.dc.gov>
**Sent:** Wednesday, June 2, 2021 10:01 PM
**To:** Boisvert, Mark (DCPS) <mark.boisvert@k12.dc.gov>; Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
**Cc:** Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>; Hollis, Joi <Joi.Hollis@k12.dc.gov>; Montgomery, Tanisha (DCPS) <tanisha.montgomery@k12.dc.gov>
**Subject:** Re: Book Fair Responsibilities and Expectations

Thanks so much for this summary of responsibilities Mr. Boisvert!

Kimberlynn, if you do have the flyers that Scholastic sent, it would be great if you could pass along 100 of those tomorrow so that I can send them home with the Peabody in-person students in their folders along with copies of the flyer that Mr. Boisvert is preparing.

Many thanks,
Sue

Library Media Specialist
Peabody Primary School
Capitol Hill Cluster School
425 C Street NE
Washington DC 20002
school: 202-698-3277
cell: 202-270-9623
Twitter @PeabodyLibrary1
Instagram @peabodylibrary5
Facebook @PeabodyLibraryCHCS

---

**From:** Boisvert, Mark (DCPS) <mark.boisvert@k12.dc.gov>
**Sent:** Wednesday, June 2, 2021 3:11 PM
**To:** Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>; Bloom, Susan (DCPS) <Susan.Bloom@k12.dc.gov>
**Cc:** Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>; Hollis, Joi <Joi.Hollis@k12.dc.gov>; Montgomery, Tanisha (DCPS) <tanisha.montgomery@k12.dc.gov>
**Subject:** Book Fair Responsibilities and Expectations

[Quoted text hidden]

VV0SPPLOU664RKOTTSTTATX

**MScott Berkowitz**
**Principal**
**Peabody Elementary School and Watkins Elementary School**
**Peabody: 202-698-3277**
**Watkins: 202-698-3355**
**District of Columbia Public Schools**
**@PeabodyWatkins on Instagram and Twitter**



Capitol Hill Cluster School
*Where Every Child Achieves*

VV9SPPLOQ664RKOTTSTTATX

**From:** "Jurkowski, Kimberlynn (DCPS)" <Kimberlynn.Jurkowski@k12.dc.gov>
**Date:** Wednesday, May 19, 2021 at 6:50 AM
**To:** "Berkowitz, MScott (DCPS)" <MScott.Berkowitz@k12.dc.gov>, Mark Boisvert <mark.boisvert@k12.dc.gov>, "Hollis, Joi"
<Joi.Hollis@k12.dc.gov>
**Cc:** "Lamont, Rosalind (DCPS)" <rosalind.lamont@k12.dc.gov>, "Butler, Duane (DCPS)" <Duane.Butler@k12.dc.gov>, "Bell, Jaquana
(DCPS)" <Jaquana.Bell@k12.dc.gov>, "Hightower, Rashida (DCPS)" <Rashida.Hightower@k12.dc.gov>, "Sullivan, Monique (DCPS)"
<Monique.Sullivan@k12.dc.gov>, "Phoenix, Alyse (DCPS)" <Alyse.Phoenix@k12.dc.gov>, "Elmusa, Layth (DCPS)"
<Layth.Elmusa@k12.dc.gov>, "Dickinson, Coreil R. (DCPS)" <coreil.dickinson@k12.dc.gov>, "Nover, Rachel (DCPS)"
<Rachel.Nover@k12.dc.gov>, "Moxley, Katherine (DCPS)" <Katherine.Moxley@k12.dc.gov>, "ONeil, Todd (DCPS)"
<todd.oneil@k12.dc.gov>, "Parler, Brittany (DCPS)" <brittany.parler@k12.dc.gov>, "Hill-Dyal, Alice (DCPS)" <alice.hill-
dyal@k12.dc.gov>, "Coleman, Stephanie (DCPS)" <stephanie.coleman@k12.dc.gov>, "Griffin, Kimberly (DCPS)"
<Kimberly.Griffin@k12.dc.gov>, "Sheppard, Tatiana (DCPS)" <Tatiana.Sheppard@k12.dc.gov>, "Davis, Sunmer (DCPS)"
<sunmer.davis@k12.dc.gov>, "Stewart, Jill (DCPS)" <jill.stewart@k12.dc.gov>, "Dunning, Lauren (DCPS)"
<Lauren.Dunning@k12.dc.gov>, "ODonnell, Elizabeth (DCPS)" <elizabeth.odonnell@k12.dc.gov>, "Talisman, Lita (DCPS)"
<Lita.Talisman@k12.dc.gov>, Michele Buchanan-Tyler <Michele.Buchanan-Tyler@k12.dc.gov>, "Hopkins, Allison (DCPS)"
<Allison.Hopkins@k12.dc.gov>, "Thomas, Veturah (DCPS)" <Veturah.Thomas@k12.dc.gov>, "Pullings, Khristina (DCPS)"
<Khristina.Pullings@k12.dc.gov>, "Rowe, Henri (DCPS)" <Henri.Rowe@k12.dc.gov>, "Perkins, Zalika (DCPS)"
<zalika.perkins@k12.dc.gov>, "Nagbe, Hillel (DCPS)" <Hillel.Nagbe@k12.dc.gov>, "Lopez, Jose (DCPS)"
<Jose.Lopez4@k12.dc.gov>, "Gross, Jason (DCPS)" <jason.gross@k12.dc.gov>, "Denton, Neil (DCPS)" <Neil.Denton@k12.dc.gov>,
"Jurkowski, Kimberlynn (DCPS)" <Kimberlynn.Jurkowski@k12.dc.gov>
**Subject:** Concerns: Collaboration, Change of Schedule, Change of lesson, Student traveling for E15..

GM, All, there are a few concerns for the E15 collaboration, change of schedule, change of lesson plans, and student travel
restriction(Covid). During E15 to E15 collaboration it is acceptable to change E15 schedules, lessons, and students may travel, even
during Covid, right? During E15 to Administration collaboration it is acceptable to change schedules, lesson plans, and students may
travel even during Covid, right? Based on DCPS policy, is an E15 allowed to change the schedule and lesson of another E15 without
written notice from Administration? In other words, would I be allowed to go into another E15's classroom, tell the E15 what lesson they
will do, tell the E15 that the lesson they have planned will be done some other time? Have a nice day, All.

Kimberlynn Jurkowski, LMS, Watkins ES, Capitol Hill Cluster

**kimberlynn jurkowski** <kjurkowski777@gmail.com>                                                          Fri, Oct 29, 2021 at 4:28 AM
To: Rejil Solis <rsolis@wtulocal6.net>

-------- Forwarded message --------
From: **Jurkowski, Kimberlynn (DCPS)** <Kimberlynn.Jurkowski@k12.dc.gov>
Date: Fri, Oct 29, 2021 at 4:17 AM
Subject: Fw: Concerns: Collaboration, Change of Schedule, Change of lesson, Student traveling for E15..
To: kimberlynn jurkowski <kjurkowski777@gmail.com>

This is where I asked about E15 to E15 schedule changes and Berkowitz responded, but later said he would not have answered this question in a meeting with
Stewart, Bloom, and Me. He stated any one talking about this incident in the building would be impacted.
[Quoted text hidden]

**Jurkowski, Kimberlynn (DCPS)** <Kimberlynn.Jurkowski@k12.dc.gov>                                          Sat, Dec 18, 2021 at 8:03 AM
To: kimberlynn jurkowski <kjurkowski777@gmail.com>

From: Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
Sent: Friday, October 29, 2021 4:17 AM
To: kimberlynn jurkowski <kjurkowski777@gmail.com>
Subject: Fw: Concerns: Collaboration, Change of Schedule, Change of lesson, Student traveling for E15..

[Quoted text hidden]

---

**Jurkowski, Kimberlynn (DCPS)** <Kimberlynn.Jurkowski@k12.dc.gov>
To: kimberlynn jurkowski <kjurkowski777@gmail.com>

Sat, Dec 18, 2021 at 8:04 AM

**From:** Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
**Sent:** Saturday, December 18, 2021 8:03 AM
[Quoted text hidden]

[Quoted text hidden]

---

**Jurkowski, Kimberlynn (DCPS)** <Kimberlynn.Jurkowski@k12.dc.gov>
To: kimberlynn jurkowski <kjurkowski777@gmail.com>

Sat, Dec 18, 2021 at 8:05 AM

**From:** Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
**Sent:** Saturday, December 18, 2021 8:03 AM
[Quoted text hidden]

[Quoted text hidden]

---

**Jurkowski, Kimberlynn (DCPS)** <Kimberlynn.Jurkowski@k12.dc.gov>
To: kimberlynn jurkowski <kjurkowski777@gmail.com>

Sat, Dec 18, 2021 at 8:06 AM

VVÖGÍ‚LODÖÖ4RKOTTSTTATX

[Quoted text hidden]

