**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **KIMBERLYNN JURKOWSKI,** | |
| *Plaintiff*, | |
| **v.** | **Civil Action No. 1:23-cv-03788-ACR** |
| **DISTRICT OF COLUMBIA,** | |
| *Defendant*. | |

## NOTICE OF SUBSTITUTION

Please enter the appearance of Assistant Attorney General Nicholas Drews on behalf of

Defendant District of Columbia, in substitution for Assistant Attorney General Andrew M.

Vandini.  Please note that Assistant Attorney General Andrea Negovan remains counsel for the

District of Columbia.

Dated: April 2, 2026

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Jonathan Berman*
JONATHAN BERMAN [445169]
Chief, Civil Litigation Division, Section III

*/s/ Nicholas Drews*
NICHOLAS DREWS [1779084]
Assistant Attorney General
400 6th Street, NW
Washington, D.C. 20001
(202) 741-7657
nicholas.drews@dc.gov

*Counsel for Defendant District of Columbia*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 2nd day of April, 2026, a true and correct copy of the foregoing *Notice of Substitution* was electronically filed using the Court's electronic filing system, which will send electronic notice of the filing to all counsel of record.

*/s/ Nicholas Drews*
NICHOLAS DREWS
Assistant Attorney General