---

**Jurkowski, Kimberlynn (DCPS)** <Kimberlynn.Jurkowski@k12.dc.gov>
To: kimberlynn jurkowski <kjurkowski777@gmail.com>

Sat, Dec 18, 2021 at 8:06 AM

**From:** Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
**Sent:** Wednesday, May 19, 2021 6:50 AM
**To:** Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>; Boisvert, Mark (DCPS) <mark.boisvert@k12.dc.gov>; Hollis, Joi <Joi.Hollis@k12.dc.gov>
**Cc:** Lamont, Rosalind (DCPS) <rosalind.lamont@k12.dc.gov>; Butler, Duane (DCPS) <Duane.Butler@k12.dc.gov>; Bell, Jaquana (DCPS) <Jaquana.Bell@k12.dc.gov>; Hightower, Rashida (DCPS) <Rashida.Hightower@k12.dc.gov>; Sullivan, Monique (DCPS) <Monique.Sullivan@k12.dc.gov>; Phoenix, Alyse (DCPS) <Alyse.Phoenix@k12.dc.gov>; Elmusa, Layth (DCPS) <Layth.Elmusa@k12.dc.gov>; Dickinson, Coreil R. (DCPS) <coreil.dickinson@k12.dc.gov>; Nover, Rachel (DCPS) <Rachel.Nover@k12.dc.gov>; Moxley, Katherine (DCPS) <Katherine.Moxley@k12.dc.gov>; ONeil, Todd (DCPS) <todd.oneil@k12.dc.gov>; Parler, Brittany (DCPS) <brittany.parler@k12.dc.gov>; Hill-Dyal, Alice (DCPS) <alice.hill-dyal@k12.dc.gov>; Coleman, Stephanie (DCPS) <stephanie.coleman@k12.dc.gov>; Griffin, Kimberly (DCPS) <Kimberly.Griffin@k12.dc.gov>; Sheppard, Tatiana (DCPS) <Tatiana.Sheppard@k12.dc.gov>; Davis, Sunmer (DCPS) <sunmer.davis@k12.dc.gov>; Stewart, Jill (DCPS) <jill.stewart@k12.dc.gov>; Dunning, Lauren (DCPS) <Lauren.Dunning@k12.dc.gov>; ODonnell, Elizabeth (DCPS) <elizabeth.odonnell@k12.dc.gov>; Talisman, Lita (DCPS) <Lita.Talisman@k12.dc.gov>; Michele Buchanan-Tyler <Michele.Buchanan-Tyler@k12.dc.gov>; Hopkins, Allison (DCPS) <Allison.Hopkins@k12.dc.gov>; Thomas, Veturah (DCPS) <Veturah.Thomas@k12.dc.gov>; Pullings, Khristina (DCPS) <Khristina.Pullings@k12.dc.gov>; Rowe, Henri (DCPS) <Henri.Rowe@k12.dc.gov>; Perkins, Zalika (DCPS) <zalika.perkins@k12.dc.gov>; Nagbe, Hillel (DCPS) <Hillel.Nagbe@k12.dc.gov>; Lopez, Jose (DCPS) <Jose.Lopez4@k12.dc.gov>; Gross, Jason (DCPS) <jason.gross@k12.dc.gov>; Denton, Neil (DCPS) <Neil.Denton@k12.dc.gov>; Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
**Subject:** Concerns: Collaboration, Change of Schedule, Change of lesson, Student traveling for E15..

[Quoted text hidden]

---

**Jurkowski, Kimberlynn (DCPS)** <Kimberlynn.Jurkowski@k12.dc.gov>
To: Charles Moore <cmoore@wtulocal6.net>
Cc: kimberlynn jurkowski <kjurkowski777@gmail.com>

Sat, Feb 26, 2022 at 8:19 AM

**From:** Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
**Sent:** Saturday, December 18, 2021 8:06 AM
**To:** kimberlynn jurkowski <kjurkowski777@gmail.com>
**Subject:** Fw: Concerns: Collaboration, Change of Schedule, Change of lesson, Student traveling for E15..

[Quoted text hidden]

 Gmail

## Fw: Concerns: Collaboration, Change of Schedule, Change of lesson, Student traveling for E15..

Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>
To: kimberlynn jurkowski <kjurkowski777@gmail.com>

VV95FPLDJCG43KDITSTTATX

Fri, Oct 29, 2021 at 4:17 AM

**From:** Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>
**Sent:** Wednesday, May 19, 2021 2:53 PM
**To:** Jurkowski, Kimberlynn (DCPS) <Kimberlynn.Jurkowski@k12.dc.gov>; Boisvert, Mark (DCPS) <mark.boisvert@k12.dc.gov>; Hollis, Joi <Joi.Hollis@k12.dc.gov>
**Cc:** Lamont, Rosalind (DCPS) <rosalind.lamont@k12.dc.gov>; Butler, Duane (DCPS) <Duane.Butler@k12.dc.gov>; Bell, Jaquana (DCPS) <Jaquana.Bell@k12.dc.gov>; Hightower, Rashida (DCPS) <Rashida.Hightower@k12.dc.gov>; Sullivan, Monique (DCPS) <Monique.Sullivan@k12.dc.gov>; Phoenix, Alyse (DCPS) <Alyse.Phoenix@k12.dc.gov>; Elmusa, Layth (DCPS) <Layth.Elmusa@k12.dc.gov>; Dickinson, Coreil R. (DCPS) <coreil.dickinson@k12.dc.gov>; Nover, Rachel (DCPS) <Rachel.Nover@k12.dc.gov>; Moxley, Katherine (DCPS) <Katherine.Moxley@k12.dc.gov>; ONeil, Todd (DCPS) <todd.oneil@k12.dc.gov>; Parler, Brittany (DCPS) <brittany.parler@k12.dc.gov>; Hill-Dyal, Alice (DCPS) <alice.hill-dyal@k12.dc.gov>; Coleman, Stephanie (DCPS) <stephanie.coleman@k12.dc.gov>; Griffin, Kimberly (DCPS) <Kimberly.Griffin@k12.dc.gov>; Sheppard, Tatiana (DCPS) <Tatiana.Sheppard@k12.dc.gov>; Davis, Sunmer (DCPS) <sunmer.davis@k12.dc.gov>; Stewart, Jill (DCPS) <jill.stewart@k12.dc.gov>; Dunning, Lauren (DCPS) <Lauren.Dunning@k12.dc.gov>; ODonnell, Elizabeth (DCPS) <elizabeth.odonnell@k12.dc.gov>; Talisman, Lita (DCPS) <Lita.Talisman@k12.dc.gov>; Michele Buchanan-Tyler <Michele.Buchanan-Tyler@k12.dc.gov>; Hopkins, Allison (DCPS) <Allison.Hopkins@k12.dc.gov>; Thomas, Veturah (DCPS) <Veturah.Thomas@k12.dc.gov>; Pullings, Khristina (DCPS) <Khristina.Pullings@k12.dc.gov>; Rowe, Henri (DCPS) <Henri.Rowe@k12.dc.gov>; Perkins, Zalika (DCPS) <zalika.perkins@k12.dc.gov>; Nagbe, Hillel (DCPS) <Hillel.Nagbe@k12.dc.gov>; Lopez, Jose (DCPS) <Jose.Lopez4@k12.dc.gov>; Gross, Jason (DCPS) <jason.gross@k12.dc.gov>; Denton, Neil (DCPS) <Neil.Denton@k12.dc.gov>
**Subject:** Re: Concerns: Collaboration, Change of Schedule, Change of lesson, Student traveling for E15..

Hello Ms. Jurkowski and everyone else,

Ms. Jurkowski and I talked for some time this afternoon about the issues she raised in this email and the SCAC team also just discussed them briefly. I will try to clarify as best I can in writing. Please realize that I don't have specific examples of situations and that context always matters, Yet I'll try to be as clear and concise as possible.

### Schedules
- Only school leaders can make changes to the academic schedule. If staff has suggestions for changes (like an outdoor lesson, walking field trip, or extended math block), they need to be discussed with school leaders.
- Teachers may use other spaces in the building for learning or fun (think outdoor classroom, library, computer lab) but again, only with approval from school leaders. Ms. Jurkowski referenced travel – she means traveling inside the building.
  - If for some reason, a class wanted to go to Ms. Watkins' classroom and that class is OUTSIDE Ms. Watkins' two cohorts (or bubbles) it would take a lot of coordinating of people and time to make that happen. Ms. Watkins would not be able to join the class in that space and even occupying it would require a conversation with him and school leaders grounding in the learning or culture building of the experience.

### Collaboration vs Direction
- Teachers can and should collaborate! Ideally communication is open, decisions are mutually agreed upon, and partners and teams are moving forward in harmony and service of students. If that's not the case, the communication or relationship likely needs some work. School leaders are happy to support with those relationships. Please let us know.
- Only me, AP Boisvert, AP Hollis and DSL Montgomery are to give directives to staff. Others may carry our messages (for example, Ms. Carraway communicating a class coverage adjustment) but when the directives come from us, they should be followed. Staff-to-staff communication should not be directive. If you feel like you are on the receiving end of a directive that doesn't sound right to you (i.e. you don't think it's coming from leadership), I hope you take one or more of the following steps:
  - Take a breath and ask yourself if this directive good for kids and your lesson.
  - Ask the messenger about it for clarity, including why we're doing _____, assuming positive intent the whole time.
  - Check the school handbook or Friday Look Forward or another resource where directives are shared.
  - Check with a school leader.
- All ET-15s have equal authority in our organization! You all make different and valuable contributions to our students! No matter your role, HR teacher, Special Education Teacher, Specials Teacher, other ET-15, the nature of your communication should be collaborative, supportive, in the spirit of serving students.

Given all that, the direct answer to Ms. Jurkowksi's question, *would I be allowed to go into another E15's classroom, tell the E15 what lesson they will do, tell the E15 that the lesson they have planned will be done some other time?* Is **"no."**

The concerns raised in Ms. Jurkowski's email are significant and frankly, surprising to me. I want to support anyone who has had an encounter like this. Please be in touch so I can understand what's happening.

Best,

```
From    : Bloom, Susan (DCPS) [Susan.Bloom@k12.dc.gov]
Sent    : 2/13/2021 3:15:26 PM
To      : Berkowitz, MScott (DCPS) [MScott.Berkowitz@k12.dc.gov]
Subject : Looking forward to meeting to discuss Book Distribution
```

Dear Principal Berkowitz,


I saw your invitation to talk about book distribution next Wednesday. I look forward to that discussion. I wanted to provide a short update prior to that meeting so you know the work that has been done up to this point.


Last weekend Ms. Jurkowski emailed me and asked me to create a first draft of both a family letter regarding book circulation and a PowerPoint to guide them through the "book hold" process. I prepared both of those and shared them with her. She made edits to the letter and asked for my feedback. Before I could provide my feedback, she shared her version with you and the others.


Because of how busy you are, I spoke with Mr. Boisvert yesterday to ask if he might work with Ms. Jurkowski and me to finalize and fine tune a good plan that works for families and for the staff who are at the front door at Watkins, and he said he'd be happy to help with this effort. I think that given all that's been involved with these first two weeks of reopening, it's understandable that we need a bit more time to think this plan through carefully. I know that you had originally indicated a hope for book distribution by the second week of Term 3, but I think a delay is OK.


I am providing here a link to another version of a family letter about book distribution — I tried to make it shorter and more concise so as not to overwhelm our families. I shared it with Mr. Boisvert and Ms. Jurkowski yesterday afternoon.

Draft 2 P & W Book Support Letter.docx



Thanks for your support with all of this. Have a great weekend.
Sue


Library Media Specialist                    VV9SPPL00664RKDTTSTTATX
Peabody Primary School
Capitol Hill Cluster School
425 C Street NE

Washington DC 20002
school: 202-698-3277
cell: 202-270-9623
Twitter @PeabodyLibrary1
Instagram @peabodylibrary5
Facebook @PeabodyLibraryCHCS

```
From    : Fuller, Jade (DCPS) [Jade.Fuller@k12.dc.gov]
Sent    : 5/25/2021 3:23:58 PM
To      : Berkowitz, MScott (DCPS) [MScott.Berkowitz@k12.dc.gov]; DCPS LMER (DCPS)
[dcps.lmer@k12.dc.gov]
CC      : Gaskins, Sharon (DCPS) [Sharon.Gaskins@k12.dc.gov]; Stover, Shawn (DCPS)
[shawn.stover@k12.dc.gov]
Subject : RE: Staff history concern
```

Hi Principal Berkowitz,

If you need to address it you should limit your statements to affirming that all DCPS
employees are required to clear a background check prior to being offered employment; do
not engage in any specific discussion about this staff member.


Thank you,
Jade L. Fuller
Director, Labor Management & Employee Relations

Office of the General Counsel
District of Columbia Public Schools
T 202-442-5373
E jade.fuller@k12.dc.gov
W http://dcps.dc.gov
Pronouns: she/her/hers

*Take a moment today to do something that makes your heart smile 😊*

From: Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>
Sent: Tuesday, May 25, 2021 11:20 AM
To: DCPS LMER (DCPS) <dcps.lmer@k12.dc.gov>
Cc: Gaskins, Sharon (DCPS) <Sharon.Gaskins@k12.dc.gov>; Stover, Shawn (DCPS)
<shawn.stover@k12.dc.gov>; Fuller, Jade (DCPS) <Jade.Fuller@k12.dc.gov>
Subject: Re: Staff history concern

Thank you for the quick work on this.

If this becomes as issue for the community (this news is travelling among our staff), do
you have any advice or talking points should I need to address it?  Or is the language you
have in this email sufficient?

MScott Berkowitz
Principal
Peabody Elementary School and Watkins Elementary School  VV9SPPLOQ664RKDTTSTTATX
Peabody: 202-698-3277
Watkins: 202-698-3355
District of Columbia Public Schools
@PeabodyWatkins on Instagram and Twitter
signature_1919633254


From: "DCPS LMER (DCPS)" <dcps.lmer@k12.dc.gov>
Date: Tuesday, May 25, 2021 at 10:39 AM
To: "Berkowitz, MScott (DCPS)" <MScott.Berkowitz@k12.dc.gov>
Cc: "Gaskins, Sharon (DCPS)" <Sharon.Gaskins@k12.dc.gov>, "Stover, Shawn (DCPS)"
<shawn.stover@k12.dc.gov>, "Fuller, Jade (DCPS)" <Jade.Fuller@k12.dc.gov>
```

Subject: RE: Staff history concern

Greetings Principal Berkowski,
Following up on the below. After review of Ms. Jurkowskic's clearance, it is shown that
she has completed the clearance process which took into consideration her criminal
background. Upon completion of the review, Ms. Jurkowski was cleared to work for DCPS.
Feel free to reach out if we can be of further support.
Best,
LMER Team

From: DCPS LMER (DCPS)
Sent: Friday, May 21, 2021 12:04 PM
To: Berkowitz, MScott (DCPS) <mscott.berkowitz@k12.dc.gov>
Cc: Gaskins, Sharon (DCPS) <Sharon.Gaskins@k12.dc.gov>; Stover, Shawn (DCPS)
<shawn.stover@k12.dc.gov>
Subject: RE: Staff history concern

Greetings Principal Berkowitz,

The below has been forwarded to LMER's management team. We will be in contact with next
steps.

Best,
Lynette D.
LMER, Coordinator

From: Berkowitz, MScott (DCPS) <MScott.Berkowitz@k12.dc.gov>
Sent: Thursday, May 20, 2021 6:36 PM
To: DCPS LMER (DCPS) <dcps.lmer@k12.dc.gov>
Cc: Gaskins, Sharon (DCPS) <Sharon.Gaskins@k12.dc.gov>; Stover, Shawn (DCPS)
<shawn.stover@k12.dc.gov>
Subject: Re: Staff history concern

202-264-0969 of you need it.

MScott Berkowitz
Principal                                    VVSSPPL00664RKOTTSTTATX
Peabody and Watkins Elementary Schools


From: Berkowitz, MScott (DCPS)
Sent: Thursday, May 20, 2021 6:33:52 PM
To: DCPS LMER (DCPS) <dcps.lmer@k12.dc.gov>
Cc: Gaskins, Sharon (DCPS) <Sharon.Gaskins@k12.dc.gov>; Stover, Shawn (DCPS)
<shawn.stover@k12.dc.gov>
Subject: Staff history concern

Hello team,

One Watkins staff member shared this with me this afternoon and I have some concerns. The
subject of both articles is also a Watkins staff member. Please let me know if there is
anything I should do.

https://pressofatlanticcity.com/education/a-c-school-librarian-convicted-in-tutoring-scam-
must-forfeit-job/article_f0d64184-6f76-11e5-952d-8b556788153c.html

https://nj1015.com/nj-woman-and-cops-left-dogs-in-freezing-cold-until-one-died/

Thank you. I am off tomorrow but will be available by phone if this is an urgent matter.
AP Boisvert was sent this information first.

MScott Berkowitz
Principal
Peabody and Watkins Elementary Schools

..ꞤꜱꝬꝒꝀꝈꝊꝊꝐꝐꝅꝆꝀꝊꝓꝓꝓꝓꝀꝓꝊꝓꝓꝀꝓ



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS

VV9SPPLOQ664RKDTTSTTATX

Office of the General Counsel
Labor Management & Employee Relations
Investigations Division
3535 V Street N. E. – Washington D. C. – (202) 576-6962 – Fax (202) 576-6593

## Statement

| Location **Watkins ES** | Date **1/24/22** | Time **4:15pm** | File Number **AD22-0068** |
|---|---|---|---|
| Last Name, First, Middle **Jurkowski, Kimberlynn** | | Social Security Number (last four digits only) **5669** | Date of Birth **02/20/1960** |

**Organization or Address**
**Watkins ES, 420 12th Street, SE, Washington, DC 20003**

---

**STATEMENT**
Background details:  Statement case (AD22-0068)  Jurkowski LMER investigator Stacey Carey January 19, 2022

How did we get here? History with Principal Berkowitz and his Administrative team events timeline Watkins Library and Watkins 2020-Present

According to John J. Mearsheimer, in "Why Leaders Lie: The Truth about Lying in International Politics (New York: Oxford University Press, 2011), iSBN-13:978-0199758739, 142pp.

Spin involves downplaying or ignoring certain facts that would create a negative perception, and emphasizing those that create a positive perception. The emphasis is on making the individual or organization look as good as possible by focusing attention on the positives. According to Mearsheimer "The thin line between spin and sin lies somewhere between the creation of a true impression and a false impression, resulting from which decisions or facts are included, which facts are omitted, and how the facts are structured." In other words, when the facts are correct and good, however, if the facts are untrue, people in the organization know the facts they presented to be untrue, and presented as facts is false or misleading, then the organization is lying. According to Mearsheimer: "The only protection someone has against deception, lies or spin is asking questions."

I believe Principal Berkowitz has fabricated claims and spins untrue facts to create a negative perception of me (Kimberlynn Jurkowski, Library Media Specialist at Watkins). This investigation is based on a second allegation and I am the subject. I am concerned about the damage that has occurred based on Principal Berkowski's fabrication of claims against me and his lack of integrity as a leader. I am sharing a timeline with some of the concerns I have as follows:.  Kj page 1 of 28

On December 17, 2021, Principal Berkowitz emailed to all staff email 5:53pm claims about an incident in the Watkins Library which included a description of trauma to Ms. Moxley's students, a team of support to manage the traumatized students, support for staff, and that the staff member who led the lesson was put on Administrative Leave pending an investigation. Principal Berkowitz's 5:53pm 12/17/21 email was the  first time I heard and realized there was a problem in the Watkins Library and I was placed on Administrative Leave pending an investigation.  None of the claims in Principal Berkowitz claimed in his all staff email are true about the Moxley class Library lesson on 12/17/21. I never noticed any trauma or sadness in Ms. Moxley students during Library class nor even when the lesson ended and students were in line as Ms. Moxley arrived and they exited the Library at 10:20am on 12/17/21. I also did not notice any trauma when I visited Ms. Moxley's classroom at 1 pm on 12/17/21 to deliver a book ticket for her student Aiden Mazloom.  I continued my teaching when Ms. Sullivan arrived with her class 4th graders at 10:25am, they exited at 11:15am, I enjoyed my lunch 11:15am-11:50am, I arrived for my 2nd grade recess/lunch duty for Ms. McPhil in her classroom on the first floor. I returned to the Library on the second floor at 12:55pm, processed books and  just after 1pm, I went to Ms. Moxley's room to deliver a book ticket to Aiden Mazloon, because he was missing 3 books and the limit is 2 books before you may check out more books. Ms. Moxley, accepted the yellow ticket, smiled and said thank you. I said you are welcome and I went into the staff restroom which is several feet away from Ms. Moxley's classroom.  I continued my work day and returned to the Library, I set up for Ms. Amuzie's 1st graders who arrived with Mr. Davis at 1:25pm and Mr. Davis picked up Ms. Amuzie's students at 2:10pm. Ms. Sheppard arrived at 2:20pm with her 2nd graders and she picked them up at 3:10pm.  I exited the Library to the hall, completed my hall duty, returned to the Library, cleared items and set the room up for next time.  I packed my things and exited the Library for home, near 4pm. Again, I do not realized there is a problem at Watkins, no one has mentioned a word that would help me understand trauma has occurred in the Library and that many Watkins staff, DCPS Central Service Staff and others, worked with several students to calm and support and work all the things that Principal Berkowitz described in his 5:56pm 12/17/21 email which I did not see and read until near 7pm on 12/17/21.  It does not make sense that other Watkins teacher were allowed to bring their students to the Library (Sullivan 4th grader, McPhal 2nd grader (lunch and recess), Davis/Amuzie 1st graders, and Sheppard 2nd graders) after what Principal Berkowtiz described and explained in his email to all staff, the many details to manage trauma in Ms. Moxley's students and the traumatic experience they had in the Library? How did we get here is a good question.  I think the following may help people understand that many negative things were in the background and the Library's debate and question development lesson was an opportunity to twist the facts and manufacture something that looked and smelled like a hate/bias event that needed to be reported, managed, and communicated as an all hands on deck solution for Watkins. As I continue to reflect on the negative things that occurred over several months between Principal Berkowitz, Watkins Library programs, and Ms. Jurkowski as follows:

On October 20,2021, Mark Boisvert, Assistant Principal and Tanisha Montgomery ( Director, Strategy and Logistics ) sent me an online invite for a Library Meeting 2:20pm-3:05pm.

The goal of the meeting was to discuss the in-person Watkins Scholastic book fair and Watkins in-person Library clubs. The meeting bagan at 2:20pm and it included Mr. Boisvert, Ms. Montgomery, and Kimberlynn Jurkowski. We discussed details about Scholastic Book Fair and Library Clubs, near the end of the meeting, Mr. Boisvert informed me that we were in a discipline meeting and I had been given many opportunities to return DCPS school property and failed to return the 6 iPads and as a result he was given me a written discipline warning which would be emailed just after the online meeting ended. Ms. Jurkowski asked why WTU had not been invited to the meeting? Mr. Boisvert said he would include Mr. Elmusa on the email for the warning but he would not send the warning to WTU. Mr. Boisvert also said he would offer 3 options for meeting with the building representative and WTU which would be included in the email. In this meeting I was denied my rights to have WTU representation.  On September 22, 2021 several Watkins' teachers demanded Ms. Jurkowski give them the iPads. Ms. Kathryn Kayne (Reading Support Specialist at Watkins ES, came to the Library, requested the Ipads in a strong demanding voice (" I need the iPads, where are they, I can help you find them!" ) and offered to help Ms. Jurkowski find the iPads. Ms. Montgomery came to the Watkins Library minutes after Ms. Kayne, also Montgomery " asking for the iPads and asking for the location of the iPads". I stated "that I did not know where the Library Makerspace iPads were and would look for them" Montgomery exited the Library. I went to the first floor to deliver books and other Watkins teachers asked me "Do you have our iPads" (Tatiana Sheppard) .

On September 29, 2021, Tanisha Montgomery came to the Library to inform ( "Ms. Jurkowski I need to talk to you about a positive Covid case from Mr. O'neal's class, a student that was in your WIN class" ) Ms. Jurkowski there was a positive Covid case in Mr. ( "O'neal's class" ). Montgomery had several questions ("Where were the students sitting?", "Did you work with students for 15 minutes or more?", "Did you keep the students 3 feet or more apart?", "Which students were close

contacts with the positive student?", "Do you have any symptoms and how much time did you spend with the positive student?"). I asked Ms. Montgomery "Who was the ONeal positive student?" Ms. Montgomery said "You know I can not tell you the name of the positive student from O'Neal's class." Ms. Jurkowski questioned ( " What is the name of the positive O'neil student.", "When did you learn about the positive case." "How will I answer your questions, Ms. Montgomery without the answer to the questions that you refuse to answer.?" ) Ms. Montgomery exited the Library. Ms. Jurkowski went to O'Neals' room, and asked questions("What is the name of the positive student?"). Oneal informed me that the Administration had to answer the question. I thanked Mr. Oneal and went to Mr. Nagbe's room, asked the same question about the positive O'Neal case. Nagbe (Music) had the same students. And Mr. Nagbe stated the name of the positive Oneal student. I thanked him and went back to the Library. Other teachers expressed their concern about the Administration not giving information to all teachers fairly. On September 29, 2021 evening Mr. Berkowitz called Ms. Jurkowski and connected Ms. Montgomery into the call. Ms. Jurkowski asked him for the name of the positive Oneil case, and he did state the name. ᵥ"₉ₛ₹₹ₗₒₒ₆₆₄ᵣₖₒₜₜₛₜₜₐₜₓ

Principal Berkowitz requested Ms. Jurkowski state if she had been vaccinated, and Ms. Jurkowski did not answer the question. Ms. Jurkowski informed Principal Berkowski and Ms. Montgomery that she would make a call and get back to him. At 7:45pm that evening , Ms. Jurkowski sent email 9/30/21 to Principal ( MScott Berkowitz ) informing him, she was a close contact and that Principal Berkowitz confirmed the name of the student by phone to Jurkowski. Jurkowski would quarantine and visit her doctor based on in-school close contact and symptoms and positive case at Watkins in Library.

On 10/4/2 Principal Berkowitz, Ms. Montgomery, Contractor DCPS Covid tracer, I talked (by Berkowitz phone 9:00am by phone from Watkins Library. I was cleared to return to work at Watkins based on clearance to return to work from the Contract Tracer, Mr. McDaniel and Jurkowski's doctor note clearance. Principal Berkowitz decided I (Ms. Jurkowski) took the wrong test and had returned several days too early to school and I needed to return home. According to Principal Berkowitz,I (Ms. Jurkowski) took the wrong test, but Mr. McDaniels conferred with other people in his office and noted the test was allowed because Jurkowski was under doctor's care and she should be allowed to return to work. Principal Berkowitz argued that "Ms. Jurkowski was two or three days early and needed to go home." Mr. McDaniel said "Jurkowski could return the next day (Tuesday ( 10/05/21 )." I ( Ms. Jurkowski) sent an email to Mr. Emmanuel McDaniel (Contract Tracer for DCPS) to request details and confirmation of phone conversation with return to work as discussed with Principal Berkowitz, Ms. Montgomery, and I (Ms. Jurkowski) in Watkins Library at 9am on 10/4/21. Upon Berkowitz 'suggestion to McDaniel, Jurkowski would only receive official directions already sent by Mr. Berkowitz and Mcdaniel agreed. The official directions did not contain many details ( the details about being allowed to use the rapid test if under a doctor's care and teachers are allowed to return not on days calculated by the Principal and teachers are allowed to receive confirmation based on details that are not part of a standard letter from the Principal. ) from the phone conversation and that is what Ms. Jurkowski was requesting Mr. Mcdaniel email not just the standard letter that Principal Berkowitz sent to all as a general document. Ms. Jurkowski was also trying to receive the details that were explained during the phone conversation in writing in case she arrived at work on Tuesday and an issue came up which would not allow her to return to school (example I sent my doctor's note by email sent to (Berkowitz, McDaniel,and it appeared I could return to work based on a conversation with McDaniel 10/2/21 and a email from Principal Berkowitz I was clear and would be allowed in school that Monday, 10/4/21 but upon arrival Boisvert set up a substitute for Library and Berkowitz and Montgomery were in the Library telling convincing McDaniel he made an error and not to allow Jurkowski to remain in school but send her home). I tried to make sure that did not happen again by requesting the summary note based on the telephone conversation and not the general letter from Principal Berkowitz.

On September 28, 2021, Dr. Kevin Washburn emailed Watkins Admin copying (Tanisha Montgomery, Director, Strategy and Logistics ) requested an update for the DCPS Library issued laptop for Jurkowski, which was delivered on September 9, 2021 to Watkins Admin, but not delivered to Jurkowski. On September 28, 2021 Montgomery confirmed the laptop was at Watkins ES and would be given to Jurkowski on October 1, 2021. Jurkowski received the laptop about two weeks later (October 8, 2021).

kj page 4 of 28                                    VV9SPPLOD664RKOTTSTTATX

On March 8, 2021, Ms. Susan Bloom (Peabody Librarian housed at Watkins ES due to flood at Peabody ES) began a series of emails ( summary of emails include not including Ms. Jurkowski in conversations which impact her class schedule, plans for use of Library regardless of Jurkowski class schedule, E15 allowed to change Jurkowski's schedule, ) regarding a Pre-K author visit and several emails between Susan Bloom, Jill Stewart, Principal MScott Berkowitz, and Mr. Mark Boisvert began. The result was a verbal warning to stop the conversation (Stewart, Jurkowski, and Bloom) and end the email about issues on E15 being allowed to change other E15 schedules and room use. Principal Berkowitz said silence or be Impacted in an in-person meeting in the science lab at Watkins on May 21, 2021 (2021).

This image includes a copy of the conversation at Watkins Science Lab on May 21, 2021 with Principal Berkowitz, VP Boisvert, Kimberlynn Jurkowski,LMS, Jill Stewart, Watkins 1st leader, and Susan Bloom, LMS Peabody.

Preview attachment New Recording 114.m4aNew Recording 114.m4aShared in Drive

On May 27, 2021, Ms. Susan Bloom (Peabody Librarian housed at Watkins due to flood at Peabody) sent an email to Scholastic Book Fair Consultant (Ms. Kayte Pellerito,), Jurkowski was not included on the emails, Jurkowski received no cc from Watkins Administration on the Watkins' Scholastic Book Fair and Jurkowski was locked out of the management of the Watkins book fair. Ms. Pellerito was concerned and confused that Jurkowski's name was not included on Watkins' Scholastic Book Fair emails, so she emailed Ms. Jurkowski to find out what was going on at Watkins? After the Peabody/Watkins book fair ended with Bloom and Boisvert handling the funds. On September 29, 2021 Scholastic made a final request for the cash payment of $666.02 before the Watkins October 2021 fair could be delivered. Scholastic requested reason for non-payment for several months to note the Watkins account. VP Boisvert, claimed Scholastic was paid on 9/29/21. I have had a very respectful and good relationship with Scholastic. I always paid the balance within a week of closing the book fair. Now Scholastic is short and more demanding in what is accepted and as they wrote to inform me that the October 29, 2021 book fair would not be delivered until the payment has been received.d. The long term effect of not paying the balance on time, will show in future treatment of Scholastic. In the past, I have been in schools that did not pay Scholastic and they could not even get a box fair and certainly not a full fair. This is sad and the students and community will feel the effect of not being allowed to have a full fair which is very nice to have. I have noticed with this current fair, even the Capitol Hill Cluster PTA has not worked hard to promote Watkins Book air this time. Mr. Boisvert and Principal Berkowitz have not added the nice Watkins photos of students creating illustrations and drawings for the book fair promotions is an unfair thing to do. I have emails from Watkins parents complaining that the Capitol Hill Cluster is not working to promote Watkins' book fair. I now see the difference between an Administration and PTA that supports Library programs and the new Administration and PTA that does not support the Library programs. The difference is truly amazing .

On June 16 2021, Principal Berkowitz arranged to pay for food, juice, and snacks from Domino's Pizza for BBB celebration 11:00am-12pm and Battle of the Books Debate celebration at 12:15- 1:00pm. Principal Berkowitz would be reimbursed from DCPS funds.  Principal Bekowitz was not spending his own money but rather school funds.  Domino's delivered the BBB order,

but did not deliver the Battle of the Books Debate order and the manager of Domino's said "Mr. Berkowitz refused to give his credit card for the order, we would have delivered the order fast, but he refused" This was unfair treatment for me, students, and parents ( trust and promise to celebrate our students' success is broken when we refuse to do our part. Watkins students join BOB each year and expect to celebrate in style when the battle is done. It is also unfair to see the confused faces and unspoken words of disappointment that I could see and hear from my BOBDT Battle of the Books Debate Team) families. "I (Kimberlynn Jurkowski) established Watkins' BOB in 2018 when I arrived at Watkins and the 4th and 5th grade students won 1st place district wide in DCPS 2018! We have celebrated in style each year, except this year 2021. The purpose of the National Battle of the Books is a voluntary reading incentive program for students in grades 3-12. The purpose is simply to encourage students to read good books and have fun while competing with peers. BOBDT has not experienced this type of unfair treatment before. 2018-2020, the previous Watkins Administration and the previous Capitol Hill Cluster PTA were amazing and generous. 2018-2020, Principal Bell, VP Ashley Croft, and Capitol Hill Cluster PTA loved and supported Watkins Library and the Library Programs (BOB, Makerspace, no specialist rotation for the library lessons, Daily library and classroom teacher collaboration/support for DCPS Cornerstones and Unit topics 1st-5th for every classroom. Watkins was very lucky for that moment in time. Unfortunately some things are going wrong for Watkins Library and Library

Programs under Principal Berkowitz Administration. Principal Berkowitz put in an order for Domino's Pizza 900 M St, SE, DC to deliver food which was never delivered to Watkins for the Battle of the Books/Debate Team Celebration June 16, 2021 at 12:30pm, but the order for Principal Berkowitz Books and Belonging Celebration and Domino's Pizza food was delivered on June 16, 2021 at 11:00am. How sad and confused I felt when the people at Domino's later explained that Principal Berkowitz refused to pay for the second order (BOBDT) Battle of the Book Debate Team food for their celebration on June 16, 2021 scheduled at 12:15pm-1pm.

LOJ664RKOTTSTTATX

**Kj page 6 of 28**

**Response to Investigator Carey's questions based on the interview (DCPS Teams) of Kimberlynn Jurkowski on Wednesday, January 19, 2022 at 12pm-**

What were Moxley students working and why did the assignment change from Powerpoint? Students voted for a Debate lesson as a result of no confirmation date on Library Student Presentation for Parents 6pm visit 12/21/21.

Debate Discussion: Why and What Questions to Debate: December 17, 2021 9:35am-10:20am ( Moxley Class 3rd grade Tuesday, Thursday, and Friday) 20 students in class, there are two cameras in the library on the upper back wall (one left and one right).

**Professional Background Kimberlynn Jurkowski, Library Media Specialist (LMS):**

Kimberlynn Jurkowski: background, teaching, and learning: I have been an educator for over 25 years. My students range from 3 years old to 40 years old. Most of my teaching career has been with elementary students. My favorite part of being a Librarian is to support the learner in developing critical thinking skills and tools for reading/learning (print books, digital tools, primary interviews, and project based learning). It is a shining moment when students learn and apply the evidence to their topic research paper, Power Point, book reviews, summary notes, book quotes, poem, song, display boards, illustrations, discussion, and other ways of showing what they have learned and what they are interested in sharing with others. "It is not the topic, it is the resources to support your topic and point of view." Also, another shining moment in teaching is when you know the student is deep in learning and willing to do extra work to find answers, write papers, willing to share their work, and helping others learn about ideas, resources, and encouragement to enjoy being a lifelong learner. I began my teaching career in 1996-1998 at City Colleges of Chicago, Illinois for two years with a short time at Oakton Community College in Des Plaines, Illinois where I was effective and enjoyed working with young adults and older students, I arrived in Atlantic City Public Schools in Atlantic City, New Jersey, 2005-2013 which was my first experience with public elementary schools K-8th grade, and no real resources for the library. I learned to build a collection and library programs in Atlantic City, New Jersey with an amazing Principal Sylvia Stewart? I learned it is not the resources, it is engaging and inspiring life long learners as you work with parents, teachers, and community! I arrived in DCPS 2014-2016 at Simon Elementary, SE DC where 2 years of Impact scores recorded as developing to highly effective, 2016-2018 at M.L. King, SE DC where 2 years of Impact scores recorded as effective to highly effective, and 2018-present, SE DC where 4 years of Impact scores recorded as highly effective provides evidence that I am a proper teacher who can teach with very few resources and many resources, I can teach the low low income to the high income student with success. I can build the book and resource collections, collaborate with the community, and I love being an Educator and Librarian!

_ _ _ô64RKDTTSTTAŤX

Kj page 7 of 28

**Watkins Library lesson December 17, 2021 Moxley Class 3rd grade: Developing Debate Questions and learning the importance of background information**

**Goal:** Listening & Speaking about Questions that people can debate the Why and What if (topics for debate) based on 3rd grade Cornerstones: Overcoming Adversity unit 2 and People, Laws, and Democracy Unit 1

Accountable talk: Accountable talk raises the level of academic discourse among students and requires that students ask for and furnish evidence to support their statements. 1. Students will learn that

When participating in a discussion, your goal is often to persuade others of your ideas. To do this, they need evidence to support the statement. Evidence can be straight from the text, as well as quoting other people accountable talk,

students ask one another about their thinking and build on the responses of others. They cite evidence, ask for elaborations and clarifications and extend understanding by using the statements they have heard from their classmates to form new ideas. 2. Challenge students to be active listeners and ask follow-up questions to gain a better understanding of what their peers think. 3. It may be helpful to facilitate this discussion and to create guidelines for respectfully taking turns speaking.

**Objective:** Select a topic to debate, set up teams, and discuss topic

**Title:** Debate skills (Listening, Speaking, and Accountable talk)

**Resources:** 2 teams (affirmative and negative), questions, and routine

**Introduction:** Students will select a topic to discuss, they will separate into teams, identify issues and work to answer the questions at issue.

Vocabulary:

**Informational Text (Reading Levels for 3rd grade RI 3:1)**

RI.3.1: Ask and answer questions to demonstrate understanding of a text, referring explicitly to the text as the basis for the answers.

RI.3.2: Determine the main idea of a text, recount the key details, and explain how they support the main idea.

RI.3.4: Determine the meaning of general academic and domain-specific words and phrases in a text relevant to a grade 3 topic or subject area.

**Content Vocabulary** emotion, motivation, narrative, trait, voice

Academic Vocabulary (from standards) figurative language, recount, retell, central message, moral, lesson, key detail, action, event, sequence, and story.

**Activity:Practice:**

**Listening, Speaking, and Accountable talk routines:**

**Whip Around:** Each student gives a quick response, - group engagement

Why: explicitly turn taking, validate multiple responses, and practice concise responses

**Merry-Go-Round:** Each student shares a response with his/her team: When: responding to literature, expression, and ideas.

**Team-Pair-Solo:** Students respond as a group: Students recap/ go more in depth with a partner

Students respond alone When: brainstorming, and reviewing content.

Why: scaffolding learning, encouraging students to handle difficult prompts

**Three-Step Interview**(Discussion) Students interview their partners: Partners reverse roles

Student's share their findings with their team:

kj page 8 of 28

VVYSPPLDO604RKDTTSTTATX

When: Analyzing characters, literary discussion

Why: allows a student to create and answer questions, and use creativity

My Turn, Your Turn (Behavioral) Explicitly indicate when "jumping in" is inappropriate

Explicitly deference, such as when two students speak at the same time one can say,

"you go ahead." When: direct instruction, presentations, and when there are guests

Why: explicit turn-taking, practice with natural discussion flow?

**Debate questions: students selected 3 debate questions and discussed ideas for the three debate questions (9:35am- 10:20am 12/17/21):**

Why should students be allowed to return to the classroom for personal items during a fire drill?

Why do students with more energy need a different style of learning?

Why did some people do their job and how did they feel about the work during WWII?

**In brief summary my Watkins' Library schedule on Friday 12/17/21 7:30am-3:30pm:** Students (in class 12/17/21) learned that Principal Berkowitz was not available for the Student Library Presentation event set for 6pm on Monday 12/20/21 1st-2nd grade and 6pm on Tuesday 12/21/21 set for 3rd-5th grade parents and students in Watkins' Library. We would wait for Principal Berkowitz to confirm a date for the event after winter break. I met with the Watkins Battle of the Books debate team (BOBDT) at 7:30am-8:10am, 5th grade students arrived for book selection and checked out books from 8:10am-8:45am, and I picked up Mr. Evans 5th grade students for Library class 8:45am-10:15am. Ms. Moxley arrived (9:35am-10:20am) and it was time to go. Class ended, and they all exited the library. The next library class arrived at 10:25am-11:10am (4th grade Sullivan) Students learned that Principal Berkowitz was not available for the Student Library Presentation event set for 12/20/21 1st-2nd grade and 12/21/21 set for 3rd-5th grade. We would wait for Principal Berkowitz to confirm a date for the event after winter break. students worked on their Power Point presentation, read books, created illustration drawings, worked on news paper samples, and selected books for checkout. 11:10am-11:50am is my lunch break, 11:55am-12:15pm is recess duty (Mcphail 2nd grade), 12:15pm-12:45pm is lunch duty (Mcphail 2nd grade), and I return to the library to set the room up for the afternoon class, process books, and return books to the shelf. 1:25pm-2:10pm the next class arrives (Ms. Amuzie 1st grade), students worked on their Then and Now Cornerstone and selected books, and the last class of the day is at 2:20pm-3:05pm (Ms. Sheppard), they worked on their Then and Now Cornerstone is a focus produced a writing sample about their project, and selected books to read and for check out. After Ms. In Sheppard's class, I report to the end of the day duty at the exit near the library, and I return to the library, gather my bags and exit Watkins for home by 4pm.

**When did you (Ms. Jurkowski) learn that there was a library incident with Ms. Moxley class?**

While at home on 12/17/21 near 6:30pm, I read an all staff email notice sent by Principal Berkowitz (5:53pm on 12/17/21). The email contents were a spinning of lies, shocking deception, bold face lies, concealing of truth, painful, hurtful, destructive,traumatic, filled with lies from Watkins' leader Principal Berkowitz. This is the saddest, insulting, dishonest, email that I have ever received and the worst thing of all, Watkins's leader never came to ask me one word to verify any problem.    VV9SPPLOOG64RKOTTSTTATX

Kj page 9 of 28

I am not clear where the trauma to students occurred and was discovered.  No trauma, no mention of Holocaust, no killing each other or any traumatic ideas came from the Watkins Library lesson or me (Ms. Kimberlynn Jurkowski, LMS) ever. Principal Berkowitz's email alleges there was a Holocaust re-enactment lesson in the Library on 12/17/21 during Ms. Moxley's class.  There was never a Holocaust re-enactment, there was never any lesson plan for a Holocaust re-enactment, and Ms. Moxley's students never received directions to do a Holocaust re-enactment in library class nor any class I have taught at Watkins or any school in my career of over 25 years! In my DCPS email sent by Principal Berkowitz that there was a 3rd grade incident in the library on Friday, 12/17/21 (Moxley class) and several students were traumatized, mental health support staff managed the traumatized students and the staff member who caused the problem has been put on administrative leave pending an investigation. I did not hear about this incident at school on Friday, 12/17/21, no one came to the library with questions or information about a Holocaust incident. I did not see or hear about any of Ms. Moxley's students complaning about sadness or a Holocaust re-enactment.  I did not hear from teacher  Moxley that there was any complaint or incident in the library nor did I hear from anyone at Watkins that there was an incident in the library during Ms. Moxley's class time. Therefore there was no trauma, no Holocaust re-enactment, and no lesson about the Holocaust. In Principal Berkowitz's all staff email he claimed "Today we received a report that students in Ms. Moxley's 3rd grade class were asked to re-enact the Holocaust as part of their library time." The events claimed in Principal Berkowitz's all staff email on Friday, December 17, 2021 at 5:53 pm did not occur in the Library. There was no Holocaust re-enactment in the Library on December 17, 2021. The events claimed in Principal Berkowitz's email as "students in Ms. Moxley's 3 rd grade class were asked to re-enact the Holocaust as part of their library time are not true." Principal Berkowitz claims the report included claims that students were asked to portray participants from the Holocaust like Adolf Hitler, digging ditches to serve as mass graves, and simulated shootings." No such request occurred and no such actions occurred in the Library. These events did not happen in the Library. Principal Berkowitz's all staff email communications 12/17/21 5:53pm is based on false assumptions.

**The following is an accurate account of what happened in Moxley class for Library on Friday, December 17, 2021 9:35am-10:20am.**

**Note:** (some student questions & response, and just listen & learning during Moxley's 3rd grade library class) 12/17/21:

## Responding to Investigator Carey's interview questions 12/19/21 12pm-

**When does Moxley class come to the Watkins Library? Three times each week:** Tuesday,Thursday, and Friday 9:35am-10:20am

**What is BOBDT (Battle of the Books Debate Team) and support documents urban debate league and Stuart Hobson Middle School?**

Kj page 10 of 28                              VV9SPPL00664RKDTYSTTATX

When I arrived at Watkins ES in 2018 we began the DCPS elementary debate team and won 1st place district wide which was amazing! America's Battle of the Books is a national reading incentive program for 3rd thru 12th graders.  Students read books and come together to show off their knowledge about the books in friendly competitions.  https://www.battleofthebooks.org

DCPS BOB only allows elementary 4th & 5th graders, Middle School, and High School.  Watkins switched to the Washington Urban Debate League and collaborated with Stuart Hobson which is our feeder school in 2020 and we did well and they allowed 3rd-5th grade to participate. Washington Urban Debate League and Watkins' feeder middle school Stuart Hobson collaborate with DCPS elementary schools to support and teach debate skills to students. Watkins participated 2020 in the Washington Urban League debate pilot for elementary, which is the first time elementary schools were allowed to participate and the first time 3rd grade were allowed to join with 4th and 5th graders in the competition. Watkins did very well on Saturday, May 22, 2021 WUDL Tournament.. See WUDL: link provided

https://www.urbandebatewashingtondc.org

**What books are for BOBDT and details about the book and debate process?**

Each year with WUDL (Washington Urban Debate league)  there is a theme for debate and this year the theme is about protecting the U.S. water resources.  There are several books we will read, but we have begun with "A Long Walk to Water" by Linda Sue Park, and we meet weekly on Friday, 7:30am-8:10am in the Library.  Students are expected to write chapter summary, join the discussion, identify questions for the author of the book, check facts and do research about the area of focus which the author is concerned about and make connections to U.S. current news, history, and any relevant details that help us understand issues and solutions for water. Weather by Scholastic, True Book: Understanding Climate Change: Animals in Danger, Extreme Weather and Rising Seas, Facing a Warming World, and the Greenhouse Effect.

**What are the Library programs, clubs, times, and what they do?**
Watkins Library Clubs meet 7:30am-8:10am M (Pokemon/Dinosaurs)students read, calculate energy/math, collaborate strategy, build game boards, and support friends in learning.
T (Rocks & Minerals)students read & learn about earth rocks, maps, examine rocks samples, draw, discuss types of rocks and care of rocks.
W(Genealogy)students learn to create a family tree, interview family, research databases, write details, read and compile evidence, social science, people history, draw, and discuss.
R (Comics) students will learn drawing techniques, power of color, line, images, texture, words, page layout, and character development, research, write, and discuss.

VV9SPPLOQ664RKDTTSTTATX

and F(Battle of the Books Debate Team only 3rd-5th)students learn debate skills, read, write, discuss, collaborate, and practice debate skills.

### How did Dec. 17, 2021 assignment happen and why did it change from Powerpoint?

Option to discuss debate question development or work on presentation:

Class began with listening to me explain the status of the Library student presentation announcement and update. I told students "Principal Berkowitz is not available for either of the dates set for the Library student presentation Monday, 12/20/21 for 1st and 2nd grade nor is he available for theTuesday 12/21/21 for 3rd-5th grade." I informed the students that "It would be after the holiday break when Principal Berkowitz would confirm the dates and times for the Library student presentation." I told students "They could continue working on their Power Point presentation, work on illustration for the presentation, or select and read a book." Malaika Tull raised her hand and asked "May we work on debate today, since 3 weeks ago they were not allowed to practice debate, because we were working on the Library student presentation for parents to see?" Students raised their hands "they asked to vote for the debate discussion, and several Moxley students (Tomas, Malaika, Gabriella, Aiden, and Audrey) reminded me of my promise (Dec. 3, 2021) that we would work on debate since the 3rd graders are now allowed to participate in the Watkins Battle of the Book debate team." I explained to students that "Debate questions are a part of the debate process. When we learn and use listening and speaking skills to communicate items such as: Why is it a great question and the What if questions may give us examples of what is possible next time." I asked students "May you give a few examples of questions that we could debate." Audrey Miller raised a hand and the conversation began as follows:

Moxley Student: Audrey Miller raised her hand and explained: "Fire safety is important, but students should be allowed to get their coat for a fire drill when it is cold outside, since the fire drill is fake." Audrey felt a good debate question would be that students should not be allowed to go outside without their coat and should be allowed to return to the classroom during a fire drill. Audrey also stated "Some of the learning tools could include ideas about fire safety. I explained to the class that "Audrey made some good points for a debate question, however, the fire drill allows us to practice in case there is a real emergency some day." Students felt this would be a good debate question as follows:

Why should students be allowed to return to the classroom for personal items during a fire drill? After discussion, it was decided they would not return for many reasons but most of all safety. And the discussion helped students to understand why it is important to follow fire safety rules in school and at home.

Moxley Student: King Tristan Sellers: raised his hand and said " He wished for a different way to learn because of his high energy and movement. He said it would be good to debate a different style of learning for kids with lots of energy and movement." "I asked students to raise their hand if they felt that it would be a good debate topic to have a class to support the learning style of high energy kids? "

kj page 12 of 28

VV9SPPL00664RYDTT9fTATX

I could see that 6 students raised their hands. I noticed that King Tristan moved around, rolled on the floor, made noises and really could not sit in one place or be silent for long. I asked him to move from the solar system carpet to the hand print carpet and he continued the behavior." When student Tomas Applebaum was talking to the class about jobs during WWII (trains, ditches, showers and gas, King Tristan made noises that sound like guns and water)." "When Jhoi, Kaylin, and Nathaniel were sitting on the handprint carpet, King Tristian continued to make noises, and I asked him to stop." "I agreed with King Tristian that different styles of learning for high energy kids would be a good debate topic." King Tristian said "It would be good to read about jobs, and resources that may help us learn more about how to learn in the way that we learn, and we can also learn about how to stay safe." Students felt this would be a good debate question as follows: Why do students with more energy need a different style of learning? After discussion, it was decided that students with high levels of energy (moving around, not focused,

distracting others and not sure what to do next) is a problem for all learners in the classroom and that type of student needs to have additional support (they can be allowed to stand as their work is being done, hold objects which help them focus, and move around to a different space in the classroom).

Moexley Student: Tomas Applebaum: explained: His father's books about WWII and Hitler were the best books and he learned many things about WWII and Hitler. Tomas said "Hitler's job caused many people to die and then Hitler committed suicide." In response to Tomas, I stated "Thank you Tomas for sharing those details and I am not sure about things that happened during WWII and how Hitler's life ended, and I am sure your father's books are informative. I reminded students that there are many books and resources that have different ideas about what Hitler did and how Hitler's life ended." Our job is to read more books, and learn different points of view about people, jobs, and how others feel about their jobs." Tomas further described the things that Hitler's job included like trains, camps, showers with gas, ditches that people were placed into, and how people were starved before the Americans came to help." I asked the class when did the Americans enter WWII? Student Aiden Mazloom said "Pearl Harbor and he said I have read all about that, the Axis included Germany, Italy, Japan, and Russia and the Allies were US, France, and Britain." "I asked the class if this would be a good debate question based on why America did not enter WWII until Pearl Harbor?" Student, Malaika Tull, said, "Yes, this would be a good debate question and I can debate as President of the US." I asked Malaika who was the president of the US at that time, Malaika gave a confused look and said that she did not know the answer." I said "Roosevelt?" Malaika said, "No, I would be called President Tull in the debate?" Student: Aiden Mazloom added he would be the vice president of the US." Gabriella McKean stated "I want to be the vice president of the US, and Malaika Tull said "No to Gabriella's request to be the vice president." Malaika said "Because Aiden Mazloom would be the vice president of the US in the debate." "I said to Malaika "That was not nice of you, say sorry to Gabriella, and Malaika said sorry."

Students: Malaika and Aiden "asked to debate Tomas, Gabriella, Audrey, and King Triston on the question of WWII jobs, feelings of unfair jobs and jobs that caused problems." Tomas said he knows the most details about Hitler and could speak about what Hitler's jobs were and how people felt at the time of WWII." Students Malaika and Aiden stood down at the other end of the room as Students, Tomas, Gabriella, Audrey, and King Triston began the debate.

Kj page 13 of 28                    VV9SPPL00664RKDTTSTTATX

Tomas explained "Hitler's job was to set up trains, camps, gas showers, and ditches where people had jobs." Audrey explained that the showers were dangerous because of the gas." Gabriella described the trains as being made to carry the people to the ditches." Student King Tristen showed that people would dig ditches." I asked students how people felt about the job based on our discussion?" Student Gabriella said "They were forced to do the job by the boss." Student, KIng Tristen said "That was the job that people could do." Student Audrey said "They did not like the job." Students, Jhoi, Nathaniel, Trinity, and Kaylin were not sure how people felt about their jobs." Audrey said "It would be a good idea to have more books about jobs and people's feelings about work." I ended the talk with the following: "There are some books in Watkins' library and the DCPL (public library) in the history and fiction sections, that may be useful to any subject you are interested in learning and writing about." I reminded students that they could search for eBooks to read using keywords such as: feelings, jobs, and history in Clever, Follett, and Sora." Time for class was near the end (10:16am), I said "Stop, select a book, leave it on the desk with a tag and line up."

Students were excited, happy during the discussion.
Students felt this would be a good debate questions as follows:
Why did some people do their job and how did they feel about the work during WWII? The discussion helped students to understand that some jobs are difficult and unfair, and some jobs cause problems. Reading Resources and learning other perspectives may help us understand people, jobs, and history during WWII.

I talked as students waited in line for Ms. Moxley, I said "Comments: Background needed, use resources from 900, 300, biography, and online tools/SORA/Follett/DCPL..history, geography, fire safety, learning space, engineering schools, furniture for classrooms. Debate requires us to know background, context knowledge, and explain it well or other teams will gain points, we would need to read and write notes to help answer debate questions. The development of debate questions is important (judges will decide on the questions), but to understand the process is key." Ms. Moxley arrived and they exited the library on time.

**When was first time the class talked about Holocaust in class?** They did not talk about Holocaust, there were questions about WWII.

Dec. 3: Tomas asked questions about Hitler and talked about his father's
Book collection, Tomas explained that Hitler died by suicide, Tomas was interested in sharing more things that he knew about WWII. I thanked Tomas for the information. I explained to the class that many historical resources have not confirmed how Hitler died. Any student that is interested in History including WWII, they should look in our Library print sections or search on Destiny Follett under 900's, 300's, and Biography. I added that students interested in any subject should also search using keywords for eBooks on SORA and Destiny Follett, and check the DCPL for even more items.

**Dec. 3, did you read a book about Hitler/Holocaust on the carpert to kids and did you do a debate about the Holocaust with kids?**

No I did not read a book about Hitler, Holocaust, nor have an debate about Hitler and the Holocaust. We worked on Powerpoint and scoring Powerpoint presentations. (See PP images in Library 12/3/21 9:35am-10:20am) (See Moxley slide presentation scoring documents for PP).

**The first image** is December 3, 2021, students presenting and scoring slide review documents.

**Dec. 3. Did you discuss the good and bad of the Holocaust and have a debate about the Holocaust?** No

**Dec. 3 Debate affirmative and negative ideas and how it works in the debate process, explain this?**

Debate is based on two teams (affirmative who agree with ideas and negative who do not agree with idea) the two teams debate the issue of idea and gain points for applying the background and details about the idea. Reality is that many people do not agree with negative ideas, but they have the skill to debate the ideas which is not a personal position, just the ability to debate the side which the judge requires you to debate.

Kj page 15 of 28

VV9SPPLOO664RKDTTSTTATX

**Did Moxley's class do a debate on Holocaust and Hitler?** No

**Did you discuss Jan. 6th Capital incident and after have a debate about the incident on the Capital?** No

**Did you tell students not to tell the parents about what they learned in the library, it is a secret?** No

**Dec. 17 class is called what…Holocaust re-inactment, debate or what?** Debate:developing questions for debate is the lesson.

**Why did you change class projects on Dec. 17, explain in detail?**
Students were given the option, since there was no Library presentation for parents 6pm 12/20/21 or 12/21/21 according to Principal Berkowitz not being available and not giving a confirmation date. Also, most students did not seem to be interested in doing more work, they did work on the project for several weeks and were waiting to show their work to the parents. And, I did not mind promoting debate, it would be nice to have more 3rd grade students join our Watkins BOBTD.

**Dec. 3rd, students asked to do debate, but Powerpoint project work was needed, explain?**
We had some time before 12/20/21 6pm and 12/21/21 6pm date which Principal Berkowitz seemed to confirm, but later confirmed he was not available for either date and he did not give a date of confirmation. Students did work for several weeks and they did not need to work on Powerpoint more unless they desired to do it. I prefer to avoid overworking them and allow another activity while we wait for the Principal to give a date.

**How did you get to Tomas's questions?  Did you do all the questions in the discussion?**

VVSSPPLOQ664RKOTTSTTATX

Time spent (6-8 minutes) on Audrey Miller's question
Time spent (6-8 minutes) on King Tristen Seller's question
Time spent (6-8 minutes) on Tomas Applebaum's question
Time spent (6-8 minutes) on resources tools, process, and summary

**Explain how we got to WWII jobs?**
When Student, Tomas said  train jobs, ditch diggers, showers engineer, and camps.  Student Audrey added shower  and gas, Student Malaika said the U.S. president did not do his job, and Students Aiden and Gabriella said there was a vice president who has a job. Kj page 16 of 28

Student Malaika was talking about why the U.S. president did not help at first and Student Aiden said the U.S. president only helped after Pearl Harbor. The discussion was about WWII jobs.

### The debate process of developing questions to discuss, explain?

Debate questions are important ideas that impact many people, places, and things. It should be a question that people may not all agree on and that will cause debate, such as Global Warming, Income, Education, Food quality, Covid vaccines, War, and Fairness.

### How is it that kids believe there was an re-inactment of the Holocaust?

There must have been confusion as the conversation about the jobs began, but the focus was there to discuss jobs, as Gabriella said people were forced to do certain jobs, King Tristen said they did not have other job choice, and Jhoi, Nathaniel said they were not sure. Holocaust was never mentioned, re-enactment was never mentioned, but WWII was part of the conversation. The first time I learned that Holocaust was connected to the lesson is when I read Principal Berkowitz's email 12/17/21 5:53pm. I wonder where he got the vocabulary of Holocaust from? He never talked to me, Ms. Moxley did not say a word to me, no one came to say a word to me on 12/17/21 about an incident in the library with Ms. Moxley's class.

### Did Jewish people die, did kids shoot other kids, playing parts to kill each other?

No kids died, no kids were shooting kids. King Tristen Sellers made sounds and I told him to stop the noise. I did not hear students say Jewish people died. No student spoke about killing each other.

### Did you give kids jobs or did they choose?

Students decided what job focus they were concerned about. Students who were not saying much or engaged, I asked more questions to that student (Jhoi and Nathaniel), who responded "I do not know why people would do the job or how they felt about the job."

### Did you notice trauma in kids, what was the energy of the students during the class and at the end of the class?

No, I did not notice any trauma, I did not see or feel any student was traumatized and the energy of the students was good as our class normally has good energy. No one said they felt sad, no one looked sad, they lined up, looked normal, their energy was good, and they exited with Ms. Moxley.

9SPPLOO664RKOTTSTTATX

**When did you discover you were on Administrative leave, explain?**

As I read Principal Berkowitz's 5;53pm email to all Watkins staff 12/17/21 at about 7pm and that is when I realized something happened in the Library. Principal Berkowitz 5:53pm email on 12/17/21 claimed "Often even hearing about traumatic incidents like this can trigger unexpected reactions and repressed memories." I did not see any thing that looked sad or out of order during the class, at the end of the class, or when I visited Ms. Moxley at 1pm on 12/17/21 to deliver the book ticket for Aiden Mazloom. Ms. Moxley smiled and said "Thank you", and I said "You are welcome." Ms. Moxley did not look worried, sad, she looked normal. I walked several feet from her classroom to the teacher's rest room and returned to the Library. The image below is the all staff email 12/17/21 5:53pm from Principal Berkowitz.

**Did you tell students not to tell parents about library lessons?** No.

**Explain what you were working on Dec. 3 and Dec 17?**
December 3, 2021 we worked on Powerpoint presentations and did scoring documents. December 17, 2021 we worked on Debate: developing questions, 3 debate questions were discussed.

VV9SPPLOQ664RKQTYSTTATX

**Kj page 18 of 28**

**Explain Powerpoint assignment, questions, images, and collaboration?**

Students worked in teams & tools document 11/16/21 to decide who would be on their team, choice of  topic, which resource tools were needed (citation, SORA, ebooks, print books, drawings, interviews, images, encyclopedias, data charts, maps, quotes..). Each week (T,R,F 40 minutes), they would work to create a presentation with a friend (s), or alone and students would practice slide presentation review by scoring each other's work. This is an image of Moxley students using slide presentation review sheets to score each other's work on 12/16/21 at 10am. The next four images are as follows:  2 images with Moxley student project details, team members, and quotes 11/16/21 and the

VV9SPPLOQ664RKDTTSTTATX

This image is Moxley class 12/16/21 watching a student present a Powerpoint as they use the slide review presentation score documents.

This image is Moxley class slide review presentation score documents showing two students were given scores.

VV9SPPLO0664RKOTTSTTATX

**Dec. 3rd scoring Powerpoints, discuss, and question and score each team, explain?**
Each day (Tuesday, Thursday, or Friday) a student team that was ready to show the class their Powerpoint and receive a score by looking at the students show the Powerpoint, read slides, and entertain questions about the presentation. Once they were done, students would applaud and students would use the "Slide Presentation Review form" (1 lower-5 higher point), for word/vocabulary, subject/topic, explained well or not so well, pictures, and Q & A.  Presenters do not score themselves as a rule, but they could score other presentators.
This gives students a sense of things that need to be improved, things people like, things people do not

understand, and things they can show others how to do such as when slides fade or turn or spin software tools in Powerpoint.

This is an image of Moxley student presenting her project and students working on the slide review presentation document 12/16/21 at 9:35am-10:20am

,,9SPPLOU666RKDTTSTTATX

**Did you discuss the pros and cons of the Holocaust on Dec. 3rd?** No.

**Did you give out jobs and positions for assignments or did kids choose?**
No, student choice, students who did not have much to say, were asked questions to check and engage them.

**Engagement Questions example:** What would you say to people who did the jobs? Important job or not, why?

**Did you say anything before class, during, or after class to kids to make them believe they should not tell their parents about the lesson?** No

**What was the energy of the class before the lesson, during the lesson, and after the lesson?** Moxley students are excited, happy, and willing to work. The energy did not change, they were normal. I did not sense any sad, anger, there were no changes in Moxley students' energy.

**What is the name of the student who did not get the book, but you gave the ticket to Ms. Moxley?** Aiden Mazloon

kj page 21 of 28

**What did Moxley say after you gave her the ticket and what time did you give her the ticket for**

student missing books?

I arrived at Ms. Moxley's classroom about 1pm 12/17/21, gave her the yellow ticket, and she smiled and said "thank you." I said "you are welcome" and I turned, walked several feet from her door to the staff restroom.

## What is the past and current relationship with Principal Berkowitz and how did we get her, explain, describe, give examples?

"When I arrived at Watkins in 2018, Principal Bell and the Watkin Administration were great! PTA, staff, students, no problems. The PTA gave lots of funds for the Makerspace Ipads, Robots, games,Legos. PTA helped with BOB (funds for books, party celebration, t-shirts, and mini-battle to compete for 5 4th graders and 5 5th graders to participate in DCPS district wide BOB. PTA made sure we had transportation, lunch, gifts, and things were very nice. Now, Administration has tried to lower my Impact score, closed the Makerspace room in the Library, made a mess of Library program advertising, lack support for Scholastic Book Fair, scheduled me for extra duties, file misconduct complaints against me, they do not deliver resources from the district unless others question them and they are forced to give the materials to the Library, it is real not good. I miss the previous Principal Bell & that Administration, and PTA. Principal Berkowitz works to destroy the Library and any Library programs. Watkin students are persistent and willing to show up at 7:30am-8:10am to participate in Library programs. This is so sad and I have only heard people talk about Principals who do not like the Library. Now I know, wow!"

## Why would Watkins teachers be allowed to bring their class to the Library on 12/17/21 after the traumatizing library incident at 9:35am-10:20am?

"I am surprised no one came to talk to me with questions about the incident while I was at school the entire day."

### Who reported the trauma to Principal Berkowitz and at what time?

"I do not know where the report came from or the details of how it was discovered." Principal his report claim in the all staff email 12/17/21 at 5:53pm, he said we received a report that students in ... According to the report claim in Principal Berkowitz's email to all staff "a hate/bias event.. "Often even hearing about traumatic incidents like this can trigger unexpected reactions and repressed memories." "Simulations of hateful acts of any kind are never appropriate."

The intent and goal of the Moxley student library lesson 12/3/21 and 12/17/21 as follows:

VV9S.. .--JU*AAU||$||ATX

Watkins' BOBDT recruitment and training goal and strategy for 3rd-5th grade?&||ATX
VV9SPPLUU6D&RKUT||ATX

Current news, books/authors, discussion on Fridays 7:30am-8:10am, book reviews, book summary notes, questions for the author, quotes, Powerpoints, maps and background information resources, and chapter notes. The Debate process, questions, background knowledge, speaking skills, collaboration, affirmative/negative response teams, how to gain points, how to support your partner, Urban Debate League DC, Stuart Hobson middle school, writing focus, practice, have fun, build great skills. The next image is BOBDT meeting the Library 12/10/21 at 7:30am-8:10am.

**How did we get here is a question that Investigator Carey asked?**

I believe we get to places like this when Leadership (groups of people fabricate claims, spin negative stories and give poor support to other people) Principal Berkowitz fabricates claims, and spins stories that are not true.

For example: 11/16/21 at 1:02pm eating my lunch and looking out of the window at Watkins' Library "I watched from the Library window as  Principal Berkowitz (I have noticed police are often called to Watkins to remove students of color during October and November 2021, staff are silent, but not happy about this removal of students of color) DC police, Watkins' parent and Watkins' students of color are encouraged to leave  school property, Finally, one student did get into the police car and the other student got into the black care with the parent as Principal Berkowitz closed their car door, they left, the police car left school property and Principal Berkowitz stood in front of Watkins watching them leave.

VVSPPLUUG64RKOTTSTTATX

kj page 23 of 28

This is an image of a DC police officer, parent, student, and Principal Berkowitz in front of

Watkins.

This is an image of Principal Berkowitz closing the door of the parent's car.

. . ᐃᒐᢂᢂᒪᗞᗞᗞᗞᗞᗞ ᗞᗞᗞᗞᗞᗞᗞᗞᗞᗞᗞᗞ

Just seeing this from the Library window, and walking down the halls (1st-4th floor), feels sad, staff talk in groups about the police and removal of Watkins' students of color, but it continues.

**How did we get here another example?:** June 2021,According to Mr. Nagbe, Watkins' Music teacher, Principal Berkowitz tells the Music teacher to get back in the field (Mr. Nagbe volunteer to help Principal Berkowitz with an outdoor event June 2021 after 5pm in the Watkins field, which is in the back of the school, after over an hour of the activity, Nagbe was tired and asked to leave and go home. According to Nagbe he was told by Berkowtiz to "Get back in the field" several time, kj page 24 of 28
as VP Boisvert watched and said nothing, Nagbe asked VP Boisvert did he hear what

Principal Berkowitz was saying to him, VP Boisvert did not respond and Nagbe just walked away off the field, frustrated.

Watkins' parent Ms. Alica Campbell complained to me that DPR participants (most students of color receiving free after care) were told to only use the back door to pick up their children from after care and the other parents who pay for after care (most students of non-color pay for after care) could use the front door to pick up their children from Watkins' after care program. According to Ms. A. Campbell this did not happen when Ms. Bell was Watkins' Principal. This is an image of email from Ms. A. Campbell 5th grade parent about after care backdoor.

.,95PPLOU664RKOTTSTTATX

How did we get here: Another example: 12/17/22 as part of Principal Berkowitz's all staff email at 5:53pm and because Principal Berkowitz never came to me (Ms. Kimberlynn Jurkowski, Watkins' Librarian and Media Specialist) to see or ask about the lesson and activities, but he made a claim, to explain and describe the claims of his all staff email as he did on 12/17/22 at 5:53pm. That is how we have arrived at this investigation and the allegations. I never did a Holocaust re-enactment, I never told students not to tell their parents what they were learning in Library, and I never forced students to harm each other in my 25 year career as an Educator.

I received a Notice of Completed Investigation Report #22-0033 from Director Jade Fuller on 1/21/2022, clearing me. I have reason to believe that Principal Berkowitz fabricates his claims that I am stealing Ipads, Re-enacting Holocaust, and encouraging students do harm. This is a waste of resources, time, energy, and it needs to stop immediately.   Kj page 25 of 28

Thank you for taking the time to investigate. I know that this information I have provided helps DCPS to confirm that I am innocent.

⌐⌐⌐⌐⌐LUd664RKDTTSTTATX

| EXHIBIT | INITIALS OF PERSON MAKING STATEMENT kj | PAGE__26___ OF ___28__ |
| --- | --- | --- |

STATEMENT

**STATEMENT (continued)**

, 79SPPLOU664RKDTTSTTATX

| EXHIBIT NUMBER | INITIAL OF PERSON MAKING STATEMENT KJ | PAGE _27____ OF _28___ |
|---|---|---|
| FILE #: | | |

**Statement (Continued)**

VV9SPPL0Q664RK0TTSTTATX

---

**AFFIDAVIT**

I, _____ HAVE FULLY READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE _____ and end on Page _____. I fully understand the contents of the entire statement made by me. The statement is true. I have initialed all corrections and have initialed the bottom of each sheet containing the statement. I have made statement freely without hope or benefit or reward, without threat of punishment, and without coercion, unlawful influence, or unlawful inducement.

| | |
|---|---|
| | **(Signature of Person Making Statement)** |
| | *Kimberlynn Jurkowski* |
| | **(Signature of Person Taking Statement)** |
| **(Witness)** KJ | |
| **INITIAL OF PERSON MAKING STATEMENT** | Page __28__ of Pages __28__ |